X rays of ███████ UMass. 9/25/2017







X rays █████████████ 10/18/2017



X rays of ████████ UMass. 10/18/2017



