## LAW OFFICE OF
## HÉCTOR E. PIÑEIRO, P.C.

807 MAIN STREET
WORCESTER, MASSACHUSETTS 01610
(508) 770-0600

FAX (508) 770-1300
hector@pineirolegal.com

HÉCTOR E. PIÑEIRO

ROBERT A. SCOTT

NANCY CRUZ DE PIÑEIRO
Business Manager

CORRESPONDENT
MARÍA S. PIÑEIRO SOLER, L.L.M.
EDIFICIO PONCE DE LEÓN
161 PONCE DE LEÓN AVE., SUITE 302
SAN JUAN, PUERTO RICO 00918
TEL: (787) 250-8304
FAX (787) 758-4236

September 18, 2019

**By Certified Mail, Return Receipt Requested**
Receipt No. 7013-3020-0001-2794-7309

Susan M. Ledoux, City Clerk
City of Worcester
City Hall, Room 309
455 Main Street
Worcester, MA 01608

**By Certified Mail, Return Receipt Requested**
Receipt No. 7013-3020-0001-2794-7316

The Honorable Edward M. Augustus, Jr., City Manager
City of Worcester
City Hall, Room 309
455 Main Street
Worcester, MA 01608

Re:   **Notice & Presentment per the Massachusetts Tort Claims Act Chapter 258.**
Date of incident: 9/25/2017
Lindsey M. Beshai, mother of ▇▇▇▇▇▇

Dear Madam Clerk and Mr. City Manager:

    I write to give you notice and presentment pursuant to M.G.L. c. 258, §4 as the responsible executives of your respective public employers of claims by the mother of ten-year old autistic boy who came in contact with two members of the Worcester police department.[1]   The incident occurred at approximately 8:51 am pm on September 25, 2017 in Worcester while her mother was transporting him to school.  This incident resulted from negligent and grossly negligent misconduct by employees of the Worcester Police Department.

---

[1] Autism is a disability characterized as a brain development disorder that results in impairment in communication and social interaction.  They often engage in restrictive and repetitive behavior. Often, their response to stress may be a melt-down, acting out, ritualistic behavior, inappropriate verbal statements, or other actions that may be viewed by some, mistakenly, as an indication of hostility, criminal intent or some other external form of behavior.

1

Susan Ledoux, City Clerk
The Honorable Edward M. Augustus, Jr.
Page four
September 18, 2019

      My client demands the statutory limit of compensation, $▇▇▇ in connection with ▇▇▇ injuries and ▇▇▇ for Ms. Beshai's injuries. As this letter of notice and presentment pertains only to claims cognizable under Chapter 258, each claimant reserves the right to pursue any and all claims not cognizable under the statute that may lie against the City employees or any other party, including but not limited to state and federal constitutional claims for deliberate indifference or other constitutional torts, intentional torts, and for any actionable claims against any persons who for purposes of chapter 258 may be determined not to have acted as public employees, or persons who for any reason do not have or who forfeit immunity under the statute.

      Thank you for your attention to these matters.

Very truly yours,

*Hector E. Pineiro*

Hector E. Pineiro

cc (w/ encl):