

**CITY OF WORCESTER**
LAW DEPARTMENT
CITY HALL, ROOM 301
WORCESTER, MASSACHUSETTS 01608

DAVID M. MOORE
CITY SOLICITOR

TELEPHONE
(508) 799-1161
FACSIMILE NUMBER
(508) 799-1163

September 24, 2019

Hector E. Pineiro, Esq.
807 Main Street
Worcester, MA  01610

re:   Lindsey M. Beshai, mother of ▇▇▇▇▇▇

Dear Atty. Pineiro:

This will acknowledge receipt of your claim which was presented to the City of Worcester on September 23, 2019.

Please be advised that a file will be opened for the above-referenced matter, and we will commence an investigation. When this process is completed, you will be notified of our findings.

Thank you for your anticipated cooperation.

Very truly yours,

*M Simone*

Marie Simone
Claims Agent

SCANNED

*[Handwritten note:]* Torres, Jovone. City of Worcester response to c.258 claim 9-27-19 investigation opened

E-MAIL: law@worcesterma.gov