

**DEPARTMENT OF POLICE**

**CITY OF WORCESTER**

MASSACHUSETTS 01608 -1172

508-799-8600



Steven M. Sargent
Chief of Police

| TO: Chief Steven M. Sargent | | UNIT: Chief's Office |
|---|---|---|
| FROM: Sergeant Andrew R. Avedian | | UNIT: Professional Standards |
| DATE: August 1, 2018 | SUBJECT: ███████ Investigation | |

**WARNING: CONFIDENTIAL MATERIAL**

The following document is a Bureau of Professional Standards Report, which has been compiled and prepared by one or more police officials who are assigned to the Bureau of Professional Standards of the Worcester Police Department. It has been prepared at the direction and under the auspices of the Chief of Police. It represents the work of those officials, who have conducted the investigation, which resulted in this report solely for the purpose of maintaining administrative discipline within the department. As such, the materials contained herein are protected from mandatory public disclosure under the "Privacy" and "Investigatory Records" exemptions to the Massachusetts Public Records Law. (See M.G.L.A. C. 7 Sec.7, cl. 26(c) & (f). They should, therefore, be carefully protected from unauthorized disclosure to all persons outside of the current administration of this department and Bureau of Professional Standards. This material is not intended to supplant nor to augment any current or future criminal investigation, which may arise or have arisen from the incident(s) or circumstances, which prompted the Bureau of Professional Standards Investigation. Any member of this department who is shown this report, or any other document which constitutes a part of this investigation during the course of his official duties, is responsible for ensuring that the report and the information contained therein are not improperly disclosed.

## BACKGROUND:

This complaint was initiated as a result of an allegation filed by Attorney Sara Khan of Sheff Law Department of 10 Tremont Street, Boston, MA 02108, on behalf of their client, Lindsey Beshai and her son ███████ 10 years old). Contained within the complaint is the allegation of unnecessary force stemming from an incident with ███████ on September 25, 2017. The original call was from Lindsey Beshai (Mother) to the Worcester Police Department for an out of control son, ███████ who is an autistic boy who at the time of the incident weighed approximately 220lbs (according to medical records).

## COMPLAINT:

In her complaint, Attorney Khan alleged the following:

*"We represent ███████ (minor) with regard to the incident of September 25, 2017 after being pulled from his mother's vehicle by officers of the Worcester Police Department. Mr. Torres sustained serious injuries as a result of this incident."*

## INVESTIGATION:

### Incident Report (# 2017000102995)

**On September 25, 2017, Officer John Alers submitted the following incident report regarding this incident:**

- Section 12

Involved:

███████████

15 Russell St. Apt.2
Worcester, MA
508-615-9291

Other:
Lindsey Beshai

███████████

Worcester, MA
508-615-9291

*On Monday September 25th 2017 at approximately 0853hrs, I Officer John Alers was dispatched to 1256 Main St. for a report of an out of control autistic 10 year old child. Officer arrival, I observed a female later identified as*

*Lindsey Beshai standing outside of her car and crying. I asked her what was wrong and she stated that her son* ███████████ *was in the car and was out of control. I then went to the front passenger side of the vehicle and the door was already open. I observed that* ███████ *was visibly upset and crying. I asked him what was the matter and he began to yell at me with profanities and tell me to go away. I continued to try to speak with* ███████ *and he became increasingly agitated.* ███████ *then threw a bag of trash at me and began pounding on the seat and arm rest with his fists. He then started to pull on the wires of the rear view mirror that was already ripped down from the front windshield.*

*Due to his violent behavior and his size and strength (It should be noted that although* ███████ *is 10 years old, he weighs 220lbs), I approached* ███████ *to restrain him and he then got out of the car and attempted to get away from me in the direction of the street. At this time, I grabbed* ███████ *and brought him to the ground. Once he was on the ground, he continued to struggle and try to free himself. Officer McCarthy assisted in restraining him and I then placed him in handcuffs for his safety and ours until he calmed down. Once he calmed down, the handcuffs were removed. WEMS paramedics then arrived on scene and placed him on a stretcher. I then informed the paramedics that I would be filing Section 12 paperwork and would follow them to the hospital. Upon arrival to Umass Hospital on Lake Ave., I filled out the Section 12 paper work and advised the medical staff of the situation. A copy of the paper work has been attached to this report.*

## Rosters

Departmental records indicate that on Monday September 25, 2017, Officer John Alers was assigned to Operations Days on route 15 while Officer Paul McCarthy was also assigned to Operation Days route 14.

## Dispatch Tape

The dispatch tapes were requested from Michael Shanley of the Communications Division on December 11, 2017 and were received on December 12, 2017. The tape revealed the following:

Route 15 (John Alers) is dispatched to 1256 Main Street in front of Brite Cleaners for an autistic child out of control, Route 14 (Paul McCarthy) is called to assist. An emergency ambulance (EA) has also been dispatched and Route 15 is now asking to have the EA stepped up. Route 15 (John Alers) informs dispatch that he will be following the EA up to UMASS hospital for a section 12.

## Call Taker Remarks

2017/09/25 08:50 Orczyk-Barbale, Christina O075 in front of brite cleaners. Autistic child out of control. She is looking for assistance. He is 10 years old. They are in a tan ford expedition

2017/09/25 08:52 Orczyk-Barbale, Christina O075 he is now out of the car trying to go after other kids. She also has a 4 yr. old child in her car. He is screaming. Mother is crying...ea. is staging

### Interview Lindsey Beshai with Attorney Sara Khan

CASE NUMBER:             2017-0069

INTERVIEWEE:             Lindsey Beshai

DATE:                    3-23-18

TIME:                    11:30 A.M.

PARTICIPANTS:            Sergeant Andrew Avedian
                        Sergeant Kevin Pageau
                        Attorney Sara Khan
                        Lindsey Beshai

| | |
|---|---|
| **TRANSCRIPTION COMPLETED BY** | IW/tk |
| Avedian: | Okay. Today is March 23rd, 2018. It's approximately 11:30 a.m. We are in an interview room of the detective bureau at the Worcester Police Department This is in reference to BOPS Number 2017-0069. We are here today, um, to interview Lindsey Beshai. |
| Beshai: | Beshai. |
| Avedian: | Beshai. |
| Beshai: | Yup. |
| Avedian: | And, uh, Lindsey, could you say and spell your last name for me please? |
| Beshai: | Yup. It's Lindsey Beshai, B-E-S-H-A-I. |
| Avedian: | Okay. We are also here with her attorney, um, from Sheff Law, um, Sara Khan. |
| Khan: | Sara Khan, last name K-H-A-N. |
| Avedian: | I am Sergeant Andrew Avedian. Last name is A-V-E-D-I-A-N. Also with me is Sergeant Kevin Pageau. |
| Pageau: | Kevin Pageau, P-A-G-E-A-U. |
| Avedian: | And today, we are here to talk about an incident that took place on |
| | September 25th, 2017 at the location of 1256 Main Street in Worcester. It was approximately, according to the incident, at 8:51 a.m. in the morning. And it involved Lindsey's son ███████████ And for the record, could you say his first name and spell his last? |
| Beshai: | Absolutely. ████████████████████ |
| Avedian: | Okay. And I just want you to explain what happened that day... |
| Beshai: | Okay. |
| Avedian: | ...uh, from the time you got there. Just give us the details of what happened that day. |
| Beshai: | Yup. Um, so ████████ m, obviously, he suffers, um, he has autism and also suffers from insomnia. So, um, he hadn't slept that night, um, prior. So, um, he was a little, um, tired, |

you know what I mean, and not himself really. But, um, he was in the car and, um, just driving. We have a routine in the morning going to school, obviously. I have three children. So ... and they all go in different directions, um, different locations. So Gates Lane is my first drop off, which is my other son JADEN Torres. And, um, they were just kind of bickering in the car about the ride there. And I just, being a mom, I said, "If nobody likes this ride, we can simply make arrangements for a school bus," you know? And ███████m, didn't like it that well when I said that. So, um, he kind of, um, he had his snack and, um, Gatorade bottle. And he kind of, like, threw it to the front of the car. And, um, I put the car in park. And I, um, told him until he, you know, I know that we're all safe, I have to

stay here, you know?

| | |
|---|---|
| Avedian: | Where are you parked? |
| Beshai: | Um, I'm parked in the laundry ... I don't know the name of the laundromat, but it's right next to Gates Lane School. |
| Avedian: | According to our records, it was Brite Cleaners. |
| Beshai: | Yes. Actually, yes, that is what it's called. |
| Avedian: | Okay. All right. So you're in the parking lot... |
| Beshai: | Yup. |
| Avedian: | ...of Brite Cleaners. |

*Parts omitted for reporting purposes.[1]*

| | |
|---|---|
| Beshai: | So, um, when, um, he ... so I told them that we were going to stay there until we can remain safe, um, to drive away. Um, and, um, so he didn't like that neither. So he kind of, like, leaned forward. Um, I have an Expedition. So it's kind of, like, big, you know, like, an open area right here. He leaned forward. And, um, he did pull down my rearview mirror, the mirror that you adjust to look out, you, you know, like, right here. |
| Avedian: | Like... |
| Beshai: | That's the rearview mirror, right? |
| Avedian: | ...is it on ... yes. |
| Beshai: | Yeah. He kind of pulled it down. He grabbed with two hands. He... |
| Avedian: | Okay. |

---

[1] Complete transcript in case file in BOPS

| | |
|---|---|
| Beshai: | ...pulled it down. So I said, "Okay." And, um, I, um, got out of the car, and, um, he got out of the car. Um, when he got out, I got out. And I kind of knew, like, I need help. Um, so I called ... 'cause I had my four-year-old with us as well. Um, so I called ... I don't have the number for the crisis intervention people, 'cause I, I've never had to call them before. This has never happened before. |
| Avedian: | Okay. |
| Beshai: | You know what I mean? |
| Avedian: | Okay. Sure. |
| Beshai: | Like, this is all new to us. So I called 9-1-, the closest thing which would be 9-1-1. So, um, after explaining to the 9-1-1 operator, um, that my son is 10 years old, um, with autism, that I needed the crisis help, she then transferred me to, um, the ambulance people. |
| Avedian: | Okay. |
| Beshai: | Um, so I was on the phone. And, um, while I'm on the phone with them, I'm not paying him any mind. So he, um, go ... while I'm ... by, by the time I hung up the phone with the ambulance people, he was, um, in my passenger seat to the... |
| Avedian: | So he moved from the back... |
| Beshai: | So he got, he moved from the back and got into the passenger seat. |
| Avedian: | Okay. |
| Beshai: | Um, the door was open to the passenger seat. And, um, the first people that arrived weren't the ambulance. It was, um, the two officers. |
| Avedian: | All right. |
| Beshai: | And, um, I then ... so the first officer pulled, like, up a little bit more. So the first one that got out of the car, I walked to him, towards him. 'Cause I wanted to explain to him. I said, "Listen. This is brand new to us. Um, he's 10. Um, he has autism. I've never had to do this before. Um, you know, basically, please just, you know what I mean... |
| Avedian: | Yeah. |
| Beshai: | ...talk to him, you know?" And he's calming down. By now, he's, like, calming down. He is not swearing at me. He's not anything. So he is sitting in the passenger seat, and, um, so we, I walk over with the officer. And, um, I can remember the officer just saying to him, um, ' ▮▮▮▮▮ What's |

|  | going on, buddy?" And he was just kind of like, "Eh." You know what I mean? One thing with ████ he will not make eye contact. |
|---|---|
| Avedian: | Okay. |
| Beshai: | Um, it's just, that's just, um, it's a common thing with kids with disability, um, with autism. They don't make eye contact. So he had his head down. |
| Avedian: | And you explain, you explain to the officer that he, he... |
| Beshai: | He is autistic. |
| Avedian: | ...10 years old, that he is autistic. |
| Beshai: | Yup. |
| Avedian: | And... |
| Beshai: | I did... |
| Avedian | Can you describe the officer |
| Beshai: | ...uh, before he even, like, approached ████ |
| Avedian: | Can you describe that officer? Do you remember what he... |
| Beshai: | Uh, to be honest with you, not really. |
| Avedian: | I know there were two of them. |
| Beshai: | Yeah. |
| Avedian: | Okay. |
| Beshai: | I know one of them, but I ... it wasn't that one that I know. |
| Avedian: | Okay. |
| Beshai: | Um, which... |
| Avedian: | All right. |
| Beshai: | Um, so I'm assuming it's a different, like, the ... and obviously, it was the other officer that was there with Officer McCarthy. |
| Avedian: | Okay. So the first officer goes up. And he is trying to talk to him. |
| Beshai: | Yup. So he says to him, um, "Hey, ████ Um, what's going on, buddy?" And he just kinda, like, grunted a little bit. And he was like, "Well, can we talk for a second?" And I just, I was standing, like, near the back door of the car. And ████ um, just kind of, like, threw his bag of chips on |

|  | the ground. And he didn't give the officer a reply when he asked him if we could talk. Um, he threw the chips on the ground, and that's when, like, everything just took, like, a total 360. |
|---|---|
| Pageau: | Where are you at this point? |
| Beshai: | Um, I was, like, standing ... so the officer was with ███ um, in the passen-, like, at the passenger-front seat. And I was, like, at the back door, uh, to the trunk. |
| Pageau: | But behind the officer? |
| Beshai: | Yes, like, um, behind. |
| Pageau: | Was the officer standing, or was he kneeling down? |
| Beshai: | He was standing. |
| Pageau: | He was standing. |
| Beshai: | Yup. He was standing up. |
| Pageau: | Leaning into the vehicle or...? |
| Beshai: | Yup. Um, he was actually, like, holding onto the door and just talking to ███ Because ███ kinda had, like, one leg in and one leg out with the door open. So that ... he just kind of, like, walked up to him and just was talking to him like that. |
| Avedian: | Okay. Just, just for the record too... |
| Khan: | Yup. |
| Avedian: | . ███ he is 10 years old. |
| Beshai: | He's 10. Yup. |
| Avedian: | He's autistic. |
| Beshai: | At the time, yeah, he is 10. He is now 11. |
| Avedian: | Can you tell me size, weight? |
| Beshai: | Um, yup. He's, like, um, so I am 5'4" So he's, like, 5'4". |
| Avedian | So 5'4"? |
| Beshai: | Um, about my height, maybe a little bit shorter. |
| Avedian: | Okay. |
| Beshai: | Um, and he is about 200 pounds, um, 180 to 200. |
|  | *Parts omitted for reporting purposes.* |

| | |
|---|---|
| Avedian: | Okay. So now, the officer is... |
| Beshai: | Just like me. |
| Avedian: | He is exchanging with him and... |
| Beshai: | Um, he still wasn't even verbally speaking with him. He just kind of, um ... so like I said, he threw his, um, chips on the ground. And from there, just everything just totally went crazy. Um... |
| Avedian: | So, so what did he... |
| Beshai: | The officer... |
| Avedian: | Okay. Go ahead. |
| Beshai: | ...um, then grabbed ▇▇▇▇▇ his arm and pulled him out of the truck and, ugh, threw him on the ground. And then the other officer came around from the front, from the driver side. 'Cause he was on the driver side, um, while the other one was on the passenger side. |
| Avedian: | Okay. |
| Beshai: | Came over. And from there, I remember officer McCarthy kneeling, putting his knees on my son's neck and... |
| Avedian: | On his neck? |
| Beshai: | Yeah. And then the other one had his knees on ▇▇▇▇▇ legs. And then they were forcing his hands behind his back. And he was just screaming for me. "Mom, help, help me. They're hurting me." And I said, "Can, can you please stop? Please? He's, he's only 10. He didn't do anything wrong." And then the off-, um, the officer told me to back up. He told me, "Ma'am, back up. Back up." And... |
| Avedian: | Which officer was that, McCarthy or... |
| Beshai: | No, the other one. |
| Avedian: | ...the other officer? |
| Beshai: | The other officer. |
| Avedian: | Okay. |
| Beshai: | And then I'm looking now. There was another lady there, um, that was dropping her kids off who offered to take my four-year-old obviously away. |
| Avedian: | Okay. |

| | |
|---|---|
| Beshai: | And I'm looking at her like, what, what do I do? And she is like, "I don't know what to do." So I'm like, "Please, can you please stop? Y-, you're hurting him." But I seen Jovone's arm, like, this piece of his arm was, like, way over here. |
| Khan: | Will you verbally describe it? 'Cause no one can see what you're doing. |
| Beshai: | Oh, um... |
| Avedian: | Yeah. So, uh, left arm? |
| Beshai: | So they forced his... |
| Khan: | Like, uh, what piece of THE ARM? |
| Beshai: | ...arms behind his back. And when they were behind his back like this, I could see the increase of your arm. I don't know what this is called. Would you say this is, like, the increase? Like, the inside of your elbow... |
| Avedian: | Okay. |
| Beshai: | ...was, like, on way, like, on the, uh, where it shouldn't have been. Like, I could tell, like, something looked, did not look right. So I'm, like, "Excuse me. Officer, please, like, he is screaming. He's hurt. He's ... something is not right. You're hurting him." So he then said, "We're doing our job," was his exact words to me. That's all I can |
| | remember. And I just remember an ambulance pulling up. And then they took the cuffs off of him, and he went into the ambulance. And I did not go with ▬▬▬▬▬ the ambulance, but the officer other than Officer McCarthy, it wasn't Officer McCarthy, then came over to me. And he said, "Ma'am, I want you to understand that we did everything that we had to do. And I am going to be filing, um, the section... |
| Avedian: | Section 12. |
| Beshai: | ...report." |
| Avedian: | Yeah. |
| Beshai: | And I said, "Well, you, you have to do what you have to do." By then, I'm sorry, I was upset. Because my, my, my son was hurt, extremely hurt. And I couldn't do anything. When you see your kid being hurt, you, and you can't help him, that's... |
| Avedian: | All right. |
| Beshai: | You know? |
| Avedian: | So again, for the record, you're saying the left, left arm? |

| | |
|---|---|
| 'Beshai: | Yup. |
| Avedian: | Left arm... |
| Beshai: | No.  Yeah. |
| Avedian: | ...by the elbow? |
| Beshai: | It was ... so I don't know how to describe it. |
| Avedian: | Yup. |
| Beshai: | Me, I say, "arm," but it was, like, just this whole ... this and this was not... |
| Avedian: | Yeah. |
| Beshai: | ...where it should be. |
| Avedian: | Okay. |
| Beshai: | You know what I mean? |
| Avedian: | Kind of protruding out? |
| Beshai: | Exactly. |
| Avedian: | Okay. |
| Beshai: | Like... |
| Pageau: | Was your son face down at this time? |
| Beshai: | Yes. |
| Pageau: | Okay. |
| Beshai: | Yup.  He was.  Um, the whole time, he was face down. |
| Pageau: | Okay. |
| Beshai: | Um, and then, um... |
| Avedian: | Was he face down until the ambulance got there, or did they finally sit him up? |
| Beshai: | Nope.  He was face down... |
| Avedian: | He was face down. |
| Beshai: | ...'til the ambulance got there. |
| Avedian: | Okay. |
| Beshai: | Yup. |

| | |
|---|---|
| 'Avedian: | And when the ambulance got there, did they strap him in? Did they... |
| Beshai: | No. |
| Avedian: | ...uncuff? |
| Beshai: | They walked him... |
| Avedian: | He was still cuffed? |
| Beshai: | No.  They did uncuff him. |
| Avedian: | Okay. |
| Beshai: | Yup. |
| Avedian: | So they uncuffed him.  He's on the, uh, stretcher.  Did they, they strap him in? |
| Beshai: | No.  They walked him to the stre-, um, to the ambulance, and he walked up into the ambulance. |
| Avedian: | And how was his demeanor?  How was... |
| Beshai: | Crying. |
| Avedian: | He was, yeah... |
| Beshai: | Crying. |
| Avedian: | ...crying but willingly going? |
| Beshai: | Oh, yeah.  Oh, yes. |
| Avedian: | Okay. |
| Beshai: | Yup. |
| Avedian: | All right.  Um, did, did your son express to you that, that his arm... |
| Beshai: | He was... |
| Avedian: | ...hurt, that his... |
| Beshai: | Absolutely. |
| Avedian: | Okay. |
| Beshai: | That's what he was doing the whole time, um, the officers were, like, like, you know, when they had one knee on |

him. One officer had the knee on in the back of the neck. And the other one had his knees on his legs. And he was cry-, calling for me, "Mom, please help me. Mom, please help me. I'm hurt. Mom, I hurt." And he just kept telling them, "My arm, my arm, my arm, my arm." Like, just that's all he kept saying, My arm." And he was, like, hyperventilating, you know? "My arm, my arm."

| | |
|---|---|
| Avedian: | Yup. |
| Beshai: | So that, and that's it. I can just remember them... |
| Avedian: | When, when the ambulance got there, did, um, I'm assuming that somebody conveyed to them that his arm was injured? Did they look at his arm right there... |
| Beshai: | Um... |
| Avedian: | ...that you saw? |
| Beshai: | No, not that I can remember. |
| Avedian: | Okay. So now, they take him by ambulance. |
| Beshai: | Yup. |
| Avedian: | They go up to UMass. |
| Beshai: | Yup. I drove. |
| Avedian: | You drove up. |
| Beshai: | I drove there. Yup. |
| Avedian: | And what happened there? |
| Beshai: | Um, so I walked in. |
| Avedian: | Uh... |
| Beshai: | And, um, he was sitting up in the bed |

in one of the pediatric rooms. And he was, he was okay. They had him comfortable by the time I got there. Um, they had his arm all wrapped up and, um, like, resting on the pillows and stuff and...

| | |
|---|---|
| Avedian: | Okay. |
| Beshai: | ...waiting to go into x-rays. And they told me that, um, he's, he, that he's funny. 'Cause Jovone can ha-, has a sense of humor. And, um, that was about it. So we sat there and waited our turn. And we went in, and we did the x-ray. And, um, that's when I saw ... a, a doctor came in and |

Sheff Law

explained to me that it was severely broken and bad, in a bad spot and, um, bad enough to be admitted into the hospital for surgery.

Avedian:        Okay. So tell me about the injury then. Was there a sur-...

Beshai:         I don't know the name of the...

Avedian:        Was there surgery?

Beshai:         ...break.

Avedian:        Was there a surgery?

Beshai:         Yes. There was surgery done...

Avedian:        There was.

Beshai:         ...um, the next day, the next mor-, so we stayed in the hospital, um, in the children's unit overnight. And then the next morning, he ... which I will explain was a horrible night. He did not sleep at all. He was hurt, in pain very bad. Um, and the next morning, we went into surgery. And, um, he was casted, um, from his, like, his shoulder area...

Khan:           Left?

Beshai:         Yeah.

Khan:           Okay.

*Parts omitted for reporting purposes.*

Avedian:        And how is he doing as far as today?

Beshai:         Um...

Avedian:        Is he...

Beshai:         Today, he is okay. He does still favor it every now and then. Um, and I will say to you that he is petrified of cops.

Avedian:        Okay.

Beshai:         Petrified.

Avedian:        Okay. Um...

Beshai:         And it kills me.

*Parts omitted for reporting purposes.*

Avedian:        Okay. And for clarification, when you said one of the

|  | officers ... and you know him as, as Officer McCarthy, he was the one who had his knee... |
|---|---|
| Beshai: | On his neck. |
| Avedian: | ...on ▮▮▮▮ neck. |
| Beshai: | Yes. |
| Avedian: | And the other officer, um, Officer ALERS... |
| Beshai: | Okay. |
| Avedian: | ...he, um, had his knee... |
| Beshai: | On his leg. |
| Avedian: | ...on... |
| Beshai: | On, um... |
| Avedian: | ...the back of his legs. |
| Beshai: | ... the back of his legs, yes. |
| Avedian: | Like, where about? |
| Beshai: | Um... |
| Avedian: | Would he have been at his knees or... |
| Beshai: | Around his knee area. |
| Avedian: | ...or up on the KNEE, KNEES by... |
| Beshai: | ...or even, like, a little bit up more, like, um, on, uh, the back of his thigh area... |
| Avedian: | Okay. |
| Beshai: | ...towards the back of his knees. |
| Pageau: | So... |
| Avedian: | Okay. |
| Pageau: | ...which officer was on your son's left side? |
| Beshai: | Um, so ▮▮▮▮▮ on the ground. |
| Pageau | *Inaudible* |
| Beshai: | I'm sorry. Yeah. |
| Pageau: | SO THAT I understand. |

| | |
|---|---|
| Avedian: | No. That's okay. |
| Beshai: | He was laying on the ground like this. And Officer, the, that officer, um ... I'm sorry. What did you say his... |
| Avedian: | Alers. |
| Beshai: | Alers, he was over here. So he had his, um, knees on, like, ███████ body, like, right here. And then Officer Mc-, um ... so that would be, like, his legs, um, back of his thigh. |
| Pageau: | All right. So Officer Aler-, Alers... |
| Beshai: | Yup. |
| Pageau: | ...was on the left side of your son's body? |
| Khan: | Right. |
| Beshai: | It would be on the right side. |
| Pageau: | On the right side? |
| Beshai: | Yes. |
| Khan: | Yeah. |
| Beshai: | And then... |
| Pageau: | Officer McCarthy was on the left? |
| Beshai: | Was on the left up at the head, yeah... |
| Pageau: | Okay. |
| Beshai: | ...with his knee on the back if the neck. |
| | *Parts omitted for reporting purposes.* |
| Avedian: | And where ... inside the car originally, you had said ███████ broke the... |
| Beshai: | Mirror. |
| Avedian: | ...the mirror. |
| Beshai: | Mm hmm. |
| Avedian: | Was he in the front seat when he did that or... |
| Beshai: | No. |
| Avedian: | ...did he reach over from the back and do that? |
| Beshai: | He did reach over. |

Beshai:     He moved, like, like ... so I have an Expedition though. They're really roomy. You know what I mean? I don't have it anymore, but I did at the time. And, um, so, like, the space between the two seats right here, it's pretty big.

Avedian:    Mm hmm.

Beshai:     So he, like, moved his way in and reached forward and pulled it down.

Avedian:    Did you find that he was hurt? Was he bleeding or anything from that?

Beshai:     Oh, God, no. No.

Avedian:    Okay.

Beshai:     Not at all.

Avedian:    So he pulls that down.

Beshai:     Yeah.

Avedian:    And then he, when the officer, Officer Alers...

Beshai:     Mm hmm.

Avedian:    ...was the one who came to the door. He's trying to talk to him.

Beshai:     Mm hmm.

Avedian:    Um, you had said he had thrown some, some...

Beshai:     Chips.

Avedian:    ...his chips and...

Beshai:     Yeah.

Avedian:    Did he throw them at him, or did he throw them just around there?

Beshai:     No. He threw them right to the ground. Like, it kind of, like, obviously, Officer Alers was standing there. Um, but he didn't intentionally, like, throw it at him. I think, you know, he threw it at the ground. Maybe the officer might have took it the wrong way. I don't know.

Avedian:    Okay.

Beshai:     But I know that my son would never...

| | |
|---|---|
| Avedian: | Okay. Did Jovone, did he get out of the car, and is that when the officers... |
| Beshai: | No. |
| Avedian: | ...grabbed him? |
| Beshai: | No. He did not get out of the vehicle. |
| Avedian: | He was sitting in the car. |
| Beshai: | Sitting in the car, yup. |
| Khan: | With one leg out. |
| Avedian: | With one leg out. |
| Beshai: | Yup. He had, like, one ... and it wasn't even, like, fully out. It was just, like, there. Because it's high off the ground. So his leg isn't gonna touch the ground. You know what I mean? So it was just, like, there. There is, like, a foot, like, a step to get in the car. So his leg was just kind of, like, hanging out like that. And the other leg was in. |
| Avedian: | Okay. So he didn't make a run... |
| Beshai: | And the door was open. |
| Avedian: | He didn't make a run for it? |
| Beshai: | Oh, God, no. No, not at all. |
| Avedian: | Okay. All right. Um, any other damage besides the, uh... |
| Beshai: | Mirror? |
| Avedian: | ...rearview... |
| Beshai: | No. |
| Avedian: | ...mirror? |
| Beshai: | No. |
| Avedian: | Nothing? |
| Beshai: | Nothing. |
| Avedian: | Was he angry? Was he pounding inside the car at all? |
| Beshai: | Not at all. |
| Avedian: | Nothing? |

| | |
|---|---|
| Beshai: | No. 'Cause he was actually ... I d-, 'cause I had ... when I was on the phone with, um, 9-1-1, he, like ... w-, when it comes to, like, kids with those, you have to kinda give them space for a minute. So I think that's what kind of happened when I was on the phone. 'Cause I was too busy on the phone with 9-1-1, and he, uh, I mean, by then I was on the phone with the ambulance people. But, um, he was already, like, calming down, because nobody was paying him mind. Do you know what I mean? So he was already now in the front seat calming down. To be honest with you, I wanted to leave. Because now, he was calm. You know what I mean? So I'm like, okay. Now, we can leave. But I can't, because I called. You know what I mean? I just called. I have to tell these people when they come that I, you know, "I'm sorry. I don't need you anymore." But I didn't. So I told the officer what happened, you know? Because now, they're there. I didn't want to waste their time, you know? |
| Avedian: | Did you ever have to call the police for █████ |
| Beshai: | Never. |
| Avedian: | Never. |
| Beshai: | Never. |
| Avedian: | This was the first time. |
| Beshai: | Very, yes. |
| | *Parts omitted for reporting purposes.* |
| Pageau: | Are you able ... well, maybe ... can we get into this? Uh, everyone's heard the term autism. |
| Beshai: | Yup. |
| Pageau: | And you're not a doctor. I understand that. |
| Khan: | Yes. |
| Pageau: | Neither are we. |
| Beshai: | Yeah. |

Pageau:     But in layman's terms, can you explain to us what that is and what the behavior of children is?

Beshai:     Um...

Pageau:     Uh, the best you can.

Beshai:     Yeah. So, um...

Khan:       But there is a spectrum.

Beshai:     ...everybody is, every...

Khan:       Yeah.

Beshai:     They will tell you that there is not one of the same. They're all different. Everybody is different. And that's the thing with autism. So it's a spectrum. Um, I can just tell you my ... I have ... all of my children are autistic.

Pageau:     Okay.

Beshai:     It's ... we did genetic testings. It comes from their dad's side of the family, whatever. Um, so basically ... and they're all different. I have to tell you they're all different. So I don't know, like, how to ... I just know that they have sensory issues big time. He ... they only eat certain foods. Um, they only wear certain clothing. Um, they do not make eye contact. They don't like change. Um, and, um, they don't like touch from somebody else. So, um, like, I'll go like this with all of them when they're upset, and they'll rock back and forth.

Pageau:     But you don't actually touch them?

Beshai:     Right. You don't touch them. I'll bubble them, give them a bubble or give them space. Um, but other than that, that's how I would describe it. I don't know what you mean.

Khan:       Well, there is an official...

Avedian:    Well, um...

Khan:       ...diagnosis for it.

Beshai:                          Yeah.

Khan:                            Right?

Beshai:                          He is fully diagnosed.

Avedian:                         So he has been fully diagnosed.

Beshai:                          Yes.  He has been fully diagnosed.

Avedian:                         And, and you touched on the spectrum.  So is there, like, a scale, a number
                                 scale like, uh, where...

Khan:                            Yes.  So I think, I think that ... uh, and again, I am not an expert.  But I
                                 think there is some people that are very mildly autistic.  And maybe they
                                 have one of the signs or not many of them.  And then there's people that are
                                 much more severely autistic that have a lot of different issues.  But, uh, I
                                 think there's a bunch of different tests that you take to get the official
                                 diagnosis which gets you access to certain care...

Beshai:                          Right.

Khan:                            ...and how, uh...

Beshai:                          Um, ▮▮▮▮ and ▮▮▮▮ s verbal.  Like, it's not like he can ... 'cause I did,
                                 when he was younger, I got him all the help that he needed.  'Cause he
                                 never did speak.  Um, but, you know, he graduated his ABA services and
                                 stuff like that, you know?  So now, he is verbal if that is a question.

Avedian:                         We don't...

Beshai:                          Okay.

Khan:                            They're just trying to get...

Avedian:                         But we're just trying to...

Khan:                            ...just trying to let you know she did interventional work with him when he
                                 was young so he can speak.

Beshai:                          Yeah.

Pageau:                          Right.

Beshai:                          Um, so, yeah. He is, like, um, func-, he is very smart, very smart.


*Parts omitted for reporting purposes.*


THIS STATEMENT IS
COMPLETE AT 12:12 P.M.


### Medical Records

On May 8, 2018 Sheff law obtained the medical records from UMASS Memorial Health Care and
forwarded them to the Bureau of Professional Standards Unit. In the report provided, page 1
under the Clinic notes HPI states "████████ *is a 10-year-old male with autism who was forcibly
removed from a vehicle on 9/25/2017 sustaining a right medial epicondyle avulsion fracture. He
underwent open reduction internal fixation for this injury on 9/26/2017 with Dr. Mortimer. He
presents today for his first postoperative visit approximately 3 weeks status post-surgery."* The
report went on to state under Radiographs that *" Two-view radiographs of the right elbow were
reviewed today and show maintained alignment of the hardware in the medial epicondyle
fragment."* **The entire medical report is in the BOPS file.**


### REQUESTs FOR REPORTS

### Officer John Alers

**On December 14, 2017, Officer Alers submitted the following:**

*This IDC is in regards to the incident (I#2017-102995) that I Officer John Alers responded to on
September 25, 2017 at 1256 Main Street.  A complete report has been provided below as
requested.*

*On Monday September 25th 2017 at approximately 0853hrs, I Officer John Alers was
dispatched to 1256 Main St. for a report of an out of control autistic 10 year old child.  Officer
Paul McCarthy was also dispatched to assist on this call.  Upon arrival, I observed a female
later identified as Lindsey Beshai standing outside of her car and crying.  The vehicle was
parked in the parking lot located in front of Brite's Cleaners (1256 Main St.).  I asked Ms.
Beshai what was wrong and she stated that her son████████ was in the car and was out of*

control. I then went to the front passenger side of the vehicle and the door was already open. I observed that Jovone was visibly upset and crying. I asked him what was the matter and he began to yell at me with profanities and tell me to go away. I continued to try to speak with ████████ and he became increasingly agitated. ████████ threw a bag of trash at me and began pounding on the seat and arm rest with his fists. He then ripped the rear view mirror from the front windshield and started to pull on the wires.

Due to his violent behavior and his size and strength (It should be noted that although ████████ 10 years old, he weighs 220lbs), I approached Jovone to restrain him for his safety and ours. He then got out of the car and attempted to get away from me in the direction of the street. It should be noted that the area of 1256 Main St. during that time of day is a high volume traffic area with morning commuters. At this time, I grabbed Jovone and brought him to the ground with the forward momentum that Jovone had already established in trying to get away. Once he was on the ground, he continued to struggle and try to free himself. I told Jovone that he needed to calm down and he continued to struggle. At this time, I was kneeling next to him and grabbed his left arm and brought it towards his lower back and placed it in a handcuff. I then went to grab Jovone's right arm and was unable to bring his right arm in towards his body. Officer McCarthy was standing in front of us and I then communicated to Officer McCarthy that I could not gain control of his right arm and asked for assistance. Officer McCarthy then grabbed Jovone's right arm and brought it inwards towards Jovone's lower back so I could place the other cuff on his wrist.

While Jovone was in handcuffs, he stated that his right elbow hurt. I then advised Jovone that he needed to calm down and I was going to remove the handcuffs so that he could straighten out his arm. I then removed the handcuffs and advised Jovone to put his arm in a more comfortable position until the ambulance arrived.

I then over the radio requested that dispatch send an ambulance to our location and WEMS arrived on scene shortly after. I then spoke with Paramedic Ronald Gigliotti and informed him that Jovone had to be restrained because he was out of control and was complaining of right arm pain. Paramedic Lisa Horowitz also was on scene and they both tended to Jovone. A stretcher was brought over to where Jovone was laying and Jovone got off the ground and onto the stretcher. I then communicated to the Paramedics that I would be filing Section-12 paper work for Jovone and would follow them up to the hospital. I then advised Ms. Beshai that her son would be transported to UMass Memorial University campus located on Lake Ave. in the Pediatric unit.

I then got into my marked Police cruiser and activated my overhead emergency lights and followed the WEMS ambulance to UMass Memorial University campus on Lake Ave. Upon arrival, I walked with the Paramedics and Jovone from the ambulance bay through the entrance and into the Pediatric Unit. Prior to being placed in a room, Jovone was asked to get on a weighing scale. According to the medical staff, Jovone weighed approximately 220lbs. Once Jovone was placed in a room, I filled out a Section 12 form and communicated Jovone's actions

at the scene that caused concern with medical staff. I also asked the staff what the extent of injury was and at that time I was advised it appeared to be minor. I then had a copy of the Section 12 form made and left the hospital. The copy of the Section 12 form was attached to my initial report.

1. **What was your assignment on September 25, 2017?**

   *On Monday September 25th 2017, I Officer John Alers, was assigned to Operations Days Division to patrol Route 15 from 0800hrs to 1600hrs for my tour of duty.*

2. **Please explain in detail when you arrived on scene what** ███████████ **physical condition looked like, was he bleeding or complaining about any injuries?**

   *Upon arrival, I observed that* ███████████ *was visibly upset and crying.  I did not observe any bleeding and he was not complaining about any injuries.*

3. **Please explain in detail how you brought** ███████ **control when he attempted to get away from you and run towards the street?**

   ███████ *was sitting in the front passenger seat of the vehicle and was displaying violent behavior by throwing a bag of trash at me and pounding on the seat and arm rest with his fists. He then started to pull on the wires of the rear view mirror that he had already ripped from the front windshield. Due to* ███████ *actions, I approached him to attempt to restrain him from harming himself or others. He then got up from the seated position and attempted to get away from me in the direction of the street.  I then wrapped my arms around Jovone and brought him towards the ground with the momentum that Jovone had established in trying to get away.  Once he was on the ground, he continued to struggle and try to free himself.  At this time, in order to control Jovone for both his safety and ours, I grabbed my handcuffs from my duty belt.  Jovone was lying face down on the ground at this time. I was kneeling next to him and grabbed his left arm and brought it towards his lower back and placed it in a handcuff.  I then went to grab Jovone's right arm and was unable to bring his right arm in towards his body.  Officer McCarthy was standing in front of us and I then communicated to Officer McCarthy that I could not gain control of his right arm and asked for assistance. Officer McCarthy then grabbed Jovone's right arm and brought it inwards towards Jovone's lower back so I could place the other cuff on his wrist.*

4. **Did Jovone have any physical injuries to his body or did he or his mother (Lindsey Beshai) complain to you that he was hurt after you brought him under control and put handcuffs on him?**

   *Yes.  Jovone stated that his right elbow was in pain.  I then advised Jovone that he needed to calm down and I was going to remove the handcuffs so that he could straighten out his*

   *arm.   I then removed the handcuffs and advised* ███████ *to put his arm in a more comfortable position until the ambulance arrived.*

5. **When EMS arrived did they (EMS) tend to any injuries that either J**████ **or his mother complained of?**

*When WEMS arrived on scene, I informed them that ▮▮▮▮▮ had to be restrained because he was out of control and he was complaining of right elbow pain. WEMS paramedics then brought a stretcher over to where ▮▮▮▮▮ laying. Jovone then got off the ground and onto the stretcher. I then advised WEMS that I would be filing section-12 paper work and following the ambulance to the hospital. Paramedics then brought ▮▮▮▮▮ the ambulance and I remained with Ms. Beshai and advised her of where Jovone would be transported and did not see any treatment.*

**6. Did you attempt to physically pull ▮▮▮▮▮ out of the vehicle or did he voluntarily come out of the car by himself? Please explain in detail how he came out of the car?**

*At no point during this incident did I physically pull ▮▮▮▮▮ out of the vehicle. ▮▮▮▮▮ voluntarily exited the vehicle and tried to run towards the street.*

**7. Please attach any other paperwork (Section-12, EMS) reports that you may have concerning this Incident.**

*The Section-12 has been attached to this report.*

**8. Is there anything else that you would like to add to this report that I have not asked you?**

*There is nothing else that I would like to add to this report.*

_____

Officer John Alers
Operations Days

**Officer Paul McCarthy**

**On December 13, 2017, Officer McCarthy submitted the following:**

*On September 25, 2017 at 0850 hours I was dispatched to 1256 Main Street on the report of an out of control autistic child. Upon arrival I found█████ Torres sitting in the passenger seat of his mother's car, he was crying and very upset. Officer John Alers was at the passenger side of the car and I was at the driver's side as Officer Alers was trying to engage Torres in conversation. Torres threw a bag of trash at Officer Alers, he then began to scream profanities and he pounded his fists against the arm rest. Then he tore the rear view mirror off the windshield and tore the cloth on the ceiling. Torres then jumped out of the car and Officer Alers took him to the ground and we handcuffed him. Although Torres was only 10 years old he weighs 225 pounds and he continued to struggle as we restrained him as best as we could. Torres was complaining about arm pain and we removed the handcuffs. EMS arrived and Torres was transported to UMASS as a section 12.*

**1. What was your assignment on September 25, 2017?**

*I was assigned to Route 14 from 0700 to 1500.*

**2. Please explain in detail when you arrived on scene what█████ Torres's physical condition looked like, was he bleeding or complaining about any injuries?**

*When I arrived█████████ was in the passenger seat with the door open. He was crying and screaming profanities. He became increasingly agitated while P.O. Alers tried to engage██████ in conversation.██████ threw a bag of trash at him. J█████ then began pounding on the arm rest with his fists. He pulled the rear view mirror off the windshield. He also grabbed the cloth from the ceiling and ripped it down. He was not bleeding nor complaining of any injuries.*

**3. Please explain in detail how you brought ████████ under control when he attempted to get away from you and run towards the street?**

P.O. Alers took ███████ to the ground using the forward momentum that ███████ had established in trying to get away and we placed him in handcuffs. ███████ was resisting and continued to struggle so we held him to the ground.

**4. Did J████e have any physical injuries to his body or did he or his mother (Lindsey Beshai) complain to you that he was hurt after you brought him under control and put handcuffs on him?**

Beshai said to me that ███████ arm didn't look right. J███████ also said his arm hurt. Before the ambulance arrived we removed the handcuffs. I did not see any injuries.

**5. When EMS arrived did they (EMS) tend to any injuries that either ███████ his mother complained of?**

I informed the paramedics that ███████ arm might be injured. Then I assisted getting ███████ the ambulance. I did not see EMS tend to any injuries.

**6. Did you attempt to physically pull ███████ out of the vehicle or did he voluntarily come out of the car by himself? Please explain in detail how he came out of the car?**

███████ jumped out of the passenger's seat on his own. P.O. Alers was right next to the open passenger door and ███████ did not get more than one foot away from the car before he was taken to the ground. He was attempting to get around the door and P.O. Alers.

**7. Please attach any other paperwork (Section-12, EMS) reports that you may have concerning this Incident.**

**8. Is there anything else that you would like to add to this report that I have not asked you?**

No

_____
Officer Paul McCarthy
Operation Division
Worcester Police Department

**SUMMARY**

Attorney Sara Khan (Sheff Law) alleged the following 1503.1 Unnecessary Force in her complaint to the Worcester Police Department.

In Attorney Khan's letter addressed to the City of Worcester which was dated December 6, 2017, Khan stated that her client ▇▇▇▇▇▇ *was pulled from his mother's vehicle by officers of the Worcester Police Department. Mr. Torres sustained serious injuries as a result of this incident."*

On September 25, 2017 at approximately 8:51:57 AM, Officers John Alers and Paul McCarthy responded to 1256 Main Street for a report of an "out of control" 10 year old autistic boy ▇▇▇▇ ▇▇▇▇▇) being called in by his mother (Lindsey Beshai). According to the call taker remarks *"in front of brite cleaners. Autistic child out of control. She is looking for assistance. He is 10 years old. They are in a tan ford expedition, he is now out of the car trying to go after other kids. She also has a 4 yr. old child in her car. He is screaming. Mother is crying..ea is staging."*

As stated in the call taker remarks, Ms. Beshai had called dispatch in order to get help with her 10 year old autistic son ▇▇▇▇ who was by her own admission out of control and needed help. As stated, ▇▇▇▇ has been diagnosed with autism which according to the Merriam-Webster dictionary is "any of a group of developmental disorders (such as autism and Asperger's syndrome) marked by impairments in the ability to communicate and interact socially and by the presence of repetitive behaviors or restricted interests — called also pervasive developmental disorder." According to the reports submitted by Officers Alers and McCarthy, ▇▇▇▇ had ripped down the rearview mirror in the vehicle and had thrown garbage at Officer Alers while trying to speak to ▇▇▇▇ According to Ms. Beshai, ▇▇▇▇ was very calm and although not looking at the Officers or acknowledging them he was calm and not presenting a problem. Officer Alers stated in his report that due to the size of ▇▇▇▇ (220lbs) and his violent behavior as he approached ▇▇▇▇ it was at this point ▇▇▇▇ attempted to run away from him towards Main Street (very busy) and was forced to grab ▇▇▇▇ and bring him to the ground. In a second request for report[2] from Officer Alers dated July 9, 2018, Officer Alers stated he wrapped both arms around ▇▇▇▇ from behind and they went to the ground. Officer Alers does not remember what part of ▇▇▇▇ body made contact with the ground but he did state that he did not fall on top of ▇▇▇▇ As Officer Alers was trying to handcuff ▇▇▇▇ he asked Officer McCarthy for assistance in putting his hands behind his back in order to handcuff him. Officer Alers stated that while ▇▇▇▇ was in handcuffs he continued to struggle and complained that his right elbow hurt. As he calmed down, the handcuffs were removed and ▇▇▇▇ was taken to UMASS Hospital for treatment for his elbow as well as (Section-12) paperwork that was submitted by Officer Alers. It is also important to note that Officer Alers stated in his request for report that at no time did he or officer McCarthy kneel on the back of ▇▇▇▇ s knees or back of his neck as alleged by Ms. Beshai in her interview. Officer Alers went on to say that he was kneeling next to ▇▇▇▇ on his left side and Officer McCarthy was on his right side to assist him in handcuffing ▇▇▇▇ who had continued to struggle with them.

On March 23, 2018, an interview was conducted by Sergeants Andrew Avedian and Kevin Pageau of the Bureau of Professional Standards Unit with Lindsey Beshai (mother of ▇▇▇▇ ▇▇▇▇) and Attorney Sara Khan (Sheff Law) in the interview room of the Detective Bureau at the Worcester Police Department. Ms. Beshai does not dispute that she was the one who called police due to the fact that her son (▇▇▇▇▇▇▇) had stepped out of her vehicle while parked in Brite

---

[2] Report in case file in BOPS

Cleaners at 1256 Main Street and had pulled down her rear view mirror in the car. Ms. Beshai stated up until this incident she had never had to call the police for assistance, but once █████ had stepped out of the vehicle she felt it was a safety issue and that she was unsure as to what she should do. Ms. Beshai stated by the time the police and ambulance arrived her son Jovone had opened the door to the passenger side of the vehicle and was seated in the passenger seat with the door open and had calmed down and was no longer swearing at her. Ms. Beshai stated that █████ did not throw any rubbish at the officers but had "threw his bag of chips on the ground" and did not give the officer a reply when asked if they could talk.

As the interview progressed, Ms. Beshai also contends that Officer Alers "*grabbed* ████ *by his arm and pulled him out of the truck and, ugh, threw him on the ground*" as opposed to the officers statements that ████ *got out of the vehicle and was heading towards a busy Main Street.* Ms. Beshai stated that Officer Alers "*had his knees on the back of* ████*s legs and then they were forcing his hands behind his back.*" According to Beshai Officer McCarthy was "*kneeling, putting his knees on my sons neck.*" Ms. Beshai stated that there was another woman on scene who had taken her 4 year old child into the school but was uncertain of her name. This investigator asked Ms. Beshai to try and locate this woman at the school and to give her my information so that I could try and interview her, as of the date of this report no name had been provided to me from either Ms. Beshai or Attorney Khan. It should also be noted that on December 22, 2017 this investigator contacted the manager of Brite Cleaners (Jennifer) and she stated that there was no video available on the outside of the building. Ms. Beshai said that when █████ was on the ground he was crying and hyperventilating saying that his arm hurt and asking for his mom to help him. The ambulance showed up and the Officers removed the handcuffs and Jovone was transported up to UMASS Hospital University campus where he was diagnosed as "*sustaining a right medial epicondyle avulsion fracture. He underwent open reduction internal fixation for this injury on 9/26/2017 with Dr. Mortimer.*" As far as the Section 12 paperwork that was filed by Officer Alers, a psych consult was conducted on September 25, 2017 at 23:33 and the order was discontinued and signed by Cheryl E. Burke, RN. Along with the medical records that were provided by Sheff Law, a photograph of █████████ right elbow was provided by Attorney Khan which showed a scar of approximately 5" long. **The complete medical file is in the BOPS folder.**

If we analyze the statements from each party we can surmise this; there was an incident that involved officers handcuffing ████████. Ms. Beshai states ████████ was pulled from the vehicle. Officer Alers' recollection has ████████ running from the vehicle towards the street which is clearly in contention with Ms. Beshai's recollection. There is no video to clearly prove whose memory is more accurate. They can all agree that ████████ was brought to the ground and handcuffed. The question is was it necessary to restrain ████████? If so, how much force was required? Ms. Beshai contends that her son was calm. Officer Alers disagrees. Again, there is no video to clearly prove or disprove the memories of Ms. Beshai and Officer Alers. We can agree that the police force used rose to a level 3 on the force continuum. A compliance technique, a "take down" was utilized. Could Mr. ████ have been injured during the take down or the handcuffing? Yes. Was there unnecessary force used? We can neither prove nor disprove the allegation with conflicting statements, no witness testimony, and no video.

Respectfully submitted,

*[signature]*

Sergeant Andrew R. Avedian
Bureau of Professional Standards

************************

## BOPS COMMANDER'S REVIEW

I, Captain Kenneth Davenport, the Commander of the Bureau of Professional Standards, have reviewed the **Jovone Torres** concluding report on _Aug. 2_ , 2018, and I:

       ☑ Agree   ☐ Disagree with the Sufficiency of the investigation;
       ☑ Agree   ☐ Disagree with the report's Logic and Reasoning;

Comments:

Respectfully submitted,

Captain Kenneth Davenport
Bureau of Professional Standards

************************

## DEPUTY CHIEF'S REVIEW

I, Deputy Chief Paul B. Saucier, Commander of the Patrol Divisions, have reviewed this **BOPS Concluding Report: of the**        **Investigation on** _____, 2018, and I:

       ☑ Agree  ☐ Disagree with the Sufficiency of the investigation;
       ☑ Agree  ☐ Disagree with the report's Logic and Reasoning.

Comments/Recommendations:

Respectfully submitted,

Deputy Chief Paul B. Saucier

## CHIEF'S FINDINGS

I, Steven M. Sargent, Chief of Police of the Worcester Police Department, **have reviewed the Jovone Torres investigation** on _Aug 16th_, 2018, **and I have made the following determinations:**

    ☑ Agree  ☐ Disagree with the Sufficiency of the investigation;
    ☑ Agree  ☐ Disagree with the report's Logic and Reasoning.

### Police Officer John Alers

According to the complaint letter from the Law Office of Sheff, "█████████ *sustained serious injuries as a result of this incident."*

**1503.1 Unnecessary Force**

Using more physical force than that which is reasonably necessary to accomplish a proper police objective.

## ☐ EXONERATED  ☑ NOT SUSTAINED  ☐ SUSTAINED  ☐ UNFOUNDED
## ☐ RESOLVED ☐ EXCEPTIONALLY CLEARED  ☐ POLICY FAILURE


### Police Officer Paul McCarthy

According to the complaint letter from the Law Office of Sheff, █████████ *sustained serious injuries as a result of this incident."*

**1503.1 Unnecessary Force**

Using more physical force than that which is reasonably necessary to accomplish a proper police objective.

## ☐ EXONERATED  ☑ NOT SUSTAINED  ☐ SUSTAINED  ☐ UNFOUNDED
## ☐ RESOLVED ☐ EXCEPTIONALLY CLEARED  ☐ POLICY FAILURE


**Comments/Recommendations**

_Steven M. Sargent_
**Chief of Police**