# CHANDLER PEDIATRICS

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

CATHERINE RIORDAN, M.D.
INDRANI MALKANI, M.D.
AMANDA MCCOY, M.D.

February 22, 2022

Re: ▇▇▇▇▇▇▇ DOB: 02/16/2007

To Whom It May Concern:

▇▇▇▇ is a 15 year old patient in my practice. He has High Functioning Autism Spectrum Disorder, Anxiety and Depression. Due to his disability he cannot sit through a deposition for more than 30 minutes. Please call the office if you have any questions.

*[signature]*

Indrani Malkani, MD

Chandler Pediatrics

1