# CHANDLER PEDIATRICS

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

CATHERINE RIORDAN, M.D.
INDRANI MALKANI, M.D.
AMANDA McCOY, M.D.

Under the pains and penalties of perjury by the custodian of records, these records are true, complete, and accurate copies of the original records requested.

_Indrani Malkani_

Indrani Malkani, MD

Chandler Pediatrics PC

Dated: January 25, 2022

Patient Name: Torres, Jovone       Patient ID: 1115       Superbill ID: 191277

## Superbill

**ID:   191277**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:              151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:              043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

~~Torres, Jovone~~
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:              ~~~~
MRN:
PatientID:              1115
Account #              2884

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | | Accept Assign | Group ID: |
| Insured: | ~~Torres, Jovone~~ | | Auth Assign | Member ID:              100047318918 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   09/03/2021          Service End Date:   09/03/2021

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| E66.9,  278.00 | Obesity |
| F41.9,  300.00 | Anxiety disorder, unspecified |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 9/3/2021 | 99394 | - | PREV VISIT EST AGE 12-17 | 1.000 | $300.00 |
| 9/3/2021 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 9/3/2021 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | Total : | 3.000 | $375.00 |

_Providers Signature_

Patient Name: Torres, Jovone        Patient ID: 1115        Superbill ID: 178223

# Superbill

**ID:   178223**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | **License:**          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | **Tax ID:**          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | |
| (508)752-4511 | | **Referring Provider:** |
| | | - |
| **Patient:** | | |
| ▬▬▬▬▬▬ | | **DOB:** ▬▬▬▬▬ |
| 32 Edgeworth St | | **MRN:** |
| Apt 2 | | **PatientID:**          1115 |
| WORCESTER MA 01605 | | **Account #**          2884 |
| (508)410-3345 | | |

| | | | |
|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: |
| Insured: ▬▬▬▬▬ | | Auth Assign | Member ID:          100047318918 |

Renderer:    Malkani, Indrani, MD          Service Start Date:    09/01/2020          Service End Date:    09/01/2020

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| E66.9,  278.00 | Obesity |
| F41.9,  300.00 | Anxiety disorder, unspecified |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 9/1/2020 | 99394 | 25 | PREV VISIT EST AGE 12-17 | 1.000 | $300.00 |
| 9/1/2020 | 90460 | - | FIRST ADMIN < 18 | 1.000 | $65.00 |
| 9/1/2020 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 9/1/2020 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 9/1/2020 | 90651 | SL | GARDASIL 9 | 1.000 | $0.00 |
| | | | Total : | 5.000 | $440.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 174069

# Superbill

**ID:   174069**

**Billing Provider:**
Malkani, Indrani, MD
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Patient:**
~~Torres, Jovone~~
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

**Service Site:**
Telemedicine
421 Chandler Street

Worcester MA 01602

License:                151354
Tax ID:              043240936

**Referring Provider:**
-

DOB:                ~~~~
MRN:
PatientID:                1115
Account #                2884

| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | ~~~~ | Auth Assign | Member ID: | 100047318918 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   04/17/2020          Service End Date:   04/17/2020

| Diagnosis ID | Diagnosis Desc |
|---|---|
| F32.9,  311 | Depression |
| F41.9,  300.00 | Anxiety disorder, unspecified |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/17/2020 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $200.00 |
| | | | Total : | 1.000 | $200.00 |

Providers Signature

Patient Name: Torres, Jovone     Patient ID: 1115     Superbill ID: 173060

## Superbill

**ID:** 173060

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | |
| Malkani, Indrani, MD | Chandler Pediatrics | License: 151354 |
| 421 Chandler Street | 421 Chandler Street | Tax ID: 043240936 |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | |
| (508)752-4511 | | **Referring Provider:** |

**Patient:**

████████████
32 Edgeworth St
Apt 2
WORCESTER MA 1605
(508)410-3345

DOB: ████████
MRN:
PatientID: 1115
Account # 2884

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
| Insured: | ████████ | Auth Assign | Member ID: | 100047318918 |

Renderer: Malkani, Indrani, MD     Service Start Date: 03/05/2020     Service End Date: 03/05/2020

| Diagnosis ID | Diagnosis Desc | |
|---|---|---|
| F41.9, 300.00 | Anxiety disorder, unspecified | |
| F84.0, 299.00 | Autistic disorder | |
| F32.9, 311 | Depression | |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 3/5/2020 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $200.00 |
| | | | Total : | 1.000 | $200.00 |

_Providers Signature_

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 172044

## Superbill

**ID:   172044**

**Billing Provider:**
Malkani, Indrani, MD
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Service Site:**
Chandler Pediatrics
421 Chandler Street

WORCESTER MA 01602-2915

License:                    151354
Tax ID:                043240936

**Referring Provider:**
.

**Patient:**

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:
MRN:
PatientID:                    1115
Account #                    2884

| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | | Auth Assign | Member ID: | 100047318918 |

| Renderer: | Malkani, Indrani, MD | Service Start Date: | 02/06/2020 | Service End Date: | 02/06/2020 |
|---|---|---|---|---|---|

| Diagnosis ID | Diagnosis Desc |
|---|---|
| R53.83,  780.79 | Fatigue |
| F32.9,  311 | Depression |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 2/6/2020 | 99214 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $250.00 |
| | | | **Total :** | **1.000** | **$250.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 164124

# Superbill

**ID:    164124**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:
MRN:
PatientID:          1115
Account #          2884

---

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | | Accept Assign | Group ID: |
| Insured: | | | Auth Assign | Member ID:          100047318918 |

---

| | | | | | |
|---|---|---|---|---|---|
| Renderer: | Malkani, Indrani, MD | | Service Start Date:          07/30/2019 | Service End Date:          07/30/2019 | |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129, V20.2 | Encounter for routine child health examination without abnormal findings |
| F84.0, 299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 7/30/2019 | 99394 | 25 | PREV VISIT EST AGE 12-17 | 1.000 | $300.00 |
| 7/30/2019 | 90460 | - | FIRST ADMIN < 18 | 1.000 | $65.00 |
| 7/30/2019 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 7/30/2019 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 7/30/2019 | 90651 | SL | GARDASIL 9 | 1.000 | $0.00 |
| | | | **Total :** | **5.000** | **$440.00** |

_____

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 144673

## Superbill

**ID:   144673**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | |
| (508)752-4511 | | **Referring Provider:** |
| | | - |
| **Patient:** | | DOB: ▬▬▬▬▬ |
| ▬▬▬▬▬ | | MRN: |
| 32 Edgeworth St | | PatientID:          1115 |
| Apt 2 | | Account #          2884 |
| WORCESTER MA 01605 | | |
| (508)410-3345 | | |

| | | | |
|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: |
| Insured: | ▬▬▬▬▬ | Auth Assign | Member ID:          100047318918 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   06/01/2018          Service End Date:   06/01/2018

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129, V20.2 | Encounter for routine child health examination without abnormal findings |
| F84.0, 299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 6/1/2018 | 99393 | 25 | PREV VISIT EST AGE 5-11 | 1.000 | $300.00 |
| 6/1/2018 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 6/1/2018 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 6/1/2018 | 90460 | - | FIRST ADMIN < 18 | 2.000 | $130.00 |
| 6/1/2018 | 90715 | SL | Tdap | 1.000 | $0.00 |
| 6/1/2018 | 90734 | SL | MENACTRA | 1.000 | $0.00 |
| | | | Total : | 7.000 | $505.00 |

_Indrani Malkani_

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 117156

# Superbill

**ID:   117156**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:                151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:            043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |
| **Patient:** | | |
| ~~████████~~ | | DOB:            ~~████████~~, |
| 32 Edgeworth St | | MRN: |
| Apt 2 | | PatientID:                1115 |
| WORCESTER MA 01605 | | Account #                2884 |
| (508)410-3345 | | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | ~~████████~~ | Auth Assign | Member ID: | N0014624401 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   05/12/2017          Service End Date:   05/12/2017

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 5/12/2017 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $300.00 |
| 5/12/2017 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 5/12/2017 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | **Total :** | **3.000** | **$375.00** |

_(signature)_

Providers Signature

Patient Name: Torres, Jovone        Patient ID: 1115        Superbill ID: 106481

# Superbill

**ID:   106481**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:   151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:   043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

~~Torres, Jovone~~
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:   ~~~~
MRN:
PatientID:   1115
Account #   2884

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | ~~Torres, Jovone~~ | Auth Assign | Member ID: | N0014624401 |

Renderer:   Malkani, Indrani, MD        Service Start Date:   11/17/2016        Service End Date:   11/17/2016

| Diagnosis ID | Diagnosis Desc |
|---|---|
| J00,  460 | Acute nasopharyngitis [common cold] |
| R06.2,  786.07 | Wheezing |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 11/17/2016 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $165.00 |
| 11/17/2016 | 87081 | - | THROAT CULTURE WITH KIT | 1.000 | $20.00 |
| | | | | Total : 2.000 | $185.00 |

_Indrani Malkani_
Providers Signature

Patient Name: Torres, Jovone         Patient ID: 1115         Superbill ID: 105563

# Superbill

**ID:    105563**

**Billing Provider:**
Malkani, Indrani, MD
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Service Site:**
Chandler Pediatrics
421 Chandler Street

WORCESTER MA 01602-2915

License:                    151354
Tax ID:                 043240936

**Referring Provider:**
-

**Patient:**

~~redacted~~

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:                  ~~redacted~~
MRN:
PatientID:                  1115
Account #                   2884

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
|---|---|---|---|
| Insured: | ~~redacted~~ | Auth Assign | Member ID:   N0014624401 |

Renderer:    Malkani, Indrani, MD          Service Start Date:   11/01/2016      Service End Date:   11/01/2016

| Diagnosis ID | Diagnosis Desc |
|---|---|
| F84.0,  299.00 | Autistic disorder |
| F41.9,  300.00 | Anxiety disorder, unspecified |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 11/1/2016 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $165.00 |
| | | | Total : | 1.000 | $165.00 |

_(signature)_

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 98887

## Superbill

**ID:    98887**

**Billing Provider:**
Malkani, Indrani, MD
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Service Site:**
Chandler Pediatrics
421 Chandler Street

WORCESTER MA 01602-2915

License:                      151354
Tax ID:                    043240936

**Referring Provider:**
-

**Patient:**

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:
MRN:
PatientID:                        1115
Account #                      2884

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | | Auth Assign | Member ID: | N0014624401 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   05/10/2016          Service End Date:   05/10/2016

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| F90.2,  314.01 | Attention-deficit hyperactivity disorder, combined type |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 5/10/2016 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $250.00 |
| 5/10/2016 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 5/10/2016 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | Total : | 3.000 | $325.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 85091

# Superbill

**ID:    85091**

**Billing Provider:**
Malkani, Indrani, MD
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Service Site:**
Chandler Pediatrics
421 Chandler Street

WORCESTER MA 01602-2915

License.          151354
Tax ID:          043240936

**Referring Provider:**
-

**Patient:**

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:          ▮▮▮▮▮▮▮▮
MRN:
PatientID:          1115
Account #          2884

---

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | ▮▮▮▮▮▮▮▮ | Auth Assign | Member ID: | N0014624401 |

---

| Renderer: | Malkani, Indrani, MD | Service Start Date: | 05/05/2015 | Service End Date: | 05/05/2015 |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 5/5/2015 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $250.00 |
| 5/5/2015 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 5/5/2015 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | Total : | 3.000 | $325.00 |

_(signature)_

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 68466

# Superbill

**ID:    68466**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |
| **Patient:** | | |
| | | DOB: |
| 32 Edgeworth St | | MRN: |
| Apt 2 | | PatientID:          1115 |
| WORCESTER MA 01605 | | Account #          2884 |
| (508)410-3345 | | |

| | | | |
|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
| Insured: | | Auth Assign | Member ID:          N0014624401 |

| | | | | |
|---|---|---|---|---|
| Renderer: | Malkani, Indrani, MD | Service Start Date:          04/25/2014 | Service End Date:          04/25/2014 |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/25/2014 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $200.00 |
| 4/25/2014 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 4/25/2014 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 4/25/2014 | 99173 | - | VISION SCREENING | 1.000 | $30.00 |
| | | | Total : | 4.000 | $305.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 52940

## Superbill

**ID:  52940**

| | | |
|---|---|---|
| **Billing Provider:**<br>Malkani, Indrani, MD<br>421 Chandler Street<br><br>Worcester MA 01602-2915<br>(508)752-4511 | **Service Site:**<br>Chandler Pediatrics<br>421 Chandler Street<br><br>WORCESTER MA 01602-2915 | License:          151354<br>Tax ID:          043240936<br><br>**Referring Provider:**<br>- |
| **Patient:**<br>▬▬▬▬▬▬<br>32 Edgeworth St<br>Apt 2<br>WORCESTER MA 01605<br>(508)410-3345 | | DOB:          ▬▬▬▬▬<br>MRN:<br>PatientID:          1115<br>Account #          2884 |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | ▬▬▬▬▬▬ | Auth Assign | Member ID: | N0014624401 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   09/30/2013          Service End Date:   09/30/2013

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 9/30/2013 | 99393 | 25 | PREV VISIT EST AGE 5-11 | 1.000 | $175.00 |
| 9/30/2013 | 90460 | - | FIRST ADMIN < 18 | 1.000 | $50.00 |
| 9/30/2013 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 9/30/2013 | D1206 | - | TOPICAL FLUORIDE VARNISH | 1.000 | $26.00 |
| 9/30/2013 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 9/30/2013 | 90658 | SL | INFLUENZA >3 years - State | 1.000 | $0.00 |
| | | | **Total :** | **6.000** | **$326.00** |

_Debra Malkani_

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 41510

# Superbill

---

**ID:    41510**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

| | |
|---|---|
| ~~Torres Jovone~~  \ | DOB:          ~~00/00/0000~~ |
| 32 Edgeworth St | MRN: |
| Apt 2 | PatientID:          1115 |
| WORCESTER MA 01605 | Account #          2884 |
| (508)410-3345 | |

---

| | | | |
|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
| Insured: | ~~Torres, Jovone~~ | Auth Assign | Member ID:          N0014624401 |

---

| Renderer: | Malkani, Indrani, MD | Service Start Date: | 04/18/2013 | Service End Date: | 04/18/2013 |
|---|---|---|---|---|---|

| Diagnosis ID | Diagnosis Desc |
|---|---|
| 299.81 | CHILD PSYCHOS NEC, RESIDUAL |
| 314.01 | ADHD |
| 278.00 | OBESITY |
| 786.07 | WHEEZING |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/18/2013 | 99214 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $180.00 |
| | | | Total : | 1.000 | $180.00 |

_____
Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 35951

# Superbill

**ID:   35951**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          80757 |
| Riordan, Catherine, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

~~████████~~

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:          ~~████████~~
MRN:
PatientID:          1115
Account #          2884

| | | | |
|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
| Insured: ~~████████~~ | | Auth Assign | Member ID:          N0014624401 |

Renderer:    Riordan, Catherine, MD          Service Start Date:    01/23/2013          Service End Date:    01/23/2013

| Diagnosis ID | Diagnosis Desc |
|---|---|
| 692.9 | DERMATITIS/ECZEMA NON-SPECIFIC |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 1/23/2013 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $145.00 |
| | | | **Total :** | **1.000** | **$145.00** |

_(signature)_

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 32403

# Superbill

**ID:  32403**

**Billing Provider:**
McCoy, Amanda
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Patient:**

████████████
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

**Service Site:**
Chandler Pediatrics
421 Chandler Street

WORCESTER MA 01602-2915

License:                    251174
Tax ID:                 043240936

**Referring Provider:**
-

DOB:              ████████
MRN:
PatientID:                 1115
Account #                 2884

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | ████████████ | Auth Assign | Member ID: | N0014624401 |

| Renderer: | McCoy, Amanda | | Service Start Date: | 12/07/2012 | Service End Date: | 12/07/2012 |
|---|---|---|---|---|---|---|

| Diagnosis ID | Diagnosis Desc |
|---|---|
| 462 | PHARYNGITIS |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 12/7/2012 | 99211 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $50.00 |
| 12/7/2012 | 87081 | - | THROAT CULTURE WITH KIT | 1.000 | $20.00 |
| | | | | Total : 2.000 | $70.00 |

_(signature)_

Providers Signature

Patient Name: Torres, Jovone        Patient ID: 1115        Superbill ID: 14723

## Superbill

**ID:   14723**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:   151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:   043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

~~●●●●●●●~~
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:        ~~●●●●●●●~~
MRN:
PatientID:        1115
Account #        2884

| | | | |
|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
| Insured: | ~~●●●●●●●~~ | Auth Assign | Member ID:   N0014624401 |

Renderer:   Malkani, Indrani, MD        Service Start Date:   04/10/2012      Service End Date:   04/10/2012

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/10/2012 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $150.00 |
| 4/10/2012 | 90460 | - | FIRST ADMIN < 18 | 4.000 | $180.00 |
| 4/10/2012 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 4/10/2012 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 4/10/2012 | 90700 | - | DTAP | 1.000 | $0.00 |
| 4/10/2012 | 90713 | - | POLIO | 1.000 | $0.00 |
| 4/10/2012 | 90716 | - | VARICELLA CHICKEN POX-State | 1.000 | $0.00 |
| 4/10/2012 | 90707 | - | MMR | 1.000 | $0.00 |
| | | | **Total :** | **11.000** | **$405.00** |

_(signature)_

Providers Signature

| DATE 3-1-07   0-4 WEEKS | DATE 3-19-07 0-4 WEEKS | DATE *   0-4 WEEKS | DATE 4-13-07 1 MONTH |
|---|---|---|---|
| **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** |
| Gestation 66 64 at 38 wks last | Gestation 40 39 3°/ / Similac | Gestation | Diet Nutramigen 4oz 3-4° |
| Apgars 9 | Apgars | Apgar | Illness sleep-4 V. |
| Birth Weight GBS Ø, 4. H Ø | Birth Weight Colic   sleep-6 | Birth Weight | Stools sleep-4 V. 4 spit up |
| Neonatal NSVD | Neonatal | Neonatal | Diaper rash |
| Problems p    14 | Problems 4 spit up | Problems | Vision Trach |
|  |  3.5 |  | Hearing 13 |
| Ht. 21   Wt. 7   H.C. 36 | Ht. 22   Wt. 10   H.C. 39 | Ht.   Wt.   H.C. | Ht. 23   Wt. 11   H.C. 40 |
| **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** |
| **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** |
| Prone lifts head ⊕ Soc Smile | Prone lifts head | Prone lifts head | Prone lifts head ⊕ Soc Smile |
| Moro reflex | Moro reflex | Moro reflex | Vocalizes   SD UR2 |
| Turn head to side   Regards | Turn head to side | Turn head to side | Smiles responsively |
| .30 89 3%°, sleep-8h | | | Follows past midline   kracin-laugh |
| ow Gata   Stooling well | | | Kicks (cranky !) |

| **PHYSICAL EXAMINATION** | | **PHYSICAL EXAMINATION** | | **PHYSICAL EXAMINATION** | | **PHYSICAL EXAMINATION** | |
|---|---|---|---|---|---|---|---|
| | N | Abnormalities | N | Abnormalities | N | Abnormalities | N | Abnormalities |
| Gen. App. | | | Gen. App. | | Gen. App. | | Gen. App. |
| Skin | | | Skin | ± Soc | Skin | | Skin ✓ mild Seb |
| Head | | ⊕ cons | Head | Smile | Head | | Head   Derm |
| EENT | | | EENT | | EENT | | EENT (convergence?) |
| Chest | | | Chest | | Chest | | Chest |
| Heart | | | Heart | | Chest | | Lungs |
| Pulses | | | Pulses | | Heart | | Heart |
| Abdomen | | | Abdomen | | Pulses | | Abdomen |
| Ext. Gen. | | kovls- | Ext. Gen. | | Abdomen | | Ext. Gen. |
| Extrem. | | clear ō | Extrem | | Ext. Gen. | | Back |
| Hip Abduct | | secs | Hip Abduct | | Extrem | | Extrem. |
| Neurol. | | | Neurol. | | Hip Abduct | | Hip Abduct |
| Fem Pul. | | | Fem Pul. | | Neurol. | | Fem Pul. |
| | | | | | Fem Pul. | | Neurol. |

| **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** |
|---|---|---|---|
| Results of hospital screening (PKU, T4/TSH, Hb electrophoresis) | Results of hospital screening (PKU, T4/TSH, Hb electrophoresis) | Results of hospital screening (PKU, T4/TSH, Hb electrophoresis) | . Well 2mo. 0° |
| Well 2wk NB   wt: 50 °/ | .Well 1mo   wts 75.1 |  | wt= 50 % |
|  w= 90°/ |  ht 75-. |  | ht= 50 % |
|  | - colic - o/p |  |  |

| **PARENT COUNSELING** | **PARENT COUNSELING** | **PARENT COUNSELING** | **PARENT COUNSELING** |
|---|---|---|---|
| Diet   ē MD | Diet | Diet | Diet   Δ. switch to Soy |
| Breastfeeding | Breastfeeding | Breastfeeding | Breastfeeding   Similac |
| Nutrient intake, esp. iron rich foods  8 mo   0 sit | Nutrient intake, esp. iron rich foods | Nutrient intake, esp. iron rich foods | Nutrient intake, esp. iron rich foods |
| **Injury Prevention** | **Injury Prevention** | **Injury Prevention** | **Injury Prevention** |
| Child safety seats, smoke detectors 2 hour | Child safety seats, smoke detectors | Child safety seats, smoke detectors | Child safety seats, smoke detectors |
| Hot water heater temperature  bliss | Hot water heater temperature | Hot water heater temperature | Hot water heater temperature |
| **Dental Health**   Vit-Whole | **Dental Health** | **Dental Health** | **Dental Health** |
| Baby bottle tooth decay   4 ow hour | Baby bottle tooth decay | Baby bottle tooth decay | Baby bottle tooth decay |
| **Other Primary Preventive Measures** 6 we | **Other Primary Preventive Measures** | **Other Primary Preventive Measures** | **Other Primary Preventive Measures** |
| Effects of passive smoking | Effects of passive smoking | Effects of passive smoking | Effects of passive smoking |
| Assess abuse potential | Assess abuse potential | Assess abuse potential | Assess abuse potential |
|  lev 2wks |  Rev 1w | | |

| **IMMUNIZATIONS** | **IMMUNIZATIONS** | **IMMUNIZATIONS** | **IMMUNIZATIONS** |
|---|---|---|---|
| HBV₁ | HBV₁ | HBV₁ | DPT-1  HIb1  TOPV1 |
|  |  |  | HBV (if 2nd not yet given) |
|  |  |  | Pne 1Hed 1 Rotateg |

Signed _____   Signed _____   Signed _____   Signed _____

*Six visits are required for immunization (birth to 18 mo.)

020

| DATE 6·14·07 4 MONTHS | DATE 8·6·07 6 MONTHS | DATE 1·16·07 9 MONTHS | DATE 2·4·08 12 MONTHS |
|---|---|---|---|
| **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** |
| Diet Nutramigen → Soy<br>Illness ⊕ diarr<br>Stools<br>Diaper rash<br>Vision<br>Hearing Triple 1½ | Diet Nutramigen / Sl-11<br>Illness<br>Stools Soy<br>Accidents  s/p wheeze 1½ | Diet Not for Soy yet!!<br>Illness P<br>Stool Nutramigen<br>Accidents Soy N 3.5 | Diet Nutramigen 'Sl' food<br>Illness P<br>Stools — yep Soy on<br>Accidents ↓ such<br>Naps ___ 10 |
| Ht 25 Wt 15 H.C. | Ht 28 Wt 19 H.C. | Ht 30 Wt 22 H.C. 42 | Ht 33 Wt 25 H.C. 49 |
| **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** |
| **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** |
| Held steady sitting<br>Eyes follow 180°  Laughs<br>Grasps rattle<br>Squeals  Roll → | No head lag when pulled<br>Reaches for object (5 mos.)  Da da<br>Rolls both ways<br>Sits briefly alone<br>Gums objects  Teeth — → | Pulls self to standing  Crawls — 9<br>Stands holding on  (Cruising)<br>Dada, mama<br>Thumb-finger grasp<br>Plays pat-a-cake<br>Holds cup to drink with help | Pulls self to standing  Walks alone<br>Stands holding on  · pulls Mid<br>Dada, mama<br>Thumb-finger grasp  · 2 word<br>Plays pat-a-cake<br>Holds cup to drink with help |

| PHYSICAL EXAMINATION | N | Abnormalities | | PHYSICAL EXAMINATION | N | Abnormalities |
|---|---|---|---|---|---|---|
| Gen. App. | | ⊕ Dry Cough | | Gen. App. | | |
| Skin | | | | Skin | | seaorthis |
| Head | | | | Head | | sorts |
| EENT (ears/nose/oral) | | Sl. dull<br>TM | | Teeth | | |
| Chest | | | | EENT (ears/nose/oral) | | |
| Lungs | | ch. chan | | Chest | | |
| Heart | | | | Lungs | | |
| Abdomen | | | | Heart | | |
| Ext. Gen | | ⊕ diaper | | Abdomen | | |
| Back | | rash | | Ext. Gen. | | |
| Extrem | | | | Back | | |
| Neurol | | | | Extrem. | | |
| Hip Abduct | | | | Neurol. | | |

| PHYSICAL EXAMINATION | N | Abnormalities | | PHYSICAL EXAMINATION | N | Abnormalities |
|---|---|---|---|---|---|---|
| Gen. App. | | | | Gen. App. | | |
| Skin | | | | Skin | | |
| Head | | | | Head | | |
| Teeth | | | | Teeth | | |
| EENT (ears/nose/oral) | | | | EENT | | |
| Chest | | | | Chest | | |
| Lungs | | | | Lungs | | |
| Heart | | | | Heart | | |
| Abdomen | | | | Abdomen | | |
| Ext. Gen. | | | | Ext. Gen. | | |
| Back | | | | Back | | |
| Extrem. | | | | Extrem. | | |
| Neurol. | | | | Neurol. | | |

**PROBLEMS — PLANS — FOLLOW-UP**

4 mo: - Well 4 mo. 0? 25/75, Well 6 mo. 0

- Persist. Cough ~ 2wk. Allergy to Pears.
Post Viral Bronchospasm
Flovent (110) 2 BID — ↓ 2 d

9 mo: - Well 9 mo. 0 95/95
- Watch anoter skills → renal Soy.

12 mo: - Well 1 yr — 0  95/95
- renal Soy.

**PARENT COUNSELING**

Diet 3 to Nutramigen Sl 0
Breastfeeding
Nutrient intake, esp. iron rich foods
Injury Prevention
Child safety seats, smoke detectors
Hot water heater temperature
Dental Health
Baby bottle tooth decay
Other Primary Preventive Measures
Effects of passive smoking
Assess abuse potential

New intake - Retataly

**PARENT COUNSELING**

Diet
Breastfeeding
Nutrient intake, esp. iron rich foods
Injury Prevention
Child safety seats, smoke detectors
Hot water heater temperature
Subway gates, window grds., pool fence
Storage of drugs, and toxic chemicals
Syrup of ipecac, poison control tel. no
Dental Health
Baby bottle tooth decay
Other Primary Preventive Measures
Effects of passive smoking
Assess abuse potential

**PARENT COUNSELING**

Diet Cf Nutramigen
Breastfeeding
Nutrient intake, esp. iron rich foods age 1
Injury Prevention
Child safety seats, smoke detectors
Hot water heater temperature
Subway gates, window grds., pool fence
Storage of drugs, and toxic chemicals
Syrup of ipecac, poison control tel. no.
Dental Health
Baby bottle tooth decay
Other Primary Preventive Measures
Effects of passive smoking
Assess abuse potential

Per 1 mo

**PARENT COUNSELING**

Diet
Breastfeeding
Nutrient intake, esp. iron rich foods
Injury Prevention
Hot water heater temperature
Subway gates, window grds., pool fence
Storage of drugs, and toxic chemicals
Syrup of ipecac, poison control tel. no
Dental Health
Baby bottle tooth decay
Other Primary Preventive Measures
Effects of passive smoking
Assess abuse potential

√Pb V2 (Pcd) Hgb A

| IMMUNIZATIONS | | | | TESTING |
|---|---|---|---|---|
| DPT-2 | (Hib2) | TOPV2 | | Hearing (HR2) |
| | Per Ped | | | |

| IMMUNIZATIONS | | TESTING |
|---|---|---|
| DPT-3 | (TOPV3) | Hearing (HR2) |
| (Hib3) | HBV | |
| | Par'l Ped | (Retataly) |

| IMMUNIZATIONS | TESTING |
|---|---|
| | Hearing (HR2) |
| | Pcia |

| IMMUNIZATIONS | | TESTING |
|---|---|---|
| MMR | (HRB) | Pb Screen |
| TB | | Hb/Hct (Hib3) |

Signed _____  Signed _____  Signed _____  Signed _____

1st profiles, the scheduling of the individual preventive services are left to clinical discretion

-1-        © 1994 U.S. Healthcare, Inc. 6423B-3/93

*Six visits are required for immunization (birth to 18 months). Because of lack of data and differing patient

021

TORRES, JOVONE
02/16/07

| DATE 5.28.08 15 MONTHS | DATE 6.6.08 18 MONTHS | DATE 7.24.09 2 YEARS | DATE 3.26.10 2½ YEARS |
|---|---|---|---|
| **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** |
| Diet Good app / mar | Diet btt w/ hamger / formula | Diet Good app / var   1 w/ | Diet 6 oz app / l   BMI = |
| Illness ✓ | Illness 4 cups / day | Illness core 5x - Rx adj | Illness whze res   19 |
| Stools vg   diap ok | Stools ✓ | Stools reg   fer | Stools vg   l/l |
| Accidents | Accidents   slp m | Accidents | Accidents |
| Naps ×2   12.5 | Naps + / Pica   1.5 | Naps +1   Pica ⊖ | Naps +   Pica ⊖   4 |
| Ht. 34 Wt. 28 H.C. 50 | Ht.  Wt. 33 H.C. | Ht. Wt. 20 B.P. — | Ht. 40 Wt. 43 B.P. — |

| **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** |
|---|---|---|---|
| **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** |
| Stands alone | Walks well   Piles 3 cubes | Runs well, walks up and down stairs | Runs well, walks up and down stairs |
| Walks holding (furniture)  5-6 mo | Cups little spillage  2.3 wd | Tower of 6 cubes   5 yo old | Tower of 6 cubes — Full sentence |
| Builds tower with two cubes  tour | Dada, mama (specif.)   & pointing | Puts three words together  2 word | Puts three words together  ⊕ red |
| Plays pat-a-cake | Climbs | Handles spoon well  comb | Handles spoon well  Plays McIty |
| Takes lids off containers | Indicates wants by pointing | Plays hide and seek | Plays hide and seek |
| Says mama, dada | and pulling (not crying) | | |

| **PHYSICAL EXAMINATION** | | | **PHYSICAL EXAMINATION** | | | **PHYSICAL EXAMINATION** | | | **PHYSICAL EXAMINATION** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | Abnormalities | | N | Abnormalities | | N | Abnormalities | | N | Abnormalities |
| Gen. App | ✓ | | Gen. App. | ✓ | | Gen. App. | ✓ | | Gen. App. | ✓ | |
| Skin | ✓ | | Skin | ✓ | diaper | Skin | | Diff Eve | Skin | | speak - lit |
| Head | ✓ | | Head | ✓ | | Head | | | Head | | off topic |
| Nodes | ✓ | | Nodes | ✓ | ⊕ dry | Nodes | | | Nodes | | |
| EENT | ✓ | | EENT | ✓ | skin | EENT screen-estropia | | | EENT screen-estropia | | less busy |
| Chest | ✓ | | Chest | ✓ | | Chest | | | Lungs | | alone |
| Lungs | ✓ | | Lungs | ✓ | | Lungs | | | Heart | | |
| Heart | ✓ | | Heart | ✓ | | Heart | | | Abdomen | | |
| Abdomen | ✓ | | Abdomen | ✓ | | Abdomen | | | Ext. Gen. | | (diff |
| Ext. Gen. | ✓ | | Ext. Gen. | ✓ | | Ext. Gen. | | | Back | | smear) |
| Back | ✓ | | Back | ✓ | | Back | | | Extrem. | | |
| Extrem | ✓ | | Extrem. | ✓ | | Extrem. | | | Gait | | |
| Gait | ✓ | | Gait | ✓ | | Gait | | | | | |

| **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-U** |
|---|---|---|---|
| Well 15 mo - ♂   20 / 95 | Well 18 mo ♂   95 / 295   - EI - Speech   - Seizure - Idd 2° | - Well 24 - ♂   >29 / 85   - AOM - mild   BMI > 95%. | Well 34 - ♂   BMI > 95   Rev Whze Rebr w/ht   11/9   Reb seen / R/o asp effsn   - Heart app / videos |

| **PARENT COUNSELING** | **PARENT COUNSELING** | **PARENT COUNSELING** | **PARENT COUNSELING** |
|---|---|---|---|
| Diet | Diet | Diet  1 Cal ( b. 1% aud )  Sweets and between-meal snacks,   iron rich foods, sodium  Caloric balance  Selection of exercise program  Injury Prevention  Safety belts, smoke detectors  Hot water heater temperature  Window guards and pool fence  Bicycle safety helmets  Storage of drugs, and toxic chemicals  Syrup of ipecac, poison control tel. no.  Dental Health   Keep  Tooth-brushing and dental visits  Other Primary Preventive Measures  Effects of passive smoking  Skin protection from U.V. light (HR9)  Assess abuse potential | Diet   Reb - AD   Sweets and between-meal snacks,   iron rich foods, sodium  Caloric balance  Selection of exercise program  Injury Prevention  Safety belts, smoke detectors  Hot water heater temperature  Window guards and pool fence  Bicycle safety helmets  Storage of drugs, and toxic chemicals  Syrup of ipecac, poison control tel. no.  Dental Health   ref / Fl ?   Tooth brushing and dental visits  Other Primary Preventive Measure  Effects of passive smoking  Skin protection from U.V. light (HR9 |
| Breastfeeding  Nutrient intake, esp. iron rich foods  Injury Prevention  Child safety seats, smoke detectors  Hot water heater temperature  Strway gates, window grds , pool fence  Storage of drugs, and toxic chemicals  Syrup of ipecac, poison control tel. no  Dental Health  Baby bottle tooth decay  Other Primary Preventive Measures  Effects of passive smoking  Assess abuse potential | Breastfeeding  Nutrient intake, esp. iron rich foods  Injury Prevention  Child safety seats, smoke detectors  Hot water heater temperature  Strway gates, window grds , pool fence  Storage of drugs, and toxic chemicals  Syrup of ipecac, poison control tel. no  Dental Health  Baby bottle tooth decay  Other Primary Preventive Measures  Effects of passive smoking  Assess abuse potential | | |

| **IMMUNIZATIONS** | **IMMUNIZATIONS**   **TESTING** | **IMMUNIZATIONS**   **TESTING** | **IMMUNIZATIONS**   **TESTING** |
|---|---|---|---|
| (MMR)  Dtap   Hib | DPT-Booster or DTaP  Pb Screen (HR4)  (TOPV-Booster3) | Pb Screen (HR4)  TB test (HR8) | Pb Screen (HR   TB test (HR |

Signed _____   Signed _____   Signed _____   Signed _____

k profiles the scheduling of the individual preventive services are left to clinical discretion

© 1994 U.S. Healthcare, Inc. 0423B-5094

| | DATE 3-22-11 (4c) | DATE 4, 3, 0 YEARS | DATE 4, 3, 0 YEARS | DATE 7, 8, 9, 10, 11, 12 YEARS |
|---|---|---|---|---|
| **INTERVAL HISTORY** | Diet 6 oz-apple Juice | | | Interview — Alone |
| | Illness — stool BM's 20 | | | Sibling — Parents |

### INTERVAL HISTORY (cols 2-3)

**Diet** | **Diet**
**Illness** | **Illness**
**Stools** | **Stools**
**Accidents** | **Accidents**

**INTERVAL HISTORY (col 1)**
Diet 6 oz-apple Juice
Illness — stool BM's 20
Stools — 7
Accidents — before 4

Ht. 43   Wt. 50   B.P. 80/

**Ht.** 42  **Wt.** 6 ?  **B.P.**     **Ht.    Wt.    B.P.**

### INTERVAL HISTORY (col 4)
Allergy
Illness
Diet—Appetite, Stool, Stomach-Headache
Fatigue—Nightmares, Enuresis
Sexual Dev.—Breasts, Testic., Pubic Hair

### REVIEW GROWTH CHARTS
### GROWTH — DEVELOPMENT

| Col 1 | Col 2 | Col 3 |
|---|---|---|
| Skips | Skips | Skips |
| Draws square from copy | Draws square from copy | Draws square from copy |
| Knows few colors | Knows few colors | Knows few colors |
| Dresses and undresses | Dresses and undresses | Dresses and undresses |
| Knows age | Knows age | Knows age |
| Counts 10 pennies | Counts 10 pennies | Counts 10 pennies |

Col 1 notes: Role-self, Lower shirt

### GROWTH — SCHOOL PROGRESS (col 4)
Sports
Peer Relationships
School Attendance
Performance
Ht. _____ Weight _____
B.P. _____ Loss/Gain _____

### PHYSICAL EXAMINATION

| | N | Abnormalities | | N | Abnormalities | | N | Abnormalities | | N | Abnormalities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gen. App. | | (E) Anew | Gen. App. | | | Gen. App. | | | Gen. App. | | |
| Skin | | | Skin | | | Skin | | | Skin | | |
| Head | | | Head | | | Head | | | Head | | |
| Nodes | | | Nodes | | | Nodes | | | Breasts | | |
| EENT | | | EENT | | | EENT | | | EENT | | |
| Lungs | | | Lungs | | | Lungs | | | Lungs | | |
| Heart | | | Heart | | | Heart | | | Heart | | |
| Abdomen | | | Abdomen | | | Abdomen | | | Abdomen | | |
| Ext. Gen. | | | Ext. Gen. | | | Ext. Gen. | | | Ext. Gen. | | |
| Neurol. | | | Neurol. | | | Neurol. | | | Extrem./Scoliosis | | |
| Vision | | → opthal | Vision | | | Vision | | | Vision | | |
| Hearing | | left | Hearing | | | Hearing | | | Hearing | | |

### PROBLEMS — PLANS — FOLLOW-UP

Col 1:
- Well Chy - as
- Speech - good progn
- Potty tr - problem

### PATIENT-PARENT COUNSELING

**Col 1, 2, 3:**
Diet and Exercise
Sweets and between-meal snacks, iron rich foods, sodium
Caloric balance
Selection of exercise program
Injury Prevention
Safety belts, smoke detectors
Hot water heater temperature
Window guards and pool fence
Bicycle safety helmets
Storage of drugs, and toxic chemicals
Syrup of ipecac, poison control tel. no.
Dental Health
Tooth brushing and dental visits
Other Primary Preventive Measures
Effects of passive smoking
High-Risk Groups
Skin protection from U.V. light (HR9)

**Col 4:**
Diet and Exercise
Fat (esp. saturated fat), cholesterol, sweets and between-meal snacks, sodium
Caloric bal., selection of exercise program
Injury Prevention
Safety belts, smoke detectors
Storage of firearms, drugs, toxic chemicals, matches
Bicycle safety helmets
Dental Health
Regular tooth brushing and dental visits
Other Primary Preventive Measures
High-Risk Groups
Skin protection from U.V. light (HR9)

### IMMUNIZATIONS
Col 4: Tb test (HR8), Measles (MMR2)

### IMMUNIZATIONS    LABORATORY
**Col 1, 2, 3:**
DPT or DTaP, TOPV      U.A.
TB test (HR8), Measles (MMR2)

Signed _____ (col 1)   Signed _____ (col 2)   Signed _____ (col 3)   Signed _____ (col 4)

of the individual preventive services listed in this

© 1994 U.S. Healthcare, Inc. 6423B-5/94    © 1994 U.S. Healthcare, Inc. 6423B-5/94

Jovino Torres 2-16-07



**BOYS: BIRTH TO 36 MONTHS**
**CDC US GROWTH CHARTS***

Name _____   Record # _____



**ROSS**
PEDIATRICS
www.ross.com

**Similac®**
**With Iron**
Infant Formula

**Similac®**
**Lactose Free**
Infant Formula With Iron

**Isomil®**
Soy Formula With Iron

**Alimentum®**
Protein Hydrolysate
Formula With Iron

**Isomil® DF**
Soy Formula For Diarrhea

**Similac®**
**NeoSure®**
Infant Formula With Iron

**Pedialyte®**
Oral Electrolyte Maintenance
Solution/Freezer Pops

**Similac® 2**
Infant & Toddler Formula
With Iron

**Isomil® 2**
Infant & Toddler Soy Formula
With Iron

**PediaSure®**
Complete, Balanced Nutrition®

**ElecCare®**
Nutritionally Complete
Amino Acid-Based Medical Food

* Adapted from the
National Center for
Health Statistics in
collaboration with the
National Center for
Chronic Disease
Prevention and Health
Promotion (2000).
Kuczmarski RJ, Ogden
CL, Grummer-Strawn
LM, et al: CDC Growth
Charts, United States.
Advance data from vital
and health statistics
No. 314. Hyattsville,
Maryland: National
Center for Health Statis-
tics, December 4, 2000.

This chart is consis-
tent with CDC growth
data as of July 2001.

Internet:
http://www.cdc.gov/
growthcharts

© 2001 Abbott Laboratories

| DATE | AGE | LENGTH | WEIGHT | HEAD CIRC. | COMMENT |
|------|-----|--------|--------|------------|---------|
| | Birth | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MOTHER'S STATURE _____   FATHER'S STATURE _____
GESTATIONAL AGE IN WEEKS _____



**BOYS: 2 TO 20 YEARS**
**CDC US GROWTH CHARTS***

Name _____

_____ Record #_____



025

# PEDS RESPONSE FORM

Provider

Child's Name ██████

Parent's Name *Lindsey Beshia*

Child's Birthday *2-16-07*          Child's Age *3*          Today's Date *3-16-10*

**Please list any concerns about your child's learning, development, and behavior.**

---

**Do you have any concerns about how your child talks and makes speech sounds?**

Circle one:   No   Yes   (A little)   COMMENTS:

---

**Do you have any concerns about how your child understands what you say?**

Circle one:   (No)   Yes   A little   COMMENTS:

---

**Do you have any concerns about how your child uses his or her hands and fingers to do things?**

Circle one:   No   Yes   (A little)   COMMENTS:

---

**Do you have any concerns about how your child uses his or her arms and legs?**

Circle one:   (No)   Yes   A little   COMMENTS:

---

**Do you have any concerns about how your child behaves?**

Circle one:   No   (Yes)   A little   COMMENTS:

---

**Do you have any concerns about how your child gets along with others?**

Circle one:   No   (Yes)   A little   COMMENTS:

---

**Do you have any concerns about how your child is learning to do things for himself/herself?**

Circle one:   (No)   Yes   A little   COMMENTS:

---

**Do you have any concerns about how your child is learning preschool or school skills?**

Circle one:   (No)   Yes   A little   COMMENTS:

---

**Please list any other concerns.**

© 2009 Frances Page Glascoe, Ellsworth & Vandermeer Press, LLC, 1013 Austin Court, Nolensville, TN 37135, phone: 615-776-4121, fax: 615-776-4119, web: www.pedstest.com. For electronic applications contact: Frances.Page.Glascoe@pedstest.org. This form may not be reproduced. Only completed forms may be scanned

026

#700PEDSv1-2009

# PEDS SCORE FORM

Child's Name _____                    Birthday _____

Find appropriate column for the child's age. Place a checkmark in the appropriate circle or box to show each concern on the PEDS Response form. See Brief Scoring Guide for details on categorizing concerns. Circles are predictive concerns. Boxes are non-predictive concerns.

| Child's Age: | 0–3 mos. | 4–5 mos. | 6–11 mos. | 12–14 mos. | 15–17 mos. | 18–23 mos. | 2 yrs. | 3 yrs. | 4–4 1/2 yrs | 4 1/2–6 yrs. | 6–7 yrs. | 7–8 yrs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global/Cognitive | | | | | | | | | | | | |
| Expressive Language and Articulation | | | | | | | | | | | | |
| Receptive Language | | | | | | | | | | | | |
| Fine-Motor | | | | | | | | | | | | |
| Gross Motor | | | | | | | | | | | | |
| Behavior | | | | | | | | | | | | |
| Social-emotional | | | | | | | | | | | | |
| Self-help | | | | | | | | | | | | |
| School | | | | | | | | | | | | |
| Other | | | | | | | | | | | | |

Count the number of checks in the small circles and place the total in the large circle below.

If the number shown in the large circle is 2 or more, follow Path A on PEDS Interpretation Form. If the number shown is exactly 1, follow Path B. If the number shown is 0, count the number of small boxes and place the total in the large box below.

If the number shown in the large box is 1 or more, follow Path C. If the number 0 is shown, consider Path D if relevant. Otherwise, follow Path E.

© 2008 Frances Page Glascoe, Ellsworth & Vandermeer Press, LLC, 1013 Austin Court, Nolensville, TN 37135, phone: 615-776-4121, fax: 615-776-4119, web: www.pedstest.com. For electronic applications contact: Frances.Page.Glascoe@pedstest.org. This form may not be reproduced. Only completed forms may be scanned.

#720PEDSv1-2008

   Date   3·22·11

# Pediatric Symptom Checklist (PSC)

Emotional and physical health go together in children. Because parents are often the first to notice a problem with their child's behavior, emotions, or learning, you may help your child get the best care possible by answering these questions. Please indicate which statement best describes your child.

**Please mark under the heading that best describes your child:**

| | | Never | Sometimes | Often |
|---|---|:---:|:---:|:---:|
| 1. | Complains of aches and pains | ✓ | | |
| 2. | Spends more time alone | ✓ | | |
| 3. | Tires easily, has little energy | ✓ | | |
| 4. | Fidgety, unable to sit still | | | ✓ |
| 5. | Has trouble with teacher | ✓ | | |
| 6. | Less interested in school | ✓ | | |
| 7. | Acts as if driven by a motor | | | ✓ |
| 8. | Daydreams too much | ✓ | | |
| 9. | Distracted easily | | ✓ | |
| 10. | Is afraid of new situations | ✓ | | |
| 11. | Feels sad, unhappy | ✓ | | |
| 12. | Is irritable, angry | | ✓ | |
| 13. | Feels hopeless | ✓ | | |
| 14. | Has trouble concentrating | | ✓ | |
| 15. | Less interested in friends | ✓ | | |
| 16. | Fights with other children | ✓ | | |
| 17. | Absent from school | ✓ | | |
| 18. | School grades dropping | ✓ | | |
| 19. | Is down on him or herself | ✓ | | |
| 20. | Visits the doctor with doctor finding nothing wrong | ✓ | | |
| 21. | Has trouble sleeping | | ✓ | |
| 22. | Worries a lot | ✓ | | |
| 23. | Wants to be with you more than before | ✓ | | |
| 24. | Feels he or she is bad | ✓ | | |
| 25. | Takes unnecessary risks | ✓ | | |
| 26. | Gets hurt frequently | ✓ | | |
| 27. | Seems to be having less fun | ✓ | | |
| 28. | Acts younger than children his or her age | ✓ | | |
| 29. | Does not listen to rules | ✓ | | |
| 30. | Does not show feelings | ✓ | | |
| 31. | Does not understand other people's feelings | ✓ | | |
| 32. | Teases others | ✓ | | |
| 33. | Blames others for his or her troubles | | ✓ | |
| 34. | Takes things that do not belong to him or her | | ✓ | |
| 35. | Refuses to share | | ✓ | |

Total score _____

Does your child have any emotional or behavioral problems for which she or he needs help?   ? ( ) N   ( ) Y
Are there any services that you would like your child to receive for these problems?   ? ( ) N   ( ) Y

If yes, what services? _____

# PEDS RESPONSE FORM

Provider

Child's Name _____   Parent's Name _____

Child's Birthday _____   Child's Age _____   Today's Date __8·24·09__

| Please list any concerns about your child's learning, development, and behavior. |

| Do you have any concerns about how your child talks and makes speech sounds? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child understands what you say? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child uses his or her hands and fingers to do things? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child uses his or her arms and legs? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child behaves? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child gets along with others? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child is learning to do things for himself/herself? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Do you have any concerns about how your child is learning preschool or school skills? |

Circle one:   (No)   Yes   A little   COMMENTS:

| Please list any other concerns. |

© 2008 Frances Page Glascoe, Ellsworth & Vandermeer Press, LLC, 1013 Austin Court, Nolensville, TN 37135, phone. 615-776-4121, fax: 615-776-4119, web: www.pedstest.com. For electronic applications contact: Frances.Page.Glascoe@pedstest.org. *This form may not be reproduced. Only completed forms may be scanned*

#700PEDSv1-2008

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| *Dr. L. Young* | *Dr. C. Riordan* | *Dr. I. Malkani* | *Dr. S. Levy* |
|---|---|---|---|

val Visit - Acute Problem

Patient Name _____  DOB: _____  Allergy: _____
Date: 4-20-07  Wt: 12 -   Ht: ___  HC: ____  Temp: 99 rectal  BP: ____

Subjective Compliant: wheezing / coughing (non-stop × 5 minutes
at a time). Powell. (old) spit up p cough, sleep-ok.
Congestion — resolved. couldn't gain! 1½ oz (day!

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | ① Felt Contacts - Sib | △ mild Bronchiolitis |
| General | | ✓ | | Rx - Ct Feth |
| Skin | | ✓ | p cough | Flu pm - late y or> |
| Head | | ✓ | Smiles ! | |
| Eyes | | ✓ | | |
| Ears | | ✓ | | |
| Nose | | ✓ | | 14c |
| Throat | | ✓ | | |
| Heart | | ✓ | | |
| Lungs | | ✓ | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

---

Interval Visit - Acute Problem

Patient Name:  Same as above  DOB: _____  Allergy: _____
Date: 6-21-07  Wt: ____  Ht: ___  HC: ___  Temp: ____  BP: _____

Subjective Compliant: Here for immunization update. Peds leg gun
Co. Protein

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | | △50b → imp |
| General | | ✓ | | Rx - Ct Flovent / 9 sels |
| Skin | | ✓ | | - Wean " as foc |
| Head | | ✓ | | |
| Eyes | | ✓ | | |
| Ears | | ✓ | 7w-ok | 14 |
| Nose | | ✓ | cong → resolud | |
| Throat | | ✓ | | |
| Heart | | ✓ | | |
| Lungs | | ✓ | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
**(508) 752-4511**

| *Dr. L. Young* | *Dr. C. Riordan* | *Dr. I. Malkani* | *Dr. S. Levy* |
|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: ▬▬▬▬▬▬▬▬     DOB:_____   Allergy:_____
Date: 6-29-07 Wt:____   Ht:___   HC:_____   Temp:_____   BP:_____

Subjective Compliant: *(handwritten)* ? thrush · cough. Cough more wet,
eye right: ✓ 1 mo. All - MD? = ? sniff well -
B.c. fussing soul. & Earning? watery up all night
PO well: 12 new out

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | -Sibs ? | ✓ Persist. cough |
| General | | ✓ | | · Oral Thrush |
| Skin | | ✓ | wet "funky" cough | |
| Head | | ✓ | | R₂ -Nystatin SID - Mouth |
| Eyes | | ✓ | | - ✓ see MD? prn |
| Ears | | ✓ | | |
| Nose | | X | sl. cong | - Prelone 2.5ml qd x 4d |
| Throat | | ✓ | | - Zithromax - 2 5ml qd x 3d |
| Heart | | ✓ | | |
| Lungs | | ✓ | clear | - flu prn mm - |
| Abdomen | | | | /🌂 |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above       DOB: _____  Allergy: _____
Date: 11-10-07  Wt: ____   Ht: ___   HC: ____   Temp: ____   BP: ____

Subjective Compliant: *(handwritten)* ? ear infection - woke up last
night crying - then sleeping & will release it
Mom rubbing ear - good start does not see
PO feeding well

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | ✓ | alert | |
| General | | ✓ | | ✓ ↓ OM |
| Skin | | ✓ | | pharyngitis |
| Head | | ✓ | | ✓ calm |
| Eyes | | ✓ | | |
| Ears | ✓ | | m's Cle | |
| Nose | ✓ | | Red | |
| Throat | | ✓ | | |
| Heart | | ✓ | clear | ✓ to retirement |
| Lungs | | ✓ | | ✓ flu = R₂ Maglani |
| Abdomen | | ✓ | Soft NT/ND | on Monde |
| Genitalia | | | | 🌂 |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |
|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: ~~[redacted]~~   DOB: ~~[redacted]~~   Allergy: NKDA
Date: _11-19-08_  Wt: ___  Ht: ___  HC: ___  Temp: ___  BP: ___

Subjective Compliant: *afebrile, drinking, not eating, ↓ appetite, teething*

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | ✓ | | alert, well | |
| Skin | ✓ | | appear | viral pharyng |
| Head | ✓ | | | |
| Eyes | ✓ | | | |
| Ears | | ✓ | TM's clear | |
| Nose | | ✓ | | |
| Throat | | ✓ | red = exudate | |
| Heart | ✓ | | | symptom |
| Lungs | ✓ | | | |
| Abdomen | ✓ | | | |
| Genitalia | ✓ | | | |
| Extremities/Hips | ✓ | | | |
| Neurological/Dev | | | | |

---

**Interval Visit - Acute Problem**

Patient Name: Same as above   DOB: _1-76-07_  Allergy: NKDA
Date: _12-15-08_  Wt: ___  Ht: ___  HC: ___  Temp: ___  BP: ___

Subjective Compliant: *Cold sx, Difficulty using inhaler, Needs nebulized. Wheezing, Poking in ears. Nebulizer*

| Objective: | N | A | fel - had RAD - cul | Impression/Plan: |
|---|---|---|---|---|
| | | | Past - Nebuide Bronchiolitis Δ Bronchiolitis/Wheezing | |
| General | ✓ | | Well app | .102 |
| Skin | ✓ | | | |
| Head | ✓ | | R | Alb Nel q 4-6 |
| Eyes | ✓ | | | - Sob |
| Ears | ✓ | | | - flu px |
| Nose | | ✗ | | |
| Throat | ✓ | | | |
| Heart | ✓ | | | |
| Lungs | | ✗ | bil I/E whz | |
| Abdomen | ✓ | | | |
| Genitalia | ✓ | | | |
| Extremities/Hips | ✓ | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
**(508) 752-4511**

Dr. L. Young        Dr. C. Riordan        Dr. I. Malkani        Dr. S. Levy

**Interval Visit - Acute Problem**

Patient Name: ▆▆▆▆▆▆▆▆     DOB: ▆▆▆▆   Allergy: N K D A
Date: 12·19·0?  Wt: ____  Ht: ____  HC: ____  Temp: 98-9 A✗  BP: ____

Subjective Compliant: Cough - using albuterol ē improvement
Cough - worse - fever × 1 d.    R all c̄ lung
?pn

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | pulm wheezy | Δ URI |
| General | ✓ | | | wheezy |
| Skin | ✓ | | ? distress · | Pneumonia |
| Head | | | | |
| Eyes | | ✓ | | Rx - Proton 5ml ? |
| Ears | | ✓ | | - Aerosol 6 ? |
| Nose | | ✓ | | - ? Albuterol |
| Throat | | ✓ | | |
| Heart | | ✓ | | |
| Lungs | | ✓ | clear L - (R) scale | |
| Abdomen | | | | |
| Genitalia | | | (R) ? wheezes B/L | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name: Same as above     DOB: ____   Allergy: N K D A
Date: 2-4-10  Wt: ____  Ht: ____  HC: ____  Temp: ____  BP: ____

Subjective Compliant: Cough × 4 Days - worse @ noc
tugging on "ear"  wouldn't take OTC cough suppressant
or Benadryl. cough sounds different that asthma
cough. Sounds irritated. Otight starting to sound
more congested this a.m.

| Objective; | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | OS✗✗ ? ptbrng | URI /Pharyngitis/ |
| General | ✓ | | low fever max 99 ax | mild RAD |
| Skin | | | tugging L ear ? Diarrhea | Orapred 15mg |
| Head | | | ×2 postvasc ē mucos | BID × 4 |
| Eyes | ✓ | | SL tired  clear nasal DC | ODT Sample |
| Ears | ✓ | | LL ?? ROS o/w ⊖ | cough |
| Nose | | ✓ | | albuterol |
| Throat | | ✓ | Well | ODT-6 prn S✗ |
| Heart | ✓ | | GND | RST ⊖ |
| Lungs | ✓ | | OP SL red | flu × sint |
| Abdomen | ✓ | | tonsils red large | - TR S✗ |
| Genitalia | | | ? exidate | - F/U PRN S✗ |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

RST ⊖

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |
|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: ████████████  DOB: ██████  Allergy: N/KDA
Date: 3-5-06  Wt: ____  Ht: ____  HC: ____  Temp: 98.7 Ax  BP: ____

Subjective Compliant: asthma - 2d, h/o _____ all n 3t/wk - 2months
Mostly to colds. Cold 50' 3d, congested

| Objective: | N | A | Used Flovent as (m) in infancy | Impression/Plan: |
|---|---|---|---|---|
| General | | | | X RAD -ac bronchodilator |
| Skin | ✓ | | | URI/BODI |
| Head | ✓ | | h | Pralone 5ml B10 to 2d |
| Eyes | ✓ | | | Pulmicort 0-say B10 - _____ |
| Ears | ✓ | | 7ar -SC diff | Cl tab Nd y 4b as |
| Nose | | X | | 4 60 DOW |
| Throat | | | | flu 2au PE (m) |
| Heart | ✓ | | | |
| Lungs | ✓ | | clean | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above  DOB: ____  Allergy: NKDA
Date: 7-26-10  Wt: ____  Ht: ____  HC: ____  Temp: ____  BP: ____

Subjective Compliant: (L) side of neck - swollen gland

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | | | | ∠ GAS |
| Skin | ✓ | | Non | rapid (+) |
| Head | ✓ | | 3P3 cm, Tender (L) upper | Amox 500 gds 10 |
| Eyes | ✓ | | in ln | f-R |
| Ears | ✓ | | | - flu prn |
| Nose | ✓ | | | |
| Throat | ✓ | | | |
| Heart | | ✓ | | |
| Lungs | | | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |
|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: ██████████ / DOB: ██████ Allergy: _NKDA_
Date: _9-21-10_  Wt: _44_  Ht:___  HC:___  Temp: _102(Ax)_  BP:___

Subjective Compliant: _vomiting, temp. better during noc._

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | | ✓ | ⊕ Tears | Δ GE: well hyd |
| Skin | | | BP 60/p0 | fluid flush - close f/u |
| Head | | | | Soln elect on tol |
| Eyes | | | | update Thurs pm |
| Ears | | | | |
| Nose | | | | |
| Throat | | | | |
| Heart | | | | |
| Lungs | | | | /u |
| Abdomen | | | Clear | |
| Genitalia | | | Soft | |
| Extremities/Hips | | | | 9/21 Jpa Decy Redler |
| Neurological/Dev | | | | /a |

**Interval Visit - Acute Problem**

Patient Name:  Same as above  DOB:___  Allergy: _NKDA_
Date: _9-24-10_  Wt:___  Ht:___  HC:___  Temp: _98.3 Ax_  BP:___

Subjective Compliant: _vomiting, fever x5 days. seen ED - Wed_
_p iab. Se Cody_

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | | / | | Δ GAS |
| Skin | | / | Dear 57' | - rapid (+) |
| Head | | / | | Admic 800 sol e cod |
| Eyes | | / | | day |
| Ears | | / | | fluid |
| Nose | | X | Se cony | ✓ Un lyp |
| Throat | | | | |
| Heart | | / | | |
| Lungs | | | Needlepoint | |
| Abdomen | | | 57 / | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

035

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

Dr. L. Young          Dr. C. Riordan          Dr. I. Malkani          Dr. S. Levy

**Interval Visit - Acute Problem**

Patient Name: ▓▓▓▓▓▓▓▓▓▓   DOB: ▓▓▓▓   Allergy: NKDA
Date: 11-8-10  Wt: _____   Ht: ___   HC: _____   Temp: 98⁹ax   BP: no meds

Subjective Compliant: " Boo Boo Mouth" & swollen glands

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | ✓ | | derivally | △ De Pharyngitis |
| Skin | ✓ | | Verbal | |
| Head | ✓ | | | - rapid (-) |
| Eyes | ✓ | | | - Phlegm |
| Ears | ✓ | | | - S.R |
| Nose | ✓ | | | flu swishle |
| Throat | | x | | |
| Heart | ✓ | | | LCH |
| Lungs | ✓ | | | |
| Abdomen | ✓ | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above   DOB: _____   Allergy: _____
Date: 12·13·10 ·  Wt: _____   Ht: ___   HC: ___   Temp: _____   BP: _____

Subjective Compliant: Cold x 2-3 weeks - cough abt. Achey himself
sleep OK - Not used all yet ( 3 acenol,  wheezy esp
& activity

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | ✓ | | | △ · URI |
| Skin | ✓ | | | · RAD - ac exacerbat |
| Head | ✓ | | congested. | - seb Neb q 4 x° |
| Eyes | ✓ | | | Pred  Day sol 3-4d |
| Ears | ✓ | | | - dop |
| Nose | | x | | - prn if dx |
| Throat | ✓ | | | |
| Heart | ✓ | | R/L exp wheeze | |
| Lungs | | x | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |
|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: ▓▓▓▓▓▓▓▓▓▓   DOB: ▓▓▓   Allergy: NKDA
Date: 3-11-11   Wt: ____   Ht: ____   HC: ____   Temp: ____   BP: ____

Subjective Compliant: _asthma is "kicking up". started_
_at 11pm last night. Nebs q 3 hrs._
_Albuterol & Pulmicort. Afebrile_

| Objective: | N | A | *2 epi wheez /gr —* | Impression/Plan: |
|---|---|---|---|---|
| | | | *usually spring ! - Nos* | *△ lao. c exacerbation* |
| General *Wellogn* | ✓ | | *wasn't do* | |
| Skin | | ✓ | *④ allergies - spring.* | *- depsid 15 mg BID c sol* |
| Head | | | | *- c kel q u.r.* |
| Eyes | | | | |
| Ears | | | *④ Eczema* | *- c Claritin Fay qc* |
| Nose | | | | |
| Throat | | | | *- fu prn* |
| Heart | | | | |
| Lungs | | ✓ | *④ available uly* | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name: Same as above   DOB: 2-16-0   Allergy: NKDA
Date: 3-21-11   Wt: ____   Ht: ____   HC: ____   Temp: ____   BP: ____

Subjective Compliant: _Vomiting. More strep ⊕ throat appears_
_pink & irritated, or exila t gement._
_PTA, PST done._

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | | | *RST ⊖ T/c to UMass.* | |
| Skin | | | *comfort measures* | |
| Head | | | *discussed. Will* | |
| Eyes | | | *call if ⊕. C Conagr16* | |
| Ears | | | | |
| Nose | | | | |
| Throat | | | | |
| Heart | | | | |
| Lungs | | | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
**(508) 752-4511**

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. M. Whitham | Dr. Vari Kamerkar |
|---|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: _____ DOB: _____ Allergy: N K D A
Date: 4-14-11  Wt: _____  Ht: _____  HC: _____  Temp: 100.8 Ax  BP: _____

Subjective Compliant: Vomiting - C/o Stomach & throat _____ reproduce Savan
Hens well - ∅ URI / cough c/o S7 / abdpain

| Objective: | N | A | SH | PMH | FH | | Impression/Plan: |
|---|---|---|---|---|---|---|---|
| | | | | p Each Contact . | | | ∆ Gte older No GAS |
| General | × | | | | | | - rapid ⊖ |
| Skin | | / | | | | | - Rx q/s |
| Head | | / | | | | | - Sole / Perspi fluids |
| Eyes | | / | | | | | - flu recall |
| Ears | | / | | | | | fut |
| Nose | | / | | | | | |
| Throat | × | | | | | | |
| Heart | | / | | | | | |
| Lungs | | / | | | | | |
| Abdomen | × | | Soft BS ⊕ | | | | |
| Genitalia | | | | | | | |
| Extremities/Hips | | | | | | | |
| Neurological/Dev | | | | | | | |

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. M. Whitham | Dr. Vari Kamerkar |
|---|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name:  Same as above     DOB: 2-16-07 Allergy: NKDA
Date: 4-18-11  Wt: _____  Ht: _____  HC: _____  Temp: _____  BP: _____

Subjective Compliant: Fever on & off since thurs ; cough

| Objective: | N | A | SH | PMH | FH | | Impression/Plan: |
|---|---|---|---|---|---|---|---|
| | | | | | | | ∆ GAS |
| General | / | | | | | | . rapid ⊕ |
| Skin | / | | | | | | Antival sougdrols |
| Head | / | | | | | | - fl |
| Eyes | / | | | | | | flu pos |
| Ears | / | | | | | | |
| Nose | | P | | | | | |
| Throat | | P | | | | | |
| Heart | / | | | | | | |
| Lungs | / | | | | | | |
| Abdomen | | | | | | | |
| Genitalia | | | | | | | |
| Extremities/Hips | | | | | | | |
| Neurological/Dev. | | | | | | | |

 **UMass Memorial**
**Children's Medical Center**

 **University of Massachusetts**
**Medical School**

*University Campus*
*55 Lake Avenue North*
*Worcester, MA 01655*
*www.umassmemorial.org*

March 3, 2011

Dr. Indrani Malkani
Chandler Pediatrics
421 Chandler Street
Worcester, MA 01610

RE: █████████████████

Dear Dr. Malkani:

Please be advised that ███████████ has either no showed or cancelled with Dr. JoAnn
Carson in the Developmental and Behavioral Pediatric Department at UMASS –
University Campus on the following dates: 3/30/10, 4/22/10, 5/13/10, 6/3/10, 7/1/10 and
2/11/11.  Therefore, Dr. Carson is unable to reschedule Jovone Torres at this time.

If you have any questions, please contact Dr. Carson at 774-442-3028.

Thank you.

*Kara*

Kara Goodwin
Medical Administrative Assistant

ATLANTIC HOME MEDICAL SUPPLY
5106 CRANBERRY HIGHWAY
PO BOX – 1723 ONSET, MA 62558
PHONE 508-295-7191      FAX 508-295-5541

TO: DR Indrani Malkani      DATE: 06|18|08

FAX # 508-797-4729      FROM: Dawn

SUBJECT: **REQUEST FOR NUTRITIONAL SUPPLIES**

Your patient: ~~████████████~~      DOB: ~~████████~~
Has requested the following items;

| Item | Cans per day | Calories per can | Cans/cals per day x 30 days | Refills |
|------|--------------|------------------|----------------------------|---------|
| Nutramigen | | 12 Cans Per Month | | 6 |

To process this request through their insurance company please provide a prescription for each item.  Prescription must include:

1. Patient's name, address and date of birth.
2. Item requested.
3. Cans/Calories per day and month.
4. Primary diagnosis and a secondary of failure to thrive.
5. Number of refills. (12 is typical)
6. Masshealth provider number. (PCC #) _____

These items will also need a brief Letter of Medical Necessity. This letter should include the patient's name, address, date of birth, medical condition and items requested. Remember to include FAILURE TO THRIVE in the letter.

When complete **please fax** to 508-295-5541 and **mail originals** to:

A.H.M.S
PO Box – 1723
Onset, MA 02558

✱ Will Also Need Current
Growth Chart.

**Please send A.S.A.P.**

Thank you

040

**ATLANTIC HOME MEDICAL SUPPLY**
9196 CRANBERRY HIGHWAY
P.O. BOX – 1723 ONSET, MA 02558
PHONE 508-295-7191     FAX 508-295-5541

TO: DR Indrani Malkani     DATE: 06/18/08

FAX # 508-797-4729     FROM: Dawn

### SUBJECT: REQUEST FOR NUTRITIONAL SUPPLIES

Your patient: ▅▅▅▅▅▅▅▅     DOB: ▅▅▅▅▅▅▅
Has requested the following items:

| Item | Cans per day | Calories per can | Cans/cals per day x 30 days | Refills |
|---|---|---|---|---|
| Nutramigen | | 12 Cans per Month | | 6 |

To process this request through their insurance company please provide a
prescription for each item.  Prescription must include:

1. Patient's name, address and date of birth.
2. Item requested.
3. Cans/Calories per day and month.
4. Primary diagnosis and a secondary of failure to thrive.
5. Number of refills. (12 is typical)
6. Masshealth provider number (PCC #) _____

These items will also need a brief **Letter of Medical Necessity**. This letter
should include the patient's name, address, date of birth, medical condition
and items requested. Remember to include **FAILURE TO THRIVE** in the
letter.

When complete **please fax** to 508-295-5541 and **mail originals** to:

A.H.M.S
PO Box – 1723
Onset, MA 02558

*✱ Will Also Need CurrenT
Growth CharT.*

### Please send A.S.A.P.

Thank you

041

**ATLANTIC HOME MEDICAL SUPPLY**

*Your Bridge to Better Health*

3105 Cranberry Highway
P.O. BOX 1723 Onset, MA 02558
508-295-7191     FAX 508-295-5541

⭐ 8/12/08
Please fax
requested info
if Patient still
needs as soon
as possible. This
has been waiting.
Thank you

Rec Reg
Dec 9/8/08

8/12/08

## FAX COVER LETTER

TO: DR Indrani Malkan          DATE: 06/18/08
FAX: 508-797-4729
FROM: Dawn

NO. OF PAGES INCLUDING THIS ONE: 2

RE: ~~_____~~ – Dob ~~_____~~

MESSAGE: Please Fax Script and
Letter of Medical Necessity
So We Can Submit to
Network Health for Prior
Auth        Thanks

Statement of confidentiality. The documents transmitted by this facsimile contain information from Atlantic Home Medical Supply inc. and may contain confidential and privileged information. This information is intended for the use of the addressee named in this transmittal sheet. If you received this facsimile, any disclosure, photocopying, distribution or use of the contents is prohibited. If you received this facsimile in error, please call immediately so that we can arrange to retrieve the original document.

# ATLANTIC HOME MEDICAL SUPPLY

*Your Bridge to Better Health*

3105 Cranberry Highway
P.O. BOX 1723 Onset, MA 02558
**508-295-7191   FAX 508-295-5541**

## FAX COVER LETTER

TO DR Indrani Malkani            DATE: 06/18/08

FAX: 508-797-4729

FROM: Dawn

NO. OF PAGES INCLUDING THIS ONE: 2

RE: ▓▓▓▓▓▓▓▓▓▓ - Dob ▓▓

MESSAGE Please Fax Script and
Letter of Medical Necessity
so we can submit to
Network Health for prior
Auth
Thanks

Statement of Confidentiality: The documents transmitted by this facsimile contain information from Atlantic Home Medical Supply that is both confidential and privileged information. This information is intended for the use of the addressee named on this transmittal sheet. If you are in the addressee, any disclosure, photocopying, distribution or use of its contents is prohibited. If you received this facsimile in error, please call us immediately so that we can arrange to retrieve the original document.

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729

**CHANDLER PEDIATRICS**



# Fax

**To:** Atlantic Home Medical **From:** Indrani Malkani, MD

**Fax:** (508) 295-5541 **Pages:** 3 (incl. cover)

**Phone:** ▮▮▮▮ **Date:** 1-11-08

**Re:** ▮▮▮▮▮▮ (▮▮▮▮▮) **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Confidentiality Statement:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, coping, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

**If you receive this information in error, please notify us immediately by telephone at (508) 752-4511.**

▮▮▮▮▮▮▮ (▮▮▮▮▮) is a patient in our practice. He has Network Health, ID # 021908507. We are requesting Nutramigen formula. A script and letter of necessity follow. Mother's name is Lindsey Beshai, tel # 508-757-3059, their address is 18 Garland St.
e apt. 3
Worcester, MA 01603

If you have any questions, please call (508)-752-4511.

# CHANDLER PEDIATRICS

421 CHANDLER STREET · WORCESTER, MASSACHUSETTS · TEL (508) 752-4511 · FAX (508) 797-4729

LYNDA YOUNG, M.D.
CATHRINE RIORDAN, M.D.
INDRANI MALKANI, M.D.

Re: �it▇▇▇▇▇▇▇▇▇▇▇ is     DOB: ▇▇▇▇▇▇▇



▇▇▇▇▇▇▇▇ is an 11 month old patient of mine who has had cow's milk Protein allergy since 2 months of age. He has been challenged repeatedly with Soy formula without success, most recently in the past month. Although most infants outgrow this problem, some take a little longer. Jovonc needs to be on Nutramigen for at least 6 more months. Please give me a call if you have any questions.

Sincerely,

Iril Mall     ans

I. MALKANI

045

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729



**CHANDLER
PEDIATRICS**



# Fax

**To:** Atlantic Home Medical Supply      **From:**

**Fax:** 508 295 5541      **Pages:** 3

**Phone:**      **Date:** 7-10-08

**Re:**      **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

---

**Confidentiality Statement:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above  If you are neither the intended recipient nor the employee or agent responsible for delivering this infor
any disclosure, coping, distribution, or taking of any a
prohibited.

If you receive this information in error, please not

PCC  977 4343

Network  97053801

NDI  16593 78883

CHANDLER PEDIATRICS
LYNDA M. YOUNG, M.D.
SHERYL LEVY, M.D.
CATHERINE A. RIORDAN, M.D.
INDRANI MALKANI, M.D.
MICHELLE WHITHAM, M.D.
421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511      DEA #

LIC. #

NAME                          AGE

ADDRESS 18 Garland St Apt 3   DATE 7/10/08
Worcester MA 01603
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Nutramigen 300g /Day

#1 900 og / month

Cows milk Protein allergy
FTT

Refill ____ times

SIGNATURE _____

PLEASE PRINT NAME _____

Interchange is mandated unless the practitioner writes the words 'NO SUBSTITUTION' in this space.

7JPE5065006

**ATLANTIC HOME MEDICAL SUPPLY**
3495 CRANBERRY HIGHWAY
PO BOX – 1723 ONSET, MA 02558
PHONE 508-295-7191      FAX 508-295-5541

TO: DR Indrani Malkani   DATE: 06/18/08

FAX # 508-797-4729   FROM: Dawn

SUBJECT: **REQUEST FOR NUTRITIONAL SUPPLIES**

Your patient: ▓▓▓▓▓▓▓▓▓   DOB: ▓▓▓▓▓▓▓▓

Has requested the following items:

| Item | Cans per day | Calories per can | Cans/cals per day x 30 days | Refills |
|------|-------------|------------------|------------------------------|---------|
| Nutramigen | | | 12 Cans per Month | 6 |

To process this request through their insurance company please provide a prescription for each item. Prescription must include:

   1. Patient's name, address and date of birth.
   2. Item requested.
   3. Cans/Calories per day and month.
   4. Primary diagnosis and a secondary of failure to thrive.
   5. Number of refills. (12 is typical)
   6. Masshealth provider number. (PCC #) _____

These items will also need a brief Letter of Medical Necessity. This letter should include the patient's name, address, date of birth, medical condition and items requested. Remember to include FAILURE TO THRIVE in the letter.

When complete **please fax** to 508-295-5541 and **mail originals** to:

A.H.M.S
PO Box – 1723
Onset, MA 02558

Thank you

✱ Will Also Need Current growth Chart.

**_Please send A.S.A.P._**

047

# CHANDLER PEDIATRICS

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

CATHERINE RIORDAN, M.D.                                LYNDA YOUNG, M.D.
INDRANI MALKANI, M.D.                                  SHERYL LEVY, M.D.

Date:

To Whom It May Concern:

_____ DOB: _____ is a patient in my
practice.

He/She has a diagnosis of ___Cow's milk Protein Allergy___.

He/She needs to be on ___Nutramigen___. It is medically necessary that
he/she stays on this formula for ___3-d___ months.

If you have any questions please give me a call.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics                7/8/0 8

IM/lam

048

08/15/2007 16:43 FAX 5089292161          DSS WORC WEST                    ☑002/005



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
### Department of Social Services

DEVAL L. PATRICK
Governor
•
TIMOTHY P. MURRAY
Lieutenant Governor
•
JUDYANN BIGBY, M.D.
Secretary
•
LEWIS H. SPENCE
Commissioner

Date: _____ 7/13/07 _____

Dear _____ Dr. MALKani _____
(Physician's Name)

Re:   **REQUEST FOR HEALTH STATUS INFORMATION**

_____          _____
(Patient's Name)                              (Date of Birth)

As a licensed child placement agency, we are required to obtain evidence of a current medical examination, a written statement from a licensed physician regarding this individual's physical health and any illnesses, disabilities or limitations, and any information about the individual's emotional or mental health.

This individual is:

☐  an applicant to become a foster or pre-adoptive parent for the Department of Social Services.

☐  a current foster or pre-adoptive parent,      mother will be in Mass

☐  the child of a current or prospective foster/pre-adoptive parent, or      3: X0 - 7/16

☐  a resident in the home of a current or prospective foster/pre-adoptive family.

I would appreciate your completing and returning the enclosed "Health Status" form to me by _____
DO NOT SEND ANY OF THE PATIENT'S MEDICAL RECORDS.

Also enclosed please find a signed Release of Information Authorization that allows you to share information with the Department. Please note that the Department of Social Services cannot assume responsibility for the cost of any medical examination and/or evaluations that may be necessary to provide the Department with this required information.

Thank you in advance for your anticipated cooperation.

Sincerely,

_____ Patrica Chase _____
(Name/Title)
_____ DSS West _____
(DSS Office/Agency)
_____ 51 Winthorp W.C _____
(Address)
_____ 508-929-10 C. _____
_____ 508-929-2161 _____
(Telephone)

Enclosures
FMR-12
Foster/Pre-Adoptive Family Resource Letter, Medical                    Revised 2/2006

049

08/15/2007 16:44 FAX  5089282161          DSS WORC WEST                    ☑ 005/005

**Commonwealth of Massachusetts**
**Department of Social Services**

**HEALTH STATUS**

Re _____          Date of Exam _____

Physician's statement regarding this individual's health and any illnesses, disabilities or limitations:

_Well child — 6mo Pt — No Illness_

Physician's statement concerning this individual's apparent or known emotional or mental health:

_Well child —_

If this individual is a current or prospective foster or pre-adoptive parent, please state your opinion as to whether the above will affect the individual's ability to provide foster or adoptive care:

_No concerns with ability to provide foster care_

If this individual is a child of a current or prospective foster/pre-adoptive parent, or a resident in the home of a current or prospective foster/pre-adoptive family, please state your opinion as to whether the above will affect the family's ability to provide foster or adoptive care:

_No concern_

_T. Mulkari_
(Physician's Name)
_Tal Mulkari_
(Physician's Signature)
_421 Chandler St_
(Address)
_Worcester, MA 01602_
_5087524511_
(Telephone)
_8/16/07_
(Date)

**UMass Memorial Medical Center, Inc. Clinical Laboratories**

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*

*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI,INDRANI | PATIENT NAME ██████████████E<br>18 GARLAND ST 3,WORCESTER,MA 01603<br>Pt Phone:  774-242-0002 | | | Page: 6<br><br>FINAL REPORT |
|---|---|---|---|---|
| | PATIENT ID<br>00027476785 | DATE OF BIRTH<br>████████ | AGE SEX<br>4Y  F | UMMHC MR#<br>002036805 |

| REPORT DATE/TIME: 03/22/11 0906 | COLLECTED:03/21/11 1400 | RECEIVED: 03/21/11 2223 |
|---|---|---|

```
SOURCE:    THROAT SWAB
> GRP A DNA DETECTION THROAT  Final
      NO GROUP A STREPTOCOCCUS rRNA DETECTED.
```

/W

H = High    L = Low    * = Critical    # = Delta

** END OF REPORT **

**UMass Memorial Medical Center, Inc. Clinical Laboratories**

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*
*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| | |
|---|---|
| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI,INDRANI | PATIENT NAME          ███████████████     Page: 1<br>18 GARLAND STREET APT 3,WORCESTER,MA 016<br>Pt Phone:  774-242-0002          **FINAL REPORT** |

| PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|
| 00027665415 | ██████████ | 4Y | M | 001263629 |

| REPORT DATE/TIME: 04/15/11 0933 | COLLECTED:04/14/11 1400 | RECEIVED: 04/14/11 1906 |
|---|---|---|

SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT  Final
          NO GROUP A STREPTOCOCCUS rRNA DETECTED.

H = High   L = Low   * = Critical   # = Delta

** END OF REPORT **

**UMass Memorial Medical Center, Inc. Clinical Laboratories**

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*
*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI,INDRANI | PATIENT NAME ▓▓▓▓▓▓▓▓▓▓ Page: 8<br>18 GARLAND STREET APT 3,WORCESTER,MA 016<br>Pt Phone: 508-304-1705           FINAL REPORT |
|---|---|

| PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|
| 00026525521 | ▓▓▓▓▓▓▓ | 3Y | M | 001263629 |

| REPORT DATE/TIME: 11/09/10 0934 | COLLECTED:11/08/10 1700 | RECEIVED: 11/08/10 2222 |
|---|---|---|

SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT   Final
        NO GROUP A STREPTOCOCCUS rRNA DETECTED.

H = High   L = Low   * = Critical   # = Delta

** END OF REPORT **

**UMass Memorial Medical Center, Inc. Clinical Laboratories**

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*
*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| Ordering Location: ZZ-CHPED | PATIENT NAME ▓▓▓▓▓▓▓ | Page: 2 |
|---|---|---|
| CHANDLER PEDIATRICS | 18 GARLAND STREET APT 3,WORCESTER,MA 016 | |
| 421 Chandler Street | Pt Phone:  508-718-7010 | FINAL REPORT |
| Worcester, MA 01602 | | |

| | PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|---|
| Ordering MD: MALKANI,INDRANI | 00024473248 | ▓▓▓▓▓ | 2Y | M | 001263629 |

| REPORT DATE/TIME: 02/05/10 1025 | COLLECTED:02/04/10 UNK | RECEIVED: 02/04/10 2203 |
|---|---|---|

SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT  Final
        NO GROUP A STREPTOCOCCUS rRNA DETECTED.

H = High   L = Low   * = Critical   # = Delta

** END OF REPORT **

## UMass Memorial/Memorial Campus
### a member of UMass Memorial Health Care

### Radiology Consultation

| | | |
|---|---|---|
| Patient: ██████ | DOB: ████ | Sex: M |
| Address  32 LAKESIDE AVENUE APT 6 | MRN: 001263629 | |
|  WORCESTER, MA 01606 | Status: Outpatient | |
| Phone  (508) 459-2830 | Accession: 8468315 | |

| Requester: | Attending: | Report To: |
|---|---|---|
| MALKANI, INDRANI | MALKANI, INDRANI | 1): MALKANI, INDRANI |
| 121 CHANDLER STREET | 421 CHANDLER STREET | 2): MALKANI, INDRANI |
| WORCESTER, MA 01610 | WORCESTER, MA 01610 | |

ME) DXCH2 - CHEST, PA & LATERAL                                     07/02/2007 2:20 PM

### FINAL

EXAMINATION:
2 View Chest.

INDICATION:
Cough.

TECHNIQUE:
PA and lateral radiograph(s) of chest.

COMPARISON:
None.

FINDINGS:
There are bilateral perihilar peribronchial wall thickening present. The heart, mediastinum, and a bony structures are unremarkable

IMPRESSION:
Bilateral peribronchial wall thickening. Could represent infection or inflammation.

COMMUNICATION:
Per this written report.

| | | |
|---|---|---|
| Transcribed By: | Powerscribe Interface _____ | 07/02/2007 2:28 PM |
| Signed By: | YOUNG HWAN KIM, M.D. _____ | 07/02/2007 2:28 PM |
| Finalized By: | YOUNG HWAN KIM, M.D. _____ | 07/02/2007 2:28 PM |

Radiologist 1: KIM, YOUNG M.D., signed on 07/02 2007 14:28

NAME: ___

ADDRESS: ___   001263629

BIRTHDATE: ___   SEX: ___

UNIT NUMBER: ___

**UMass Memorial**
**Children's Medical Center**

**EMERGENCY DEPARTMENT**
**PHYSICIAN RECORD**

TIME: 2__   HIST: ☐ PATIENT ☑ PARENT ☐ OTHER: ☐ INTERPRETER:

MEDICAL STUDENT SIGNATURE: _____ MS ___

HPI/CC: 1 y.o. ♂ c̄ hx of asthma

LOCATION: presents c̄ wheezing during

QUALITY: sleep. mom woke pt ?vigously
him here. QR/SK. 1 prior

SEVERITY:

DURATION: episode. Breats ○ hoarse. ○ cough.

TIMING: eating normal now. ○ admission

CONTEXT:

MODIFYING FACTORS:

ASSOCIATED SIGNS/SYMPTOMS:

| PMH: | | SOCIAL: | | |
|---|---|---|---|---|
| ☐ TYPE I DM | ☑ LANCASTER | ☐ NO | ☐ DANA FARBER QB | |
| ☐ TYPE II DM | ☐ RENAL DX | ☐ SMOKE | ☐ CHD | ☐ HTN |
| ☑ ASTHMA | ☐ SICKLE CELL | ☐ ETOH | ☐ CAD | ☐ CHOL |
| ☐ CF | ☐ CONG HEART DX | ☐ DRUGS | ☐ DM | ☐ CANCER |
| ☐ HIV | ☐ HTN | MEDS: | | |
| ☐ DEV DEL | ☐ GERD | ☑ NONE ☐ SEE LIST | LIVING SITUATION: | |
| ☐ GERD | ☐ GI BLEED | PRENATAL HX: | ☐ WITH PARENTS | |
| ☐ GI BLEED | ☐ PSYCH | ☐ WKG GEST | ☐ EMANCIPATED | |
| ☐ SZ | | ☐ NSVD ☐ CS | ☐ DSS/DYS | |
| ☐ TRANSPLANT | | ☐ Group B STREP ○○○○ | ☐ RESIDENTIAL | |
| | | ☐ ROM ___ hrs PTD | ☐ HOMELESS | |
| | | ☐ COMPLICATIONS | ☐ DOMESTIC VIOLENCE | |
| | | ☐ NICU ISSUES | | |

| ROS: | | | | BIRTH WEIGHT: ___ kg | |
|---|---|---|---|---|---|
| CONS | - + | GI | - + | | ALLERGIES: |
| EYES | - + | GU | - + | ENDO - + | ☑ NKDA ☐ OTHER |
| ENT | - + | NEURO | - + | HEME - + | |
| CVS | - + | INTEG | - + | PSYCH - + | |
| RESP | - + | MS | - + | IMMUN - + | |

☑ UNABLE DUE TO: ___
☐ ALL OTHERS NEGATIVE UNLESS NOTED

PHYSICAL EXAM: ALERT/ORIENTED X   APPEARS: ☐ WELL ☐ MILDLY ILL ☐ ILL ☐ IN PAIN ___/10   ☐ OTHER:

GCS: ___/15

TRIAGE VS: T ___ ○ R TM ___ P 142 35 BP (P) (L) ___ PULSE OX: 99

☐ LAST TETNUS IMMUNIZATION   ☐ > 6 YR ☐ > 10 YR ☐ WT.   LMP:

| HEAD: | EARS: | NL ABNL | EYES: | NL ABNL | NOSE/SINUS: | N Y |
|---|---|---|---|---|---|---|
| ☐ NCAT | CANAL (R) | ☐ ☐ | FUND/DISC (R) | ☐ ☐ | RHINORRHEA | ☑ ☐ |
| ☐ ABNL | CANAL (L) | ☐ ☐ | FUND/DISC (L) | ☐ ☐ | HEMORRHAGE | ☑ ☐ |
| | TM (R) | ☐ ☐ | PERRL | ☐ ☐ | SEPTAL HEMAT | ☑ ☐ |
| SKIN: | TM (L) | ☐ ☐ | EOMI | ☐ ☐ | SINUSES TENDER | ☑ ☐ |
| ☐ NL | PINNAE (R) | ☐ ☐ | CONJUNC (R) | ☐ ☐ | | |
| ☐ ABNL | PINNAE (L) | ☐ ☐ | CONJUNC (L) | ☑ ☐ | NECK: | N Y |
| | | | | | RIGID | ☑ ☐ |

| PHARYNX: | N Y | LUNGS: | R L | | |
|---|---|---|---|---|---|
| OBSTRUCTED | ☑ ☐ | CLEAR | ☐ ☐ | ADENOPATHY | ☑ ☐ |
| INJECTED | ☑ ☐ | RALES | ☐ ☐ | TENDER | ☑ ☐ |
| EDEMA | ☑ ☐ | WHEEZES | ☑ ☑ slight | | |
| ↑ TONSILS | ☑ ☐ | BS | ☐ ☐ | HEART: | |
| DRY MUCOSA | ☑ ☐ | | | ☐ NSR NO M/R/G | |
| DROOL | ☑ ☐ | STRIDOR ☐ Yes ☐ No | | ☐ REG | |
| EXUDATE | ☑ ☐ | RR ___ /min | | ☐ IRREG | |
| DENTITION | ☑ ☐ | RETRACTIONS Mild/Mod/Severe | | ☐ TACHY | |
| | | GRUNTING ☐ Yes ☐ No | | ☐ BRADY | |
| | | FLARING ☐ Yes ☐ No | | ☐ MURMUR: M | |
| | | | | ☐ RUB: | |

| ABDOMEN: | N Y | | | ☐ GALLOP | |
|---|---|---|---|---|---|
| HEPATOMEGALY | ☑ ☐ | PULSES: | R L | | |
| SPLENOMEGALY | ☑ ☐ | CAROTID | ___ ___ | RECTAL: | |
| TENDER | ☑ ☐ | BRACHIAL | ___ ___ | ☐ NL | |
| MASS | ☑ ☐ | RADIAL | ___ ___ | ☐ ABNL | |
| DISTENDED | ☑ ☐ | FEMORAL | ___ ___ | | |
| HERNIA | ☑ ☐ | DP | ___ ___ | HEME + ___ | |
| CVAT | ☑ ☐ | PT | ___ ___ | | |
| SOFT | ☑ ☐ | | | PELVIC / GENITOURINARY: | |
| RIGID | ☑ ☐ | | | TANNER STAGE: N | |
| BOWEL SOUNDS | ☐ NL ☐↑ ☐↓ ☐ ABSENT | | | TESTICLES: | |
| | | | | CIRCUMCISED: Y / N | |

| NEUROPSYCH: | NL ABNL | | NL ABNL | | NL ABNL |
|---|---|---|---|---|---|
| CN II-XII | ☐ ☐ | SENSORY | ☐ ☐ | MEMORY | ☐ ☐ |
| GAIT | ☐ ☐ | MOTOR | ☐ ☐ | CONCENT | ☐ ☐ |
| COORD. | ☐ ☐ | STRENGTH | ☐ ☐ | MOOD | ☐ ☐ |

MENTAL STATUS (FOR AGE): ☐ NL ☐ ABNL

DTR

☐ NO EDEMA / CYANOSIS / CLUBBING

816873  Rev. 1/08

DISTRIBUTION:  WHITE - MEDICAL RECORD   YELLOW - PHYSICIAN BILLING   PINK - FOLLOW UP INFO   WHITE - PCP

| | | | | |
|---|---|---|---|---|
| ☐ RHYTHM STRIP INTERPRETATION | ☐ EKG #1 | +/- Δ C/W | CX: ☐ BLOOD ☐ THROAT ☐ URINE ☐ STOOL ☐ WOUND ☐ CDIFF | |
| | ☐ EKG #2 | +/- Δ C/W | ☐ CSF | ☐ FLUID: |
| | ☐ NO COMPARISON AVAILABLE | | | |
| | ☐ INTERPRETED BY E.P. | | | |

RADIOLOGY  CT  SPINE

| ☐ CXR | ☐ HEAD | ☐ C |
| ☐ ABD | ☐ ABD | ☐ T |
| ☐ OTHER | ☐ CHEST | ☐ LS |
| ☐ EXT | | |

☐ INTERPRETED BY E.P  ☐ C/W RADIOLOGIST                ☐ ED US

#1 CK  MB   I  TROP
#2 CK  MB   I  TROP
☐ ABG                 FC2
☐ D-DIMER  ☐ BNP
U/A:   WBC   SG
UCG   RBC   Ph
      Bact   Bili

ETOH  LIP
ASA   AMY
APAP  LDH
Drugs of Abuse  ALT
              AST
APTT  ALP
PT   TBIL
INR   LACTATE

CONSULTATIONS/PCP:

1) UMASS MEMORIAL MEDICAL CENTER

TORRES, JOVONE
MRN: 001263629  ADM/SVC: 10/16/08
DOB: 02/16/07  AGE: 1Y  SEX: M

ACCT#: 00021472241

☑ REVIEWED NURSE'S NOTES
☑ REQUESTED OLD RECORDS
☑ REVIEWED OLD RECORDS
PLEASE SUMMARIZE:

MANAGEMENT/INTERVENTION        TIME   RESPONSE:

| | | |
|---|---|---|
| 1) ☐ MED ☐ EXAM ☐ VS ☐ O2 ☐ SAT | | → ☐ IMP ☐ SAME ☐ WORSE |
| 2) ☐ MED ☐ EXAM ☐ VS ☐ O2 ☐ SAT | | → ☐ IMP ☐ SAME ☐ WORSE |
| 3) ☐ MED ☐ EXAM ☐ VS ☐ O2 ☐ SAT | | → ☐ IMP ☐ SAME ☐ WORSE |

NOTES / MISCELLANEOUS:

DISPOSITION:
☐ HOME
☐ WORK
☐ TRANSFER TO

☐ ADMIT
☐ NURSING HOME
☐ CDU/OBS
ED OBS START TIME:
☐ EMH  ☐ AMA  ☐ ELOPED  ☐ POLICE  ☐ PSYCH

RESIDENT(S) SIGNATURE:

Michael Regan, MD, PGY 3
Pager #: 9830

ATTENDING(S) SIGNATURE:
INFORMATION ABOVE REVIEWED
WITH RESIDENT AND PATIENT

Peter Murphy MD
Pager #: 2412

☑ SEE PROCEDURE FORM
☑ SMOKING CESSATION COUNSELING

CONDITION: ☑ IMPROVED
☐ GUARDED  ☐ SAME
☐ EXPIRED

MEDICAL RECORDS

04-01-'07 08:51 FROM-UMMHC PEDI ED N FAX    +508-421-1630        T-554  P002/003 F-960



**UMASS MEMORIAL MEDICAL CENTER**
*EMERGENCY DEPARTMENT PHYSICIAN RECORD*

00126362°

HPI/CC: 6 week old ♂ product of full-term uncomplicated pregnancy plus cough + congestion x 2 days. Ø fevers. Feeding very well. Fussy today, which prompted mom to bring him to ER. No # wet diapers. Ø vomiting. Changed formula to nutramigen 1 week ago for colic. Since then, has been having BMs ~5x/day (yellow + seedy). Eyes seen watery.

03/31/07
HALRANI, INDRANI    NETWORK/ML
17 FEDERAL ST      H508-875-7798
WORCESTER , MA 01608

PHYSICAL EXAM: ALERT/ORIENTED

VS: T 98.0 RTM P 146 R 52 BP(R) PULSE OX: 100/% WT: 5.1 kg

HEAD: NCAT

EARS:
NOSE/SINUS: mild congestion

LUNGS: ♀ air

HEART: CLEAR NO M/R/G

ABDOMEN: soft NT ND

NEURO: Alert, well-appearing
⊕ moro
⊕ palmar grasp
Good tone

SKIN: ⊘ rash

058

04-01-'07 08.52  FROM-UMMHC PEDI ED N FAX   +508-421-1630     T-654  P003/003 F-960

| ~ICAL DECISION MAKING | INTERVENTION: | LABS: ☐CBC ☐Na ☐K ☐Cl ☐HCO₃ ☐Bun ☐Cr ☐GLU   INIT.: |
|---|---|---|
| ~ERENTIAL DIAGNOSIS: | ☐IVF: ☐NS: ☐    ☐W/O X   L ☐MONITOR | |
| )RI | ☐D5 NS: ☐         ☐O₂_____ | |
| | ☐1/2 NS: ☐        ☐PULSE OX | |
| olic | ☐D5 1/2 NS: ☐     ☐FOLEY CATH | |
| | ☐OTHER:           ☐NGT | |
| | ☐SALINE LOCK | |
| | ☐OTHER:           INIT.: | |
| ~YTHM STRIP | ☐EKG(1):          ☐INTERPRETED BY E.P | |
| ~TERPRETATION: | | |
| | ☐EKG(2): | |
| | ☐NO CHANGE ☐NEW CHANGES | CULTURES: ☐BC X  ☐URINE ☐TC ☐GC ☐CHLAMYDIA |
| | ☐NO COMPARISON AVAILABLE   INIT.: | RADIOLOGY:                              INIT.: |

Labels area: CK, CK (MB), CI, PT, PTT, INR, AMYLASE, AST, ALT, TB, A.PHOS, DOA, ETOH, SALICYLATE, APAP, UCG, ABG ( ), UA.

RADIOLOGY: ☐CXR  ☐PCXR.

| ~ATMENT | TIME: | INIT.: | RESPONSE: | ☐KUB. |
|---|---|---|---|---|
| ~MED ☐EXAM ☐VS | | | →☐IMP ☐SAME ☐WORSE | ☐C SPINE. |
| ~MED ☐EXAM ☐VS | | | →☐IMP ☐SAME ☐WORSE | |
| ~MED ☐EXAM ☐VS | | | →☐IMP ☐SAME ☐WORSE | ☐L-S SPINE. |
| ~MED ☐EXAM ☐VS | | | →☐IMP ☐SAME ☐WORSE | ☐ANKLE  R.   L. |
| ~MED ☐EXAM ☐VS | | | →☐IMP ☐SAME ☐WORSE | CONSULTATIONS:    ☐INTERPRETED BY E.P.  CALL/ANS |

| ~CEDURE / MISCELLANEOUS: | ☐REVIEWED OLD CHART | ATTENDING NOTE: DR _J⎰U_   TIME/DATE: 3/31 |
|---|---|---|

☐ Chart by Attending.
☑ Patient seen and examined personally by Attending; history, findings and plan of care reviewed w/resident. I agree w/resident's documented findings and plan of care. Key elements, clarifications and/or exceptions are noted below by me:
☐ Patient seen and examined by resident in Attending's presence/with Attending; history, findings and plan of care reviewed with resident. I agree w/resident's documented findings and plan of care. Key elements, clarifications and/or exceptions are noted below by me:
☐ Chart by NP, Dr._____ was immediately available to me during the care of this patient, and was / was not actively involved during the course of treatment. Physician's active involvement included:

HPI:      _H-21 Crowd + cough_
          _No fever_
CONST:    ☐NL ☐AB: _alet_
HEENT:    ☐NL ☐AB _NL head_
NECK:     ☐NL ☐AB: _s-mm_
LUNGS:    ☐NL ☐AB: _CL ⊖ to no wh in nk_
CVS:      ☐NL ☐AB: _m-c_
ABD/GI:   ☐NL ☐AB: _S sft + nt LH IC_
GU/PELVIC: ☐NL ☐AB
NEURO:    ☐NL ☐AB: ⊖ Merg ⊖ Brudzenk
SKIN:     ☐NL ☐AB _no rash_
LYMPH:    ☐NL ☐AB: _n. m_
PSYCH:    ☐NL ☐AB
EXT/BACK: ☐NL ☐AB _full nk_
ASSESS/PLAN: _D/c URI_
           _Hydrate + Rx Vir & hom R_

~S PRESENT DURING THE KEY/ENTIRE PORTION(S) OF THE ~EDURE AND OTHERWISE AVAILABLE.

| REPAIR  SITE(S)/CM: | | |
|---|---|---|
| ~IPPED/DRAPED    ANESTHESIA ☐LOCAL: | | ☐BLOCK |
| ~ICATED ☐CLEANED:       ☐DEBRIDED | | ☐LET |
| ~ORED→ ☐NO FB ☐FB→ COMMENT: | | |
| ~ES: ☐SKIN          X          ☐SC          X | | |
| ☐STAPLES    X    ☐DERMABOND | | |
| ~RE: ☐SIMPLE ☐LAYERED ☐COMPLEX | | |

| ~NOSES: 1) URI | 2) | 3) | PCP CALL:    ANS: |
|---|---|---|---|
| | | | DR. |

| ~ITION: ☐IMPROVED ☐SAME | ☐EMERGENT   DISPOSITION: | RESIDENT(S) SIGNATURE: |
|---|---|---|
| ~/ARDED | ☐URGENT   ☑HOME ☐ADMIT:_____ ☐WORK ☐NURSING HOME | 1) _Angela_ (MD/DO) |
| ~FRRED  /  / | ☐ELECTIVE ☐TRANSFER: ☐EMTALA FORM | TIME: POWELL DATE: 3/31 |
| ~E NOTIFIED DR: | ☐ED ☐FT   ☐EMH ☐AMA ☐ELOPED ☐POLICE | 9467    MD/DO |
| | | 2) |
| | | TIME:          DATE:  / |

~RUCTIONS:
_See #7 of instructions_
_Follow-up with pediatrician on Monday_
_Call doctor or return to ED for fever,_
_~tion feeding, vomiting/diarrhea, rash_
_lethargy or any other concerns_

ATTENDING(S) SIGNATURE:
INFORMATION ABOVE REVIEWED WITH RESIDENT AND PATIENT
1) _J⎰U_                MD/DO/NP
TIME:     3/ 31   DATE:  /

Frank Jehle, MD      MD/DO/NP
Pager #: 6246        DATE:  /

☐ M.D. COMPLETE

| ~OW UP:  DR. | CLINIC: |
|---|---|
| ~NT SIGNATURE: _Nimoleng Betha_ | DISCHARGE TIME |



**Saint Vincent Hospital**
**CENTER FOR WOMEN & INFANTS**

**Newborn Admission / Discharge Profile**

```
ST VINCENT HOSPITAL      NUR1
BESHAI ,BOY
ACCT    204384358 NUR  5  M
MR 002040020        0   0
          RANI M.D
```

Sex: ☒ Male  N ☐ Female
DOB: 01874617 27 Time of Birth 2/16 Ⓓ 0414
Apgars: 1 __8__, 5 __9__, 10 _____ min.
Hematocrit: _____ Glucose: _____
Infant's Blood Type: _____ Direct Coombs: _____
Birth Weight: 3227 gm  7 3 lb / oz
Length: 53.5 cm  21 inches
Gestational Age: Dates: ____38____ Exam: 40 +
☐ Pre-term   ☒ Term   ☐ Post-term
☐ SGA   ☒ AGA   ☒ LGA length
Type of Feeding: ☐ Breast   ☒ Bottle

Mother's Name: _Lindsu Beshai_ Age: 23
OB/CNM's Name: _Wm Tassico_
G _IV_ T _IV_ P _____ A _____ L _IV_
Maternal Blood Type: A(+)  HBsAg Status: N/A
Maternal GBS Status: (+)  ROM Date: 2/16 Time: 0245
Type of Delivery: ☒ Vaginal   ☐ Cesarean
Anesthesia: _Epidural_
Complications: _MSF Thin_
NAPARE Screen Indication: _N/A_
Recombivax 5.0 mcg Administration Date: 2-11-07

---

**DMISSION EXAM**   Date: 2/16/07   Time: 6

Weight: _____ gm _____ lb/oz

| System | Normal / Abnormal |
|---|---|
| Tone / Appearance | ✓ / _____ |
| Skin Color / Lesions | ✓ / _____ |
| Head / Neck | ✓ / _____ |
| Eyes | ✓ / _____ |
| ENT | ✓ / _____ |
| Lungs | ✓ / _____ |
| Heart | ✓ / _____ |
| Abdomen / Umbilicus | ✓ / _____ |
| Femoral Pulses | ✓ / _____ |
| Genitals | ✓ / _____ |
| Anus | ✓ / _____ |
| Trunk / Spine | ✓ / _____ |
| Extremities / Joints | ✓ / _____ |
| Neurologic Reflexes | ✓ / _____ |

**ADMISSION DIAGNOSES AND PLANS**
NSL Ⓓ = MSF Ⓑ ↓ Apgars (PGBS
M(II) X I
3380 G3P4  Bundle baby
MD/DO's Signature: _____ Date: _____ Time: _____
MD/DO Print Name: C R Okim

---

**DISCHARGE EXAM**   Date: 2/18/07   Time: _____

Weight: 7.1 gm _____ lb/oz  HC: _____ cm

| System | Normal / Abnormal |
|---|---|
| Tone / Appearance | ✓ / _____ |
| Skin Color / Lesions | ✓ / _____ |
| Head / Neck | ✓ / _____ |
| Eyes | ✓ / _____ |
| ENT | ✓ / _____ |
| Lungs | ✓ / _____ |
| Heart | ✓ / _____ |
| Abdomen / Umbilicus | ✓ / _____ |
| Femoral Pulses | ✓ / _____ |
| Genitals | ✓ / _____ |
| Anus | ✓ / _____ |
| Trunk / Spine | ✓ / _____ |
| Extremities / Joints | ✓ / _____ |
| Neurologic Reflexes | ✓ / _____ |

**DISCHARGE DIAGNOSES AND PLANS**
_____
_____
F/U with: _____ in _____ days or _____ weeks
MD/DO's Signature: _____ Date: 2/18 Time: _____
MD/DO Print Name: _____

---

**Progress Notes:** Weight: _____ Date: 2/17/07 Time: 5:42 AM
_____
MD/DO's Signature: _____ Print Name: _____
**Progress Notes:** Weight: _____ Date: _____ Time: _____
_____
MD/DO's Signature: _____ Print Name: _____
**Progress Notes:** Weight: _____ Date: _____ Time: _____
_____
MD/DO's Signature: _____ Print Name: _____

☐ See Progress Note   ☐ Visiting Nurse Referral (name of agency): _____

FORM #11292 (Rev. 3/06)   WHITE COPY • Medical Records   YELLOW COPY • Home Referral Agency   PINK COPY • Physician

**3**

**Saint Vincent Hospital**
123 Summer Street • Worcester, MA 01608
Main Number: 508-363-5000 • Toll Free: 877-633-2368
**CENTER FOR WOMEN AND INFANTS**
Newborn Nursery
508-363-9412

Date: _____

To: _____

ST VINCENT HOSPITAL       NUR1
BESHAI ,BOY
ACCT     204384358 NUR  5  M
MB 00204002B     0    0
MALKANI, INDRANI M.D
F 0187461723

From :    Pam Dolan-Smith, RNC
Program Director Newborn Hearing Screening Program, Saint Vincent Hospital

Re:     Newborn Hearing Screening Results

Infant's Name: _____

The infant listed above has been screened for hearing at Saint Vincent Hospital. The results are as follows:

☑ This infant has passed the initial hearing screening.

     ☑ Right Ear Pass      ☑ Left Ear Pass      ☐ Known Risk Factor(s): _____

---

☐ Initial screening results indicate a refer for further testing.

     ☐ Right Ear Refer      ☐ Left Ear Refer

     ☐ Right Ear Pass      ☐ Left Ear Pass

A repeat test as an outpatient has been scheduled on *(date)* _____ at _____ a.m. / p.m. at Saint Vincent
Hospital Nursery. You will be notified of the results of this repeat screening.

---

☐ This infant has passed the follow-up hearing screening at Saint Vincent Hospital.

     ☐ Right Ear Pass      ☐ Left Ear Pass

---

☐ Follow-up screening results indicate further testing is required.

     ☐ Right Ear Refer      ☐ Left Ear Refer

     ☐ Right Ear Pass      ☐ Left Ear Pass

An outpatient appointment has been scheduled at the following DPH-approved Diagnostic Center.

     Name of Center: _____

     Date and Time of Appointment: _____

     Telephone Number of Center: _____

---

☐ This infant did not keep an appointment for follow-up hearing screening at Saint Vincent Hospital Nursery.
This infant required follow-up hearing screening for the following indication:

     ☐ Right Ear Refer      ☐ Left Ear Refer

     ☐ Was unable to be tested on initial screening

---

Early identification of children with hearing impairment is an important public health objective. Approximately 1.5 to 3 per 1,000
children are born in the U.S. with significant hearing impairment. Many of these children are not identified until the second year of
life or later. Without appropriate and timely identification and intervention, early childhood impairment interferes with the develop-
ment or oral / aural communication, impedes academic performance and results in long term vocational consequences.

ST VINCENT HOSPITAL    NUR1
BESHAI ,BOY
ACCT    204384358  NUR 'S  M
MR 002040028
KALYANI, INDRANI  M D  081607
F U0D7461727

**Saint Vincent Hospital**

## Vaccine Administration Record Consent

I have read or have had explained to me the information in the pamphlet which is current as of (date on pamphlet) _____ regarding disease(s):
Diptheria, Tetanus (Lockjaw), Pertussis (Whooping Cough), Polio, Measles, Mumps, Rubella (German Measles), Haemophilus Influenza Type B (Hib), Hepatitis B, Influenza (Flu) as required and their related vaccines.

I have had a chance to ask questions that were answered to my satisfaction. I understand the benefits and risks of the vaccine(s) checked below and ask that these vaccines be given to me or to the person named below for whom I am authorized to make this request.

### VACCINES TO BE GIVEN

| ☐ DTP | ☐ DT | ☐ Td | ☐ MMR | ☐ HIB |
|-------|------|------|-------|-------|
| ☐ Rubella | ☒ HBV | ☐ Flu | ☐ OPV | ☐ IPV |

| Signature of person to receive vaccine or person authorized to make the request (parent or guardian): |
|---|
| X _____ Date: |

Date Vaccine Administered: _____

Site of IM Injection: _____

Vaccine Manufacturer: _____

Vaccine Lot Number: _____ Expiration Date: _____

Signature of Vaccine Administrator: _____ Title: _____

WHITE COPY - Medical Record    YELLOW COPY - Patient    PINK COPY - Physician

FORM #11391 (Rev. 3/06)    1

# CHANDLER PEDIATRICS



CATHERINE RIORDAN, M.D.
INDRANI MALKANI, M.D.

LYNDA YOUNG, M.D.
MICHELLE WHITHAM, M.D.

April 6, 2010

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

██████████████████, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

█████ has asthma and ██████ is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

*Indrani Malkani*

Indrani Malkani, M.D.
Chandler Pediatrics

IM/am



# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.

INDRANI MALKANI, M.D.

LYNDA YOUNG, M.D.

MICHELLE WHITHAM, M.D.

August 11, 2010

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

████████████████████, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

███████ has asthma and ████████ is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

064

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.

INDRANI MALKANI, M.D.

LYNDA YOUNG, M.D.

MICHELLE WHITHAM, M.D.

February 25, 2011

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

███████ ████████ ███████, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

████████ has asthma and ████████ is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.          INDRANI MALKANI, M.D.          MICHELLE WHITHAM, M.D.

November 17, 2011

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

~~██████████████~~s, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

~~██████~~ has asthma and ~~██████~~ is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

FAX # 1-866-460-8549

# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.        INDRANI MALKANI, M.D.        MICHELLE WHITHAM, M.D.

August 23, 2012



National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

████████████████████████s, are patient's in my practice.  They live with, Gina Beshai,
at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

████████has asthma and ████████ is disabled and both need to have electricity for any
required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

# CHANDLER PEDIATRICS

421 Chandler Street
Worcester, MA 01602

Tel: 508-752-4511
Fax: 508-797-5729

Dr. Catherine Riordan   ·   Dr. Indrani Malkani   ·   Dr. Amanda McCoy

*11/19-12*

November 19, 2012


National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

J███████████████████s, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

J█████has asthma and ██████is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.


Sincerely,


Indrani Malkani, M.D.
Chandler Pediatrics


IM/am

068

# CHANDLER PEDIATRICS

421 Chandler Street
Worcester, MA 01602

Tel: 508-752-4511
Fax: 508-797-5729

Dr. Catherine Riordan  ·  Dr. Indrani Malkani  ·  Dr. Amanda McCoy

Date: 3/26/2013

3/26/13

To Whom It May Concern:

Child Name: ▓▓▓▓▓▓▓▓▓▓▓▓

DOB: ▓▓▓▓▓▓▓

Address: 18 Garland St #3, Worcester, Mass 01603

Diagnosis: asthma

Acct. No.: 65745-740-35

Under Gina Beshai

This child needs electricity in order to use his/her nebulizer.  Please do not turn off power to this home.

Thank you in advance for your attention to this matter.  If you have further questions please call my office at 508-752-4511.

Sincerely,

_____, MD
Chandler Pediatrics

IM/lam

069

# CHANDLER PEDIATRICS

421 CHANDLER STREET · WORCESTER, MASSACHUSETTS · TEL (508) 752-4511 · FAX (508) 797-4729

LYNDA YOUNG, M.D.
CATHRINE RIORDAN, M.D.
INDRANI MALKANI, M.D.

April 22, 2011

To Whom It May Concern:

█████ ████ (████ ████) is a patient in my practice.

█████ has a diagnosis of Autism with some developmental issues.  He is having trouble toilet training and needs to have child size diapers size 6/180 month.

Thank you in advance for your consideration in this matter.  If you have further questions please call my office at 508-752-4511.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

# CHANDLER PEDIATRICS

421 Chandler Street
Worcester, MA 01602

Tel: 508-752-4511
Fax: 508-797-5729

Dr. Catherine Riordan   •   Dr. Indrani Malkani   •   Dr. Amanda McCoy

December 19, 2012

To Whom It May Concern:

████████ (████████████) is a patient in my practice.

████████ has a diagnosis of Autism with some developmental issues.  He is also incontinent and is having trouble toilet training and needs to have child size diapers size 6/210 month.

Thank you in advance for your consideration in this matter.  If you have further questions please call my office at 508-752-4511.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

071

# CHANDLER PEDIATRICS

Tel: 508-752-4511
Fax: 508-797-5729

421 Chandler Street
Worcester, MA 01602

Dr. Catherine Riordan    •    Dr. Indrani Malkani    •    Dr. Amanda McCoy

September 25, 2012

To Whom It May Concern:

███████████████████████) is a patient in my practice.

████████ has a diagnosis of Autism with some developmental issues.  He is also incontinent and is having trouble toilet training and needs to have child size diapers size 6/180 month.

Thank you in advance for your consideration in this matter.  If you have further questions please call my office at 508-752-4511.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

072

## WORCESTER PUBLIC SCHOOLS
## DEPARTMENT OF NURSING

LICENSED PRESCRIBER          *2012 - 2013*

### MEDICATION ADMINISTRATION REQUEST
(For all prescription & non-prescription medication)

Student: ▮▮▮▮▮▮                Date of Birth: ▮▮▮       Grade: K

Medication: Albuterol Inn.       Dosage: 2 puffs   Route: Inn

Frequency: Q4 to 6° PRN  Time(s) of Administration in school: wheeze, SOB, cough

Specific directions or information for administration: _____

Side Effects: _____

Date of Order: 9·24·12 _____ Discontinuation Date: 9·24·13
(Please note:  Whenever possible, medication should be scheduled at times other than school hours)

Consent for self-administration (provided the school nurse determines it is safe and appropriate).  Yes____  No X

Diagnosis: Asthma _____ Other medical conditions _____
(If not in violation of confidentiality)          (If not in violation of confidentiality)

Dr. Malvan _____    Andrew Malvan MD
Printed Name of Physician (legibly)          Signature of Physician

---

### PARENT/GUARDIAN

My son/daughter has the following food or drug allergies: _____

I consent to have the School Nurse administer the medication prescribed by the above licensed prescriber.
X Yes____ No

I give permission for my son/daughter to self-administer medication, if the School Nurse determines it is safe and appropriate.
____Yes X No

I give permission to the School Nurse to share information relevant to the prescribed medication as he/she determines appropriate.
X Yes____ No

I have read the following requirements for medication administration by the School Nurse:
Medication must be in the original prescription bottle and properly labeled.
Students under the age of 18 are not allowed to carry/transport any medication including Tylenol to and from school.
Parent/Guardian must bring in the medication and pick it up at the end of the school year.
State law mandates any medication not picked up must be destroyed.
Medication orders are in effect for the present school year/summer school program only.

▮▮▮▮▮ Signature _____          10-3-12

09/26/2011 12:12   5084214192   LAKESIDE MGMT OFFICE   PAGE 01/01

*FAX to - 508-~799-3541*
*Attn. School nurse*



# WORCESTER PUBLIC SCHOOLS
# DEPARTMENT OF NURSING

LICENSED PRESCRIBER     *2011 - 2012*

### MEDICATION ADMINISTRATION REQUEST
(For all prescription & non-prescription medication)

Student: ▇▇▇▇▇▇▇▇▇     Date of Birth: _____   Grade: *Pre-K*

Medication: *Albuterol Inh*   Dosage: *2 puffs*   Route: *Inh*

Frequency: *Q4° PRN*   Time(s) of Administration in school: *wheeze, SOB, cough*

Specific directions or information for administration: *2 puff q 4° prn*

Side Effects: *Headache, Jitteriness*

Date of Order: *9/26/11*     Discontinuation Date: *9/26/12*
(Please note: Whenever possible, medication should be scheduled at times other than school hours)

Consent for self-administration (provided the school nurse determines it is safe and appropriate). Yes____ No *X*

Diagnosis *Asthma*     Other medical conditions _____
(If not in violation of confidentiality)     (If not in violation of confidentiality)

*I. MACKAN*     _____
Printed Name of Physician (legibly)     Signature of Physician

---

## PARENT/GUARDIAN

My son/daughter has the following food or drug allergies: _____

I consent to have the School Nurse administer the medication prescribed by the above licensed prescriber.
*✓* Yes____ No

I give permission for my son/daughter to self-administer medication, if the School Nurse determines it is safe and appropriate.
____ Yes *X* No

I give permission to the School Nurse to share information relevant to the prescribed medication as he/she determines appropriate.
*✓* Yes____ No

I have read the following requirements for medication administration by the School Nurse:
Medication must be in the original prescription bottle and properly labeled.
Students under the age of 18 are not allowed to carry/transport any medication including Tylenol to and from school.
Parent/Guardian must bring in the medication and pick it up at the end of the school year.
State law mandates any medication not picked up must be destroyed.
Medication orders are in effect for the present school year/summer school program only.

Parent/Guardian Signature *Kimberly Desh*     Date *09·28·11*

2010-MAR-29  01:55PM  FROM-DB PEDS                    774 442 6740        T-710  P.001/001  F-719

Joann Carson, MD
UMass Memorial Medical Center
Developmental/Behavioral Pediatrics
University Campus
Benedict Building, 2nd Floor
55 Lake Avenue North
Worcester, MA  01655
774-442-3028
774-442-6740 (FAX)

*3/30/10*

To: Dr. Indrani Malkani
508-797-4729

Child's Name: ████████         DOB: ████████

## PHYSICIAN REPORT

Your patient's parent will be bringing him/her for an evaluation at UMass for an ADHD evaluation. We would appreciate the following information to help us with the assessment process. Thank you.

Date: _3/20/10_       Physician Name: _I. MALKANI_

Person completing form: _Indrani Malkani_

Office Address: _44 Chandler St, Worcester MA 01602_

Phone #: _5087524511_ Fax #: _508 7974729_ Email: _____

How long have you been child's primary care provider? _Since Birth._

Please specify your questions and/or the type of evaluation(s) you would like for this child? -
· Behaviour concerns, likes being adroans, speech often off topic,
· speech delay at 18 months but improved by age 2 yr

What are your concerns about this child's development, behavior or emotional state?
· Older sibling dx c PDD - Autism spectrum. Red flags on MCHA.
R/o high functioning PDD / Asperger's

What aspects of medical history should we know? Hx acms / cow's milk protein
allergy as infant  outgrown. / mild. Inv RAD. - Als previa.

Is this child currently on any regular medications?   Yes____   No _X_
If yes, please specify:

|                  | Date | Results |
|------------------|------|---------|
| Sensory Testing  |      |         |
| Vision Testing   |      |         |
| Hearing Test     |      |         |

You will receive a report after the evaluation is completed. Please contact us if you have any questions or further comments or would like to discuss this patient before the evaluation.

Fax - Nurse 5087998219

## Medication Order
(to be completed by Physician, Nurse Practitioner, or others as authorized by Chapter 94)

Name of Student ████████████ DOB ████████
 *(Please print)*

Address _____
 *(street)*                              *(city/town)*

Emergency Telephone: (____) _____   Work Telephone: (____) _____

Name of Licensed Prescriber: __LYNDA  YOUNG__

Diagnosis* __asthma__
 *(*if not in violation of confidentiality)*

Medication: __ProAir MDI__   Dosage: __2 puffs__

Frequency/Time __q 4° prn ē aerochamber__
*(Whenever possible, medication should be scheduled at times other than school hours)*

Date of Order: __9-13-10__   Discontinuation date: __9-13-11__

Any other medical condition(s) _____

### Optional Information

1   Special side effects, contraindications, or possible adverse reactions

_____

2   Other medication being taken by the student

_____

3.   The date of the next scheduled visit or when advised to return to prescriber

_____

4   Consent for self-administration (provided the school nurse determines it is safe and appropriate)

_____ Yes __X__ No

__Indrani Malkani, MD__
Signature of Licensed Prescriber
                        4a RN

421 CHANDLER STREET
WORCESTER, MA  01602
508-752-4511
508-797-4729



# Fax



9/27/10



To: Gates Lane at school nurse   From:

Fax: 508 799 8219   Pages: 2

Phone:   Date: 9/27/10

Re: ▓▓▓▓▓▓▓▓▓▓   cc:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● CONFIDENTIALITY STATEMENT:  The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above.  If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, coping, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.  If you receive this information in error, please notify us immediately by telephone at 508-752-4511.

MEDICATION ORDER
(to be completed by a Licensed Prescriber:
Physician, Nurse Practitioner or others authorized by Chapter 94C)

Name of Student ██████████████████████   Date of Birth ██████████
Address_____   Grade _____
         (street)              (city/town)

Name of Licensed Prescriber Indran, Malkani, M.D.  Title Pediatrician

Business Telephone Number_____
Emergency Telephone Number _____

Medication  albuterol  MDI  c̄ chamber

Route of administration  per inhalation  Dosage  2 puffs

Frequency  q 4° prn  Time(s) of Administration  as needed cough or
(Please note: Whenever possible, medication should be sheduled at times other than school hours).
                                                          wheeze

Specific directions or information for administration:_____

Date of Order 9/27/10  Discontinuation Date 6/30/11

Diagnosis* asthma / wheezing

Any other medical condition(s)*_____

Optional Information

1.  Special side effects, contraindications, or possible adverse reactions to be
    observed:_____
    _____

2.  Other medication being taken by the student:_____
    _____

3.  The date of the next scheduled visit or when advised to return to prescriber:_____

4.  Consent for self administration (provided the school nurse determines it is safe and
    appropriate).  Yes_____  No ✗

                              Indran Malkani
                         Signature of Licensed Prescriber

* if not in violation of confidentiality .

MDPH - Sample
4/93

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729



**CHANDLER PEDIATRICS**



# Fax

| To: Walgreen's Pharmacy | From: Dr. Malkani |
|---|---|
| Fax: (305) 767-0694 | Pages: 1 |
| Phone: | Date: 12-16-08 |
| Re: | CC: |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Confidentiality Statement:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

If you receive this information in error, please notify us immediately by telephone at (508) 752-4511

**INDRANI MALKANI, M.D.**
**LYNDA M. YOUNG, M.D.**
**CATHERINE A. RIORDAN, M.D.**

**SHERYL LEVY, M.D.**
**ASAVARI KAMERKAR, M.D.**

421 CHANDLER STREET
WORCESTER, MASSACHUSETTS 01602
TELEPHONE: 752-4511

Name: ▉▉▉▉▉▉▉▉    Age: ▉▉▉▉▉

Address: _____    Date: 12-16-08

**Rx**   Children's Tylenol
oral suspension 160mg/5ml
1½ tsp po q 4° prn
pain, fever

disp 4oz

SIGNATURE: _Ina Malkani_ M.D.

☐ LABEL

REFILL __1__ times

"Interchange is mandated unless the practitioner writes the words "NO SUBSTITUTION" in this space."

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729

**CHANDLER PEDIATRICS**



# Fax

| | | | |
|---|---|---|---|
| **To:** WIC | | **From:** Dr. Malkani | |
| **Fax:** 508-754-7103 | | **Pages:** 1 | |
| **Phone:** | | **Date:** 3-23-02 | |
| **Re:** ▆▆▆▆▆▆ | | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Confidentiality Statement:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

If you receive this information in error, please notify us immediately by telephone at (508) 752-4511.

INDRANI MALKANI, M.D.
LYNDA M. YOUNG, M.D.
CATHERINE A. RIORDAN, M.D.

SHERYL LEVY, M.D.
MICHELLE WHITHAM, M.D.

421 CHANDLER STREET
WORCESTER, MASSACHUSETTS 01602
TELEPHONE. 752-4511

Name: ▆▆▆▆▆▆▆        Age: _____

Address: _____        Date: 3/23/02

R—Isoniazid ad lib

— 1 month Supply

_____ M.D.
SIGNATURE

☐ **LABEL**

**REFILL** ____ times

"Interchange is mandated unless the practitioner writes the words "NO SUBSTITUTION" in this space."



For Healthier Lives
Immunize

**MASSACHUSETTS IMMUNIZATION PROGRAM**
**VACCINES FOR CHILDREN PROGRAM**
MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

# Patient Eligibility Screening Form

2000

Date _____ 3-1-07 _____

Child's full name _____

Date of birth _____

Parent, guardian, or legal representative's full name _Lindsay Beshaie_

Health care provider's full name _Indrani Mulkani_

> This form must be completed for all children under 19 years old and kept in the child's medical record or on file in the office for three (3) years. The form may be completed by the parent, guardian or legal representative, or by the health care provider. This form should be completed only once, unless the child's insurance status changes.  Verification of responses is not required.

## Check only one box below

This child:

☐ is enrolled in Medicaid (includes MassHealth and HMOs such as Neighborhood Health Plan, Harvard Pilgrim Health Care, Tufts Health Plan, etc., if enrolled through Medicaid)

☐ does not have health insurance (also check this box for children enrolled in the Children's Medical Security Plan)

☐ is Native American (American Indian) or Alaskan Native

☐ has health insurance and is not Native American (American Indian) or Alaskan Native

> Please note that all children seen in Massachusetts practices get the same free vaccines. This form tells us which children get vaccines paid for by the federal VFC Program (first three boxes) and which get vaccines paid for by state and other federal funds (last box).

Printed on recycled paper

OOvfcscr.pm6

03/03/11 03:57AM LMMHC HIM  The info contained in this fax is privileged and confidential and for the sole use of the intended recipient.  Page

UMass Memorial Medical Center

REPORT#:1030303186

February 10, 2011


Indrani Malkani, MD
Chandler Pediatrics
121 Chandler Street
Worcester, MA 01610

RE: ▆▆▆▆▆▆▆▆
UMMMC#: 1263629

Dear Dr. Malkani:

▆▆▆▆▆▆▆▆es (date of birth, ▆▆▆▆▆▆▆▆) was referred to our clinic for
developmental and behavioral evaluation.  He has not showed up for multiple
appointments.  We are unable to make additional visits.

Jovone's brother, Jayden, was evaluated by me and diagnosed with Autistic
Disorder. I was treating him with guanfacine for hyperactivity and aggressive
behavior. Ms. Beshai has been unable to keep any of appointments since spring
of 2010 for medication follow-up. I have requested that the mother discuss
Jayden's further management with you.


Sincerely,



JoAnn Carson, MD






Signed By
  JoAnn Carson, MD 03/02/2011 12:40

D: 02/10/2011
T: 02/11/2011  3:56 A

JCG
011279826/4397651

cc:


UMMMC#: 1263629              PAGE: 1