# CHANDLER PEDIATRICS

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

CATHERINE RIORDAN, M.D.
INDRANI MALKANI, M.D.
AMANDA McCOY, M.D.

Under the pains and penalties of perjury by the custodian of records, these records are true, complete, and accurate copies of the original records requested.

Indrani Malkani, MD

Chandler Pediatrics PC

Dated: January 25, 2022

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 191277

## Superbill

**ID:   191277**

| **Billing Provider:** | **Service Site:** | License: | 151354 |
|---|---|---|---|
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |

Worcester MA 01602-2915          WORCESTER MA 01602-2915          **Referring Provider:**
(508)752-4511                                                                                  -

**Patient:**

| Torres, Jovone | DOB: | 02/16/2007 |
|---|---|---|
| 32 Edgeworth St | MRN: | |
| Apt 2 | PatientID: | 1115 |
| WORCESTER MA 01605 | Account # | 2884 |
| (508)410-3345 | | |

| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | Torres, Jovone | Auth Assign | Member ID: | 100047318918 |

Renderer:    Malkani, Indrani, MD          Service Start Date:    09/03/2021          Service End Date:    09/03/2021

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| E66.9,  278.00 | Obesity |
| F41.9,  300.00 | Anxiety disorder, unspecified |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 9/3/2021 | 99394 | - | PREV VISIT EST AGE 12-17 | 1.000 | $300.00 |
| 9/3/2021 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 9/3/2021 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | **Total :** | **3.000** | **$375.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 178223

## Superbill

**ID:   178223**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:               151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:              043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

| | |
|---|---|
| Torres, Jovone | DOB:                02/16/2007 |
| 32 Edgeworth St | MRN: |
| Apt 2 | PatientID:                 1115 |
| WORCESTER MA 01605 | Account #                 2884 |
| (508)410-3345 | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | 100047318918 |

| | | | |
|---|---|---|---|
| Renderer:   Malkani, Indrani, MD | Service Start Date:   09/01/2020 | Service End Date:   09/01/2020 |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| E66.9,  278.00 | Obesity |
| F41.9,  300.00 | Anxiety disorder, unspecified |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 9/1/2020 | 99394 | 25 | PREV VISIT EST AGE 12-17 | 1.000 | $300.00 |
| 9/1/2020 | 90460 | - | FIRST ADMIN < 18 | 1.000 | $65.00 |
| 9/1/2020 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 9/1/2020 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 9/1/2020 | 90651 | SL | GARDASIL 9 | 1.000 | $0.00 |
| | | | Total : | 5.000 | $440.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 174069

# Superbill

**ID:    174069**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Telemedicine | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | Worcester MA 01602 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

| | |
|---|---|
| Torres, Jovone | DOB:          02/16/2007 |
| 32 Edgeworth St | MRN: |
| Apt 2 | PatientID:          1115 |
| WORCESTER MA 01605 | Account #          2884 |
| (508)410-3345 | |

| | | | | | |
|---|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | | Auth Assign | Member ID: | 100047318918 |

| | | | | | |
|---|---|---|---|---|---|
| Renderer: | Malkani, Indrani, MD | Service Start Date: | 04/17/2020 | Service End Date: | 04/17/2020 |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| F32.9,  311 | Depression |
| F41.9,  300.00 | Anxiety disorder, unspecified |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/17/2020 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $200.00 |
| | | | **Total :** | **1.000** | **$200.00** |

*(Provider's signature)*

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 173060

# Superbill

**ID:    173060**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | |

**Patient:**

Torres, Jovone

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:                02/16/2007
MRN:
PatientID:                1115
Account #                2884

| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | Torres, Jovone | Auth Assign | Member ID: | 100047318918 |

| Renderer: | Malkani, Indrani, MD | Service Start Date: | 03/05/2020 | Service End Date: | 03/05/2020 |
|---|---|---|---|---|---|

| Diagnosis ID | Diagnosis Desc |
|---|---|
| F41.9,  300.00 | Anxiety disorder, unspecified |
| F84.0,  299.00 | Autistic disorder |
| F32.9,  311 | Depression |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 3/5/2020 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $200.00 |
| | | | **Total :** | **1.000** | **$200.00** |

_Providers Signature_

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 172044

## Superbill

**ID:    172044**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License:          151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID:          043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

| | |
|---|---|
| Torres, Jovone | DOB:          02/16/2007 |
| 32 Edgeworth St | MRN: |
| Apt 2 | PatientID:          1115 |
| WORCESTER MA 01605 | Account #          2884 |
| (508)410-3345 | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID:          100047318918 | |

| | | | |
|---|---|---|---|
| Renderer:    Malkani, Indrani, MD | Service Start Date:    02/06/2020 | Service End Date:    02/06/2020 | |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| R53.83,  780.79 | Fatigue |
| F32.9,  311 | Depression |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 2/6/2020 | 99214 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $250.00 |
| | | | Total : | 1.000 | $250.00 |

_(signature)_

Providers Signature

Patient Name: Torres, Jovone     Patient ID: 1115     Superbill ID: 164124

# Superbill

**ID:** 164124

**Billing Provider:**

Malkani, Indrani, MD
421 Chandler Street

Worcester MA 01602-2915
(508)752-4511

**Service Site:**

Chandler Pediatrics
421 Chandler Street

WORCESTER MA 01602-2915

License:     151354
Tax ID:     043240936

**Referring Provider:**

-

**Patient:**

Torres, Jovone
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:     02/16/2007
MRN:
PatientID:     1115
Account #     2884

| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | 100047318918 |

Renderer:    Malkani, Indrani, MD     Service Start Date:    07/30/2019    Service End Date:    07/30/2019

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129, V20.2 | Encounter for routine child health examination without abnormal findings |
| F84.0, 299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 7/30/2019 | 99394 | 25 | PREV VISIT EST AGE 12-17 | 1.000 | $300.00 |
| 7/30/2019 | 90460 | - | FIRST ADMIN < 18 | 1.000 | $65.00 |
| 7/30/2019 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 7/30/2019 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 7/30/2019 | 90651 | SL | GARDASIL 9 | 1.000 | $0.00 |
| | | | | Total :   5.000 | $440.00 |

_Providers Signature_

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 144673

## Superbill

**ID:    144673**

| | | | |
|---|---|---|---|
| **Billing Provider:** | **Service Site:** | License: | 151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** | |
| (508)752-4511 | | - | |

**Patient:**

| | | |
|---|---|---|
| Torres, Jovone | DOB: | 02/16/2007 |
| 32 Edgeworth St | MRN: | |
| Apt 2 | PatientID: | 1115 |
| WORCESTER MA 01605 | Account # | 2884 |
| (508)410-3345 | | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Masshealth / MASS HEALTH | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | 100047318918 |

| | | | |
|---|---|---|---|
| Renderer:   Malkani, Indrani, MD | Service Start Date:   06/01/2018 | Service End Date:   06/01/2018 | |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 6/1/2018 | 99393 | 25 | PREV VISIT EST AGE 5-11 | 1.000 | $300.00 |
| 6/1/2018 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 6/1/2018 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 6/1/2018 | 90460 | - | FIRST ADMIN < 18 | 2.000 | $130.00 |
| 6/1/2018 | 90715 | SL | Tdap | 1.000 | $0.00 |
| 6/1/2018 | 90734 | SL | MENACTRA | 1.000 | $0.00 |
| | | | **Total :** | **7.000** | **$505.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 117156

## Superbill

**ID:   117156**

| **Billing Provider:** | **Service Site:** | License: | 151354 |
|---|---|---|---|
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |

Worcester MA 01602-2915          WORCESTER MA 01602-2915          **Referring Provider:**
(508)752-4511                                                                          -

**Patient:**

Torres, Jovone                                                          DOB:                02/16/2007
32 Edgeworth St                                                      MRN:
Apt 2                                                                      PatientID:                1115
WORCESTER MA 01605                                          Account #                2884
(508)410-3345

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

Renderer:    Malkani, Indrani, MD                Service Start Date:    05/12/2017        Service End Date:    05/12/2017

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 5/12/2017 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $300.00 |
| 5/12/2017 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 5/12/2017 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | **Total :** | **3.000** | **$375.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 106481

# Superbill

**ID:    106481**

| **Billing Provider:** | **Service Site:** | | |
|---|---|---|---|
| Malkani, Indrani, MD | Chandler Pediatrics | License: | 151354 |
| 421 Chandler Street | 421 Chandler Street | Tax ID: | 043240936 |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | | |
| (508)752-4511 | | **Referring Provider:** | |

**Patient:**

Torres, Jovone

32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:                          02/16/2007
MRN:
PatientID:                        1115
Account #                        2884

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

| Renderer: | Malkani, Indrani, MD | Service Start Date: | 11/17/2016 | Service End Date: | 11/17/2016 |
|---|---|---|---|---|---|

| Diagnosis ID | Diagnosis Desc |
|---|---|
| J00,  460 | Acute nasopharyngitis [common cold] |
| R06.2,  786.07 | Wheezing |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 11/17/2016 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $165.00 |
| 11/17/2016 | 87081 | - | THROAT CULTURE WITH KIT | 1.000 | $20.00 |
| | | | Total : | 2.000 | $185.00 |

*Providers Signature*

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 105563

# Superbill

**ID:    105563**

| | | | |
|---|---|---|---|
| **Billing Provider:** | **Service Site:** | License: | 151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** | |
| (508)752-4511 | | - | |

**Patient:**

| | | |
|---|---|---|
| Torres, Jovone | DOB: | 02/16/2007 |
| 32 Edgeworth St | MRN: | |
| Apt 2 | PatientID: | 1115 |
| WORCESTER MA 01605 | Account # | 2884 |
| (508)410-3345 | | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

| | | | |
|---|---|---|---|
| Renderer:   Malkani, Indrani, MD | Service Start Date:   11/01/2016 | Service End Date:   11/01/2016 | |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| F84.0,  299.00 | Autistic disorder |
| F41.9,  300.00 | Anxiety disorder, unspecified |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 11/1/2016 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $165.00 |
| | | | Total : | 1.000 | $165.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 98887

# Superbill

**ID:    98887**

| | | | |
|---|---|---|---|
| **Billing Provider:** | **Service Site:** | License: | 151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** | |
| (508)752-4511 | | - | |

| | | |
|---|---|---|
| **Patient:** | | |
| Torres, Jovone | DOB: | 02/16/2007 |
| 32 Edgeworth St | MRN: | |
| Apt 2 | PatientID: | 1115 |
| WORCESTER MA 01605 | Account # | 2884 |
| (508)410-3345 | | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

| | | | | |
|---|---|---|---|---|
| Renderer:   Malkani, Indrani, MD | | Service Start Date:   05/10/2016 | Service End Date:   05/10/2016 | |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| Z00.129,  V20.2 | Encounter for routine child health examination without abnormal findings |
| F90.2,  314.01 | Attention-deficit hyperactivity disorder, combined type |
| F84.0,  299.00 | Autistic disorder |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 5/10/2016 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $250.00 |
| 5/10/2016 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 5/10/2016 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | **Total :** | **3.000** | **$325.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 85091

# Superbill

**ID:   85091**

| **Billing Provider:** | **Service Site:** | | |
|---|---|---|---|
| Malkani, Indrani, MD | Chandler Pediatrics | License: | 151354 |
| 421 Chandler Street | 421 Chandler Street | Tax ID: | 043240936 |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | | |
| (508)752-4511 | | **Referring Provider:** | |
| | | - | |

**Patient:**

Torres, Jovone
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:                    02/16/2007
MRN:
PatientID:                    1115
Account #                    2884

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

Renderer:     Malkani, Indrani, MD          Service Start Date:     05/05/2015     Service End Date:     05/05/2015

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 5/5/2015 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $250.00 |
| 5/5/2015 | 96110 | U2 | BEHAVIOR FORM | 1.000 | $50.00 |
| 5/5/2015 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| | | | Total : | 3.000 | $325.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 68466

# Superbill

**ID:   68466**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | **License:**     151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | **Tax ID:**     043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

Torres, Jovone
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

**DOB:** 02/16/2007
**MRN:**
**PatientID:** 1115
**Account #** 2884

| | | | |
|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
| Insured: | Torres, Jovone | Auth Assign | Member ID:   N0014624401 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   04/25/2014          Service End Date:   04/25/2014

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/25/2014 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $200.00 |
| 4/25/2014 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 4/25/2014 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 4/25/2014 | 99173 | - | VISION SCREENING | 1.000 | $30.00 |
| | | | **Total :** | **4.000** | **$305.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 52940

## Superbill

**ID:   52940**

| | | | |
|---|---|---|---|
| **Billing Provider:** | **Service Site:** | License: | 151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** | |
| (508)752-4511 | | - | |
| **Patient:** | | DOB: | 02/16/2007 |
| Torres, Jovone | | MRN: | |
| 32 Edgeworth St | | PatientID: | 1115 |
| Apt 2 | | Account # | 2884 |
| WORCESTER MA 01605 | | | |
| (508)410-3345 | | | |

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

| | | | | |
|---|---|---|---|---|
| Renderer: | Malkani, Indrani, MD | Service Start Date: 09/30/2013 | Service End Date: | 09/30/2013 |

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 9/30/2013 | 99393 | 25 | PREV VISIT EST AGE 5-11 | 1.000 | $175.00 |
| 9/30/2013 | 90460 | - | FIRST ADMIN < 18 | 1.000 | $50.00 |
| 9/30/2013 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 9/30/2013 | D1206 | - | TOPICAL FLUORIDE VARNISH | 1.000 | $26.00 |
| 9/30/2013 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 9/30/2013 | 90658 | SL | INFLUENZA >3 years - State | 1.000 | $0.00 |
| | | | **Total :** | **6.000** | **$326.00** |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 41510

# Superbill

**ID:    41510**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License: 151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: 043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

Torres, Jovone
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:          02/16/2007
MRN:
PatientID:          1115
Account #          2884

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

Renderer:   Malkani, Indrani, MD          Service Start Date:   04/18/2013          Service End Date:   04/18/2013

| Diagnosis ID | Diagnosis Desc |
|---|---|
| 299.81 | CHILD PSYCHOS NEC, RESIDUAL |
| 314.01 | ADHD |
| 278.00 | OBESITY |
| 786.07 | WHEEZING |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/18/2013 | 99214 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $180.00 |
| | | | Total : | 1.000 | $180.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 35951

# Superbill

**ID:    35951**

| | | |
|---|---|---|
| **Billing Provider:** | **Service Site:** | License: 80757 |
| Riordan, Catherine, MD | Chandler Pediatrics | Tax ID: 043240936 |
| 421 Chandler Street | 421 Chandler Street | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** |
| (508)752-4511 | | - |

**Patient:**

Torres, Jovone
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:          02/16/2007
MRN:
PatientID:          1115
Account #          2884

| | | | |
|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: |
| Insured: | Torres, Jovone | Auth Assign | Member ID:   N0014624401 |

Renderer:    Riordan, Catherine, MD          Service Start Date:    01/23/2013          Service End Date:    01/23/2013

| Diagnosis ID | Diagnosis Desc |
|---|---|
| 692.9 | DERMATITIS/ECZEMA NON-SPECIFIC |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 1/23/2013 | 99213 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $145.00 |
| | | | Total : | 1.000 | $145.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 32403

## Superbill

**ID:    32403**

| **Billing Provider:** | **Service Site:** | | |
|---|---|---|---|
| McCoy, Amanda | Chandler Pediatrics | License: | 251174 |
| 421 Chandler Street | 421 Chandler Street | Tax ID: | 043240936 |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | | |
| (508)752-4511 | | **Referring Provider:** | |
| | | - | |

**Patient:**

| Torres, Jovone | | DOB: | 02/16/2007 |
|---|---|---|---|
| 32 Edgeworth St | | MRN: | |
| Apt 2 | | PatientID: | 1115 |
| WORCESTER MA 01605 | | Account # | 2884 |
| (508)410-3345 | | | |

| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
|---|---|---|---|---|
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

| Renderer: | McCoy, Amanda | | Service Start Date: | 12/07/2012 | Service End Date: | 12/07/2012 |
|---|---|---|---|---|---|---|

| Diagnosis ID | Diagnosis Desc |
|---|---|
| 462 | PHARYNGITIS |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 12/7/2012 | 99211 | - | OFFICE/OUTPATIENT VISIT EST | 1.000 | $50.00 |
| 12/7/2012 | 87081 | - | THROAT CULTURE WITH KIT | 1.000 | $20.00 |
| | | | Total : | 2.000 | $70.00 |

Providers Signature

Patient Name: Torres, Jovone          Patient ID: 1115          Superbill ID: 14723

# Superbill

**ID:    14723**

| | | | |
|---|---|---|---|
| **Billing Provider:** | **Service Site:** | License: | 151354 |
| Malkani, Indrani, MD | Chandler Pediatrics | Tax ID: | 043240936 |
| 421 Chandler Street | 421 Chandler Street | | |
| Worcester MA 01602-2915 | WORCESTER MA 01602-2915 | **Referring Provider:** | |
| (508)752-4511 | | - | |

**Patient:**

Torres, Jovone
32 Edgeworth St
Apt 2
WORCESTER MA 01605
(508)410-3345

DOB:            02/16/2007
MRN:
PatientID:            1115
Account #            2884

| | | | | |
|---|---|---|---|---|
| Primary Insurance | Tufts Health Public Plan / Tufts Health Public Plan | Accept Assign | Group ID: | |
| Insured: | Torres, Jovone | Auth Assign | Member ID: | N0014624401 |

Renderer:    Malkani, Indrani, MD          Service Start Date:    04/10/2012    Service End Date:    04/10/2012

| Diagnosis ID | Diagnosis Desc |
|---|---|
| V20.2 | HEALTH SUPERVISION |

| Date | CPT Code | Modifier | Procedure | Unit | Billed |
|---|---|---|---|---|---|
| 4/10/2012 | 99393 | - | PREV VISIT EST AGE 5-11 | 1.000 | $150.00 |
| 4/10/2012 | 90460 | - | FIRST ADMIN < 18 | 4.000 | $180.00 |
| 4/10/2012 | 96110 | U1 | BEHAVIOR FORM | 1.000 | $50.00 |
| 4/10/2012 | S0302 | - | COMPLETED EPSDT | 1.000 | $25.00 |
| 4/10/2012 | 90700 | - | DTAP | 1.000 | $0.00 |
| 4/10/2012 | 90713 | - | POLIO | 1.000 | $0.00 |
| 4/10/2012 | 90716 | - | VARICELLA CHICKEN POX-State | 1.000 | $0.00 |
| 4/10/2012 | 90707 | - | MMR | 1.000 | $0.00 |
| | | | Total : | 11.000 | $405.00 |

Providers Signature

| DATE 3-1-07  13d  0-4 WEEKS | DATE 3-19-07  1mo.  0-4 WEEKS | DATE  0-4 WEEKS | DATE 4-13-07  2 MONTH |
|---|---|---|---|
| **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** |
| Gestation 06 L4 at 38 + elk cent  Apgar 9  Birth Weight GBS ⊖, 6, 4, A⊖  Neonatal NSVD.  Problems p. 14 | Gestation 4039.3°=1 similar  Apgar  Birth Weight Colic  sleep 6  Neonatal + spit up  Problems 3.5 | Gestation  Apgar  Birth Weight  Neonatal  Problems | Diet Nutramigen 4os 3-4°  Illness sleep 4°, + spit up  Stools ++ colic  Diaper rash  Vision Track  Hearing 13 |
| Ht. 21  Wt. 7  H.C. 36 | Ht. 22  Wt. 10  H.C. 39 | Ht.  Wt.  H.C. | Ht. 23  Wt.  H.C. 40 |
| **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** |
| **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** | **GROWTH — DEVELOPMENT** |
| Prone lifts head  ⊕ Soc Smile  Moro reflex  Turn head side to side Regards  3089.3⁴⁰, sleep 5-6°  bon spit.   Stooling well | Prone lifts head  Moro reflex  Turn head side to side | Prone lifts head  Moro reflex  Turn head side to side | Prone lifts head  ⊕ Soc Smile  Vocalizes  Smiles responsively  sp uRs  Follows past midline Persist-laugh  Kicks  (creepy!) |

| PHYSICAL EXAMINATION | | N | Abnormalities |
|---|---|---|---|
| Gen. App. | | ✓ | |
| Skin | | ✓ | |
| Head | | ⊕ caps |
| EENT | | ✓ | |
| Chest | | ✓ | |
| Heart | | ✓ | |
| Pulses | | ✓ | |
| Abdomen | | ✓ | |
| Ext. Gen. | | ✓ | |
| Extrem. | | ✓ | verb-clean ō sles |
| Hip Abduct | | ✓ | |
| Neurol. | | ✓ | |
| Fem Pul. | | ✓ | |

| PHYSICAL EXAMINATION | | N | Abnormalities |
|---|---|---|---|
| Gen. App. | | ✓ | |
| Skin | | ✓ | ± Soc Smile |
| Head | | ✓ | |
| EENT | | ✓ | |
| Chest | | ✓ | |
| Heart | | ✓ | |
| Pulses | | ✓ | |
| Abdomen | | ✓ | |
| Ext. Gen. | | ✓ | |
| Extrem. | | ✓ | |
| Hip Abduct | | ✓ | |
| Neurol. | | ✓ | |
| Fem Pul. | | ✓ | |

| PHYSICAL EXAMINATION | | N | Abnormalities |
|---|---|---|---|
| Gen. App. | | | |
| Skin | | | |
| Head | | | |
| EENT | | | |
| Chest | | | |
| Heart | | | |
| Pulses | | | |
| Abdomen | | | |
| Ext. Gen. | | | |
| Extrem. | | | |
| Hip Abduct | | | |
| Neurol. | | | |
| Fem Pul. | | | |

| PHYSICAL EXAMINATION | | N | Abnormalities |
|---|---|---|---|
| Gen. App. | | ✓ | |
| Skin | | ✓ | mild Seb. Derm |
| Head | | ✓ | |
| EENT (cover/uncover) | | ✓ | |
| Chest | | ✓ | |
| Lungs | | ✓ | |
| Heart | | ✓ | |
| Abdomen | | ✓ | |
| Ext. Gen. | | ✓ | |
| Back | | ✓ | |
| Extrem. | | ✓ | |
| Hip Abduct | | ✓ | |
| Fem Pul. | | ✓ | |
| Neurol. | | ✓ | |

| PROBLEMS—PLANS—FOLLOW-UP | PROBLEMS—PLANS—FOLLOW-UP | PROBLEMS—PLANS—FOLLOW-UP | PROBLEMS—PLANS—FOLLOW-UP |
|---|---|---|---|
| Results of hospital screening (PKU, T4/TSH, Hb electrophoresis)  Well 2wk NB  wt= 50%  ht= 90% | Results of hospital screening (PKU, T4/TSH, Hb electrophoresis)  Well 1mo  wt= 75%  ht= 75%  - colic - adg | Results of hospital screening (PKU, T4/TSH, Hb electrophoresis) | . Well 2mo. ○  wt= 50%  ht= 50% |

| PARENT COUNSELING | PARENT COUNSELING | PARENT COUNSELING | PARENT COUNSELING |
|---|---|---|---|
| Diet ō WD  Breastfeeding  Nutrient intake, esp. iron rich foods 18 mo  ō sib  Injury Prevention  Child safety seats, smoke detectors 2 hear  Hot water heater temperature less  Vist-Wh  Dental Health  Baby bottle tooth decay more ward  Other Primary Preventive Measures 6 mo  Effects of passive smoking  Assess abuse potential  Rev Nurse | Diet  Breastfeeding  Nutrient intake, esp. iron rich foods  Injury Prevention  Child safety seats, smoke detectors  Hot water heater temperature  Dental Health  Baby bottle tooth decay  Other Primary Preventive Measures  Effects of passive smoking  Assess abuse potential  Rev ✓ lw | Diet  Breastfeeding  Nutrient intake, esp. iron rich foods  Injury Prevention  Child safety seats, smoke detectors  Hot water heater temperature  Dental Health  Baby bottle tooth decay  Other Primary Preventive Measures  Effects of passive smoking  Assess abuse potential | Diet △. Smile to Dry  Breastfeeding  Nutrient intake, esp. iron rich foods  Fragile  Injury Prevention  Child safety seats, smoke detectors  Hot water heater temperature  Dental Health  Baby bottle tooth decay  Other Primary Preventive Measures  Effects of passive smoking  Assess abuse potential |

| IMMUNIZATIONS | IMMUNIZATIONS | IMMUNIZATIONS | IMMUNIZATIONS |
|---|---|---|---|
| HBV₁ | HBV₁ | HBV₁ | DPT-1  Hib₁  TOPV1  HBV (if 2nd not yet given)  Pev 1 Ped 1 Rotary |
| Signed | Signed | Signed | Signed |

020.

**TORRES, JOVONE**

| DATE 6-14-07 (4 MONTHS) | DATE 8-6-0? (6 MONTHS) | DATE 1-16-07 (9 MONTHS) | DATE 2-4-08 (12 MONTHS) |
|---|---|---|---|
| **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** | **INTERVAL HISTORY** |
| Diet Nutramigen + Soya | Diet Nutramigen / Si-il | Diet Not for Soy yet !! | Diet - Nitramigen 'Sil food |
| Illness ⊕ colson | Illness - | Illness ∅ | Illness - ∅ |
| Stools neg | Stools - neg s/p wheeze | Stool Nutramigen | Stools - reg / sleep on |
| Diaper rash neg | Accidents - neg | Accidents sleep-th 3.5 | Accidents much |
| Vision | | | Naps <10 |
| Hearing Tryli 1½ | 1½ | | |
| Ht. 15 Wt. 15 H.C. | Ht. 78 Wt. 19 H.C. 46 | Ht. 30 Wt. 20 H.C. 4?/? | Ht. 33 Wt. 25 H.C. 49 |

| **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** | **REVIEW GROWTH CHARTS** |
|---|---|---|---|
| **GROWTH – DEVELOPMENT** | **GROWTH – DEVELOPMENT** | **GROWTH – DEVELOPMENT** | **GROWTH – DEVELOPMENT** |
| Head steady sitting | No head lag when pulled | Pulls self to standing   Crawls – ⊙ | Pulls self to standing   Walks w/suppl |
| Eyes follow 180°   Larges | Reaches for object (3 mos.)   Reaches | Stands holding on   (Cruising?) | Stands holding on   · Pants/Nod |
| Grasps rattle | Rolls both ways | Dada, mama | Dada, mama |
| Squeals   Rolls → | Sits briefly alone | Thumb-finger grasp | Thumb-finger grasp   · 2 word |
| | Gum objects   Teeth – + | Plays pat-a-cake | Plays pat-a-cake |
| | | Holds cup to drink with help | Holds cup to drink with help |

| **PHYSICAL EXAMINATION** | | | **PHYSICAL EXAMINATION** | | | **PHYSICAL EXAMINATION** | | | **PHYSICAL EXAMINATION** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | Abnormalities | | N | Abnormalities | | N | Abnormalities | | N | Abnormalities |
| Gen. App. | | ⊕ Dry Cough | Gen. App. | | | Gen. App. | | | Gen. App. | | |
| Skin | | | Skin | | scratchy | Skin | | | Skin | | |
| Head | | | Head | | rash | Head | | | Head | | |
| EENT (cover/uncover) | | Sl. dull | Teeth | | | Teeth | | | Teeth | | |
| Chest | | TM | EENT (cover/uncover) | | | EENT (cover/uncover) | | | EENT | | |
| Lungs | | | Chest | | | Chest | | | Chest | | |
| Heart | | ch. chron | Lungs | | | Lungs | | | Lungs | | |
| Abdomen | | | Heart | | | Heart | | | Heart | | |
| Ext. Gen. | | | Abdomen | | | Abdomen | | | Abdomen | | |
| Back | | | Ext. Gen. | | | Ext. Gen. | | | Ext. Gen. | | |
| Extrem. | | ⊕ diaper | Back | | | Back | | | Back | | |
| Neurol. | | rash | Extrem. | | | Extrem. | | | Extrem. | | |
| Hip Abduct. | | | Neurol. | | | Neurol. | | | Neurol. | | |

| **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** | **PROBLEMS—PLANS—FOLLOW-UP** |
|---|---|---|---|
| - Well Chau. o? 25/75 | Well 6mo ⊘ | - Well 9mos, ⊘ | - Well 1y- o? 95/95 |
| Persist. Cough ~2wk. Allergy to Pears. | | - Watch croton skills | - Tena Cory . |
| Post Viral Bronchospasm | | | |
| Flovent (110) 2 BID → 1 2g d | | | |

| **PARENT COUNSELING** | **PARENT COUNSELING** | **PARENT COUNSELING** | **PARENT COUNSELING** |
|---|---|---|---|
| Diet Sto Nutramigen Sols | Diet | Diet Ct Nutramigen | Diet |
| Breastfeeding | Breastfeeding | Breastfeeding | Breastfeeding |
| Nutrient intake, esp. iron rich foods | Nutrient intake, esp. iron rich foods | Nutrient intake, esp. iron rich foods  1.2 | Nutrient intake, esp. iron rich foods |
| | | | |
| **Injury Prevention** | **Injury Prevention** | **Injury Prevention** age 1y | **Injury Prevention** |
| Child safety seats, smoke detectors | Child safety seats, smoke detectors | Child safety seats, smoke detectors | Child safety seats, smoke detectors |
| Hot water heater temperature | Hot water heater temperature | Hot water heater temperature | Hot water heater temperature |
| | Stwway gates, window grds., pool fence | Stway gates, window grds., pool fence | Stway gates, window grds., pool fence |
| | Storage of drugs, and toxic chemicals | Storage of drugs, and toxic chemicals | Storage of drugs, and toxic chemicals |
| **Dental Health** | Syrup of ipecac, poison control tel. no. | Syrup of ipecac, poison control tel. no. | Syrup of ipecac, poison control tel. no. |
| Baby bottle tooth decay | **Dental Health** | **Dental Health** | **Dental Health** |
| | Baby bottle tooth decay | Baby bottle tooth decay | Baby bottle tooth decay |
| **Other Primary Preventive Measures** | | | |
| Effects of passive smoking | **Other Primary Preventive Measures** | **Other Primary Preventive Measures** | **Other Primary Preventive Measures** |
| Assess abuse potential | Effects of passive smoking | Effects of passive smoking | Effects of passive smoking |
| | Assess abuse potential | Assess abuse potential | Assess abuse potential |
| Rev 10/16 - Rotalog | | Per 1 mo | Wk V2 (PCV / Hep A |

| **IMMUNIZATIONS** | | **IMMUNIZATIONS** | **TESTING** | **IMMUNIZATIONS** | **TESTING** | **IMMUNIZATIONS** | **TESTING** |
|---|---|---|---|---|---|---|---|
| DPT-2 (Hib2) TOPV2 | | DPT-3 (TOPV3) Hearing (HR2) | | | Hearing (HR2) | MMR (HR8) | Pb Screen |
| | | (Hib3) HBV | | | | TB | Hb/Hct (Hib3) |
| Pv 1Ped | | pv 1Ped  1Rotatiq | | Pcbie | | | |

| Signed _____ | Signed _____ | Signed _____ | Signed _____ |
|---|---|---|---|

1st profiles, the scheduling of the individual preventive services are left to clinical discretion.

*Six visits are required for immunization (birth to 18 months). Because of lack of data and differing patient

-1-   © 1994 U.S. Healthcare, Inc. 6423B-3/94

TORRES, JOVONE
02/16/07

| DATE 5.20.08 | 15 MONTHS | DATE 8/6/08 | 18 MONTHS | DATE 2-24-09 | 2, 3 YEARS | DATE 3/16/10 | 2/3 YEARS |
|---|---|---|---|---|---|---|---|
| **INTERVAL HISTORY** | | **INTERVAL HISTORY** | | **INTERVAL HISTORY** | | **INTERVAL HISTORY** | |
| Diet Good app / var | | Diet BF Nutramigen / fol will | | Diet Good appl/var | ↑wt | Diet Good appl/t | BMI= |
| Illness p | | Illness 4 cups Juice / Day !! | | Illness cored sp - Rx add | | Illness Wheeze res | 19 |
| Stools reg sleep ok | | Stools reg sleep ok | | Stools reg jun | | Stools reg | |
| Accidents | | Accidents reg sleep ok | | Accidents neg | | Accidents Inf | |
| Naps +2 | | Naps + / Pica | | Naps +1 / Pica | | Naps + / Pica | 4 |
| Ht. 24 Wt. 28 H.C. 50 | | Ht. Wt. 33 H.C. | | Ht. 33/10 Wt. 36 B.P. — | | Ht. 40/2 Wt. 43 B.P. | |
| **REVIEW GROWTH CHARTS** | | **REVIEW GROWTH CHARTS** | | **REVIEW GROWTH CHARTS** | | **REVIEW GROWTH CHARTS** | |
| **GROWTH — DEVELOPMENT** | | **GROWTH — DEVELOPMENT** | | **GROWTH — DEVELOPMENT** | | **GROWTH — DEVELOPMENT** | |
| Stands alone | 5-6 mo | Walks well | Piles 3 cubes | Runs well, walks up and down stairs | | Runs well, walks up and down stairs | |
| Walks holding (furniture) | | Cup, little spillage | 2.3 word | Tower of 6 cubes | 8 Sb word | Tower of 6 cubes | + Full sentences |
| Builds tower with two cubes | hours | Dada, mama (specif.) | 16 pointing | Puts three words together | 2 word | Puts three words together | +3 red |
| Plays pat-a-cake | | Climbs | | Handles spoon well | combo | Handles spoon well | plays Militz |
| Takes lids off containers | | Indicates wants by pointing | | Plays hide and seek | | Plays hide and seek | |
| Says mama, dada | | and pulling (not crying) | | | | | |
| **PHYSICAL EXAMINATION** | | **PHYSICAL EXAMINATION** | | **PHYSICAL EXAMINATION** | | **PHYSICAL EXAMINATION** | |
| | N / Abnormalities | | N / Abnormalities | | N / Abnormalities | | N / Abnormalities |
| Gen. App. | | Gen. App. | | Gen. App. | | Gen. App. | |
| Skin | | Skin | diaper rash | Skin | Diff Ecze | Skin | speech - dx, off topic |
| Head | | Head | | Head | | Head | |
| Nodes | | Nodes | + dry | Nodes | | Nodes | |
| EENT | | EENT | skin | EENT screen-esotropia | | EENT screen-esotropia | less busy, alone |
| Chest | | Chest | | Chest | | Lungs | |
| Lungs | | Lungs | | Lungs | | Heart | |
| Heart | | Heart | | Heart | | Abdomen | |
| Abdomen | | Abdomen | | Abdomen | | Ext. Gen. | (Diff. |
| Ext. Gen. | | Ext. Gen. | | Ext. Gen. | | Back | Small) |
| Back | | Back | | Back | | Extrem. | |
| Extrem. | | Extrem. | | Extrem. | | Gait | |
| Gait | | Gait | | Gait | | | |
| **PROBLEMS—PLANS—FOLLOW-UP** | | **PROBLEMS—PLANS—FOLLOW-UP** | | **PROBLEMS—PLANS—FOLLOW-UP** | | **PROBLEMS—PLANS—FOLLOW-UP** | |
| | | | | Well 24 - ♂ >79 / 85 | | Well 34 - ♂ BMI>40 | |
| Well 15 mo - ♂ | | Well 18 mo ♂ 95/295 | | RAD - mild | | Rec Wheeze Peltin w/ Hx 11/9 | |
| 20 / 95 | | EI - Speech | | BMI > 95% | | Beh issues / R/o asphyxia | |
| | | Eczema - Hr 2- | | | | has appt w/ doctor | |
| | | | | | | 2x Cross. | |
| **PARENT COUNSELING** | | **PARENT COUNSELING** | | **PARENT COUNSELING** | | **PARENT COUNSELING** | |
| | | | | Diet ↓ Cal (1.1% milk) | | Diet ↓ Cal - AAP | |
| Diet | | Diet | | Sweets and between-meal snacks, | | Sweets and between-meal snacks, | |
| Breastfeeding | | Breastfeeding | | iron rich foods, sodium | | iron rich foods, sodium | |
| Nutrient intake, esp. iron rich foods | | Nutrient intake, esp. iron rich foods | | Caloric balance | | Caloric balance | |
| | | | | Selection of exercise program | | Selection of exercise program | |
| **Injury Prevention** | | **Injury Prevention** | | **Injury Prevention** | | **Injury Prevention** | |
| Child safety seats, smoke detectors | | Child safety seats, smoke detectors | | Safety belts, smoke detectors | | Safety belts, smoke detectors | |
| Hot water heater temperature | | Hot water heater temperature | | Hot water heater temperature | | Hot water heater temperature | |
| Strway gates, window grds., pool fence | | Strway gates, window grds., pool fence | | Window guards and pool fence | | Window guards and pool fence | |
| Storage of drugs, and toxic chemicals | | Storage of drugs, and toxic chemicals | | Bicycle safety helmets | | Bicycle safety helmets | |
| Syrup of ipecac, poison control tel. no. | | Syrup of ipecac, poison control tel. no. | | Storage of drugs, and toxic chemicals | | Storage of drugs, and toxic chemicals | |
| | | | | Syrup of ipecac, poison control tel. no. | | Syrup of ipecac, poison control tel. no | |
| **Dental Health** | | **Dental Health** | | **Dental Health** Reg | | **Dental Health** reg / FI ♂ T | |
| Baby bottle tooth decay | | Baby bottle tooth decay | | Tooth-brushing and dental visits | | Tooth brushing and dental visits | |
| **Other Primary Preventive Measures** | | **Other Primary Preventive Measures** | | **Other Primary Preventive Measures** | | **Other Primary Preventive Measure** | |
| Effects of passive smoking | | Effects of passive smoking | | Effects of passive smoking | | Effects of passive smoking | |
| Assess abuse potential | | Assess abuse potential | | Skin protection from U.V. light (HR9) | | Skin protection from U.V. light (HR9 | |
| | | | | Assess abuse potential | | | |
| **IMMUNIZATIONS** | | **IMMUNIZATIONS** TESTING | | **IMMUNIZATIONS** TESTING | | **IMMUNIZATIONS** TESTING | |
| (MMR) | | DPT-Booster or DTaP Pb Screen (HR4) | | Pb Screen (HR4) | | Pb Screen (HR | |
| Dtap Hib4 | | (TOPV-Booster3) | | TB test (HR8) | | TB test (HR | |
| Signed ___ | | Signed ___ | | Signed ___ | | Signed ___ | |

k profiles, the scheduling of the individual preventive services are left to clinical discretion

© 1994 U.S. Healthcare, Inc. 0423B-594

3-22-11 (4)

| INTERVAL HISTORY | DATE  4,5,0 YEARS | DATE  4,5,0 YEARS | DATE  7, 8, 9, 10, 11, 13 YEARS |
|---|---|---|---|
| Diet Good appl le | Diet | Diet | Interview    Alone |
| Illness _ Story BMI 20 | Illness | Illness | Sibling    Parents |
| Stools _ | Stools | Stools | INTERVAL HISTORY |
| Accidents _ Refl = 4 | Accidents | Accidents | Allergy |
|  |  |  | Illness |
|  |  |  | Diet—Appetite, Stool, Stomach-Headache |
| Ht. 43  Wt. 50  B.P. 80 | Ht. 42  Wt. 6'8  B.P. | Ht.  Wt.  B.P. | Fatigue—Nightmares, Enuresis |

REVIEW GROWTH CHARTS  /  | REVIEW GROWTH CHARTS | REVIEW GROWTH CHARTS | Sexual Dev.—Breasts, Testic., Pubic Hair

| GROWTH — DEVELOPMENT | GROWTH — DEVELOPMENT | GROWTH — DEVELOPMENT | GROWTH — SCHOOL PROGRESS |
|---|---|---|---|
| Skips | Skips | Skips | Sports |
| Draws square from copy | Draws square from copy | Draws square from copy | Peer Relationships |
| Knows few colors | Knows few colors | Knows few colors | School Attendance |
| Dresses and undresses  hole still | Dresses and undresses | Dresses and undresses | Performance : |
| Knows age | Knows age | Knows age | Ht. _____  Weight _____ |
| Counts 10 pennies  loved skill | Counts 10 pennies | Counts 10 pennies | B.P. _____  Loss/Gain _____ |

| PHYSICAL EXAMINATION | | | PHYSICAL EXAMINATION | | | PHYSICAL EXAMINATION | | | PHYSICAL EXAMINATION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | N | Abnormalities |  | N | Abnormalities |  | N | Abnormalities |  | N | Abnormalities |
| Gen. App. |  | ⊕ Anxy | Gen. App. |  |  | Gen. App. |  |  | Gen. App. |  |  |
| Skin |  | ∫ | Skin |  |  | Skin |  |  | Skin |  |  |
| Head |  |  | Head |  |  | Head |  |  | Head |  |  |
| Nodes |  |  | Nodes |  |  | Nodes |  |  | Breasts |  |  |
| EENT |  |  | EENT |  |  | EENT |  |  | EENT |  |  |
| Lungs |  |  | Lungs |  |  | Lungs |  |  | Lungs |  |  |
| Heart |  |  | Heart |  |  | Heart |  |  | Heart |  |  |
| Abdomen |  |  | Abdomen |  |  | Abdomen |  |  | Abdomen |  |  |
| Ext. Gen. |  |  | Ext. Gen. |  |  | Ext. Gen. |  |  | Ext. Gen. |  |  |
| Neurol. |  | → optthal | Neurol. |  |  | Neurol. |  |  | Extrem/Scoliosis |  |  |
| Vision |  | left . | Vision |  |  | Vision |  |  | Vision |  |  |
| Hearing |  |  | Hearing |  |  | Hearing |  |  | Hearing |  |  |

| PROBLEMS—PLANS—FOLLOW-UP | PROBLEMS—PLANS—FOLLOW-UP | PROBLEMS—PLANS—FOLLOW-UP | PROBLEMS—PLANS—FOLLOW-UP |
|---|---|---|---|
| - well boy - as | | | |
| - Speech - good progn | | | |
| - Potty Tr - problem | | | |

| PATIENT-PARENT COUNSELING | PATIENT-PARENT COUNSELING | PATIENT-PARENT COUNSELING | PATIENT-PARENT COUNSELING |
|---|---|---|---|
| Diet and Exercise | Diet and Exercise | Diet and Exercise | Diet and Exercise |
| Sweets and between-meal snacks, | Sweets and between-meal snacks, | Sweets and between-meal snacks, | Fat (esp. saturated fat), cholesterol, |
| iron rich foods, sodium | iron rich foods, sodium | iron rich foods, sodium | sweets and between-meal snacks, sodium |
| Caloric balance | Caloric balance | Caloric balance | Caloric bal., selection of exercise program |
| Selection of exercise program | Selection of exercise program | Selection of exercise program | Injury Prevention |
| Injury Prevention | Injury Prevention | Injury Prevention | Safety belts, smoke detectors |
| Safety belts, smoke detectors | Safety belts, smoke detectors | Safety belts, smoke detectors | Storage of firearms, drugs, |
| Hot water heater temperature | Hot water heater temperature | Hot water heater temperature | toxic chemicals, matches |
| Window guards and pool fence | Window guards and pool fence | Window guards and pool fence | Bicycle safety helmets |
| Bicycle safety helmets | Bicycle safety helmets | Bicycle safety helmets | Dental Health |
| Storage of drugs, and toxic chemicals | Storage of drugs, and toxic chemicals | Storage of drugs, and toxic chemicals | Regular tooth brushing and dental visits |
| Syrup of ipecac, poison control tel. no. | Syrup of ipecac, poison control tel. no. | Syrup of ipecac, poison control tel. no. | Other Primary Preventive Measures |
| Dental Health | Dental Health | Dental Health | High-Risk Groups |
| Tooth brushing and dental visits | Tooth brushing and dental visits | Tooth brushing and dental visits | Skin protection from U.V. light (HR9) |
| Other Primary Preventive Measures | Other Primary Preventive Measures | Other Primary Preventive Measures |  |
| Effects of passive smoking | Effects of passive smoking | Effects of passive smoking | IMMUNIZATIONS |
| High-Risk Groups | High-Risk Groups | High-Risk Groups | Tb test (HR8), Measles (MMR2) |
| Skin protection from U.V. light (HR9) | Skin protection from U.V. light (HR9) | Skin protection from U.V. light (HR9) |  |

| IMMUNIZATIONS  LABORATORY | IMMUNIZATIONS  LABORATORY | IMMUNIZATIONS  LABORATORY | |
|---|---|---|---|
| DPT or DTaP, TOPV    U.A. | DPT or DTaP, TOPV    U.A. | DPT or DTaP, TOPV    U.A. | |
| TB test (HR8), Measles (MMR2) | TB test (HR8), Measles (MMR2) | TB test, Measles (MMR2) | Signed _____ |

Signed _____        Signed _____        Signed _____        of the individual preventive services listed in this

© 1994 U.S. Healthcare, Inc. 6423B-5/94        © 1994 U.S. Healthcare, Inc. 6423B-5/94

Jovino Torres 2-16-07

**BOYS: BIRTH TO 36 MONTHS**
**CDC US GROWTH CHARTS***

Name _TORRES, JOVONE_
_02/16/07_

Record # _____



**ROSS**
PEDIATRICS
www.ross.com

**Similac®**
**With Iron**
Infant Formula

**Similac®**
**Lactose Free**
Infant Formula With Iron

**Isomil®**
Soy Formula With Iron

**Alimentum®**
Protein Hydrolysate
Formula With Iron

**Isomil® DF**
Soy Formula For Diarrhea

**Similac**
**NeoSure®**
Infant Formula With Iron

**Pedialyte®**
Oral Electrolyte Maintenance
Solution/Freezer Pops

**Similac® 2**
Infant & Toddler Formula
With Iron

**Isomil® 2**
Infant & Toddler Soy Formula
With Iron

**PediaSure®**
Complete, Balanced Nutrition®

**ElecCare®**
Nutritionally Complete
Amino Acid-Based Medical Food

\* Adapted from the
National Center for
Health Statistics in
collaboration with the
National Center for
Chronic Disease
Prevention and Health
Promotion (2000).
Kuczmarski RJ, Ogden
CL, Grummer-Strawn
LM, et al; CDC Growth
Charts, United States.
Advance data from vital
and health statistics
No. 314. Hyattsville,
Maryland: National
Center for Health Statis-
tics, December 4, 2000

This chart is consis-
tent with CDC growth
data as of July 2001.

Internet:
http://www.cdc.gov/
growthcharts

© 2001 Abbott Laboratories



# BOYS: 2 TO 20 YEARS
# CDC US GROWTH CHARTS*

Name TORRES, JOVONE 02/16/07 Record #

MOTHER'S STATURE

FATHER'S STATURE

| DATE | AGE | STATURE | WEIGHT | COMMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ROSS PEDIATRICS
www.ross.com
Pedialyte® Oral Electrolyte Maintenance Solution/Freezer Pops
PediaSure® Complete, Balanced Nutrition®
EleCare® Nutritionally Complete Amino Acid-Based Medical Food

* Adapted from the National Center for Health Statistics in collaboration with the National Center for Chronic Disease Prevention and Health Promotion (2000). Kuczmarski RJ, Ogden CL, Grummer-Strawn LM, et al: CDC Growth Charts, United States. Advance data from vital and health statistics No. 314. Hyattsville, Maryland: National Center for Health Statistics, December 4, 2000.

**This chart is consistent with CDC growth data as of July 2001.**

Internet: http://www.cdc.gov/growthcharts

© 2001 Abbott Laboratories

# PEDS RESPONSE FORM

_Provider_

Child's Name _Jovone Torres_  Parent's Name _Lindsey Beshia_

Child's Birthday _2-16-07_  Child's Age _3_  Today's Date _3-16-10_

> Please list any concerns about your child's learning, development, and behavior.

> Do you have any concerns about how your child talks and makes speech sounds?

Circle one:  No  Yes  (A little)  COMMENTS:

> Do you have any concerns about how your child understands what you say?

Circle one:  (No)  Yes  A little  COMMENTS:

> Do you have any concerns about how your child uses his or her hands and fingers to do things?

Circle one:  No  Yes  (A little)  COMMENTS:

> Do you have any concerns about how your child uses his or her arms and legs?

Circle one:  (No)  Yes  A little  COMMENTS:

> Do you have any concerns about how your child behaves?

Circle one:  No  (Yes)  A little  COMMENTS:

> Do you have any concerns about how your child gets along with others?

Circle one:  No  (Yes)  A little  COMMENTS:

> Do you have any concerns about how your child is learning to do things for himself/herself?

Circle one:  (No)  Yes  A little  COMMENTS:

> Do you have any concerns about how your child is learning preschool or school skills?

Circle one:  (No)  Yes  A little  COMMENTS:

> Please list any other concerns.

© 2009 Frances Page Glascoe, Ellsworth & Vandermeer Press, LLC, 1013 Austin Court, Nolensville, TN 37135, phone: 615-776-4121, fax: 615-776-4119, web: www.pedstest.com. For electronic applications contact: Frances.Page.Glascoe@pedstest.org. This form may not be reproduced. Only completed forms may be scanned.

#700PEDSv1-2009

# PEDS SCORE FORM

Child's Name _____    Birthday _____

Find appropriate column for the child's age. Place a checkmark in the appropriate circle or box to show each concern on the PEDS Response form. See Brief Scoring Guide for details on categorizing concerns. Circles are predictive concerns. Boxes are non-predictive concerns.

| Child's Age: | 0–3 mos. | 4–5 mos. | 6–11 mos. | 12–14 mos. | 15–17 mos. | 18–23 mos. | 2 yrs. | 3 yrs. | 4–4½ yrs | 4½–6 yrs. | 6–7 yrs. | 7–8 yrs. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global/Cognitive | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Expressive Language and Articulation | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Receptive Language | □ | □ | □ | □ | □ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| Fine-Motor | □ | □ | □ | □ | □ | □ | □ | □ | ○ | ○ | ○ | ○ |
| Gross Motor | □ | □ | □ | □ | □ | □ | □ | ○ | ○ | ○ | ○ | ○ |
| Behavior | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| Social-emotional | ○ | ○ | ○ | ○ | ○ | ○ | □ | □ | □ | □ | □ | □ |
| Self-help | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
| School | □ | □ | □ | □ | □ | □ | □ | □ | ○ | ○ | ○ | ○ |
| Other | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Count the number of checks in the small circles and place the total in the large circle below.

| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|---|---|---|---|---|---|---|---|---|---|---|---|

If the number shown in the large circle is 2 or more, follow Path A on PEDS Interpretation Form. If the number shown is exactly 1, follow Path B. If the number shown is 0, count the number of small boxes and place the total in the large box below.

| □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|---|---|

If the number shown in the large box is 1 or more, follow Path C. If the number 0 is shown, consider Path D if relevant. Otherwise, follow Path E.

© 2008 Frances Page Glascoe, Ellsworth & Vandermeer Press, LLC, 1013 Austin Court, Nolensville, TN 37135, phone: 615-776-4121, fax: 615-776-4119, web: www.pedstest.com. For electronic applications contact: Frances.Page.Glascoe@pedstest.org. This form may not be reproduced. Only completed forms may be scanned.

#720PEDSv1-2008

_Joanne Torres_      Date _3·22·11_

## BRIGHT FUTURES ☀ TOOL FOR PROFESSIONALS

# Pediatric Symptom Checklist (PSC)

Emotional and physical health go together in children. Because parents are often the first to notice a problem with their child's behavior, emotions, or learning, you may help your child get the best care possible by answering these questions. Please indicate which statement best describes your child.

Please mark under the heading that best describes your child:

| | | Never | Sometimes | Often |
|---|---|---|---|---|
| 1. | Complains of aches and pains | 1 | ✓ | | |
| 2. | Spends more time alone | 2 | ✓ | | |
| 3. | Tires easily, has little energy | 3 | ✓ | | |
| 4. | Fidgety, unable to sit still | 4 | | | ✓ |
| 5. | Has trouble with teacher | 5 | ✓ | | |
| 6. | Less interested in school | 6 | ✓ | | |
| 7. | Acts as if driven by a motor | 7 | | | ✓ |
| 8. | Daydreams too much | 8 | ✓ | | |
| 9. | Distracted easily | 9 | | ✓ | |
| 10. | Is afraid of new situations | 10 | | ✓ | |
| 11. | Feels sad, unhappy | 11 | ✓ | | |
| 12. | Is irritable, angry | 12 | | ✓ | |
| 13. | Feels hopeless | 13 | ✓ | | |
| 14. | Has trouble concentrating | 14 | | ✓ | |
| 15. | Less interested in friends | 15 | ✓ | | |
| 16. | Fights with other children | 16 | ✓ | | |
| 17. | Absent from school | 17 | ✓ | | |
| 18. | School grades dropping | 18 | ✓ | | |
| 19. | Is down on him or herself | 19 | ✓ | | |
| 20. | Visits the doctor with doctor finding nothing wrong | 20 | ✓ | | |
| 21. | Has trouble sleeping | 21 | | ✓ | |
| 22. | Worries a lot | 22 | ✓ | | |
| 23. | Wants to be with you more than before | 23 | ✓ | | |
| 24. | Feels he or she is bad | 24 | ✓ | | |
| 25. | Takes unnecessary risks | 25 | ✓ | | |
| 26. | Gets hurt frequently | 26 | ✓ | | |
| 27. | Seems to be having less fun | 27 | ✓ | | |
| 28. | Acts younger than children his or her age | 28 | ✓ | | |
| 29. | Does not listen to rules | 29 | ✓ | | |
| 30. | Does not show feelings | 30 | ✓ | | |
| 31. | Does not understand other people's feelings | 31 | ✓ | | |
| 32. | Teases others | 32 | ✓ | | |
| 33. | Blames others for his or her troubles | 33 | | ✓ | |
| 34. | Takes things that do not belong to him or her | 34 | ✓ | | |
| 35. | Refuses to share | 35 | | ✓ | |

Total score _____

Does your child have any emotional or behavioral problems for which she or he needs help?    9̸ ( )N ( )Y

Are there any services that you would like your child to receive for these problems?    7̸ ( )N ( )Y

If yes, what services?_____

# PEDS RESPONSE FORM

Provider

Child's Name _Jerrae Torres_     Parent's Name _____

Child's Birthday _____     Child's Age _____     Today's Date _3-24-09_

Please list any concerns about your child's learning, development, and behavior.

Do you have any concerns about how your child talks and makes speech sounds?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child understands what you say?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child uses his or her hands and fingers to do things?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child uses his or her arms and legs?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child behaves?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child gets along with others?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child is learning to do things for himself/herself?
Circle one:   (No)   Yes   A little   COMMENTS:

Do you have any concerns about how your child is learning preschool or school skills?
Circle one:   (No)   Yes   A little   COMMENTS:

Please list any other concerns.

© 2008 Frances Page Glascoe, Ellsworth & Vandermeer Press, LLC, 1013 Austin Court, Nolensville, TN 37135, phone: 615-776-4121, fax: 615-776-4119, web: www.pedstest.com. For electronic applications contact: Frances.Page.Glascoe@pedstest.org. This form may not be reproduced, only completed forms may be scanned.

049

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| *Dr. L. Young* | *Dr. C. Riordan* | *Dr. I. Malkani* | *Dr. S. Levy* |
|---|---|---|---|

val Visit - Acute Problem

**TORRES, JOVONE**
**02/16/07**

Patient Name: _____  DOB: _____  Allergy: _____
Date: 4-20-07  Wt: 12-7  Ht: ___  HC: ___  Temp: 99 rectal BP: ___

Subjective Compliant: wheezing / coughing (am-stop x 5 minutes at a time) _____. _____ c cough, sleep-ok Congestion - resolved. could n't gain! 1½ oz/day!

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | ⊕ Sick contacts -Sib | △ mild Bronchiolitis |
| General | ✓ | | | R - Ct Foll |
| Skin | ✓ | | p cough | flu prn - call if etc |
| Head | ✓ | | smiles! | |
| Eyes | ✓ | | | |
| Ears | ✓ | | | 10L |
| Nose | ✓ | | | |
| Throat | ✓ | | | |
| Heart | ✓ | | | |
| Lungs | ✓ | | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

---

**Interval Visit - Acute Problem**

Patient Name:  Same as above   DOB: _____  Allergy: _____
Date: 6-21-07  Wt: ___  Ht: ___  HC: ___  Temp: ___  BP: ___

Subjective Compliant: Here for immunization update Retakg again _____ Co-symptom

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | | △504 → imp |
| General | ✓ | | | R - Ct Flovent / 4 Rhs |
| Skin | ✓ | | | - inhaler " as tol |
| Head | ✓ | | | |
| Eyes | ✓ | | | |
| Ears | ✓ | | run-ok | 1 ul |
| Nose | ✓ | | cong → resolved | |
| Throat | ✓ | | | |
| Heart | ✓ | | | |
| Lungs | ✓ | | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |

**Interval Visit - Acute Problem**

Patient Name: Jovone Torres   DOB: _____   Allergy: _____
Date: 6-29-07 Wt: _____  Ht: ___ HC: ___  Temp: _____  BP: _____

Subjective Compliant: ? thrush cough   Cough more wet,
esp night : ✓ lmm  Feb. MDZ = ? snifle still -
Rice intensity  same.  ? Earnis ? waking up at night
PO well: 1) new oug?

| Objective: | N | A | -Sibs ? | Impression/Plan: |
|---|---|---|---|---|
| | | | | △ Persist. cough |
| | | | | · Oral Thrush |
| General | ✓ | | | |
| Skin | ✓ | | | |
| Head | ✓ | | wet "funky" cough | R₁ -Nystatin SID - Mouth |
| Eyes | ✓ | | | - ✓ Feb MDZ pm |
| Ears | ✓ | | | |
| Nose | | X | sl. cong | - Prelone 2.5ml qd × 4d |
| Throat | ✓ | | | - Zithromax - 2.5ml qd × 3d |
| Heart | ✓ | | | |
| Lungs | | ✓ | clear | - flu pm mm - |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above   DOB: _____   Allergy: _____
Date: 11-10-07  Wt: _____  Ht: ___  HC: _____  Temp: _____  BP: _____

Subjective Compliant: ? ear infection - woke up last
night crying - fever + well recent
Mom rubbing ear - good start does not like
CBS still eating well

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | ✓ | | alert | no OM |
| Skin | ✓ | | | pharngitis |
| Head | ✓ | | | ? cold |
| Eyes | ✓ | | | |
| Ears | ✓ | | m's cle | |
| Nose | ✓ | | Red | |
| Throat | | ✓ | | |
| Heart | ✓ | | clear | B to reclamine |
| Lungs | ✓ | | Soft NT/ND | f/u c Dr Malkani |
| Abdomen | | | | on Monday |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |
|---|---|---|---|

### Interval Visit - Acute Problem

Patient Name: _Jawore Jarrei_  DOB: _1-16-07_  Allergy: _NK) A_

Date: _11-19-08_  Wt: ___ Ht: ___ HC: ___ Temp: ___ BP: ___

Subjective Compliant: _afebrile, + drinking, not eating, V,_
_appetite, teething_

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | | ✓ | alert, well | |
| Skin | | ✓ | Appear | |
| Head | | ✓ | | viral Pharyng |
| Eyes | | ✓ | | |
| Ears | | ✓ | TM's clue | |
| Nose | | ✓ | | |
| Throat | | ✓ | red = Exudate | |
| Heart | | ✓ | | |
| Lungs | | ✓ | | Symptom |
| Abdomen | | ✓ | | |
| Genitalia | | ✓ | | |
| Extremities/Hips | | ✓ | | |
| Neurological/Dev | | | | |

### Interval Visit - Acute Problem

Patient Name:  Same as above  DOB: _1-16-07_  Allergy: _NK) A_

Date: _12-15-08_  Wt: ___ Ht: ___ HC: ___ Temp: ___ BP: ___

Subjective Compliant: _Cold sx. Difficulty useng_
_inhaler. Needs nebulized. Wheezing. Poking_
_in ears. afebrile._

| Objective: | N | A | feb - head Add - cultur | Impression/Plan: |
|---|---|---|---|---|
| | | | poult - Nebs.ide Bronchiol to ∆ | Bronchiolitis / Wheez |
| General | | ✓ | Well app | uor |
| Skin | | ✓ | | |
| Head | | ✓ | | |
| Eyes | | ✓ | R | Alb Neb q 4-6 |
| Ears | | ✓ | | Sinh, |
| Nose | ✗ | | | Flu pr |
| Throat | | ✓ | | |
| Heart | | ✓ | | |
| Lungs | | ✗ | Ble ≠ Wheeze | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

---

*Dr. L. Young        Dr. C. Riordan        Dr. I. Malkani          Dr. S. Levy*

### Interval Visit - Acute Problem

Patient Name: Jovone Torres        DOB: 2·16·07   Allergy: N K D A
Date: 12·19·0 8   Wt:____   Ht:____   HC:____   Temp: 98·9 Ax   BP:____

Subjective Compliant: Cough - using albuterol c̄ improvement
Cough - worse - fever x 1 d.    R all c̄ lung
Ψ O

| Objective: | N | A | o.w. wheez. | Impression/Plan: |
|---|---|---|---|---|
| | | | | Δ  URI |
| General | ✓ | | | wheezy |
| Skin | ✓ | | ⊘ lesion · | Pneumonia |
| Head | | | | |
| Eyes | | | | R - Pedne 5ml ⅜ cn x5d |
| Ears | | | | - Amoxil 6 po  BID x 10 |
| Nose | X | | | - cont Albuterol  q4-6° |
| Throat | | | | - mo V tot po |
| Heart | | | | |
| Lungs | X | | Crackle - ® side | ↗ |
| Abdomen | | | ⊕ air change B/L | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

### Interval Visit - Acute Problem

Patient Name:  Same as above          DOB:____   Allergy: N K D A
Date: 2·4·10   Wt:____   Ht:____   HC:____   Temp:____   BP:____

Subjective Compliant: Cough  x 4 Days  - worse @ noc
"hugging on ear"  wouldn't take OTC cough suppresant
or Benadryl. cough sounds different than asthma
cough sounds irritated @ tight  starting to sound

| Objective; | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | OSOB URI ptcoughing | URI (Pharyngitis/ |
| General | ✓ | | low fever max 99 ax | mild RAD |
| Skin | | | trying ® ear & Drinks | - Orapred 15mg |
| Head | | | x 2 possessive c motas | BID x 4d |
| Eyes | ✓ | | clear nasal OK | (ODT Sample |
| Ears | ✓ | | nl ттр  ROS o/w ⊖ | amox |
| Nose | | ✓ | | albuterol |
| Throat | | ✓ | Well | ODT-16 pm Sx |
| Heart | ✓ | | GND | - RST ⊖ |
| Lungs | ✓ | | OPSC red | - TCx sint |
| Abdomen | ✓ | | tonsils red lage | - TX Sx |
| Genitalia | | | nl exudate | F/U PRN Sx |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | RST ⊖ | |

033

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

_Dr. L. Young_     _Dr. C. Riordan_     _Dr. I. Malkani_     _Dr. S. Levy_

**Interval Visit - Acute Problem**

Patient Name: _Javone Torres_    DOB: _2-16-07_   Allergy: _N/KDA_
Date: _3-5-10_   Wt:____   Ht:____   HC:____   Temp: _98.7 Ax_   BP: ____

Subjective Compliant: _asthma - 3d, h/o very all ~ 3+/wk - 2 month_
_Mostly c colds. Cold × 3d, congested_

| Objective: | N | A | Used Flovent as ⓜ | Impression/Plan: |
|---|---|---|---|---|
| | | | in infancy | × RAD -ac exacerbat |
| General | ✓ | | | URI/SOB |
| Skin | ✓ | | | Prelone 5ml B1D × 2d |
| Head | ✓ | | Rx | Pulmicort 0-5mg B1D — Screen |
| Eyes | ✓ | | | c sch Nd × 4-6 |
| Ears | ✓ | | 7m -SC chld | #60 |
| Nose | | × | | flu sea PE |
| Throat | | | | |
| Heart | ✓ | | | |
| Lungs | ✓ | | clear | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above    DOB: ____   Allergy: _NKDA_
Date: _7-26-10_   Wt:____   Ht:__   HC:____   Temp:____   BP:____

Subjective Compliant: _Ⓛ side of neck - swollen gland_

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | | | | ↑ GAS |
| Skin | ✓ | | Non | · rapid Ⓣ |
| Head | | | 3x3 cm, Tender Ⓛ upper | Amox 500 g dose 10 |
| Eyes | ✓ | | cn ln | So Rx |
| Ears | ✓ | | | - flu pm |
| Nose | ✓ | | | |
| Throat | ✓ | | | |
| Heart | ✓ | | | |
| Lungs | | | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| *Dr. L. Young* | *Dr. C. Riordan* | *Dr. I. Malkani* | *Dr. S. Levy* |

**Interval Visit - Acute Problem**

Patient Name: _Joann Torres_   DOB: _2-16-07_ Allergy: _NKDA_
Date: _9-21-10_  Wt: _44_  Ht: ___  HC: ____  Temp: _102 (AX)_  BP: ____

Subjective Compliant: _vomiting, temp. better during noc._

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | ⊕ Tears | △ GE: well hyd |
| General | ✓ | | | Tush flush - chg sl smell |
| Skin | | ⟋ | BP 80/50 | sol |
| Head | | | | solv direct as tol |
| Eyes | | | | update Thu pm |
| Ears | | | | |
| Nose | | | | |
| Throat | | | | |
| Heart | | | | |
| Lungs | | | | /qu |
| Abdomen | | | Clear | |
| Genitalia | | | Soft | |
| Extremities/Hips | | | | 9/21 Tur Davy Keller |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above   DOB: ____   Allergy: _NKDA_
Date: _9-24-10_  Wt. ____  Ht: ___  HC: ____  Temp: _98.3 AX_  BP: ____

Subjective Compliant: _vomiting, fever. x5 days.  seen ED - Wed_
_plans.  Ll Cody_

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | | △ GAS |
| General | | ⟋ | | - rapid (+) |
| Skin | | ⟋ | Bear 57' | - Adenov 800 gd e cod |
| Head | | ⟋ | | - cd |
| Eyes | | ⟋ | | Pudret f Clinic |
| Ears | | ⟋ | | |
| Nose | | ✗ | Se cony   ✓ Uu lp | |
| Throat | | ⟋ | | |
| Heart | | ⟋ | | |
| Lungs | | ⟋ | Need Report | /qu |
| Abdomen | | | 57 r | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

*Dr. L. Young       Dr. C. Riordan       Dr. I. Malkani              Dr. S. Levy*

### Interval Visit - Acute Problem

Patient Name: Jovone Torres     DOB: 2-16-07  Allergy: NKDA
Date: 11-8-10  Wt: ____  Ht: ____  HC: ____  Temp: 98⁹ ax  BP: no meds

Subjective Compliant: " Boo Boo Mouth " & swollen glands

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | ✓ | | | |
| Skin | ✓ | | | |
| Head | ✓ | | | |
| Eyes | ✓ | | | |
| Ears | ✓ | | | |
| Nose | ✓ | | | |
| Throat | | x | | |
| Heart | ✓ | | | |
| Lungs | ✓ | | | |
| Abdomen | ✓ | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

### Interval Visit - Acute Problem

Patient Name:  Same as above     DOB: ____  Allergy: ____
Date: 12·13·10 ·  Wt: ____  Ht: ____  HC: ____  Temp: ____  BP: ____

Subjective Compliant: Cold x 2-3 weeks - cough a lot.

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| General | ✓ | | | |
| Skin | ✓ | | | |
| Head | ✓ | | | |
| Eyes | ✓ | | | |
| Ears | ✓ | | | |
| Nose | | x | | |
| Throat | ✓ | | | |
| Heart | ✓ | | | |
| Lungs | | x | B/L exp wheeze | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| Dr. L. Young | Dr. C. Riordan | Dr. I. Malkani | Dr. S. Levy |
|---|---|---|---|

**Interval Visit - Acute Problem**

Patient Name: _Jevone Torres_   DOB:_____   Allergy: _NKDA_
Date: _3-11-11_  Wt: _____ Ht: ____ HC: _____ Temp: _____ BP: _____

Subjective Compliant: _asthma is "kicking up". Started_
_crapped at 11pm last night. Nebs q 3 hrs._
_Albuterol & Pulmicort. Afebrile._

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | resp wheez /gr — | |
| General  Wellappn | ✓ | | clinically spicy! - Not | Δ RAD · es Exacerbation |
| Skin | | ✗ | wacubel ✗ do | |
| Head | | | ④ allergies — sprg. | - depsed 15 ys RAD + 5cl |
| Eyes | | | | - cl Relig u q° |
| Ears | | | | - cl Claritin 5 ug qc |
| Nose | | | ④ Eczema | - flu pro · |
| Throat | | | | |
| Heart | | | | |
| Lungs | | ✗ | ④ available uly | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev | | | | |

**Interval Visit - Acute Problem**

Patient Name:  Same as above   DOB: _2-16-0_  Allergy: _NKDA_
Date: _3-21-11_  Wt: _____ Ht: ___ HC: _____ Temp: _____ BP: _____

Subjective Compliant: _Vomiting. More strep ⊕. Throat appears_
_pink & exudate, or enlargement._
_T/c, PST done_

| Objective: | N | A | | Impression/Plan: |
|---|---|---|---|---|
| | | | RST ⊖ T/c to all Mass. | |
| General | | | Comfort measures | |
| Skin | | | discussed. Will | |
| Head | | | call if ⊕. Dr Torres/6 | |
| Eyes | | | | |
| Ears | | | | |
| Nose | | | | |
| Throat | | | | |
| Heart | | | | |
| Lungs | | | | |
| Abdomen | | | | |
| Genitalia | | | | |
| Extremities/Hips | | | | |
| Neurological/Dev. | | | | |

**Chandler Pediatrics**
*421 Chandler Street  Worcester, MA 01602*
*(508) 752-4511*

| *Dr. L. Young* | *Dr. C. Riordan* | *Dr. I. Malkani* | *Dr. M. Whitham* | *Dr. Vari Kamerkar* |

**Interval Visit - Acute Problem**

Patient Name: Touone Torres    DOB: 2-16-07   Allergy: NKDA
Date: 4-14-11   Wt: ___   Ht: ___   HC: ___   Temp: 100.8 AX   BP: ___

Subjective Compliant: vomiting - c/o stomach & throat   (episode since)
Hx's well - ø urine/cough   to 87/ obispor

| Objective: | N | A | SH | PMH | FH | Impression/Plan: |
|---|---|---|---|---|---|---|
| General | X | | | ø Sick Contact. | | Δ Gastroenter Afe GAS |
| Skin | / | | | | | - rapid ⊖ |
| Head | / | | | | | - Rx of |
| Eyes | / | | | | | - so-lu / Resp flura |
| Ears | / | | | | | - flu results |
| Nose | ✓ | | | | | |
| Throat | X | | | | | fa |
| Heart | ✓ | | | | | |
| Lungs | / | | | | | |
| Abdomen | X | | | Soft BS ⊕ | | |
| Genitalia | | | | | | |
| Extremities/Hips | | | | | | |
| Neurological/Dev | | | | | | |

| *Dr. L. Young* | *Dr. C. Riordan* | *Dr. I. Malkani* | *Dr. M. Whitham* | *Dr. Vari Kamerkar* |

**Interval Visit - Acute Problem**

Patient Name: Same as above   DOB: 2-16-07 Allergy: NKDA
Date: 4-18-11 Wt. ___   Ht: ___   HC: ___   Temp: ___   BP: ___

Subjective Compliant: Fever on & off since Thurs; cough

| Objective: | N | A | SH | PMH | FH | Impression/Plan: |
|---|---|---|---|---|---|---|
| | | | | | | Δ GAS |
| General | / | | | | | |
| Skin | ✓ | | | | | . rapid ⊕ |
| Head | / | | | | | Amoxil 800g/d×10 |
| Eyes | / | | | | | - fl |
| Ears | / | | | | | flu ⊖ |
| Nose | ✓ / | | | | | /u |
| Throat | ⊖ | | | | | |
| Heart | / | | | | | |
| Lungs | ✓ | | | | | |
| Abdomen | | | | | | |
| Genitalia | | | | | | |
| Extremities/Hips | | | | | | |
| Neurological/Dev. | | | | | | |

 **UMass Memorial
Children's Medical Center**

 **University of Massachusetts
Medical School**

University Campus
55 Lake Avenue North
Worcester, MA 01655
www.umassmemorial.org

March 3, 2011

Dr. Indrani Malkani
Chandler Pediatrics
421 Chandler Street
Worcester, MA  01610

RE:  Jovone Torres, DOBZ:  2-16-07

Dear Dr. Malkani:

Please be advised that Jovone Torres has either no showed or cancelled with Dr. JoAnn
Carson in the Developmental and Behavioral Pediatric Department at UMASS –
University Campus on the following dates:  3/30/10, 4/22/10, 5/13/10, 6/3/10, 7/1/10 and
2/11/11.  Therefore, Dr. Carson is unable to reschedule Jovone Torres at this time.

If you have any questions, please contact Dr. Carson at 774-442-3028.

Thank you.

Kara Goodwin
Medical Administrative Assistant

ATLANTIC HOME MEDICAL SUPPLY
5105 CRANBERRY HIGHWAY
PO BOX – 1723 ONSET, MA 02558
PHONE 508-295-7191        FAX 508-295-5541

TO: DR Indrani Malkani   DATE: 06/18/08

FAX # 508 - 797- 4729    FROM: Dawn

SUBJECT:  REQUEST FOR NUTRITIONAL SUPPLIES

Your patient: Jovone Torres  DOB:  02/16/07
Has requested the following items:

| Item | Cans per day | Calories per can | Cans/cals per day x 30 days | Refills |
|------|--------------|------------------|------------------------------|---------|
| Nutramigen |  | 12 Cans per Month |  | 6 |

To process this request through their insurance company please provide a
prescription for each item. Prescription must include:
1. Patient's name, address and date of birth.
2. Item requested.
3. Cans/Calories per day and month.
4. Primary diagnosis and a secondary of failure to thrive.
5. Number of refills. (12 is typical)
6. Masshealth provider number. (PCC #) _____

These items will also need a brief **Letter of Medical Necessity**. This letter
should include the patient's name, address, date of birth, medical condition
and items requested. Remember to include FAILURE TO THRIVE in the
letter.

When complete **please fax** to 508-295-5541 and **mail originals** to:

A.H.M.S
PO Box – 1723
Onset, MA 02558

✳ Will Also Need Current
growth Chart.

*Please send A.S.A.P.*

Thank you

ATLANTIC HOME MEDICAL SUPPLY
3195 CRANBERRY HIGHWAY
PO BOX – 1723 ONSET, MA 02558
PHONE 508-295-7191      FAX 508-295-5541

TO: DR Indrani Malkani   DATE: 06 / 18 / 08

FAX # 508 - 797 - 4729   FROM: Dawn

SUBJECT: REQUEST FOR NUTRITIONAL SUPPLIES

Your patient: Jovone Torres DOB: 02 / 16 / 07
Has requested the following items:

| Item | Cans per day | Calories per can | Cans/cals per day x 30 days | Refills |
|------|--------------|------------------|------------------------------|---------|
| Nutramigen | | 12 Cans per Month | | 6 |

To process this request through their insurance company please provide a
prescription for each item. Prescription must include:

    1. Patient's name, address and date of birth.
    2. Item requested.
    3. Cans/Calories per day and month.
    4. Primary diagnosis and a secondary of failure to thrive.
    5. Number of refills. (12 is typical)
    6. Masshealth provider number (PCC #) _____

These items will also need a brief Letter of Medical Necessity. This letter
should include the patient's name, address, date of birth, medical condition
and items requested. Remember to include FAILURE TO THRIVE in the
letter.

When complete please fax to 508-295-5541 and mail originals to:

A.H.M.S
PO Box – 1723
Onset, MA 02558

✱ Will Also Need Current
growth Chart.

*Please send A.S.A.P.*

Thank you

*8/12/08
Please fax
quested info
? Patient still
needs as soon
as possible. This
as been waiting.
Thank
you

Rec. Req.
8/8/08
DB

8/12/08

# ATLANTIC HOME MEDICAL SUPPLY

*Your Bridge to Better Health*

3105 Cranberry Highway
P.O. BOX 1723 Onset, MA 02558
**508-295-7191   FAX 508-295-5541**

## FAX COVER LETTER

DATE: 06/18/08

TO: DR Indrani Malkani

FAX: 508-797-4729

FROM: Dawn

NO. OF PAGES INCLUDING THIS ONE: 2

RE: Jovone Torres — Dob 02/16/07

MESSAGE: Please Fax Script and
letter of Medical Necessity
so we can submit to
Network Health for prior
Auth

Thanks

Statement of confidentiality: The documents transmitted by this facsimile contains information from Atlantic Home Medical Supply Inc. may contain confidential and privileged information. This information is intended for the use of the addressee named on this transmitted sheet. If you are not the addressee, any disclosure, photocopying, distribution or use of its contents is prohibited. If you received this facsimile in error, please call immediately so that we can arrange to retrieve the original document.

042

# ATLANTIC HOME MEDICAL SUPPLY

*Your Bridge to Better Health*

3105 Cranberry Highway
P.O. BOX 1723 Onset, MA 02558
**508-295-7191    FAX 508-295-5541**

Rec 7.9
9/2/08
^3

## FAX COVER LETTER

DATE: _06/18/08_

TO _DR Indrani Malkani_
FAX: _508-797-4729_
FROM: _Dawn_

NO. OF PAGES INCLUDING THIS ONE: _2_

RE: _Jovone Torres - Dob 02/16/07_
MESSAGE: _please Fax Script and letter of Medical Necessity so We can Submit to Network Health for prior Auth_

_Thanks_

Statement of confidentiality. The documents transmitted by this facsimile contains information from Atlantic Home Medical Supply that may contain confidential and privileged information. This information is intended for the use of the addressee named on this transmittal sheet. If you are not the addressee, any disclosure, photocopying, distribution or use of this contents is prohibited. If you received this facsimile in error, please call us immediately so that we can arrange to retrieve the original document.

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729



**CHANDLER
PEDIATRICS**

# Fax

**To:** Atlantic Home Medical  **From:** Indrani Malkani, MD

**Fax:** (508) 295-5541  **Pages:** 3 (incl. cover)

**Phone:**  **Date:** 1-11-08

**Re:** Jovone Torres (2-16-07)  **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Confidentiality Statement:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, coping, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

**If you receive this information in error, please notify us immediately by telephone at (508) 752-4511.**

Jovone Torres (2-16-07) is a patient in our practice. He has Network Health, ID # 021908507. We are requesting Nutramigen formula. A script and letter of necessity follow. Mother's name is Lindsey Beshai, tel # 508-757-3059, their address is 18 Garland St.
e Apt. 3
Worcester, MA 01603

If you have any questions, please call (508)-752-4511.

# CHANDLER PEDIATRICS

421 CHANDLER STREET  ·  WORCESTER, MASSACHUSETTS  ·  TEL (508) 752-4511  ·  FAX (508) 797-4729

LYNDA YOUNG, M.D.
CATHRINE RIORDAN, M.D.
INDRANI MALKANI, M.D.

Re: Jovoae Torres       DOB:  2/16/07

Jovoae Torres is an 11 month old patient of mine who has had cow's milk Protein allergy since 2 months of age. He has been challenged repeatedly with Soy formula without success, most recently in the past month. Although most infants outgrow this problem, some take a little longer. Jovoae needs to be on Nutramigen for at least 6 more months. Please give me a call if you have any questions.

Sincerely

I. MALKANI

045

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729



**CHANDLER PEDIATRICS**



# Fax

**To:** Atlantic Home Medical Supply   **From:**

**Fax:** 508 295 5541   **Pages:** 3

**Phone:**   **Date:** 7-10-08

**Re:** Jovone Torres   **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Confidentiality Statement:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this infor... any disclosure, coping, distribution, or taking of any a... prohibited.

If you receive this information in error, please not...

PCC 977 4343

Network 97053801

NPI 16593 78883

CHANDLER PEDIATRICS
LYNDA M. YOUNG, M.D.
SHERYL LEVY, M.D.
CATHERINE A. RIORDAN, M.D.
INDRANI MALKANI, M.D.
MICHELLE WHITHAM, M.D.
421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511   DEA #
   LIC. #

NAME Jevoac Torres   AGE 2-16-07
ADDRESS 8 Garland St Apt 3   DATE 7/8/08
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND 01603
℞

Nultraaugen 300g /Day

#1 900 os / month

Cows milk Protein allergy
=TT

Refill _____ times

SIGNATURE _____
PLEASE PRINT NAME _____

Interchange is mandated unless the practitioner writes the words 'NO SUBSTITUTION' in this space.

046   7JPE5065006

## ATLANTIC HOME MEDICAL SUPPLY
### 3405 CRANBERRY HIGHWAY
### PO BOX – 1723 ONSET, MA 02558
### PHONE 508-295-7191   FAX 508-295-5541

TO: DR Indrani Malkani   DATE: 06/18/08

FAX # 508 - 797 - 4729   FROM: Dawn

## SUBJECT: REQUEST FOR NUTRITIONAL SUPPLIES

Your patient: Jovone Torres   DOB: 02/16/07
Has requested the following items:

| Item | Cans per day | Calories per can | Cans/cals per day x 30 days | Refills |
|------|--------------|------------------|------------------------------|---------|
| Nutramigen | | 12 Cans per Month | | 6 |
| | | | | |
| | | | | |

To process this request through their insurance company please provide a
prescription for each item. Prescription must include:
    1. Patient's name, address and date of birth.
    2. Item requested.
    3. Cans/Calories per day and month.
    4. Primary diagnosis and a secondary of failure to thrive.
    5. Number of refills. (12 is typical)
    6. Masshealth provider number. (PCC #) _____

These items will also need a brief Letter of Medical Necessity. This letter
should include the patient's name, address, date of birth, medical condition
and items requested. Remember to include FAILURE TO THRIVE in the
letter.

When complete please fax to 508-295-5541 and mail originals to:

A.H.M.S
PO Box – 1723
Onset, MA 02558

✱ Will Also Need Current
growth Chart.

### Please send A.S.A.P.

Thank you

# CHANDLER PEDIATRICS

421 CHANDLER STREET · WORCESTER, MASSACHUSETTS · TEL (508) 752-4511 · FAX (508) 797-4729

CATHERINE RIORDAN, M.D.                    LYNDA YOUNG, M.D.
INDRANI MALKANI, M.D.                      SHERYL LEVY, M.D.

Date:

To Whom It May Concern:

_Jovone Torres_ DOB: _____ is a patient in my practice.

He/She has a diagnosis of _Cow's milk Protein Allergy_.

He/She needs to be on _Nutramigen_. It is medically necessary that he/she stays on this formula for _3-6_ months.

If you have any questions please give me a call.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics        7/8/08

IM/lam

048



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Social Services

DEVAL L. PATRICK
Governor

TIMOTHY P. MURRAY
Lieutenant Governor

JUDYANN BIGBY, M.D.
Secretary

LEWIS H. SPENCE
Commissioner

_8/13/07_
(Date)

Dear _Dr. MAIKani_
(Physician's Name)

Re:   **REQUEST FOR HEALTH STATUS INFORMATION**

_Dov ine Tarr_                                    _2/16/07_
(Patient's Name)                                  (Date of Birth)

As a licensed child placement agency, we are required to obtain evidence of a current medical examination, a written statement from a licensed physician regarding this individual's physical health and any illnesses, disabilities or limitations, and any information about the individual's emotional or mental health.

This individual is:

☐ an applicant to become a foster or pre-adoptive parent for the Department of Social Services;

☐ a current foster or pre-adoptive parent,                _m will be in Mass_

☐ the child of a current or prospective foster/pre-adoptive parent; or         _3: VO - 8/16_

☐ a resident in the home of a current or prospective foster/pre-adoptive family.

I would appreciate your completing and returning the enclosed "Health Status" form to me by _____.
DO NOT SEND ANY OF THE PATIENT'S MEDICAL RECORDS.

Also enclosed please find a signed Release of Information Authorization that allows you to share information with the Department. Please note that the Department of Social Services cannot assume responsibility for the cost of any medical examination and/or evaluations that may be necessary to provide the Department with this required information.

Thank you in advance for your anticipated cooperation.

_Thatson_

Sincerely,

_Patricia Chase_
(Name, Title)

_1 Lisk West_
(DSS Office/Agency)

_25 Lincoln St. West_
(Address)

_508 - 929 - 2161_

_508 - 929 - 2161_
(Telephone)

Enclosures
FMR-12
Foster/Pre-Adoptive Family Reference Letter, Medical

Revised: 2/2006

08/15/2007 16:44 FAX 5089292161          DSS WORC WEST                            ☑005/005

Commonwealth of Massachusetts
Department of Social Services

HEALTH STATUS

Re: _Javaane   Torres_____     Date of Exam ___8/16/07____

Physician's statement regarding this individual's health and any illnesses, disabilities or limitations:

_____were child  -  6mo  Pt  -  No Illness_____

Physician's statement concerning this individual's apparent or known emotional or mental health:

_____well child -_____

If this individual is a current or prospective foster or pre-adoptive parent, please state your opinion as to whether the above will affect the individual's ability to provide foster or adoptive care:

_____No concerns with ability to provide_____
_____foster care_____

If this individual is a child of a current or prospective foster/pre-adoptive parent, or a resident in the home of a current or prospective foster/pre-adoptive family, please state your opinion as to whether the above will affect the family's ability to provide foster or adoptive care:

_____No concern_____

_____7. Mulkani_____
(Physician's Name)

_____Lal Mulkani_____
(Physician's Signature)

_____421 Chandlerst_____
(Address)

_____Worcester, MA 01602_____

_____5087524511_____
(Telephone)

_____8/16/07_____
(Date)

## UMass Memorial Medical Center, Inc. Clinical Laboratories

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*
*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI,INDRANI | PATIENT NAME **TORRES,JAVONE**     Page: 6<br>18 GARLAND ST 3,WORCESTER,MA 01603<br>Pt Phone: 774-242-0002              **FINAL REPORT** |
|---|---|

| PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|
| 00027476785 | 02/16/07 | 4Y | F | 002036805 |

| REPORT DATE/TIME: 03/22/11 0906 | COLLECTED:03/21/11 1400 | RECEIVED: 03/21/11 2223 |
|---|---|---|

SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT   Final
        NO GROUP A STREPTOCOCCUS rRNA DETECTED.

H = High    L = Low    * = Critical    # = Delta

** END OF REPORT **

**UMass Memorial Medical Center, Inc. Clinical Laboratories**

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*

*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI,INDRANI | PATIENT NAME **TORRES,JOVONE**   Page: 1<br>18 GARLAND STREET APT 3,WORCESTER,MA 016<br>Pt Phone: 774-242-0002   **FINAL REPORT** |
|---|---|

| PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|
| 00027665415 | 02/16/07 | 4Y | M | 001263629 |

| REPORT DATE/TIME: 04/15/11 0933 | COLLECTED:04/14/11 1400 | RECEIVED: 04/14/11 1906 |
|---|---|---|

SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT   Final
        NO GROUP A STREPTOCOCCUS rRNA DETECTED.

H = High   L = Low   * = Critical   # = Delta

** END OF REPORT **

# UMass Memorial Medical Center, Inc. Clinical Laboratories

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*
*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| | |
|---|---|
| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI, INDRANI | PATIENT NAME **TORRES, JOVONE**     Page: 8<br>18 GARLAND STREET APT 3, WORCESTER, MA 016<br>Pt Phone: 508-304-1705     FINAL REPORT |

| PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|
| 00026525521 | 02/16/07 | 3Y | M | 001263629 |

| REPORT DATE/TIME: 11/09/10 0934 | COLLECTED: 11/08/10 1700 | RECEIVED: 11/08/10 2222 |
|---|---|---|

SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT  Final
         NO GROUP A STREPTOCOCCUS rRNA DETECTED.

H = High   L = Low   * = Critical   # = Delta

** END OF REPORT **

## UMass Memorial Medical Center, Inc. Clinical Laboratories

*365 Plantation Street, One Biotech Park, Worcester, MA 01605 (800)476-4431*
*L. Michael Snyder, M.D., Medical Director, CLIA # 22D0724619*

| | |
|---|---|
| Ordering Location: ZZ-CHPED<br>CHANDLER PEDIATRICS<br>421 Chandler Street<br>Worcester, MA 01602<br><br>Ordering MD: MALKANI,INDRANI | PATIENT NAME **TORRES,JOVONE**              Page: 2<br>18 GARLAND STREET APT 3,WORCESTER,MA 016<br>Pt Phone:  508-718-7010              FINAL REPORT |

| PATIENT ID | DATE OF BIRTH | AGE | SEX | UMMHC MR# |
|---|---|---|---|---|
| 00024473248 | 02/16/07 | 2Y | M | 001263629 |

| | | |
|---|---|---|
| REPORT DATE/TIME: 02/05/10 1025 | COLLECTED:02/04/10 UNK | RECEIVED: 02/04/10 2203 |

```
SOURCE:   THROAT SWAB
> GRP A DNA DETECTION THROAT  Final
        NO GROUP A STREPTOCOCCUS rRNA DETECTED.
```

H = High   L = Low   * = Critical   # = Delta

** END OF REPORT **

## UMass Memorial/Memorial Campus
### a member of UMass Memorial Health Care

### Radiology Consultation

**Patient: TORRES, JOVONE**

Address    32 LAKESIDE AVENUE APT 6
          WORCESTER, MA 01606
Phone      (508) 459-2830

**DOB:** 2/16/07
**MRN:** 001263629
**Status:** Outpatient
**Accession:** 8468315

**Sex:** M

| | | |
|---|---|---|
| **Requester:** | **Attending:** | **Report To:** |
| MALKANI, INDRANI | MALKANI, INDRANI | 1): MALKANI, INDRANI |
| 421 CHANDLER STREET | 421 CHANDLER STREET | 2): MALKANI, INDRANI |
| WORCESTER, MA 01610 | WORCESTER, MA 01610 | |

ME) DXCH2 - CHEST, PA & LATERAL                    07/02/2007 2:20 PM

## FINAL

EXAMINATION:
2 View Chest.

INDICATION:
Cough.

TECHNIQUE:
PA and lateral radiograph(s) of chest.

COMPARISON:
None.

FINDINGS:
There are bilateral perihilar peribronchial wall thickening present. The heart, mediastinum, and a bony structures are unremarkable.

IMPRESSION:
Bilateral peribronchial wall thickening. Could represent infection or inflammation.

COMMUNICATION:
Per this written report.

7/6/07

| | | |
|---|---|---|
| Transcribed By: | Powerscribe Interface | 07/02/2007 2:28 PM |
| Signed By: | YOUNG HWAN KIM, M.D. | 07/02/2007 2:28 PM |
| Finalized By: | YOUNG HWAN KIM, M.D. | 07/02/2007 2:28 PM |

Radiologist 1: KIM, YOUNG M.D., signed on 07/02/2007 14:28

**UMass Memorial Children's Medical Center**

**EMERGENCY DEPARTMENT PHYSICIAN RECORD**

NAME:
ADDRESS: FORRES JOYONE
BIRTHDATE: 02/16/07
UNIT NUMBER: 16/08
001263629
SEX: 1Y 08M M

TIME: 2am  HIST: ☐ PATIENT ☑ PARENT ☐ OTHER: ☐ INTERPRETER:

MEDICAL STUDENT SIGNATURE: _____ MS____

**HPI/CC:** 1 y.o. ♂ c̄ hx of asthma
**LOCATION:** presents c̄ wheezing during
**QUALITY:** sleep. mom woke pt cough +
**SEVERITY:** him here. Af/SK. 1 prior
**DURATION:** episode. Denies ⊘ hx ⊘ cough.
**TIMING:** looks normal now. Dad missing
**CONTEXT:**
**MODIFYING FACTORS:**
**ASSOCIATED SIGNS/SYMPTOMS:**

PMH: ☐ CANCER  SOCIAL:
☐ TYPE II DM  ☐ RENAL DX  ☐ SMOKE
☑ ASTHMA  ☐ SICKLE CELL  ☐ ETOH
☐ CF  ☐ CONG HEART DX  ☐ DRUGS
☐ HIV  ☐ HTN  MEDS:
☐ DEV DEL  ☐ GERD  ☐ NONE ☐ SEE LIST
☐ GERD  ☐ GI BLEED  PRENATAL HX:
☐ GI BLEED  ☐ PSYCH  ☐ VKG CBST
☐ SZ  ☐ NSVD ☐ CS
☐ TRANSPLANT  ☐ GROUP B STREPTOCOCCUS
☐ ROM ___ hrs PTD
☐ COMPLICATIONS
☐ NICU ISSUES
BIRTH WEIGHT: ___ kg

LIVING SITUATION:
☐ WITH PARENTS
☐ EMANCIPATED
☐ DSS/DYS
☐ RESIDENTIAL
☐ HOMELESS
☐ DOMESTIC VIOLENCE

ALLERGIES: ☑ NKDA ☐ OTHER

**ROS:**

| | | | | | |
|---|---|---|---|---|---|
| CONS | - + | GI. | | | |
| EYES | - + | G.U. | - + | ENDO | - + |
| ENT | - + | NEURO | - + | HEME | - + |
| CVS | - + | INTEG | - + | PSYCH | - + |
| RESP | - + | MS | - + | IMMUN | - + |

☐ UNABLE DUE TO:
☐ ALL OTHERS NEGATIVE UNLESS NOTED

**PHYSICAL EXAM:** ALERT/ORIENTED X    APPEARS: ☐ WELL ☐ MILDLY ILL ☐ ILL ☐ IN PAIN ___ /10    ☐ OTHER:

GCS: ___ /15
TRIAGE VS: T 96 ORTM P 142 R 35 BP (R) (L) PULSE OX: 99
☐ LAST TETNUS IMMUNIZATION    ☐ > 5 YR ☐ > 10 YR ☐ ↓ WT.    LMP:

| HEAD: | | EARS: | NL ABNL | EYES: | NL ABNL | NOSE/SINUS: | N Y |
|---|---|---|---|---|---|---|---|
| ☑ NCAT | | CANAL (R) | ☐ | FUND/DISC (R) | ☐ | RHINORRHEA | |
| ☐ ABNL | | CANAL (L) | ☐ | FUND/DISC (L) | ☐ | HEMORRHAGE | |
| | | TM (R) | ☐ | PERRL | ☑ | SEPTAL HEMAT | |
| SKIN: | | TM (L) | ☐ | EOMI | ☑ | SINUSES TENDER | |
| ☑ NL | | PINNAE (R) | ☐ | CONJUNC (R) | ☑ | | |
| ☐ ABNL | | PINNAE (L) | ☐ | CONJUNC (L) | ☑ | NECK: | N Y |
| | | | | | | RIGID | |

| | | | | | |
|---|---|---|---|---|---|
| PHARYNX: | N Y | LUNGS: | R L | ADENOPATHY | |
| OBSTRUCTED | ☑ ☐ | CLEAR | ☐ ☐ | TENDER | |
| INJECTED | ☑ ☐ | RALES | ☐ ☐ | | |
| EDEMA | ☑ ☐ | WHEEZES | ☑ ☑ slight | HEART: | |
| ↑ TONSILS | ☑ ☐ | BS | ☐ ☐ | ☐ NSR NO M/R/G | |
| DRY MUCOSA | ☑ ☐ | | | ☐ REG | |
| DROOL | ☑ ☐ | STRIDOR | ☐ Yes ☐ No | ☐ IRREG | |
| EXUDATE | ☑ ☐ | RR ___ /min | | ☐ TACHY | |
| DENTITION | ___ | RETRACTIONS | Mild/Mod/Severe | ☐ BRADY | |
| | | GRUNTING | ☐ Yes ☐ No | ☐ MURMUR: /VI | |
| | | FLARING | ☐ Yes ☐ No | ☐ RUB: | |
| | | | | ☐ GALLOP | |

| ABDOMEN: | N Y | | | |
|---|---|---|---|---|
| HEPATOMEGALY | ☑ ☐ | PULSES: | R L | |
| SPLENOMEGALY | ☑ ☐ | CAROTID | | RECTAL: |
| TENDER | ☑ ☐ | BRACHIAL | | ☐ NL |
| MASS | ☑ ☐ | RADIAL | | ☐ ABNL |
| DISTENDED | ☑ ☐ | FEMORAL | | |
| HERNIA | ☑ ☐ | DP | | HEME + |
| CVAT | ☑ ☐ | PT | | |
| SOFT | ☑ ☐ | | | |
| RIGID | ☑ ☐ | | | PELVIC / GENITOURINARY: |
| BOWEL SOUNDS | ☐ NL ☐↑ ☐↓ ☐ ABSENT | | | TANNER STAGE: N |
| | | | | TESTICLES: |
| | | | | CIRCUMCISED: Y / N |

| NEUROPSYCH | NL ABNL | | NL ABNL | | NL ABNL |
|---|---|---|---|---|---|
| CN II-XII | ☐ ☐ | SENSORY | ☐ ☐ | MEMORY | ☐ ☐ |
| GAIT | ☐ ☐ | MOTOR | ☐ ☐ | CONCENT | ☐ ☐ |
| COORD. | ☐ ☐ | STRENGTH | ☐ ☐ | MOOD | ☐ ☐ |

MENTAL STATUS (FOR AGE): ☐ NL ☐ ABNL

☐ NO EDEMA / CYANOSIS / CLUBBING

DTR

10-16-'08 04:17  FROM-UMMS PEDI ED N FAX   508-421-1658   T-835  P0032/0032  F-249

| RHYTHM STRIP INTERPRETATION | ☐ EKG #1 _____ +/- △ C/W ___ | | CK ☐ BLOOD ☐ THROAT ☐ URINE ☐ STOOL ☐ WOUND ☐ CDIFF |
| | ☐ EKG #2 _____ +/- △ C/W ___ | | ☐ CSF           ☐ FLUID: |
| | ☐ NO COMPARISON AVAILABLE | | |
| | ☐ INTERPRETED BY E.P. | | |

| RADIOLOGY | CT | SPINE |
| ☐ CXR | ☐ HEAD | ☐ C |
| ☐ ABD | ☐ ABD | ☐ T |
| ☐ OTHER | ☐ CHEST | ☐ LS |
| ☐ EXT | | |

☐ INTERPRETED BY E.P.  ☐ D/W RADIOLOGIST                    ☐ ED US

|  | S  B  L  M  E |
| #1 CK | MB | I | TROP |
| #2 CK | MB | I | TROP |
| ☐ ABG | | FiO2 |
| ☐ D-DIMER | ☐ BNP |
| U/A: | WBC | SG |
| UCG | RBC | Ph |
| | Bact | BB |

| ETOH | LIP |
| ASA | AMY |
| APAP | LDH |
| Drugs of Abuse | ALT |
| | AST |
| APTT | ALP |
| PT | TBIL |
| INR | LACTATE |

**CONSULTATIONS/PCP:**

1) UMASS MEMORIAL MEDICAL CENTER
Disc

TORRES, JOVONE
MRN: 001263629  ADM/SVC: 10/16/08
DOB: 02/16/07  AGE: 1Y  SEX: M

2)
Disc

ACCT#: 00021472241

☐ In.

☑ REVIEWED NURSE'S NOTES
☐ REQUESTED OLD RECORDS
☐ REVIEWED OLD RECORDS
**PLEASE SUMMARIZE:**
O/w healthy

**MANAGEMENT/INTERVENTION**     TIME

1) ☐ MED ☐ EXAM ☐ VS ☐ O2 ☐ SAT   Albuterol
2) ☐ MED ☐ EXAM ☐ VS ☐ O2 ☐ SAT   Decadron
3) ☐ MED ☐ EXAM ☐ VS ☐ O2 ☐ SAT

**RESPONSE:**
→ ☐ IMP ☐ SAME ☐ WORSE
→ ☐ IMP ☐ SAME ☐ WORSE
→ ☐ IMP ☐ SAME ☐ WORSE

ATTENDING NOTE: BY DR. _Murphy_  TIME/DATE: 10/16/08

**NOTES / MISCELLANEOUS:**

**DIAGNOSIS:**
1) Asthma Exacerbation

**ATTENDING TRANSFER OF CARE**

**RESIDENT(S) SIGNATURE:**
1) Reg                (MD/DO)
TIME:           DATE: 10/16
Michael Regan, MD, PGY 2   MD/DO
Pager #: 9350
TIME:           DATE:

☑ SEE PROCEDURE FORM
☑ SMOKING CESSATION COUNSELING

| CONDITION: | ☑ IMPROVED | DISPOSITION: | ☑ HOME |
| ☐ GUARDED ☐ SAME | | ☐ WORK |
| ☐ EXPIRED ___/___/___ Time ___ | | ☐ TRANSFER TO |
| TIME NOTIFIED DR. | | ☐ EMH ☐ AMA ☐ ELOPED ☐ POLICE ☐ PSYCH |

☐ ADMIT _____ TIME: _____
☐ NURSING HOME
☐ CDU/OBS     Pager #: _____
ED OBS START TIME: _____

**ATTENDING(S) SIGNATURE:**
INFORMATION ABOVE REVIEWED WITH RESIDENT AND PATIENT
1) _____  MD/DO
TIME:           DATE:
Peter Murphy MD  10/16/08  MD/DO
Pager #: 2412
DATE:

INSTRUCTIONS:

PRESCRIPTION:

FOLLOW UP:     DR.          CLINIC:

SIGNATURE:                  DISCHARGE TIME:

MEDICAL RECORDS

04-01-'07 08:51 FROM-UMMHC PEDI ED N FAX   +508-421-1630   T-554 P002/003 F-960

## UMASS MEMORIAL MEDICAL CENTER
### EMERGENCY DEPARTMENT PHYSICIAN RECORD

TORRES
JOVONE                           0012b362q
00018077938

| | | | |
|---|---|---|---|
| **EMS CONTROL #** | | **TIME:** | |

**TIME:** **HIST:** ☐PATIENT ☐PARENT ☐OTHER:

INTER 6/07                    01M 150 M
03/31/07
HALRANI, INDRANI    NETWORK ML
17 FEDERAL ST       M508757798
WORCESTER           , MA 01608

**HPI/CC:** 6 week old ♂ product of full-term, uncomplicated pregnancy plus cough + congestion x 2 days. Ø fevers. Feeding very well. Fussy today, which prompted mom to bring him to ER. Nl # wet.

**LOCATION**

**QUALITY**

**SEVERITY**

**DURATION** diapers. Ovomiting. Changed formula to nutramigen 1 week ago for colic. Since then, has been having BMs (yellow + seedy).

**TIMING**

**CONTEXT**

**MODIFYING FACTORS**

**ASSOCIATED SIGNS/SYMPTOMS** Eyes seem watery.

**PMH:** ☑NONE ☐CAD ☐CHF ☐MI ☐CABG ☐CVA ☐HTN ☐ASTHMA ☐COPD ☐PNEUM. ☐BRONCHITIS ☐NIDDM ☐IDDM ☐PUD ☐UTI ☐SZ ☐PSYCH

**MEDS:** ☑NONE ☐LIST REVIEWED

**SOCIAL:** ☑N/C – + SMOKE – + ETOH – + DRUGS   Brother   sickle out   ☐OLD CHART REQUESTED

**FAMILY:** ☐MC ☐CAD ☐CVA ☐DM ☐HTN ☐CHOL ☐SZ ☐PSYCH

**ROS:** CONST – ☒ HEME ☒ + EYES – ☒ PSYCH ☒ + ENT ☒ IMMUN ☒ + CVS ☒ + NEURO ☒ + RESP ☒ ⊕ INTEG ☒ + GI ☒ + ENDO ☒ + GU ☒ + MS ☒ +
☑ALL OTHERS ASKED & NON-CONTRIBUTORY

☐ UNABLE DUE TO:

**PHYSICAL EXAM:** ALERT/ORIENTED☒   **APPEARS:** ☐WELL ☑MILDLY ILL ☐ILL ☐OTHER:   ☐ AGE APPROPRIATE BEHAVIOR
☑ VS: REVIEWED NURSES NOTES
**VS:** T 96.8 OR TM P 146 R 52 BP(R) (L)   **PULSE OX:** 100 /% NL ☐✓ WT: 5.1 kg LMP:   **VA:** Right / Left / B:lateral /
☐TD UTD ☐>5Y ☐>10Y ☑PEDI IMMUN. UTD   **ALLERGIES:** ☑NKDA   ☐EXAM LIMITED DUE TO:

**HEAD:** ☑NCAT   AFOF

**EARS:**  NL ABNL
CANAL (R) ☑☐
CANAL (L) ☑☐
TM (R) ☑☐
TM (L) ☑☐
TRAGUS (R) ☑☐
TRAGUS (L) ☑☐

**EYES:** NL ABNL
FUND/DISC (R) ☐☐
FUND/DISC (L) ☐☐
PERRL ☐☐
EOMI ☐☐
CONJUNC(R) ☑☐
CONJUNC(L) ☐☐

**NOSE-SINUS:** N Y   mild congestion
RHINORRHEA ☑☐
HEMORRHAGE ☑☐
DISCHARGE ☑☐
SINUSES TENDER ☑☐

**PHARYNX:** NL ABNL
OBSTRUCTED ☐☐
INJECTED ☐☐
EXUDATE ☐☐
EDEMA ☐☐
↑ TONSILS ☐☐
DRY MUCOSA ☑☐

**TEETH/MANDIBLE**

**NECK:** N Y
RIGID ☑☐
ADENOPATHY ☑☐
TENDER ☑☐
THYROMEGALY ☑☐
JVD ☑☐
STRIDOR ☑☐

**LUNGS:** (R) (L)  CO2 F lr
CLEAR ☑☐ ☑☐
RALES ☐ ☐
WHEEZES ☐ ☐
RHONCHI ☐ ☐
BS ☐☑☐✓

**HEART:** CLR NSR NO MUR/G
☐ REG ☐IRREG ☐TACHY ☐BRADY
☐ MURMUR: /VI
☐ RUB:
☐ GALLOP:

**PULSES:** (R) (L)
CAROTID
BRACHIAL
RADIAL 2+ 2+
FEMORAL 2+ 2+
DP
PT

**ABDOMEN:** N Y   Soft nt ND
HEPATOMEGALY ☑☐
SPLENOMEGALY ☑☐
TENDER ☑☐
MASS ☑☐
DISTENDED ☑☐
HERNIA ☑☐
CVAT ☑☐

**PELVIC / GENITOURINARY:**
TS1 ♂ dd
⊕ Circ
**RECTAL:** ☑NL ☐ABNL

**NEURO:** NL ABNL
CN II-XII ☐☐   Alert, well-appearing
GAIT ☐☐
ROMBERG ☐☐ ⊕ moro
FINGER/NOSE ☐☐
HEEL/SHIN ☐☐ ⊕ palmar grasp
BRUDZINSKI ☐☐
KERNIG ☐☐ Good tone
BABINSKI ☐☐

**BOWEL SOUNDS:** ☑NL ☐↑ ☐↓ ☐ ABSENT
**MUSCULOSKELETAL/GENERAL:** NAE

**HEME (OCCULT)** – +
**SKIN:** ☐NL ☑ABNL   ⊕ rash

**SENSORY:** ☐NL ☐ABNL

**LYMPH:** ☑NL ☐ABNL

**PSYCH:** ☐NL ☐ABNL ☐THOUGHT ☐MOOD ☐JUDGEMENT ☐ORIENTATION ☐MEMORY ☐SUICIDAL ☐HOMICIDAL ☐DELUSIONS ☐HALLUCINATIONS ☐DEPRESSED

**DTR:**




☐NO EDEMA/CYANOSIS/CLUBBING

058

4/5/02   11/1/15/07

04-01-'07 08:52   FROM-UMMHC PEDI ED N FAX   +508-421-1830   T-852 P003/003 F-960

| MEDICAL DECISION MAKING | INTERVENTION: | LABS: ☐CBC ☐Na ☐K ☐Cl ☐HCO₃ ☐Bun ☐Cr ☐GLU   INT.: |
|---|---|---|
| DIFFERENTIAL DIAGNOSIS: | ☐IVF: ☐NS: @   ☐W/O X   L ☐MONITOR | |
| URI | ☐D5 NS: @   ☐O₂: | |
| OM? | ☐1/2 NS: @   ☐PULSE OX | |
| | ☐D5 NS: @   ☐FOLEY CATH | |
| | ☐D5 1/2 NS: @   ☐NGT | |
| | ☐OTHER: | |
| | ☐SALINE LOCK | ☐CK-   ☐AMYLASE-   ☐ETOH- |
| RHYTHM STRIP INTERPRETATION | ☐OTHER:   INT.: | ☐CK (MB)-   ☐AST-   ☐SALICYLATE- |
| | | ☐Cr-   ☐ALT-   ☐APAP- |
| | ☐EKG(1):   ☐INTERPRETED BY E.P. | ☐PT-   ☐TB-   ☐UCG- |
| | | ☐PTT-   ☐A.PHOS.-   ☐ABG ( ) - |
| | ☐EKG(2): | ☐INR-   ☐DOA-   ☐UA- |
| | | CULTURES: ☐BC X   ☐URINE ☐TC ☐GC ☐CHLAMYDIA |
| | ☐NO CHANGE ☐NEW CHANGES | RADIOLOGY:   INT.: |
| | ☐NO COMPARISON AVAILABLE   INIT.: | ☐CXR   ☐PCXR |

| TREATMENT | TIME: INIT.: | RESPONSE: | |
|---|---|---|---|
| ☐MED ☐EXAM ☐VS | | →☐ IMP ☐SAME ☐WORSE | ☐KUB: |
| ☐MED ☐EXAM ☐VS | | →☐ IMP ☐SAME ☐WORSE | ☐C-SPINE |
| ☐MED ☐EXAM ☐VS | | →☐ IMP ☐SAME ☐WORSE | ☐L-S SPINE |
| ☐MED ☐EXAM ☐VS | | →☐ IMP ☐SAME ☐WORSE | ☐ANKLE  R  L |
| ☐MED ☐EXAM ☐VS | | →☐ IMP ☐SAME ☐WORSE | ☐INTERPRETED BY E.P. |
| | | | CONSULTATIONS: |

PROCEDURE / MISCELLANEOUS:   ☐REVIEWED OLD CHART

ATTENDING NOTE: DR ___   TIME/DATE: 3/31

☐ Chart by Attending.

☑ Patient seen and examined personally by Attending; history, findings and plan of care reviewed w/resident. I agree w/resident's documented findings and plan of care. Key elements, clarifications and/or exceptions are noted below by me:

☐ Patient seen and examined by resident in Attending's presence/with Attending; history, findings and plan of care reviewed with resident. I agree w/resident's documented findings and plan of care. Key elements, clarifications and/or exceptions are noted below by me:

☐ Chart by NP. Dr.___ was immediately available to me during the care of this patient, and was / was not actively involved during the course of treatment. Physician active involvement included:

HPI: ___

CONST: ☐TNL ☐AB: ___

HEENT: ☐NL ☐AB: ___

NECK: ☐TNL ☐AB: ___

LUNGS: ☐TNL ☐AB: ___

CVS: ☐TNL ☐AB: ___

ABD/GI: ☐TNL ☐AB: ___

GU/PELVIC: ☐TNL ☐AB: ___

NEURO: ☐TNL ☐AB: ___

SKIN: ☐TNL ☐AB: ___

LYMPH: ☐TNL ☐AB: ___

PSYCH: ☐TNL ☐AB: ___

EXT/BACK: ☐TNL ☐AB: ___

ASSESS/PLAN: ___

WAS PRESENT DURING THE KEY/ENTIRE PORTION(S) OF THE PROCEDURE AND OTHERWISE AVAILABLE.

| REPAIR SITE(S)/CM: | | |
|---|---|---|
| ☐PPED/DRAPED   ANESTHESIA ☐LOCAL: | ☐BLOCK | |
| ☐IRRIGATED ☐CLEANED: ___ ☐DEBRIDED | ☐LET | |
| ☐EXPLORED→☐NO FB ☐FB→ COMMENT: | | |
| LAYERS: ☐SKIN ___ X ___ | ☐SC ___ | |
| ☐STAPLES  X | ☐DERMABOND | |
| CLOSURE: ☐SIMPLE ☐LAYERED ☐COMPLEX | | |

DIAGNOSIS: 1) URI   2) ___   3) ___

FCP CALL: ___ ANS: DR. ___

| CONDITION: ☐IMPROVED ☐SAME | ☐EMERGENT | DISPOSITION: | RESIDENT(S) SIGNATURE: |
|---|---|---|---|
| ☐GUARDED | ☐URGENT | ☐HOME ☐ADMIT: ___ ☐WORK ☐NURSING HOME | 1) ___ (MD/DO) |
| EXPIRED  /  /  : AM / PM | ☐ELECTIVE | ☐TRANSFER: ___ ☐EMTALA FORM | TIME: POWELL DATE: 3/31 |
| PT NOTIFIED DR: | ☐ED ☐FT | ☐EMH ☐AMA ☐ELOPED ☐POLICE | 2) 9467   MD/DO |

INSTRUCTIONS:

See #7 of instructions

Follow-up with pediatrician on Monday

Call doctor or return to ED for fever,
feeding, vomiting / diarrhea, rash
lethargy or any other concerns

FOLLOW UP: DR.

PT SIGNATURE: ___

CLINIC: ___

DISCHARGE TIME: ___

TIME: ___ 2) ___ TIME: ___

ATTENDING(S) SIGNATURE:
INFORMATION ABOVE REVIEWED WITH RESIDENT AND PATIENT
1) ___ MD/DO/NP
TIME: 3/31   DATE: /

Frank Jehle, MD   MD/DO/NP
Pager #: 5246   DATE: /

☐ M.D. COMPLETE

**Saint Vincent Hospital**
CENTER FOR WOMEN & INFANTS

## Newborn Admission / Discharge Profile

ST VINCENT HOSPITAL        NUR1
BESHAI .BOY
ACCT    204384358  NUR  S   M
MR 002040020      0  021607
_____ RANI M.D 021607

Sex: ☒ Male  N ☐ Female
DOB: 018746172 Time of Birth 2/6 D 0414
Apgars: 1 ____ 8 , 5 ____ 9 , 10 ____ min.
Hematocrit: _____ Glucose: _____
Infant's Blood Type: _____ Direct Coombs: _____
Birth Weight: 3227 gm   7 2 lb / oz
Length: 53.5 cm   21 inches
Gestational Age: Dates: ____ 38 Exam: 40 +
☐ Pre-term      ☒ Term      ☐ Post- term
☐ SGA           ☒ AGA       ☒ LGA length
Type of Feeding: ☐ Breast   ☒ Bottle

Mother's Name: _Lindsey Beshai_ Age: 23
OB/CNM's Name: _Dr. Terrien_
G _IV_ T _IV_ P ____ A ____ L _IV_
Maternal Blood Type: _A+_ HBsAg Status: _N/A_
Maternal GBS Status: _(+)_ ROM Date: 2/16 Time: 0345
Type of Delivery: ☒ Vaginal   ☐ Cesarean
Anesthesia: _epidural_
Complications: _MSF thin_
NAPARE Screen Indication: _N/A_
Recombivax 5.0 mcg Administration Date: 2-11-07

| DMISSION EXAM | Date: 2/16/07 | Time: 6 |
| --- | --- | --- |

Weight: ____ gm   ____ lb/oz

| System | Normal / Abnormal |
| --- | --- |
| Tone / Appearance | ✓ / |
| Skin Color / Lesions | ✓ / |
| Head / Neck | ✓ / |
| Eyes | ✓ / |
| ENT | ✓ / |
| Lungs | ✓ / |
| Heart | ✓ / |
| Abdomen / Umbilicus | ✓ / |
| Femoral Pulses | ✓ / |
| Genitals | ✓ / |
| Anus | ✓ / |
| Trunk / Spine | ✓ / |
| Extremities / Joints | ✓ / |
| Neurologic Reflexes | ✓ / |

**ADMISSION DIAGNOSES AND PLANS**
NSIDO I MSF I I Coombs (+)GBS
P(11) X 1 —
3380 Cgly Bottle feeding

MD/DO's Signature: _____ Date: ____ Time: ____
MD/DO Print Name: C R Verini

| DISCHARGE EXAM | Date: 2/18/07 | Time: 10 |
| --- | --- | --- |

Weight: 7 1 gm   ____ lb/oz   HC: ____ cm

| System | Normal / Abnormal |
| --- | --- |
| Tone / Appearance | ✓ / |
| Skin Color / Lesions | ✓ / |
| Head / Neck | ✓ / |
| Eyes | ✓ / |
| ENT | ✓ / |
| Lungs | ✓ / |
| Heart | ✓ / |
| Abdomen / Umbilicus | ✓ / |
| Femoral Pulses | ✓ / |
| Genitals | ✓ / |
| Anus | ✓ / fever 100.0 |
| Trunk / Spine | ✓ / all |
| Extremities / Joints | ✓ / |
| Neurologic Reflexes | ✓ / |

**DISCHARGE DIAGNOSES AND PLANS**

F/U with: _Dr. Alkaui_ in ____ days or ____ weeks
MD/DO's Signature: _____ Date: 2/18 Time: ____
MD/DO Print Name: _____

**Progress Notes:** Weight: 6-15 Date: 2/17/07 Time: 5-4/2CH
Breast feeding well _____
MD/DO's Signature: _____                Print Name: _____

**Progress Notes:** Weight: ____ Date: ____ Time: ____

MD/DO's Signature: _____                Print Name: _____

**Progress Notes:** Weight: ____ Date: ____ Time: ____

MD/DO's Signature: _____                Print Name: _____

☐ See Progress Note    ☐ Visiting Nurse Referral *(name of agency):* _____

080

**Saint Vincent Hospital**
123 Summer Street - Worcester, MA 01608
Main Number: 508-363-5000 • Toll Free: 877-633-2368
**CENTER FOR WOMEN AND INFANTS**
Newborn Nursery
508-363-9412

Date: _2/18/07_

To: _____

                                          ST VINCENT HOSPITAL     NUR1
                                          BESHAI ,BOY

From :    Pam Dolan-Smith, RNC              ACCT    20438435B NUR   5  M
          Program Director Newborn Hearing Screening Program, Saint Vincent Hospital  MR 002040028    O    O 021607
                                          MALKANI, INDRANI M.D 021607

Re:      Newborn Hearing Screening Results                 F 0187461723

Infant's Name: _____

The infant listed above has been screened for hearing at Saint Vincent Hospital. The results are as follows:

  ☑ This infant has passed the initial hearing screening.

      ☑ Right Ear Pass      ☑ Left Ear Pass      ☐ Known Risk Factor(s): _____

---

  ☐ Initial screening results indicate a refer for further testing.

      ☐ Right Ear Refer      ☐ Left Ear Refer
      ☐ Right Ear Pass      ☐ Left Ear Pass

A repeat test as an outpatient has been scheduled on *(date)* _____ at _____ a.m. / p.m. at Saint Vincent Hospital Nursery. You will be notified of the results of this repeat screening.

---

  ☐ This infant has passed the follow-up hearing screening at Saint Vincent Hospital.

      ☐ Right Ear Pass      ☐ Left Ear Pass

---

  ☐ Follow-up screening results indicate further testing is required.

      ☐ Right Ear Refer      ☐ Left Ear Refer
      ☐ Right Ear Pass      ☐ Left Ear Pass

An outpatient appointment has been scheduled at the following DPH-approved Diagnostic Center.

    Name of Center: _____

    Date and Time of Appointment: _____

    Telephone Number of Center: _____

---

  ☐ This infant did not keep an appointment for follow-up hearing screening at Saint Vincent Hospital Nursery.
    This infant required follow-up hearing screening for the following indication:

      ☐ Right Ear Refer      ☐ Left Ear Refer
      ☐ Was unable to be tested on initial screening

---

Early identification of children with hearing impairment is an important public health objective. Approximately 1.5 to 3 per 1,000 children are born in the U.S. with significant hearing impairment. Many of these children are not identified until the second year of life or later. Without appropriate and timely identification and intervention, early childhood impairment interferes with the development or oral / aural communication, impedes academic performance and results in long term vocational consequences.

WHITE COPY • Medical Record      YELLOW COPY • Primary M.D. / D.O.      PINK COPY • Audiologist      **10**

FORM #25368 (Rev. 3/06)

**Saint Vincent Hospital**

## Vaccine Administration Record Consent

ST VINCENT HOSPITAL      NUR1
BESHAI ,BOY
ACCT    204384358  NUR 'S  M
MR 002040028       0  021607
KALYANI, INDRANI   M D 021607
F

I have read or have had explained to me the information in the pamphlet which is current as of (date on pamphlet) _____ regarding disease(s):
Diptheria, Tetanus (Lockjaw), Pertussis (Whooping Cough), Polio, Measles, Mumps, Rubella (German Measles), Haemophilus Influenza Type B (Hib), Hepatitis B, Influenza (Flu) as required and their related vaccines.

I have had a chance to ask questions that were answered to my satisfaction.  I understand the benefits and risks of the vaccine(s) checked below and ask that these vaccines be given to me or to the person named below for whom I am authorized to make this request.

### VACCINES TO BE GIVEN

☐ DTP        ☐ DT        ☐ Td        ☐ MMR        ☐ HIB

☐ Rubella        ☒ HBV        ☐ Flu        ☐ OPV        ☐ IPV

| Signature of person to receive vaccine or person authorized to make the request (parent or guardian): |
|---|
| X _____   Date: 2/16/07 |

Date Vaccine Administered: 2/16/07

Site of IM Injection: LT

Vaccine Manufacturer: Merck

Vaccine Lot Number: _____        Expiration Date: _____

Signature of Vaccine Administrator: _____        Title: _____

WHITE COPY - Medical Record      YELLOW COPY - Patient      PINK COPY - Physician

FORM #11391 (Rev. 3/06)



# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.                                        LYNDA YOUNG, M.D.

INDRANI MALKANI, M.D.                                        MICHELLE WHITHAM, M.D.

April 6, 2010

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

Jovone and Jayden Torres, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

Jovone has asthma and Jayden is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729



# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.                                      LYNDA YOUNG, M.D.

INDRANI MALKANI, M.D.                                        MICHELLE WHITHAM, M.D.

August 11, 2010

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

Jovone and Jayden Torres, are patient's in my practice.  They live with, Gina Beshai,
at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

Jovone has asthma and Jayden is disabled and both need to have electricity for any
required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.                                    LYNDA YOUNG, M.D.
INDRANI MALKANI, M.D.                                      MICHELLE WHITHAM, M.D.

February 25, 2011

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

Jovone and Jayden Torres, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

Jovone has asthma and Jayden is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.                INDRANI MALKANI, M.D.                MICHELLE WHITHAM, M.D.

November 17, 2011


National Grid
P.O. Box 960
Northboro, MA  01532-0960


To Whom It May Concern:

Jovone and Jayden Torres, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

Jovone has asthma and Jayden is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.


Sincerely,



Indrani Malkani, M.D.
Chandler Pediatrics


IM/iam

421 CHANDLER STREET • WORCESTER, MASSACHUSETTS • TEL (508) 752-4511 • FAX (508) 797-4729

FAX # 1-866-460-8549

# CHANDLER PEDIATRICS

CATHERINE RIORDAN, M.D.          INDRANI MALKANI, M.D.          MICHELLE WHITHAM, M.D.



August 23, 2012

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

Jovone and Jayden Torres, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

Jovone has asthma and Jayden is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

# CHANDLER PEDIATRICS

421 Chandler Street
Worcester, MA 01602

Tel: 508-752-4511
Fax: 508-797-5729

Dr. Catherine Riordan   ·   Dr. Indrani Malkani   ·   Dr. Amanda McCoy

*11/19-12*

November 19, 2012

National Grid
P.O. Box 960
Northboro, MA  01532-0960

To Whom It May Concern:

Jovone and Jayden Torres, are patient's in my practice.  They live with, Gina Beshai, at 18 Garland Street, Apt. 3, Worcester, MA (Acct. # 6574574035).

Jovone has asthma and Jayden is disabled and both need to have electricity for any required treatments.

Thank you in advance for you assistance.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

# CHANDLER PEDIATRICS

Tel: 508-752-4511
Fax: 508-797-5729

421 Chandler Street
Worcester, MA 01602

Dr. Catherine Riordan   ·   Dr. Indrani Malkani   ·   Dr. Amanda McCoy

Date: 3/26/2013

3/26/13

To Whom It May Concern:

Child Name: Jovone Torres

DOB: 2-16-2007

Address: 18 Garland St #3, Worcester, Mass 01603

Diagnosis: asthma

Acct. No.: 65745-740-35

under Gina Beshai

This child needs electricity in order to use his/her nebulizer.  Please do not turn off power
to this home.

Thank you in advance for your attention to this matter.  If you have further questions
please call my office at 508-752-4511.

Sincerely,

_____, MD
Chandler Pediatrics

IM/lam

069

# CHANDLER PEDIATRICS

421 CHANDLER STREET · WORCESTER, MASSACHUSETTS · TEL (508) 752-4511 · FAX (508) 797-4729

LYNDA YOUNG, M.D.
CATHRINE RIORDAN, M.D.
INDRANI MALKANI, M.D.

April 22, 2011

To Whom It May Concern:

Jovone Torres (DOB: 2/16/07) is a patient in my practice.

Jovone has a diagnosis of Autism with some developmental issues. He is having trouble toilet training and needs to have child size diapers size 6/180 month.

Thank you in advance for your consideration in this matter. If you have further questions please call my office at 508-752-4511.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

# CHANDLER PEDIATRICS

Tel: 508-752-4511
Fax: 508-797-5729

421 Chandler Street
Worcester, MA 01602

Dr. Catherine Riordan   •   Dr. Indrani Malkani   •   Dr. Amanda McCoy

December 19, 2012

To Whom It May Concern:

Jayden Torres (DOB: 1/6/06) is a patient in my practice.

Jayden has a diagnosis of Autism with some developmental issues. He is also incontinent and is having trouble toilet training and needs to have child size diapers size 6/210 month.

Thank you in advance for your consideration in this matter. If you have further questions please call my office at 508-752-4511.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/Iam

071

# CHANDLER PEDIATRICS

421 Chandler Street
Worcester, MA 01602

Tel: 508-752-4511
Fax: 508-797-5729

Dr. Catherine Riordan  ·  Dr. Indrani Malkani  ·  Dr. Amanda McCoy

September 25, 2012

To Whom It May Concern:

Jayden Torres (DOB: 1/6/06) is a patient in my practice.

Jayden has a diagnosis of Autism with some developmental issues.  He is also incontinent and is having trouble toilet training and needs to have child size diapers size 6/180 month.

Thank you in advance for your consideration in this matter.  If you have further questions please call my office at 508-752-4511.

Sincerely,

Indrani Malkani, M.D.
Chandler Pediatrics

IM/lam

10/23/2012  09:46    5087998219                    GATES LANE SCH                    PAGE  02/02

## WORCESTER PUBLIC SCHOOLS
## DEPARTMENT OF NURSING

LICENSED PRESCRIBER            2012 - 2013

MEDICATION ADMINISTRATION REQUEST
(For all prescription & non-prescription medication)

Student: Jovone Torres            Date of Birth: 2-16-07    Grade: K

Medication Albuterol Inh.        Dosage: 2 puffs    Route: Inh.

Frequency: q4-6° PRN   Time(s) of Administration in school: wheeze SOB cough

Specific directions or information for administration:_____

Side Effects:_____

Date of Order: 9.24.12        Discontinuation Date: 9.24.13
(Please note: Whenever possible, medication should be scheduled at times other than school hours)

Consent for self-administration (provided the school nurse determines it is safe and appropriate). Yes____ No X

Diagnosis Asthma            Other medical conditions_____
(If not in violation of confidentiality)          (If not in violation of confidentiality)

Dr. Maivan                        Andrew Mathaw
Printed Name of Physician (legibly)              Signature of Physician

**PARENT/GUARDIAN**

My son/daughter has the following food or drug allergies:_____

I consent to have the School Nurse administer the medication prescribed by the above licensed prescriber.
X Yes____ No

I give permission for my son/daughter to self-administer medication, if the School Nurse determines it is safe and appropriate.
____ Yes X No

I give permission to the School Nurse to share information relevant to the prescribed medication as he/she determines appropriate.
X Yes____ No

I have read the following requirements for medication administration by the School Nurse:
Medication must be in the original prescription bottle and properly labeled.
Students under the age of 18 are not allowed to carry/transport any medication including Tylenol to and from school.
Parent/Guardian must bring in the medication and pick it up at the end of the school year.
State law mandates any medication not picked up must be destroyed.
Medication orders are in effect for the present school year/summer school program only.

_____ Signature _____            10-3-12

09/26/2011  21:12  5084214152                    LAKESIDE MGMT OFFICE                    PAGE  01/01

*FAX* to - 508-799-3541
Attn. School/nurse



## WORCESTER PUBLIC SCHOOLS
## DEPARTMENT OF NURSING

LICENSED PRESCRIBER                    2011- 2012

MEDICATION ADMINISTRATION REQUEST
(For all prescription & non-prescription medication)

Student: Jovone Torres            Date of Birth: _____  Grade: Pre-K

Medication: Albuterol Inh      Dosage: 2 puffs   Route: Inh

Frequency: Q4º PRC    Time(s) of Administration in school: Wheeze, SOB, cough

Specific directions or information for administration: 2. Puff q 4º mn

Side Effects: Headache,  Jitteriness

Date of Order: 9/26/11       Discontinuation Date: 9/26/12
(Please note: Whenever possible, medication should be scheduled at times other than school hours)

Consent for self-administration (provided the school nurse determines it is safe and appropriate).  Yes ____  No X

Diagnosis Asthma         Other medical conditions, _____
(If not in violation of confidentiality)       (If not in violation of confidentiality)

I. MACKANI                          _Will Walbar_
Printed Name of Physician (legibly)            Signature of Physician

---

PARENT/GUARDIAN

My son/daughter has the following food or drug allergies: _____

I consent to have the School Nurse administer the medication prescribed by the above licensed prescriber.
X Yes ____ No

I give permission for my son/daughter to self-administer medication, if the School Nurse determines it is safe and
appropriate.
____ Yes X No

I give permission to the School Nurse to share information relevant to the prescribed medication as he/she
determines appropriate.
X Yes ____ No

I have read the following requirements for medication administration by the School Nurse:
Medication must be in the original prescription bottle and properly labeled.
Students under the age of 18 are not allowed to carry/transport any medication including Tylenol to and from
school.
Parent/Guardian must bring in the medication and pick it up at the end of the school year.
State law mandates any medication not picked up must be destroyed.
Medication orders are in effect for the present school year/summer school program only.

Parent/Guardian Signature: _Lindsey Desh_    Date 09-28-11

074

2010-MAR-29 01:55PM  FROM-DB PEDS                774 442 6740        T-710  P.001/001  F-719

**Joann Carson, MD**
UMass Memorial Medical Center
Developmental/Behavioral Pediatrics
University Campus
Benedict Building, 2nd Floor
55 Lake Avenue North
Worcester, MA 01655
774-442-3028
774-442-6740 (FAX)

FAXED 3/30/10

To: Dr. Indrani Malkani
508-797-4729

Child's Name: _Jovine Torres_ DOB: _2-16-07_

## PHYSICIAN REPORT

Your patient's parent will be brining him/her for an evaluation at UMass for an ADHD evaluation. We would appreciate the following information to help us with the assessment process. Thank you.

Date: _3/20/10_          Physician Name: _I. MALKANI_

Person completing form: _Indrani Malkani_

Office Address: _44 Chandler St. Worcester MA 01602_

Phone #: _5087524511_ Fax#: _508 7974729_ Email: _____

How long have you been child's primary care provider? _Since Birth._

Please specify your questions and/or the type of evaluation(s) you would like for this child? –
• Behaviour concerns, likes being a doner, speech often off topic,
• speech delay at 18 months but improved by age 2 yr.
What are your concerns about this child's development, behavior or emotional state?
• Older Sibling dx c PDD - Autism spectrum. Red flags on MCHAT
R/o high functioning PDD / Asperger's
What aspects of medical history should we know? Ho GERD / cow's milk Protein
allergy as infant outgrown. / mild, intm RAD. – His PRVSH

Is this child currently on any regular medications?     Yes_____     No _x_
If yes, please specify:

|                    | Date | Results |
|--------------------|------|---------|
| Sensory Testing    |      |         |
| Vision Testing     |      |         |
| Hearing Test       |      |         |

You will receive a report after the evaluation is completed. Please contact us if you have any questions or further comments or would like to discuss this patient before the evaluation.

Fax - Nurse 5087998219

FAXED

## Medication Order

(to be completed by Physician, Nurse Practitioner, or others as authorized by Chapter 741.

Name of Student _JOVME TORRES_ DOB _2-16-07_
   *(Please print)*

Address_____
      (street)                              (city/town)

Emergency Telephone: (___) _____ Work Telephone: (___) _____

Name of Licensed Prescriber: _LYNDA YOUNG_

Diagnosis* _asthma_
      (*if not in violation of confidentiality)

Medication _ProAir MDI_ Dosage _2 puffs_

Frequency/Time _q 4° prn c aerochamber_
(Whenever possible, medication should be scheduled at times other than school hours)

Date of Order: _9-13-10_ Discontinuation date _9-13-11_

Any other medical condition(s)_____

### Optional Information

1   Special side effects, contraindications, or possible adverse reactions

   _____

2   Other medication being taken by the student:

   _____

3.   The date of the next scheduled visit or when advised to return to prescriber

   _____

4   Consent for self-administration (provided the school nurse determines it is safe and appropriate)

   _____ Yes   _X_ No

_Indrani Malkani_, MD
Signature of Licensed Prescriber       YaRN

421 CHANDLER STREET
WORCESTER, MA  01602
508-752-4511
508-797-4729



# Fax




**To:** Gates Lane 4t school nurse   **From:**

**Fax:** 508  799  8219   **Pages:** 2

**Phone:**   **Date:** 9/27/10

**Re:** Jovone Torres   **cc:**

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **CONFIDENTIALITY STATEMENT:** The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above.  If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, coping, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.  If you receive this information in error, please notify us immediately by telephone at 508-752-4511.

MEDICATION ORDER
(to be completed by a Licensed Prescriber:
Physician, Nurse Practitioner or others authorized by Chapter 94C)

Name of Student _Jouone Torres_____ Date of Birth _2/16/07_

Address_____ Grade_____

    (street)          (city/town)

Name of Licensed Prescriber _Indran, Malkani, M.D._ Title _Pediatrician_

Business Telephone Number_____
Emergency Telephone Number_____

Medication _albuterol MDI c̄ chamber_____

Route of administration _per inhalation_____ Dosage _2puffs_

Frequency _q 4° prn_ Time(s) of Administration _as needed cough or wheeze_
(Please note: Whenever possible, medication should be sheduled at times other than school hours).

Specific directions or information for administration:_____

Date of Order _9/27/10_ Discontinuation Date _6/30/11_

Diagnosis* _asthma / wheezing_____

Any other medical condition(s)*_____

Optional Information

1. Special side effects, contraindications, or possible adverse reactions to be
   observed:_____
   _____

2. Other medication being taken by the student:_____
   _____

3. The date of the next scheduled visit or when advised to return to prescriber:_____

4. Consent for self administration (provided the school nurse determines it is safe and
   appropriate).   Yes_____  No _X_

                              _____
                              Signature of Licensed Prescriber

* if not in violation of confidentiality

MDPH - Sample
4/93

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729



**CHANDLER PEDIATRICS**

# Fax

To: _Walgreen's Pharmacy_   From: _Dr. Malkani_

Fax: _(305) 767-0694_   Pages: _1_

Phone:   Date: _12-16-08_

Re:   CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Confidentiality Statement: The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, coping, distribution, or taking of any action on the content of this telecopied information is strictly prohibited

If you receive this information in error, please notify us immediately by telephone at (508) 752-4511.



INDRANI MALKANI, M.D.
LYNDA M. YOUNG, M.D.
CATHERINE A. RIORDAN, M.D.

SHERYL LEVY, M.D.
ASAVARI KAMERKAR, M.D.

421 CHANDLER STREET
WORCESTER, MASSACHUSETTS 01602
TELEPHONE: 752-4511

Name: _Jovone Torres_   Age: _2-16-07_

Address: _____   Date: _12-16-08_

**R**   _Children's Tylenol
oral suspension 160mg/5ml
1/2 tsp po q 4° prn
pain, fever_

disp 4oz

SIGNATURE _____ M.D.

☐ LABEL

REFILL: _/_ times

"Interchange is mandated unless the practitioner writes the words "NO SUBSTITUTION" in this space."

421 CHANDLER STREET
WORCESTER, MA 01602
(508) 752-4511
(508) 797-4729

**CHANDLER PEDIATRICS**



# Fax



| To: | WIC | From: | Dr. Malkani |
|---|---|---|---|
| **Fax:** | 508-754-7103 | **Pages:** | 1 |
| **Phone:** | | **Date:** | 3-23-07 |
| **Re:** | Jovone Torres | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Confidentiality Statement: The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, coping, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

If you receive this information in error, please notify us immediately by telephone at (508) 752-4511.

INDRANI MALKANI, M.D.
LYNDA M. YOUNG, M.D.
CATHERINE A. RIORDAN, M.D.

SHERYL LEVY, M.D.
MICHELLE WHITHAM, M.D.

421 CHANDLER STREET
WORCESTER, MASSACHUSETTS 01602
TELEPHONE: 752-4511

Name: Jovone Torres          Age: _____

Address: _____          Date: 3/23/07

R— Isomil ad lib

— 1 month supply

[signature] M.D.
SIGNATURE

☐ LABEL

REFILL _____ times

"Interchange is mandated unless the practitioner writes the words "NO SUBSTITUTION" in this space."



**For Healthier Lives**

**Immunize**

**MASSACHUSETTS IMMUNIZATION PROGRAM**
**VACCINES FOR CHILDREN PROGRAM**
MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

# Patient Eligibility Screening Form

2000

Date _____3-1-07_____

Child's full name _____Jovonne Torres._____

Date of birth _____2-16-07_____

Parent, guardian, or legal representative's full name _____Lindsay Beshai_____

Health care provider's full name _____Indrani Malkani_____

> This form must be completed for all children under 19 years old and kept in the child's medical record or on file in the office for three (3) years. The form may be completed by the parent, guardian or legal representative, or by the health care provider. This form should be completed only once, unless the child's insurance status changes.  **Verification of responses is not required.**

## Check only one box below

**This child:**

☐ is enrolled in Medicaid (includes MassHealth and HMOs such as Neighborhood Health Plan, Harvard Pilgrim Health Care, Tufts Health Plan, etc., if enrolled through Medicaid)

☐ does not have health insurance (also check this box for children enrolled in the Children's Medical Security Plan)

☐ is Native American (American Indian) or Alaskan Native

☐ has health insurance and is not Native American (American Indian) or Alaskan Native

> Please note that all children seen in Massachusetts practices get the same free vaccines. This form tells us which children get vaccines paid for by the federal VFC Program (first three boxes) and which get vaccines paid for by state and other federal funds (last box).

Printed on recycled paper

00vfescr.pm6

UMass Memorial Medical Center

REPORT#:1030303186

February 10, 2011


Indrani Malkani, MD
Chandler Pediatrics
21 Chandler Street
Worcester, MA 01610

RE:  TORRES, Jovone
UMMMC#:  1263629

Dear Dr. Malkani:

Jovone Torres (date of birth, 02/16/2007) was referred to our clinic for
developmental and behavioral evaluation.  He has not showed up for multiple
appointments.  We are unable to make additional visits.

Jovone's brother, Jayden, was evaluated by me and diagnosed with Autistic
Disorder. I was treating him with guanfacine for hyperactivity and aggressive
behavior. Ms. Beshai has been unable to keep any of appointments since spring
of 2010 for medication follow-up. I have requested that the mother discuss
Jayden's further management with you.

Sincerely,


_____
JoAnn Carson, MD




Signed By
  Ann Carson, MD 03/02/2011 12:40

D:    02/10/2011
T:    02/11/2011  3:56 A

ICG
011279826/4397651

CC:


UMMMC#:  1263629              PAGE: 1