**3**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDSEY M. BESHAI TORRES PPA )
JT, a minor                   )
                              )
    VS.                       )
                              ) 20-CV-40115-TSH
OFFICER JOHN R. ALERS, FORMER )
POLICE OFFICER PAUL P.        )
MCCARTHY and the CITY OF      )
WORCESTER                     )

        DEPOSITION OF LINDSEY M. BESHAI TORRES, taken
at the request of the defendants pursuant to Rule
30 of the Massachusetts Rules of Civil Procedure
before Susan R. Kenney, a Notary Public in and
for the Commonwealth of Massachusetts, on
February 16th, 2022, commencing at 10:00 A.M. at
the Worcester Law Department, Worcester City
Hall, 455 Main Street, Worcester, Massachusetts.

        BAY STATE REPORTING AGENCY
      69 BRAEBURN LANE, ASHLAND, MA 01721
               (508) 753-4121

---

I N D E X

DEPONENT: LINDSEY M. BESHAI TORRES

                                        PAGE

EXAMINATION BY MS. QUINN                 4

EXAMINATION BY MR. VIGLIOTTI            144

FURTHER EXAMINATION BY MS. QUINN        222

EXAMINATION BY MR. PINEIRO              226


EXHIBITS

NUMBER                          PAGE

1   Aerial photograph            4

2   Photograph of woman          4

3   Packet of photographs        4
    showing JT

4   Answers to Interrogatories   4

5   Diagram                     179

6   Diagram                     186



Certificate of Court Reporter    231

---

**2**

A P P E A R A N C E S:

FOR THE PLAINTIFF:
LAW OFFICE OF HECTOR E. PINEIRO, P.C.
807 Main Street
Worcester, Massachusetts 01610
(508) 770-0600
hector@pineirolegal.com
    BY: HECTOR E. PINEIRO, ESQ.


FOR THE DEFENDANTS:
WORCESTER LAW DEPARTMENT
455 Main Street, Room 301
Worcester, Massachusetts 01608
(508) 799-1161
quinnwl@worcesterma.gov
madisonj@worcesterma.gov
    BY: WENDY L. QUINN, ESQ.
        JARED J. MADISON, ESQ.


FOR THE DEFENDANT, JOHN ALERS:
REARDON, JOYCE & AKERSON
Four Lancaster Terrace
Worcester, Massachusetts 01609
(508) 754-7285
jvigliotti@rja-law.com
    BY: JOHN K. VIGLIOTTI, ESQ.

---

**4**

        (Deposition Exhibit Nos. 1 - 4 Marked.)


        STIPULATION

    The parties stipulate that the sealing,

certification and filing of the deposition are

waived, and that all objections except as to the

form of the question and all motions to strike

are reserved until the time of trial.

        LINDSEY M. BESHAI TORRES, having

been satisfactorily identified by the production

of her Massachusetts driver's license, and duly

sworn, was examined and testified as follows:

        MS. QUINN: Attorney Pineiro, usual

stipulations?

        MR. PINEIRO: Yes.

EXAMINATION BY MS. QUINN:

    Q.   Good morning.

    A.   Good morning.

    Q.   Would you please state your name for

the record?

    A.   Lindsey Marie Beshai.

    Q.   Ms. Beshai, my name is Wendy Quinn. I

represent the defendants, the City of Worcester

and Officer Paul McCarthy in this matter.

**5**

1   **A.** Okay.

2   **Q.** Have you ever been deposed before?

3   **A.** Never.

4   **Q.** Okay. Just to go over a few of the

5   ground rules that apply for this, please let me

6   know if at any point you need a break and we'll

7   take one.

8   **A.** Okay.

9   **Q.** The court reporter is taking down a

10  written transcript so we have to make sure that

11  we make verbal responses.

12  **A.** Yes.

13  **Q.** We can't shake or nod heads or things

14  like that.

15  **A.** Right.

16  **Q.** And then if you would please wait until

17  I've asked all of my questions, all of my

18  question, before you start answering so that way

19  we're not talking over each other because she

20  will have to get down that written transcript.

21  **A.** Understood.

22  **Q.** It's hard if --

23  **A.** I understand. Thank you. No problem.

24  **Q.** Okay. But let me know at any point if

**6**

1   you don't understand any questions or if you

2   can't hear a question at any time. If you answer

3   a question, I will assume that you understood it

4   and heard it. Okay?

5   **A.** Okay.

6   **Q.** Ms. Beshai, do you go by Torres as a

7   last name at all?

8   **A.** Mostly I go by Lindsey Beshai but I am

9   married, Lindsey Beshai Torres.

10  **Q.** Okay. Have you legally changed your

11  name to Beshai Torres though?

12  **A.** I have not.

13  **Q.** What is your date of birth?

14  **A.** June 1st, 1983.

15  **Q.** And what is your current address?

16  **A.** 32 Edgeworth Street, Worcester,

17  Massachusetts. 01605.

18  **Q.** And how long have you lived there?

19  **A.** Going about five years now.

20  **Q.** Okay.

21  **A.** I believe.

22  **Q.** Did you review anything in preparation

23  for your deposition today?

24  **A.** I met with my attorney.

**7**

1   **Q.** Did you review any documents?

2   **A.** This weekend I went over my interview.

3   **Q.** And would that have been the interview

4   with the Bureau of Professional Standards?

5   **A.** It was with Avedian.

6   **Q.** Sergeant Avedian?

7   **A.** Yes, and another gentleman but I don't

8   remember his name.

9   **Q.** At the Worcester Police Department?

10  **A.** Yes.

11  **Q.** And was that the interview in which you

12  were represented by Attorney Sara Khan?

13  **A.** Correct, yes.

14  **Q.** Did you review any other documents in

15  preparation for today?

16  **A.** I don't know, no.

17  **Q.** Did you review any audio recordings of

18  any kind?

19  **A.** No.  I heard -- I mean, I listened to

20  my 9-1-1 call but not recently, that was awhile

21  ago, like, maybe, like, a month ago, not recently

22  though.

23  **Q.** Did you speak with anyone other than

24  your attorney in preparation for today?

**8**

1   **A.** No.

2   **Q.** Are you taking any medications that

3   would have any ability on your -- impact your

4   ability to testify accurately today?

5   **A.** No.

6   **Q.** Are you prescribed any medications that

7   you are not taking?

8   **A.** No.

9   **Q.** What's your current age?

10  **A.** I am 38.

11  **Q.** Okay.

12  **A.** Unfortunately.

13  **Q.** Where do you -- where did you live

14  prior to 32 Edgeworth?

15  **A.** I lived at 15 Russell Street.

16  **Q.** Okay.

17  **A.** Apartment Two, in Worcester, Mass.

18  01609.

19  **Q.** And how long did you live there, what

20  were the dates?

21  **A.** I know that I moved out in the month of

22  June. I don't quite remember, I know I was there

23  for about five years as well, four to five  years.

24  I'm bad with dates.

**9**

1    Q. Okay. Have you ever lived at 18
2  Garland Street?
3    A. I did, yes.
4    Q. And when did you live there?
5    A. Prior to Russell Street.
6    Q. Okay.
7    A. I was there for about nine to ten
8  years, I believe, in that complex area.
9    Q. Okay. That's a Worcester Housing
10  Authority complex?
11    A. It is.
12    Q. Did you live with someone there?
13    A. My children.
14    Q. Were there any adults who lived there?
15    A. At one point, yes.
16    Q. And who lived there?
17    A. My now husband, Joaquin Torres.
18    Q. Was there a Gina Beshai who lived
19  there?
20    A. Oh, yes, I apologize, I had taken
21  custody of my sister.
22    Q. You had taken custody of her?
23    A. I did.
24    Q. What is her age?

**10**

1    A. She is now 32, I believe.
2    Q. Okay.
3    A. She was born in '89.
4    Q. Okay.  So did you take custody of her
5  as a minor?
6    A. Yeah, uh-huh.
7    Q. Okay. And prior to living at Garland
8  Street, where did you live?
9    A. I lived around the corner, in the same
10  complex, at 32 Lakeside Avenue.
11    Q. Okay. How long did you live there?
12    A. I want to say it was, like, two --
13  maybe two to three years. They moved me from --
14  that was a three bedroom and they moved me to
15  Garland to -- I'm sorry, that was a two bedroom.
16  They moved me to Garland to a three bedroom when
17  I had taken custody of my sister.
18    Q. Okay. And on the date of the incident
19  that we're here to discuss today, which is
20  September 25th, 2019?
21    A. No.
22    Q. I'm sorry, 2017?
23    A. Yes.
24    Q. Where were you living?

**11**

1    A. 15 Russell Street.
2    Q. Okay. What are your parents' names?
3    A. My mom is Donna Joanne Beshai and my
4  dad has passed away, he is Daniel James Beshai.
5    Q. I'm sorry to hear that. When did he
6  pass away?
7    A. He was 39.
8    Q. What year was that though?
9    A. I don't remember, I was 12, I believe,
10  at the time.
11    Q. Okay.
12    A. Thank you, by the way.
13    Q. Do you have siblings other than Gina?
14    A. No.
15    Q. Okay. When you lived at 18 Garland
16  Street, was that apartment in your name?
17    A. Yes, yes.
18    Q. And it looks like from your records
19  approximately 2010 to 2013 you requested a letter
20  from Dr. Malkani for that address to keep the
21  electricity on?
22    A. Uh-huh.
23    Q. Is that correct?
24    A. I did.

**12**

1    Q. Okay.
2    MR. PINEIRO: Remember, you said
3  uh-huh, you need to say yes or no.
4    THE WITNESS: I forgot about that.
5    MR. PINEIRO: No problem.
6    Sorry about that.
7    Q. It's tricky. And can you please tell
8  me your children's names?
9    A. Yes, Jay T Torres. Do you need the middle?
10    Q. Sure.
11    A. Okay, it's Jay T,      and then JT
12  ; and CT.
13    Q. Could you please tell me what their
14  dates of birth are?
15    A.
16
17    -- my throat, jeepers.
18    MR. PINEIRO: Take some water.
19    A. CT is
20
21
22
23
24

**13**

1    **Q.** Okay. And did you also have some other
2    children?
3    **A.** I do.
4    **Q.** Okay. And what are their dates of
5    birth?
6    **A.** Okay. I have two older children, the first
7    one is Daniel Marlborough, and the other one
8    is Jared Beshai. Daniel is April 5th of '99 and
9    Jared is August 28th, 2003.
10       (Attorney Vigliotti is now present.)
11   **Q.** Were your parental rights terminated
12   for those two boys at some point?
13   **A.** Yes, I gave them up for adoption, I
14   signed.
15   **Q.** And when did that occur?
16   **A.** I don't remember what year it was,
17   ma'am. I'm sorry.
18   **Q.** And what was the reason for giving them
19   up for adoption?
20   **A.** I was not stable at the time and I had
21   domestic issues with their dad. They have a
22   different dad.
23   **Q.** And what is their dad's name?
24   **A.** Edward Marlborough, Junior.

**14**

1    **Q.** How old were they when they were given
2    up for adoption?
3    **A.** Daniel was, I believe, six and Jared
4    was four months.
5    **Q.** Would that be four and four months?
6    **A.** Probably, yeah. I'm sorry.
7    **Q.** I am just looking at their dates of
8    birth.
9    **A.** Yeah, because I'm not good with dates,
10   I apologize.
11   **Q.** Okay. No problem. Do you have any
12   contact with them today?
13   **A.** I do, uh-huh.
14   **Q.** Do they live in the area?
15   **A.** They do not, they live in New York so
16   it's -- our contact mostly is video and it's more
17   with Daniel and it's very limited, my contact
18   with them is limited.
19   **Q.** Okay.
20   **A.** At the moment.
21   **Q.** And why is your contact limited?
22   **A.** Right now at the moment it's just
23   because he is -- to be honest with you, I don't
24   know. He is being a teen-ager and just kind  of

**15**

1    ignoring me. I think now he is -- has a little
2    retention against me or thinks, like, I didn't
3    want him or something, I don't know.
4    **Q.** Do they have any mental health
5    diagnoses that you're aware of?
6    **A.** Not that I know of.
7    **Q.** Okay. Are you currently married?
8    **A.** I am.
9    **Q.** Okay. And to whom?
10   **A.** Joaquin Torres.
11   **Q.** And when did you get married?
12   **A.** It was about -- April 3rd, I believe it is.
13   It will be three years in April so 2020 -- I
14   mean, '19.
15   **Q.** Is it actually '18, I think?
16   **A.** Okay. See, I'm so bad, I'm sorry.
17   **Q.** Okay. So I had that as probably the
18   correct date?
19   **A.** Yeah, probably. I apologize.
20   **Q.** And do you currently live together?
21   **A.** We do.
22   **Q.** And how long have you lived together?
23   **A.** It's been a long time. He -- on and
24   off. He lives -- he was living with my mom,

**16**

1    like, renting a room off my mom for some time.
2    **Q.** And where was that?
3    **A.** On Russell Street, 31 Russell Street.
4    **Q.** Okay. When was he renting that room
5    from your mother?
6    **A.** It was kind of, like, on and off, he
7    would come stay with me and then he would go back
8    home, you know. We were together but not living
9    together and it was on and off for many years.
10   **Q.** And did that happen prior to you
11   getting married in 2018?
12   **A.** Uh-huh.
13   **Q.** That's yes?
14   **A.** Yes. Sorry, I keep forgetting. I'm
15   sorry.
16   **Q.** And how old is Joaquin?
17   **A.** 38.
18   **Q.** Does he have any mental health
19   diagnoses?
20   **A.** He does.
21   **Q.** And what are his diagnoses?
22   **A.** He has depression, anxiety and I
23   believe bipolar, possible schizophrenic, I
24   believe it is.

17

1    **Q.** Okay. And did Mr. Torres receive
2  special education as a child?
3    **A.** I believe so.
4    **Q.** Did he have behavioral issues as a
5  child?
6    **A.** I don't recall, I'm sorry.
7    **Q.** Does he have a family history of mental
8  health issues?
9    **A.** Yeah, I believe his mom has some stuff.
10   **Q.** Are you aware of what her diagnoses
11 are?
12   **A.** I don't.
13   **Q.** Does he have siblings with issues?
14   **A.** I don't believe so.
15   **Q.** Do you have any mental health history
16 in your family?
17   **A.** No.
18   **Q.** Do you own real estate?
19   **A.** No.
20   **Q.** How far did you go in school?
21   **A.** To the tenth grade.
22   **Q.** Why did you leave school in the tenth
23 grade?
24   **A.** I was young and stupid, I literally --

18

1  when I lost my dad, I kind of became -- I didn't
2  know what to do.
3    **Q.** Did you ever obtain any graduation, any
4  GED?
5    **A.** I did not, I would love to.
6    **Q.** Okay. Do you have any plans for
7  furthering your education?
8    **A.** Yes.
9    **Q.** Are you enrolled anywhere currently?
10   **A.** At the moment, no.
11   **Q.** Okay. Have you ever had any
12 professional certificates, licenses or
13 certifications of any kind?
14   **A.** I got a certificate with the Bank of
15 New York dealing with stocks and bonds.
16   **Q.** Was that for employment?
17   **A.** It was.
18   **Q.** What employment was that for?
19   **A.** It was through, actually, Protocol
20 Communications. They took on the company for
21 stocks and -- with the Bank of New York and we
22 would just take in calls with people who owned
23 shares with certain companies and stuff like that
24 and we would just update them or, you know, their

19

1  information and things of that nature, but it was
2  a long training to be able to work with that.
3    **Q.** Okay. And when did you hold that
4  position?
5    **A.** It was before I even lived on Lakeside,
6  it was when I lived on 17 Federal Street so many
7  years ago.
8    **Q.** Approximately how old were you?
9    **A.** I would probably say 24.
10   **Q.** Any other professional certificates,
11 licenses, certifications?
12   **A.** None.
13   **Q.** Do you have an active driver's license?
14   **A.** I do.
15   **Q.** Was it ever revoked or suspended for
16 any reason?
17   **A.** It might have been for, like, a
18 none-payment of a ticket, a citation.
19   **Q.**  And when was that revoked?
20   **A.** Like, maybe a year ago, or a little bit
21 more. I had to do, like, a driving course.
22   **Q.** In 2013, you were cited for failure to
23 stop for a pedestrian in a crosswalk and
24 operating a motor vehicle after revoked

20

1  registration.
2    **A.** Okay. Uh-huh.
3    **Q.** Is that another time --
4    **A.** Yes. Sorry.
5    **Q.** -- when it was revoked?
6    **A.** I believe so, yes.
7    **Q.** And what was the reason for the
8  revocation in 2013?
9    **A.** What do you mean, why was it revoked?
10 I think because I didn't stop, or pay for that
11 citation for that. I don't remember. I'm sorry.
12   **Q.**  Okay.  Were you arrested at that time?
13   **A.** Oh, God, no.
14   **Q.** Okay. You were just issued a citation?
15   **A.** Correct.
16   **Q.** Did you have to go to court for that,
17 for those citations?
18   **A.** I don't believe so. I don't believe I
19 did. I know that they towed my car.
20   **Q.** Have you ever been arrested at any
21 point in time?
22   **A.** Yes.
23   **Q.** When were you arrested?
24   **A.** A long time ago, I would probably say

**21**

1   when I was about 20, possibly, was the last time
2   I was arrested.
3        **Q.** And what was the charge at that time?
4        **A.** Assault and battery.
5        **Q.** And who were you alleged to have
6   assaulted and battered?
7        **A.** My mom.
8        **Q.** What was the resolution of that
9   criminal matter?
10       **A.** I believe I was placed on probation.
11       **Q.** Was there a criminal conviction that
12  resulted?
13       **A.** No, I don't believe so.
14       **Q.** Did you fulfill the terms of your
15  probation and then the charge was dismissed?
16       **A.** I believe that's what happened.
17       **Q.** In 2020, there was a clerk magistrate
18  hearing for illegal dumping at a Worcester
19  Housing Authority building?
20       **A.** Yes.
21       **Q.** Is that right?
22       **A.** Yes.
23       **Q.** Did charges issue from that clerk
24  magistrate hearing?

**22**

1        **A.** Yes, I had to pay a fine.
2        **Q.** Did you pay that fine then?
3        **A.** I did, yes, absolutely.
4        **Q.** Did that charge get dismissed?
5        **A.** I don't know if it was dismissed or if
6   I was found, like -- I don't remember what it was
7   called, truthfully. I don't know, like, the
8   court terms.
9        **Q.** And at that time in May of 2020, was
10  there someone who you were related to who was
11  living at 19 or 18 Garland Street?
12       **A.** No. I'm sorry, could you repeat that,
13  that I was related to?
14       **Q.** In May of 2020, you weren't living at
15  18 Garland Street; right?
16       **A.** No.
17       **Q.** Okay. Was there someone who you were
18  related to who was?
19       **A.** Oh, I understand your question. No, my
20  friend, she wasn't related to me, and she didn't
21  live at Garland Street, she lived on 54 South
22  Circuit. It's part of the complex.
23       **Q.** Okay. You were observed disposing of
24  trash at the complex, is that why the charges

**23**

1   issued?
2        **A.** Right.
3        **Q.** Were you arrested at any other point in
4   time?
5        **A.** I was not arrested for that.
6        **Q.** Were you arrested at any other point in
7   time?
8        **A.** No.
9        **Q.** Were you arrested a couple of times
10  when you were younger for CHINS warrants?
11       **A.** Yes.
12       **Q.** And how many times were you arrested on
13  CHINS warrants?
14       **A.** Maybe, like, two or three, maybe.
15       **Q.** Were you held in a juvenile facility
16  for those warrants?
17       **A.** I went to the Key Program on Lincoln
18  Street until the next morning for court.
19       **Q.** Did you spend any time inpatient or in
20  residence at the Key Program?
21       **A.** No, uh-uh, no.
22       **Q.** Did you spend some time in residence at
23  any other program as a juvenile?
24       **A.** Never.

**24**

1        **Q.** Have you ever been brought into
2   protective custody?
3        **A.** I don't believe so.
4        **Q.** Besides those events that you've
5   already discussed, have you ever been placed in a
6   cruiser or placed in handcuffs?
7        **A.** Not that I can remember, no.
8        **Q.** Has your, son, JT, ever been placed in
9   handcuffs at any other time besides the event on
10  September 25th, 2017?
11       **A.** Never.
12       **Q.** Have any of your other sons ever been
13  placed in handcuffs?
14       **A.** Never.
15       **Q.** Have you ever called the Worcester
16  Police Department for assistance on any matter?
17       **A.** No, other than that day, no.
18       **Q.** You have had repeated calls to the
19  Worcester Police Department to report domestic
20  violence incidents with Mr. Torres though; right?
21       **A.** In the past, yes.
22       **Q.** When was the most recent time that you
23  called?
24       **A.** I don't recall.

25

1    Q. Would it have been in December of 2017
2 when you called to report an assault with a
3 dangerous weapon by Mr. Torres at Branch Street?
4    A. That was not with him, that was his
5 dad.
6    Q. You went to that address to talk to
7 Mr. Torres and his father hit you with a beer
8 bottle?
9    A.  Correct.
10    Q. Did his father end up getting charged
11 with an offense?
12    A. No, he did not.
13    Q. Did you ever have to go to court on
14 that incident?
15    A. I never did.
16    Q. There appears to be some records of
17 complaints against you around that time, in
18 December of 2017, regarding arrests against
19 Mr. Torres and a girlfriend at the time?
20    A. Correct.
21    Q. Did you ever get charged for any of
22 those?
23    A. No. She put a restraining order on me.
24    Q. Was that just a temporary order?

26

1    A. Yes, I did go to court for it.
2    Q. Was it continued beyond the initial
3 time period?
4    A. No.
5    Q. Do you have a history with Mr. Torres
6 of his being physically violent with you?
7    A. It's more verbal in the past.
8    Q. He has been physically violent at times
9 however; right?
10    A. One time there was an incident that an
11 officer thought that they seen him put his hands
12 on me and they arrested him for that, but I did
13 go to court and I let them know that it was
14 never -- it never happened.
15    Q. He has occasionally become angry,
16 agitated and broken things in the apartment;
17 right?
18    A. He did, when he wasn't on medication,
19 in the past.
20    Q.  It looks like in June of 2014, a
21 Worcester Housing Authority could hear you and
22 Mr. Torres yelling and Mr. Torres was out of
23 control at 18 Garland. Do you recall that?
24    A.  That's the incident that -- uh-huh,

27

1 yes, I do.
2    Q. Was that the incident where you thought
3 the -- the officer thought you had been
4 physically touched but you hadn't, is that --
5    A. Correct, yes.
6    Q. And were your kids home at the time?
7    A. No, I don't believe they were.
8    Q. CT was home at the time, wasn't
9 he?
10    A. Yes, he was a baby, yes.
11    Q.  In January of 2013, it looks like there
12 was another domestic incident at 18 Garland with
13 Mr. Torres off his medication and acting out by
14 breaking things. Do you recall that incident?
15    A. I don't.
16    Q. You reported to the officer that when
17 Mr. Torres forgets his medication, he gets hyper
18 focused and agitated?
19    A. Okay. I mean, I know there were times
20 where he was -- he got frustrated, you know,
21 without his medication and would tend to
22 threaten, you know, to break things or what not.
23    Q. Does your son, JT, act like his
24 father when he doesn't --

28

1    MR. PINEIRO:  Object.
2    Q. -- have his medication?
3    MR. PINEIRO:  Object.
4    A. No.
5    Q. Are their behaviors distinct --
6    MR. PINEIRO:  Object.
7    Q. -- or similar in any way?
8    MR. PINEIRO:  Object.
9    A. No.
10    Q. They're not at all similar?
11    MR. PINEIRO:  Object.
12    A. No.
13    Q.  In March of 2010, do you recall
14 requesting removal of Mr. Torres from 18 Garland
15 Street when he was punching the wall and striking
16 himself in the face?
17    A. I don't recall.
18    Q. You did report that he had physically
19 contacted you in October of 2008 when he grabbed
20 you by the hair. Do you recall that?
21    MR. PINEIRO:  Object.
22    A. I do not.
23    Q. Do you recall reporting that he punched
24 you in the head in November of 2007?

**29**

1      MR. PINEIRO:  Object.

2      A. Never, I don't recall that.

3      Q. Do you recall any physical abuse by

4  Mr. Torres?

5      MR. PINEIRO:  Object.

6      A. No.

7      Q. Has he been physically violent in front

8  of your children?

9      A. Never.

10      Q. You also had a history of domestic

11  incidents with Mr. Marlborough; is that right?

12      A. Correct.

13      Q. And that is from approximately 1998 to

14  2003?

15      A. Yes.

16      Q. And was he physically assaultive with

17  you?

18      MR. PINEIRO:  Object.

19      A. He was an alcoholic. When he was under

20  the influence of alcohol, he would act different

21  and threatening at times.

22      Q. And did he physically assault you

23  during those periods?

24      A. At one time.

**30**

1      Q. What happened during that incident?

2      A. He threatened to stab me.

3      Q. When was that?

4      A. I don't remember when, I lived on

5  Merrifield Street.

6      Q. In January 2003, do you recall

7  reporting an assault by Mr. Marlborough when he

8  hit you across your chest with a bottle of beer

9  while you were four months pregnant?

10      A. No, I don't remember.

11      Q. Have you had any other contact other

12  than what we discussed with the Worcester Police

13  Department?

14      A. No.

15      Q. Do you have any complaints about

16  Worcester Police Department officers other than

17  your complaints in this incident?

18      A. No.

19      Q. Are you a member of any local civic

20  organizations?

21      A. No, I don't know what that is.

22      Q. Have you ever served in the military?

23      A. Never.

24      Q. Are you currently employed?

**31**

1      A. Not at the moment, no.

2      Q. What was the last employment that you

3  held?

4      A. Ace Medical Services.

5      Q. Where are they located?

6      A. On Madison Plaza in Worcester, Mass.

7      Q. And what kind of business is that?

8      A. They do, like -- my employment was -- I

9  was a homemaker, like, doing home care. They

10  also offer other -- it's medical.

11      Q. Was that home care provided in a home?

12      A. Yes, I would go to patients' homes.

13      Q. Do they cater to a certain type of

14  clientele?

15      A. Say that one more time?

16      Q. Do they assist certain populations?

17      A. Yeah, well, from old to young, it's

18  people with medical illnesses or mental illnesses

19  or sick people; people needing help.

20      Q. Did you work with a certain person, I

21  don't need a name but I am just wondering --

22      A. Oh, I worked with multiple different

23  people.

24      Q. Okay. Would you spend periods of time

**32**

1  in their houses or visit certain times during the

2  week --

3      A. Correct.

4      Q. -- or how would that work?

5      A. So I would go to certain client's homes

6  each Monday through Friday, I would have

7  different clients, you know. I would go to about

8  three clients a day in a period of six to eight

9  hours, you know, so, like, three hours one home,

10  maybe two and a half on another home, of that

11  nature, yes.

12      Q. And what kind of services would you

13  provide while in the home?

14      A. Depending on the person's need, or the

15  patient's needs, some I would have to cook for

16  them, clean, laundry, change their linens,

17  vacuum.

18      Q. Did you provide any sort of medical

19  services?

20      A. No.

21      Q. Did you receive any specialized

22  training in order to provide any services with

23  Ace?

24      A. No.

**33**

1    **Q.** How long were you employed there, what
2    were the dates of your employment?
3    **A.** I don't remember. I am so bad with
4    dates and I apologize.
5    **Q.** Okay. Were you employed with them in
6    September of 2017?
7    **A.** Yes, I was on and off with them twice,
8    I believe.
9    **Q.** And why were you on and off with them?
10   **A.** Well, I needed to take some time off.
11   My kids -- my kids come first so I needed time
12   off.
13   **Q.** Okay. And when did you take that time
14   off?
15   **A.** I don't remember.
16   **Q.** Were the kids a certain age that you
17   can recall?
18   **A.** Maybe -- oh, my goodness, I don't
19   remember. I'm sorry.
20   **Q.** In September of 2017, how many hours
21   did you work per week for them?
22   **A.** I believe I was -- so it was per diem
23   so sometimes it would be full time, sometimes
24   part time, so it all depended on clients, like

**34**

1    their clientele.
2    **Q.** Okay. So in September of 2017,
3    approximately how many hours would you estimate
4    you worked per week?
5    **A.** 30 to 40.
6    **Q.** And what were you paid per hour then?
7    **A.** Then I believe it was either 13 or 15.
8    I'm sorry. I apologize.
9    **Q.** And when was the last time you worked
10   for them?
11   **A.** Right before COVID hit. Right before
12   COVID hit, I was there, but I stopped because of
13   COVID.
14   **Q.** Would that have been in March of 2020?
15   **A.** Correct.
16   **Q.** And why did you stop when COVID hit,
17   was it concern for your health or concerns with
18   the kids?
19   MR. PINEIRO: Object. Form.
20   **A.** Yeah, it was more for me and my kids'
21   safety.
22   **Q.** Okay. And you have not returned to
23   work since?
24   **A.** I have not. I do plan on it though.

**35**

1    **Q.** Okay. Do you have any specific
2    arrangement with them?
3    **A.** No, I do not.
4    **Q.** And the date of the incident on
5    September 25th, 2017, do you recall whether you
6    were scheduled to work that day?
7    **A.** I believe I was supposed to, yes.
8    **Q.** Did you miss work that day?
9    **A.** I did.
10   **Q.** How many hours were you supposed to
11   have worked that day?
12   **A.** I don't remember.
13   **Q.** When was the next time you returned to
14   work after the incident?
15   **A.** I believe I was out for a week to two
16   weeks, a week and a half.
17   **Q.** How many hours did you miss?
18   **A.** 30 to 40 a day so, I mean, I don't --
19   **Q.** 30 to 40 a week?
20   **A.** A week, my apologies.
21   **Q.** And why did you miss that work for one
22   to two weeks after the incident?
23   **A.** I needed to care, be there and care for
24   JT and his needs.

**36**

1    **Q.**  Did he miss school after the incident?
2    **A.** He did.
3    **Q.** How much school did he miss after the
4    incident?
5    **A.** I believe he was out for about a week
6    to two weeks.
7    **Q.** And what made him miss that amount of
8    school?
9    **A.** He was in pain and he couldn't really
10   function with his right arm.
11   **Q.** Have you ever owned a business or had
12   any ownership stake in any business?
13   **A.** No.
14   **Q.** Have you participated in some sort of
15   couponing organization --
16   **A.** Yeah.
17   **Q.** -- or group?
18   **A.** Yes.
19   **Q.** And does that group have a name?
20   **A.** Oh, no, we were just -- like, we would
21   just get together and coupon.
22   **Q.** Okay. And what would you do when you
23   got together?
24   **A.** We would cut coupons and go shopping.

**37**

1    Q. Okay. When did you do that?
2    A. Oh, jeez, again, I'm so bad with dates.
3    I still currently try to do it the best that I
4    can but I would say, like, maybe five years ago,
5    four years ago.   Four to five years ago, six
6    years ago. Sorry.
7    Q. Okay. Did you know Faythe St. Laurent
8    through that group?
9    A. Yes.
10   Q. Is that how you met her?
11   A. No.
12   Q. How did you meet her?
13   A.  I met her through just when I was
14   young, like, through friends in Lakeside complex
15   where I once lived.
16   Q. And do you know her to have a
17   relationship with Officer McCarthy?
18   A. Yes.
19   Q. And what do you know that relationship
20   to be?
21   A. I don't quite know what you mean.
22   Q. Okay. Well, is she --
23   A. Oh, like are they boyfriend,
24   girlfriend?

**38**

1    Q. -- married? Yes.
2    A. I don't believe they're married.
3    Q. Okay. And when did you first become
4    aware that she had a relationship with Officer
5    McCarthy?
6    A. Like, so I have known her for a long
7    time but we became closer when we were couponing
8    and she told me.   When we would hang out and
9    stuff, he would be there and that was -- I mean,
10   he was there so I don't know what you mean. I'm
11   sorry.
12   Q. Would you hang out at your house or her
13   house?
14   A. We went to, like, the stores or we went out
15   for lunch. They have came to my house. I went to
16   her house.
17   Q. How many times did you go to her house?
18   A. I've been with her outside probably,
19   like, twice but inside once. It was more my
20   house or out in the public.
21   Q. And those few times that you were at Ms.
22   St.  Laurent's house,  was  Officer  McCarthy
23   there?
24   A. One time.

**39**

1    Q. When was that, do you think?
2    A.  Oh, probably, like, six years  ago.
3    Q.  Did you talk to him at that  time?
4    A. Other than hi, you know, hi, how you
5    doing, things of that nature.
6    Q. Was he ever at your house?
7    A. Yes.
8    Q. And when was he at your house?
9    A. I think they came for, it was either a
10   holiday or one of my boys' birthdays, and then
11   they've also came to just come over and visit.
12   Q. And when did those visits occur?
13   A. About six years ago.
14   Q. Did you talk to Officer McCarthy when
15   he was visiting then on those  occasions?
16   A. Yeah, like, hi. I don't know, like,
17   what do you mean by talk? Just other than, hey,
18   how you doing? I had a really, like, a friend --
19   I was close with his girlfriend so...
20   Q. Did you know that he was a Worcester
21   police officer at that time he visited?
22   A. Yes.
23   Q. Did you ever talk to him about his work
24   as a Worcester police officer?

**40**

1    A. No.
2    Q. And when he visited with you at your
3    house, were your children present?
4    A. Yes.
5    Q. Did you ever talk to him about your
6    children?
7    A. Of course. Well, I have spoken with
8    his wife and he would be there.
9    Q. And what do you recall speaking to his
10   girlfriend about the children?
11   A. I mean, I've never, like, sat and,
12   like, spoken, like, about my children other than,
13   you know, they were aware that my kids have
14   disabilities, you know, like being on the
15   spectrum, but I don't think we've ever, like, sat
16   and conversated specifically about it. I mean, I
17   think -- I know I tell everybody that I'm a mom
18   of kids with disabilities.
19   Q. Are all three boys who live with you on
20   the spectrum?
21   A. Yes.
22   Q. So they all have some form of autism?
23   A. Yes.
24   Q. Do you recall Officer McCarthy ever

**41**

1  interacting with JT at your house?

2  **A.**  I mean, like, joking, you know, he

3  would just joke around with them, and I think

4  there was a couple of times, maybe outside, like

5  I said, I believe it was one of their birthdays,

6  it was cookout, maybe, and we were outside and I

7  think maybe he was throwing a ball, you know,

8  like played ball, you know, throwing a ball with

9  them or something, but other than that, no.

10  **Q.** So if that is -- you recall that being

11  about six years ago?

12  **A.** Yeah, maybe five years ago, five or six

13  years ago, I don't recall. I'm so bad with dates

14  and I apologize.

15  **Q.** Well, if this incident in September of

16  2017 was --

17  **A.** So, like, six years ago, six-and-a-half

18  years ago.

19  **Q.** It was prior to the incident; correct?

20  **A.** Oh, correct, yes.

21  **Q.** Okay. Do you recall how long prior to

22  the incident?

23  **A.** Probably, maybe, six months to a year

24  before because we were -- me and his girlfriend

**42**

1  were close, very close.

2  **Q.** And is there a reason why you're not

3  close today?

4  **A.** She just, like, stopped talking to me

5  ever since the incident.

6  **Q.** Okay. Did you ever talk to her about

7  the incident?

8  **A.** No, never, I literally -- I can -- I

9  tried -- she deleted me off of Facebook, she just

10  literally -- won't answer -- I have not tried but

11  I think at that time, because we were very close,

12  literally, up until that day. I mean, I probably

13  spoke to her the day before.

14  **Q.** Okay.

15  **A.** And then she just doesn't talk to me.

16  **Q.** Okay. Do you have a business selling

17  betting cards or pull tabs?

18  **A.** Uh-uh. Like, what do you mean?

19  **Q.** Have you put --

20  **A.** Played them.

21  **Q.** Have you put them up for sale on

22  Facebook?

23  **A.** No. No. I have played them but I've

24  never put them up for sale. What I have put for

**43**

1  sale is, like, purses and, you know, maybe

2  makeup. I like to do raffles with, like, an

3  inspired Louis Vuitton purse or earrings, you

4  know, things like that.

5  **Q.** So do you have basically a raffle for

6  those designer bag items?

7  **A.** Right, I'll do the -- yeah, here and

8  there I will.

9  **Q.** Asking people to contribute to a raffle

10  and then awarding a prize to someone you draw or

11  how do you go about doing that?

12  MR. PINEIRO: Object to form.

13  **A.** I don't know what you mean. Yeah, I'll

14  put a raffle up and then I'll spin a wheel and

15  they get the purse.

16  **Q.** How often have you done that?

17  **A.** A couple times.

18  **Q.** Do you have -- have you also had other

19  betting or lottery activities that you've put up

20  on Facebook?

21  MR. PINEIRO: Object.

22  **A.** No, uh-uh.

23  **Q.** You've never asked people to buy pull

24  tabs or punch cards of any kind?

**44**

1  **A.** No.

2  **Q.** Have you ever had a license to sell

3  pull tabs?

4  **A.** No.

5  **Q.** Have you ever had a license for any

6  other type of betting or gaming?

7  MR. PINEIRO: Object.

8  **A.** No.

9  **Q.** Do you currently receive any public

10  assistance or benefits?

11  **A.** Food stamps. My children receive

12  disability.

13  **Q.** Is that SSDI?

14  **A.** I believe, either SSI or SSDI.

15  **Q.** And what are the benefits they receive

16  per month?

17  **A.** 824, I believe it is, each.

18  **Q.** Did you receive those same amount of

19  benefits in September of 2017?

20  **A.** I'm not sure if I received it for CT

21  then, and I believe it was lower, the amount.

22  **Q.** Have you ever declared bankruptcy?

23  **A.** Never.

24

**45**

1  **Q.** Have you ever been involved in any
2  other civil lawsuits as a plaintiff or a
3  defendant?
4      **A.** No.
5      **Q.** Who was living in your household on
6  September 25th, 2017?
7      **A.** Me and my children.
8      **Q.** And was Mr. Torres with you, too?
9      **A.** That was at the time, like, when he was
10  staying between my house and my mom's, too. That
11  was one of the times.
12      **Q.** And what was your address on September
13  25th, 2017 again?
14      **A.** 15 Russell Street, Apartment Two, in
15  Worcester.
16      **Q.** So Mr. Torres was renting a room at
17  Russell Street but a different apartment?
18      **A.** Yeah, it was 31 Russell Street,
19  Apartment 3F.
20      **Q.** And did you say your mom owns that
21  building?
22      **A.**  No, she -- her and my sister both live
23  at that address, my sister is 3R and my mom  is
24  3F, and he was renting a room off of my  mom's

**46**

1  apartment.
2      **Q.** So on September 25th, 2017, what time
3  did you get up that morning?
4      **A.** We got up about 7:00, 7:00, 7:30.
5  7:00.
6      **Q.** And what schools did your boys attend
7  on that day?
8      **A.** Jay T was going to Gates Lane, JT was
9  going to Hartwell, and CT was in day care.
10      **Q.** What grade was Jay T in at Gates Lane?
11      **A.** I believe maybe the fourth or fifth.
12      **Q.** That's an elementary school; correct?
13      **A.** Yes.
14      **Q.** And what was the school that JT was attending
15  at the time?
16      **A.** Hartwell Learning Center.
17      **Q.** And where is that located?
18      **A.** At the time it was in West Boylston.
19      **Q.** And has it changed locations since?
20      **A.** Yes.
21      **Q.** And where is it located now?
22      **A.** I don't know -- New Bond Street, I
23  believe it's called.
24

**47**

1      **Q.** By Abby Kelley?
2      **A.** Yeah, yup, Collaborative.
3      **Q.** Through the Central Mass. Collaborative
4  program?
5      **A.** Correct, yeah.
6      **Q.** And what kind of a school is Hartwell
7  Learning Center?
8      **A.** It's for children with special needs.
9      **Q.** Is it for certain types of special
10  needs or in general?
11      **A.** In general, I believe, yeah.
12      **Q.** What time were your sons in bed the
13  night before?
14      **A.** Jay T was in bed about probably, like,
15  9:00, 9:30; JT was not, JT was up struggling to
16  sleep that night.
17      **Q.** Did he fall asleep at some point that
18  night?
19      **A.** No, not really, probably right before
20  it was time to get him up. He probably slept for
21  maybe two hours, tops.
22      **Q.** Do you know why he was having trouble
23  sleeping?
24      **A.** He has insomnia.

**48**

1      **Q.** Has he had that most of his childhood?
2      **A.** Yes.
3      **Q.**  So there wasn't any particular reason,
4  it was just the insomnia that night?
5          MR. PINEIRO: Object.
6      **A.** Yes.
7      **Q.** There was no event or anything that
8  triggered it that you know of?
9      **A.** Oh, no.
10      **Q.** Was he having difficulties with taking
11  medication so that he was not taking  medication?
12      **A.** No, I don't think he took his
13  medication, no.
14      **Q.** Did not taking his medication
15  contribute to the insomnia that night?
16      **A.** Probably. At the time -- I believe
17  that may have been the time where we were trying
18  to get him regulated on some sleep medicine. His
19  pediatrician recommended melatonin or even
20  Benadryl or something but he didn't have --
21      **Q.**  I believe you answered in an
22  interrogatory that he had a medical reaction to
23  one of his medications which made him hyper  and
24  he would not go to sleep?

49

1  **A.** Oh, okay, yes, that as well. It was
2  his -- it was a medication that wouldn't allow
3  him to as well at the time.
4  **Q.** Was it Adderall?
5  **A.** Correct.
6  **Q.** Did you have trouble waking him then
7  when it was time to get up?
8  **A.** Yeah, he did not want to get up.
9  **Q.** Did he have breakfast that morning?
10  **A.** I don't remember.
11  **Q.** So was he not taking any medications
12  for his behavioral issues?
13  **A.** No, he was -- no, I don't believe so.
14  **Q.** Did you drive your sons then to each of
15  their schools?
16  **A.** Yes.
17  **Q.** And did you start at Gates Lane then to
18  drop Jay T off?
19  **A.** Yeah, I had a routine every morning
20  because of the times that the schools started.
21  So Jay T's Gates Lane was first because they
22  were earlier. So Jay T would be first, then I
23  would do CT at day care and then JT at
24  Hartwell.

50

1  **Q.** And where was CT attending day care?
2  **A.** He was in a home care, her name was
3  Miriam.
4  **Q.** And where was the address for that?
5  **A.** Lewis Street, I don't remember the
6  number, in Worcester.
7  **Q.** What time was the Gates Lane drop off?
8  **A.** I believe it was 8:45.
9  **Q.** When you dropped Jay T off at Gates
10  Lane, where did you typically drop him off?
11  **A.** So the parent drop off is at the dry
12  cleaners directly next door to Gates Lane. It's
13  like a U-turn type of a driveway where the
14  parents would pull in, drop the kids off and then
15  pull out on the other entrance -- exit.
16  **Q.** Was there school personnel to take them
17  from that location back to the school?
18  **A.** No, uh-uh.
19  **Q.** So it was an informal arrangement?
20  **A.** Yeah, I would just follow all the
21  parents.
22  **Q.** So would he get out and walk by himself
23  then through the parking lot?
24

51

1  **A.** Yeah, I would stay and watch him walk,
2  there's, like, a sidewalk from the parking lot of
3  the dry cleaner that connects to the school where
4  he would just, like, walk into and I would just
5  watch him walk and then leave.
6  **Q.** So that morning had he already made
7  that walk to Gates Lane?
8  **A.** When? I don't know what you mean.
9  **Q.** So when you were -- so what caused you
10  to pull into the parking lot of Brite
11  Cleaners that morning of September 25th, 2017?
12  **A.** I was dropping Jay T off.
13  **Q.** Had he already gotten out of the car
14  and made the walk to the school?
15  **A.** Yeah, he was walking into the school,
16  uh-huh.
17  **Q.** Did something cause JT to become upset
18  while you were in the parking lot of Brite
19  Cleaners?
20  **A.** Yes.
21  **Q.** And what caused him to become upset?
22  **A.** He was already kind of upset, like, as
23  I was pulling in there because he didn't -- they
24  were bickering in the car, I don't remember what

52

1  it was, and I can remember making the comment
2  that, you know, if we can't get to school -- I
3  think we were running late, if I'm not mistaken,
4  and I said, if we can't -- you know, if we can't
5  all get to our places on time, they're going to
6  have to take the bus, and he didn't like that
7  when I said that.
8  **Q.** What was his reaction to you saying
9  that?
10  **A.** He was a little frustrated. He had his
11  snack and juice and he was yelling at me and I
12  can remember him throwing his Gatorade bottle of
13  juice towards the front of the truck and then as
14  I pulled into the dry cleaners, he reached
15  forward and yanked my rear view mirror down.
16  **Q.** Okay. What was his snack?
17  **A.** Like a small bag of chips.
18  **Q.** Okay. Had he already had breakfast or
19  was that his breakfast?
20  **A.** No, I don't -- they usually do the
21  breakfast at school.
22  **Q.** Okay. So had he thrown the Gatorade
23  bottle before you pulled into the parking lot
24  then?

**53**

1  **A.** Yes, I believe it was -- yeah, it was
2  all taking place because that's why I remained in
3  the parking lot, because I felt it wasn't safe to
4  move the vehicle.
5  **Q.** Okay. So at the time he threw the
6  Gatorade bottle, he and CT and Jay T were in the
7  car?
8  **A.** Yes, uh-huh.
9  **Q.** And what kind of a car did you have?
10  **A.** An Expedition, Ford Expedition.
11  **Q.** An SUV?
12  **A.** Correct.
13  **Q.** Were they all in the back seats then?
14  **A.** Jay T was in the front and CT and JT
15  were in the back.
16  **Q.** And when he threw the Gatorade bottle,
17  did it hit you?
18  MR. PINEIRO: Object.
19  **A.** I don't think so, no.
20  **Q.** Did it hit somewhere inside the car?
21  **A.** Towards the front.
22  **Q.** And, I'm sorry, you said he pulled the
23  rear view mirror down?
24  **A.** He did.

**54**

1  **Q.** Was that also before you had parked?
2  **A.** It was, like, when we were pulling into
3  the parking lot.
4  **Q.** And how did he do that, could you
5  describe what he did?
6  **A.** The Expeditions are, like, real wide
7  from the back to the front so he was kind of,
8  like, in the middle and leaned forward and just
9  went and pulled it down.
10  **Q.** Okay. Did it actually become detached
11  from the vehicle then?
12  **A.** Yes.
13  **Q.** Okay. So I am going to show you what I
14  have marked as Exhibit 1.
15  MR. PINEIRO: Thank you.
16  **Q.** Do you recognize what's depicted in
17  that photograph?
18  **A.** Do I have it the right way?
19  **Q.** I think it actually --
20  **A.** Is it upside down?
21  **Q.** Yeah.
22  **A.** Okay.
23  **Q.** So you'll see Main Street in front of
24  you at the bottom of the photo.

**55**

1  **A.** Okay.
2  **Q.** Do you see where it says Main Street?
3  **A.** Yup.
4  **Q.** Okay. And Gates Lane School can be
5  accessed by Holland Road on the right side of the
6  photograph; isn't that right?
7  **A.** Yes.
8  **Q.** Do you recognize the parking lot that
9  you pulled into that day?
10  **A.** For some reason, it just doesn't look
11  right to me. I don't know if it's because it's
12  on the paper but if you can just tell me.
13  MR. PINEIRO: Do you mind, Wendy? Do
14  you recognize -- this is an aerial. You
15  recognize this as the school, Gates Lane School.
16  This is the dry cleaning's place and this is the
17  pool next to the dry cleaning place.
18  THE WITNESS: This is the pool over
19  here?
20  MR. PINEIRO: That's the pool. Do you
21  recognize that?
22  THE WITNESS: Yes, I do.
23  MR. PINEIRO: Okay. Do you recognize
24  this as the school?

**56**

1  THE WITNESS: The school, uh-huh.
2  MR. PINEIRO: And what about this
3  place, you're looking at the roof and stuff, and
4  then do you see --
5  THE WITNESS: That's why it looks funny
6  to me. I'm sorry.
7  **Q.** Maybe this helps if I show you a
8  picture that's a little further out. Does that
9  help?
10  **A.** Okay. Uh-huh.
11  **Q.** Does that help?
12  **A.** Yeah. I can see now, yeah.
13  **Q.** Okay. Do you recognize the parking lot
14  then from Exhibit 1?
15  **A.** Yes.
16  **Q.** Okay. Is the school with the 1238 on
17  it or is it actually the brown building further
18  back?
19  **A.** The school, I believe, is right here,
20  1238.
21  **Q.** It is? Okay.
22  **A.** Uh-huh. Because this is the main
23  entrance right here because he would walk -- he
24  would take right here and cut over and walk this

57

1  sidewalk and go in those doors right there.
2      **Q.** And you're pointing at the sidewalk
3  between 1256 and 1238?
4      **A.** Yes, yup.
5      **Q.** Could you please take a pen and mark a
6  rectangle where you pulled into that parking lot
7  on that day?
8      **A.** So I would pull in right here.
9      **Q.** So where were you parked though once
10  you parked?
11      **A.** Like right here. We would always park
12  literally to the sidewalk.
13      **Q.** Could you please draw a rectangle in
14  the direction your car was parked?
15      **A.** Uh-huh. And my front was facing here.
16  Well, not that close. Sorry, I didn't mean to
17  put it over the orange.
18      **Q.** Okay. It was just right next to the
19  sidewalk though pointing toward Main Street?
20         MR. PINEIRO: Object where it was.
21      **A.** That's where I parked.
22      **Q.** I'm trying to describe it in words
23  though. Would you agree that the rectangle you
24  drew is showing your car was facing Main Street?

58

1      **A.** Correct, yes.
2      **Q.** Okay. And it was parked close to the
3  sidewalk; is that right?
4      **A.** Yes, yeah, all the moms would all line
5  up right here, yes.
6      **Q.** Okay. And it was parked -- your
7  vehicle was parked so that it was perpendicular
8  to Main Street?
9      **A.** Yeah.
10      **Q.** So the front end was pointed towards --
11      **A.** Towards Main Street.
12      **Q.** -- the sidewalk?
13      **A.** Yes.
14      **Q.** Okay. And then could you put -- so you
15  said that Jay T would walk from the vehicle on
16  the sidewalk along Main Street to get to the
17  front of the school?
18      **A.** Uh-huh, they would get out and then
19  walk right here and then go over here and then
20  walk right there and go in those doors. There
21  would be, like, teachers right here, you know,
22  guiding them.
23      **Q.** And you're pointing to a cement area
24  between, it looks like, two green grassy areas?

59

1      **A.** Correct, yup.
2      **Q.** And that's along Main Street in front
3  of 1238 Main?
4      **A.** Yes.
5      **Q.** On September 25th, 2017, what was JT's
6  height and weight?
7      **A.** I believe he was about five four,
8  roughly 180 to 200.
9      **Q.** I think the medical records said he
10  measured five feet five inches.
11      **A.** Oh, okay.
12      **Q.** Does that sound correct?
13      **A.** Yeah.
14      **Q.** And that he was about 220 pounds on
15  that day?
16      **A.** Okay. Yeah.  Sorry.
17      **Q.** Does that sound right?
18      **A.** Yeah, I'm bad with numbers. About 200,
19  you know.  Sorry.
20      **Q.** And could you please describe then what
21  happened after he pulled the rear view mirror
22  down?
23      **A.** He was just -- he was frustrated, he
24  was yelling, just yelling at me and outrageous so

60

1  I didn't feel safe to pull out of the parking lot
2  so I called for help.
3      **Q.** And what was he yelling?
4      **A.** Just yelling, I don't even remember
5  what it was, I just know he was upset. He was
6  swearing, I know he was yelling profanities, and
7  maybe -- I don't remember.
8      **Q.** Okay.
9      **A.** He was just upset.
10      **Q.** So you didn't feel safe to pull out of
11  the parking lot, that's what you said?
12      **A.** Correct.
13      **Q.** And so what did you do then?
14      **A.** I called for help, I called 9-1-1.
15      **Q.** And what did you tell them when you
16  called, what did you tell the dispatcher?
17      **A.** I said that I have an autistic son who
18  I need help with, he's acting out and I think he
19  needs medical attention, and I didn't have the
20  crisis intervention phone number.
21      **Q.** You recall that you told the dispatcher
22  he needed medical attention?
23      **A.** I believe I did, yes.
24      **Q.** And about what time was it that you

**61**

1  called?

2      **A.** Maybe about 9:00, 8:45, 9:00 A.M.,

3  maybe, maybe a little bit after, I don't -- it

4  was right around 9:00 A.M.

5      **Q.** And was JT still yelling when you first

6  called 9-1-1?

7      **A.** Yes.

8      **Q.** Do you recall what he was saying at

9  that time when you called?

10      **A.**  Just yelling, swearing, he -- I believe

11  he got more upset because I called and I think I

12  can remember him saying, you really called 9-1-1,

13  or something. I don't know, he was just upset, I

14  don't remember exactly, and swearing.

15      **Q.** You thought you needed the crisis

16  intervention people?

17      **A.** Yes.

18      **Q.** Did you say that to the dispatcher

19  though?

20      **A.** I believe I said I didn't have their

21  phone number.

22      **Q.** Do you recall the operator asking if

23  you were safe?

24      **A.** Yes.

**62**

1      **Q.** And what did you say in response?

2      **A.** I said -- I said yes or -- I don't

3  remember. I'm sorry.

4      **Q.** Did you actually say you didn't know?

5      **A.** Maybe.

6      **Q.** Did you feel that your safety was at

7  risk at that point?

8          MR. PINEIRO:  Object.

9      **A.** I felt that it wasn't necessary to move

10  the vehicle, I didn't at that moment.

11      **Q.** Were you concerned that JT could hurt

12  you?

13          MR. PINEIRO:  Object.

14      **A.** No.

15      **Q.** Were you concerned that he could hurt

16  anyone else?

17          MR. PINEIRO:  Object.

18      **A.** No, I -- uh-uh, no.

19      **Q.** You were crying when you were on the

20  phone with the emergency dispatcher, weren't you?

21          MR. PINEIRO:  Object.

22      **A.** I don't think I was. Maybe I was.

23      **Q.** Do you recall the operator asking what

24  he was upset about?

**63**

1      **A.** Truthfully I don't remember the 9-1-1

2  -- like, what I said to them other than I just

3  needed help.

4      **Q.** Okay. Do you recall telling the

5  dispatcher that he's going after little kids,

6  ma'am?

7          MR. PINEIRO: Object.  Form.

8      **A.** No, I don't.  Maybe.  I don't remember, I

9  just know that he was -- he was acting out, he

10  was outraged that day.

11      **Q.** Were there kids in the vicinity?

12      **A.**  They were walking into school.

13      **Q.** And was he --

14      **A.** I think he said something to one of

15  them.

16      **Q.** Was he outside the car at that point?

17      **A.** Yes.

18      **Q.** And what did he say?

19      **A.** I don't remember what he had said.

20      **Q.** Okay.

21      **A.** I don't -- I think I was on the phone

22  with the 9-1-1 operator when he said it so I

23  don't remember exactly what he said.

24      **Q.** Was he physically going after them

**64**

1  though?

2          MR. PINEIRO:  Object.

3      **A.** No.

4      **Q.** Was he moving towards the kids --

5          MR. PINEIRO:  Object.

6      **Q.** -- in their direction?

7          MR. PINEIRO:  Object.

8      **A.** No.

9      **Q.** What made you say that he's going after

10  little kids?

11      **A.**  Well, he had said something so -- he

12  had -- like I said, they were walking into the

13  school and when he said something, I didn't -- at

14  that point, with him throwing a Gatorade bottle

15  and pulling that down, you know, he was upset. I

16  didn't know -- he was so overtired that I don't

17  think he knew at that very second. Kids with

18  autism, they don't know, I mean, when they get

19  upset sometimes, at that very moment, you know.

20  I don't know.

21      **Q.** It sounded like you said in the

22  recording, please mind your business. Do you

23  know who you were saying that to?

24      **A.** Please mind your business? Maybe

**65**

1 somebody walking by, a mom, maybe, walking by, I
2 don't remember.
3     Q. Were there other adults in the vicinity
4 when you were initially calling?
5     A. Yeah, because, like I said, we were all
6 dropping our kids off so, uh-huh.
7     Q. That's yes then?
8     A. Yes, sorry. I'm sorry about that.
9     Q. Do you recall anyone in particular who
10 was present then?
11     A. Yes.
12     Q. And who was present?
13     A. Oh, I don't know her name but there was
14 a woman that was dropping her son off at school
15 as well. She was parked behind me more, like,
16 towards the entrance of the driveway -- of the
17 dry cleaners -- and she came over to my car.
18 Other than that, I don't remember anybody else
19 there other than just parents walking by.
20     Q. And at what point did she walk over to
21 your car?
22     A. She came over to my car after -- this
23 was, like, after the police officers were already
24 there.

**66**

1     Q. Okay. Do you know -- at what point did
2 you first notice her present? Was that the first
3 time you noticed her, when she walked over?
4     A. Yeah, I didn't realize, like, until she
5 came over and took CT from me. Other than that, I
6 didn't notice because she was just
7 dropping kids off. There were so many of us moms
8 that dropped the kids off there so I didn't
9 recognize -- I mean, I wouldn't have just known
10 who she was, you know, like, known her. I don't
11 know any of the moms there.
12     Q. So at some point she took CT from
13 you?
14     A. Uh-huh.
15     Q. And where did she take him?
16     A. She took him to her car.
17     Q. And the police were already there at
18 that point?
19     A. Yes.
20     Q. Was JT in the car or out of the car at
21 that point?
22     A. JT was out of the car.
23     Q. Did she say anything to you when she
24 took CT?

**67**

1     A. She did.
2     Q. What did she say?
3     A. She said that he doesn't need -- can I
4 please take this boy? He doesn't need to see
5 this.
6     Q. And at some point did you learn her
7 name?
8     A. I don't, uh-uh; I still don't.
9     Q. Okay. You were shown a picture of her
10 at some point though?
11     A. Yes, uh-huh.
12     Q. So I am showing you what's been marked
13 as Exhibit 2. Do you recognize that picture?
14     A. Yes.
15     Q. And was that the woman who you saw on
16 that day?
17     A. Yes.
18     Q. She's the one who took CT from you?
19     A. Yes.
20     Q. And she brought him into her car?
21     A. Into her car.
22     Q. Did you get CT from her at some point
23 then after the interaction with the police?
24

**68**

1     A. Yes.
2     Q. Did you walk over to her car or did she
3 bring him over to you?
4     A. I think I went to her.  I don't
5 remember, I think I went and got him from her.
6     Q. Did you have a conversation with her at
7 that point?
8     A. Other than me thanking her for taking CT,
9 no, not really. I don't remember.
10     Q. So you said thank you and then you took
11 him back?
12     A. Yeah, uh-huh.
13     Q. That's yes?
14     A. Yes. Sorry.
15     Q. Okay. Did you talk to her at any other
16 point after that day?
17     A. No, she -- although there was one
18 time -- I think I seen her in the school office
19 one time and she -- it was actually, like, the
20 next day and she asked me if my son was okay and
21 I told her that he needed to have surgery and
22 then she just told me that she was, you know,
23 sorry that that happened.
24     Q. Okay.

**69**

1    **A.** And that was it, but I never seen her
2 again.
3    **Q.** Did you ever ask her what her name
4 was --
5    **A.** Never.
6    **Q.** -- at that time?
7    **A.** Uh-uh. I do remember her telling me
8 that if I ever needed her, that she worked in,
9 like, an area by the pool, I think there's, like,
10 a tax place there, and that's how I remembered
11 her, but I don't know any kind of information
12 about her.
13    **Q.** Did she tell you what her job was at
14 all?
15    **A.** A counselor.
16    **Q.** What kind of counselor?
17    **A.** That I don't know, she just said --
18 either a clinician or a counselor, is what I
19 remember.
20    **Q.** And did she tell you that on that day,
21 on September 25th?
22    **A.** I don't remember if it was -- yeah, I
23 believe it was that day when I took CT,
24 she told me if I ever needed anything, that she

**70**

1 was there.
2    **Q.** Okay. When you first called 9-1-1,
3 where was JT located?
4    **A.** He was outside of the car at first and
5 then he was back in -- I believe by the time I
6 hung up with them, he was getting back in the car
7 in the front seat.
8    **Q.** Okay. So when you said on the
9 recording, JT, sit right here, please, did you
10 tell him to get back into the car?
11    **A.** Yeah, I believe so.
12    **Q.** And sit right here, was that in the car
13 itself?
14    **A.** Yeah, uh-huh, in the front.
15    **Q.** Was that the front passenger side?
16    **A.** Yes, uh-huh.
17    **Q.** So when you first called 9-1-1 then,
18 was CT still in the car in the back seat?
19    **A.** Yes, uh-huh, I believe. Yeah, uh-huh.
20    **Q.** And were you still in the car when you
21 called 9-1-1?
22    **A.** I believe I was outside of the vehicle.
23    **Q.** And was JT also outside of the vehicle
24 at that point --

**71**

1    MR. PINEIRO: Object.
2    **Q.** -- when you first called 9-1-1?
3    **A.** I don't remember. I have such a bad
4 memory, it's awful, of, like, certain things,
5 trust me.
6    **Q.** Do you recall the operator telling you
7 that she was going to send police?
8    MR. PINEIRO: Object.
9    **A.** No, she -- I remember her telling me
10 that she was getting me medical.
11    **Q.** That's your memory?
12    **A.** Yeah, or transferring me to medical.
13    **Q.** When she -- it sounded like from the
14 recording that she said I'm going to send police.
15 Okay? And your response was, do you know how far
16 they are, do you know how far?
17    MR. PINEIRO: Object.
18    **Q.** Do you recall saying that?
19    **A.** I don't remember, no.
20    **Q.** Were you hoping at that point that the
21 police would come quickly?
22    MR. PINEIRO: Object to form.
23    **A.** No. I needed medical.
24    **Q.** You didn't tell the operator though

**72**

1 that you only wanted the ambulance, did you?
2    MR. PINEIRO: Object to form.
3    **A.** I don't believe I -- I believe -- what
4 I said was that I needed medical attention.
5    **Q.** Did the fact that you were on the phone
6 seem to have any affect on JT at the time?
7    **A.** Yeah, he got a little more upset, I
8 believe, and that's why I told the lady -- I can
9 remember telling her, I think I'm going to hang
10 up now because I think it's upsetting him that
11 I'm on the phone with them and she said okay.
12    **Q.** She asked you if it would be better if
13 she hung up with you; right?
14    **A.** I think, or I said it to her, I don't
15 remember. I'm sorry.
16    **Q.** Do you recall telling the operator,
17 I've never had to do this before?
18    **A.** Yeah.
19    **Q.** And what did you mean by this?
20    **A.** Calling for help, I've never had to.
21    **Q.** You've never had to call 9-1-1 for JT
22 prior to this time?
23    **A.** Never, or the crisis intervention.
24    **Q.** How long after you got off the phone

73

1 then did police arrive?

2     **A.** Again, bad with numbers, I would

3 probably say maybe five to ten minutes, maybe,

4 five minutes.

5     **Q.** When police arrived, where were you

6 located?

7     **A.** In the vehicle but when I seen them

8 arrive, I got out of the vehicle and walked

9 towards them.

10     **Q.** And where did they pull in to the lot?

11     **A.** I can only remember one of them but I

12 know that they were right over here, more -- they

13 were, like, right here.

14     **Q.** And you're pointing to the sidewalk in

15 front of 1260 Main Street?

16     **A.** Correct.

17     **Q.** Did one officer arrive before the

18 other?

19     **A.** No, but one got out of the car -- no,

20 actually, I apologize, I think Alers was here

21 because I recognized Officer McCarthy when they

22 walked over together.

23     **Q.** So you think that Officer Alers was

24 parked near the sidewalk in front of 1260?

74

1     **A.** And Officer McCarthy was right in front

2 of him.

3     **Q.** Were they in separate cars then?

4     **A.** Yes.

5     **Q.** But it's your memory that they pulled

6 up about the same time?

7     **A.** I believe, yeah.

8     **Q.** And then walked over together?

9     **A.** Yeah, because I can remember -- oh,

10 man. I just remember walking over and

11 recognizing Officer McCarthy but I remember, I

12 think it was the guy that was parked, Officer

13 Alers, here that I walked over and I told him

14 this is brand new. I'm sorry. My son is

15 autistic. He's calmed down now. I mean, please,

16 whatever you do, I've never had to call for help

17 or anything like that. And then I believe

18 Officer McCarthy then joined in with us and

19 walked down.

20     **Q.** So was Officer McCarthy there when you

21 were first talking to Officer Alers?

22     **A.** I don't remember.

23     **Q.** Okay. So you had gotten out of the car

24 presumably on the driver's side?

75

1     **A.** Yeah, uh-huh.

2     **Q.** And then you walked around the vehicle

3 and then towards 1260 Main Street?

4     **A.** Yeah, as they were getting out of the

5 -- as he got out of the car and was starting to

6 walk, I met him about maybe the entrance of the

7 dry cleaners and we walked down together.

8     **Q.** The driveway to the cleaners, you said?

9     **A.** Yeah, the driveway.

10     **Q.** And was JT, at that time, in the passenger

11 side of the vehicle?

12     **A.** Yes.

13     **Q.** The front passenger seat?

14     **A.** Yes.

15     **Q.** Was the door open to the front

16 passenger seat?

17     **A.** Yes.

18     **Q.** And was his -- was JT fully in the vehicle or

19 was a part of his body outside of the vehicle?

20     MR. PINEIRO: Object. Form.

21     **A.** I think he was sitting with one foot in

22 and, like, one foot out, just, and the door was

23 open.

24

76

1     **Q.** One foot was outside the vehicle?

2     **A.** Not outside. So it's an Expedition so it's

3 high off the ground and it has a step stool to

4 get in, kind of, and I think it was just,

5 like, hanging out.

6     **Q.** So your memory is one foot was resting

7 on that step?

8     **A.** I don't even think he was -- I don't

9 remember. I just remember the doorway being open

10 and him just, like, sitting.

11     **Q.** So when you got out of the vehicle and

12 met the police officers, where was CT at that

13 time?

14     **A.** He was still in the back seat.

15     **Q.** And did you notice the woman in

16 Exhibit 2 in the vicinity at that point when you

17 were talking to the police officers?

18     **A.** No.

19     **Q.** Did you know Officer Alers when you

20 first spoke to him?

21     **A.** No.

22     **Q.** At some point did you learn his name?

23     **A.** I did.

24     **Q.** And at what point did you learn his

77

1  name?
2      **A.** When I got to the hospital and seen the
3  report.
4      **Q.** When police arrived, were you crying?
5      **A.**  I don't believe I was crying, I believe
6  I was just distraught.
7      **Q.** You believe you were distraught; is
8  that what you said?
9      **A.** A little bit, yeah.
10     **Q.** And how were you distraught?
11     **A.** I had never -- like I said, I've never
12 been in this type of situation before where I
13 needed help.
14     **Q.** So you said you spoke to Officer Alers
15 first?
16     **A.** Yes.
17     **Q.** And did he say anything to you?
18     **A.**  Well, he said, okay, I am just going --
19 I am going to go talk to him.
20     **Q.** What did you say to him? Did you
21 describe what the problem was?
22     **A.** No, I just said -- I didn't -- all I
23 said was he had been up all night and he was
24 upset, that he's calm now. I've never had to

78

1  call you guys.  I've never had to call anybody
2  for help. This is my -- I can remember saying
3  constantly this is brand new and that he is
4  disabled and he said, okay, I'm going to go talk
5  to him.
6      **Q.** So when you first saw police arrive,
7  you were sitting in the driver's side of the
8  vehicle?
9      **A.** Uh-huh.
10     **Q.** That's yes?
11     **A.** Yes. Sorry.
12     **Q.** And you were next to JT at that point?
13     **A.** Yes, I was in the driver's and he was
14 in the passenger.
15     **Q.** And what was he doing at that moment
16 when you're still in the front passenger seat?
17     **A.** He was just kind of, like, fiddling
18 with his hands like this.
19     **Q.** Was he screaming?
20     **A.** Not at all.
21     **Q.** Was he yelling?
22     **A.** Not at all.
23     **Q.** Was he thrashing around at all?
24

79

1      MR. PINEIRO: Object to form.
2      **A.** Not at all.
3      **Q.** Was he throwing anything at that point?
4      **A.** Not at all, I -- he was -- by then he
5  was literally completely calm that I literally
6  wanted to leave but I had knew that I had called
7  for help so I couldn't leave.
8      **Q.** Did you, at any point, try to call the
9  dispatcher back?
10     **A.** No, uh-uh.
11     **Q.** So you do not recall saying to Officer
12 Alers that your son, JT, was out of control?
13     **A.** No, I don't remember. I may have but I
14 don't remember.
15     **Q.** And then at what point did Officer
16 McCarthy come over to talk to you?
17     **A.** Like, he joined as we walked down and
18 they said they were going to go talk to him. I
19 don't think I recall talking to Officer McCarthy
20 other than him saying hi to me.
21     **Q.** Did he seem like he recognized you?
22     **A.** Yeah, uh-huh.
23     **Q.** Did he refer to you by your name?
24     **A.** I don't remember.

80

1      **Q.** Did you say anything to him  directly?
2      **A.** Not that I can remember.
3      **Q.** Did you call him by his name?
4      **A.** I would never call him by his first
5  name, just out of respect.
6      **Q.** And why is that?
7      **A.** Because he's an officer.
8      **Q.** Did you know his first name?
9      **A.** Absolutely, Paul.
10     **Q.**  Okay.  So did Officer McCarthy hear
11 what you said to Officer Alers or was he not with
12 you at that point?
13     **A.**  Yeah, I believe he heard -- I believe
14 he -- I believe he heard what I said because I
15 think, like I said, they pulled up -- Officer
16 Alers pulled up and then I believe Officer
17 McCarthy pulled up immediately after him in front
18 of him and we walked down together.
19     **Q.** You walked over to the vehicle
20 together?
21     **A.** Yeah, but they were already out of the
22 vehicle, like I didn't go directly to the police
23 officers' car. I seen them get out and start
24 walking towards me and, you know, I wanted to

81

1   explain to them he was calmed down and he's
2   disabled, you know, so that's why I walked
3   towards them first.
4      **Q.** So did you tell the officers that you
5   didn't need any help at that point?
6      **A.** I don't recall, I just remember telling
7   them that he was calm.
8      **Q.** So what did the officers do then?
9      **A.** They went -- they told me they were
10  going to go talk to him so I let them go talk to
11  him.
12     **Q.** Did both officers walk over to the car
13  at that point then?
14     **A.**  Yes, yup, one of them walked directly
15  over to JT where the door was open and then the
16  other one went to the driver's side where my door
17  was open and stood there.
18     **Q.** And which officer was in which
19  location?
20     **A.** Officer McCarthy was on the driver's
21  side and Officer Alers was with JT on JT's side.
22     **Q.** And when the officers were on either
23  side of the car, where were you?
24

82

1      **A.** I was on the same side as Officer Alers
2   but, like, kind of at the back, by the back  door.
3      **Q.** Toward the rear of the vehicle?
4      **A.** Yeah, uh-huh.
5      **Q.** Did you hear what Officer Alers said to JT?
6      **A.** I can remember him just, like, briefly
7   saying, hey, what's going on, bud? What's going
8   on? And that's about it, I mean, and I can just
9   remember JT not answering.
10     **Q.** JT didn't say anything in response?
11     **A.** Maybe, like, I don't know, or, like,
12  shrugged his shoulders and went, I don't know,
13  you know. Didn't want to answer.
14     **Q.** Was JT upset and crying at that point?
15        MR. PINEIRO: Object.
16     **A.** Oh, gosh, no, uh-uh.
17     **Q.** Were you standing then by the right
18  side back door of the vehicle while Officer Alers
19  was talking to JT?
20     **A.** Yeah, uh-huh, between -- like, I
21  think -- I know I was by the back door but maybe,
22  you know, like, was moving from the trunk to, you
23
24

83

1   know, literally the back of my car. He was here
2   and I was probably, like, literally, like, right
3   here.
4      **Q.** Okay. You put a little mark where you
5   were standing?
6      **A.**  Yeah, uh-huh, I was, like, right there
7   and they were right here, you know, the back of
8   the door and the front of the door. The
9   passenger front, the passenger back.
10     **Q.** Okay. How many feet away were you from
11  Officer Alers?
12     **A.** Probably, like, two, three, four, you
13  know, where a gas tank thing would be and the
14  door.
15     **Q.** And could you hear JT yell any profanities
16  at the officer when he approached?
17        MR. PINEIRO: Object.
18     **A.** No, uh-uh.
19     **Q.** Could you hear JT say, go away? MR.
20        PINEIRO: Object.
21     **A.** No.
22     **Q.** Did you see JT have any reaction to the
23  officers' presence?
24     **A.** Truthfully, not at all, no.

84

1      **Q.** You didn't see him become increasingly
2   agitated?
3        MR. PINEIRO: Object.
4      **A.** Not at all.
5      **Q.** What happened next?
6      **A.** So he just didn't reply and kind of
7   made a little grunt and, like, shrugged his
8   shoulders a little bit and then he was, like,
9   fiddling with his hands, like fiddling with his
10  hands and head down, and then I can just remember
11  him grabbing his chips that he had with him and
12  tossing it to the ground.
13     **Q.** So when you were standing at the rear
14  of the vehicle, could you -- did you have a full
15  view of JT's body inside the vehicle?
16     **A.** Kind of because -- a little bit. I
17  could see, like, this side of him.
18     **Q.** The right side of him?
19     **A.** The right side of him, uh-huh.
20     **Q.** Could you see from his head all the way
21  down to his feet on the right side?
22     **A.** I could see, you know, his shadow of
23  his, you know, like, his whole -- yeah, from his
24  head down to his arms and his leg.

85

1     Q.  Okay. Did you see him pounding on the
2  seat and arm rest with his fist?
3          MR. PINEIRO: Object.
4     A. No, uh-uh, not at all.
5     Q.  That would have been the left side of
6  his body though where the arm rest would have
7  been; right?
8          MR. PINEIRO: Object.
9     A. Yeah, but he didn't, he was fiddling
10  with his hands.
11     Q. Could you see both of his hands?
12     A. I mean, yeah, I could see him going
13  like this. I mean, you could literally see him
14  doing this. You can tell when someone is
15  fiddling with their hands.
16     Q. And his head was pointed down?
17     A. Yes.
18     Q. Looking at his hands?
19     A. Uh-huh.
20     Q. That's yes?
21     A. Yes.
22     Q.  So was it at that point then after the
23  officer asked how he was that he threw the bag of
24  trash at him?

86

1          MR. PINEIRO: Object to form.
2     A. Trash?
3     Q. Did he throw something at the officer?
4     A. Not at all.
5     Q. Okay.
6     A. And it wasn't trash, it was a bag of
7  chips and it was to the ground.
8     Q. Okay. Was it like a snack bag of
9  chips?
10     A. Yeah, literally, like, a 25 cent bag of
11  chips. Of Lay's, I can tell you the exact chips.
12     Q. And your memory was that he threw it to
13  the ground?
14     A. Uh-huh, it went right by the officer to
15  the ground.
16     Q. And did it come towards you?
17     A. Uh-uh.
18     Q. At least in the direction of the rear
19  of the vehicle?
20     A. No, I can tell you it was literally
21  probably right there, like right outside the
22  door.
23     Q. Okay. Did it hit anyone?
24     A. Nope, the ground.

87

1     Q. What led to him throwing the bag of
2  chips?
3     A. I think, like I said, he was just,
4  like, fiddling. I think he just kind of was,
5  like, you know, like, trying to ignore the
6  officer, maybe, didn't want to talk, I don't
7  know.
8     Q. Did you observe JT do anything else in
9  the vehicle?
10     A. He didn't do anything else.
11     Q. Did you see him pulling on the wires of
12  the rear view mirror?
13     A. Not at all, he had already done that
14  before we pulled into the driveway.
15     Q. But there were wires dangling from the
16  rear view mirror that had been ripped down;
17  right?
18          MR. PINEIRO: Object.
19     A. Well, the mirror was down, like,
20  before, he had already did that.
21     Q. Did it leave some wires that were
22  hanging down in its place?
23          MR. PINEIRO: Object.
24     A. When a rear view mirror comes down -- I

88

1  don't remember, I just know the mirror was down.
2  He ripped the mirror down before we got -- like,
3  when we were pulling into the driveway of the
4  school.
5     Q. Did you see -- what did you observe
6  then next?
7     A.  After he threw the chips, that's --
8  Officer Alers then immediately, after the chips
9  hit the ground, Officer Alers pulled my son from
10  the car and put him on the ground.
11     Q. And how did he pull him from the car?
12     A. By his arm, his right arm.
13     Q. Did Officer Alers pull with both of his
14  hands?
15     A. I don't remember if it was both, I just
16  know that I seen him pull him from the car.
17     Q. Was that the first physical contact
18  that you observed Officer Alers have with JT?
19     A. Yes, at that moment, yes.
20     Q. Had JT made an effort to step outside
21  the vehicle before that happened?
22          MR. PINEIRO: Object.
23     A. No.
24     Q. And what happened then next?

89

1    **A.** He was on the ground and Officer
2  McCarthy came over from the driver's side and I
3  can just remember one of them with their knee on
4  my son's neck and the other one with their knee
5  on his legs, the back of his legs, and him
6  putting -- forcing his arms behind his back on
7  the ground.
8    **Q.** So when JT was out of the vehicle and on
9  the ground, where was -- in what position was
10  he?
11    **A.** Facedown.
12    **Q.** And was his head towards Main Street?
13    **A.** Uh-huh, yes.
14    **Q.** And how far from the vehicle was he
15  located when he was on the ground?
16    **A.** Right -- like, right where the bags of
17  chips were, maybe; like, literally right outside
18  the vehicle. He pulled him from the car so it
19  was, like, right here.
20    **Q.** How many feet away from the car was
21  JT when he was on the ground?
22    **A.** Right outside the door kind of.
23    **Q.** And how many feet would you estimate
24  that would be?

90

1    **A.** Probably -- like, enough for the door
2  to be open.
3    **Q.** Was the passenger side door still open?
4    **A.** Yes.
5    **Q.** And was he just beyond that open
6  passenger door then?
7         MR. PINEIRO: Object.
8    **A.** No, he was right outside of it.
9    **Q.** So more toward the rear of the vehicle?
10        MR. PINEIRO: Object.
11    **A.** Me, was I?
12    **Q.** No, JT.
13    **A.** No, he was right outside of it on the
14  ground.
15    **Q.** So the passenger door?
16    **A.** He couldn't move.
17    **Q.** Was the passenger door fully open?
18    **A.** Yes.
19    **Q.** And was he then just beyond the edge of
20  that passenger door?
21        MR. PINEIRO: Object.
22    **A.** Well, his head was on the ground
23  facedown. Truthfully, I just know he was on the
24  ground and I can remember what I seen and just

91

1  being frantic.
2    **Q.** Was there space between the door and JT?
3    **A.** On the ground? I know that the door
4  was -- yes, the door was open.
5    **Q.** Okay. And you said Officer McCarthy
6  came from the front of the -- the front driver's
7  side of the vehicle --
8    **A.** Uh-huh.
9    **Q.** Around to JT when he was on the ground?
10    **A.** Yes.
11    **Q.** So by the time Officer McCarthy got to JT,
12  was JT already on the ground?
13    **A.** JT was already on the ground, yes.
14    **Q.** And where did Officer McCarthy go then
15  when JT's on the ground?
16    **A.** So he went up -- he was, like, by JT's
17  head and had his knees, like, on his neck.
18    **Q.** So was Officer McCarthy's back toward
19  Main Street?
20    **A.** Yeah, uh-huh.
21    **Q.** Was he on one side of JT or the
22
23
24

92

1  other?
2         MR. PINEIRO: Object.
3    **A.** No, I don't remember, I just know that he
4  was in front of, like, putting his knee on him so
5  he had to be in front of him.
6    **Q.** I think during the interview with the
7  Worcester police sergeants, you said that Officer
8  McCarthy was on his left side?
9    **A.** I don't -- I don't know, I don't
10  remember, I just know that he was there in front
11  of him with his knees on his neck, whether it be
12  more towards the left or more towards, you know,
13  I don't remember.
14    **Q.** But you say he had one knee on his neck
15  or both knees?
16    **A.** One.
17    **Q.** So which knee of Officer McCarthy's was
18  on JT's neck?
19    **A.** I believe it was this, his right knee,
20  so maybe his -- if I said he was on his left
21  side, maybe he was standing there, like, with
22  this leg and had this one. He was down on --
23  like, down, forcing. He had his knee literally,
24  like, gauging into my son and, like, force -- if

93

1  you could -- I can't even literally describe
2  how -- what I had to witness that day. I'm
3  sorry.
4      **Q.** Did JT say at any point that he was having
5  problems breathing?
6      **A.** I -- no, he was -- then he was
7  hysterically screaming, mom, help me.
8      **Q.** So he was screaming at that moment?
9      **A.** Absolutely.
10     **Q.** Okay. And he didn't have any abrasions
11 on his neck at any point, did he?
12     **A.** Uh-uh.
13     **Q.** That's no?
14     **A.** No.  Sorry.
15     **Q.** So was it -- was Officer McCarthy's
16 left side then closest to Main Street so that he
17 was parallel to Main Street?
18         MR. PINEIRO: Object to the form.
19     **A.** I don't know, like, what do you mean?
20 What do you mean, where he was standing -- like,
21 the way he was -- I don't know what you  mean.
22     **Q.** The way he was positioned.
23     **A.** Yeah.
24     **Q.** When JT was on the ground --

94

1      **A.** He was facing, like, towards the dry
2  cleaners.
3      **Q.** Officer McCarthy was facing towards the
4  dry cleaners?
5      **A.** Like, he was in front of JT. When they
6  pulled him out of the car, he was on the ground
7  right here. McCarthy was in the front of him and
8  Alers was behind him.
9      **Q.** Okay. Maybe it would help if you --
10     **A.** I'm sorry.
11     **Q.** -- drew even a stick figure, if you can
12 draw JT's position on the ground.
13     **A.** Okay. This is JT here.
14     **Q.** If you can draw it large though so that
15 we can actually see.
16     **A.**  So JT is here.  These are his feet  and
17 these are his arms. Head up here. And McCarthy
18 was here with his body here and Alers was back
19 here. McCarthy was here and Alers was here.
20     **Q.** Okay. So McCarthy -- you're saying he
21 had his back to Main Street?
22     **A.** Yes.
23     **Q.** And he was above JT's head?

95

1      **A.** He was.
2      **Q.** Okay. So his knee wasn't actually on
3  his neck?
4          MR. PINEIRO: Object.
5      **A.** What do you mean? Yeah. He was, like,
6  right over him with his knee right here.
7      **Q.** Okay. And you've indicated a little --
8      **A.** Sorry. Yeah, he literally would have
9  his knee over him right here.
10     **Q.**  So you've indicated a little dash
11 underneath the head and that's where you say that
12 Officer McCarthy's right knee was?
13     **A.** Correct. It would be right on here.
14     **Q.** Okay. Can you just draw an arrow and
15 write McCarthy?
16     **A.** McCarthy here. Alers here.  And then
17 this is where the knee -- he was more with  the
18 knee here and then him had his knees on him  here.
19 Well, obviously these are his feet area but it
20 would be behind his knees.
21     **Q.** You're saying Officer Alers had his
22 knees --
23     **A.** His knees on him right here.
24     **Q.** On JT's?

96

1      **A.** Like behind his, like, calf -- like,
2  knee, calf area.
3      **Q.** Okay.
4      **A.** And then I can just remember seeing
5  Officer McCarthy lift his arm and bring it back
6  here.
7      **Q.** He lifted his left arm to bring it back
8  behind him?
9          MR. PINEIRO: Object.
10     **A.** No, both of them, and he lifted --
11 he -- I can remember Alers saying that he needed
12 help and McCarthy -- that's when McCarthy came
13 over here, but I can remember him lifting his arm
14 and my son just screaming excruciating, like,
15 screaming, mom. Mom. My arm. My arm. My arm.
16 Mom, help me.  But I was literally -- I
17 didn't know, I was looking around, like, for
18 help, screaming help, you know, I don't know what
19 to do, I didn't know what to do, and I'm saying,
20 Jo, I don't know what to do, I'm sorry.
21     **Q.** So did you say at some point Officer
22 McCarthy moved from that position that you
23 indicated in the drawing?
24     **A.** No, no, no.

97

1    Q. Okay.
2    A. Not until they stood him up.
3    Q. And did you see Officer -- one of the
4  officers apply handcuffs to JT?
5    A. Yes.
6    Q. And who applied handcuffs to JT?
7    A. Alers.
8    Q. What do you recall JT saying during this
9  interaction with the officers on the ground?
10   A. My arm.
11   Q. And at what point did he say that?
12   A. Like, when they put his arm behind his
13 -- when McCarthy put his arm behind his
14 back -- put his arms behind the back.
15   Q. McCarthy put his arms behind his back?
16   A. They both were putting, like, putting
17 but McCarthy put his arm -- like, was lifting it
18 and put it behind there and I can just
19 remember -- like, you have to understand that
20 they were telling me to, like, back up so I was
21 kind of, like, frantic, too, you know what I
22 mean? Looking around for help because my son was
23 screaming, help me. Help me. And do you know
24 what that is like when you can't help your son?

98

1    Q. Okay. I am just trying to -- I'm sorry
2  to stop you.
3    A. I understand. I'm sorry.
4    Q. I'm trying to figure out exactly. So
5  you said though that Officer McCarthy didn't move
6  from his position?
7    A. No, he lifted my son's arm up and my
8  son then was screaming, my arm. Mom, help me, my
9  arm. My arm. It hurts. And I couldn't help him
10 because they kept telling me to back up --
11   Q. Okay.
12   A. -- and let them do their job.
13   Q. So was Officer McCarthy reaching over
14 him from his position at the top of his head?
15     MR. PINEIRO: Object.
16   A. I don't remember.
17   Q. Okay. And were both officers applying
18 the handcuffs then or just Officer Alers?
19   A. One of them was holding his arms down
20 while the other one was putting the handcuffs on.
21   Q. Who was holding his arms on?
22   A. McCarthy.
23   Q. And Officer Alers was putting the
24 handcuffs on?

99

1    A. Yeah.
2    Q. Do you want to take a break for a
3  minute?
4    A. Probably.
5    Q. Yeah, we can take a break.
6      (Short recess taken.)
7    Q. Ms. Beshai, when did the ambulance
8  arrive?
9    A. The ambulance came probably, like,
10 maybe -- again, I'm bad with timing, maybe five
11 minutes after he was in handcuffs or less.  I
12 know that they pulled right up. I know he was in
13 cuffs when they pulled up so maybe minutes.
14   Q. Okay. And so what position was JT in
15 when the ambulance arrived?
16   A. He was still on the ground, they stood
17 him up when they came.
18   Q. When the ambulance came?
19   A. Yes.
20   Q. And at some point the handcuffs were
21 removed?
22   A.  Yes, uh-huh, yes.
23   Q. And where was JT located when the handcuffs
24 were removed?

100

1    A. They stood him up from the ground when
2  the paramedics got there and they removed the
3  handcuffs and walked him into the back of the
4  stretcher -- of the ambulance, sorry.
5    Q. When JT was on the ground, did you see
6  him struggling with the officers?
7    A. Not at all, other than him yelling for
8  help.
9    Q. Did you see him trying to avoid being
10 handcuffed?
11   A. I don't -- truthfully, I don't
12 remember, I don't believe so. I mean, he was a
13 kid, I don't think he even knew what was going
14 on. He still is a kid, I don't think he knew
15 what was going on and what they were doing.
16   Q. Was he saying anything when he was on
17 the ground to the officers?
18   A. Oh, I don't believe so, other than,
19 help, mom, help.
20   Q. And when the handcuffs were removed,
21 did his behavior -- had his behavior changed?
22   A. No, he was screaming, my arm. My arm.
23 My arm. My arm. That's all he kept saying and,
24 like (witness shuddering) my arm. My arm.

**101**

1    **Q.** Was he crying at that point?

2    **A.** Yes.

3    **Q.** Did you talk to the paramedics?

4    **A.** Jeez, to be honest, I don't even

5    remember. I know I remember giving his name and

6    date of birth and everything and I can remember

7    me telling them that he's severely crying of his

8    arm, of pain in his arm.

9    **Q.** Did you look at his arm?

10   **A.** I seen it, yes, when he was screaming

11   for help, I did, I walked -- because I was

12   telling them, please stop, and that's when they

13   were telling me to back up and I could see it and

14   I said to the -- I can remember telling them,

15   there's something wrong with his arm. Please,

16   you don't see that? There is something wrong

17   with his arm. Because it looked funny, it didn't

18   look right.

19   **Q.** Was that before or after the handcuffs

20   were applied?

21   **A.** I don't remember. I know his arms were

22   behind. Maybe as they were on, if I'm not

23   mistaken. I believe the handcuffs were on

24   already.

**102**

1    **Q.** When you noticed that there was

2    something wrong with his arm?

3    **A.** Uh-huh, it looked very weird.

4    **Q.** And did you look at his arm once the

5    handcuffs were removed?

6    **A.** I don't think I did, no, because, like

7    I said, they put him immediately into the back.

8    **Q.** So did you tell the paramedics that

9    there's something wrong with his arm?

10   **A.** I did. Well, I said that he's

11   complaining of it.

12   **Q.** Okay.

13   **A.** Yes. I couldn't -- they told me to

14   stay away so when I spoke to the paramedics, it

15   was, like, as he was already in the back of the

16   ambulance.

17   **Q.** Who told you to stay away?

18   **A.** The officers, I don't remember which

19   one, they just kept telling me to back up.

20   **Q.** And when did they say that though?

21   **A.** When they were down on the ground.

22   **Q.** Okay. Did the officers walk him over

23   to the ambulance?

24   **A.** Yes.

**103**

1    **Q.** Was he still in handcuffs when they

2    walked him over?

3    **A.** No, I believe they stood him up, took

4    the handcuffs and walked him over to the back of

5    the ambulance.

6    **Q.** Took the handcuffs off?

7    **A.** Correct.

8    **Q.** And then walked him over?

9    **A.** Walked him over.

10   **Q.** Did the EMTs say anything to you about JT's

11   condition?

12   **A.** No, they told me where they were going

13   and I was going to follow them there.

14   **Q.** Did you hear the officers talk to the

15   paramedics at all?

16   **A.** Not at all.

17   **Q.** Were the officers standing near you

18   when you were talking to the paramedics?

19   **A.** No, I don't think so.

20   **Q.** So did you follow the ambulance in your

21   vehicle?

22   **A.** No, because I had to get CT from the lady

23   and I brought him to day care and then I

24   went immediately to the hospital.

**104**

1    **Q.** Where was her car located?

2    **A.** Her car was right here, I would say,

3    like, parked directly in front of the dry

4    cleaners' main entrance upper building.

5    **Q.** And you put a line in front of the

6    building located at 1256?

7    **A.** Correct.

8    **Q.** And that's on Exhibit 2 -- I'm sorry,

9    Exhibit 1?

10   **A.** Exhibit 1.

11   **Q.** And so was her vehicle parked and

12   facing then the dry cleaner?

13   **A.** Yeah, she was -- no, she was

14   actually -- oh, shoot, I don't remember if she

15   was parked forward or front. I think she was

16   backed in, to be honest with you; like, her front

17   of her vehicle was facing my car.

18   **Q.** So when she got CT from you, did she

19   take him back into the vehicle?

20   **A.** She took him to her car.

21   **Q.** Okay. Did she -- was he sitting inside

22   her car?

23   **A.** Her car, with her.

24   **Q.** And where in her car was he sitting?

**105**

1     **A.** I don't even know because I was
2 literally -- between -- I didn't know this lady
3 so I was also -- you have to understand I was
4 nervous as well because some stranger has my
5 toddler and yet I'm trying to pay attention to
6 him, you know, as well, everything, so I don't
7 remember exactly where he was sitting with her.
8     **Q.** Okay. When JT is on the ground, could
9 you see the woman looking at you?
10     **A.** Yes, oh, yeah.
11     **Q.** So, to your knowledge, was she
12 observing JT on the ground?
13     **A.** Yes, because the reason that she took
14 my son, she came over and took him and said that
15 he doesn't -- he does not need to witness this at
16 all, does not need to witness his brother being
17 treated like this, and took my son from me and
18 went to her car.
19     **Q.** Did she say that exactly?
20     **A.** Exactly.
21     **Q.** Did anyone say anything to you about
22 Section 12 paperwork?
23     **A.** Yes, Officer Alers.
24     **Q.** Did he say that in the parking lot?

**106**

1     **A.** Yes, in the parking lot but after my
2 son was already gone in the ambulance.
3     **Q.** What did he say to you?
4     **A.** He came over to me and he said, I hope
5 that you understand I needed to do what I needed
6 to do and, just so you know, I will be filing a
7 Section 12, and I didn't even know what that was.
8     **Q.** Did you ask him what that was?
9     **A.** I didn't, I didn't find out what it was
10 until I got to the hospital.
11     **Q.** And what's your understanding of that
12 paperwork?
13     **A.** My understanding of it is he was trying
14 to commit my son or have him evaluated by -- it's
15 called -- I don't -- Mental Health Illnesses or
16 something like that, People -- I don't remember
17 what it's called. It's an emergency place.
18     **Q.** Emergency Mental Health?
19     **A.** Right, there you go.
20     **Q.** Were you aware of the reason the
21 officer gave for that --
22     **A.** Uh-uh.
23     **Q.** -- paperwork?
24     **A.** No.

**107**

1     **Q.** Did you learn at some point that the
2 Section 12 application was discontinued?
3     **A.** Yes.
4     **Q.** And when did you learn that?
5     **A.** Well, the nurses in the emergency room
6 department told me that he does not need to be
7 evaluated and then when we were admitted on the
8 floor, I had -- when we were leaving, I said,
9 well, does he have to see somebody? And she
10 said, not at all, he doesn't need to be evaluated
11 at all. He shows no type of what was said in the
12 report that was given. They said it was
13 absolutely bogus and he didn't need to be
14 evaluated.
15     **Q.** And what time was that, that you were
16 told that?
17     **A.** I don't remember, because, like I said,
18 I was told by two separate nurses, one in the
19 emergency room department told me and then on the
20 main floor when we were being discharged, which
21 was, like, two days later.
22     **Q.** What time was it that he moved from the
23 emergency department to some other area?
24     **A.** I think we were probably in the

**108**

1 emergency room for maybe an hour, maybe longer.
2 I don't remember, I just know that we went in for
3 an x-ray and right after the x-ray is when they
4 told me he is going to be needing to be admitted
5 so we had to get a room and go to the room.
6     **Q.** So you weren't in the emergency room
7 department for more than an hour or two?
8     **A.** I don't remember. I'm sorry. I think
9 it was right around there.
10     **Q.** Did JT have any broken skin
11 anywhere?
12     **A.** He had a few scrapes.
13     **Q.** Where were the scrapes?
14     **A.** He had a couple on his knee area and
15 then he had one right here on his chin, very
16 little though, very, very little.
17     **Q.** Under his chin?
18     **A.** Yeah.
19     **Q.** Were there any abrasions on his elbow
20 at all?
21     **A.** No, not that I could see, no. What is
22 that, what is an abrasion, like a scrape; right?
23     **Q.** Like a scrape.
24     **A.** Yeah, no.

109

1    **Q.** Okay. What happened when you first
2    arrived at the hospital?
3    **A.** When I first went there, he was already
4    sitting -- he was in a room and just -- they had
5    his arm resting on a pillow.
6    **Q.** So he had already been taken to a room
7    in the pediatric area?
8    **A.** Yeah.
9    **Q.** And which emergency department was he
10   taken to?
11   **A.** Lake Ave., 55 Lake Ave., the UMass
12   Hospital.
13   **Q.** Okay.
14   **A.** My family has been there for years so I
15   am so familiar with the address. My mom's been
16   there, like, 50 years.
17   **Q.** I'm sorry, she works there?
18   **A.** Yeah.
19   **Q.** Oh, where does she work?
20   **A.** Radiology. Well, now medical records
21   but she was in radiology for many  years.
22   **Q.** Oh, okay.
23   **A.** Yeah.
24   **Q.** Is she at that same building?

110

1    **A.** No, now it's -- now it moved to
2    Millbrook Street, I believe it is.
3    **Q.** Okay. In 2017 was she working?
4    **A.** I don't remember where.  I don't
5    remember what -- not at the -- she wasn't at Lake
6    Ave., she was medical records but I think it was
7    on Plantation Street at that time, I can't
8    remember.
9    **Q.** Okay. So were you there then when he
10   was taken for x-rays?
11   **A.** Yes.
12   **Q.** And what did the x-ray show?
13   **A.** That he had -- the doctor -- I don't
14   know what it's called, I don't know medical
15   terms, I just know that the doctor came in and
16   told me that it was severely broken in a bad
17   place and that he's going to need a major surgery
18   right away.
19   **Q.**  And which doctor was that?
20   **A.**  An emergency room  doctor.
21   **Q.** And who performed the surgery?
22   **A.** Mor -- I'm probably going to say it
23   wrong but Mortimer. Mortimer, with an M.
24   **Q.** When did he have the surgery?

111

1    **A.** The next morning. I believe it was the
2    next morning, early, very early.
3    **Q.** And was he discharged later that day?
4    **A.** No.
5    **Q.** Did he spend a second night in the
6    hospital?
7    **A.** Yeah, he had to stay that night.
8    **Q.** What did you tell the doctor had
9    happened to cause the injury?
10   **A.** That my son was hurt by two police
11   officers.
12   **Q.** Did you tell the doctor that JT resisted
13   being pulled from the car and was pulled out by
14   his arm?
15   **A.** Uh-huh, I told the doctors that my son
16   was pulled out of the car for throwing a bag of
17   chips on the ground and his arms were forced
18   behind his back.
19   **Q.** You told the doctors that his arms were
20   forced behind his back?
21   **A.** Uh-huh.
22   **Q.** That's yes?
23   **A.** Yes. Sorry.
24   **Q.** Did he have follow-up appointments?

112

1    **A.** Yes.
2    **Q.** When were his follow-up appointments?
3    **A.**  We went -- I think we went, like -- I
4    can't remember if we went -- I know that -- oh,
5    man, I don't know. I know we went to a couple of
6    them and I know one of them was to make sure that
7    it was healing correctly and then, obviously,  to
8    have it removed, and then we went back again for
9    x-rays to make sure it was still okay and that's
10   it.
11   **Q.** Did he have a cast?
12   **A.** Yeah.
13   **Q.** And what was his cast like?
14   **A.** From his shoulder to his wrist.
15   **Q.** And how long did he have that cast?
16   **A.** One month.
17   **Q.** Did he have some hardware put into his
18   elbow?
19   **A.** I believe so.
20   **Q.** Did he ever have to have the hardware
21   removed?
22   **A.** No.
23   **Q.** Did he have physical therapy to follow
24   up with at all?

113

1   **A.** No, just home exercises.
2   **Q.** Okay. And he had a scar left from the
3   surgery?
4   **A.** Still.
5   **Q.** And how big was the scar?
6   **A.** Maybe, like, two-and-a-half inches,
7   maybe three, roughly. I feel like it grows with
8   him.
9   **Q.** I am showing you what's been marked as
10  Exhibit 3. That's a package of eight photographs
11  that your attorney provided us. Do you recognize
12  that first picture?
13  **A.** Uh-huh, yes.
14  **Q.** Did you take this picture on page one?
15  **A.** Yes.
16  **Q.** And was that picture taken -- at what
17  point was that picture taken?
18  **A.** When he was finally comfortable and
19  resting.
20  **Q.** Was this after he moved to a room from
21  the emergency room?
22  **A.** Yes, we were in a room.
23  **Q.** But the surgery hadn't yet been
24  performed; right?

114

1   **A.** No.
2   **Q.** And page two of Exhibit 3?
3   **A.** Yes.
4   **Q.** Do you recognize that picture?
5   **A.** Yes.
6   **Q.** And what does that picture show?
7   **A.** Him sitting up, I think they were
8   getting him prepared to go in.
9   **Q.** Prior to surgery?
10  **A.** Yes.
11  **Q.** Did you take any pictures of him with
12  the cast on?
13  **A.** I don't think I did, to be honest.
14  **Q.** Okay. So page three of Exhibit 3, what
15  does that show?
16  **A.** Just it's a picture of him standing.
17  **Q.** And when was that taken?
18  **A.** After his cast was off. I don't
19  remember. I don't remember when I took it.
20  **Q.** Was it that fall of 2017?
21  **A.** Maybe summer. I don't remember. I'm
22  going the way his -- what he's wearing,
23  truthfully.
24  **Q.** Because he's in short sleeves and

115

1   shorts?
2   **A.** Yeah, and boxers.
3   **Q.** Okay. So the next page, page four,
4   what does that show?
5   **A.** His scar.
6   **Q.** And when was that picture taken?
7   **A.** It was taken probably a little while
8   after the surgery. Probably, like, even a year
9   after, maybe, I believe. I can't remember.
10  Truthfully, I don't know.
11  **Q.** Are you the one who took that picture?
12  **A.** I am, that's my hand.
13  **Q.** So page five, is that at the same time?
14  **A.** Yes, uh-huh. Yes. Sorry.
15  **Q.** And page six?
16  **A.** Yes.
17  **Q.** When was that picture taken?
18  **A.** A couple years ago now, I would say
19  maybe two years ago.
20  **Q.** Do you remember where that picture was
21  taken?
22  **A.** Yes.
23  **Q.** And where was that picture taken?
24  **A.** At my attorney's office, I believe. Is

116

1   this it?
2   **Q.** Outside Attorney Pineiro's office?
3   **A.** I can't remember if this was outside of
4   Russell or -- I don't remember, truthfully. I
5   don't remember.
6   **Q.** So what was the --
7   **A.** I just remember -- I remember taking
8   it.
9   **Q.** It looks like it's summertime from the
10  background?
11  **A.** Yeah.
12  **Q.** What year was that taken, do you know?
13  **A.** Sometimes they'll say it on the
14  cameras, I don't know when.
15  **Q.** Did you take that picture?
16  **A.** I did.
17  **Q.** So page seven, is that a picture taken
18  at the same time as page six?
19  **A.** Correct.
20  **Q.** Is that also outside Attorney Pineiro's
21  office?
22  **A.** I don't remember where I was when I
23  took it.
24  **Q.** Okay. And page eight, is that a third

117

1 picture taken at the same time as six and seven?
2     **A.** Yes, he's wearing the same clothes.
3     **Q.** And that picture appears to show a
4 close-up of the scar?
5     **A.** Uh-huh.
6     **Q.** That's yes?
7     **A.** Yes. Sorry, I always forget.
8     **Q.** And does the scale next to it show it's
9 about two inches long or a little more?
10     **A.** Yeah, I would say a little bit more.
11     **Q.** And is --
12     **A.** I think it grows with him.
13     **Q.** How recent is this picture?
14     **A.** Not recent, I would say, like, maybe
15 two years.
16     **Q.** Does the scar look like this today?
17     **A.** It does, unfortunately.
18     **Q.** So the rear view mirror, when JT ripped
19 that down, was it on the floor then of the
20 vehicle?
21     **A.** I think it was up on the dash of the
22 car.
23     **Q.** Was it completely disconnected from the
24 ceiling?

118

1     **A.**   Yeah, like, from the glass area, yes.
2     **Q.** Did you have to get it fixed at some
3 point?
4     **A.** I did.
5     **Q.** Did you have to get anything else
6 repaired in the car as a result of the incident?
7     **A.** No, uh-uh, no.
8     **Q.** Did you speak with anyone after
9 September 25th, 2017 about the incident other
10 than your attorney?
11     **A.** No. I'm sorry, I had a different
12 attorney first. Her name was Khan.
13     **Q.** Sara Khan?
14     **A.** Yes.
15     **Q.** And she was with you when you
16 interviewed with the Bureau of Professional
17 Standards in March of 2018?
18     **A.** Yes.
19     **Q.** Was there a reason why you switched
20 attorneys?
21     MR. PINEIRO: Without -- you don't have
22 to disclose any conversations that you had with
23 the other lawyers, anything they told you or
24 anything you said to them. That's protected by

119

1 the attorney-client privilege.
2     **Q.** I'm not asking for conversations with
3 your attorneys.
4     MR. PINEIRO: So if the answer to your
5 question involves a conversation that you had
6 with your previous lawyers, you don't have to
7 disclose it.
8     **A.** Somebody referred Attorney to me,
9 Attorney Pineiro to me, so I chose to go with
10 Attorney Pineiro.
11     **Q.** Okay. And who was that?
12     **A.** Her name was April.
13     **Q.** What's her last name?
14     **A.** Marlborough.
15     **Q.** Is she related to --
16     **A.** She is.
17     **Q.** -- the father of your first two kids?
18     **A.** She is.
19     **Q.** And when did she refer you to Attorney
20 Pineiro?
21     **A.** I don't -- it's been a few years, maybe
22 three years, four years, three-and-a-half. I
23 don't remember right when I reached out to
24 Attorney Pineiro's office.

120

1     **Q.** Had she used him before to represent
2 her?
3     **A.** No.
4     **Q.** What did she say about him?
5     **A.** She just -- she worked in a lawyer's
6 office and she just said that -- to reach out to
7 him, to talk to him, that I should call him.
8     **Q.** Which lawyer's office did she work in?
9     **A.** Ellis.
10     **Q.** Okay. Besides the woman who you said
11 was depicted in Exhibit 2, are you aware of any
12 other non-police witnesses?
13     **A.** Not at all.
14     **Q.** Did you see Officer McCarthy at some
15 point after this incident?
16     **A.** I seen him at WalMart.
17     **Q.** At the Worcester WalMart?
18     **A.** Yes.
19     **Q.** And can you please describe what that
20 interaction was like?
21     **A.** I -- I didn't want to even -- he came
22 up to me and he asked me how my son was doing.
23     **Q.** Was he in uniform at the time?
24     **A.** He was.

**121**

1    **Q.** And what did you say to him?

2    **A.** I told him he was okay and I didn't

3    want to talk about it.

4    **Q.** And what did he say to you?

5    **A.** He said, can I offer you a hug? So I

6    accepted the hug because I didn't -- I didn't

7    want any issues. He was in uniform, I didn't

8    want to -- I accepted the hug and I left.

9    **Q.** Did you speak to him again at any other

10   point after this incident?

11   **A.** No.

12   **Q.** And at the interview with the Bureau of

13   Professional Standards' sergeants, did you

14   discuss anything with those officers after the

15   interview?

16   **A.** What do you mean? I'm sorry.

17   **Q.** Did you have any conversations with

18   them that were not recorded?

19   **A.** No. I can't remember if it was

20   recorded or not but I can remember them asking me

21   what I would like out of -- like, what do I want

22   to see happen? And I just -- I told them that I

23   would like to have them training, more training,

24   on learning how to deal with people with

**122**

1    disabilities.  There's a lot of them out there.

2    Officers need to learn how to maybe come across a

3    little bit differently to people with

4    disabilities.

5    **Q.** Did they say anything to you?

6    **A.** They did.

7    **Q.**   What did they say?

8    **A.** He told me, you're absolutely right and

9    what they did was wrong and if it was okay if

10   they could use my son as an example. I said

11   absolutely and I never heard anything from them

12   since. I thought I would be reached out; no one

13   reached out to me, nothing.

14   **Q.** Who told you that what they did was

15   wrong?

16   **A.** The two guys that I met with, Avedian

17   and I don't know the other gentleman's name.

18   **Q.** They both said that?

19   **A.** Well, they were both there, I can't

20   remember which one said what. If you were to put

21   them in front of me right now, I don't know  who

22   is who. I don't even know them.

23   **Q.** Okay. Had JT had any mental health

24   emergency episodes prior to September 25th,  2017?

**123**

1    **A.** No.

2    **Q.** You did have to take him to the ER on

3    Halloween, October 31st, 2016; right?

4    **A.**   I did, you know -- okay, yes.  I think

5    that he was upset at school that day and we went

6    and he spoke with somebody but he was fine. He

7    was upset at school and completely -- it was a

8    school thing, had to do with school, and they

9    asked me to take him to be evaluated from there

10   and I did so I brought him.

11   **Q.** Because he made some threatening

12   statements at school; right?

13   **A.** No, I don't think so. I don't think it

14   was threatening.

15   **Q.** Well, he threatened to burn his

16   three-year-old brother; right?

17        MR. PINEIRO: Object.

18   **A.** I don't believe -- I don't -- no, I

19   don't believe that's  what it was. I don't

20   remember, truthfully, I don't. I'm sorry.

21   **Q.** Well, the medical records seem to say

22   that he was at school when he became upset in

23   class, slammed the classroom door, which  broke,

24   and then his behavior escalated because he was

**124**

1    upset and you were called to come and get  him?

2    **A.**   I was, I can remember that I was  called

3    to come and get him and to bring him. They asked

4    me if I could and I said yes so I brought him up

5    there.

6    **Q.** And while you were on your way to get

7    him, someone made a comment to him regarding

8    his -- that you would have to potentially miss

9    pick up of the other children because of his

10   behavior and to which he replied, I don't  care,

11   I'd burn my brother. Do you recall them telling

12   you that?

13   **A.** No.

14   **Q.** And the school requested that you bring

15   him for a mental health -- emergency mental

16   health evaluation at that point?

17   **A.** That I do remember and that's why I

18   brought him.

19   **Q.** Do you recall what the diagnosis was at

20   the emergency room?

21   **A.** Nothing, he was -- they -- I can

22   remember them saying he must -- it must have been

23   they upset him at school, something to do with

24   school, school-related. We left. We were

**125**

1  discharged.

2  **Q.** Did he receive an emergency mental

3  health evaluation at the hospital that day?

4  **A.** Yeah, I believe so. I don't know. I

5  don't know what the places are called, I just

6  know that a doctor was asking him questions and

7  they brought him in alone and were asking him

8  questions and then they told me that we could go

9  home.

10  **Q.** How long was it until you were --

11  before you were discharged from the hospital that

12  night?

13  **A.** Well, we had to wait in the waiting

14  room for a little while so we were in the

15  pediatric waiting room for a while. We were

16  probably there maybe four hours but more waiting

17  in the waiting room to be seen first and then we

18  were probably back there half hour, 45 minutes,

19  maybe, and then discharged.

20  **Q.** Okay. Do you -- his primary care

21  physician is at Chandler Pediatrics?

22  **A.** Yes.

23  **Q.** And it's Dr. Malkani?

24  **A.** Yes.

**126**

1  **Q.** Did you have a follow-up with Dr.

2  Malkani on November 1st, the next day?

3  **A.** I don't remember, possibly.

4  **Q.** And JT had already been diagnosed with

5  autism by that point; right?

6  **A.** Yes, he was diagnosed --

7  **Q.** And what was his other diagnoses?

8  **A.** ADHD.

9  **Q.** Did he also have an issue with chronic

10  anxiety?

11  **A.** I don't know if he was diagnosed with

12  that though, I don't believe.

13  **Q.** Well, the follow-up with Dr. Malkani on

14  November 1st, 2016 seems to say that he was

15  presenting with chronic anxiety which started one

16  to two years before November 1st, 2016 with the

17  autism and the ADHD diagnoses in first grade. Do

18  you recall that?

19  **A.** Yeah, but, I mean, for the most part

20  they used the autism, like, more. I never heard

21  of them using -- maybe the anxiety goes along

22  with it, the autism, I don't know, they just --

23  like, the doctor will say his disability, you

24  know, like, that it's part of his disability.

**127**

1  Same with, you know, my other one needing to be

2  in pampers, it's part of his disability, you

3  know. I don't know.

4  **Q.** Well, at that point in November of

5  2016, though, did you notice that JT was

6  oppositional, refusing to do work and small

7  triggers led to tantrums?

8  **A.** On the day that I had to take him from

9  the school? Yeah, that's what they told me. He

10  wasn't like that when I dropped him off.

11  **Q.** Was this when he was attending a school

12  at Elm Park?

13  **A.** Yes.

14  **Q.** Did he stay in that program for long

15  after this incident?

16  **A.** No.

17  **Q.** Did you switch him to a different

18  school then?

19  **A.** Yes.

20  **Q.** And when did he switch?

21  **A.** He went from there to -- I don't

22  remember how long it was but we had, like, an IEP

23  meeting on what would work best with JT.

24  I'm sorry, my stomach, I took too much

**128**

1  water and I had stomach surgery. Sorry.

2  So we had the meeting and then we -- to

3  work out what was best, that would fit JT's needs

4  best, so we went to Hartwell.

5  **Q.** And when did he move to Hartwell?

6  **A.** I don't remember when, he was -- it was

7  in -- oh, what grade? Maybe fourth grade, I

8  believe.

9  **Q.** So did he start the school year at a

10  new school or did he --

11  **A.** No, it was in the middle of the school

12  year, yeah.

13  **Q.** Okay. And was it shortly after this

14  incident in November of 2016 then?

15  **A.** Yeah, I believe, yes.

16  **Q.** So he had been at Hartwell for at least

17  the spring semester before the incident with the

18  Worcester Police in September of --

19  **A.** Yeah, he was there almost a year, yes,

20  I believe, like, eight months or so.

21  **Q.** Does he go to school in the summertime,

22  too?

23  **A.** Not right now, no, but he would attend

24  summer programs.

129

1    **Q.** Okay. Prior to Hartwell, did he have
2    behavioral problems in school?
3    **A.** No. I don't believe so, no.
4    **Q.** Was the incident on October 31st, 2016
5    an isolated incident?
6    **A.** Yes.
7    **Q.** So at what age was he first diagnosed
8    with autism spectrum disorder?
9    **A.** Three.
10   **Q.** Who first diagnosed him?
11   **A.** Joann Carson.
12   **Q.** And is she with UMass?
13   **A.** Yes, Behavioral Developmental Clinic.
14   Pediatric Behavioral Developmental Clinic at
15   UMass.
16   **Q.** And do you consider JT disabled?
17   **A.** I do, absolutely.
18   **Q.** And what prompted his assessment by Dr.
19   Carson?
20   **A.** Not talking. Well, his brother,
21   Jay T, was diagnosed with autism and he was
22   having similar, you know -- I was noticing
23   similarities where he wasn't eating, you know, he
24   only wanted the same thing, he wouldn't make eye

130

1    contact, he was doing hand flapping and, you
2    know, would look at the light and do this
3    (witness indicating). Intimidating the TV. Is
4    it intimidating? Imitating, sorry, the TV, like
5    a show on the TV, being the character on the TV,
6    just things, you know, didn't seem right.
7    **Q.** And did Dr. Malkani request the
8    assessment?
9    **A.** She did.  She pre-diagnosed him with
10   PDD and then told me I needed to have him fully
11   assessed.
12   **Q.** What does PDD stand for?
13   **A.** Pervasive developmental disorder.
14   **Q.** And he was not in an early intervention
15   program; right?
16   **A.** No, he was in an ABA after he was
17   diagnosed.
18   **Q.** What's ABA?
19   **A.**  I don't know what they're called,
20   applied behavior -- something to do with kids on
21   the spectrum where the woman would come to the
22   home and, you know, they would work together
23   with, like, flash cards and things of that
24   nature.

131

1    **Q.** Oh, so he had regular home visits after
2    his diagnosis?
3    **A.** Correct, as a toddler.
4    **Q.** Did, at some point, he get a genetics
5    evaluation?
6    **A.** We did genetics testing and I was told
7    that it's hereditary from dad's side of the
8    family through Carson.
9    **Q.** And when did he have that genetics
10   evaluation done?
11   **A.**  Dr. Carson said it was after the two of
12   us -- the two of them were diagnosed, she
13   wanted -- after the two of them were diagnosed,
14   she wanted us to do genetic testing. She had put
15   them butt naked in a room to see for deformities
16   because I guess kids with autism show as some
17   sort of deformity or something, whether it be a
18   cleft or a nose bone or something, I don't know,
19   and she couldn't find one so she recommended
20   that. And then CT has now, my youngest, has
21   now been diagnosed as well.
22       I was told by Dr. Carson that if I
23   continued to have male babies with Joaquin, they
24   will continue to come out with autism. If I was

132

1    to have a female, they would not. I don't know
2    what that means but that's what I was told by Dr.
3    Carson.
4    **Q.** Okay.
5    **A.** Something with the male chromosome or
6    something.
7    **Q.** And when he had that neurodevelopment
8    evaluated, even at four-and-a-half, he was in the
9    99th percent tile for size. Has that been
10   consistent through his development?
11   **A.** He's a big boy, yeah.
12   **Q.** Did you have follow-up appointments
13   with Dr. Carson for JT?
14   **A.** Yeah, we did a few follow-ups, yup, and
15   then she referred me to the CANDO clinic.
16   **Q.** Okay. There seem to be a lot of, in
17   your file, that there were six cancelled or
18   no-showed appointments in 2010 and 2011 prior to
19   Dr. Carson's evaluation. Do you recall what that
20   was?
21   **A.** No, I don't, uh-uh.
22   **Q.** But she did end up being able to
23   evaluate him at some point; right?
24   **A.** Yes.

133

1    **Q.** Okay. Going back through his medical
2  records, in 2007, August of 2007, there's a
3  Chandler Pediatrics letter from Dr. Malkani
4  regarding a well-child visit and no concerns with
5  ability to provide foster care.  Was JT ever in an
6  alternative care arrangement?
7    **A.** Never.
8    **Q.** Okay. Were any of his siblings?
9    **A.** Never.
10   **Q.** Were you ever evaluated for foster care
11 or temporary placement of any kind?
12   **A.**  Me?
13   **Q.**  Yes.
14   **A.** I used to when I was -- like, when I
15 was, like, 12, I was in, when I had a CHINS I
16 was.
17   **Q.** For yourself; right?
18   **A.** For myself.
19   **Q.** But I am talking about with your kids.
20   **A.** I went through them to become a
21 licensed foster mom for my sister. I mean,
22 that's it, when I took custody of my sister.
23   **Q.** Oh, when was that then, that you took
24 custody of your sister?

134

1    **A.** It was when I was in Lakeside. I don't
2  remember when I lived on Garland Street.
3    **Q.** How old was she?
4    **A.** Maybe 14, 15.
5    **Q.** Okay.
6    **A.** 15-ish, 16, I don't remember.
7    **Q.** What's her date of birth?
8    **A.** 10/30/89.
9    **Q.** When JT started school, was he on an
10 IEP from the beginning?
11   **A.**   Yeah, uh-huh, yes.
12   **Q.** And prior to his placement at Hartwell,
13 was he always in a regular classroom?
14   **A.** No.
15   **Q.** Was he -- where was he, where did he
16 go?
17   **A.** He started at the SAIL program at Gates
18 Lane.
19   **Q.** That's a special education program at
20 Gates Lane?
21   **A.** Yeah, the SAIL program is a specialized
22 program for kids on the spectrum.
23   **Q.** And how long did he attend that
24 program?

135

1    **A.** He attended it, I believe it was until
2  third grade.
3    **Q.** Okay.  And Dr. Malkani notes in 2013,
4  when he's appearing for a well-child visit, that
5  the concerns are mostly behavioral, which include
6  a hyperactivity, oppositional, not listening,
7  some temper tantrums. Do you recall that in
8  2013?
9    **A.** I don't remember. I mean, just maybe,
10 like, not with him -- I had a lot of concerns
11 with JT not sleeping.
12   **Q.** Did that lead to temper tantrums and
13 outbursts?
14   **A.** I mean, him being upset and not
15 sleeping, I think anybody gets a little groggy.
16   **Q.** Well, in May of 2015, Dr. Malkani was,
17 again, noting oppositional behaviors and that
18 there had been suspensions for aggression and
19 anger outbursts. Do you recall that happening at
20 school?
21   **A.** No, I do not. What school? No.
22   **Q.** Well, it's in May of 2015 so whatever
23 he was attending.
24   **A.** No.

136

1    **Q.** When did he move from Gates Lane to --
2  did he move there from -- to Elm Park?
3    **A.** He went from there to Elm Park, yup.
4    **Q.** How long was he at Elm Park then?
5    **A.** Only a few months.
6    **Q.** Before he moved after the October 2016
7  incident?
8    **A.** Correct.
9    **Q.** And it looked like in May of 2016 that
10 you were actually noting on those evaluation
11 forms at the doctor's appointments that he is
12 often irritable and angry. Do you recall that?
13   **A.** I don't. I don't remember.
14   **Q.**   So once he moved to the Hartwell
15 Learning Center after October 31st, 2016, the
16 Hartwell Learning Center was a better program for
17 him?
18   **A.** Absolutely.
19   **Q.** Did he still show some anger and
20 oppositional behavioral at home though?
21     MR. PINEIRO: Object to form.
22   **A.** No.
23   **Q.** You don't recall that?
24   **A.** No.

137

1      **Q.** Did you continue with counseling in the

2  CANDO program?

3      **A.** Yes, we continued for a little bit.

4      **Q.** And who did you see in the CANDO

5  program?

6      **A.** I don't remember her name. Mary

7  Jeffers, I believe.

8      **Q.** Is she a nurse practitioner?

9      **A.** I think she's a doctor, I don't know.

10     **Q.** How often would he see her?

11     **A.** Monthly, I believe. We started off

12 monthly and then -- I don't remember, ma'am. I'm

13 sorry.

14     **Q.** Does he still see her today?

15     **A.** No.

16     **Q.** Does he still see someone for any

17 mental health counseling?

18     **A.** No.

19     **Q.** Does he get counseling in school?

20     **A.** No. No, he has what they call, like, a

21 school clinician for his IEP and stuff like that

22 but, no.

23     **Q.** So he doesn't get any mental health

24 counseling at this point?

138

1      **A.** No.

2      **Q.** When did it stop?

3      **A.** He didn't, like, only at the CANDO

4  clinic was the only place.

5      **Q.** So when did you stop going to the CANDO

6  clinic?

7      **A.** I think the last appointment we had

8  was -- it was in the middle of COVID because it

9  was done over a video on the phone so I would say

10 maybe a year and a half now, two years.

11     **Q.** It looked like from the CANDO records

12 that in June of 2017, JT was diagnosed with a

13 disruptive mood regulation disorder.  Do you

14 recall him being diagnosed with that?

15     **A.** I don't.

16     **Q.** Do you know if any --

17     **A.** I never heard of it.

18     **Q.** Do you know if any event prompted that

19 diagnosis?

20     **A.** No, I don't, I don't even recall that.

21     **Q.** Do you recall him still having issues

22 in 2020 with emotional disturbances?

23     **A.** No.

24     **Q.** In February of 2020, the doctor's

139

1  records note that he was presenting with

2  emotional disturbances, which are chronic, and

3  started about four months ago with no definite

4  triggers so that he missed 20 days of school.

5      **A.** Okay. Maybe a little bit of

6  depression. He's headstrong.

7      **Q.** He was also still showing that he was

8  unable to regulate his emotions when stressed

9  though; right?

10     MR. PINEIRO: Object.

11     **A.** Do you know, like -- he has -- what

12 he's been through, like, ever since then, he's

13 not right. He's sad.

14     **Q.** Well, it seems that he's had problems

15 with emotional disturbances for years prior to

16 the incident and then also as recent as 2020?

17     MR. PINEIRO: Object to the form.

18     **A.** No, I don't recall.

19     **Q.** You don't recall reporting that he was

20 sad and angry and irritable?

21     **A.** Maybe from not sleeping. He has had

22 this problem with not sleeping his whole life.

23     **Q.** And did he try Celexa at some point?

24     **A.** Yes.

140

1      **Q.** And did that Celexa actually trigger

2  suicidal thoughts?

3      **A.** Yes, I believe that was the one, yeah.

4  We stopped it immediately.

5      **Q.** So maybe the appointment that you're

6  recalling that was online with the CANDO clinic

7  was in May of 2020. Does that sound right?

8      **A.** Yeah.

9      **Q.** And at that time he was showing

10 escalating behaviors and feeling depressed with

11 school avoidance?

12     **A.** It was the depression.

13     **Q.** Was he prescribed Zoloft at that point?

14     **A.** Yes.

15     **Q.** Does he still take Zoloft today?

16     **A.** Uh-huh, yes.

17     **Q.** Your complaint states in this case that

18 a number of issues flowed from the incident. Can

19 you describe what issues flowed from the

20 incident?

21     **A.** With JT?

22     **Q.** Yes.

23     **A.** He doesn't like to come out of his

24 room. I mean, he just hibernates. He's

141

1  different. He is sickly afraid of cops.
2      Q. How do you know that?
3      A. We were -- for instance, I will never
4  forget, a few times we've been in my car driving,
5  just to a simple grocery store trip or something,
6  and, you know, if he thinks I'm going too fast,
7  it's, mom, slow down, I don't want to get pulled
8  over. Please, just slow down. Just slow down,
9  please. Or he's very protective, you know, make
10  sure you put your seatbelt on or, you know, he's
11  just -- he's afraid. He wears long shirts to
12  cover his scar, he's embarrassed of his scar.
13      Q. Why do you think that not liking to
14  come out of his room is related to this incident?
15      A. It's just he -- it's different, I don't
16  know, he's never acted like that before. Not
17  show -- like, not wanting to shower, he's just
18  very different. He's just different, he's very
19  different.
20      Q. Has any doctor attributed that behavior
21  to the September 25th, 2017 incident?
22      A. No, I don't believe so.
23      Q. Were you covered by health insurance at
24  the time of the incident?

142

1      A. Yes.
2      Q. Was JT under the same insurance?
3      A. Yes.
4      Q. What company was that?
5      A. MassHealth.
6      Q. Did you have any medical bills to pay
7  associated with JT's medical treatment as a result
8  of the incident?
9      A. Yeah, but I don't -- I mean, I didn't
10  pay -- I don't know.
11      Q. Did you have anything that you paid out
12  of pocket?
13      A. No, no.
14      Q. Are you aware of any medical liens?
15      A. Yes.
16      Q. And what is the amount of the medical
17  lien?
18      A. I believe somewhere in the 20s,
19  20,000s.
20      Q. Has JT had any other injuries or accidents
21  after September 25th, 2017?
22      A. No.
23      Q. At any time did you take notes about
24  what happened on September 25th, 2017?

143

1      A. No.
2      Q. Did you ever file a complaint with any
3  other agency, governmental agency, regarding the
4  alleged incident on --
5      A. No.
6      Q. -- September 25th?
7      A. Never.
8      MS. QUINN: Can we just take a short
9  break? I think I am almost set but I'm sure
10  Attorney Vigliotti has questions for you.
11      MR. VIGLIOTTI: I do.
12      (Short recess taken.)
13      Q. I didn't ask you, what made you switch JT
14  from Gates Lane School to Elm Park?
15      A. The IEP meeting, like, chairperson
16  requested that what was best for him, what was
17  the best fit, the program.  It was called
18  something else. So Gates Lane was SAIL and Elm
19  Park was something else, I can't remember what
20  it's called. And then from there, same thing, we
21  had a meeting, that wasn't the correct program
22  for him so then they placed him here and he's
23  been there since and much better.
24      Q. So each time, the switch to Elm Park

144

1  and then to Hartwell, that was in conjunction
2  with the advice and recommendation of the
3  Worcester Public Schools?
4      A. Correct.
5      Q. And have you ever spoken to any
6  reporters about the incident?
7      A. Oh, never.
8      Q. Okay.
9      A. Never.
10      MS. QUINN: That's all I have, although
11  I am going to make it clear that I have to
12  suspend our portion of the deposition --
13      MR. PINEIRO:  You did say that.
14      MS. QUINN: -- at least for the receipt
15  of the medical records.
16      MR. PINEIRO: You did say that.
17  EXAMINATION BY MR. VIGLIOTTI:
18      Q. Good afternoon, Ms. Beshai. Is it
19  Beshai Torres?
20      A. Yeah, Beshai is fine.
21      Q. Okay. I know I came in late so my name
22  is Attorney John Vigliotti.  I represent Officer
23  John Alers in this matter.
24      I might have missed some of the

145

1  beginning so I am just going to ask a couple
2  questions in regards to any documents that you
3  reviewed today in preparation for this
4  deposition. Can you tell me what documents you
5  reviewed?
6      A. My interview with the two people at the
7  Worcester Police Department, Avedian and I don't
8  know the other gentleman's name.
9      Q. Okay. And did you review any other
10  documents?
11     A.  No.
12     Q. So just the --
13     A. I listened to the 9-1-1 call but it
14  was, like, a month ago.
15     Q. Okay. So as you sit here today, the
16  only document you reviewed was the interview you
17  had with the Worcester police investigators that
18  you can recall?
19     A. That I can recall, yes.
20     Q. And when you reviewed that document,
21  was there anything in that document that you felt
22  was inaccurate?
23     A. Yes.
24     Q. And what was that?

146

1      A. The part where it says what arm, I
2  believe, because it's his right arm and not his
3  left arm.
4      Q. Okay. And is it your memory that
5  document indicates that there was testimony that
6  it was, when we say he, JT, your son's, left arm?
7      A. Right.
8      Q. In the document?
9      A. Yes.
10     Q. Okay. And it's your memory that it was
11  his right arm that was injured?
12     A. It is.
13     Q. Other than the issue with which arm it
14  was that JT injured, anything else that you think
15  should be corrected in that document?
16     A. No.
17     Q. Okay. I'm going to jump around a
18  little bit but I want to start with the incident.
19     A. Okay.
20     Q. And then when I say the incident, I'm
21  referring to the September 25th, 2017 interaction
22  with the Worcester Police Department.
23     A. Okay.
24

147

1      Q. And you recall that, you've given some
2  testimony on that already today?
3      A. I did.
4      Q. Okay. And when you were talking, or
5  answering questions from Attorney Quinn, there
6  was some mention about the wires or the rear view
7  mirror -- strike that -- the rear view mirror of
8  the vehicle. And it's your memory, you said that JT
9  ripped off the rear view mirror?
10     A. He did.
11     Q. Okay.  And I don't think you recall so
12  I just want to see if I can pry your memory a
13  little bit about what you recall after the mirror
14  was ripped off. And in regards to that, do you
15  recall seeing any wires hanging?
16     A. I think there was, like, one that had
17  to go with -- because it had, like, you know, the
18  degree for outside or whatever in the rear view
19  mirror so I think there was one wire maybe
20  hanging there or so that was attached with the
21  mirror itself, but the mirror was down so I think
22  maybe, like, one wire was hanging there, if I can
23  recall correctly.
24     Q. Okay. And this is the type of rear

148

1  view mirror that has some type of electrical
2  component to it?
3      A. Right.
4      Q. So there were some wires that went to
5  it?
6      A. I believe there was a wire or two,
7  yeah.
8      Q. Okay. And when you say he ripped it
9  off, was it disengaged from that wire, the rear
10  view mirror?
11     A. Yeah, it was completely off.
12     Q. Okay. And when he ripped it, did it
13  fall -- can you describe for me where it fell?
14     A. Well, he -- it's, like, he took it literally
15  and just yanked it down and it went
16  right to the dash on my board, on the dashboard
17  of the vehicle.
18     Q. So it was up on the dashboard?
19     A. Correct.
20     Q. And is that where it remained when the
21  police showed up?
22     A. I believe so, yes.
23     Q. And when he ripped that down, the
24  mirror down, did you have any conversation with

149

1  JT about it?

2      **A.** No, I believe I left -- just, like,

3  left it alone because I knew that he was  upset.

4      **Q.** You didn't say anything to JT about ripping

5  the rear view mirror --

6      **A.** I don't believe I did.

7      **Q.** -- off your vehicle?

8      **A.** I don't believe I did. I'm sorry.

9      **Q.** And I'm sorry to interrupt but it makes

10  it very difficult for the stenographer  if  we

11  speak over each other.

12      THE WITNESS: I'm so sorry.

13      **Q.** So I will try to make sure I don't

14  speak over you; if you could do the same, it will

15  be very helpful. Thanks.

16      Now, you said JT became upset while you

17  were in the car because you had mentioned about

18  him having to take the school  bus  to school?

19      **A.** Yes.

20      **Q.** Okay. When did that conversation with JT

21  take place? What I mean by that is how much

22  time prior to you arriving at the Brite's Cleaners?

23

24

150

1      **A.** It was literally, like, as I was

2  pulling into -- we were having that

3  conversation -- it probably all started right at

4  the red light at Gates Lane, like we were

5  probably at the red light right there. Right

6  here on Holland Street, Holland Road, I would

7  say.

8      **Q.** When you say --

9      **A.** This is the light right here is when we

10  were talking about it and I made the remark and I

11  can just remember pulling in here -- when I made

12  the comment to them, if nobody likes it, we can

13  just simply take a school bus, and I can just

14  remember pulling in here and him reaching over in

15  the middle of us and yanking it -- reaching  in

16  and just yanking it down.

17      **Q.** Okay. And just for clarification,

18  because you pointed to Exhibit 1 and when you

19  did, when you said here, you were referring to

20  the intersection -- can I just see Exhibit 1,

21  please, so I can describe it for the

22  stenographer? You were referring to the

23  intersection of Main Street and Holland  Road?

24      **A.** Correct.

151

1      **Q.** Okay.   And was JT in a seatbelt?

2      **A.** No.

3      **Q.** Okay. And he doesn't wear a seatbelt?

4      **A.** He normally does but he didn't.

5      **Q.** Okay. And do you know why he wasn't

6  wearing a seatbelt?

7      **A.** I don't. I think he had tooken (sic)

8  it off because he was upset and moving, you know.

9  He was -- he took the Gatorade bottle and, you

10  know, threw it to the front, was reached over in

11  the middle, you know. He was moving around so he

12  unbuckled it.

13      **Q.** And was he agitated when he woke up

14  that morning, you indicated previously he didn't

15  sleep much?

16      **A.** He wasn't really, no, showing me any

17  signs at all. I would have just left him

18  sleeping.

19      **Q.** You indicated that when you were there,

20  he was yelling and you didn't -- I believe you

21  said you didn't feel safe pulling out of the

22  parking lot, that JT was yelling profanities and

23  that's why you decided to call  9-1-1?

24      **A.** Yes.

152

1      **Q.** JT was diagnosed with autism fairly young

2  age of three?

3      **A.** Yes.

4      **Q.** Okay. Had you ever dealt or had

5  counseling or instructions on how to deal with an

6  autistic child to calm them  down?

7      **A.** I have.

8      **Q.** Okay.  And did you implement -- what

9  have you had in regards to counseling or training

10  to try to calm down an autistic  child?

11      **A.**  So -- well, I've never encountered him

12  to be that upset but I've always bubbled him.

13  And what I mean by that, I put my arms out and

14  they would rock in me and bubble  them.

15      **Q.** Okay. So you would almost, like, hug

16  him?

17      **A.** Correct.

18      **Q.** And where did you learn that technique

19  from?

20      **A.** With Dr. Carson and then his pediatric.

21  Where else? Oh, jeez. I don't remember where

22  else. I'm sorry.

23      **Q.** Okay. So your memory is exhausted as

24  to where else you had learned that technique?

153

1    **A.** I know that I worked with the Autism
2    Resource Center, too, many years ago.
3    **Q.** When you say you worked with the Autism
4    Resource Center, where is that located?
5    **A.** In West Boylston, it was at the time.
6    I spoke with them, you know, this was years ago,
7    and it wasn't with JT, it was more with  Jay T so I
8    had already received, you know, knowing how to
9    handle children on the spectrum because I have
10   Jay T.
11   **Q.**   And you say it was more with Jay T but did
12   you ever work with the Autism Resource Center
13   with JT?
14   **A.** No.
15   **Q.** So you never had any interaction with
16   them in regards to JT?
17   **A.** No.
18   **Q.** When did you stop using their services
19   with Jay T?
20   **A.** Probably, like -- I wasn't involved
21   with them for long, maybe six months to a year.
22   **Q.** And do you recall what years those
23   were?
24   **A.** Maybe 2009.

154

1    **Q.** And why did you stop using their
2    services?
3    **A.** I'm sorry, it wasn't -- maybe 2010.
4    Sorry. I'm so bad with math -- I mean, with
5    remembering. Say that again?
6    **Q.** I asked you -- since you're going back
7    to my previous question, I'll just clarify.  I
8    asked you when was the last time you used their
9    services?
10   **A.** I would say, like, 2010.
11   **Q.** And then the question I asked after
12   that is why did you stop using their services?
13   **A.** I didn't feel like I needed it because
14   they were receiving the ABA therapy.
15   **Q.** And you say they were receiving the ABA
16   therapy. Who is they?
17   **A.** Sorry, Jay T and JT.
18   **Q.** So at that time JT was receiving ABA
19   services how?
20   **A.** The woman would come to the home and,
21   you know, work with him with, like, flash cards,
22   verbal things. They weren't verbal, Jay T and JT
23   were not verbal, so they would teach them,
24   you know, fish, just showing flash cards.

155

1    **Q.** And how did you get the ABA services in
2    your home?
3    **A.**    Through Dr. Malkani referring.
4    **Q.** Do you remember who the ABA service
5    provider was that came to your  home?
6    **A.** No, I do not.
7    **Q.** How long were they in the ABA services
8    in your home for?
9    **A.** I would say about a year, maybe, six
10   months to a year.
11   **Q.** Six months to a year?
12   **A.** Yeah.
13   **Q.** And do you remember what time period,
14   what year that was?
15   **A.** I lived on Garland Street so I don't.
16   **Q.** It was while you were living on Garland
17   Street?
18   **A.** Yes, because that's the home that she
19   came to.
20   **Q.** And when you lived on Garland Street,
21   were you living with your mother, Gina?
22   **A.** My sister is Gina.
23   **Q.** Your sister, Gina?
24   **A.** Yeah, yes.

156

1    **Q.** Is Gina the one you had custody of?
2    **A.** Yes.
3    **Q.** And how long was Gina -- I'm sorry, you
4    gave us her date of birth. Can you just repeat
5    that for me, please?
6    **A.**   Yes, it's October 30th,  1989.
7    **Q.**   And you had custody of  her?
8    **A.** I did.
9    **Q.** And was that through a care and
10   protection or a guardianship?
11   **A.** Guardian, guardianship through DCF.
12   **Q.** Okay. And did you have to go to the
13   juvenile court for that guardianship?
14   **A.** I don't think I did, I don't remember.
15   **Q.** You don't remember if it was a hearing?
16   **A.** I don't remember, I just know that it
17   was through -- I went throughout DCF, her worker,
18   paperwork, and they took her from the Key Program
19   that she was in and placed her with me.
20   **Q.** And did you have guardianship with her
21   because of mental health issues or other reasons?
22   **A.** Other reasons.
23   **Q.** And what were the other reasons?
24   **A.** My mom became -- when my father passed

157

1  away, my mom became a little bit of an alcohol --
2  liked to drink, was an alcoholic, and wasn't fit
3  for my sister.
4      Q. And when did that guardianship end?
5      A. When she, like, became of age.
6      Q. Going back just to that incident, you
7  indicated previously you learned the bubbled hug.
8  You also mentioned on the cross-exam -- strike
9  that -- on the examination by Attorney Quinn
10 about a crisis intervention number, that you were
11 aware of that. How were you aware of a crisis
12 intervention number?
13     A. Through, like, the ABA, through Joann
14 Carson, through CANDO, through his pediatrician,
15 they've all -- I mean, when you have children on
16 the spectrum, no matter what, the schools, they
17 always tell you, for any reason at all, if you
18 ever need any type of assistance.
19     Q. Okay. So how long had you been aware
20 of a crisis intervention number for assistance?
21     A. Since they were little.
22     Q. Okay. And do you have a -- do you use
23 a cell phone?
24     A.  I do.

158

1      Q. And did you have a cell phone at the
2  time?
3      A. I did.
4      Q. Did you have that number in your cell
5  phone?
6      A. Unfortunately, I did not.
7      Q. Had you ever called the crisis --
8      A. Never.
9      Q. -- intervention hotline before?
10     A. Never.
11     Q. So during this interaction, you
12 indicated JT became very upset. At some
13 point you told JT you were going to call the crisis
14 line?
15     A. I did -- I don't believe that I told
16 him that.
17     Q. So as you sit here today, do you have a
18 memory of telling JT that you were going to call
19 the crisis hotline?
20     A. I said that I was going to call for
21 help, I believe that's what I said.
22     Q. So your memory, as you sit here today,
23 is that you indicated that you told JT you were
24 going to call for help?

159

1      A. I did.
2      Q. Do you have any memory of telling him
3  that you were going to call the crisis hotline?
4      A. Not that I can remember.
5      Q. And when you told JT that you were going to
6  call for help, how did he react?
7      A. He was a little upset.
8      Q. And when you say he was a little upset,
9  can you describe to me how he was just a little
10 upset?
11     A. I mean, he was yelling, swearing that
12 he didn't -- telling me that maybe I was
13 overacting. I don't remember, sir, I just know
14 that he was upset.
15     Q. Okay. And I'm just trying to -- I want
16 you to describe to me how he was upset. What
17 were you observing of his behavior?
18     A. Yelling, just acting out, I mean,
19 yelling at me.
20     Q. Did he threaten you in any way?
21     A. No.
22     Q. Has he threatened you in the past?
23     A. Never.
24     Q. Does JT have a history of

160

1  threatening other individuals?
2      A. Never.
3      Q. So your memory, as you sit here today,
4  is JT has not threatened other individuals or
5  have had a history of threatening harm to other
6  individuals?
7      A. Not that I recall, no.
8      Q. Okay. And you ended up calling 9-1-1?
9      A. I did.
10     Q. Okay. And when you spoke to dispatch,
11 during that phone conversation with dispatch, do
12 you have any memory of them informing you that
13 they were sending the police?
14     A. I don't remember. Alls (sic) I
15 remember is her saying that she would transfer me
16 to medical, medical atten -- medical, or
17 something -- and I can remember speaking with
18 them as well.
19     Q. So when the police arrived, were you
20 surprised to see them?
21     A. I was, I thought -- I mean, truthfully,
22 my impression is, like, an ambulance or something
23 was coming.
24     Q. Okay. So when you called 9-1-1, after

161

1  you hung up with the 9-1-1 operator, your
2  impression was the only person coming was an
3  ambulance?
4      A. Yes, but usually, I mean, I know that
5  when you call 9-1-1, like, a fire department
6  usually is the first responder.
7      Q. And what is the basis you make the
8  statement that when you call 9-1-1, the fire
9  department is usually the first responder?
10     A. I mean, because when -- just any -- I
11 mean, I know that, being an adult, I mean, if you
12 ever call, usually the people, like anybody, if
13 anybody calls, usually they're first responders.
14 Aren't they? I don't know. I'm sorry, maybe I'm
15 wrong.
16     Q. I'm just trying to clarify this --
17     A. Yeah, --
18     Q. -- because you made the statement.
19     A. -- I said it, I know I did. I don't
20 know.
21     MR. PINEIRO: Let him finish.
22     THE WITNESS: Sorry.
23     Q. I'm just trying to clarify, because you
24 made the statement, what the basis of knowledge

162

1  is and if that's your answer, that's fine.
2      A. Yeah, that is.
3      Q. It's just that's what I'm asking, is
4  your knowledge of that statement.
5      A. That is my understanding, yes.
6      Q. Okay. So when the police arrived, you
7  indicated in previous testimony that you got out
8  of the car and went over to the police officers?
9      A. I did.
10     Q. So before they could get to your
11 vehicle, you approached them?
12     A. I did.
13     Q. And, I'm sorry, I was at the other end
14 of the table when you were using your diagram.
15 So you used previously Exhibit 1 to mark where
16 your vehicle was and where the police vehicles
17 pulled up; correct?
18     A. This is where they were, right here.
19 This is the entrance. This is me over here.
20     Q. Okay.
21     A. So when I say they, I mean the
22 officers' car.
23     Q. And just for clarification, can you
24 just write BT for Beshai Torres next to your

163

1  vehicle on Exhibit 1?
2      A. Sure. (Witness complied.)
3      Q. And can you just draw a vehicle where
4  the police vehicles were and put PD1 for the
5  first car you saw and PD2 for the second car?
6      A. (Witness complied.)
7      Q. Okay. So that's where the vehicles
8  were?
9      A. Yes.
10     Q. And did you go over to their vehicles
11 or did you meet them in between your vehicle and
12 their vehicle?
13     A. I met them about halfway in between.
14     Q. Okay. And when you met them, were both
15 officers together?
16     A. I believe they were, yes.
17     Q. Okay. And can you tell me what you
18 recall from the conversation you had with them?
19     A. Yes.
20     Q. Tell me everything you can recall from
21 that conversation.
22     A. I walked directly up to them and I
23 said, hi, I'm really -- you know, we've never had
24 to do this before. This is brand new. He is

164

1  disabled. He has calmed down. And Officer Alers
2  then said to me, okay, well, we're going to go
3  and talk to him. We're going to go over and talk
4  to him, and I said okay.
5      Q. So at this point you're -- strike that.
6      At this point you're saying JT was calmed
7  down?
8      A. Very, I was ready to leave but I didn't
9  want to leave because I had already knew that I
10 had called.
11     Q. You said you didn't want to leave
12 because you had already called but why didn't you
13 want to leave because you called already if he
14 was calm?
15     A. Well, because I didn't want -- I had
16 called professional people and I don't think that
17 it's right to leave after calling anyway, you
18 know, like a 9-1-1. I don't believe that you
19 should leave without letting, you know, talking
20 to them and letting them know everything is okay.
21     Q. Did you call back 9-1-1 to tell them
22 that everything was okay?
23     A. I didn't, because he was calm and I
24 didn't, you know.

165

1    Q. How long before the officers arrived
2  was JT calm?
3    A. He calmed right when I hung up with the
4  9-1-1 lady. Like I said -- can I just tell you
5  that he was more upset that I was on the phone
6  and when I hung up with them, he was calm, he was
7  sitting in the front seat not saying a thing.
8    Q.  Okay.  So it's your memory, as soon as
9  you hung up the phone with the 9-1-1 operator, he
10  calmed down?
11    A. He calmed down, I didn't pull my phone
12  back out.
13    Q. So how long before the police
14  arrived -- strike that.
15       How much time had passed before the
16  police arrived from that point?
17    A. Maybe five minutes or so, I don't -- I
18  don't recall.
19    Q. Okay. So during that period of time JT
20  calmed down until the time the police arrived,
21  what were you doing?
22    A. I was just sitting in my car.
23    Q. So for that period of time, you were
24  just sitting in your car, you didn't leave and

166

1  you didn't call 9-1-1?
2    A. I did not.
3    Q. You saw the police arrive and you
4  approached them, and I think you told us what you
5  recall from the conversation with the police
6  officers?
7    A. Correct.
8    Q. Do you recall anything else during that
9  conversation with the police officers?
10    A. No.
11    Q. Okay. Did you tell them that JT was
12  calmed down and you didn't need their
13  services anymore?
14    A. I didn't tell them that I didn't need
15  them, no.
16    Q. At that point did you feel you didn't
17  need them?
18    A. I did.
19    Q. But you didn't communicate that with
20  them?
21    A. I didn't.
22    Q. And you indicated that Officer Alers
23  indicated he was going to go talk to JT?
24    A. Yes.

167

1    Q. During that time, did you recognize
2  officer Paul McCarthy?
3    A. I did.
4    Q. Did you have any personal conversation
5  with him about the incident of any nature?
6    A. No.
7    Q. Did Paul indicate -- Paul McCarthy
8  indicate he recognized you?
9    A. Other than just saying, hi, how's it
10  going, you know, maybe, hi, but no.
11    Q. Was there any other conversation you
12  had with Officer Paul McCarthy?
13    A. Not that I remember, no.
14    Q. Okay. When Officer Alers went over to
15  your vehicle to talk to JT, what did you and
16  Officer McCarthy do?
17    A. Well, Officer McCarthy went to my
18  driver's side -- well, the driver's side of my
19  truck and I stood kind of, like, next to Officer
20  Alers, like, more towards the rear of my truck.
21    Q. And when you say the rear of your
22  truck, that was on the passenger side?
23    A. That's correct.
24    Q. And you have previously indicated that

168

1  you could see JT's body because you could see his
2  hands fidgeting. Do you remember that testimony?
3    A. Yes.
4    Q. Can you describe to me how he was
5  sitting in that seat in your own words?
6    A. He was sitting facing forward, one --
7  his right leg kind of, like, dangling out like
8  this and, I mean, maybe, like, the knee kind of
9  in but the calf part/foot out and facing forward
10  and his hands on his lap and just fiddling with
11  his hands -- thumbs.
12    Q. So he was facing forward meaning facing
13  the dashboard of your vehicle, --
14    A. Correct.
15    Q. -- when you say facing forward?
16    A. Yes.
17    Q. Okay. And was his back up against the
18  seat?
19    A. Yes.
20    Q. Okay. And you indicated his right leg
21  was kind of hanging out the door?
22    A. A little bit, yes.
23    Q. Okay. What was Officer Alers' position
24

169

1  at that time?

2      A. He was facing in towards JT.

3      Q. Okay. And how close was he to the

4  vehicle, and he being Officer Alers?

5      A. He was inside of the door.

6      Q. And he was inside the door. Okay.

7      A. Yeah, he was very close.

8      Q.  And you, I think, indicated you're at

9  the rear of the vehicle kind of by the gas tank,

10  I think you previously said?

11     A. Yeah, between the gas tank and the

12  door, back seat door.

13     Q. Okay. And was Officer Alers engaged in

14  conversation with JT?

15     A. He asked him, hey -- well, he said,

16  hey, bud, and JT did not answer him, and then he,

17  you know, what's going on, bud? He didn't answer

18  him, and that was it.

19     Q. And when he was having this

20  conversation with JT, how close was he to JT?

21     A. Same place, standing inside of the

22  door.

23     Q. So he was kind of inside the door.

24

170

1  And, again, I'm just trying to get a picture.

2  When you say inside the door, the door was open?

3      A. Door was wide open and he was, like,

4  standing inside of the door, like -- I don't know

5  how to describe it. The door was open and he was

6  inside the doorway. I can't remember if -- I

7  know that one of them, like, was, like, you know,

8  like, hey, bud, kind of, like, hanging in  there

9  with him.

10     Q. Kind of leaning on the vehicle?

11     A. Right.

12     Q. Do you know if that was Officer Alers

13  or not?

14     A. I think it was Officer McCarthy on the

15  other side.

16     Q. Okay. And how was --

17     A. And Officer Alers was standing -- I

18  can't -- the door was open -- the driver's -- I

19  mean, the passenger side door was open and he was

20  just standing directly like this, almost, like,

21  a -- this is the truck and this is him, like,

22  just standing -- like, almost inside but not

23  inside, standing outside of the door.

24     Q. Okay. And I just want to describe for

171

1  the record because we don't take down video.

2      A. Sorry.

3      Q. That's okay. You made a motion with

4  your hands almost like a T?

5      A. Correct.

6      Q.  So I take it the car was almost -- he

7  was almost T with the car, the car would be long

8  parallel and Officer Alers was kind  of  looking

9  into the car facing the car?

10         MR. PINEIRO: Object to form.

11     A. Yeah. I mean, and I showed you on here

12  where he was standing, too.

13     Q. Right. I'm just trying to get how

14  close he was to JT.

15     A. Yeah, he was inside. Oh, extremely,

16  possibly -- extremely close, I don't know. They

17  were close, I know that, yeah.

18     Q. Okay. So there wasn't a lot of

19  distance between them?

20     A. Not at all.

21     Q. Okay.  And do you recall anything else

22  other than what you  previously  testified

23  regarding anything you heard Officer Alers saying

24  to JT?

172

1      A.   No, just other than, hey, what's going

2  on, bud? Or, hey, bud, what's going on? I know

3  he used the word, hey, bud or bud.

4      Q. Okay. Other than that, could you hear

5  any other communication between Officer Alers and

6  JT?

7      A. Not at all, my son didn't speak.

8      Q. Okay. Could you hear Officer Alers

9  saying anything else other than what you

10  previously testified to?

11     A. Not that I remember, no.

12     Q. Did you hear Officer McCarthy say

13  anything to JT?

14     A. No.

15     Q.  And how long did Officer Alers engage

16  with JT during this conversation at the door?

17     A. Maybe a minute or so, I don't -- yeah.

18     Q. And at some point did things change

19  between the interaction between Officer Alers and

20  JT?

21     A. Yes.

22     Q. Okay. And that was after about a

23  minute or so?

24     A. I would say about, yeah.

173

1   Q. Okay. And what changed?

2   A. When my son didn't reply, he was, like
3   I said, fidgeting around. He had his snack bag
4   of chips, you know, with him or whatever and he
5   threw it to the ground beside Officer Alers and I
6   noticed that that's when Officer Alers grabbed my
7   son and placed him -- well, threw him to the
8   ground.

9   Q. At any point during this interaction
10  did you see JT bang his hand against the dash or
11  play with the wires?

12  A. Not at all.

13  Q. You never saw that?

14  A. Never.

15  Q. Okay. And you indicated you saw a bag
16  of trash come out of the car. Potato chips, it
17  was an empty bag?

18  A. No, it was full.

19  Q. It was a full bag?

20  A. Yeah, it was a 25 cent -- it was his
21  school snack for that day, a 25 cent bag of
22  chips.

23  Q. Okay. Do you know where that was
24  located in the car?

174

1   A. I don't remember, I want to say he had
2   it with him on his lap.

3   Q. Now, when you say he had it with him on
4   his lap, did you see it on his lap or are you
5   guessing on that?

6   MR. PINEIRO: Object. Form.

7   A. I don't recall.

8   Q. And that's all I'm looking for is your
9   memory.

10  A. Yeah, and I apologize.

11  Q. There's no need to apologize, I am just
12  looking for your memory.

13  A. Okay. I know. Sorry.

14  Q. That's okay. So you don't recall
15  exactly where the bag of chips was?

16  A. No.

17  Q. Okay. But at some point you indicated
18  you saw the bag of chips come out of the car?

19  A. I did.

20  Q. Okay. But you don't know where they
21  came from?

22  A. Well, they came from --

23  Q. Well -- I'm sorry, I don't mean to
24  interrupt. Go ahead.

175

1   A. They came from Jo, I don't know where,
2   like, he got -- I could have sworn they were on
3   his lap, like, when he was fiddling.

4   Q. But do you know that? You just
5   previously testified you don't recall where the
6   chips were?

7   A. I don't recall were they were, where he
8   got them.

9   Q. Okay. So your first -- strike that.

10  At one point you see the chips come out
11  of the car?

12  A. Yes.

13  Q. Okay. And did they go in front of
14  Officer Alers, behind him, can you just describe
15  how the chips came out of the car?

16  A. Beside him.

17  Q. And you say beside him. Was it closer
18  to you or closer to the open door?

19  A. What do you mean?

20  MR. PINEIRO: Object. Form.

21  A. I don't know what you mean. I'm sorry.

22  Q. When the chips came out of the car
23  door --

24  A. They came out and they went directly to

176

1   the ground.

2   Q. So in front of Officer Alers, at his
3   feet? That's what I'm just trying to get, where
4   they came out?

5   A. To the side. No, by him, like,
6   literally right by him, zoop, to the ground.

7   Q. So the bag of chips went by him to the
8   ground?

9   A. To the ground, yup.

10  Q. Okay. And was it by him on the side
11  closest to you?

12  A. Yes, it would have been between us,
13  yes.

14  Q. Okay. And did you see the motion of
15  how JT tossed that bag of chips out of the car?

16  A. I did, and it was, like, under. Can I
17  demonstrate?

18  Q. Sure, then we'll just describe it.

19  A. (Witness indicating.)

20  Q. So you just grabbed a thing of tissues
21  and described almost like a flicking of the
22  wrist --

23  A. Yeah.

24

**177**

1  Q. -- out?

2  A. Yeah.

3  Q. Okay. And did he use his right hand,

4  did you see him use his right hand to throw those

5  out?

6  A. He did.

7  Q. And you indicated at that point did you

8  hear Officer Alers say anything to JT?

9  A.  I don't recall him saying anything.

10  Q. Okay. And what did you observe once

11  the chips came out?

12  A. He grabbed -- then he grabbed my son by

13  his arm, placed him -- I keep saying -- he put

14  him on the ground and then Officer McCarthy came

15  around the truck and they were just literally

16  tackling him.

17  Q. Okay. I just want to go back because

18  you said Officer Alers grabbed him by his arm.

19  Can you just describe what arm Officer Alers

20  grabbed?

21  A. His right arm.

22  Q. So JT's right arm?

23  A. Correct.

24  Q. Where on his arm did he grab?

**178**

1  A. I want to say he grabbed him by his --

2  like, right around here.

3  Q. Just for the record, when you say right

4  around here, you demonstrated --

5  A. Like, his hand/wrist area.

6  Q. You just got to let me finish.

7  A. I'm sorry.

8  Q. That's okay, because I've just got to

9  describe for the stenographer what you did for

10  that action. So you just grabbed your wrist and

11  said, this area, and you believe it was around

12  the wrist area and that's what you just described

13  physically by grabbing your wrist?

14  A. Yes.

15  Q. Okay. So you believe Officer Alers

16  grabbed him by his wrist. His right wrist?

17  A. Yes.

18  Q. Okay. And can you describe how he then

19  proceeded to get him out of the car?

20  A. Pulling.

21  Q. And when you say pull, was he using one

22  hand, two hands, can you describe how he pulled?

23  A. He -- I think -- I believe it was one.

24  It was -- I believe it was just one hand.  I

**179**

1  was -- you have to -- oh, my goodness, it's been

2  awhile and you have to understand this was all so

3  fast.

4  Q. I'm just looking for you, like we

5  said --

6  A. He pulled him out. One hand pulled him

7  out, had him on the ground. Officer McCarthy

8  came over and was tackling him. They were

9  literally, like, on top of him.

10  MR. VIGLIOTTI: Attorney Pineiro, do

11  you want to take a break now, it's almost two

12  o'clock, before I start getting into another line

13  of questioning?

14  MR. PINEIRO: Sure. Thank you so much.

15  (Deposition Exhibit No. 5 Marked.)

16  (Short recess taken.)

17  Q. Ms. Beshai, I think before we broke, we

18  were talking about when Officer Alers was

19  removing, as you claimed, JT from your

20  vehicle. I believe your last answer was that he

21  grabbed him by the wrist area of his right arm

22  and pulled him out?

23  A. Correct.

24  Q. Okay. And I just want to clarify that.

**180**

1  You indicated Officer Alers grabbed him with one

2  arm and pulled him?

3  A.  I believe so.

4  Q. And then when -- you didn't see JT jump

5  out of the car or come out of the car at all?

6  A. No, not at all.

7  Q. And it's your memory that you saw

8  Officer Alers pull him by the right arm by his

9  wrist and when he did that, can you describe how

10  JT came out of the vehicle?

11  A. He came out and -- well, he was pulled

12  out and then he pulled him -- like, he went like

13  this to the ground and he was turned around by

14  the officer, you know, like, facedown on the

15  ground. He pulled him to -- from the car to the

16  ground.

17  Q. I just want to clarify what you mean by

18  pull. When he pulled him, did JT fall immediately

19  to the ground or did -- can you just describe how

20  he came out? That's what I'm trying to clarify.

21  A. He pulled him on -- I mean, he came out

22  and went to the ground, yes, he pulled him to the

23

24

181

1  ground.

2  Q. Was JT braced in any way before he went to

3  the ground?

4  A. Can you tell me what that means?

5  Q.  What I mean is you indicated he

6  grabbed -- Officer Alers grabbed him by his right

7  wrist and pulled him out of the vehicle. When he

8  pulled him, as you've described, out of the

9  vehicle, did JT go immediately to the

10  ground --

11  A. Yes, --

12  Q. -- or did he land on his feet?

13  A. -- because he placed him -- yeah,

14  because he pulled him there to the ground.

15  Q. Okay. And that's what I'm trying to

16  get because I'm having a hard time understanding,

17  maybe it's me. When he came out, did JT go flat

18  on his stomach or did he go on his feet

19  first?

20  A. Well, he pulled him out and he ended

21  up -- I don't know, I can't remember if he was

22  out on, you know, like, on his knees or something

23  and then they put him on his belly. He went

24  immediately down to the ground and then to the

182

1  stomach.

2  Q. Okay. But you don't recall if his feet

3  hit the ground first or his knees, that's what

4  I'm trying to say?

5  A. I think it was his knee. I think it

6  was the knee, if I'm not mistaken.

7  Q. I'm just trying to get your best

8  memory.

9  A. That's my best memory.

10  Q. Okay. He came out, went down to his

11  knee, and then what did Officer Alers do?

12  A. Put him on the -- he was on his stomach

13  area.

14  Q. Okay. And which direction was his

15  head, and he being JT?

16  A. Uh-huh. I can show you right here. He

17  was right here, right outside of the door, like,

18  right here.

19  MR. PINEIRO: He wants to know, which

20  direction was his head?

21  MR. VIGLIOTTI: Thank you.

22  A. His head was facing, like, towards this

23  way, towards the front of my vehicle.

24  Q. Okay. Towards Main Street?

183

1  A. Correct.

2  Q. So previously you did a diagram that's

3  been marked as Exhibit 5 and that stick figure

4  was JT; correct?

5  A. Yes.

6  Q. Okay. Can you just draw what side Main

7  Street was on in relation to his head?

8  A. (Witness complied.) In front of

9  McCarthy.

10  Q. And can you just write Main Street

11  above that line that you just drew?

12  A. (Witness complied.)

13  Q.  Okay.  And just for the record, you

14  drew a line and wrote Main Street and that's the

15  direction of where Main Street was located in

16  relation to JT's head?

17  A. Yes.

18  Q. Okay. And do you know how many feet

19  away from the street or sidewalk JT was?

20  A. It was, like, right outside the door

21  being open. Maybe eight feet, maybe, I would

22  say, to the sidewalk.

23  Q.  Was he parallel to the passenger door

24  or more towards the hood area of the vehicle?

184

1  MR. PINEIRO: Object. Form.

2  A. I don't know. Like, right -- I would

3  say by the door, right by the door, right

4  outside -- like, in between the door area.

5  Q. Okay. Was that the area that you

6  previously described where Officer Alers was

7  standing?

8  A. Correct.

9  Q. Okay. So that's the general vicinity

10  where JT was taken to the ground?

11  A. More out a little bit.

12  Q. A little bit farther away from the

13  vehicle?

14  A. Correct.

15  Q. Can you give me an estimate about how

16  many feet away from the vehicle he was on the

17  ground?

18  A. No, no, I think -- so, like, the door

19  was open so he was outside of the door, is what

20  I'm trying to say.

21  Q. Okay. So he was beyond the open door?

22  A. The door, correct.

23  Q. Okay.

24  A. He was brought down right outside the

185

1 door, right outside down to the door.
2    **Q.** Okay. So beyond the open door though?
3 If the door is open, he was a little bit farther
4 beyond the door?
5       MR. PINEIRO: Object. Form.
6    **A.** I think I answered that. I'm sorry. I
7 think I answered that already.
8    **Q.** I am asking because I'm not clear about
9 where he was.
10   **A.** He was right outside the door on the
11 ground. I mean, I'm doing the best that I can
12 here.
13   **Q.** Maybe this will help me. So what I'm
14 going to show you, this is your vehicle.
15   **A.** Uh-huh, yes.
16   **Q.** And I believe you indicated that that
17 was the open door. If we're facing this way,
18 this is Main Street; right?
19   **A.** Yes.
20   **Q.** What I'm asking is whereabouts was JT
21 on the ground?
22   **A.** Right here.
23   **Q.** Out there?
24   **A.** Right outside that door.

186

1    **Q.** Okay.
2    **A.** I'm sorry.
3    **Q.** Thank you. If you don't mind,
4 Ms. Beshai Torres, can you just initial right
5 there?
6    **A.** JT?
7    **Q.** JT, yes.
8    **A.** (Witness complied.)
9    **Q.** And that's approximately where he was
10 on the ground?
11   **A.** Correct, yes.
12      MR. VIGLIOTTI: If we can mark this as
13 Exhibit 6?
14      (Deposition Exhibit No. 6 Marked.)
15   **Q.** And when JT was on the ground, do you
16 recall any conversations between Officer Alers
17 and JT?
18   **A.**  Not at all.
19   **Q.** Okay. And you gave some testimony that
20 at some point you heard Officer Alers ask for
21 help getting one of JT's arms to handcuff?
22   **A.** Yes, yes.
23   **Q.** Can you tell me what you recall from
24 your memory of that communication?

187

1    **A.** I can remember him speaking with
2 Officer McCarthy, you know, just overhearing, you
3 know, him telling him, you know, help me, or
4 whatever.
5    **Q.** Did you hear him -- strike that.
6       Can you tell me what you recall, from
7 your memory, what you heard between the two
8 officers, the communication?
9    **A.** I mean, other than -- no, it's more
10 visual, that's the thing, I don't -- no, I don't.
11   **Q.** Right now I'm just asking about the
12 communications that you recall hearing.
13   **A.** Yes, I don't remember.
14   **Q.** Okay. So at some point you indicated
15 then that Officer McCarthy had grabbed a hold of
16 one of JT's arms?
17   **A.** Yes.
18   **Q.** And that would be his right arm?
19   **A.** Yes.
20   **Q.** Okay. Prior to this, had you heard JT
21 complain about any pain to his arms?
22   **A.** No.
23   **Q.** Okay. So when he was brought to the
24 ground by Officer Alers, had you heard JT

188

1 complain about any injuries to his arm?
2    **A.** No.
3    **Q.** Okay. Now, you indicated that Officer
4 McCarthy had grabbed a hold of his right arm,
5 JT's right arm?
6    **A.** Yes.
7    **Q.** Okay. And that he brought it back?
8    **A.** Yes.
9    **Q.** Behind JT?
10   **A.** Yes.
11   **Q.** Okay. Can you describe that action to
12 me, of what you observed?
13   **A.** Yeah, he was -- he was up on the top of
14 his head and he, like, lifted his arm and just
15 literally, like, like, threw it, like, forced it,
16 towards the back.
17   **Q.** And when you say he, being Officer
18 McCarthy?
19   **A.** I do.
20   **Q.** Did you see Officer Alers grab the
21 right arm?
22   **A.** Then he grabbed the arm.
23   **Q.** At what point did Officer Alers grab
24 the right arm?

189

1     A. When Officer McCarthy, like, threw it
2  to the back.
3     Q. So it wasn't until it was brought to
4  the back of JT that Officer Alers -- when you say
5  Officer Alers grabbed his arm at that point?
6     A. Yes.
7     Q. Describe to me how Officer Alers
8  grabbed his arm.
9     A. He then grabbed it and forced it, like,
10 behind him to put the cuffs on him.
11    Q. Was the arm already behind him though
12 when Officer Alers grabbed it?
13    MR. PINEIRO: Object. Form.
14    A. I mean, he -- Officer McCarthy -- kind
15 of. I would think this is up in the air maybe.
16    Q. Did Officer Alers have handcuffs in his
17 hands?
18    A. No, I believe he grabbed for them.
19    Q. Do you remember if JT's other hand was
20 already in cuffs, his left?
21    A. No, I believe Officer Alers had his
22 knee, like, holding down, like, or his hand or
23 something holding down.
24    Q. I thought you previously described

190

1  Officer Alers' knees -- legs on JT's legs?
2     A. Yup, but he was also, like, holding
3  down his hand.
4     Q. With his legs?
5     A. No, with his hand.
6     Q. What hand?
7     A. This hand, his left hand.
8     Q. Okay. And with his left hand, what was
9  he holding?
10    A. JT's other left arm.
11    Q. Okay. And Officer McCarthy brought the
12 arm back?
13    A. Correct.
14    Q. Okay. At what point did you hear JT
15 start screaming about his arm?
16    A. Almost right away.
17    Q. When you say right away, as soon as
18 Officer McCarthy grabbed it?
19    A. No, as soon as I noticed that there was
20 cuffs on.
21    Q. So it wasn't until the cuffs were on?
22    A. I believe it was right around when the
23 cuffs were on, yes.
24    Q. Okay. And that's the first time he

191

1  complained about his arm?
2     A. Sir, I mean, he was hysterically
3  screaming in pain. I can't remember if the cuffs
4  were already on or, you know, if it -- I just
5  know that it was when he was laying there on the
6  ground with his hands right there. I don't know,
7  you know, if it was up in -- I just know that it
8  was back here. My arm. My arm. Help, mommy,
9  help.
10    And I had another child there, too, so
11 I'm trying to pay attention to everything going
12 on at the same time and they kept telling me to
13 back up and let them do their job.  So how I
14 am -- you know, I'm all trying to pay attention
15 to everything.
16    Q. Okay. And my question to you is when do
17 you recall the first time JT yelled out in pain
18 about his arm?
19    A. I don't remember.
20    Q. Okay. And he was placed in cuffs?
21    A. He was.
22    Q. Okay. And how long was he in the cuffs
23 before the ambulance paramedics arrived?
24    A. He was in the cuffs until they came,

192

1  maybe three to five minutes.
2     Q. And how long was Officer Alers on the
3  back of JT's legs as you've described it?
4     A. Until the paramedics got there.
5     Q. And was both his legs -- strike that.
6     Was both of Officer Alers' legs on
7  JT's legs?
8     A. His knee -- his knee, this one, I
9  believe it was -- I can't remember, sir.
10    Q. Okay. So as you sit here today, you
11 don't remember which knee or legs of Officer
12 Alers were on --
13    A. I want to say it was the right one
14 but I -- I believe it was his right knee.
15    Q. Okay. As you sit here today, that's
16 your memory?
17    A. I believe so, yes.
18    Q. So it was just his right knee?
19    A. His right knee.
20    Q. Do you know where his left leg --
21    A. Left.
22    Q. Go ahead.
23    A. Like, his kneecap, you know, like this,
24 like -- I can't describe it. I'm sorry.

**193**

1  Q. Was he kneeling across JT's leg --
2  A. Yeah.
3  Q. -- with his knee and his, I guess, chin
4  area?
5  A. I would say, yes, that's what I mean.
6  Q. And it was just one leg across JT?
7  A. Yes.
8  Q. Okay. And your memory is it was his
9  right leg?
10  A. His right leg.
11  Q. Officer Alers', sorry, right leg?
12  A. Alers, yes.
13  Q. It was across both of JT's legs?
14  A. Yes.
15  Q. Okay. And can you describe to me how
16  Officer Alers put the cuffs on JT?
17  A. He took them from here and put them on.
18  I don't know what you mean.
19  Q. And you said he took them from here.
20  You motioned --
21  A. He took them from his band, like his
22  belt area.
23  Q. Okay. And did he place them on JT
24  with one hand, two hands?

**194**

1  A. He was holding his hands with one and
2  put the cuffs on with the other.
3  Q. And you say he was holding -- Officer
4  Alers was holding one of JT's arms with one
5  hand and then put the cuff on with the other?
6  A. But McCarthy was holding the top of his
7  arms while he was putting the cuffs down at the
8  bottom.
9  Q. Can you describe to me how Officer
10  McCarthy was holding JT's arms while he was
11  being cuffed?
12  A. Why he was?
13  MR. PINEIRO: How?
14  Q. No, how?
15  A. Oh, like this but, like, in the middle,
16  like here, these areas, and, like, holding them
17  down while the other one was putting the cuffs.
18  Q. Okay. So his arms were behind his
19  back, as you described just now, and Officer
20  McCarthy was kind of in the upper tricep area
21  holding JT down while -- arms down while
22  Officer Alers placed the cuffs on him?
23  MR. PINEIRO: Object to the form.
24  A. I mean, yeah, he was holding him up

**195**

1  here.
2  MR. PINEIRO: She's pointing to the
3  shoulder area.
4  A. Like right here.
5  MR. VIGLIOTTI: Just for clarification,
6  Attorney Pineiro, to me, that's the tricep area,
7  it's below the shoulder.
8  MR. PINEIRO: Ask her again then.
9  MR. VIGLIOTTI: I just want the
10  record --
11  MR. PINEIRO: Yeah, sure, why don't you
12  ask her.
13  A. He was holding his arms while the other
14  officer put the cuffs on. It was, like, right up
15  in here.
16  Q. So just below the shoulders, is that
17  what you're describing?
18  A. Right around the shoulder, right here,
19  yes. I mean, to me that is my shoulder, too, but
20  you --
21  Q. Okay. You're describing shoulder. For the
22  record, you're putting your hand just below the
23  shoulder blade?
24  A. Right.

**196**

1  Q. Okay. And when the EMTs arrived, you
2  indicated officers walked JT to the ambulance?
3  A. Yes, they did.
4  Q. Did you hear any communications between
5  either Officer McCarthy or Officer Alers with the
6  paramedics?
7  A. No.
8  Q. And you indicated you had some
9  conversation with the paramedics?
10  A. I did.
11  Q. And can you tell me what you recall
12  your conversation was with the paramedics?
13  A. They asked me, you know, his name and
14  date of birth and they -- I told them that he was
15  screaming and that something is severely wrong
16  with his arm.
17  Q. And when you were describing that to
18  the paramedics, where was Officer Alers and
19  Officer McCarthy?
20  A. I think they may have been talking to
21  another paramedic or something on the side of the
22  ambulance while I was in the back of the
23  ambulance.
24

**197**

1    Q. And you were in the back of the
2  ambulance when you had the conversation with the
3  paramedics?
4    A. I was outside of the back entrance of
5  the ambulance.
6    Q. And you indicated you didn't go
7  immediately to the hospital with JT; correct? You
8  dropped your other child off at day care?
9    A. First, yes.
10    Q. Okay. Go back. Did you have any other
11  conversations with the paramedics that you recall
12  as you sit here today other than what you've
13  already testified to?
14    A. No, other than I told them that I would
15  be following them, yeah, no, nothing else.
16    Q. Okay. And at some point you indicated
17  you went to the hospital and met up with JT and
18  the doctors?
19    A. Yes.
20    Q. All right. And you indicated that you
21  had some conversations with a doctor at the
22  hospital who said that JT's arm was severely
23  broken?
24    A. Yes.

**198**

1    Q. What doctor did you have that
2  conversation with?
3    A. An emergency room doctor, I don't
4  remember his name.
5    Q. It was a male though?
6    A. Yes.
7    Q. He was one of the emergency room
8  doctors?
9    A. Yes.
10    Q. You don't remember his name?
11    A.  I do not.
12    Q. Did he describe what he meant by
13  severely broken?
14    A. That it was in multiple spots of the
15  arm and that it was going to need emergency
16  surgery and it was in a bad spot, they said.
17    Q. Do you remember anything else from that
18  conversation with the doctor?
19    A. I do not.
20    Q. After the incident with JT on September
21  25th, 2017, did you discuss what happened to JT
22  with anyone else after that?
23    A. No.
24    Q. Did you tell anyone else what you had

**199**

1  observed during the interaction between JT and
2  the police after that incident?
3    A. Other than the doc, like, what
4  happened, when the doctors at the hospital asked
5  me what happened, no.
6    Q. Did you have any conversation with your
7  husband about what happened?
8    A. Well, a little bit but --
9    Q. And -- I'm sorry, go ahead.
10    A. I mean, I told him a little bit; of
11  course he's going to ask what happened to his
12  son's arm.
13    Q. And when did that conversation with
14  your husband take place?
15    A. When I had to go up to the hospital.
16    Q. Did you call him by phone or was it in
17  person?
18    A. On the phone.
19    Q. Did your husband go up to the hospital?
20    A. No.
21    Q. Did he, to your knowledge, have any
22  communication with the doctors about JT's injury?
23    A. Never.
24

**200**

1    Q. When you got home, did you discuss with
2  your husband what you had observed happen to
3  JT?
4    A. Truthfully, no, I didn't get into
5  details.
6    Q. When you say you didn't get into
7  details with your husband, did you have any
8  discussions with him about what transpired
9  between JT and the police?
10    A. I did.
11    Q.  Can you tell me what you recall from
12  that communication what you told your husband?
13    A. I told him that JT was upset, exactly
14  what I already stated.
15    Q. Okay. Anything else other than what
16  you've already stated?
17    A. No.
18    Q. Okay. And was that on the same day
19  that the incident happened with JT and the
20  police?
21    A.  Over the phone, yes.
22    Q.  Just over the phone?
23    A. Yes.
24    Q. How about when you saw your husband in

**201**

1 person the next time, did you have a conversation
2 with him about the incident with JT and the police?
3 **A.** No, more about how to care for the arm,
4 like, cast-wise.
5 **Q.** So you didn't give a description of the
6 events of exactly what transpired to your husband
7 when you got home?
8 **A.** Uh-uh.
9 **Q.** Did you have conversations with your
10 sister about the incident with JT and the police
11 on September 25th, 2017 and describe to her
12 what happened?
13 **A.** No.
14 **Q.** I think you mentioned an April
15 Marlborough who referred you to Attorney Pineiro.
16 Did you describe to her in any way the
17 interactions between the police and JT on
18 September 25th, 2017?
19 **A.** No.
20 **Q.** Did you ever have any discussions with
21 Ms. St. Laurent, Faythe, I believe is her name,
22 St. Laurent, --
23 **A.** No, uh-huh.
24

**202**

1 **Q.** -- about the incident? You just got to
2 let me finish.
3 **A.** Sorry.
4 **Q.** Is that no?
5 **A.** That's no.
6 **Q.** When you saw Officer McCarthy after the
7 incident, I think you described at WalMart, did
8 you have any substantiative conversation with him
9 about the incident other than what you already
10 testified to?
11 **A.** No, only what I've already stated.
12 **Q.** You indicated that JT is now deathly
13 afraid of the police. Do you remember that
14 testimony?
15 **A.** Yes.
16 **Q.** And I think you indicated a couple of
17 incidents that you described made you believe
18 that he was deathly afraid of the police being he
19 didn't want to get pulled over regarding the
20 seatbelt and speeding?
21 **A.** Yeah, using those as examples, yes.
22 **Q.** Has JT ever told you that he's scared of
23 the police with those type of words?
24 **A.** I mean, he -- yeah, yes.

**203**

1 **Q.** Okay. Can you tell me when that
2 occurred.
3 **A.** Being in the car, like, driving, when
4 we're in the car. It's only when we're, like,
5 out.
6 **Q.** Okay. When was the last -- did he use the
7 words, I'm scared of the police, during that
8 interaction?
9 **A.** It has not -- he hasn't said it
10 recently, it's been awhile.
11 **Q.** When is the last time he told you from
12 the incident of September 25th, 2017 until the
13 present day that he was scared of the police?
14 **A.** When he said that, I would say maybe,
15 like, within the year or so afterwards.
16 **Q.** Okay. When you say a year or so
17 afterwards, of the 2017 incident?
18 **A.** Sorry, yes.
19 **Q.** Okay. So 2018 would have been the last
20 time he told you he was scared of the police?
21 **A.** Yes. We try not to talk about it.
22 **Q.** Has JT received any counseling since the
23 incident with a counselor to talk about the
24 incident?

**204**

1 **A.** No.
2 **Q.** Other than receiving services through
3 his IEP at school, does he receive any services
4 outside of school for his autism or his emotional
5 behaviors?
6 **A.** Not other than what I've already
7 stated.
8 **Q.** Does he still do, I think it's called
9 the Cannon program, or counseling?
10 MR. PINEIRO: You mean the CANDO?
11 MR. VIGLIOTTI: CANDO. Sorry, yes.
12 **A.** CANDO. No.
13 **Q.** And when's the last time he
14 participated with the CANDO?
15 **A.** I already said that, I think it was
16 2020. It was during COVID.
17 **Q.** Okay. And the CANDO, just for
18 reference, is the Center for Autism and
19 Neurodevelopment Disorders?
20 **A.** Yes.
21 **Q.** And he was an outpatient when he was in
22 their services?
23 **A.** Yes.
24 **Q.** And why did that services end?

205

1    **A.** His pediatrician picked up the -- they
2    referred me and had him put on the medication so
3    the medicine that he's on and now his doctor just
4    gives the refills.
5    **Q.** So was the only services that CANDO
6    were providing was medication?
7    **A.** Yes.
8    **Q.** They provided no counseling services?
9    **A.**  Oh, yeah, like, she spoke with him over
10   the phone, you know, counseling through video on
11   the last time and then in person a couple of
12   times but that was it.
13   **Q.** And that was it?
14   **A.** Yes.
15   **Q.** Did you choose to end that
16   participation with CANDO or did they just stop
17   services?
18   **A.** Basically me.
19   **Q.** And you stopped -- other than what
20   you've already told us, did you stop it for any
21   other reasons?
22   **A.** No.
23   **Q.** As a result of this incident, are you
24   claiming that JT is suffering by putting on

207

1    **A.** No, I don't recall.
2    **Q.** You don't recall having that
3    conversation --
4    **A.** No.
5    **Q.** -- with a medical provider at CANDO?
6    **A.** No.
7    **Q.** And you indicate he won't shower now?
8    **A.** I mean, yeah.
9    **Q.** So how often does he shower?
10   **A.** I have to shower him.
11   **Q.** How often does he shower?
12   **A.** Like twice -- two to three times a week
13   now.
14   **Q.** And he refuses to shower on his own?
15   **A.** Yes.
16   **Q.** Have you talked to his doctors about if
17   that's a condition of his autism?
18   **A.** No, I have not.
19   **Q.** Have you talked to his pediatrician at
20   all if that's a symptom of his autism?
21   **A.** No, I -- and he also -- like, I have to
22   shower him.
23   **Q.** And have you talked to any of his
24   doctors about that?

206

1    additional weight, that he hibernates and refuses
2    to shower as a result of this incident?
3    **A.** I believe so, yes.
4    **Q.** And you say I believe so. Is that your
5    personal opinion or has he been -- or has a
6    medical professional told you that?
7    **A.** That's my opinion.
8    **Q.** Okay. And none of his doctors have
9    told you that?
10   **A.** No.
11   **Q.** And you indicated he has put on a lot
12   of weight. How much weight has he gained since
13   the incident?
14   **A.** 200 pounds.
15   **Q.** So is he 420 pounds now?
16   **A.** No, he is -- sorry, maybe not 200
17   pounds but he is in the 300s.
18   **Q.** And did you ever have a conversation
19   with any of his medical providers that since
20   hitting puberty, he's grown more isolated?
21   **A.** No, I don't recall.
22   **Q.** Okay. And that since hitting puberty, he
23   has very little ambition and wants to avoid
24   school?

208

1    **A.** No.
2    **Q.** You also indicated he's unable to do
3    sports because of the pain in his arm. Do you
4    recall putting that in your interrogatories?
5    **A.** Yes.
6    **Q.** So since the incident, he's unable to
7    do sports?
8    **A.** He is.
9    **Q.** Did he do sports prior to the incident?
10   **A.** In school and stuff.
11   **Q.** Well, what sports did he play?
12   **A.**  He used to play kickball and
13   basketball, things like that, just in gym  period.
14   **Q.** So he participated in gym?
15   **A.** A lot, yeah. He used to love being
16   out, you know, in the yard, playing them all the
17   time.
18   **Q.** And he doesn't do that in gym class, he
19   doesn't participate in gym class anymore?
20   **A.** Not as -- nope, not like he used to.
21   **Q.** When you say not like he used to, can
22   you tell me how it's different now?
23   **A.** Well, it's more throwing a ball, from
24   what he tells -- what he says, it's throwing a

**209**

1  ball. I notice things different, like, he
2  doesn't even, like, do it, but he says that it
3  hurts him when he throws the ball.
4      Q. And when's the last time he told you it
5  hurts him when he throws a ball?
6      A. Maybe, like, a few -- in this past
7  fall, maybe, I would say, just, like, a few
8  months ago.
9      Q. Does he play any sports that requires
10  him to throw a ball?
11      A. Not -- no, not right now.
12      Q. Have you followed up with his doctors
13  in regards to his complaints of pain in his arm?
14      A. No, I have not.
15      Q. Does he have gym class at his current
16  school?
17      A. Yes.
18      Q. Has he been excused from gym class
19  medically?
20      A. I don't know if they -- I mean, I know
21  that he can excuse, yes, uh-huh, yes.
22      Q. Is that excuse based on his autism or
23  his injury to his arm?
24      A. Oh, it has nothing to do with his

**210**

1  autism.
2      Q. So why is he excused from gym class?
3      A. Like, if they -- the setting of that
4  school is if they don't want to, they're not
5  going to force them to. So it's not, like, a
6  thing, like, mandatory. If it doesn't want to do
7  it, he doesn't have to.
8      Q. Okay.  So he doesn't have a medical
9  note excusing him from the class because of any
10  injury to his arm?
11      A. No.
12      Q. And outside of school, he didn't
13  participate in any sports?
14      A. No.
15      Q. Outside of school, did he do any other
16  activities?
17      A. No, not, like, other than normal kids,
18  you know. Do you mean, like, playing and things
19  and enrolled in things and stuff like that, no.
20      Q. Participation, yeah, enrollment in
21  youth sports, any type of music programs,
22  theatre, anything like that?
23      A. No, no.
24      Q. I'm not asking about going outside and

**211**

1  playing with other kids.
2      A. No.
3      Q. Okay.  Since the incident, has there
4  been any change in his behavior at school? The
5  incident, I apologize, is the September 25th,
6  2017 incident.
7      A. Other than not really wanting to go or,
8  you know, he -- there's, I mean, a couple things.
9  He -- he'll -- he doesn't like to show his scar.
10  He'll wear, like, a long shirt or a sweatshirt.
11  Going to school sometimes, I mean, I feel like he
12  doesn't want to go.
13      I don't know what you mean.
14      Q. Just to follow up on what you said, you
15  said you feel like he doesn't want to go to
16  school. Why is that?
17      A. I have noticed, since this has taken
18  place, he's just a different child.
19      Q. You say he's a different child. In
20  what way is he a different child?
21      A. He doesn't like to, you know, like,
22  be around -- I feel like he doesn't like to be
23  around us. He hibernates. He's not involved as
24  much. Things of that nature.

**212**

1      Q. And yet have you talked to his doctors
2  whether that is a result of this incident or as a
3  result of his autism?
4      A. I have not spoken with anybody about
5  it.
6      Q. Because, in fact, isn't he doing well
7  in school with his grades?
8      A. No, he's not.
9      Q. So he's not doing well anymore?
10      A. No.
11      Q. In 2019, did you report to his
12  pediatricians there was no concerns about his
13  school performance?
14      A. He's capable academically to do it,
15  yes, it's getting him there.
16      Q. Did you indicate to Chandler Pediatrics
17  that there are no problems with his performance
18  in seventh grade at Central Mass. Prep, his IEP,
19  and that he's a math whiz, a model student, no
20  behavioral issues and good effort and attention?
21      A. I don't remember.
22      Q. You don't remember telling them that?
23      A. No, I don't.
24      Q. Do you remember telling Chandler

213

1 Pediatrics that he has a good social network?

2    **A.** He doesn't have any social network.

3    **Q.** So in 2019, in reference to a note in

4 their medical records, you didn't provide that

5 information?

6    **A.** He does not have -- no.

7    **Q.** Do you remember being advised to

8 increase his physical activity in 2019 by

9 Chandler Pediatrics?

10    **A.** Yeah.

11    **Q.** Did you do anything to increase his

12 physical activities?

13    **A.** We did do a little bit of physical

14 therapy.

15    **Q.** And where did he do physical therapy?

16    **A.** Worcester Physical Therapy.

17    **Q.** And why was that?

18    **A.** To help with him to maybe try to get

19 him a little motivated a little bit more.

20    **Q.** Who referred you to Worcester Physical

21 Therapy?

22    **A.** Chandler.

23    **Q.** And did they tell you why they were

24 referring you to Worcester Physical Therapy?

214

1    **A.** No.

2    **Q.** Did you inquire why you were being

3 referred to Worcester Physical Therapy for JT of

4 Chandler Associates?

5    **A.** I just told you, to get -- to see if it

6 can help him.

7    **Q.** And to help him with what?

8    **A.** Muscles and movements. His muscles.

9    **Q.** Did JT have a problem with his muscles?

10    **A.** I mean, yeah, he complains of pain.

11    **Q.** When he complains of pain regarding his

12 muscles, what's he complaining about?

13    **A.** That it hurts at times.  I mean, I

14 don't really know that it hurts so I contacted

15 the doctor and she recommended to bring him to

16 physical therapy.

17    **Q.** You say it hurts. What was hurting?

18    **A.** He said his muscles hurt. I mean, I'm

19 not sure what he means. He muscles were aching,

20 yes.

21    **Q.** Okay. And how long did he do physical

22 therapy for?

23    **A.** We did it only for about a month.

24

215

1    **Q.** Were you discharged?

2    **A.** Nope, JT did not want to do it

3 anymore.

4    **Q.** And do you know what period of time he

5 was at Worcester Physical Therapy? When I say

6 period of time, I am looking for the year.

7    **A.** I would say it was about nine months

8 ago.

9    **Q.** And how many sessions did he have?

10    **A.** I think two or three.

11    **Q.** You indicated in your complaint that

12 the defendant police officers conspired to

13 concoct and report a false story. Can you tell

14 me what facts you base that on?

15    **A.**   What?  Can you repeat that?

16    **Q.** Yup. As part of your complaint against

17 the officers in this matter, there's an

18 allegation that the officers conspired to concoct

19 and report a false story in an effort to conceal

20 evidence of constitutional violations. Can you

21 tell me what facts you rely on that the officers

22 conspired to do so?

23    **A.** Some of these words, I'm sorry, I don't

24 understand. I need, like, an -- I don't know

216

1 what you mean. I'm sorry. I don't know what

2 that means.

3    **Q.** Well, in your amended complaint that

4 was filed on your behalf and these allegations

5 against the police officers, it alleged that they

6 conspired to violate constitutional rights.

7    **A.** What is conspired?

8    **Q.** It means got together to come up with a

9 plan basically.

10    MR. PINEIRO: Object to form.

11    MR. VIGLIOTTI: If you want to take a

12 break? I don't want to explain it to her.

13    MR. PINEIRO: No, that's okay.

14    MR. VIGLIOTTI: Okay. So I'm just

15 going to ask the question.

16    **Q.** Can you tell me what facts you base

17 your -- that the officers conspired to violate

18 JT's constitutional rights?

19    **A.** By literally tackling him to the

20 ground.

21    **Q.** Okay. Anything else?

22    **A.** And forcing his arms behind his back.

23 You don't think that that's harming him in any

24 way?

217

1    Q. What other conspiracy did they engage
2 in, what facts are you basing it on?
3    A. By him putting a bag of potato chips on
4 the ground made that guy pull him from the car
5 and put him like that and putting his hands
6 behind his back. Putting a ten-year-old,
7 disabled boy in handcuffs because of a 25 cent
8 bag of chips, you don't think that that's wrong?
9    Q. Any other facts you're relying upon to
10 say that officers conspired?
11    A. Not that I can recall, no.
12    Q. Okay.
13    A. Do you guys have kids?
14    MR. PINEIRO: I know, but you're not
15 here to ask them questions.
16    MR. VIGLIOTTI: I don't think I have
17 much more, Hector.
18    MR. PINEIRO: That's okay.
19    Q. Ms. Beshai Torres, you already gave us
20 a bunch of facts in regards to what you claim was
21 the force used by the officers. As part of your
22 amended complaint, you indicated the police
23 officers assault and battered JT. Other than what
24 you already testified to, is there anything

218

1 else regarding facts that you rely upon to allege
2 the officers assault and battered JT?
3    A. No.
4    Q. Ms. Beshai, as part of your complaint
5 you're alleging excessive force against Officers
6 Alers and McCarthy. Other than what you
7 testified to already in regards to the force they
8 used to place JT into custody, are there any
9 other facts that you're relying upon to allege
10 that they used excessive force against JT?
11    A. Didn't I already answer that? I don't
12 think -- no.
13    Q. Is your answer no?
14    A. Correct.
15    Q. And I just had a couple questions
16 regarding your employment and then I think I'm
17 done. You previously testified that you don't
18 engage in any type of sale of pull tabs or
19 anything of that nature on Facebook; is that
20 correct?
21    A. That's correct.
22    Q. But you mentioned that you engage in
23 something regarding purses and re-selling of
24 purses?

219

1    A. Yes.
2    Q. Can you tell me what that is?
3    A. Like, I'll do a raffle or I'll do a
4 live thing where I sell an item, like, that I
5 don't no longer use.
6    Q. And is that through your own
7 employment, you're self-employed doing that, or
8 do you work for someone else doing it?
9    A. No, myself.
10    Q. Okay. And do you buy the products that
11 you raffle off?
12    A. Or it's my own, like, things that I no
13 longer -- like, that I've had for myself or not
14 going to use.
15    Q. And how often do you engage in this
16 practice?
17    A. I haven't done it in a little bit now,
18 like, I would say the last time I did it was
19 maybe a couple months ago.
20    Q. And is that income you rely on to
21 support the family?
22    A. No, not at all.
23    Q. What do you do for income to support
24 the family?

220

1    A. At the moment I'm not doing anything
2 besides caring for them. I am hoping to get back
3 to work.
4    Q. And I think you previously indicated
5 you haven't worked since 2020?
6    A. Yes.
7    Q. Do you have housing assistance?
8    A. I do.
9    Q. Is it through the Section 8 program
10 voucher?
11    A. Yeah.
12    Q. And do you use the disability income
13 for your children in order to help provide food
14 and clothing and necessities for them?
15    A. Yes, absolutely.
16    Q. Does your husband work?
17    A. Yes.
18    Q. What's he do for a living?
19    A. Auto body.
20    MR. VIGLIOTTI: If I can just take a
21 two-minute break. I think I'm pretty much done,
22 I just want to go over a couple of things.
23    (Short recess taken.)
24    Q. Ms. Beshai, do you remember signing a

221

1  document indicating an answer to a first set of
2  interrogatories? Do you recall that? It was a
3  bunch of questions and then answers. These are
4  my writings on it.
5      **A.** Yes.
6      **Q.** Okay. And is that your signature on
7  page 14?
8      **A.** Yes.
9      **Q.** And you signed that under the pains and
10 penalties of perjury?
11     **A.** Yes.
12     MR. VIGLIOTTI: Okay. I have nothing
13 further.
14     (Off-the-record discussion.)
15 CONTINUED EXAMINATION BY MR. VIGLIOTTI:
16     **Q.** So, Ms. Beshai, I showed you a document
17 that indicated it was your Answers to Defendants'
18 City of Worcester and Paul McCarthy's First Set
19 of Interrogatories?
20     **A.** Yes.
21     **Q.** And I showed you your signature page on
22 that document and you indicated that was your
23 signature?
24     **A.** Yes.

222

1      **Q.** Okay. And that document has previously
2  been marked as Exhibit 4?
3      **A.** Yes.
4      MR. VIGLIOTTI: Okay. Thank you.
5      MR. PINEIRO: Thank you.
6      MR. VIGLIOTTI: I have nothing further.
7      MR. PINEIRO: Wendy?
8      MR. VIGLIOTTI: I just want to reserve
9  my rights on the medical records, also.
10 FURTHER EXAMINATION BY MS. QUINN:
11     **Q.** In Attorney Vigliotti's questioning,
12 you were asked about what documents you reviewed
13 and you mentioned reviewing an interview that you
14 had with the Worcester Police Department. That
15 was a document that you reviewed?
16     **A.** It was the interog -- like, the papers, the
17 -- what do they call it? I don't know what it's
18 called so I'm sorry.
19     **Q.** Was it an investigation report or was
20 it a transcript of your interview with the Bureau
21 of Professional Standards?
22     **A.** Yes.
23     **Q.** The last?
24     **A.** The last one.

223

1      **Q.** It was a transcript of your  interview?
2      **A.** I don't -- yeah, I don't know what
3  they're called so I apologize.
4      **Q.** Well, was it a series of questions and
5  then your answers?
6      **A.** Yeah.
7      **Q.** And that was typed up?
8      **A.** Yeah.
9      **Q.** Okay.  And you said that there was just
10 one inconsistency or inaccuracy that you noted in
11 that interview?
12     **A.** That I thought, yeah.
13     **Q.**   And that was that it referenced the
14 left arm being injured and it should have made
15 clear that it was the right arm of JT's that was
16 injured?
17     **A.** Correct.
18     **Q.** And how was that -- who made that
19 mistake, was that a statement you  made?
20     **A.** I mean, I don't recall, I don't
21 remember. It says that it was me but I don't
22 remember.
23     **Q.** Okay. So it was shown in the
24 transcript that you made that statement but you

224

1  wanted to correct it that it's the right arm that
2  was injured?
3      **A.**   Yes.
4      **Q.** Okay. And you were describing Officer
5  Alers' position with his right knee and lower leg
6  across JT's legs, is that right, when they were
7  on the ground?
8      **A.** Yes.
9      **Q.**  And I just wanted to make clear.  So
10 you said Officer Alers also was also on JT's right
11 side?
12     **A.** No, he was at, like, his -- the end of
13 him, like, the end of his body, so there's no,
14 like, kind of right or left. I can't describe
15 it. At the end of his body.
16     **Q.** Well, was Officer Alers' leg across?
17     **A.** His leg was -- his this was across.
18     **Q.** Across JT's legs?
19     **A.** Legs, like this part of his leg, the
20 back of him.
21     **Q.** In order to be across JT's legs, wouldn't
22 Officer Alers have to be on one side or the other?
23     MR. PINEIRO: Object to form.
24

225

1    A. No, not really.

2    Q. You're saying -- was he directly --

3 from the bottom of JT, was Officer Alers

4 kneeling across the bottom of JT's legs?

5    A. I think I answered this already.

6    Q. No, it wasn't clear and that's why I'm

7 asking you again.

8    A. I mean, he was laying at the -- he was

9 at the end of JT, laying with -- had his this

10 across him so, I mean, if you can -- I consider

11 that being at his back end. That's where I

12 consider it. I don't know --

13    Q. So the right -- Officer Alers' right

14 knee and bottom leg were --

15    A. Holding him, yes. This part of JT. This

16 part of Alers holding both of JT's, these parts

17 of JT's, his calf behind his knees.

18    Q. From the area of JT's feet?

19    A. Correct, like, on his back end, yes.

20 He was literally, like, might as well been on top

21 of him. I can't describe it other than that.

22    Q. Okay.  For the physical therapy JT

23 did at Worcester Physical Therapy, that was for

24

226

1 pain in his legs; right?

2    A. In his muscles.

3    Q. In the leg area so that he was

4 showering with a shower chair?

5    A. He was.

6    Q. Yeah?

7    A. Yes, he was.

8    Q. Okay. It was not related at all to his

9 arm or elbow?

10    A. It was with his muscle areas.

11    Q. In his legs?

12    A. Yes, but he has problems throughout his

13 body, complains.

14    Q. Okay. And could I just have you sign

15 and date the stick figure drawing, I think it was

16 Exhibit 5?

17    A. This one?

18    Q. Yes.

19    A. Not great pictures so I apologize.

20    Q. That's okay.

21    A. (Witness complied.)

22        MS. QUINN: That's all I have.

23 EXAMINATION BY MR. PINEIRO:

24    Q. I just have one follow-up question.

227

1 You said that it took three to five minutes for

2 the ambulance to arrive?

3    A. Yes.

4    Q. And that Officer Alers had, would you

5 describe as his right knee over both calfs, you

6 know, the back part of the calf area of JT; yes?

7    A.  Yes.

8    Q. And by that time JT was already handcuffed?

9    A. Yeah, he was already put in handcuffs.

10    Q. Right. And he was still, you know,

11 he's facedown and his belly was on the ground?

12    A. Yes.

13    Q. And his legs were also on the ground?

14    A. Yes.

15    Q. And was he still complaining of pain on

16 his right arm or --

17    A. Absolutely.

18    Q. Okay. And you said that Officer

19 McCarthy had his knee on his neck initially?

20    A. Correct.

21    Q. And after they managed to put handcuffs

22 on him, did he move his knee from the neck area

23

24

228

1 or what happened to Officer McCarthy's knee?

2    A. He remained there until paramedics got

3 there holding -- just holding him in place.

4        MR. PINEIRO: Okay. Thank you so much.

5        (The deposition then suspended.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**229**

ERRAT A SHEET

In accordance with the rules of procedure governing depositions, you are entitled to read and correct your deposition. Accordingly, please carefully read your deposition and, on this errata sheet, make any changes or corrections in form or substance to your deposition that you feel should be made. PLEASE DO NOT MARK THE TRANSCRIPT. After completing this procedure, sign at the conclusion of such changes/corrections (if any) and return it in accordance with your instructions.

PAGE LINE   CHANGE          REASON

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

____/___/_____ _____

DATE: _____

LINDSEY M. BESHAI TORRES

---

**231**

COMMONWEALTH        OF   MASSACHUSETTS

WORCESTER, SS.

I, Susan R. Kenney, a Notary Public in

and for the Commonwealth of Massachusetts, do

certify that pursuant to appropriate notice of

taking deposition, there came before me the

following-named person, to wit: LINDSEY M.

BESHAI TORRES, who was by duly sworn; that she

was thereupon examined upon her oath and her

examination reduced to writing by me; and that

the deposition is a true record of the testimony

given by the witness.

I further certify that I am not a

relative or employee or counsel or attorney for

any of the parties, or a relative or employee of

such counsel or attorney, nor am I or otherwise

interested in the outcome of the action.

Witness my hand this 3rd day of March,

2022.

My Commission Expires    *Susan R. Kenney*

May 25th, 2023                Notary Public

The foregoing certification of this transcript

does not apply to any reproduction of the same in

any respect unless under the direct control

and/or direction of the certifying reporter.

---

**230**

Excerpt from Rule 30 (e):

Submission to Witness; Changes; Signing. When the testimony is fully transcribed, the deposition shall be submitted to the witness for examination and shall be read to or by him/her, unless such examination and reading are waived by the witness and by the parties. Any changes in form or substance which the witness desires to make shall be entered upon the deposition by the officer with a statement of the reasons given by the witness for making them.  This procedure must be accomplished within 30 days of receipt of the transcript.

*****************************************

I have read the foregoing, and it is a true

transcript of the testimony given by me at the

taking of the subject deposition.

_____

LINDSEY M. BESHAI TORRES

_____

DATE

CASE NAME: Lindsey M. Beshai Torres PPA JT,
             a minor vs. Officer John R. Alers,
             Former Police Officer Paul P.
             McCarthy and the City of Worcester

DATE TAKEN: February 16, 2022

**'** ·

**'18** [1] - 15:15
**'19** [1] - 15:14
**'89** [1] - 10:3
**'99** [1] - 13:8

**0**

**01605** [1] - 6:17
**01608** [1] - 2:8
**01609** [2] - 2:14, 8:18
**01610** [1] - 2:4
**01721** [1] - 1:23

**1**

**1** [10] - 3:12, 4:1, 54:14, 56:14, 104:9, 104:10, 150:18, 150:20, 162:15, 163:1
**10/30/89** [1] - 134:8
**10:00** [1] - 1:17
**12** [5] - 11:9, 105:22, 106:7, 107:2, 133:15
**1238** [4] - 56:16, 56:20, 57:3, 59:3
**1256** [2] - 57:3, 104:6
**1260** [3] - 73:15, 73:24, 75:3
**13** [1] - 34:7
**14** [2] - 134:4, 221:7
**144** [1] - 3:6
**15** [5] - 8:15, 11:1, 34:7, 45:14, 134:4
**15-ish** [1] - 134:6
**16** [2] - 134:6, 230:22
**16th** [1] - 1:17
**17** [1] - 19:6
**179** [1] - 3:16
**18** [7] - 9:1, 11:15, 22:11, 22:15, 26:23, 27:12, 28:14
**180** [1] - 59:8
**186** [1] - 3:17
**19** [1] - 22:11
**1983** [1] - 6:14
**1989** [1] - 156:6
**1998** [1] - 29:13
**1st** [4] - 6:14, 126:2, 126:14, 126:16

**2**

**2** [5] - 3:13, 67:13, 76:16, 104:8, 120:11

**2/16/2007** [1] - 12:18
**20** [2] - 21:1, 139:4
**20,000s** [1] - 142:19
**20-CV-40115-TSH** [1] - 1:6

206:14, 206:16
**2003** [3] - 13:9, 29:14, 30:6
**2006** [1] - 12:17
**2007** [3] - 28:24, 133:2
**2008** [1] - 28:19
**2009** [1] - 153:24
**2010** [5] - 11:19, 28:13, 132:18, 154:3, 154:10
**2011** [1] - 132:18
**2013** [7] - 11:19, 12:24, 19:22, 20:8, 27:11, 135:3, 135:8
**2014** [1] - 26:20
**2015** [2] - 135:16, 135:22
**2016** [6] - 123:3, 126:14, 126:16, 127:5, 128:14, 129:4, 136:6, 136:9, 136:15
**2017** [30] - 10:22, 24:10, 25:1, 25:18, 33:6, 33:20, 34:2, 35:5, 41:16, 44:19, 45:6, 45:13, 46:2, 51:11, 59:5, 110:3, 114:20, 118:9, 122:24, 138:12, 141:21, 142:21, 142:24, 146:22, 198:21, 201:12, 201:19, 203:12, 203:17, 211:6
**2018** [3] - 16:11, 118:17, 203:19
**2019** [4] - 10:20, 212:11, 213:3, 213:8
**2020** [11] - 15:13, 21:17, 22:9, 22:14, 34:14, 138:22, 138:24, 139:16, 140:7, 204:16, 220:5
**2022** [3] - 1:17, 230:22, 231:19
**2023** [1] - 231:20
**20s** [1] - 142:18
**220** [1] - 59:14
**222** [1] - 3:7
**226** [1] - 3:8
**231** [1] - 3:22
**24** [1] - 19:9
**25** [4] - 86:10, 173:20, 173:21, 217:7
**25th** [22] - 10:20, 24:10, 35:5, 45:6, 45:13, 46:2, 51:11, 59:5, 69:21, 118:9, 122:24, 141:21, 142:21, 142:24, 143:6, 146:22,

198:21, 201:12, 201:19, 203:12, 211:5, 231:20
**28th** [1] - 13:9

**3**

**3** [4] - 3:14, 113:10, 114:2, 114:14
**30** [6] - 1:14, 34:11, 35:18, 35:19, 230:1, 230:7
**300s** [1] - 206:17
**301** [1] - 2:8
**30th** [1] - 156:6
**31** [2] - 16:3, 45:18
**31st** [3] - 123:3, 129:4, 136:15
**32** [4] - 6:16, 8:14, 10:1, 10:10
**38** [2] - 8:10, 16:17
**39** [1] - 11:7
**3F** [2] - 45:19, 45:24
**3R** [1] - 45:23
**3rd** [2] - 15:12, 231:18

**4**

**4** [8] - 3:5, 3:12, 3:13, 3:14, 3:15, 4:1, 222:2
**40** [2] - 34:5, 35:18, 35:19
**420** [1] - 206:15
**45** [1] - 125:18
**455** [2] - 1:19, 2:8

**5**

**5** [4] - 3:16, 179:15, 183:3, 226:16
**50** [1] - 109:16
**508** [4] - 1:24, 2:4, 2:9, 2:14
**54** [1] - 22:21
**55** [1] - 109:11
**5th** [1] - 13:8

**6**

**6** [3] - 3:17, 186:13, 186:14
**69** [1] - 1:23
**6th** [1] - 12:17

**7**

**753-4121** [1] - 1:24
**754-7285** [1] - 2:14
**770-0600** [1] - 2:4
**799-1161** [1] - 2:9
**7:00** [2] - 46:4, 46:5

**8**

**8** [1] - 220:9
**807** [1] - 2:3
**824** [1] - 44:17
**8:45** [2] - 50:9, 61:2

**9**

**9-1-1** [23] - 7:20, 60:14, 61:6, 61:12, 63:1, 63:22, 70:2, 70:17, 70:21, 71:2, 72:21, 145:13, 151:23, 160:8, 160:24, 161:1, 161:5, 161:8, 164:18, 164:21, 165:4, 165:9, 166:1
**99th** [1] - 132:9
**9:00** [4] - 47:15, 61:2, 61:4
**9:30** [1] - 47:15
**9th** [1] - 12:24

**A**

**A.M** [3] - 1:17, 61:2, 61:4
**ABA** [9] - 130:16, 130:18, 154:14, 154:15, 154:19, 155:1, 155:4, 155:7, 157:13
**Abby** [1] - 47:1
**ability** [3] - 8:3, 8:4, 133:5
**able** [2] - 19:2, 132:22
**abrasion** [1] - 108:22
**abrasions** [2] - 93:10, 108:19
**absolutely** [10] - 22:3, 80:9, 93:9, 107:13, 122:8, 122:11, 129:17, 136:18, 220:15, 227:19
**abuse** [1] - 29:3
**academically** [1] - 212:14
**accepted** [2] - 121:6, 121:8
**accessed** [1] - 55:5
**accidents** [1] - 142:21
**accomplished** [1] - 230:7
**accordance** [2] - 229:2, 229:7
**Accordingly** [1] - 229:3
**accurately** [1] - 8:4
**Ace** [2] - 31:4, 32:23
**aching** [1] - 214:20
**act** [2] - 27:23, 29:20

**acted** [1] - 141:16
**acting** [4] - 27:13, 60:18, 63:9, 159:18
**action** [3] - 178:10, 188:11, 231:17
**active** [1] - 19:13
**activities** [3] - 43:19, 210:16, 213:12
**activity** [1] - 213:8
**Adderall** [1] - 49:4
**additional** [1] - 206:1
**address** [7] - 6:15, 11:20, 25:6, 45:12, 45:23, 50:5, 109:15
**ADHD** [2] - 126:8, 126:17
**admitted** [2] - 107:7, 108:4
**adoption** [3] - 13:13, 13:19, 14:2
**adult** [1] - 161:11
**adults** [2] - 9:14, 65:3
**advice** [1] - 144:2
**advised** [1] - 213:7
**aerial** [1] - 55:14
**Aerial** [1] - 3:12
**affect** [1] - 72:6
**afraid** [4] - 141:1, 141:11, 202:13, 202:18
**afternoon** [1] - 144:18
**afterwards** [2] - 203:15, 203:17
**age** [6] - 8:9, 9:24, 33:16, 129:7, 152:2, 157:5
**agency** [2] - 143:3
**AGENCY** [1] - 1:23
**ager** [1] - 14:24
**aggression** [1] - 135:18
**agitated** [4] - 26:16, 27:18, 84:2, 151:13
**ago** [25] - 7:21, 19:7, 19:20, 20:24, 37:4, 37:5, 37:6, 39:2, 39:13, 41:11, 41:12, 41:13, 41:17, 41:18, 115:18, 115:19, 139:3, 145:14, 153:2, 153:6, 209:8, 215:8, 219:19
**agree** [1] - 57:23
**ahead** [3] - 174:24, 192:22, 199:9
**air** [1] - 189:15
**AKERSON** [1] - 2:13
**alcohol** [2] - 29:20, 157:1
**alcoholic** [2] - 29:19,

157:2
**Alers** [83] - 73:20, 73:23, 74:13, 74:21, 76:19, 77:14, 79:12, 80:11, 80:16, 81:21, 82:1, 82:5, 82:20, 83:11, 88:8, 88:9, 88:13, 88:18, 94:8, 94:18, 94:19, 95:16, 95:21, 96:11, 97:7, 98:18, 98:23, 105:23, 144:23, 164:1, 166:22, 167:14, 167:20, 169:4, 169:13, 170:12, 170:17, 171:8, 171:23, 172:5, 172:8, 172:15, 172:19, 173:5, 173:6, 175:14, 176:2, 177:8, 177:18, 177:19, 178:15, 179:18, 180:1, 180:9, 181:6, 182:11, 184:6, 186:17, 186:20, 187:24, 188:20, 188:23, 189:4, 189:5, 189:7, 189:12, 189:16, 189:21, 192:2, 192:12, 193:12, 193:16, 194:4, 194:22, 196:6, 196:19, 218:6, 224:10, 224:22, 225:3, 225:16, 227:4, 230:20
**ALERS** [2] - 1:7, 2:12
**Alers'** [7] - 168:24, 190:1, 192:6, 193:11, 224:5, 224:16, 225:13
**allegation** [1] - 215:18
**allegations** [1] - 216:4
**allege** [2] - 218:1, 218:9
**alleged** [3] - 21:5, 143:4, 216:5
**alleging** [1] - 218:5
**allow** [1] - 49:2
**alls** [1] - 160:14
**almost** [11] - 128:19, 143:9, 152:15, 170:20, 170:22, 171:4, 171:6, 171:7, 176:22, 179:11, 190:16
**alone** [2] - 125:7, 149:3
**alternative** [1] - 133:6
**ambition** [1] - 206:23
**ambulance** [20] - 72:1, 99:7, 99:9, 99:15, 99:18, 100:4, 102:16,

102:23, 103:5, 103:20, 106:2, 160:22, 161:3, 191:23, 196:3, 196:23, 196:24, 197:2, 197:5, 227:2
**amended** [2] - 216:3, 217:22
**amount** [4] - 36:7, 44:18, 44:22, 142:16
**anger** [2] - 135:19, 136:19
**angry** [3] - 26:15, 136:12, 139:20
**answer** [11] - 6:2, 42:10, 82:14, 119:4, 162:1, 169:16, 169:18, 179:20, 218:11, 218:13, 221:1
**answered** [4] - 48:21, 185:6, 185:7, 225:5
**answering** [3] - 5:18, 82:10, 147:5
**answers** [2] - 221:3, 223:5
**Answers** [3] - 3:15, 221:17
**anxiety** [4] - 16:22, 126:10, 126:15, 126:21
**anyway** [1] - 164:17
**Apartment** [2] - 45:14, 45:19
**apartment** [5] - 8:17, 11:16, 26:16, 45:17, 46:1
**apologies** [1] - 35:20
**apologize** [12] - 9:20, 14:10, 15:19, 33:4, 34:8, 41:14, 73:20, 174:10, 174:11, 211:5, 223:3, 226:19
**appearing** [1] - 135:4
**application** [1] - 107:2
**applied** [2] - 97:6, 101:20, 130:20
**apply** [3] - 5:5, 97:4, 231:22
**applying** [1] - 98:17
**appointment** [2] - 138:7, 140:5
**appointments** [5] - 111:24, 112:2, 132:12, 132:18, 136:11
**approached** [3] - 83:16, 162:11, 166:4
**appropriate** [1] - 231:5
**April** [5] - 13:8, 15:12, 15:13, 119:12,

201:15
**area** [27] - 9:8, 14:14, 58:23, 69:9, 95:19, 96:2, 107:23, 108:14, 109:7, 118:1, 178:5, 178:11, 178:12, 179:21, 182:13, 183:24, 184:4, 184:5, 193:4, 193:22, 194:20, 195:3, 195:6, 225:19, 226:3, 227:6, 227:24
**areas** [3] - 58:24, 194:16, 226:10
**arm** [82] - 36:10, 85:2, 85:6, 88:12, 96:5, 96:7, 96:13, 96:15, 97:10, 97:12, 97:13, 97:17, 98:7, 98:8, 98:9, 100:22, 100:23, 100:24, 101:8, 101:9, 101:15, 101:17, 102:2, 102:4, 102:9, 109:5, 111:14, 146:1, 146:2, 146:3, 146:7, 146:12, 146:14, 177:13, 177:18, 177:19, 177:21, 177:22, 177:24, 179:21, 180:2, 180:9, 187:18, 188:1, 188:4, 188:5, 188:14, 188:21, 188:22, 188:24, 189:5, 189:8, 189:11, 190:10, 190:12, 190:15, 191:1, 191:8, 191:18, 196:17, 197:22, 198:15, 199:12, 201:4, 208:3, 209:13, 209:23, 210:10, 223:14, 223:15, 224:1, 226:9, 227:18
**arms** [21] - 84:24, 89:6, 94:17, 97:14, 97:15, 98:19, 98:21, 101:21, 111:17, 111:19, 152:13, 186:21, 187:16, 187:21, 194:4, 194:7, 194:10, 194:18, 194:21, 195:13, 216:22
**arrangement** [3] - 35:2, 50:20, 133:6
**arrested** [10] - 20:12, 20:20, 20:23, 21:2, 23:3, 23:5, 23:6, 23:9, 23:12, 26:12
**arrests** [1] - 25:18
**arrive** [7] - 73:1, 73:8, 73:17, 78:6, 99:8,

166:3, 227:2
**arrived** [12] - 73:5, 77:4, 99:15, 109:2, 160:19, 162:6, 165:1, 165:14, 165:16, 165:21, 191:23, 196:1
**arriving** [1] - 149:23
**arrow** [1] - 95:14
**ASHLAND** [1] - 1:23
**asleep** [1] - 47:17
**assault** [6] - 21:4, 25:2, 29:22, 30:7, 217:23, 218:2
**assaulted** [1] - 21:6
**assaultive** [1] - 29:16
**assessed** [1] - 130:11
**assessment** [2] - 129:18, 130:8
**assist** [1] - 31:16
**assistance** [5] - 24:16, 44:10, 157:18, 157:20, 220:7
**associated** [1] - 142:7
**Associates** [1] - 214:4
**assume** [1] - 6:3
**attached** [1] - 147:20
**atten** [1] - 160:16
**attend** [3] - 46:6, 128:23, 134:23
**attended** [1] - 135:1
**attending** [4] - 46:16, 50:1, 127:11, 135:23
**attention** [7] - 60:19, 60:22, 72:4, 105:5, 191:11, 191:14, 212:20
**attorney** [9] - 4:13, 6:24, 7:24, 113:11, 118:10, 118:12, 119:1, 231:14, 231:16
**Attorney** [17] - 7:12, 13:10, 116:2, 116:20, 119:8, 119:9, 119:10, 119:19, 119:24, 143:10, 144:22, 147:5, 157:9, 179:10, 195:6, 201:16, 222:11
**attorney's** [1] - 115:24
**attorney-client** [1] - 119:1
**attorneys** [2] - 118:20, 119:3
**attributed** [1] - 141:20
**audio** [1] - 7:17
**August** [2] - 13:9, 133:2
**Authority** [3] - 9:10,

21:19, 26:21
**Autism** [4] - 153:1, 153:3, 153:12, 204:18
**autism** [17] - 40:22, 64:18, 126:5, 126:17, 126:20, 126:22, 129:8, 129:21, 131:16, 131:24, 152:1, 204:4, 207:17, 207:20, 209:22, 210:1, 212:3
**autistic** [4] - 60:17, 74:15, 152:6, 152:10
**auto** [1] - 220:19
**Ave** [3] - 109:11, 110:6
**Avedian** [4] - 7:5, 7:6, 122:16, 145:7
**Avenue** [1] - 10:10
**avoid** [2] - 100:9, 206:23
**avoidance** [1] - 140:11
**awarding** [1] - 43:10
**aware** [10] - 15:5, 17:10, 38:4, 40:13, 106:20, 120:11, 142:14, 157:11, 157:19
**awful** [1] - 71:4
**awhile** [3] - 7:20, 179:2, 203:10

**B**

**babies** [1] - 131:23
**baby** [1] - 27:10
**backed** [1] - 104:16
**background** [1] - 116:10
**bad** [8] - 8:24, 15:16, 33:3, 37:2, 41:13, 59:18, 71:3, 73:2, 99:10, 110:16, 154:4, 198:16
**bag** [19] - 43:6, 52:17, 85:23, 86:6, 86:8, 86:10, 87:1, 111:16, 173:3, 173:15, 173:17, 173:19, 173:21, 174:15, 174:18, 176:7, 176:15, 217:3, 217:8
**bags** [1] - 89:16
**ball** [8] - 41:7, 41:8, 208:23, 209:1, 209:3, 209:5, 209:10
**band** [1] - 193:21
**bang** [1] - 173:10
**Bank** [2] - 18:14, 18:21
**bankruptcy** [1] - 44:23
**base** [2] - 215:14,

216:16
**based** [1] - 209:22
**basing** [1] - 217:2
**basis** [2] - 161:7, 161:24
**basketball** [1] - 208:13
**battered** [3] - 21:6, 217:23, 218:2
**battery** [1] - 21:4
**BAY** [1] - 1:23
**became** [8] - 18:1, 38:7, 123:22, 149:16, 156:24, 157:1, 157:5, 158:12
**become** [7] - 26:15, 38:3, 51:17, 51:21, 54:10, 84:1, 133:20
**bed** [2] - 47:12, 47:14
**bedroom** [3] - 10:14, 10:15, 10:16
**beer** [2] - 25:7, 30:8
**beginning** [2] - 134:10, 145:1
**behalf** [1] - 216:4
**behavior** [8] - 100:21, 123:24, 124:10, 130:20, 141:20, 159:17, 211:4
**Behavioral** [2] - 129:13, 129:14
**behavioral** [6] - 17:4, 49:12, 129:2, 135:5, 136:20, 212:20
**behaviors** [4] - 28:5, 135:17, 140:10, 204:5
**behind** [22] - 65:15, 89:6, 94:8, 95:20, 96:1, 96:8, 97:12, 97:13, 97:14, 97:15, 97:18, 101:22, 111:18, 111:20, 175:14, 188:9, 189:10, 189:11, 194:18, 216:22, 217:6, 225:17
**belly** [2] - 181:23, 227:13
**below** [2] - 195:7, 195:16, 195:22
**belt** [1] - 193:22
**Benadryl** [1] - 48:20
**benefits** [3] - 44:10, 44:15, 44:19
**beshai** [1] - 230:20
**BESHAI** [7] - 1:4, 1:12, 3:3, 4:9, 229:24, 230:16, 231:8
**Beshai** [21] - 4:21, 4:22, 6:6, 6:8, 6:9, 6:11, 9:18, 11:3,

11:4, 13:8, 99:7, 144:18, 144:19, 144:20, 162:24, 179:17, 186:4, 217:19, 218:4, 220:24, 221:16
**beside** [3] - 173:5, 175:16, 175:17
**best** [9] - 37:3, 127:23, 128:3, 128:4, 143:16, 143:17, 182:7, 182:9, 185:11
**better** [3] - 72:12, 136:16, 143:23
**betting** [3] - 42:17, 43:19, 44:6
**between** [21] - 45:10, 57:3, 58:24, 82:22, 91:2, 105:2, 163:11, 163:13, 169:11, 171:19, 172:5, 172:19, 176:12, 184:4, 186:16, 187:7, 196:5, 199:1, 200:9, 201:18
**beyond** [6] - 26:2, 90:5, 90:19, 184:21, 185:2, 185:4
**bickering** [1] - 51:24
**big** [2] - 113:5, 132:11
**bills** [1] - 142:6
**bipolar** [1] - 16:23
**birth** [8] - 6:13, 12:16, 13:5, 14:8, 101:6, 134:7, 156:4, 196:15
**birthday** [1] - 12:19
**birthdays** [2] - 39:10, 41:5
**bit** [21] - 19:20, 61:3, 77:9, 84:8, 84:16, 117:10, 122:3, 137:3, 139:5, 146:19, 147:13, 157:1, 168:23, 184:11, 184:12, 185:3, 199:8, 199:10, 213:13, 213:19, 219:17
**blade** [1] - 195:23
**board** [1] - 148:16
**body** [9] - 75:19, 84:15, 85:6, 94:18, 168:1, 220:19, 224:13, 224:15, 226:13
**bogus** [1] - 107:13
**Bond** [1] - 46:23
**bonds** [1] - 18:15
**bone** [1] - 131:18
**born** [1] - 10:3
**bottle** [8] - 25:8, 30:8, 52:12, 52:23, 53:6,

53:16, 64:14, 151:9
**bottom** [5] - 54:24, 194:8, 225:3, 225:4, 225:14
**boxers** [1] - 115:2
**boy** [3] - 67:4, 132:11, 217:7
**boyfriend** [1] - 37:23
**Boylston** [2] - 46:19, 153:5
**boys** [3] - 13:12, 40:19, 46:6
**boys'** [1] - 39:10
**braced** [1] - 181:2
**BRAEBURN** [1] - 1:23
**Branch** [1] - 25:3
**brand** [3] - 74:14, 78:3, 163:24
**break** [8] - 5:6, 27:22, 99:2, 99:5, 143:9, 179:11, 216:12, 220:21
**breakfast** [4] - 49:9, 52:18, 52:19, 52:21
**breaking** [1] - 27:14
**breathing** [1] - 93:5
**briefly** [1] - 82:7
**bring** [6] - 68:3, 96:5, 96:7, 124:3, 124:14, 214:16
**Brite** [2] - 51:10, 51:18
**Brite's** [1] - 149:23
**broke** [2] - 123:23, 179:17
**broken** [5] - 26:16, 108:10, 110:16, 197:23, 198:13
**brother** [4] - 105:16, 123:16, 124:11, 129:20
**brought** [12] - 24:1, 67:21, 103:23, 123:10, 124:4, 124:18, 125:7, 184:24, 187:23, 188:7, 189:3, 190:11
**brown** [1] - 56:17
**BT** [1] - 162:24
**bubble** [1] - 152:14
**bubbled** [2] - 152:12, 157:7
**bud** [8] - 82:8, 169:16, 169:17, 170:8, 172:2, 172:3
**building** [6] - 21:19, 45:21, 56:17, 104:4, 104:6, 109:24
**bunch** [2] - 217:20, 221:3
**Bureau** [4] - 7:4,

118:16, 121:12, 222:20
**burn** [2] - 123:15, 124:11
**bus** [3] - 52:6, 149:18, 150:13
**business** [6] - 31:7, 36:11, 36:12, 42:16, 64:22, 64:24
**butt** [1] - 131:15
**buy** [2] - 43:23, 219:10
**BY** [12] - 2:5, 2:10, 2:15, 3:5, 3:6, 3:7, 3:8, 4:16, 144:17, 221:15, 222:10, 226:23

---

## C

**calf** [5] - 96:1, 96:2, 168:10, 225:17, 227:6
**calfs** [1] - 227:5
**calm** [9] - 77:24, 79:5, 81:7, 152:6, 152:10, 164:14, 164:23, 165:2, 165:6
**calmed** [9] - 74:15, 81:1, 164:1, 164:7, 165:3, 165:10, 165:11, 165:20, 166:12
**cameras** [1] - 116:14
**cancelled** [1] - 132:17
**CANDO** [16] - 132:15, 137:2, 137:4, 138:3, 138:5, 138:11, 140:6, 157:14, 204:10, 204:11, 204:12, 204:14, 204:17, 205:5, 205:16, 207:5
**Cannon** [1] - 204:9
**capable** [1] - 212:14
**car** [77] - 20:19, 51:13, 51:24, 53:7, 53:9, 53:20, 57:14, 57:24, 63:16, 65:17, 65:21, 65:22, 66:16, 66:20, 66:22, 67:21, 67:22, 68:2, 70:4, 70:6, 70:10, 70:12, 70:18, 70:20, 73:19, 74:23, 75:5, 80:23, 81:12, 81:24, 83:1, 88:10, 88:11, 88:16, 89:18, 89:20, 94:6, 104:1, 104:2, 104:17, 104:20, 104:22, 104:23, 104:24, 105:18, 111:13, 111:16, 117:22,

118:6, 141:4, 149:17, 162:8, 162:22, 163:5, 165:22, 165:24, 171:6, 171:7, 171:9, 173:16, 173:24, 174:18, 175:11, 175:15, 175:22, 176:16, 178:19, 180:5, 180:16, 203:3, 203:4, 217:4
**cards** [5] - 42:17, 43:24, 130:23, 154:21, 154:24
**care** [17] - 31:9, 31:11, 35:23, 46:10, 49:23, 50:2, 50:3, 103:23, 124:10, 125:20, 133:5, 133:6, 133:10, 156:9, 197:8, 201:4
**carefully** [1] - 229:4
**caring** [1] - 220:2
**cars** [1] - 74:3
**Carson** [8] - 129:11, 131:8, 131:11, 131:22, 132:3, 132:13, 152:20, 157:14
**carson** [1] - 129:19
**Carson's** [1] - 132:19
**case** [1] - 140:17
**CASE** [1] - 230:20
**cast** [6] - 112:11, 112:13, 112:15, 114:12, 114:18, 201:5
**cast-wise** [1] - 201:5
**cater** [2] - 51:9, 51:21
**ceiling** [1] - 117:24
**Celexa** [2] - 139:23, 140:1
**cell** [3] - 157:23, 158:1, 158:4
**cement** [1] - 58:23
**cent** [4] - 86:10, 173:20, 173:21, 217:7
**Center** [8] - 46:17, 47:7, 136:15, 136:16, 153:2, 153:4, 153:12, 204:18
**Central** [2] - 47:3, 212:18
**certain** [9] - 18:23, 31:13, 31:16, 31:20, 32:1, 32:5, 33:16, 47:9, 71:4
**Certificate** [1] - 3:22
**certificate** [1] - 18:14
**certificates** [2] - 18:12,

4

19:10
**certification** [2] - 4:5, 231:22
**certifications** [2] - 18:13, 19:11
**certify** [2] - 231:5, 231:13
**certifying** [1] - 231:23
**chair** [1] - 226:4
**chairperson** [1] - 143:15
**Chandler** [7] - 125:21, 133:3, 212:16, 212:24, 213:9, 213:22, 214:4
**change** [3] - 32:16, 172:18, 211:4
**CHANGE** [1] - 229:9
**changed** [4] - 6:10, 46:20, 100:21, 173:1
**changes** [2] - 229:4, 230:4
**Changes** [1] - 230:2
**changes/corrections** [1] - 229:7
**character** [1] - 130:5
**charge** [3] - 21:3, 21:15, 22:4
**charged** [2] - 25:10, 25:21
**charges** [3] - 21:23, 22:24
**chest** [1] - 30:8
**child** [11] - 17:2, 17:5, 133:4, 135:4, 152:6, 152:10, 191:10, 197:8, 211:18, 211:19, 211:20
**childhood** [1] - 48:1
**children** [15] - 9:13, 13:2, 13:6, 29:8, 40:3, 40:6, 40:10, 40:12, 44:11, 45:7, 47:8, 124:9, 153:9, 157:15, 220:13
**children's** [1] - 12:8
**chin** [3] - 108:15, 108:17, 193:3
**CHINS** [3] - 23:10, 23:13, 133:15
**chips** [25] - 52:17, 84:11, 86:7, 86:9, 86:11, 87:2, 88:7, 88:8, 89:17, 111:17, 173:4, 173:16, 173:22, 174:15, 174:18, 175:6, 175:10, 175:15, 175:22, 176:7, 176:15, 177:11, 217:3, 217:8

**choose** [1] - 205:15
**chose** [1] - 119:9
**CT** [22] - 12:14, 12:21, 12:24, 27:8, 44:21, 46:9, 49:23, 50:1, 53:6, 53:14, 66:5, 66:12, 66:24, 67:18, 67:23, 68:9, 69:23, 70:18, 76:12, 103:22, 104:18, 131:20
**chromosome** [1] - 132:5
**chronic** [3] - 126:9, 126:15, 139:2
**Circuit** [1] - 22:22
**citation** [3] - 19:18, 20:11, 20:14
**citations** [1] - 20:17
**cited** [1] - 19:22
**CITY** [1] - 1:8
**City** [4] - 1:18, 4:23, 221:18, 230:21
**civic** [1] - 30:19
**civil** [1] - 45:2
**Civil** [1] - 1:14
**claim** [1] - 217:20
**claimed** [1] - 179:19
**claiming** [1] - 205:24
**clarification** [3] - 150:17, 162:23, 195:5
**clarify** [6] - 154:7, 161:16, 161:23, 179:24, 180:18, 180:22
**class** [7] - 123:23, 208:18, 208:19, 209:15, 209:18, 210:2, 210:9
**classroom** [2] - 123:23, 134:13
**clean** [1] - 32:16
**cleaner** [2] - 51:3, 104:12
**cleaners** [7] - 50:13, 52:14, 65:17, 75:7, 75:8, 94:2, 94:4
**Cleaners** [2] - 51:11, 51:19, 149:24
**cleaners'** [1] - 104:4
**cleaning** [1] - 55:17
**cleaning's** [1] - 55:16
**clear** [5] - 144:11, 185:8, 223:15, 224:9, 225:6
**cleft** [1] - 131:18
**clerk** [2] - 21:17, 21:23
**client** [1] - 119:1
**client's** [1] - 32:5

**clientele** [2] - 31:14, 34:1
**clients** [3] - 32:7, 32:8, 33:24
**clinic** [4] - 132:15, 138:4, 138:6, 140:6
**Clinic** [2] - 129:13, 129:14
**clinician** [2] - 69:18, 137:21
**close** [14] - 39:19, 42:1, 42:3, 42:11, 57:16, 58:2, 117:4, 169:3, 169:7, 169:20, 171:14, 171:16, 171:17
**close-up** [1] - 117:4
**closer** [3] - 38:7, 175:17, 175:18
**closest** [2] - 93:16, 176:11
**clothes** [1] - 117:2
**clothing** [1] - 220:14
**Collaborative** [2] - 47:2, 47:3
**comfortable** [1] - 113:18
**coming** [2] - 160:23, 161:2
**commencing** [1] - 1:17
**comment** [3] - 52:1, 124:7, 150:12
**Commission** [1] - 231:20
**commit** [1] - 106:14
**Commonwealth** [2] - 1:16, 231:4
**COMMONWEALTH** [1] - 231:1
**communicate** [1] - 166:19
**communication** [5] - 172:5, 186:24, 187:8, 199:22, 200:12
**Communications** [1] - 18:20
**communications** [2] - 187:12, 196:5
**companies** [1] - 18:23
**company** [2] - 18:20, 142:4
**complain** [2] - 187:21, 188:1
**complained** [1] - 191:1
**complaining** [3] - 102:11, 214:13, 227:17
**complains** [3] - 214:11, 214:12, 226:13

**complaint** [7] - 140:17, 143:2, 215:11, 215:16, 216:3, 217:22, 218:4
**complaints** [4] - 25:17, 30:15, 30:17, 209:13
**completely** [4] - 79:5, 117:23, 123:7, 148:11
**completing** [1] - 229:6
**complex** [6] - 9:8, 9:10, 10:10, 22:22, 22:24, 37:14
**complied** [6] - 163:2, 163:6, 183:8, 183:12, 186:8, 226:21
**component** [1] - 148:2
**conceal** [1] - 210:16
**concern** [1] - 34:17
**concerned** [2] - 62:11, 62:15
**concerns** [5] - 34:17, 133:4, 135:5, 135:10, 212:12
**conclusion** [1] - 229:6
**concoct** [2] - 215:13, 215:18
**condition** [2] - 103:11, 207:17
**conjunction** [1] - 144:1
**connects** [1] - 51:3
**consider** [3] - 129:16, 225:10, 225:12
**consistent** [1] - 132:10
**conspiracy** [1] - 217:1
**conspired** [7] - 215:12, 215:18, 215:22, 216:6, 216:7, 216:17, 217:10
**constantly** [1] - 78:3
**constitutional** [3] - 215:20, 216:6, 216:18
**contact** [7] - 14:12, 14:16, 14:17, 14:21, 30:11, 88:17, 130:1
**contacted** [2] - 28:19, 214:15
**continue** [2] - 131:24, 137:1
**CONTINUED** [1] - 221:15
**continued** [3] - 26:2, 131:23, 137:3
**contribute** [2] - 43:9, 48:15
**control** [3] - 26:23, 79:12, 231:23
**conversated** [1] - 40:16

**conversation** [26] - 68:6, 119:5, 148:24, 149:21, 150:3, 160:11, 163:18, 163:21, 166:5, 166:9, 167:4, 167:11, 169:14, 169:20, 172:16, 196:10, 196:13, 197:2, 198:2, 198:18, 199:6, 199:13, 201:1, 202:8, 206:18, 207:3
**conversations** [7] - 118:22, 119:2, 121:17, 186:16, 197:11, 197:21, 201:10
**conviction** [1] - 21:11
**cook** [1] - 32:15
**cookout** [1] - 41:6
**cops** [1] - 141:1
**corner** [1] - 10:9
**correct** [55] - 7:13, 11:23, 15:18, 20:15, 25:9, 25:20, 27:5, 29:12, 32:3, 34:15, 41:19, 41:20, 46:13, 47:5, 49:5, 53:12, 58:1, 59:1, 59:12, 60:12, 73:16, 95:13, 103:7, 104:7, 116:19, 131:3, 136:8, 143:21, 144:4, 148:19, 150:24, 152:17, 162:17, 166:7, 167:23, 168:15, 171:5, 177:23, 179:23, 183:1, 183:4, 184:8, 184:14, 184:22, 186:11, 190:13, 197:7, 218:14, 218:20, 218:21, 223:17, 224:1, 225:20, 227:22, 229:3
**corrected** [1] - 146:16
**corrections** [1] - 229:4
**correctly** [2] - 112:7, 147:23
**counsel** [2] - 231:14, 231:16
**counseling** [10] - 137:1, 137:17, 137:19, 137:24, 152:5, 152:9, 203:22, 204:9, 205:8, 205:10
**counselor** [4] - 69:15, 69:16, 69:18, 203:23
**couple** [13] - 23:9, 41:4, 43:17, 108:14, 112:5, 115:18, 145:1,

202:16, 205:11, 211:8, 218:15, 219:19, 220:22
**coupon** [1] - 36:21
**couponing** [2] - 36:15, 38:7
**coupons** [1] - 36:24
**course** [3] - 19:21, 40:7, 199:11
**Court** [1] - 3:22
**court** [8] - 5:9, 20:16, 22:8, 23:18, 25:13, 26:1, 26:13, 156:13
**COURT** [1] - 1:1
**cover** [1] - 141:12
**covered** [1] - 141:23
**COVID** [6] - 34:11, 34:12, 34:13, 34:16, 138:8, 204:16
**criminal** [2] - 21:9, 21:11
**crisis** [10] - 60:20, 61:15, 72:23, 157:10, 157:11, 157:20, 158:7, 158:14, 158:19, 159:3
**cross** [1] - 157:8
**cross-exam** [1] - 157:8
**crosswalk** [1] - 19:23
**cruiser** [1] - 24:6
**crying** [6] - 62:19, 77:4, 77:5, 82:15, 101:1, 101:7
**cuff** [1] - 194:5
**cuffed** [1] - 194:11
**cuffs** [15] - 99:13, 189:10, 189:20, 190:20, 190:21, 190:23, 191:3, 191:20, 191:22, 191:24, 193:16, 194:2, 194:7, 194:17, 194:22, 195:14
**current** [3] - 6:15, 8:9, 209:15
**custody** [10] - 9:21, 9:22, 10:4, 10:17, 24:2, 133:22, 133:24, 156:1, 156:7, 218:8
**cut** [2] - 36:24, 56:24

**D**

**dad** [5] - 11:4, 13:21, 13:22, 18:1, 25:5
**dad's** [2] - 13:23, 131:7
**dangerous** [1] - 25:3
**dangling** [2] - 87:15, 168:8
**Daniel** [5] - 11:4, 13:7, 13:8, 14:3, 14:17

**dash** [4] - 95:10, 117:21, 148:16, 173:10
**dashboard** [3] - 148:16, 148:18, 168:14
**DATE** [3] - 229:23, 230:19, 230:22
**date** [9] - 6:13, 10:18, 15:18, 35:4, 101:6, 134:7, 156:4, 196:15, 226:15
**dates** [10] - 8:20, 8:24, 12:16, 13:4, 14:7, 14:9, 33:2, 33:4, 37:2, 41:13
**days** [3] - 107:21, 139:4, 230:7
**DCF** [2] - 156:11, 156:17
**de** [1] - 12:14
**deal** [2] - 121:24, 152:5
**dealing** [1] - 18:15
**dealt** [1] - 152:4
**deathly** [2] - 202:13, 202:18
**December** [2] - 25:1, 25:18
**decided** [1] - 151:23
**declared** [1] - 44:23
**DEFENDANT** [1] - 2:12
**defendant** [2] - 45:3, 215:12
**defendants** [2] - 1:13, 4:23
**DEFENDANTS** [1] - 2:7
**Defendants'** [1] - 221:17
**definite** [1] - 139:3
**deformities** [1] - 131:15
**deformity** [1] - 131:17
**degree** [1] - 147:18
**deleted** [1] - 42:9
**demonstrate** [1] - 176:18
**demonstrated** [1] - 178:4
**department** [7] - 107:6, 107:19, 107:23, 108:7, 109:9, 161:5, 161:9
**Department** [9] - 1:18, 7:9, 24:16, 24:19, 30:13, 30:16, 145:7, 146:23, 222:14
**DEPARTMENT** [1] - 2:7
**depended** [1] - 33:24
**depicted** [2] - 54:16,

120:11
**DEPONENT** [1] - 3:3
**deposed** [1] - 5:2
**DEPOSITION** [1] - 1:12
**Deposition** [3] - 4:1, 179:15, 186:14
**deposition** [13] - 4:5, 6:23, 144:12, 145:4, 228:5, 229:3, 229:4, 229:5, 230:3, 230:5, 230:12, 231:6, 231:11
**depositions** [1] - 229:3
**depressed** [1] - 140:10
**depression** [3] - 16:22, 139:6, 140:12
**describe** [33] - 54:5, 57:22, 59:20, 77:21, 93:1, 120:19, 140:19, 148:13, 150:21, 159:9, 159:16, 168:5, 170:5, 170:24, 175:14, 176:19, 177:19, 178:9, 178:18, 178:22, 180:10, 180:21, 188:11, 189:7, 192:24, 193:15, 194:9, 198:12, 201:12, 201:17, 224:14, 225:22, 227:5
**described** [9] - 176:22, 178:12, 181:8, 184:6, 189:24, 192:3, 194:19, 202:7, 202:17
**describing** [4] - 195:17, 195:21, 196:18, 224:4
**description** [1] - 201:6
**designer** [1] - 43:6
**desires** [1] - 230:5
**detached** [1] - 54:10
**details** [2] - 200:5, 200:7
**development** [1] - 132:10
**Developmental** [2] - 129:13, 129:14
**developmental** [1] - 130:13
**diagnosed** [14] - 126:4, 126:6, 126:11, 129:7, 129:10, 129:21, 130:9, 130:17, 131:12, 131:13, 131:21, 138:12, 138:14, 152:1
**diagnoses** [6] - 15:5,

16:19, 16:21, 17:10, 126:7, 126:17
**diagnosis** [3] - 124:19, 131:2, 138:19
**diagram** [2] - 162:14, 183:2
**Diagram** [2] - 3:16, 3:17
**diem** [1] - 33:22
**different** [17] - 13:22, 29:20, 31:22, 32:7, 45:17, 118:11, 127:17, 141:1, 141:15, 141:18, 141:19, 208:22, 209:1, 211:18, 211:19, 211:20
**differently** [1] - 122:3
**difficult** [1] - 149:10
**difficulties** [1] - 48:10
**direct** [1] - 231:23
**direction** [7] - 57:14, 64:6, 86:18, 182:14, 182:20, 183:15, 231:23
**directly** [9] - 50:13, 80:1, 80:22, 81:14, 104:3, 163:22, 170:20, 175:24, 225:2
**disabilities** [4] - 40:14, 40:18, 122:1, 122:4
**disability** [5] - 44:12, 126:23, 126:24, 127:2, 220:12
**disabled** [5] - 78:4, 81:2, 129:16, 164:1, 217:7
**discharged** [6] - 107:20, 111:3, 125:1, 125:11, 125:19, 215:1
**disclose** [2] - 118:22, 119:7
**disconnected** [1] - 117:23
**discontinued** [1] - 107:2
**discuss** [4] - 10:19, 121:14, 198:21, 200:1
**discussed** [2] - 24:5, 30:12
**discussion** [1] - 221:14
**discussions** [2] - 200:8, 201:21
**disengaged** [1] - 148:9
**dismissed** [3] - 21:15, 22:4, 22:5
**disorder** [3] - 129:8,

130:13, 138:13
**Disorders** [1] - 204:19
**dispatch** [2] - 160:10, 160:11
**dispatcher** [6] - 60:16, 60:21, 61:18, 62:20, 63:5, 79:9
**disposing** [1] - 22:23
**disruptive** [1] - 138:13
**distance** [1] - 171:19
**distinct** [1] - 28:5
**distraught** [2] - 77:6, 77:7, 77:10
**DISTRICT** [2] - 1:1, 1:1
**disturbances** [3] - 138:22, 139:2, 139:15
**DO** [1] - 229:5
**doc** [1] - 199:3
**doctor** [16] - 110:13, 110:15, 110:19, 110:20, 111:8, 111:12, 125:6, 126:23, 137:9, 141:20, 197:21, 198:1, 198:3, 198:18, 205:3, 214:16
**doctor's** [2] - 136:11, 138:24
**doctors** [11] - 111:15, 111:19, 197:18, 198:8, 199:4, 199:22, 206:8, 207:16, 207:24, 209:12, 212:1
**document** [11] - 145:16, 145:20, 145:21, 146:5, 146:9, 146:16, 221:1, 221:16, 221:22, 222:1, 222:15
**documents** [6] - 7:1, 7:14, 145:2, 145:4, 145:10, 222:12
**domestic** [4] - 13:21, 24:19, 27:12, 29:10
**done** [7] - 43:16, 87:13, 131:10, 138:9, 218:17, 219:17, 220:21
**Donna** [1] - 11:3
**door** [59] - 50:13, 75:15, 75:23, 81:15, 81:17, 82:2, 82:20, 82:23, 83:8, 83:14, 86:22, 89:22, 90:1, 90:3, 90:6, 90:15, 90:17, 90:20, 91:2, 91:4, 91:5, 123:23, 168:22, 169:5, 169:6, 169:12, 169:23,

169:24, 170:2, 170:3,
170:4, 170:5, 170:18,
170:19, 170:23,
172:16, 175:18,
175:23, 182:17,
183:20, 183:23,
184:3, 184:4, 184:18,
184:19, 184:21,
184:22, 185:1, 185:2,
185:3, 185:4, 185:10,
185:17, 185:24
**doors** [2] - 57:1, 58:20
**doorway** [2] - 76:9,
170:6
**down** [57] - 5:9, 5:20,
52:15, 53:23, 54:9,
54:20, 59:22, 64:15,
74:15, 74:19, 75:7,
79:17, 80:18, 81:1,
84:10, 84:21, 84:24,
85:16, 87:16, 87:19,
87:22, 87:24, 88:1,
88:2, 92:22, 92:23,
98:19, 102:21,
117:19, 141:7, 141:8,
147:21, 148:15,
148:23, 148:24,
150:16, 152:6,
152:10, 164:1, 164:7,
165:10, 165:11,
165:20, 166:12,
171:1, 181:24,
182:10, 184:24,
185:1, 189:22,
189:23, 190:3, 194:7,
194:17, 194:21
**Dr** [16] - 11:20, 125:23,
126:1, 126:13,
129:18, 130:7,
131:11, 131:22,
132:2, 132:13,
132:19, 133:3, 135:3,
135:16, 152:20,
155:3
**draw** [7] - 43:10, 57:13,
94:12, 94:14, 95:14,
163:3, 183:6
**drawing** [2] - 96:23,
226:15
**drew** [4] - 57:24, 94:11,
183:11, 183:14
**drink** [1] - 157:2
**drive** [1] - 49:14
**driver's** [12] - 4:11,
19:13, 74:24, 78:7,
78:14, 81:16, 81:20,
89:2, 91:7, 167:18,
170:18
**driveway** [6] - 50:14,
65:16, 75:8, 75:9,
87:14, 88:3

**driving** [3] - 19:21,
141:4, 203:3
**drop** [5] - 49:18, 50:8,
50:11, 50:12, 50:15
**dropped** [4] - 50:10,
66:8, 127:10, 197:8
**dropping** [2] - 51:12,
65:6, 65:14, 66:7
**dry** [11] - 50:12, 51:3,
52:14, 55:16, 55:17,
65:17, 75:7, 94:1,
94:4, 104:3, 104:12
**duly** [2] - 4:11, 231:8
**dumping** [1] - 21:18
**during** [15] - 29:23,
30:1, 32:1, 92:6,
97:8, 158:11, 160:11,
165:19, 166:8, 167:1,
172:16, 173:9, 199:1,
203:7, 204:16

## E

**early** [3] - 111:2,
130:14
**earrings** [1] - 43:3
**eating** [1] - 129:23
**edge** [1] - 90:19
**Edgeworth** [2] - 6:16,
8:14
**education** [3] - 17:2,
18:7, 134:19
**Edward** [1] - 13:24
**effort** [3] - 88:20,
212:20, 215:19
**eight** [5] - 32:8,
113:10, 116:24,
128:20, 183:21
**either** [6] - 34:7, 39:9,
44:14, 69:18, 81:23,
196:6
**elbow** [1] - 108:19,
112:18, 226:9
**electrical** [1] - 148:1
**electricity** [1] - 11:21
**elementary** [1] - 46:13
**Ellis** [1] - 120:9
**Elm** [7] - 127:12,
136:2, 136:3, 136:4,
143:14, 143:18,
143:24
**embarrassed** [1] -
141:12
**emergency** [18] -
62:20, 106:17,
106:18, 107:5,
107:19, 107:23,
108:1, 108:6, 109:9,
110:20, 113:21,
122:24, 124:15,
124:20, 125:2, 198:3,

198:7, 198:15
**emotional** [4] - 138:22,
139:2, 139:15, 204:4
**emotions** [1] - 139:8
**employed** [4] - 30:24,
33:1, 33:5, 219:7
**employee** [2] - 231:14,
231:15
**employment** [7] -
18:16, 18:18, 31:2,
31:8, 33:2, 218:16,
219:7
**empty** [1] - 173:17
**EMTs** [2] - 103:10,
196:1
**encountered** [1] -
152:11
**end** [13] - 25:10, 58:10,
132:22, 157:4,
162:13, 204:24,
205:15, 224:12,
224:13, 224:15,
225:9, 225:11,
225:20
**ended** [2] - 160:8,
181:20
**engage** [5] - 172:15,
217:1, 218:18,
218:22, 219:15
**engaged** [1] - 169:13
**enrolled** [2] - 18:9,
210:19
**enrollment** [1] - 210:20
**entered** [1] - 230:5
**entitled** [1] - 229:3
**entrance** [7] - 50:16,
56:23, 65:16, 75:6,
104:4, 162:19, 197:4
**episodes** [1] - 122:24
**ER** [1] - 123:2
**errata** [1] - 229:4
**ERRATA** [1] - 229:1
**escalated** [1] - 123:24
**escalating** [1] - 140:10
**ESQ** [4] - 2:5, 2:10,
2:11, 2:15
**estate** [1] - 17:18
**estimate** [3] - 34:3,
89:23, 184:15
**evaluate** [1] - 132:23
**evaluated** [7] - 106:14,
107:7, 107:10,
107:14, 123:9, 132:8,
133:10
**evaluation** [6] -
124:16, 125:3, 131:5,
131:10, 132:19,
136:10
**event** [3] - 24:9, 48:7,
138:18

**events** [2] - 24:4, 201:7
**evidence** [1] - 215:20
**exact** [1] - 86:11
**exactly** [9] - 61:14,
63:23, 98:4, 105:7,
105:19, 105:20,
174:15, 200:14,
201:7
**exam** [1] - 157:8
**EXAMINATION** [9] -
3:5, 3:6, 3:7, 3:8,
4:16, 144:17, 221:15,
222:10, 226:23
**examination** [4] -
157:9, 230:3, 230:4,
231:10
**examined** [2] - 4:12,
231:9
**example** [1] - 122:10
**examples** [1] - 202:21
**except** [1] - 4:6
**Excerpt** [1] - 230:1
**excessive** [2] - 218:5,
218:10
**excruciating** [1] -
96:14
**excuse** [2] - 209:21,
209:22
**excused** [2] - 209:18,
210:2
**excusing** [1] - 210:9
**exercises** [1] - 113:1
**exhausted** [1] - 152:23
**Exhibit** [22] - 4:1,
54:14, 56:14, 67:13,
76:16, 104:8, 104:9,
104:10, 113:10,
114:2, 114:14,
120:11, 150:18,
150:20, 162:15,
163:1, 179:15, 183:3,
186:13, 186:14,
222:2, 226:16
**EXHIBITS** [1] - 3:10
**exit** [1] - 50:16
**Expedition** [2] - 53:10,
76:2
**Expeditions** [1] - 54:6
**Expires** [1] - 231:20
**explain** [2] - 81:1,
216:12
**extremely** [2] - 171:15,
171:16
**eye** [1] - 129:24

## F

**face** [1] - 28:16
**Facebook** [4] - 42:9,
42:22, 43:20, 218:19
**facedown** [4] - 89:11,

90:23, 180:15,
227:13
**facility** [1] - 23:15
**facing** [5] - 57:15,
57:24, 94:1, 94:3,
104:12, 104:17,
168:7, 168:10,
168:13, 168:16,
169:2, 171:9, 182:22,
185:17
**fact** [2] - 72:5, 212:6
**facts** [8] - 215:14,
215:21, 216:16,
217:2, 217:9, 217:20,
218:1, 218:9
**failure** [1] - 19:22
**fairly** [1] - 152:1
**fall** [5] - 47:17, 114:20,
148:13, 180:19,
209:7
**false** [2] - 215:13,
215:19
**familiar** [1] - 109:15
**family** [6] - 17:7, 17:16,
109:14, 131:8,
219:21, 219:24
**far** [4] - 17:20, 71:15,
71:16, 89:14
**fast** [2] - 141:6, 179:3
**father** [5] - 25:7, 25:10,
27:24, 119:17,
156:24
**Faythe** [2] - 37:7,
201:22
**February** [3] - 1:17,
138:24, 230:22
**Federal** [1] - 19:6
**feet** [15] - 59:10, 83:10,
84:21, 89:20, 89:23,
94:16, 95:19, 176:3,
181:12, 181:18,
182:2, 183:18,
183:21, 184:16,
225:19
**fell** [1] - 148:13
**felt** [3] - 53:3, 62:9,
145:21
**female** [1] - 132:1
**few** [9] - 5:4, 38:21,
108:12, 119:21,
132:14, 136:5, 141:4,
209:6, 209:7
**fiddling** [8] - 78:18,
84:9, 85:9, 85:15,
87:4, 168:11, 175:3
**fidgeting** [2] - 168:2,
173:3
**fifth** [1] - 46:12
**figure** [4] - 94:11, 98:4,
183:3, 226:15
**file** [2] - 132:17, 143:2

**filed** [1] - 216:4
**filing** [2] - 4:5, 106:6
**finally** [1] - 113:18
**fine** [5] - 22:1, 22:2, 123:6, 144:20, 162:1
**finish** [3] - 161:21, 178:6, 202:2
**fire** [2] - 161:5, 161:8
**first** [40] - 13:7, 33:11, 38:3, 49:21, 49:22, 61:6, 66:2, 70:2, 70:4, 70:17, 71:2, 74:21, 76:20, 77:15, 78:6, 80:4, 80:8, 81:3, 88:17, 109:1, 109:3, 113:12, 118:12, 119:17, 125:17, 126:17, 129:7, 129:10, 161:6, 161:9, 161:13, 163:5, 175:9, 181:19, 182:3, 190:24, 191:17, 197:9, 221:1
**First** [1] - 221:18
**fish** [1] - 154:24
**fist** [1] - 85:2
**fit** [3] - 128:3, 143:17, 157:2
**five** [17] - 6:19, 8:23, 37:4, 37:5, 41:12, 59:7, 59:10, 73:3, 73:4, 99:10, 115:13, 165:17, 192:1, 227:1
**fixed** [1] - 118:2
**flapping** [1] - 130:1
**flash** [3] - 130:23, 154:21, 154:24
**flat** [1] - 181:18
**flicking** [1] - 176:22
**floor** [3] - 107:8, 107:20, 117:19
**flowed** [2] - 140:18, 140:19
**focused** [1] - 27:18
**follow** [12] - 50:21, 103:13, 103:20, 111:24, 112:2, 112:23, 126:1, 126:13, 132:12, 132:14, 211:14, 226:24
**follow-up** [6] - 111:24, 112:2, 126:1, 126:13, 132:12, 226:24
**follow-ups** [1] - 132:14
**followed** [1] - 209:12
**following** [2] - 197:15, 231:7
**following-named** [1] - 231:7
**follows** [1] - 4:12

**food** [2] - 44:11, 220:13
**foot** [4] - 75:22, 75:23, 76:1, 76:6
**FOR** [3] - 2:2, 2:7, 2:12
**force** [6] - 92:24, 210:5, 217:21, 218:5, 218:7, 218:10
**forced** [4] - 111:17, 111:20, 188:15, 189:9
**forcing** [1] - 89:6, 92:23, 216:22
**Ford** [1] - 53:10
**foregoing** [2] - 230:10, 231:22
**forget** [2] - 117:7, 141:4
**forgets** [1] - 27:17
**forgetting** [1] - 16:14
**forgot** [1] - 12:4
**form** [24] - 4:7, 34:19, 40:22, 43:12, 63:7, 71:22, 72:2, 75:21, 79:1, 86:1, 93:18, 136:21, 139:17, 171:10, 174:6, 175:20, 184:1, 185:5, 189:13, 194:23, 216:10, 224:24, 229:5, 230:5
**FORMER** [1] - 1:7
**Former** [1] - 230:21
**forms** [1] - 136:11
**forward** [7] - 52:15, 54:8, 104:15, 168:7, 168:10, 168:13, 168:16
**foster** [3] - 133:5, 133:10, 133:21
**four** [14] - 8:23, 14:4, 14:5, 30:9, 37:5, 59:7, 83:12, 115:3, 119:22, 125:16, 132:8, 139:3
**Four** [1] - 2:13
**four-and-a-half** [1] - 132:8
**fourth** [2] - 46:12, 128:7
**frantic** [2] - 91:1, 97:21
**Friday** [1] - 32:6
**friend** [2] - 22:20, 39:18
**friends** [1] - 37:14
**front** [40] - 29:7, 52:13, 53:14, 53:21, 54:7, 54:23, 57:15, 58:10, 58:17, 59:2, 70:7, 70:14, 70:15, 73:15, 73:24, 74:1, 75:13,

75:15, 78:17, 80:17, 83:8, 83:9, 91:7, 92:4, 92:5, 92:10, 94:5, 94:7, 104:3, 104:5, 104:15, 104:16, 122:21, 151:10, 165:7, 175:13, 176:2, 182:23, 183:8
**frustrated** [3] - 27:20, 52:10, 59:23
**fulfill** [1] - 21:14
**full** [4] - 33:23, 84:14, 173:18, 173:19
**fully** [4] - 75:18, 90:17, 130:10, 230:2
**function** [1] - 36:10
**funny** [2] - 56:5, 101:17
**FURTHER** [2] - 3:7, 222:10
**furthering** [1] - 18:7

## G

**gained** [1] - 206:12
**gaming** [1] - 44:6
**Garland** [15] - 9:2, 10:7, 10:15, 10:16, 11:15, 22:11, 22:15, 22:21, 26:23, 27:12, 28:14, 134:2, 155:15, 155:16, 155:20
**gas** [3] - 83:13, 169:9, 169:11
**Gates** [16] - 46:8, 46:11, 49:17, 49:21, 50:8, 50:10, 50:13, 51:7, 55:4, 55:15, 134:17, 134:20, 136:1, 143:14, 143:18, 150:4
**Gatorade** [6] - 52:12, 52:22, 53:6, 53:16, 64:14, 151:9
**gauging** [1] - 92:24
**GED** [1] - 18:4
**general** [3] - 47:10, 47:11, 184:9
**genetic** [1] - 131:14
**genetics** [3] - 131:4, 131:6, 131:9
**gentleman** [1] - 7:7
**gentleman's** [2] - 122:17, 145:8
**Gina** [7] - 9:18, 11:13, 155:21, 155:22, 155:23, 156:1, 156:3
**girlfriend** [5] - 25:19, 37:24, 39:19, 40:10, 41:24

**given** [6] - 14:1, 107:12, 147:1, 230:6, 230:11, 231:12
**glass** [1] - 118:1
**God** [1] - 20:13
**goodness** [2] - 33:18, 179:1
**gosh** [1] - 82:18
**governing** [1] - 229:3
**governmental** [1] - 143:3
**grab** [3] - 177:24, 180:20, 188:23
**grabbed** [23] - 28:19, 173:6, 176:21, 177:12, 177:18, 177:20, 178:1, 178:10, 178:16, 179:21, 180:1, 181:6, 187:15, 188:4, 188:22, 189:5, 189:8, 189:9, 189:12, 189:18, 190:18
**grabbing** [2] - 84:11, 178:13
**grade** [8] - 17:21, 17:23, 46:11, 126:17, 128:7, 135:2, 212:18
**grades** [1] - 212:7
**graduation** [1] - 18:3
**grassy** [1] - 58:24
**great** [1] - 226:19
**green** [1] - 58:24
**grocery** [1] - 141:5
**groggy** [1] - 135:15
**ground** [66] - 5:5, 76:3, 84:12, 86:7, 86:13, 86:15, 86:24, 88:9, 88:10, 89:1, 89:7, 89:9, 89:15, 89:21, 90:14, 90:22, 90:24, 91:4, 91:11, 91:14, 91:15, 91:17, 93:24, 94:7, 94:12, 97:9, 99:16, 100:1, 100:5, 100:17, 102:21, 105:8, 105:12, 111:17, 173:5, 173:8, 176:1, 176:6, 176:8, 176:9, 177:14, 179:7, 180:14, 180:16, 180:17, 180:20, 180:24, 181:1, 181:3, 181:10, 181:14, 181:24, 182:3, 184:10, 184:17, 185:11, 185:21, 186:10, 186:15, 187:24, 191:6, 216:20, 217:4, 224:7, 227:13, 227:15

**group** [3] - 36:17, 36:19, 37:8
**grown** [1] - 206:20
**grows** [2] - 113:7, 117:12
**grunt** [1] - 84:7
**guardian** [1] - 156:11
**guardianship** [5] - 156:10, 156:11, 156:13, 156:20, 157:4
**guess** [2] - 131:16, 193:3
**guessing** [1] - 174:5
**guiding** [1] - 58:22
**guy** [2] - 74:12, 217:4
**guys** [3] - 78:1, 122:16, 217:13
**gym** [7] - 208:13, 208:14, 208:18, 208:19, 209:15, 209:18, 210:2

## H

**hair** [1] - 28:20
**half** [8] - 32:10, 35:16, 41:17, 113:6, 119:22, 125:18, 132:8, 138:10
**halfway** [1] - 163:13
**Hall** [1] - 1:19
**Halloween** [1] - 123:3
**hand** [20] - 115:12, 130:1, 173:10, 177:3, 177:4, 178:22, 178:24, 179:6, 189:19, 189:22, 190:3, 190:5, 190:6, 190:7, 190:8, 193:24, 194:5, 195:22, 231:18
**hand/wrist** [1] - 178:5
**handcuff** [1] - 186:21
**handcuffed** [2] - 100:10, 227:10
**handcuffs** [23] - 24:6, 24:9, 24:13, 97:4, 97:6, 98:18, 98:20, 98:24, 99:11, 99:20, 99:24, 100:3, 100:20, 101:19, 101:23, 102:5, 103:1, 103:4, 103:6, 189:16, 217:7, 227:11, 227:23
**handle** [1] - 153:9
**hands** [26] - 26:11, 78:19, 84:9, 84:10, 85:10, 85:11, 85:15, 85:18, 88:14, 168:2, 168:11, 168:12,

171:4, 178:22,
189:17, 191:6,
193:24, 194:1, 217:5
**hang** [3] - 38:8, 38:12,
72:9
**hanging** [7] - 76:5,
87:22, 147:15,
147:20, 147:22,
168:22, 170:8
**happy** [1] - 12:19
**hard** [2] - 5:22, 181:16
**hardware** [2] - 112:17,
112:20
**harm** [1] - 160:5
**harming** [1] - 216:23
**Hartwell** [12] - 46:9,
46:17, 47:6, 49:24,
128:4, 128:5, 128:16,
129:1, 134:12,
136:14, 136:16,
144:1
**head** [18] - 28:24,
84:10, 84:20, 84:24,
85:16, 89:12, 90:22,
91:19, 94:17, 94:24,
95:11, 98:14, 182:15,
182:20, 182:22,
183:7, 183:16,
188:14
**heads** [1] - 5:13
**headstrong** [1] - 139:6
**healing** [1] - 112:7
**health** [13] - 15:4,
16:18, 17:8, 17:15,
34:17, 122:23,
124:15, 124:16,
125:3, 137:17,
137:23, 141:23,
156:21
**Health** [2] - 106:15,
106:18
**hear** [15] - 6:2, 11:5,
26:21, 80:10, 82:5,
83:15, 83:19, 103:14,
172:4, 172:8, 172:12,
177:8, 187:5, 190:14,
196:5
**heard** [12] - 6:4, 7:19,
80:13, 80:14, 122:11,
126:20, 138:17,
171:23, 186:20,
187:7, 187:20,
187:24
**hearing** [4] - 21:18,
21:24, 156:15,
187:12
**Hector** [1] - 217:17
**HECTOR** [2] - 2:3, 2:5
hector@pineirolegal.
com [1] - 2:5
**height** [1] - 59:6

**held** [2] - 23:15, 31:3
**help** [42] - 31:19, 56:9,
56:11, 60:2, 60:14,
60:18, 63:3, 72:20,
74:16, 77:13, 78:2,
79:7, 81:5, 93:7,
94:9, 96:12, 96:16,
96:18, 97:22, 97:23,
97:24, 98:8, 98:9,
100:8, 100:19,
101:11, 158:21,
158:24, 159:6,
185:13, 186:21,
187:3, 191:8, 191:9,
213:18, 214:6, 214:7,
220:13
**helpful** [1] - 149:15
**helps** [1] - 56:7
**hereditary** [1] - 131:7
**hi** [7] - 39:4, 39:16,
79:20, 163:23, 167:9,
167:10
**hibernates** [3] -
140:24, 206:1,
211:23
**high** [1] - 76:3
**him/her** [1] - 230:3
**himself** [2] - 28:16,
50:23
**history** [6] - 17:7,
17:15, 26:5, 29:10,
159:24, 160:5
**hit** [10] - 25:7, 30:8,
34:11, 34:12, 34:16,
53:17, 53:20, 86:23,
88:9, 182:3
**hitting** [2] - 206:20,
206:22
**hold** [3] - 19:3, 187:15,
188:4
**holding** [19] - 98:19,
98:21, 189:22,
189:23, 190:2, 190:9,
194:1, 194:3, 194:4,
194:6, 194:10,
194:16, 194:21,
194:24, 195:13,
225:15, 225:16,
228:3
**holiday** [1] - 39:10
**Holland** [4] - 55:5,
150:6, 150:23
**home** [22] - 16:8, 27:6,
27:8, 31:9, 31:11,
32:9, 32:10, 32:13,
50:3, 113:1, 125:9,
130:22, 131:1,
136:20, 154:20,
155:2, 155:5, 155:8,
155:18, 200:1, 201:8
**homemaker** [1] - 31:9

**homes** [2] - 31:12,
32:5
**honest** [4] - 14:23,
101:4, 104:16,
114:13
**hood** [1] - 183:24
**hope** [1] - 106:4
**hoping** [2] - 71:20,
220:2
**Hospital** [1] - 109:12
**hospital** [13] - 77:2,
103:24, 106:10,
109:2, 111:6, 125:3,
125:11, 197:7,
197:17, 197:22,
199:4, 199:15,
199:19
**hotline** [3] - 158:9,
158:19, 159:3
**hour** [4] - 34:6, 108:1,
108:7, 125:18
**hours** [8] - 32:9, 33:20,
34:3, 35:10, 35:17,
47:21, 125:16
**house** [12] - 38:12,
38:13, 38:15, 38:16,
38:17, 38:20, 38:22,
39:6, 39:8, 40:3,
41:1, 45:10
**household** [1] - 45:5
**houses** [1] - 32:1
**Housing** [3] - 9:9,
21:19, 26:21
**housing** [1] - 220:7
**hug** [5] - 121:5, 121:6,
121:8, 152:15, 157:7
**hung** [6] - 70:6, 72:13,
161:1, 165:3, 165:6,
165:9
**hurt** [4] - 62:12, 62:15,
111:10, 214:19
**hurting** [1] - 214:18
**hurts** [6] - 98:9, 209:3,
209:5, 214:14,
214:15, 214:18
**husband** [10] - 9:17,
199:7, 199:14,
199:19, 200:2, 200:7,
200:12, 200:24,
201:7, 220:16
**hyper** [2] - 27:17,
48:23
**hyperactivity** [1] -
135:6
**hysterically** [2] - 93:7,
191:2

---

**I**

**identified** [1] - 4:10
**IEP** [6] - 127:22,

134:10, 137:21,
143:15, 204:3,
212:18
**ignore** [1] - 87:5
**ignoring** [1] - 15:1
**illegal** [1] - 21:18
**illnesses** [2] - 31:18
**Illnesses** [1] - 106:15
**imitating** [1] - 130:4
**immediately** [9] -
80:17, 88:8, 102:7,
103:24, 140:4,
180:20, 181:9,
181:24, 197:7
**impact** [1] - 8:3
**implement** [1] - 152:8
**impression** [2] -
160:22, 161:2
**inaccuracy** [1] -
223:10
**inaccurate** [1] - 145:22
**inches** [3] - 59:10,
113:6, 117:9
**incident** [63] - 10:18,
25:14, 26:10, 26:24,
27:2, 27:12, 27:14,
30:1, 30:17, 35:4,
35:14, 35:22, 36:1,
36:4, 41:15, 41:19,
41:22, 42:5, 42:7,
118:6, 118:9, 120:15,
121:10, 127:15,
128:14, 128:17,
129:4, 129:5, 136:7,
139:16, 140:18,
140:20, 141:14,
141:21, 141:24,
142:8, 143:4, 144:6,
146:19, 146:21,
157:6, 167:5, 198:20,
199:2, 200:19, 201:2,
201:11, 202:1, 202:7,
202:9, 203:12,
203:17, 203:23,
203:24, 205:23,
206:2, 206:13, 208:6,
208:9, 211:3, 211:5,
211:6, 212:2
**incidents** [4] - 24:20,
29:11, 202:17
**include** [1] - 135:5
**income** [3] - 219:20,
219:23, 220:12
**inconsistency** [1] -
223:10
**increase** [2] - 213:8,
213:11
**increasingly** [1] - 84:1
**indicate** [4] - 167:7,
167:8, 207:7, 212:16
**indicated** [36] - 95:7,

95:10, 96:23, 151:14,
151:19, 157:7,
158:12, 158:23,
162:7, 166:22,
166:23, 167:24,
168:21, 169:8,
173:15, 174:17,
177:7, 180:1, 181:5,
185:16, 187:14,
188:3, 196:2, 196:9,
197:6, 197:16,
197:20, 202:12,
202:16, 206:11,
208:2, 215:11,
217:22, 220:4,
221:17, 221:22
**indicates** [1] - 146:5
**indicating** [2] - 176:20,
221:1
**indicating)** [1] - 130:3
**individuals** [3] - 160:1,
160:4, 160:6
**influence** [1] - 29:20
**informal** [1] - 50:20
**information** [3] - 19:1,
69:11, 213:5
**informing** [1] - 160:12
**initial** [2] - 26:2, 186:4
**injured** [2] - 146:12,
146:15, 223:14,
223:16, 224:2
**injuries** [2] - 142:20,
188:1
**injury** [4] - 111:9,
199:23, 209:23,
210:10
**inpatient** [1] - 23:19
**inquire** [1] - 214:2
**inside** [14] - 38:19,
53:20, 84:15, 104:21,
169:5, 169:6, 169:22,
169:24, 170:2, 170:4,
170:6, 170:22,
170:23, 171:15
**insomnia** [3] - 47:24,
48:4, 48:15
**inspired** [1] - 43:3
**instance** [1] - 141:3
**instructions** [2] -
152:5, 229:7
**insurance** [2] - 141:23,
142:2
**interacting** [1] - 41:1
**interaction** [10] -
67:24, 97:9, 120:20,
146:22, 153:15,
158:11, 172:19,
173:9, 199:1, 203:8
**interactions** [1] -
201:18
**interested** [1] - 231:17

**interog** [1] - 222:16
**Interrogatories** [2] - 3:15, 221:19
**interrogatories** [2] - 208:4, 221:2
**interrogatory** [1] - 48:22
**interrupt** [2] - 149:9, 174:24
**intersection** [2] - 150:20, 150:23
**intervention** [8] - 60:20, 61:16, 72:23, 130:14, 157:10, 157:12, 157:20, 158:9
**interview** [12] - 7:2, 7:3, 7:11, 92:6, 121:12, 121:15, 145:6, 145:16, 222:13, 222:20, 223:1, 223:11
**interviewed** [1] - 118:16
**intimidating** [2] - 130:3, 130:4
**investigation** [1] - 222:19
**investigators** [1] - 145:17
**involved** [4] - 45:1, 153:20, 211:23
**involves** [1] - 119:5
**irritable** [2] - 136:12, 139:20
**isolated** [2] - 129:5, 206:20
**issue** [3] - 21:23, 126:9, 146:14
**issued** [2] - 20:14, 23:1
**issues** [11] - 13:21, 17:4, 17:8, 17:13, 49:12, 121:7, 138:21, 140:18, 140:19, 156:21, 212:20
**item** [1] - 219:4
**items** [1] - 43:6
**itself** [2] - 70:13, 147:21

## J

**James** [1] - 11:4
**January** [3] - 12:17, 27:11, 30:6
**JARED** [1] - 2:11
**Jared** [3] - 13:8, 13:9, 14:3
**Jay T** [20] - 12:9, 12:12, 12:17, 46:8, 46:11, 47:14, 49:18,

49:22, 50:10, 51:12, 53:6, 53:14, 58:15, 129:21, 153:8, 153:10, 153:11, 153:19, 154:17, 154:22
**Jay T's** [1] - 49:21
**Jayseph** [1] - 12:12
**JAYSEPH** [1] - 12:13
**jeepers** [1] - 12:22
**jeez** [3] - 37:2, 101:4, 152:21
**Jeffers** [1] - 137:7
**Jo** [2] - 96:20, 175:1
**Joann** [2] - 129:11, 157:13
**Joanne** [1] - 11:3
**Joaquin** [5] - 9:17, 12:14, 15:10, 16:16, 131:23
**job** [3] - 69:13, 98:12, 191:13
**John** [3] - 144:22, 144:23, 230:20
**JOHN** [3] - 1:7, 2:12, 2:15
**joined** [2] - 74:18, 79:17
**joke** [1] - 41:3
**joking** [1] - 41:2
**Joseph** [1] - 12:13
**JT** [176] - 3:14, 12:13, 12:17, 24:8, 27:23, 35:24, 41:1, 46:8, 46:15, 47:15, 49:23, 51:17, 53:15, 61:5, 62:11, 66:20, 66:22, 70:3, 70:9, 70:23, 72:6, 72:22, 75:10, 75:18, 78:12, 79:12, 81:15, 81:21, 82:6, 82:10, 82:11, 82:15, 82:21, 83:15, 83:19, 83:22, 87:8, 88:18, 88:20, 89:8, 89:21, 90:12, 91:3, 91:10, 91:14, 91:15, 91:24, 93:4, 93:24, 94:5, 94:13, 94:16, 97:4, 97:6, 97:8,
99:14, 99:23, 100:5, 105:8, 105:12, 108:10, 111:12, 117:18, 122:23, 126:4, 127:5, 127:23, 129:16, 132:13, 133:5, 134:9, 135:11, 138:12, 140:21, 142:2, 142:20, 143:14, 146:6, 146:15, 147:9, 149:1,

149:4, 149:16, 149:22, 151:1, 151:22, 152:1, 153:7, 153:13, 153:16, 154:17, 154:18, 154:23, 158:12, 158:13, 158:18, 158:23, 159:5, 159:24, 160:4, 164:6, 165:2, 165:20, 166:11, 166:23, 167:15, 169:2, 169:14, 169:16, 169:20, 169:21, 171:14, 171:24, 172:6, 172:13, 172:16, 172:20, 173:10, 176:15, 177:8, 179:19, 180:4, 180:11, 180:19, 181:2, 181:9, 181:17, 182:15, 183:4, 183:19, 184:10, 185:21, 186:15, 186:17, 187:21, 187:24, 188:9, 189:4, 190:15, 191:17, 193:6, 193:16, 193:23, 194:21, 196:2, 197:7, 197:17, 198:20, 198:22, 199:1, 200:3, 200:9, 200:13, 200:19, 201:2, 201:11, 201:18, 202:12, 202:22, 203:22, 205:24, 214:3, 214:9, 215:2, 217:23, 218:2, 218:8, 218:10, 225:3, 225:9, 225:15, 225:23, 227:6, 227:9
**JT's** [39] - 59:6, 81:22, 84:15, 91:17, 91:19, 92:18, 94:12, 94:24, 95:24, 103:11, 128:3, 142:7, 168:1, 177:22, 183:16, 186:21, 187:16, 188:5, 189:19, 190:1, 190:10, 192:3, 192:7, 193:1, 193:13, 194:4, 194:10, 197:22, 199:22, 216:18, 223:15, 224:6, 224:10, 224:18, 224:21, 225:4, 225:16, 225:17, 225:19
**JOYCE** [1] - 2:13
**JT** [4] - 1:5, 186:6, 186:7, 230:20

**juice** [2] - 52:11, 52:13
**jump** [2] - 146:18, 180:5
**June** [4] - 6:14, 8:22, 26:20, 138:12
**Junior** [1] - 13:24
**juvenile** [3] - 23:15, 23:23, 156:13
**jvigliotti@rja** [1] - 2:15
**jvigliotti@rja-law. com** [1] - 2:15

## K

**keep** [3] - 11:20, 16:14, 177:13
**Kelley** [1] - 47:1
**Kenney** [2] - 1:15, 231:3
**kept** [4] - 98:10, 100:23, 102:19, 191:12
**Key** [3] - 23:17, 23:20, 156:18
**Khan** [3] - 7:12, 118:12, 118:13
**kickball** [1] - 208:12
**kid** [2] - 100:13, 100:14
**kids** [24] - 27:6, 33:11, 33:16, 34:18, 40:13, 40:18, 50:15, 63:5, 63:11, 64:4, 64:10, 64:17, 65:6, 66:7, 66:8, 119:17, 130:20, 131:16, 133:19, 134:22, 210:17, 211:1, 217:13
**kids'** [1] - 34:20
**kind** [35] - 7:18, 14:24, 16:6, 18:1, 18:13, 31:7, 32:12, 43:24, 47:6, 51:22, 53:9, 54:7, 69:11, 69:16, 76:4, 78:18, 82:2, 84:6, 84:16, 87:4, 89:22, 97:21, 133:11, 167:19, 168:8, 168:9, 168:22, 169:9, 169:24, 170:8, 170:10, 171:8, 189:14, 194:20, 224:14
**knee** [33] - 89:3, 89:4, 92:4, 92:14, 92:17, 92:19, 92:23, 95:2, 95:6, 95:9, 95:12, 95:17, 95:18, 96:2, 108:14, 168:9, 182:5, 182:6, 182:11, 189:22, 192:8, 192:11, 192:14,

192:18, 192:19, 193:3, 224:5, 225:14, 227:5, 227:21, 227:24, 228:1
**kneecap** [1] - 192:23
**kneeling** [2] - 193:1, 225:4
**knees** [6] - 91:19, 92:11, 92:15, 95:18, 95:20, 95:22, 95:23, 181:22, 182:3, 190:1, 225:18
**knowing** [1] - 153:9
**knowledge** [4] - 105:11, 161:24, 162:4, 199:21
**known** [3] - 38:6, 66:9, 66:10

## L

**lady** [4] - 72:8, 103:23, 105:2, 165:4
**Lake** [2] - 109:11, 110:5
**lake** [1] - 109:11
**Lakeside** [4] - 10:10, 19:5, 37:14, 134:1
**Lancaster** [1] - 2:13
**land** [1] - 181:12
**LANE** [1] - 1:23
**Lane** [16] - 46:8, 46:11, 49:17, 49:21, 50:8, 50:11, 50:13, 51:7, 55:4, 55:15, 134:18, 134:20, 136:1, 143:14, 143:18, 150:4
**lap** [5] - 168:11, 174:2, 174:4, 175:3
**large** [1] - 94:14
**last** [17] - 6:7, 21:1, 31:2, 34:9, 119:13, 138:7, 154:8, 179:20, 203:6, 203:11, 203:19, 204:13, 205:11, 209:4, 219:18, 222:23, 222:24
**late** [2] - 52:3, 144:21
**laundry** [1] - 32:16
**Laurent** [3] - 37:7, 201:22, 201:23
**Laurent's** [1] - 38:22
**LAW** [2] - 2:3, 2:7
**Law** [1] - 1:18
**law.com** [1] - 2:15
**lawsuits** [1] - 45:2
**lawyer's** [2] - 120:5, 120:8
**lawyers** [2] - 118:23,

119:6
**Lay's** [1] - 86:11
**laying** [3] - 191:5, 225:8, 225:9
**lead** [1] - 135:12
**leaned** [1] - 54:8
**leaning** [1] - 170:10
**learn** [7] - 67:6, 76:22, 76:24, 107:1, 107:4, 122:2, 152:18
**learned** [2] - 152:24, 157:7
**Learning** [4] - 46:17, 47:7, 136:15, 136:16
**learning** [1] - 121:24
**least** [3] - 86:18, 128:16, 144:14
**leave** [12] - 17:22, 51:5, 79:6, 79:7, 87:21, 164:8, 164:9, 164:11, 164:13, 164:17, 164:19, 165:24
**leaving** [1] - 107:8
**led** [2] - 87:1, 127:7
**left** [22] - 85:5, 92:8, 92:12, 92:20, 93:16, 96:7, 113:2, 121:8, 124:24, 146:3, 146:6, 149:2, 149:3, 151:17, 189:20, 190:7, 190:8, 190:10, 192:20, 192:21, 223:14, 224:14
**leg** [16] - 84:24, 92:22, 168:8, 168:21, 192:20, 193:1, 193:6, 193:9, 193:10, 193:11, 224:5, 224:16, 224:17, 224:19, 225:14, 226:3
**legally** [1] - 6:10
**legs** [19] - 89:5, 190:1, 190:4, 192:3, 192:5, 192:6, 192:7, 192:11, 193:13, 224:6, 224:18, 224:19, 224:21, 225:4, 226:1, 226:11, 227:15
**less** [1] - 99:11
**letter** [2] - 11:19, 133:3
**letting** [2] - 164:19, 164:20
**Lewis** [1] - 50:6
**license** [4] - 4:11, 19:13, 44:2, 44:5
**licensed** [1] - 133:21
**licenses** [2] - 18:12, 19:11
**lien** [1] - 142:17
**liens** [1] - 142:14

**life** [1] - 139:22
**lift** [1] - 96:5
**lifted** [4] - 96:7, 96:10, 98:7, 188:14
**lifting** [2] - 96:13, 97:17
**light** [4] - 130:2, 150:4, 150:5, 150:9
**limited** [3] - 14:17, 14:18, 14:21
**Lincoln** [1] - 23:17
**Lindsey** [4] - 4:21, 6:8, 6:9, 230:20
**LINDSEY** [7] - 1:4, 1:12, 3:3, 4:9, 229:24, 230:16, 231:7
**LINE** [1] - 229:9
**line** [6] - 58:4, 104:5, 158:14, 179:12, 183:11, 183:14
**linens** [1] - 32:16
**listened** [2] - 7:19, 145:13
**listening** [1] - 135:6
**literally** [26] - 17:24, 42:8, 42:10, 42:12, 57:12, 79:5, 83:1, 83:2, 85:13, 86:10, 86:20, 89:17, 92:23, 93:1, 95:8, 96:16, 105:2, 148:15, 150:1, 176:6, 177:15, 179:9, 188:15, 216:19, 225:21
**live** [13] - 8:13, 8:19, 9:4, 9:12, 10:8, 10:11, 14:14, 14:15, 15:20, 22:21, 40:19, 45:22, 219:4
**lived** [17] - 6:18, 8:15, 9:1, 9:14, 9:16, 9:18, 10:9, 11:15, 15:22, 19:5, 19:6, 22:21, 30:4, 37:15, 134:2, 155:15, 155:20
**lives** [1] - 15:24
**living** [10] - 10:7, 10:24, 15:24, 16:8, 22:11, 22:14, 45:5, 155:16, 155:21, 220:18
**local** [1] - 30:19
**located** [7] - 31:5, 46:18, 46:22, 70:3, 73:6, 89:15, 99:23, 104:1, 104:6, 153:4, 173:24, 183:15
**location** [2] - 50:18, 81:19
**locations** [1] - 46:20

**look** [6] - 55:10, 101:9, 101:18, 102:4, 117:16, 130:2
**looked** [4] - 101:17, 102:3, 136:9, 138:11
**looking** [11] - 14:7, 56:3, 85:18, 96:17, 97:22, 105:9, 171:8, 174:8, 174:12, 179:4, 215:6
**looks** [6] - 11:18, 26:20, 27:11, 56:5, 58:24, 116:9
**lost** [1] - 18:1
**lottery** [1] - 43:19
**Louis** [1] - 43:3
**love** [2] - 18:5, 208:15
**lower** [2] - 44:21, 224:5
**lunch** [1] - 38:15

## M

**MA** [1] - 1:23
**ma'am** [3] - 13:17, 63:6, 137:12
**MADISON** [1] - 2:11
**Madison** [1] - 31:6
**madisonj@ worcesterma.gov** [1] - 2:10
**magistrate** [2] - 21:17, 21:24
**Main** [26] - 1:19, 2:3, 2:8, 54:23, 55:2, 57:19, 57:24, 58:8, 58:11, 58:16, 59:2, 59:3, 73:15, 75:3, 89:12, 91:22, 93:16, 93:17, 94:22, 150:23, 182:24, 183:6, 183:10, 183:14, 183:15, 185:18
**main** [3] - 56:22, 104:4, 107:20
**major** [1] - 110:17
**makeup** [1] - 43:2
**male** [3] - 131:23, 132:5, 198:5
**Malkani** [9] - 11:20, 125:23, 126:2, 126:13, 130:7, 133:3, 135:3, 135:16, 155:3
**man** [2] - 74:10, 112:5
**managed** [1] - 227:23
**mandatory** [1] - 210:6
**March** [4] - 28:13, 34:14, 118:17, 231:18
**Marie** [1] - 4:21
**MARK** [1] - 229:5
**mark** [4] - 57:5, 83:4,

162:15, 186:12
**Marked** [3] - 4:1, 179:15, 186:14
**marked** [5] - 54:14, 67:12, 113:9, 183:3, 222:2
**Marlborough** [6] - 13:7, 13:24, 29:11, 30:7, 119:14, 201:16
**married** [6] - 6:9, 15:7, 15:11, 16:11, 38:1, 38:2
**Mary** [1] - 137:6
**Mass** [4] - 8:17, 31:6, 47:3, 212:18
**MASSACHUSETTS** [2] - 1:1, 231:1
**Massachusetts** [9] - 1:14, 1:16, 1:19, 2:4, 2:8, 2:14, 4:11, 6:17, 231:4
**MassHealth** [1] - 142:5
**math** [2] - 154:4, 212:19
**matter** [6] - 4:24, 21:9, 24:16, 144:23, 157:16, 215:17
**MCCARTHY** [1] - 1:8
**McCarthy** [66] - 4:24, 37:17, 38:5, 38:22, 39:14, 40:24, 73:21, 74:1, 74:11, 74:18, 74:20, 79:16, 79:19, 80:10, 80:17, 81:20, 89:2, 91:6, 91:13, 91:16, 92:8, 94:3, 94:7, 94:18, 94:19, 94:21, 95:15, 95:16, 96:5, 96:12, 96:22, 97:13, 97:15, 97:17, 98:5, 98:13, 98:22, 120:14, 167:2, 167:7, 167:12, 167:16, 167:17, 170:14, 172:12, 177:14, 179:7, 183:9, 187:2, 187:15, 188:4, 188:18, 189:1, 189:14, 190:11, 190:18, 194:6, 194:10, 194:20, 196:6, 196:20, 202:6, 218:6, 227:21, 230:21
**McCarthy's** [6] - 91:21, 92:17, 93:15, 95:12, 221:18, 228:1
**mean** [82] - 7:19, 15:14, 20:9, 27:19, 35:18, 37:21, 38:9, 38:10, 39:17, 40:11,

40:16, 41:2, 42:12, 42:18, 43:13, 51:8, 57:16, 64:18, 66:9, 72:19, 74:15, 82:9, 85:12, 85:13, 93:19, 93:20, 93:21, 95:5, 97:22, 100:12, 121:16, 126:19, 133:21, 135:9, 135:14, 140:24, 142:9, 149:22, 152:13, 154:4, 157:15, 159:11, 159:18, 160:21, 161:4, 161:10, 161:11, 162:21, 168:9, 170:19, 171:11, 174:23, 175:19, 175:21, 180:18, 180:23, 181:5, 185:11, 187:9, 189:14, 191:2, 193:5, 193:18, 194:24, 195:19, 199:10, 202:24, 204:10, 207:8, 209:20, 210:18, 211:8, 211:11, 211:13, 214:11, 214:14, 214:19, 216:1, 223:20, 225:8, 225:10
**meaning** [1] - 168:13
**means** [5] - 132:2, 181:4, 214:20, 216:2, 216:8
**meant** [1] - 198:12
**measured** [1] - 59:10
**Medical** [1] - 31:4
**medical** [30] - 31:10, 31:18, 32:18, 48:22, 59:9, 60:19, 60:22, 71:10, 71:12, 71:23, 72:4, 109:20, 110:6, 110:14, 123:21, 133:1, 142:6, 142:7, 142:14, 142:16, 144:15, 160:16, 206:6, 206:19, 207:5, 210:8, 213:4, 222:9
**medically** [1] - 209:19
**medication** [12] - 26:18, 27:13, 27:17, 27:21, 28:2, 48:11, 48:13, 48:14, 49:2, 205:2, 205:6
**medications** [4] - 8:2, 8:6, 48:23, 49:11
**medicine** [2] - 48:18, 205:3
**meet** [2] - 37:12,

163:11
**meeting** [4] - 127:23, 128:2, 143:15, 143:21
**melatonin** [1] - 48:19
**member** [1] - 30:19
**memory** [25] - 71:4, 71:11, 74:5, 76:6, 86:12, 146:4, 146:11, 147:8, 147:12, 152:23, 158:18, 158:22, 159:2, 160:3, 160:12, 165:8, 174:9, 174:12, 180:8, 182:8, 182:9, 186:24, 187:7, 192:16, 193:8
**mental** [12] - 15:4, 16:18, 17:7, 17:15, 31:18, 122:23, 124:15, 125:2, 137:17, 137:23, 156:21
**Mental** [2] - 106:15, 106:18
**mention** [1] - 147:6
**mentioned** [5] - 149:17, 157:8, 201:15, 218:22, 222:13
**Merrifield** [1] - 30:5
**met** [9] - 6:24, 37:10, 37:13, 75:6, 76:12, 122:16, 163:13, 163:14, 197:17
**middle** [7] - 12:10, 54:8, 128:11, 138:8, 150:15, 151:11, 194:15
**might** [3] - 19:17, 144:24, 225:21
**military** [1] - 30:22
**Millbrook** [1] - 110:2
**mind** [4] - 55:13, 64:22, 64:24, 186:3
**minor** [3] - 1:5, 10:5, 230:20
**minute** [4] - 99:3, 172:17, 172:23, 220:21
**minutes** [8] - 73:3, 73:4, 99:11, 99:13, 125:18, 165:17, 192:1, 227:1
**Miriam** [1] - 50:4
**mirror** [21] - 52:15, 53:23, 59:21, 87:12, 87:16, 87:19, 87:24, 88:1, 88:2, 117:18, 147:7, 147:9, 147:13, 147:19, 147:21, 148:1, 148:10,

148:24, 149:5
**miss** [7] - 35:8, 35:17, 35:21, 36:1, 36:3, 36:7, 124:8
**missed** [2] - 139:4, 144:24
**mistake** [1] - 223:19
**mistaken** [3] - 52:3, 101:23, 182:6
**model** [1] - 212:19
**mom** [19] - 11:3, 15:24, 16:1, 17:9, 21:7, 40:17, 45:20, 45:23, 65:1, 93:7, 96:15, 96:16, 98:8, 100:19, 133:21, 141:7, 156:24, 157:1
**mom's** [2] - 45:10, 45:24, 109:15
**moment** [10] - 14:20, 14:22, 18:10, 31:1, 62:10, 64:19, 78:16, 88:19, 93:8, 220:1
**mommy** [1] - 191:8
**moms** [3] - 58:4, 66:7, 66:11
**Monday** [1] - 32:6
**month** [6] - 7:21, 8:21, 44:16, 112:16, 145:14, 214:24
**monthly** [2] - 137:11, 137:12
**months** [13] - 14:4, 14:5, 30:9, 41:23, 128:20, 136:5, 139:3, 153:21, 155:10, 155:11, 209:8, 215:7, 219:19
**mood** [1] - 138:13
**Mor** [1] - 110:22
**morning** [11] - 4:17, 4:18, 23:18, 46:3, 49:9, 49:19, 51:6, 51:11, 111:1, 111:2, 151:14
**Mortimer** [2] - 110:23
**most** [5] - 24:22, 48:1, 126:19
**mostly** [3] - 6:8, 14:16, 135:5
**mother** [2] - 16:5, 155:21
**motion** [2] - 171:3, 176:14
**motioned** [1] - 193:20
**motions** [1] - 4:7
**motivated** [1] - 213:19
**motor** [1] - 19:24
**move** [8] - 53:4, 62:9, 90:16, 98:5, 128:5, 136:1, 136:2, 227:24

moved [10] - 8:21, 10:13, 10:14, 10:16, 96:22, 107:22, 110:1, 113:20, 136:6, 136:14
**movements** [1] - 214:8
**moving** [4] - 64:4, 82:24, 151:8, 151:11
**MR** [109] - 3:6, 3:8, 4:15, 12:2, 12:5, 12:23, 28:1, 28:3, 28:6, 28:8, 28:11, 28:21, 29:1, 29:5, 29:18, 34:19, 43:12, 43:21, 44:7, 48:5, 53:18, 54:15, 55:13, 55:20, 55:23, 56:2, 57:20, 62:8, 62:13, 62:17, 62:21, 63:7, 64:2, 64:5, 64:7, 71:1, 71:8, 71:17, 71:22, 72:2, 75:21, 79:1, 82:17, 83:17, 83:20, 84:3, 85:3, 85:8, 86:1, 87:18, 87:23, 88:22, 90:7, 90:10, 90:21, 92:2, 93:18, 95:4, 96:9, 98:15, 118:21, 119:4, 123:17, 136:21, 139:10, 139:17, 143:11, 144:13, 144:16, 144:17, 161:21, 171:10, 174:6, 175:20, 179:10, 179:14, 182:19, 182:21, 184:1, 185:5, 186:12, 189:13, 194:13, 194:23, 195:2, 195:5, 195:8, 195:9, 195:11, 204:10, 204:11, 216:10, 216:11, 216:13, 216:14, 217:14, 217:16, 217:18, 220:20, 221:12, 221:15, 222:4, 222:5, 222:6, 222:7, 222:8, 224:24, 226:23, 228:4
**MS** [9] - 3:5, 3:7, 4:13, 4:16, 143:8, 144:10, 144:14, 222:10, 226:22
**multiple** [2] - 31:22, 198:14
**muscle** [1] - 226:10
**muscles** [5] - 214:8, 214:10, 214:13, 214:19, 214:20, 226:2

music [1] - 210:21
**must** [3] - 124:22, 230:6

**N**

**naked** [1] - 131:15
**NAME** [1] - 230:20
**name** [31] - 4:19, 4:22, 6:7, 6:11, 7:8, 11:16, 13:23, 31:21, 36:19, 50:3, 65:13, 67:7, 69:3, 76:22, 77:1, 79:23, 80:3, 80:5, 80:8, 101:5, 118:12, 119:12, 119:13, 122:17, 137:6, 144:21, 145:8, 196:14, 198:4, 198:10, 201:22
**named** [1] - 231:7
**names** [2] - 11:2, 12:8
**nature** [7] - 19:1, 32:11, 39:5, 130:24, 167:5, 211:24, 218:19
**near** [2] - 73:24, 103:17
**necessary** [1] - 62:9
**necessities** [1] - 220:14
**neck** [9] - 89:4, 91:20, 92:11, 92:14, 92:18, 93:11, 95:3, 227:21, 227:24
**need** [23] - 5:6, 12:3, 12:9, 31:21, 32:14, 60:18, 67:3, 67:4, 81:5, 105:15, 105:16, 107:6, 107:10, 107:13, 110:17, 122:2, 157:18, 166:12, 166:14, 166:17, 174:11, 198:15, 215:24
**needed** [17] - 33:10, 33:11, 35:23, 60:22, 61:15, 63:3, 68:21, 69:8, 69:24, 71:23, 72:4, 77:13, 96:11, 106:5, 130:10, 154:13
**needing** [3] - 31:19, 108:4, 127:1
**needs** [6] - 32:15, 35:24, 47:8, 47:10, 60:19, 128:4
**nervous** [1] - 105:4
**network** [2] - 213:1, 213:2
**Neurodevelopment** [1]

- 204:19
**neurodevelopment** [1]
- 132:7
**never** [47] - 5:3, 23:24, 24:11, 24:14, 25:15, 26:14, 29:2, 29:9, 30:23, 40:11, 42:8, 42:24, 43:23, 44:24, 69:1, 69:5, 72:17, 72:20, 72:21, 72:23, 74:16, 77:11, 77:24, 78:1, 80:4, 122:11, 126:20, 133:7, 133:9, 138:17, 141:3, 141:16, 143:7, 144:7, 144:9, 152:11, 153:15, 158:8, 158:10, 159:23, 160:2, 163:23, 173:13, 173:14, 199:24
**new** [4] - 74:14, 78:3, 128:10, 163:24
**New** [4] - 14:15, 18:15, 18:21, 46:23
**next** [18] - 23:18, 35:13, 50:13, 55:17, 57:18, 68:20, 78:12, 84:5, 88:6, 88:24, 111:1, 111:2, 115:3, 117:8, 126:2, 162:24, 167:19, 201:1
**night** [9] - 47:13, 47:16, 47:18, 48:4, 48:15, 77:23, 111:5, 111:7, 125:12
**nine** [2] - 9:7, 215:7
**no-showed** [1] - 132:18
**nobody** [1] - 150:12
**non** [1] - 120:12
**non-police** [1] - 120:12
**none** [3] - 19:12, 19:18, 206:8
**none-payment** [1] - 19:18
**normal** [1] - 210:17
**normally** [1] - 151:4
**Nos** [1] - 4:1
**nose** [1] - 131:18
**NOT** [1] - 229:5
**Notary** [3] - 1:15, 231:3, 231:20
**note** [3] - 139:1, 210:9, 213:3
**noted** [1] - 223:10
**notes** [2] - 135:3, 142:23
**nothing** [6] - 122:13, 124:21, 197:15, 209:24, 221:12,

222:6
**notice** [8] - 66:2, 66:6, 76:15, 127:5, 209:1, 231:5
**noticed** [5] - 66:3, 102:1, 173:6, 190:19, 211:17
**noticing** [1] - 129:22
**noting** [2] - 135:17, 136:10
**November** [6] - 28:24, 126:2, 126:14, 126:16, 127:4, 128:14
**NUMBER** [1] - 3:11
**number** [8] - 50:7, 60:20, 61:21, 140:18, 157:10, 157:12, 157:20, 158:4
**numbers** [2] - 59:18, 73:2
**nurse** - 137:8
**nurses** [2] - 107:5, 107:18

## O

**o'clock** [1] - 179:12
**oath** [1] - 231:9
**object** [62] - 28:1, 28:3, 28:6, 28:8, 28:11, 28:21, 29:1, 29:5, 29:18, 34:19, 43:12, 43:21, 44:7, 48:5, 53:18, 57:20, 62:8, 62:13, 62:17, 62:21, 63:7, 64:2, 64:5, 64:7, 71:1, 71:8, 71:17, 71:22, 72:2, 75:21, 79:1, 82:17, 83:17, 83:20, 84:3, 85:3, 85:8, 86:1, 87:18, 87:23, 88:22, 90:7, 90:10, 90:21, 92:2, 93:18, 95:4, 96:9, 98:15, 123:17, 136:21, 139:10, 139:17, 171:10, 174:6, 175:20, 184:1, 185:5, 189:13, 194:23, 216:10, 224:24
**objections** [1] - 4:6
**observe** [3] - 87:8, 88:5, 177:10
**observed** [5] - 22:23, 88:18, 188:12, 199:1, 200:2
**observing** [2] - 105:12, 159:17
**obtain** [1] - 18:3

**obviously** [2] - 95:19, 112:7
**occasionally** [1] - 26:15
**occasions** [1] - 39:15
**occur** [2] - 13:15, 39:12
**occurred** [1] - 203:2
**October** [7] - 12:24, 28:19, 123:3, 129:4, 136:6, 136:15, 156:6
**OF** [5] - 1:1, 1:8, 1:12, 2:3, 231:1
**Off-the-record** [1] - 221:14
**offense** [1] - 25:11
**offer** [2] - 31:10, 121:5
**office** [7] - 68:18, 115:24, 116:2, 116:21, 119:24, 120:6, 120:8
**OFFICE** [1] - 2:3
**Officer** [4] - 4:24, 37:17, 38:4, 38:22, 39:14, 40:24, 73:21, 73:23, 74:1, 74:11, 74:12, 74:18, 74:20, 74:21, 76:19, 77:14, 79:11, 79:15, 79:19, 80:10, 80:11, 80:15, 80:16, 81:20, 81:21, 82:1, 82:5, 82:20, 83:11, 88:8, 88:9, 88:13, 88:18, 89:1, 91:6, 91:13, 91:16, 91:21, 92:7, 92:17, 93:15, 94:3, 95:12, 95:21, 96:5, 96:21, 97:3, 98:5, 98:13, 98:18, 98:23, 105:23, 120:14, 144:22, 164:1, 166:22, 167:12, 167:14, 167:16, 167:17, 167:19, 168:24, 169:4, 169:13, 170:12, 170:14, 170:17, 171:8, 171:23, 172:5, 172:8, 172:12, 172:15, 172:19, 173:5, 173:6, 175:14, 176:2, 177:8, 177:14, 177:18, 177:19, 178:15, 179:7, 179:18, 180:1, 180:9, 181:6, 182:11, 184:6, 186:16, 186:20, 187:2, 187:15, 187:24, 188:3, 188:17, 188:20, 188:23,

189:1, 189:4, 189:5, 189:7, 189:12, 189:14, 189:16, 189:21, 190:1, 190:11, 190:18, 192:2, 192:6, 192:11, 193:16, 194:3, 194:9, 194:19, 194:22, 196:6, 196:19, 196:20, 202:6, 224:4, 224:10, 224:16, 224:22, 225:3, 225:13, 227:4, 227:20, 228:1, 230:20, 230:21
**OFFICER** [2] - 1:7, 1:7
**officer** [19] - 26:11, 27:3, 27:16, 39:21, 39:24, 73:17, 80:7, 81:18, 83:16, 85:23, 86:3, 86:14, 87:6, 106:21, 167:2, 180:15, 193:11, 195:14, 230:6
**officers** [37] - 30:16, 65:23, 76:12, 76:17, 81:4, 81:8, 81:12, 81:23, 97:4, 97:9, 98:17, 100:6, 100:17, 102:18, 102:22, 103:14, 103:17, 111:11, 121:14, 122:2, 162:8, 163:15, 165:1, 166:6, 166:9, 187:8, 196:2, 215:12, 215:17, 215:18, 215:21, 216:5, 216:17, 217:10, 217:21, 217:23, 218:2
**Officers** [1] - 218:5
**officers'** [3] - 80:23, 83:23, 162:22
**often** [6] - 43:16, 136:12, 137:10, 207:9, 207:11, 219:15
**old** [7] - 14:1, 16:16, 19:8, 31:17, 123:16, 134:3, 217:6
**older** [1] - 13:6
**once** [6] - 37:15, 38:19, 57:9, 102:4, 136:14, 177:10
**one** [77] - 5:7, 9:15, 13:7, 13:8, 26:10, 29:24, 31:15, 32:9, 35:21, 38:24, 39:10, 41:5, 45:11, 48:23, 63:14, 67:18, 68:17, 68:19, 73:11, 73:17,

73:19, 75:22, 75:23, 76:1, 76:6, 81:14, 81:16, 89:3, 89:4, 91:24, 92:14, 92:16, 92:22, 97:3, 98:19, 98:20, 102:19, 107:18, 108:15, 112:6, 112:16, 113:14, 115:11, 122:12, 122:20, 126:15, 127:1, 131:19, 140:3, 147:16, 147:19, 147:22, 156:1, 168:7, 170:7, 175:10, 178:21, 178:23, 178:24, 179:6, 180:1, 186:21, 187:16, 192:8, 192:13, 193:6, 193:24, 194:1, 194:4, 194:17, 198:7, 222:24, 223:10, 224:22, 226:17, 226:24
**online** [1] - 140:6
**open** [22] - 75:15, 75:24, 76:9, 81:15, 81:17, 90:2, 90:3, 90:5, 90:17, 91:5, 170:2, 170:3, 170:5, 170:18, 170:19, 175:18, 183:21, 184:19, 184:21, 185:2, 185:3, 185:17
**operating** [1] - 19:24
**operator** [8] - 61:22, 62:23, 63:22, 71:6, 71:24, 72:16, 161:1, 165:9
**opinion** [2] - 206:5, 206:7
**oppositional** [4] - 127:6, 135:6, 135:17, 136:20
**orange** [1] - 57:17
**order** [5] - 25:23, 25:24, 32:22, 220:13, 224:21
**organization** [1] - 36:15
**organizations** [1] - 30:20
**otherwise** [1] - 231:16
**outbursts** [2] - 135:13, 135:19
**outcome** [1] - 231:17
**outpatient** [1] - 204:21
**outraged** [1] - 63:10
**outrageous** [1] - 59:24
**outside** [34] - 38:18, 41:4, 41:6, 63:16,

70:4, 70:22, 70:23, 75:19, 76:1, 76:2, 86:21, 88:21, 89:17, 89:22, 90:8, 90:13, 116:2, 116:3, 116:20, 147:18, 170:23, 182:17, 183:20, 184:4, 184:19, 184:24, 185:1, 185:10, 185:24, 197:4, 204:4, 210:12, 210:15, 210:24
**overacting** [1] - 159:13
**overhearing** [1] - 187:2
**overtired** [1] - 64:16
**own** [5] - 17:18, 168:6, 207:14, 219:6, 219:12
**owned** [2] - 18:22, 36:11
**ownership** [1] - 36:12
**owns** [1] - 45:20

## P

**P.C** [1] - 2:3
**package** [1] - 113:10
**Packet** [1] - 3:14
**page** [12] - 113:14, 114:2, 114:14, 115:3, 115:13, 115:15, 116:17, 116:18, 116:24, 221:7, 221:21
**PAGE** [3] - 3:4, 3:11, 229:9
**paid** [2] - 34:6, 142:11
**pain** [11] - 36:9, 101:8, 187:21, 191:3, 191:18, 208:3, 209:13, 214:11, 214:12, 226:1, 227:17
**pains** [1] - 221:9
**pampers** [1] - 127:2
**paper** [1] - 55:12
**papers** [1] - 222:16
**paperwork** [4] - 105:22, 106:12, 106:23, 156:18
**parallel** [2] - 93:17, 171:8, 183:23
**paramedic** [1] - 196:22
**paramedics** [15] - 100:2, 101:3, 102:8, 102:14, 103:15, 103:18, 191:23, 192:4, 196:7, 196:10, 196:13, 196:19, 197:3, 197:11, 228:2
**parent** [1] - 50:12

**parental** [1] - 13:11
**parents** [3] - 50:15, 50:22, 65:19
**parents'** [1] - 11:2
**park** [1] - 57:11
**Park** [7] - 127:12, 136:2, 136:3, 136:4, 143:14, 143:19, 143:24
**parked** [14] - 54:1, 57:9, 57:10, 57:14, 57:21, 58:2, 58:6, 58:7, 65:15, 73:24, 74:12, 104:3, 104:11, 104:15
**parking** [15] - 50:24, 51:2, 51:10, 51:18, 52:23, 53:3, 54:3, 55:8, 56:13, 57:6, 60:1, 60:11, 105:24, 106:1, 151:22
**part** [14] - 22:22, 33:24, 75:19, 126:19, 126:24, 127:2, 146:1, 215:16, 217:21, 218:4, 224:19, 225:15, 225:16, 227:6
**part/foot** [1] - 168:10
**participate** [2] - 208:19, 210:13
**participated** [3] - 36:14, 204:14, 208:14
**participation** [2] - 205:16, 210:20
**particular** [2] - 48:3, 65:9
**parties** [3] - 4:4, 230:4, 231:15
**parts** [1] - 225:17
**pass** [1] - 11:6
**passed** [3] - 11:4, 156:24, 165:15
**passenger** [16] - 70:15, 75:11, 75:13, 75:16, 78:15, 78:17, 83:9, 90:3, 90:6, 90:15, 90:17, 90:20, 167:22, 170:19, 183:23
**past** [5] - 24:21, 26:7, 26:19, 159:22, 209:6
**patient's** [1] - 32:15
**patients'** [1] - 31:12
**Paul** [8] - 4:24, 80:9, 167:2, 167:7, 167:12, 221:18, 230:21
**PAUL** [1] - 1:7
**pay** [8] - 20:10, 22:1, 22:2, 105:5, 142:6, 142:10, 191:11,

191:14
**payment** [1] - 19:18
**PD1** [1] - 163:4
**PD2** [1] - 163:5
**PDD** [2] - 130:10, 130:12
**pedestrian** [1] - 19:23
**pediatric** [2] - 109:7, 125:15, 152:20
**Pediatric** [1] - 129:14
**pediatrician** [4] - 48:19, 157:14, 205:1, 207:19
**pediatricians** [1] - 212:12
**Pediatrics** [5] - 125:21, 133:3, 212:16, 213:1, 213:9
**pen** [1] - 57:5
**penalties** [1] - 221:10
**People** [1] - 106:16
**people** [13] - 18:22, 31:18, 31:19, 31:23, 43:9, 43:23, 61:16, 121:24, 122:3, 145:6, 161:12, 164:16
**per** [5] - 33:21, 33:22, 34:4, 34:6, 44:16
**percent** [1] - 132:9
**performance** [2] - 212:13, 212:17
**performed** [2] - 110:21, 113:24
**period** [8] - 26:3, 32:8, 155:13, 165:19, 165:23, 208:13, 215:4, 215:6
**periods** [2] - 29:23, 31:24
**perjury** [1] - 221:10
**perpendicular** [1] - 58:7
**person** [6] - 31:20, 161:2, 199:17, 201:1, 205:11, 231:7
**person's** [1] - 32:14
**personal** [2] - 167:4, 206:5
**personnel** [1] - 50:17
**pervasive** [1] - 130:13
**phone** [20] - 60:20, 61:21, 62:20, 63:21, 72:5, 72:11, 72:24, 138:9, 157:23, 158:1, 158:5, 160:11, 165:5, 165:9, 165:11, 199:16, 199:18, 200:21, 200:22, 205:10
**photo** [1] - 54:24

**photograph** [3] - 3:12, 54:17, 55:6
**Photograph** [1] - 3:13
**photographs** [2] - 3:14, 113:10
**Physical** [6] - 213:16, 213:20, 213:24, 214:3, 215:5, 225:24
**physical** [10] - 29:3, 88:17, 112:23, 213:8, 213:12, 213:13, 213:15, 214:17, 214:22, 225:23
**physically** [9] - 26:6, 26:8, 27:4, 28:18, 29:7, 29:16, 29:22, 63:24, 178:13
**physician** [1] - 125:21
**pick** [1] - 124:9
**picked** [1] - 205:1
**picture** [21] - 56:8, 67:9, 67:13, 113:12, 113:14, 113:16, 113:17, 114:4, 114:6, 114:16, 115:6, 115:11, 115:17, 115:20, 115:23, 116:15, 116:17, 117:1, 117:3, 117:13, 170:1
**pictures** [2] - 114:11, 226:19
**pillow** [1] - 109:5
**PINEIRO** [93] - 2:3, 2:5, 3:8, 4:15, 12:2, 12:5, 12:23, 28:1, 28:3, 28:6, 28:8, 28:11, 28:21, 29:1, 29:5, 29:18, 34:19, 43:12, 43:21, 44:7, 48:5, 53:18, 54:15, 55:13, 55:20, 55:23, 56:2, 57:20, 62:8, 62:13, 62:17, 62:21, 63:7, 64:2, 64:5, 64:7, 71:1, 71:8, 71:17, 71:22, 72:2, 75:21, 79:1, 82:17, 83:17, 83:20, 84:3, 85:3, 85:8, 86:1, 87:18, 87:23, 88:22, 90:7, 90:10, 90:21, 92:2, 93:18, 95:4, 96:9, 98:15, 118:21, 119:4, 123:17, 136:21, 139:10, 139:17, 144:13, 144:16, 161:21, 171:10, 174:6, 175:20, 179:14, 182:19, 184:1, 185:5, 189:13,

194:13, 194:23, 195:2, 195:8, 195:11, 204:10, 216:10, 216:13, 217:14, 217:18, 222:5, 222:7, 224:24, 226:23, 228:4
**Pineiro** [7] - 4:13, 119:9, 119:10, 119:20, 179:10, 195:6, 201:16
**Pineiro's** [3] - 116:2, 116:20, 119:24
**place** [16] - 53:2, 55:16, 55:17, 56:3, 69:10, 87:22, 106:17, 110:17, 138:4, 149:22, 169:22, 193:23, 199:14, 211:18, 218:8, 228:3
**placed** [12] - 21:10, 24:5, 24:6, 24:8, 24:13, 143:22, 156:19, 173:7, 177:13, 181:13, 191:20, 194:22
**placement** [2] - 133:11, 134:12
**places** [2] - 52:5, 125:5
**plaintiff** [1] - 45:2
**PLAINTIFF** [1] - 2:2
**plan** [2] - 34:24, 216:9
**plans** [1] - 18:6
**Plantation** [1] - 110:7
**play** [4] - 173:11, 208:11, 208:12, 209:9
**played** [3] - 41:8, 42:20, 42:23
**playing** [3] - 208:16, 210:18, 211:1
**Plaza** [1] - 31:6
**PLEASE** [1] - 229:5
**pocket** [1] - 142:12
**point** [70] - 5:6, 5:24, 9:15, 13:12, 20:21, 23:3, 23:6, 47:17, 62:7, 63:16, 64:14, 65:20, 66:1, 66:12, 66:18, 66:21, 67:6, 67:10, 67:24, 68:7, 68:16, 70:24, 71:20, 76:16, 76:22, 76:24, 78:13, 79:3, 79:8, 79:15, 80:12, 81:5, 81:13, 82:16, 85:22, 93:4, 93:11, 96:21, 97:11, 99:20, 101:1, 107:1, 113:17, 118:3, 120:15, 121:10, 124:16, 126:5, 127:4,

131:4, 132:23, 137:24, 139:23, 140:13, 158:13, 164:5, 164:6, 165:16, 166:16, 172:18, 173:9, 174:17, 175:10, 177:7, 186:20, 187:14, 188:23, 189:5, 190:14, 197:16
**pointed** [3] - 58:10, 85:16, 150:18
**pointing** [5] - 57:2, 57:19, 58:23, 73:14, 195:2
**POLICE** [1] - 1:7
**police** [47] - 39:21, 39:24, 65:23, 66:17, 67:24, 71:7, 71:14, 71:21, 73:1, 73:5, 76:12, 76:17, 77:4, 78:6, 80:22, 92:7, 111:10, 120:12, 145:17, 148:21, 160:13, 160:19, 162:6, 162:8, 162:16, 163:4, 165:13, 165:16, 165:20, 166:3, 166:5, 166:9, 199:2, 200:9, 200:20, 201:3, 201:12, 201:18, 202:13, 202:18, 202:23, 203:7, 203:13, 203:20, 215:12, 216:5, 217:22
**Police** [10] - 7:9, 24:16, 24:19, 30:12, 30:16, 128:18, 145:7, 146:23, 222:14, 230:21
**pool** [4] - 55:17, 55:18, 55:20, 69:9
**populations** [1] - 31:16
**portion** [1] - 144:12
**position** [9] - 19:4, 89:9, 94:12, 96:22, 98:6, 98:14, 99:14, 168:24, 224:5
**positioned** [1] - 93:22
**possible** [1] - 16:23
**possibly** [3] - 21:1, 126:3, 171:16
**potato** [2] - 173:16, 217:3
**potentially** [1] - 124:8
**pounding** [1] - 85:1
**pounds** [4] - 59:14, 206:14, 206:15, 206:17
**PPA** [2] - 1:4, 230:20

**practice** [1] - 219:16
**practitioner** [1] - 137:8
**pre** [1] - 130:9
**pre-diagnosed** [1] - 130:9
**pregnant** [1] - 30:9
**Prep** [1] - 212:18
**preparation** [4] - 6:22, 7:15, 7:24, 145:3
**prepared** [1] - 114:8
**prescribed** [2] - 8:6, 140:13
**presence** [1] - 83:23
**present** [6] - 13:10, 40:3, 65:10, 65:12, 66:2, 203:13
**presenting** [2] - 126:15, 139:1
**presumably** [1] - 74:24
**pretty** [1] - 220:21
**previous** [3] - 119:6, 154:7, 162:7
**previously** [14] - 151:14, 157:7, 162:15, 167:24, 169:10, 171:22, 172:10, 175:5, 183:2, 184:6, 189:24, 218:17, 220:4, 222:1
**primary** [1] - 125:20
**privilege** [1] - 119:1
**prize** [1] - 43:10
**probation** [2] - 21:10, 21:15
**problem** [6] - 5:23, 12:5, 14:11, 77:21, 139:22, 214:9
**problems** [5] - 93:5, 129:2, 139:14, 212:17, 226:12
**Procedure** [1] - 1:14
**procedure** [3] - 229:2, 229:6, 230:6
**proceeded** [1] - 178:19
**production** [1] - 4:10
**products** [1] - 219:10
**profanities** [3] - 60:6, 83:16, 151:22
**Professional** [4] - 7:4, 118:16, 121:13, 222:21
**professional** [4] - 18:12, 19:10, 164:16, 206:6
**Program** [2] - 23:17, 23:20, 156:18
**program** [16] - 23:23, 47:4, 127:14, 130:15, 134:17, 134:19, 134:21, 134:22,

134:24, 136:16, 137:2, 137:5, 143:17, 143:21, 204:9, 220:9
**programs** [2] - 128:24, 210:21
**prompted** [2] - 129:18, 138:18
**protected** [1] - 118:24
**protection** [1] - 156:10
**protective** [2] - 24:2, 141:9
**Protocol** [1] - 18:19
**provide** [6] - 32:13, 32:18, 32:22, 133:5, 213:4, 220:13
**provided** [3] - 31:11, 113:11, 205:8
**provider** [2] - 155:5, 207:5
**providers** [1] - 206:19
**providing** [1] - 205:6
**pry** [1] - 147:12
**puberty** [2] - 206:20, 206:22
**public** [2] - 38:20, 44:9
**Public** [4] - 1:15, 144:3, 231:3, 231:20
**pull** [19] - 42:17, 43:23, 44:3, 50:15, 50:16, 51:10, 57:8, 60:1, 60:10, 73:10, 88:11, 88:13, 88:16, 165:11, 178:21, 180:9, 180:19, 217:4, 218:18
**pulled** [38] - 52:14, 52:23, 53:22, 54:9, 55:9, 57:6, 59:21, 74:5, 80:15, 80:16, 80:17, 87:14, 88:9, 89:18, 94:6, 99:12, 99:13, 111:13, 111:16, 141:7, 162:17, 178:22, 179:6, 179:22, 180:2, 180:12, 180:13, 180:16, 180:19, 180:23, 180:24, 181:7, 181:8, 181:14, 181:20, 202:19
**pulling** [10] - 51:23, 54:2, 64:15, 87:11, 88:3, 150:2, 150:11, 150:14, 151:21, 178:20
**punch** [1] - 43:24
**punched** [1] - 28:23
**punching** [1] - 28:15
**purse** [2] - 43:3, 43:15
**purses** [3] - 43:1, 218:23, 218:24

**pursuant** [2] - 1:13, 231:5
**put** [40] - 25:23, 26:11, 42:19, 42:21, 42:24, 43:14, 43:19, 57:17, 58:14, 83:4, 88:10, 97:12, 97:13, 97:14, 97:15, 97:17, 97:18, 102:7, 104:5, 112:17, 122:20, 131:14, 141:10, 152:13, 163:4, 177:13, 181:23, 182:12, 189:10, 193:16, 193:17, 194:2, 194:5, 195:14, 205:2, 206:11, 217:5, 227:11, 227:23
**putting** [14] - 89:6, 92:4, 97:16, 98:20, 98:23, 194:7, 194:17, 195:22, 205:24, 208:4, 217:3, 217:5, 217:6

## Q

**questioning** [2] - 179:13, 222:11
**questions** [11] - 5:17, 6:1, 125:6, 125:8, 143:10, 145:2, 147:5, 217:15, 218:15, 221:3, 223:4
**quickly** [1] - 71:21
**QUINN** [10] - 2:10, 3:5, 3:7, 4:13, 4:16, 143:8, 144:10, 144:14, 222:10, 226:22
**Quinn** [3] - 4:22, 147:5, 157:9
**quinnwl@ worcesterma.gov** [1] - 2:9
**quite** [2] - 8:22, 37:21

## R

**radiology** [2] - 109:20, 109:21
**raffle** [5] - 43:5, 43:9, 43:14, 219:3, 219:11
**raffles** [1] - 43:2
**ray** [3] - 108:3, 110:12
**rays** [2] - 110:10, 112:9
**re** [1] - 218:23
**re-selling** [1] - 218:23
**reach** [1] - 120:6
**reached** [5] - 52:14, 119:23, 122:12, 122:13, 151:10

**reaching** [3] - 98:13, 150:14, 150:15
**react** [1] - 159:6
**reaction** [3] - 48:22, 52:8, 83:22
**read** [4] - 229:3, 229:4, 230:3, 230:10
**reading** [1] - 230:4
**ready** [1] - 164:8
**real** [2] - 17:18, 54:6
**realize** [1] - 66:4
**really** [10] - 36:9, 39:18, 47:19, 61:12, 68:9, 151:16, 163:23, 211:7, 214:15, 225:1
**rear** [21] - 52:15, 53:23, 59:21, 82:3, 84:13, 86:18, 87:12, 87:16, 87:24, 90:9, 117:18, 147:6, 147:7, 147:9, 147:18, 147:24, 148:9, 149:5, 167:20, 167:21, 169:9
**REARDON** [1] - 2:13
**REASON** [1] - 229:9
**reason** [10] - 13:18, 19:16, 20:7, 42:2, 48:3, 55:10, 105:13, 106:20, 118:19, 157:17
**reasons** [5] - 156:21, 156:22, 156:23, 205:21, 230:6
**recalling** [1] - 140:6
**receipt** [2] - 144:14, 230:7
**receive** [8] - 17:1, 32:21, 44:9, 44:11, 44:15, 44:18, 125:2, 204:3
**received** [3] - 44:20, 153:8, 203:22
**receiving** [4] - 154:14, 154:15, 154:18, 204:2
**recent** [4] - 24:22, 117:13, 117:14, 139:16
**recently** [3] - 7:20, 7:21, 203:10
**recess** [4] - 99:6, 143:12, 179:16, 220:23
**recognize** [12] - 54:16, 55:8, 55:14, 55:15, 55:21, 55:23, 56:13, 66:9, 67:13, 113:11, 114:4, 167:1
**recognized** [2] - 73:21, 79:21, 167:8
**recognizing** [1] - 74:11

**recommendation** [1] - 144:2
**recommended** [3] - 48:19, 131:19, 214:16
**record** [8] - 4:20, 171:1, 178:3, 183:13, 195:10, 195:22, 221:14, 231:11
**recorded** [2] - 121:18, 121:20
**recording** [2] - 64:22, 70:9, 71:14
**recordings** [1] - 7:17
**records** [12] - 11:18, 25:16, 59:9, 109:20, 110:6, 123:21, 133:2, 138:11, 139:1, 144:15, 213:4, 222:9
**rectangle** [3] - 57:6, 57:13, 57:23
**red** [2] - 150:4, 150:5
**reduced** [1] - 231:10
**refer** [2] - 79:23, 119:19
**reference** [2] - 204:18, 213:3
**referenced** [1] - 223:13
**referred** [6] - 119:8, 132:15, 201:16, 205:2, 213:20, 214:3
**referring** [5] - 146:22, 150:19, 150:22, 155:3, 213:24
**refills** [1] - 205:4
**refuses** [2] - 206:1, 207:14
**refusing** [1] - 127:6
**regarding** [10] - 25:18, 124:7, 133:4, 143:3, 171:23, 202:19, 214:12, 218:1, 218:16, 218:23
**regards** [7] - 145:2, 147:14, 152:9, 153:16, 209:13, 217:20, 218:7
**registration** [1] - 20:1
**regular** [2] - 131:1, 134:13
**regulate** [1] - 139:8
**regulated** [1] - 48:18
**regulation** [1] - 138:13
**related** [8] - 22:10, 22:13, 22:18, 22:20, 119:15, 124:24, 141:14, 226:8
**relation** [2] - 183:7, 183:16
**relationship** [3] - 37:17, 37:19, 38:4

**relative** [2] - 231:14, 231:15
**rely** [3] - 215:21, 218:1, 219:20
**relying** [2] - 217:9, 218:9
**remained** [3] - 53:2, 148:20, 228:2
**remark** [1] - 150:10
**remember** [151] - 7:8, 8:22, 11:9, 12:2, 13:16, 20:11, 22:6, 24:7, 30:4, 30:10, 33:3, 33:15, 33:19, 35:12, 49:10, 50:6, 51:24, 52:1, 52:12, 60:4, 60:7, 61:12, 61:14, 62:3, 63:1, 63:8, 63:19, 63:23, 65:2, 65:18, 68:5, 68:9, 69:7, 69:19, 69:22, 71:3, 71:9, 71:19, 72:9, 72:15, 73:11, 74:9, 74:10, 74:11, 74:22, 76:9, 78:2, 79:13, 79:14, 79:24, 80:2, 81:6, 82:7, 82:10, 84:10, 88:1, 88:15, 89:3, 90:24, 92:3, 92:10, 92:13, 96:4, 96:11, 96:13, 97:19, 98:16, 100:12, 101:5, 101:6, 101:14, 101:21, 102:18, 104:14, 105:7, 106:16, 107:17, 108:2, 108:8, 110:4, 110:5, 110:8, 112:4, 114:19, 114:21, 115:9, 115:20, 116:3, 116:4, 116:5, 116:7, 116:22, 119:23, 121:19, 121:20, 122:20, 123:20, 124:2, 124:17, 124:22, 126:3, 127:22, 128:6, 134:2, 134:6, 135:9, 136:13, 137:6, 137:12, 143:19, 150:11, 150:14, 152:21, 155:4, 155:13, 156:14, 156:15, 156:16, 159:4, 159:13, 160:14, 160:15, 160:17, 167:13, 168:2, 170:6, 172:11, 174:1, 181:21, 187:1, 187:13, 189:19, 191:3, 191:19, 192:9,
192:11, 198:4, 198:10, 198:17, 202:13, 212:21, 212:22, 212:24, 213:7, 220:24, 223:21, 223:22
**remembered** [1] - 69:10
**remembering** [1] - 154:5
**removal** [1] - 28:14
**removed** [7] - 99:21, 99:24, 100:2, 100:20, 102:5, 112:8, 112:21
**removing** [1] - 179:19
**renting** [4] - 16:1, 16:4, 45:16, 45:24
**repaired** [1] - 118:6
**repeat** [3] - 22:12, 156:4, 215:15
**repeated** [1] - 24:18
**replied** [1] - 124:10
**reply** [2] - 84:6, 173:2
**report** [9] - 24:19, 25:2, 28:18, 77:3, 107:12, 212:11, 215:13, 215:19, 222:19
**reported** [1] - 27:16
**Reporter** [1] - 3:22
**reporter** [2] - 5:9, 231:23
**reporters** [1] - 144:6
**REPORTING** [1] - 1:23
**reporting** [3] - 28:23, 30:7, 139:19
**represent** [3] - 4:23, 120:1, 144:22
**represented** [1] - 7:12
**reproduction** [1] - 231:22
**request** [2] - 1:13, 130:7
**requested** [3] - 11:19, 124:14, 143:16
**requesting** [1] - 28:14
**requires** [1] - 209:9
**reserve** [1] - 222:8
**reserved** [1] - 4:8
**residence** [2] - 23:20, 23:22
**resisted** [1] - 111:13
**resolution** [1] - 21:8
**Resource** [3] - 153:2, 153:4, 153:12
**respect** [2] - 80:5, 231:23
**responder** [2] - 161:6, 161:9
**responders** [1] - 161:13

**response** [3] - 62:1, 71:15, 82:11
**responses** [1] - 5:11
**rest** [2] - 85:2, 85:6
**resting** [3] - 76:6, 109:5, 113:19
**restraining** [1] - 25:23
**result** [6] - 118:6, 142:8, 205:23, 206:2, 212:2, 212:3
**resulted** [1] - 21:12
**retention** [1] - 15:2
**return** [1] - 229:7
**returned** [2] - 34:22, 35:13
**review** [5] - 6:22, 7:1, 7:14, 7:17, 145:9
**reviewed** [6] - 145:3, 145:5, 145:16, 145:20, 222:12, 222:15
**reviewing** [1] - 222:13
**revocation** [1] - 20:8
**revoked** [5] - 19:15, 19:19, 19:24, 20:5, 20:9
**rights** [4] - 13:11, 216:6, 216:18, 222:9
**ripped** [8] - 87:16, 88:2, 117:19, 147:9, 147:14, 148:8, 148:12, 148:23
**ripping** [1] - 149:5
**risk** [1] - 62:7
**Road** [4] - 55:5, 150:6, 150:23
**rock** [1] - 152:14
**roof** [1] - 56:3
**room** [25] - 16:1, 16:4, 45:16, 45:24, 107:5, 107:19, 108:1, 108:5, 108:6, 109:4, 109:6, 110:20, 113:20, 113:21, 113:22, 124:20, 125:14, 125:15, 125:17, 131:15, 140:24, 141:14, 198:3, 198:7
**Room** [1] - 2:8
**roughly** [2] - 59:8, 113:7
**routine** [1] - 49:19
**Rule** [2] - 1:13, 230:1
**rules** [2] - 5:5, 229:2
**Rules** [1] - 1:14
**running** [1] - 52:3
**Russell** [9] - 8:15, 9:5, 11:1, 16:3, 45:14, 45:17, 45:18, 116:4

## S

**sad** [2] - 139:13, 139:20
**safe** [5] - 53:3, 60:1, 60:10, 61:23, 151:21
**safety** [3] - 34:21, 62:6
**SAIL** [3] - 134:17, 134:21, 143:18
**sale** [4] - 42:21, 42:24, 43:1, 218:18
**Sara** [3] - 7:12, 118:13
**sat** [2] - 40:11, 40:15
**satisfactorily** [1] - 4:10
**saw** [10] - 67:15, 78:6, 163:5, 166:3, 173:13, 173:15, 174:18, 180:8, 200:24, 202:6
**scale** [1] - 117:8
**scar** [8] - 113:2, 113:5, 115:5, 117:4, 117:16, 141:12, 211:9
**scared** [4] - 202:23, 203:7, 203:13, 203:20
**scheduled** [1] - 35:6
**schizophrenic** [1] - 16:23
**School** [3] - 55:4, 55:15, 143:14
**school** [68] - 17:20, 17:22, 36:1, 36:3, 36:8, 46:13, 46:15, 47:6, 50:17, 50:18, 51:3, 51:14, 51:15, 52:2, 52:21, 55:15, 55:24, 56:1, 56:16, 56:19, 58:17, 63:12, 64:13, 65:14, 68:18, 88:4, 123:5, 123:7, 123:8, 123:12, 123:22, 124:14, 124:23, 124:24, 127:9, 127:11, 127:18, 128:9, 128:10, 128:11, 128:21, 129:2, 134:9, 135:20, 135:21, 137:19, 137:21, 139:4, 140:11, 149:18, 149:19, 150:13, 173:21, 204:3, 204:4, 206:24, 208:10, 209:16, 210:4, 210:12, 210:15, 211:4, 211:11, 211:16, 212:7, 212:13
**school-related** [1] - 124:24
**Schools** [1] - 144:3

**schools** [4] - 46:6, 49:15, 49:20, 157:16
**scrape** [2] - 108:22, 108:23
**scrapes** [2] - 108:12, 108:13
**screaming** [13] - 78:20, 93:7, 93:8, 96:14, 96:15, 96:18, 97:23, 98:8, 100:22, 101:10, 190:15, 191:3, 196:16
**sealing** [1] - 4:4
**seat** [11] - 70:7, 70:18, 75:13, 75:16, 76:14, 78:17, 85:2, 165:7, 168:6, 168:19, 169:12
**seatbelt** [7] - 141:10, 151:1, 151:3, 151:6, 202:20
**seats** [1] - 53:13
**second** [3] - 64:17, 111:5, 163:5
**Section** [4] - 105:22, 106:7, 107:2, 220:9
**see** [46] - 15:16, 54:23, 55:2, 56:4, 56:12, 67:4, 83:22, 84:1, 84:17, 84:20, 84:22, 85:1, 85:11, 85:12, 94:15, 97:3, 100:6, 100:9, 101:13, 101:16, 105:9, 107:9, 108:21, 120:14, 121:22, 131:15, 137:4, 137:10, 137:14, 137:16, 147:12, 150:20, 160:20, 168:1, 173:10, 174:4, 175:10, 176:14, 177:4, 180:4, 188:20, 214:5
**seeing** [2] - 96:4, 147:15
**seem** [5] - 72:6, 79:21, 123:21, 130:6, 132:16
**self** [1] - 219:7
**self-employed** [1] - 219:7
**sell** [2] - 44:2, 219:4
**selling** [2] - 42:16, 218:23
**semester** [1] - 128:17
**send** [2] - 71:7, 71:14
**sending** [1] - 160:13
**separate** [2] - 74:3, 107:18

**September** [27] -
10:20, 24:10, 33:6,
33:20, 34:2, 35:5,
41:15, 44:19, 45:6,
45:12, 46:2, 51:11,
59:5, 69:21, 118:9,
122:24, 128:18,
141:21, 142:21,
142:24, 143:6,
146:22, 198:21,
201:12, 201:19,
203:12, 211:5
**sergeant** [1] - 7:6
**sergeants** [2] - 92:7,
121:13
**series** [1] - 223:4
**served** [1] - 30:22
**service** [1] - 155:4
**services** [18] - 32:12,
32:19, 32:22, 153:18,
154:2, 154:9, 154:12,
154:19, 155:1, 155:7,
166:13, 204:2, 204:3,
204:22, 204:24,
205:5, 205:8, 205:17
**Services** [1] - 31:4
**sessions** [1] - 215:9
**set** [2] - 143:9, 221:1
**Set** [1] - 221:18
**setting** [1] - 210:3
**seven** [2] - 116:17,
117:1
**seventh** [1] - 212:18
**severely** [5] - 101:7,
110:16, 196:16,
197:22, 198:13
**shadow** [1] - 84:22
**shake** [1] - 5:13
**shall** [3] - 230:3, 230:3,
230:5
**shares** [1] - 18:23
**SHEET** [1] - 229:1
**sheet** [1] - 229:4
**shirt** [1] - 211:10
**shirts** [1] - 141:11
**shoot** [1] - 104:14
**shopping** [1] - 36:24
**Short** [4] - 99:6,
143:12, 179:16,
220:23
**short** [2] - 114:24,
143:8
**shortly** [1] - 128:13
**shorts** [1] - 115:1
**shoulder** [7] - 112:14,
195:3, 195:7, 195:18,
195:19, 195:21,
195:23
**shoulders** [3] - 82:13,
84:8, 195:16

**show** [15] - 54:13,
56:7, 110:12, 114:6,
114:15, 115:4, 117:3,
117:8, 130:5, 131:16,
136:19, 141:17,
182:16, 185:14,
211:9
**showed** [1] - 132:18,
148:21, 171:11,
221:16, 221:21
**shower** [9] - 141:17,
206:2, 207:7, 207:9,
207:10, 207:11,
207:14, 207:22,
226:4
**showering** [1] - 226:4
**showing** [8] - 3:14,
57:24, 67:12, 113:9,
139:7, 140:9, 151:16,
154:24
**shown** [2] - 67:9,
223:23
**shows** [1] - 107:11
**shrugged** [2] - 82:13,
84:7
**shuddering** [1] -
100:24
**siblings** [3] - 11:13,
17:13, 133:8
**sic** [2] - 151:7, 160:14
**sick** [1] - 31:19
**sickly** [1] - 141:1
**side** [35] - 55:5, 70:15,
74:24, 75:11, 78:7,
81:16, 81:21, 81:22,
81:24, 82:1, 82:20,
84:17, 84:18, 84:19,
84:21, 85:5, 89:2,
90:3, 91:8, 91:24,
92:8, 92:21, 93:16,
131:7, 167:18,
167:22, 170:15,
170:19, 176:5,
176:10, 183:6,
196:22, 224:11,
224:22
**sidewalk** [12] - 51:2,
57:1, 57:2, 57:12,
57:19, 58:3, 58:12,
58:16, 73:14, 73:24,
183:19, 183:22
**sign** [2] - 226:14, 229:6
**signature** [3] - 221:6,
221:21, 221:23
**signed** [2] - 13:14,
221:9
**Signing** [1] - 230:2
**signing** [1] - 220:24
**signs** [1] - 151:17
**similar** [3] - 28:7,
28:10, 129:22

**similarities** [1] -
129:23
**simple** [1] - 141:5
**simply** [1] - 150:13
**sister** [11] - 9:21,
10:17, 45:22, 45:23,
133:21, 133:22,
133:24, 155:22,
155:23, 157:3,
201:11
**sit** [9] - 70:9, 70:12,
145:15, 158:17,
158:22, 160:3,
192:10, 192:15,
197:12
**sitting** [13] - 75:22,
76:10, 78:7, 104:21,
104:24, 105:7, 109:4,
114:7, 165:7, 165:22,
165:24, 168:6, 168:7
**situation** [1] - 77:12
**six** [17] - 14:3, 32:8,
37:5, 39:2, 39:13,
41:11, 41:12, 41:17,
41:23, 115:15,
116:18, 117:1,
132:17, 153:21,
155:9, 155:11
**six-and-a-half** [1] -
41:17
**size** [1] - 132:9
**skin** [1] - 108:10
**slammed** [1] - 123:23
**sleep** [4] - 47:16,
48:18, 48:24, 151:15
**sleeping** [6] - 47:23,
135:11, 135:15,
139:21, 139:22,
151:18
**sleeves** [1] - 114:24
**slept** [1] - 47:20
**slow** [3] - 141:7, 141:8
**small** [2] - 52:17, 127:6
**snack** [5] - 52:11,
52:16, 86:8, 173:3,
173:21
**so..** [1] - 39:19
**social** [2] - 213:1,
213:2
**someone** [8] - 9:12,
22:10, 22:17, 43:10,
85:14, 124:7, 137:16,
219:8
**sometimes** [5] - 33:23,
64:19, 116:13,
211:11
**somewhere** [2] -
53:20, 142:18
**son** [25] - 24:8, 27:23,
60:17, 65:14, 68:20,
74:14, 79:12, 88:9,

92:24, 96:14, 97:22,
97:24, 98:8, 105:14,
105:17, 106:2,
106:14, 111:10,
111:15, 120:22,
122:10, 172:7, 173:2,
173:7, 177:12
**son's** [4] - 89:4, 98:7,
146:6, 199:12
**sons** [3] - 24:12, 47:12,
49:14
**soon** [3] - 165:8,
190:17, 190:19
**sorry** [79] - 10:15,
10:22, 11:5, 12:6,
13:17, 14:6, 15:16,
16:14, 16:15, 17:6,
20:4, 20:11, 22:12,
33:19, 34:8, 37:6,
38:11, 53:22, 56:6,
57:16, 59:16, 59:19,
62:3, 65:8, 68:14,
68:23, 72:15, 74:14,
78:11, 93:3, 93:14,
94:10, 95:8, 96:20,
98:1, 98:3, 100:4,
104:8, 108:8, 109:17,
111:23, 115:14,
117:7, 118:11,
121:16, 123:20,
127:24, 128:1, 130:4,
137:13, 149:8, 149:9,
149:12, 152:22,
154:3, 154:4, 154:17,
156:3, 161:14,
161:22, 162:13,
171:2, 174:13,
174:23, 175:21,
178:7, 185:6, 186:2,
192:24, 193:11,
199:9, 202:3, 203:18,
204:11, 206:16,
215:23, 216:1,
222:18
**sort** [3] - 32:18, 36:14,
131:17
**sound** [3] - 59:12,
59:17, 140:7
**sounded** [2] - 64:21,
71:13
**South** [1] - 22:21
**space** [1] - 91:2
**speaking** [3] - 40:9,
160:17, 187:1
**special** [4] - 17:2, 47:8,
47:9, 134:19
**specialized** [2] - 32:21,
134:21
**specific** [1] - 35:1
**specifically** [1] - 40:16
**spectrum** [7] - 40:15,

40:20, 129:8, 130:21,
134:22, 153:9,
157:16
**speeding** [1] - 202:20
**spend** [4] - 23:19,
23:22, 31:24, 111:5
**spin** [1] - 43:14
**spoken** [4] - 40:7,
40:12, 144:5, 212:4
**sports** [7] - 208:3,
208:7, 208:9, 208:11,
209:9, 210:13,
210:21
**spot** [1] - 198:16
**spots** [1] - 198:14
**spring** [1] - 128:17
**SS** [1] - 231:2
**SSDI** [2] - 44:13, 44:14
**SSI** [1] - 44:14
**St** [4] - 37:7, 38:22,
201:22, 201:23
**stab** [1] - 30:2
**stable** [1] - 13:20
**stake** [1] - 36:12
**stamps** [1] - 44:11
**stand** [1] - 130:12
**Standards** [3] - 7:4,
118:17, 222:21
**Standards'** [1] - 121:13
**standing** [15] - 82:19,
83:5, 84:13, 92:21,
93:20, 103:17,
114:16, 169:22,
170:4, 170:17,
170:20, 170:22,
170:23, 171:12,
184:7
**start** [7] - 5:18, 49:17,
80:23, 128:9, 146:19,
179:12, 190:15
**started** [7] - 49:20,
126:15, 134:9,
134:17, 137:11,
139:3, 150:3
**starting** [1] - 75:5
**STATE** [1] - 1:23
**state** [1] - 4:19
**statement** [7] - 161:8,
161:18, 161:24,
162:4, 223:19,
223:24, 230:6
**statements** [1] -
123:12
**states** [1] - 140:17
**STATES** [1] - 1:1
**stay** [6] - 16:7, 51:1,
102:14, 102:17,
111:7, 127:14
**staying** [1] - 45:10
**stenographer** [3] -

149:10, 150:22, 178:9

**step** [3] - 76:3, 76:7, 88:20

**stick** [3] - 94:11, 183:3, 226:15

**still** [22] - 37:3, 61:5, 67:8, 70:18, 70:20, 76:14, 78:17, 90:3, 99:16, 100:14, 103:1, 112:9, 113:4, 136:19, 137:14, 137:16, 138:21, 139:7, 140:15, 204:8, 227:12, 227:17

**stipulate** [1] - 4:4

**STIPULATION** [1] - 4:3

**stipulations** [1] - 4:14

**stocks** [2] - 18:15, 18:21

**stomach** [5] - 127:24, 128:1, 181:18, 182:1, 182:12

**stood** [6] - 81:17, 97:2, 99:16, 100:1, 103:3, 167:19

**stool** [1] - 76:3

**stop** [12] - 19:23, 20:10, 34:16, 98:2, 101:12, 138:2, 138:5, 153:18, 154:1, 154:12, 205:16, 205:20

**stopped** [4] - 34:12, 42:4, 140:4, 205:19

**store** [1] - 141:5

**stores** [1] - 38:14

**story** [2] - 215:13, 215:19

**stranger** [1] - 105:4

**Street** [54] - 1:19, 2:3, 2:8, 6:16, 8:15, 9:2, 9:5, 10:8, 11:1, 11:16, 16:3, 19:6, 22:11, 22:15, 22:21, 23:18, 25:3, 28:15, 30:5, 45:14, 45:17, 45:18, 46:23, 50:6, 54:23, 55:2, 57:19, 57:24, 58:8, 58:11, 58:16, 59:2, 73:15, 75:3, 89:12, 91:22, 93:16, 93:17, 94:22, 110:2, 110:7, 134:2, 150:6, 150:23,

155:15, 155:17, 155:20, 182:24, 183:7, 183:10, 183:14, 183:15, 185:18

**street** [1] - 183:19

**stressed** [1] - 139:8

**stretcher** [1] - 100:4

**strike** [8] - 4:7, 147:7, 157:8, 164:5, 165:14, 175:9, 187:5, 192:5

**striking** [1] - 28:15

**struggling** [2] - 47:16, 100:6

**student** [1] - 212:19

**stuff** [7] - 17:9, 18:23, 38:9, 56:3, 137:21, 208:10, 210:19

**stupid** [1] - 17:24

**subject** [1] - 230:12

**Submission** [1] - 230:2

**submitted** [1] - 230:3

**substance** [2] - 229:5, 230:5

**substantiative** [1] - 202:8

**suffering** [1] - 205:24

**suicidal** [1] - 140:2

**summer** [2] - 114:21, 128:24

**summertime** [2] - 116:9, 128:21

**support** [2] - 219:21, 219:23

**supposed** [2] - 35:7, 35:10

**surgery** [10] - 68:21, 110:17, 110:21, 110:24, 113:3, 113:23, 114:9, 115:8, 128:1, 198:16

**surprised** [1] - 160:20

**Susan** [2] - 1:15, 231:3

**suspend** [1] - 144:12

**suspended** [2] - 19:15, 228:5

**suspensions** [1] - 135:18

**SUV** [1] - 53:11

**swearing** [4] - 60:6, 61:10, 61:14, 159:11

**sweatshirt** [1] - 211:10

**switch** [4] - 127:17, 127:20, 143:13, 143:24

**switched** [1] - 118:19

**sworn** [3] - 4:12, 175:2, 231:8

**symptom** [1] - 207:20

---

## T

**table** [1] - 162:14

**tabs** [4] - 42:17, 43:24, 44:3, 218:18

**tackling** [3] - 177:16, 179:8, 216:19

**TAKEN** [1] - 230:22

**tank** [3] - 83:13, 169:9, 169:11

**tantrums** [2] - 127:7, 135:7, 135:12

**tax** [1] - 69:10

**teach** [1] - 154:23

**teachers** [1] - 58:21

**technique** [2] - 152:18, 152:24

**teen** [1] - 14:24

**teen-ager** [1] - 14:24

**temper** [2] - 135:7, 135:12

**temporary** [2] - 25:24, 133:11

**ten** [3] - 9:7, 73:3, 217:6

**ten-year-old** [1] - 217:6

**tend** [1] - 27:21

**tenth** [2] - 17:21, 17:22

**terminated** [1] - 13:11

**terms** [3] - 21:14, 22:8, 110:15

**Terrace** [1] - 2:13

**testified** [9] - 4:12, 171:22, 172:10, 175:5, 197:13, 202:10, 217:24, 218:7, 218:17

**testify** [1] - 8:4

**testimony** [9] - 146:5, 147:2, 162:7, 168:3, 186:19, 202:14, 230:2, 230:11, 231:11

**testing** [2] - 131:6, 131:14

**thanking** [1] - 68:8

**THE** [11] - 2:2, 2:7, 2:12, 12:4, 55:18, 55:22, 56:1, 56:5, 149:12, 161:22, 229:5

**theatre** [1] - 210:22

**therapy** [8] - 112:23, 154:14, 154:16, 213:14, 213:15, 214:17, 214:23, 225:23

**Therapy** [6] - 213:16, 213:21, 213:24, 214:3, 215:5, 225:24

**thereupon** [1] - 231:9

**they've** [2] - 39:11, 157:15

**thinks** [2] - 15:2, 141:6

**third** [2] - 116:24, 135:2

**thoughts** [1] - 140:2

**thrashing** [1] - 78:24

**threaten** [2] - 27:22, 159:20

**threatened** [4] - 30:2, 123:15, 159:22, 160:4

**threatening** [5] - 29:21, 123:11, 123:14, 160:1, 160:5

**three** [20] - 10:13, 10:14, 10:16, 15:13, 23:14, 32:8, 32:9, 40:19, 83:12, 113:7, 114:14, 119:22, 123:16, 129:9, 152:2, 192:1, 207:12, 215:10, 227:1

**three-and-a-half** [1] - 119:22

**three-year-old** [1] - 123:16

**threw** [10] - 53:5, 53:16, 85:23, 86:12, 88:7, 151:10, 173:5, 173:7, 188:15, 189:1

**throat** [1] - 12:21

**throughout** [2] - 156:17, 226:12

**throw** [3] - 86:3, 177:4, 209:10

**throwing** [9] - 41:7, 41:8, 52:12, 64:14, 79:3, 87:1, 111:16, 208:23, 208:24

**thrown** [1] - 52:22

**throws** [2] - 209:3, 209:5

**thumbs** [1] - 168:12

**ticket** [1] - 19:18

**tile** [1] - 132:9

**timing** [1] - 99:10

**tissues** [1] - 176:21

**today** [20] - 6:23, 7:15, 7:24, 8:4, 10:19, 12:18, 14:12, 42:3, 117:16, 137:14, 140:15, 145:3, 145:15, 147:2, 158:17, 158:22, 160:3, 192:10, 192:15, 197:12

**toddler** [2] - 105:5, 131:3

**together** [14] - 15:20, 15:22, 16:8, 16:9,

36:21, 36:23, 73:22, 74:8, 75:7, 80:18, 80:20, 130:22, 163:15, 216:8

**took** [28] - 18:20, 48:12, 66:5, 66:12,

66:16, 66:24, 67:18, 68:10, 69:23, 103:3, 103:6, 104:20, 105:13, 105:14, 105:17, 114:19, 115:11, 116:23, 127:24, 133:22, 133:23, 148:14, 151:9, 156:18, 193:17, 193:19, 193:21, 227:1

**tooken** [1] - 151:7

**top** [5] - 98:14, 179:9, 188:13, 194:6, 225:21

**tops** [1] - 47:21

**Torres** [28] - 6:6, 6:9, 6:11, 9:17, 12:9, 12:12, 12:14, 15:10, 17:1, 24:20, 25:3, 25:7, 25:19, 26:5, 26:22, 27:13, 27:17, 28:14, 29:4, 45:8, 45:16, 144:19, 162:24, 186:4, 217:19, 230:20

**TORRES** [7] - 1:4, 1:12, 3:3, 4:9, 229:24, 230:16, 231:8

**tossed** [1] - 176:15

**tossing** [1] - 84:12

**touched** [1] - 27:4

**toward** [4] - 57:19, 82:3, 90:9, 191:10

**towards** [23] - 52:13, 53:21, 58:10, 58:11, 64:4, 65:16, 73:9, 75:3, 80:24, 81:3, 86:16, 89:12, 92:12, 94:1, 94:3, 167:20, 169:2, 182:22, 182:23, 182:24, 183:24, 188:16

**towed** [1] - 20:19

**training** [5] - 19:2, 32:22, 121:23, 152:9

**transcribed** [1] - 230:2

**transcript** [8] - 5:10, 5:20, 222:20, 223:1, 223:24, 230:7, 230:11, 231:22

**TRANSCRIPT** [1] - 229:6

**transfer** [1] - 160:15

**transferring** [1] - 71:12

**transpired** [2] - 200:8, 201:7

**trash** [5] - 22:24, 85:24, 86:2, 86:6, 173:16

**treated** [1] - 105:17
**treatment** [1] - 142:7
**trial** [1] - 4:8
**tricep** [2] - 194:20, 195:6
**tricky** [1] - 12:7
**tried** [2] - 42:9, 42:10
**trigger** [1] - 140:1
**triggered** [1] - 48:8
**triggers** [2] - 127:7, 139:4
**trip** [1] - 141:5
**trouble** [2] - 47:22, 49:6
**truck** [6] - 52:13, 167:19, 167:20, 167:22, 170:21, 177:15
**true** [2] - 230:10, 231:11
**trunk** [1] - 82:24
**trust** [1] - 71:5
**truthfully** [11] - 22:7, 63:1, 83:24, 90:23, 100:11, 114:23, 115:10, 116:4, 123:20, 160:21, 200:4
**try** [7] - 37:3, 79:8, 139:23, 149:13, 152:10, 203:21, 213:18
**trying** [21] - 48:17, 57:22, 87:5, 98:1, 98:4, 100:9, 105:5, 106:13, 159:15, 161:16, 161:23, 170:1, 171:13, 176:3, 180:21, 181:15, 182:4, 182:7, 184:20, 191:11, 191:14
**turn** [1] - 50:14
**turned** [1] - 180:14
**TV** [4] - 130:3, 130:4, 130:5
**twice** [3] - 33:7, 38:19, 207:12
**Two** [2] - 8:17, 45:14
**two** [38] - 10:12, 10:13, 10:15, 13:6, 13:12, 23:14, 32:10, 35:15, 35:22, 36:6, 47:21, 58:24, 83:12, 107:18, 107:21, 108:7, 111:10, 113:6, 114:2, 115:19, 117:9, 117:15, 119:17, 122:16, 126:16, 131:11, 131:12, 131:13, 138:10, 145:6, 148:6, 178:22,

179:11, 187:7, 193:24, 207:12, 215:10, 220:21
**two-and-a-half** [1] - 113:6
**two-minute** [1] - 220:21
**type** [11] - 31:13, 44:6, 50:14, 77:12, 107:11, 147:24, 148:1, 157:18, 202:23, 210:21, 218:18
**typed** [1] - 223:7
**types** [1] - 47:9
**typically** [1] - 50:11

## U

**U-turn** [1] - 50:14
**UMass** [3] - 109:11, 129:12, 129:15
**unable** [3] - 139:8, 208:2, 208:6
**unbuckled** [1] - 151:12
**under** [6] - 29:19, 108:17, 142:2, 176:17, 221:9, 231:23
**underneath** [1] - 95:11
**understood** [2] - 5:21, 6:3
**unfortunately** [3] - 8:12, 117:17, 158:6
**uniform** [2] - 120:23, 121:7
**UNITED** [1] - 1:1
**unless** [2] - 230:4, 231:23
**up** [77] - 13:13, 13:19, 14:2, 25:10, 42:12, 42:21, 42:24, 43:14, 43:19, 46:3, 46:4, 47:15, 47:20, 49:7, 49:8, 58:5, 70:6, 72:10, 72:13, 74:6, 77:23, 80:15, 80:16, 80:17, 91:18, 94:17, 97:2, 97:20, 98:7, 98:10, 99:12, 99:13, 99:17, 100:1, 101:13, 102:19, 103:3, 111:24, 112:2, 112:24, 114:7, 117:4, 117:21, 120:22, 124:4, 124:9, 126:1, 126:13, 132:12, 132:22, 148:18, 148:21, 151:13, 160:8, 161:1, 162:17, 163:22, 165:3, 165:6, 165:9, 168:18,

181:21, 188:13, 189:15, 191:7, 191:13, 194:24, 195:14, 197:17, 199:15, 199:19, 205:1, 209:12, 211:14, 216:8, 223:7, 226:24
**update** [1] - 18:24
**upper** [2] - 104:4, 194:20
**ups** [1] - 132:14
**upset** [31] - 51:18, 51:21, 51:22, 60:5, 60:9, 61:11, 61:13, 62:24, 64:15, 64:19, 72:7, 77:24, 82:15, 123:5, 123:7, 123:22, 124:1, 124:23, 135:14, 149:3, 149:16, 151:8, 152:12, 158:12, 159:7, 159:8, 159:10, 159:14, 159:16, 165:5, 200:13
**upsetting** [1] - 72:10
**upside** [1] - 54:20
**usual** [1] - 4:13

## V

**vacuum** [1] - 32:17
**vehicle** [59] - 19:24, 53:4, 54:11, 58:7, 58:15, 62:10, 70:22, 70:24, 73:7, 73:8, 75:2, 75:11, 75:19, 75:20, 76:1, 76:11, 78:8, 80:19, 80:22, 82:3, 82:20, 84:14, 84:15, 86:19, 87:9, 88:21, 89:8, 89:14, 89:18, 90:9, 91:8, 103:21, 104:11, 104:17, 104:19, 117:20, 147:8, 148:17, 149:7, 162:11, 162:16, 163:1, 163:3, 163:11, 163:12, 167:15, 168:14, 169:4, 169:9, 170:10, 179:20, 180:11, 181:7, 181:9, 182:23, 183:24, 184:13, 184:16, 185:14
**vehicles** [4] - 162:16, 163:4, 163:7, 163:10
**verbal** [5] - 5:11, 26:7, 154:22, 154:23
**vicinity** [4] - 63:11,

65:3, 76:16, 184:9
**video** [4] - 14:16, 138:9, 171:1, 205:10
**view** [15] - 52:15, 53:23, 59:21, 84:15, 87:12, 87:16, 87:24, 117:18, 147:6, 147:7, 147:9, 147:18, 148:1, 148:10, 149:5
**VIGLIOTTI** [19] - 2:15, 3:6, 143:11, 144:17, 179:10, 182:21, 186:12, 195:5, 195:9, 204:11, 216:11, 216:14, 217:16, 220:20, 221:12, 221:15, 222:4, 222:6, 222:8
**Vigliotti** [3] - 13:10, 143:10, 144:22
**Vigliotti's** [1] - 222:11
**violate** [2] - 216:6, 216:17
**violations** [1] - 215:20
**violence** [1] - 24:20
**violent** [3] - 26:6, 26:8, 29:7
**visit** [4] - 32:1, 39:11, 133:4, 135:4
**visited** [2] - 39:21, 40:2
**visiting** [1] - 39:15
**visits** [2] - 39:12, 131:1
**visual** [1] - 187:10
**voucher** [1] - 220:10
**VS** [1] - 1:6
**vs** [1] - 230:20
**Vuitton** [1] - 43:3

## W

**wait** [2] - 5:16, 125:13
**waiting** [4] - 125:13, 125:15, 125:16, 125:17
**waived** [2] - 4:6, 230:4
**waking** [1] - 49:6
**walk** [16] - 50:23, 51:1, 51:4, 51:5, 51:7, 51:14, 56:23, 56:24, 58:15, 58:19, 58:20, 65:20, 68:2, 75:6, 81:12, 102:22
**walked** [21] - 66:3, 73:8, 73:22, 74:8, 74:13, 74:19, 75:2, 75:7, 79:17, 80:18, 80:19, 81:2, 81:14, 100:3, 101:11, 103:2, 103:4, 103:8, 103:9, 163:22, 196:2
**walking** [8] - 51:15,

63:12, 64:12, 65:1, 65:19, 74:10, 80:24
**wall** [1] - 28:15
**WalMart** [3] - 120:16, 120:17, 202:7
**wants** [2] - 182:19, 206:23
**warrants** [2] - 23:10, 23:13, 23:16
**watch** [2] - 51:1, 51:5
**water** [2] - 12:23, 128:1
**weapon** [1] - 25:3
**wear** [2] - 151:3, 211:10
**wearing** [3] - 114:22, 117:2, 151:6
**wears** [1] - 141:11
**week** [9] - 32:2, 33:21, 34:4, 35:15, 35:16, 35:19, 35:20, 36:5, 207:12
**weekend** [1] - 7:2
**weeks** [3] - 35:16, 35:22, 36:6
**weight** [4] - 59:6, 206:1, 206:12
**weird** [1] - 102:3
**well-child** [2] - 133:4, 135:4
**Wendy** [3] - 4:22, 55:13, 222:7
**WENDY** [1] - 2:10
**West** [2] - 46:19, 153:5
**wheel** [1] - 43:14
**whereabouts** [1] - 185:20
**whiz** [1] - 212:19
**whole** [2] - 84:23, 139:22
**wide** [2] - 54:6, 170:3
**wife** [1] - 40:8
**wire** [4] - 147:19, 147:22, 148:6, 148:9
**wires** [7] - 87:11, 87:15, 87:21, 147:6, 147:15, 148:4, 173:11
**wise** [1] - 201:5
**wit** [1] - 231:7
**WITNESS** [7] - 12:4, 55:18, 55:22, 56:1, 56:5, 149:12, 161:22
**witness** [15] - 93:2, 100:24, 105:15, 105:16, 130:3, 163:6, 176:20, 183:8, 183:12, 226:21, 230:3, 230:4, 230:5, 230:6, 231:12
**Witness** [4] - 163:2,

186:8, 230:2, 231:18

**witnesses** [1] - 120:12

**woke** [1] - 151:13

**woman** [8] - 3:13, 65:14, 67:15, 76:15, 105:9, 120:10, 130:21, 154:20

**wondering** [1] - 31:21

**WORCESTER** [3] - 1:8, 2:7, 231:2

**Worcester** [38] - 1:18, 1:19, 2:4, 2:8, 2:14, 4:23, 6:16, 7:9, 8:17, 9:9, 21:18, 24:15, 24:19, 26:21, 30:12, 30:16, 31:6, 39:20, 39:24, 45:15, 50:7, 92:7, 120:17, 128:18, 144:3, 145:7, 145:17, 146:23, 213:16, 213:20, 213:24, 214:3, 215:5, 221:18, 222:14, 225:24, 230:21

**word** [1] - 172:3

**words** [5] - 57:22, 168:6, 202:23, 203:7, 215:23

**worker** [1] - 156:17

**works** [1] - 109:17

**wrist** [10] - 112:14, 176:23, 178:10, 178:12, 178:13, 178:16, 179:21, 180:10, 181:7

**write** [3] - 95:15, 162:24, 183:10

**writing** [1] - 231:10

**writings** [1] - 221:4

**written** [2] - 5:10, 5:20

**wrote** [1] - 183:14

---

## X

**x-ray** [3] - 108:3, 110:12

**x-rays** [2] - 110:10, 112:9

---

## Y

**yanked** [2] - 52:15, 148:15

**yanking** [2] - 150:15, 150:16

**yard** [1] - 208:16

**year** [20] - 11:8, 13:16, 19:20, 41:23, 115:8, 116:12, 123:16, 128:9, 128:12, 128:19, 138:10,

153:21, 155:9, 155:10, 155:11, 155:14, 203:15, 203:16, 215:6, 217:6

**years** [34] - 6:19, 8:23, 9:8, 10:13, 15:13, 16:9, 19:7, 37:4, 37:5, 37:6, 39:2, 39:13, 41:11, 41:12, 41:13, 41:17, 41:18, 109:14, 109:16, 109:21, 115:18, 115:19, 117:15, 119:21, 119:22, 126:16, 138:10, 139:15, 153:2, 153:6, 153:22

**yell** [1] - 83:15

**yelled** [1] - 191:17

**yelling** [16] - 26:22, 52:11, 59:24, 60:3, 60:4, 60:6, 61:5, 61:10, 78:22, 100:7, 151:20, 151:22, 159:11, 159:18, 159:19

**York** [3] - 14:15, 18:15, 18:21

**young** [4] - 17:24, 31:17, 37:14, 152:2

**younger** [1] - 23:10

**youngest** [1] - 131:20

**yourself** [1] - 133:17

**youth** [1] - 210:21

**yup** [10] - 47:2, 55:3, 57:4, 59:1, 81:14, 132:14, 136:3, 176:9, 190:2, 215:16

---

## Z

**Zoloft** [2] - 140:13, 140:15

**zoop** [1] - 176:6