**Page 1**

```
                    COMMONWEALTH OF MASSACHUSETTS
    WORCESTER, SS. DISTRICT COURT DEPARTMENT
             CIVIL ACTION NO. 420-CV-401157SH

    _____
    LINDSEY M. BESHAI TORRES,      )
    PPA of JT, a minor,            )
              Plaintiff,           )
                                   )
              vs.                  )
                                   )
    OFFICER JOHN R. ALERS, FORMER  )
    POLICE OFFICER PAUL P. MCCARTHY)
    AND THE CITY OF WORCESTER,     )
              Defendants.          )
    _____
```

DEPOSITION OF PAUL P. MCCARTHY,
called as a witness by and on behalf of the
Plaintiff, pursuant to the applicable provisions
of the Massachusetts Rules of Civil Procedure,
before Melissa R. McKenzie, Certified Shorthand
Reporter, No. 1445F97, and Notary Public within
and for the Commonwealth of Massachusetts, at the
offices of Hector E. Pineiro, P.C., 807 Main
Street, Worcester, Massachusetts, on Wednesday,
January 19, 2022.

**BAY STATE REPORTING AGENCY**
**69 BRAEBURN LANE**
**ASHLAND, MA 01721**
**(508) 753-4131**

**Page 2**

**APPEARANCES:**

HECTOR E. PINEIRO, ESQUIRE
LAW OFFICE OF HECTOR E. PINEIRO, P.C.
807 Main Street
Worcester, MA 01610
(508) 770-0600
hector@pineirolegal.com
For the Plaintiff

WENDY L. QUINN, ASSISTANT CITY SOLICITOR
CITY OF WORCESTER
LAW DEPARTMENT
Room 301 - City Hall
Worcester, MA 01608
(508) 799-1161
quinnwl@ci.worcester.ma.us
For the Defendants

JARED J. MADISON, ASSISTANT CITY SOLICITOR
CITY OF WORCESTER
LAW DEPARTMENT
Room 301 - City Hall
Worcester, MA 01608
(508) 799-1161
madisonj@worcesterma.gov
For the Defendants

JOHN K. VIGLIOTTI, ESQUIRE
REARDON, JOYCE & AKERSON, P.C.
4 Lancaster Terrace
Worcester, MA 01609
(508) 754-7285
jvigliotti@rja-law.com
For Officer John Alers

**Page 3**

**I N D E X**

TESTIMONY OF:    DIRECT CROSS REDIRECT RECROSS

Paul P. McCarthy 4

**E X H I B I T S**

| EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Policy and Procedure No. 400 | 25 |
| 2 | Incident Report | 58 |
| 3 | EMS Record | 63 |
| 4 | WPD Citizen Complaint | 74 |
| 5 | Interrogatories | 78 |
| 6 | IDC Report | 86 |

EXHIBITS RETAINED BY ATTORNEY PINEIRO

CERTIFICATION OF REPORTER                91

**Page 4**

**S T I P U L A T I O N S**

It is agreed by and between counsel
for the respective parties that the deponent
shall read and sign the deposition transcript
within thirty (30) days from receipt of
transcript or the deposition will be deemed to
have been signed. Signature before a notary
public is waived.

It is further agreed that all
objections, except as to form, and motions to
strike are reserved for the time of trial.

PAUL P. MCCARTHY, having been
satisfactorily identified and duly sworn by the
Notary Public, was examined and testified as
follows to direct interrogatories
BY MR. PINEIRO:
Q. Good morning. Can you tell us your full name and
what town you live in.
MR. VIGLIOTTI: Are you going to do
stipulations?
MR. PINEIRO: Yes, the usual
stipulations if that's okay.
MS. QUINN: Yes.
A. **Paul Patrick McCarthy. I live in Worcester,**

**5**

1    **Mass.**
2  Q.  Were you born in Worcester, Mr. McCarthy?
3  A.  **I was.**
4  Q.  Did you go to school in Worcester?
5  A.  **I did.**
6  Q.  What school did you go to?
7  A.  **I went to Lady of Angels. I went to Boys Trade,**
8    **and I graduated from South High School.**
9  Q.  What year did you go to Boys Trade and what year
10    did you graduate from South High?
11  A.  **I graduated from South High in 1981, and four**
12    **years earlier, my freshman year, was at Boys**
13    **Trade.**
14  Q.  What was your last year at the police department,
15    Mr. McCarthy?
16  A.  **I think '17, 2017.**
17  Q.  When did you join the force, Mr. McCarthy?
18  A.  **1994.**
19  Q.  That would have been under Chief Gardella?
20  A.  **Yes.**
21  Q.  And you went through the academy?
22  A.  **Yes, sir.**
23  Q.  And how long was the academy then, Mr. McCarthy?
24  A.  **Five or six months.**

**6**

1  Q.  What areas of law enforcement did you train on?
2  A.  **All areas. The academy's pretty extensive.**
3  Q.  Which areas do you recall you were trained in?
4  A.  **Laws and department policy and victims' rights**
5    **and constitutional rights.**
6  Q.  Got it. When you were in the police force, did
7    you get any awards or accommodations?
8  A.  **Yes.**
9  Q.  What types of awards and accommodations did you
10    get, Mr. McCarthy?
11  A.  **I was a crisis negotiator, and there was a girl**
12    **going to jump off a bridge and we talked her**
13    **down, and they gave me an award for that.**
14  Q.  What year was that?
15  A.  **I don't recall.**
16  Q.  And what was the problem that -- obviously,
17    somebody that was mentally ill?
18  A.  **Yes. I assume she was mentally ill.**
19  Q.  Is this somebody that you knew from before or
20    not?
21  A.  **No, I didn't know her.**
22  Q.  What type of crisis intervention training did you
23    have, Mr. McCarthy, when did it start and for how
24    long did you do that in the police force?

**7**

1  A.  **I did it about seven years. I was trained in the**
2    **FBI crisis negotiator's course, and then we**
3    **regularly did training with our SWAT team.**
4  Q.  Okay. Where did you do that training with the
5    FBI, Mr. McCarthy, and what did the training
6    consist of?
7  A.  **Two weeks out in West Boylston.  An FBI**
8    **instructor came and oddly enough, the first FBI**
9    **agent that came had to leave because I think that**
10    **thing in Waco was going on. So whatever year**
11    **that was.**
12  Q.  So this is in the mid-1990s?
13  A.  **Yes, sir.**
14  Q.  Okay. And so he had to move out there to do some
15    negotiations or crisis intervention there?
16  A.  **Yes. The guy running the course had to leave,**
17    **and another guy came in.**
18  Q.  I know it happened some time ago, but do you
19    remember everything that you were trained on
20    during that two-week course?
21  A.  **More or less, yes.**
22  Q.  Can you summarize it for us?
23  A.  **Just different techniques to take with a person**
24    **in crisis. Different strategies to avoid. For**

**8**

1    **example, you want to stay away from saying things**
2    **like, let's end this. You want to be able to**
3    **analyze the person in crisis. If they're under**
4    **the influence of alcohol, drugs or in the middle**
5    **of a manic moment, and you want to be able to**
6    **coordinate the police effort as to what  their**
7    **trying to do, which is separate from what the bad**
8    **guy wants to do.**
9  Q.  Understood. Do you have any children,
10    Mr. McCarthy?
11  A.  **I do.**
12  Q.  How many children do you have?
13  A.  **Two children.**
14  Q.  I didn't ask you if you have any military
15    service. Did you ever serve in the military?
16  A.  **I did not.**
17  Q.  Tell me what difference -- what different
18    divisions did you work in at the police
19    department since you became a sworn officer in
20    1994?
21  A.  **I worked in the Operations Division. I was**
22    **transferred to a Zero Tolerance Unit.**
23  Q.  When were you transferred there?
24  A.  **In the mid-nineties, I think.**

9

1  Q.  What was the Zero Tolerance Unit?

2  A.  **Zero Tolerance Unit would go after people, say,**

3      **for example, they were selling drugs at No. 1**

4      **Main Street --**

5  Q.  Okay.

6  A.  **-- everybody in the neighborhood knew they're**

7      **selling drugs at 1 Main Street, the person would**

8      **come, buy the drugs and leave.**

9          The community would wonder why aren't

10     cops doing anything. So what would happen is the

11     local operations guys couldn't sit on that drug

12     house. They'd have to go to the fire, they'd

13     have to go to the car accident, they'd have to go

14     to the robbery. They couldn't sit on that house.

15     The Zero Tolerance Unit would sit on that house.

16     They would find out who lives in that house.

17     They would find out who owns that house, and the

18     people that came -- they'd work with the owners

19     of the house to put up no trespassing signs.

20     Quite often in street transactions, the person

21     would buy the drugs, put them in the mouth and

22     when approached by police, they swallow the

23     drugs.

24          Operations officers wouldn't arrest

10

1      if they had no drugs. We would arrest for things

2      like trespassing, and that way the community

3      would look and say, the cops are finally doing

4      something at No. 1 Main Street.

5  Q.  How long did you do that for?

6  A.  **Five years. I believe it ended in 9/11.**

7  Q.  What did you do after 9/11?

8  A.  **I was reassigned to the Operations Division.**

9  Q.  So as a patrolman again?

10 A.  **Yes, sir.**

11 Q.  What area of the City did you patrol?

12 A.  **Every area.**

13 Q.  So you've floated around in all the different --

14 A.  **I floated around, yes, sir. When I first**

15     **started, I had a regular route up on Vernon Hill,**

16     **and I found when I went back after Zero**

17     **Tolerance, that floating around was better suited**

18     **for me.**

19 Q.  Okay. And how long did you do that for?

20 A.  **Until the end of my career.**

21 Q.  Okay. What area of the City did you patrol at

22     the end of your career?

23 A.  **Again, I was a float, so it would be every area.**

24 Q.  Wherever they needed you and they assigned you?

11

1  A.  **Correct.**

2  Q.  When did you first meet Lindsey Beshai?

3  A.  **I don't recall exactly.**

4  Q.  Obviously, it was before September of 2017?

5  A.  **Yes.**

6  Q.  For how long have you known her, do you think,

7      five years, would you say?

8  A.  **No, I don't think it was that long. It was --**

9      **she had a brief relationship with my wife due to**

10     **some shopping thing that they were doing, a**

11     **couponing thing.**

12 Q.  Okay. Is that formerly Ms. St. Laurent?

13 A.  **Yes.**

14 Q.  Is that your wife's name?

15 A.  **Yes, sir.**

16 Q.  For how long -- did they grow up together in the

17     City, your wife and her?

18 A.  **No, I don't believe so.**

19 Q.  What part of the City did your wife grow up in?

20 A.  **Hollywood Street.**

21 Q.  So Main South area?

22 A.  **Yes, sir.**

23 Q.  And do you think they knew each other since they

24     were teenagers or it was more recent?

12

1  A.  **I think it was more recent. I don't think they**

2      **were close at all. I think they had a common**

3      **interest in this shopping thing and they were**

4      **reacquainted. They, of course, knew the same**

5      **people.**

6  Q.  Circle of friends?

7  A.  **Yes. I wouldn't say that they hung around**

8      **together at all.**

9  Q.  Okay. Got it. Did she ever visit your house?

10 A.  **I don't believe so.**

11 Q.  Did your wife ever visit her house?

12 A.  **Yes. I recall dropping stuff off at her house.**

13 Q.  And do you remember visiting her house, I mean,

14     besides dropping, just visiting and staying there

15     for a few minutes?

16 A.  **No.**

17 Q.  Do you remember if they socialized, if they went

18     out to eat or if they had barbecues together or

19     things like that?

20 A.  **No. They were merely acquaintances and had that**

21     **shopping thing in common.**

22 Q.  Okay. And the shopping thing that they had in

23     common was doing coupons?

24 A.  **Yeah. There's a whole strategy to it. There's**

13

1     **some web applications that you can look up, and**
2     **they give each other tips on what's good and**
3     **what's going on.**
4  Q.  Was it your sense that they spoke with some
5     certain degree of frequency?
6  A.  **No.**
7  Q.  At some point in time did they stop talking to
8     one another?
9  A.  **Yes. I don't recall a specific incident or**
10    **anything, but there was --**
11  Q.  Was it after this incident that brings us here
12     today?
13  A.  **No, I don't believe so.**
14  Q.  Is it your memory they continued talking to one
15     another?
16           MS. QUINN: Objection.
17  A.  **Recently there was a death of one of my wife's**
18    **friends, and this girl, Ms. Beshai, did reach out**
19    **to her.**
20  Q.  All right. They talked then?
21  A.  **Yeah. I wouldn't say with any frequency or**
22    **anything.**
23  Q.  Okay. Besides dealing with crisis intervention
24     and that woman that you spoke regarding the woman

14

1     that you said was going to jump from a bridge,
2     did you do other crisis intervention cases that
3     1815.
4     Where you would be called in to assist people
5     that have mental health problems?
6  A.  **Yes.**
7  Q.  Can you -- do you remember how many times you
8     responded to crisis issues involving mental
9     health issues?
10  A.  **Not that many, a handful perhaps.**
11  Q.  Did you ever serve in any capacity as a resource
12     officer in any of the schools?
13  A.  **No.**
14  Q.  Okay. On September 2017, that was the first time
15     that you met JT or had you met him before?
16    **I had met him before.**
17  A.  What was the context in what you met him?
18  Q.  **Dropping something off at her house, he was in**
19  A.  **the yard.**
20     How many years before did that happen, before
21  Q.  September of '17?
22    **Guessing, two.**
23  A.  When did you learn that he was an Autistic boy?
24  Q.

15

1  A.  **Around that time.**
2  Q.  Around the time that you came to drop something?
3  A.  **Yes.**
4  Q.  And what is it that you came to drop at the
5     house?
6  A.  **I don't recall. Something related to the**
7    **couponing gig.**
8  Q.  What do you remember about your first impression
9     of this child, when you first saw him, came in
10    contact?
11  A.  **Just that he was big for his age.**
12  Q.  Were you able to talk to him the first time you
13     met him?
14  A.  **No. I didn't have any conversation with him.**
15  Q.  Do you remember if the kid interacted the way
16     normal kids do?
17  A.  **Yeah. He seemed to be playing with his brothers**
18    **and sisters or neighbors in the yard, and all**
19    **seemed relatively normal to me.**
20  Q.  Before the incident that brings us in today, did
21     you see him more than once before or only once?
22  A.  **I can only recall one time.**
23  Q.  For how long did you watch this boy, was it
24     minutes or was it --

16

1  A.  **Barely minutes.**
2  Q.  Got it. Did you know then when you first saw
3     him, that there was something different about
4     him?
5           MR. VIGLIOTTI: Objection.
6  A.  **I had been made aware that he was autistic.**
7  Q.  When were you made aware that he was autistic?
8  A.  **My wife and Lindsey had gotten together a few**
9    **times in regard to this shopping thing, and at**
10    **some point my wife told me that Lindsey had an**
11    **autistic child.**
12  Q.  Did she say anything about what the boy was like
13     or --
14  A.  **No.**
15  Q.  Okay. Before any of this happened, had you ever
16     interacted with any autistic children?
17  A.  **Yes.**
18  Q.  How many times would you say that happened before
19     or after, before or after this incident?
20  A.  **How many times had I interacted with autistic**
21    **children?**
22  Q.  Yes.
23  A.  **Many, many times.**
24  Q.  Okay. Were there any times that -- did you also

17

| 1 | | interact with autistic adults too? |
| 2 | A. | **I can't say that I did.** |
| 3 | Q. | Any previous, before September of '17, any |
| 4 | | interactions where because of circumstances you |
| 5 | | had to put handcuffs on an autistic child? |
| 6 | A. | **I imagine there were.** |
| 7 | Q. | Okay. Does anything stand out in your mind of |
| 8 | | one particular incident or something happened |
| 9 | | that you had to put handcuffs on an autistic |
| 10 | | child? |
| 11 | | MR. VIGLIOTTI: Objection. |
| 12 | A. | **Can you please repeat.** |
| 13 | Q. | Sure. Do you recall before you came in contact |
| 14 | | with JT, you had to place handcuffs on an autistic |
| 15 | | child, and if you did, do you recall the |
| 16 | | circumstances, what happened and what led you to |
| 17 | | handcuff that child? |
| 18 | | MS. QUINN: Objection. |
| 19 | A. | **I had been on many calls with autistic children** |
| 20 | | **in crisis. Depending on how the call went, if** |
| 21 | | **the child was out of control and a danger to** |
| 22 | | **himself or unable to control his self, we'd put** |
| 23 | | **them in handcuffs.** |
| 24 | Q. | And so would you say that -- do have a distinct |

18

| 1 | | memory of having put handcuffs or another |
| 2 | | autistic child? |
| 3 | A. | **Sure.** |
| 4 | Q. | Okay. And how old were those, you know, does |
| 5 | | anything stand out, how old were the children? |
| 6 | | Were they teenagers? Were they -- |
| 7 | A. | **One I'm thinking of was 12 years old. Was at his** |
| 8 | | **own house. Parents could not control him. He** |
| 9 | | **was throwing things about the house. He was** |
| 10 | | **trying to run away. We restrained him, put him** |
| 11 | | **in handcuffs and called an ambulance.** |
| 12 | Q. | Got it. Okay. And so there were other officers |
| 13 | | besides yourself? |
| 14 | A. | **Yes.** |
| 15 | Q. | Do you remember who else was involved with you? |
| 16 | A. | **One was an Officer Gerry -- an Officer O'Connor,** |
| 17 | | **Dwayne O'Connor.** |
| 18 | Q. | Do you remember the name of the child? |
| 19 | A. | **I don't.** |
| 20 | Q. | So the child was placed in handcuffs? |
| 21 | A. | **Yes.** |
| 22 | Q. | And were you the person, the principal person, |
| 23 | | that was responded to the call or were you the |
| 24 | | assisting officer? |

19

| 1 | A. | **I was an assisting officer.** |
| 2 | Q. | Got it. I take it that you would have been |
| 3 | | required to prepare an incident report? |
| 4 | A. | **As an assisting officer, no. Primary officer** |
| 5 | | **takes care of the report.** |
| 6 | Q. | But in that other instance where you had to put |
| 7 | | the handcuffs on the boy, because you were the |
| 8 | | principal officer, you prepared a property? |
| 9 | | MS. QUINN: Objection. |
| 10 | Q. | Is that what you said or -- |
| 11 | A. | **You lost me.** |
| 12 | Q. | You mentioned you put the handcuffs on a 12 year |
| 13 | | old after responding to a call because the boy |
| 14 | | was out of control, yes? |
| 15 | A. | **Yes.** |
| 16 | Q. | And were you the principal officer that responded |
| 17 | | to the call? |
| 18 | A. | **I was not.** |
| 19 | Q. | You were not. So -- and who put the handcuffs on |
| 20 | | that child, was it you or somebody else? |
| 21 | A. | **It was both of us. I don't recall who drew them** |
| 22 | | **out.** |
| 23 | Q. | Do you recall then if you prepared a report or |
| 24 | | not in connection with that? |

20

| 1 | A. | **It's my recollection that I did not do a report.** |
| 2 | Q. | Got it. Was the child charged with any crimes? |
| 3 | A. | **No.** |
| 4 | Q. | Okay. So this was a crisis call, handcuffs were |
| 5 | | used to restrain the boy, and then an ambulance |
| 6 | | was called and the child was brought to a |
| 7 | | hospital to be checked? |
| 8 | A. | **Correct.** |
| 9 | Q. | Can I get you some water? Would you like some |
| 10 | | water? |
| 11 | A. | **No, I'm good. Thank you.** |
| 12 | Q. | Okay. What level of resistance did the child |
| 13 | | utilize as you and your partner tried to handcuff |
| 14 | | the 12 year old? |
| 15 | | MS. QUINN: Objection. |
| 16 | Q. | Did the child put any resistance at all? |
| 17 | A. | **Yes. Huge. He was kicking and screaming,** |
| 18 | | **throwing stuff.  At first he was under the** |
| 19 | | **control of his mother, but he kind of turned and** |
| 20 | | **started hitting her and that's when we took over.** |
| 21 | Q. | Got it.  Okay.  You said that the child was |
| 22 | | kicking. Did you get kicked and your partner get |
| 23 | | kicked? |
| 24 | A. | **I did not get kicked.** |

21

1  Q.  Did you get hit or bit by the child?
2  A.  **Hit, I'm sure I was hit.**
3  Q.  Got it. And was it, you know, during the
4      struggle was the child -- what level of force do
5      you remember you had to use to restrain this boy?
6          MR. VIGLIOTTI: Objection.
7          MS. QUINN:  Objection.
8  A.  **It was a young kid. He was only 12. We held him**
9      **down on the ground and put handcuffs on him.**
10 Q.  Was the child injured in any way, shape or form?
11 A.  **No, he was not.**
12 Q.  Wasn't bleeding or anything like that?
13 A.  **No.**
14 Q.  Didn't have any injuries to his legs or his arms?
15 A.  **No.**
16 Q.  Okay. What type of training, if any, did you
17     have at the police department to deal with
18     autistic children?
19 A.  **Every year we had in-service training. Several**
20     **years there was a piece of that training,**
21     **training would run for a week, there was a piece**
22     **of it that dealt with Autism. It would be lapsed**
23     **in with mental health training and crisis**
24     **intervention training.**

22

1  Q.  So if this arrest occurred in September of 2017,
2      when did you last have training to deal with
3      autistic children, in 2017 or '16?
4          MS. QUINN:  Objection.
5  A.  **I imagine both years.**
6  Q.  Okay.
7  A.  **And I think you misspoke. You said the arrest.**
8      **There was no arrest that day.**
9  Q.  Just handcuffs?
10 A.  **Yes.**
11 Q.  Okay. Got it. Who was the person, who was the
12     trainer at the police department, that trained
13     you specifically to deal with autistic
14     individuals or --
15 A.  **I don't recall, but usually they bring in outside**
16     **people. Not members of the police department.**
17 Q.  Got it. Do you remember what department that
18     person came from?
19 A.  **I do not.**
20 Q.  Do you remember what group that person
21     represented?
22 A.  **I do not.**
23 Q.  Did you have to take -- do you have to have a
24     sign-in sheet or anything like that for the

23

1      course?
2  A.  **Yes, I'm sure we did.**
3  Q.  Were these in-person courses, like, classroom
4      work?
5  A.  **Yes, sir.**
6  Q.  And did you review any of your signatures in
7      preparation for today, any of the signatures that
8      you prepared as you completed those courses or
9      those training sessions?
10 A.  **I did not.**
11 Q.  What documents, if any, Mr. McCarthy did you
12     review to prepare for today?
13 A.  **I looked over my report. I looked over your**
14     **stuff.**
15 Q.  Okay.
16 A.  **That's about it. I think maybe the internal**
17     **affairs interview.**
18 Q.  Got it. Were you ever interviewed by internal
19     affairs?
20 A.  **I don't think so. Although, they issue a pile of**
21     **questions and you have to respond typing. It's**
22     **not an interview per se, but it's asking**
23     **questions and answering questions.**
24 Q.  So just a questionnaire that you were given to

24

1      talk about what happened?
2  A.  **Correct.**
3  Q.  Got it. Going back to that boy, the 12 year old
4      boy that was not arrested, but handcuffed for his
5      safety, yes?
6  A.  **Yes.**
7  Q.  What level -- are you familiar with -- when did
8      you leave the department, in '17?
9  A.  **Actually, it might have been '18.**
10 Q.  But had you been trained on report writing?
11 A.  **Yes.**
12 Q.  Before you came in contact with JT?
13 A.  **Yes.**
14 Q.  And had you been trained also in the use of force
15     policy of the department, Policy 400?
16 A.  **Yes.**
17 Q.  And had you been also trained in defensive
18     tactics?
19 A.  **Yes.**
20 Q.  Okay. Got it. And so were you familiar with
21     Policy 400 that has different levels of
22     resistance that people can give to police
23     officers, and they're allowed to use certain uses
24     of force?

25

1  A.  Yes.

2  Q.  Would you say that that child that was kicking

3      and bucking, what level of resistance would you

4      say he gave when you came in contact with him?

5          MS. QUINN: Objection.

6  A.  **I don't recall the specific level, but I would**

7      **say that he was out of control. His parents were**

8      **unable to control him, and he was throwing**

9      **things, screaming, kicking.**

10 Q.  Would you say he was a Level 3 of resistance?

11 A.  **Sure.**

12 Q.  Okay. Got it. When you came in contact with JT,

13     would you say -- what level of resistance did JT

14     give you, would he have been a Level 3?

15         MS. QUINN: Objection.

16     **I don't recall the levels specifically, but if**

17 A.  **you tell me what the highest number is, I would**

18     **tell you that JT was at the highest number.**

19         MR. PINEIRO: Let me mark this as No.

20     1.

21         (Exhibit No. 1, Policy and Procedure

22         No. 400, marked for identification.)

23     Exhibit 1 is the use of force policy of the

24 Q.

26

1      police department in August 31, 2015. Have you

2      ever seen this policy before, Mr. McCarthy?

3  A.  **Yes.**

4  Q.  And you were trained on that policy?

5  A.  **Yes, sir.**

6  Q.  And this policy, if you go to Page 2, defines a

7      series of -- Page 1 to 2 has different

8      definitions of force model, compliant subject,

9      and uses of nondeadly force and use of deadly

10     force.

11 A.  **Yes.**

12 Q.  And on Page 3 there's a use of force model, do

13     you see that?

14 A.  **Yes, sir.**

15 Q.  And there's a Level 1 and a Level 2 at the bottom

16     of Page 3?

17 A.  **Yes.**

18 Q.  And then there's, like, a box that talks about

19     police strategy and police tactics insofar as

20     controlling a cooperative or compliant subjects.

21     Do you see that?

22 A.  **Yes, sir, I do.**

23 Q.  And one of the police strategies is using

24     restraining techniques such as handcuffs. Do you

27

1      see that?

2  A.  **Yes, sir.**

3  Q.  In Level 3, Page 4, you see where it says in the

4      first paragraph, the perceived subject actions.

5      The subject's noncompliance has increased in

6      scope and intensity and now includes energy

7      enhanced physical or mechanical defiance?

8  A.  **Yes, sir.**

9  Q.  The individual has directed his or her physical

10     strength and energy in establishing, achieving,

11     and/or maintaining a posture of resistance. Do

12     you see that?

13 A.  **Yes, sir.**

14 Q.  Do you also see where in Paragraph 2 it says, The

15     perceived circumstance are volatile.   The officer

16     is now confronted with the presence and/or

17     potential of an increase in the threat intensity,

18     severity, etc.

19         Do you see that?

20 A.  **Yes, sir.**

21 Q.  And do you see what the compliance techniques for

22     an actively resistance individual are in

23     accordance with that chart that appears on Page 4

24     for a Level 3?

28

1  A.  **Yes, sir.**

2  Q.  Some may include, but not limited to, front wrist

3      locks, finger grasp, rear wrist lock, arm bar,

4      bent wrists lock, take down.

5          Do you see that?

6  A.  **Yes, sir.**

7  Q.  And at the bottom do you see Level 4, assaultive

8      bodily harm subject. The perceived subject

9      actions. The officers attempt to gain lawful

10     compliance concluded in a perceived or actual

11     attack on the officer or another person.

12         Do you see that?

13 A.  **Yes, sir.**

14 Q.  And then if you go to Level 5, then you're

15     dealing essentially with potentially bodily harm,

16     death and deadly force?

17         MS. QUINN: Objection.

18 A.  **Yes, I see that.**

19 Q.  Based on your recollection of this incident, at

20     what level of resistance -- what level of

21     resistance was this child giving youG29 21.

22     And Officer Alers on this day?

23 A.  **I would say Level 3.**

24 Q.  And why would you say that it was Level 3?

29

1　A.　**Well, he was screaming and yelling and swearing.**
2　　**He was flailing his arms. He tore -- the**
3　　**rearview mirror was hanging there, and he tore it**
4　　**off. He tore at the ceiling of the car and tore**
5　　**it down. He threw something at Officer Alers,**
6　　**and he tried hitting Officer Alers with the door.**
7　　**That's why I would say that.**
8　Q.　Those events that you've described where he
9　　pulled out the rearview mirror --
10　A.　**Yes.**
11　Q.　-- is that something that you witnessed or is
12　　that something that had already happened?
13　A.　**I witnessed it.**
14　Q.　Okay. And -- go ahead. You didn't finish.
15　A.　**I witnessed it, but the rearview mirror was just**
16　　**hanging there indicating that it had been broken**
17　　**previously, but what I saw was him tear it**
18　　**completely off.**
19　Q.　Okay.
20　　　　　MS. QUINN: I need a break.
21　　　　　MR. PINEIRO:  Sure.
22　　　　　(Short recess.)
23　　　　　MR. PINEIRO: Back on.
24　Q.　Just to recap, what made JT a Level 3 active

30

1　　resistant person was because he had taken out or
2　　damaged the rearview mirror?
3　A.　**Yes.**
4　Q.　And he also ripped you said the fabric in the
5　　interior of the car?
6　A.　**Yes.**
7　Q.　And were you the second person to get there,
8　　Mr. McCarthy?
9　A.　**I don't recall if I was first or second.**
10　Q.　Do you remember the nature of the call? I mean,
11　　is that something that you recall?
12　A.　**Yes.**
13　Q.　Was it like a medical call or how do you recall
14　　it?
15　　　　　MS. QUINN: Objection.
16　A.　**It was a ten-year-old autistic child out of**
17　　**control called in by the mother.**
18　Q.　When you went there, did you recognize Lindsey
19　　right away?
20　A.　**No.**
21　Q.　Did you recognize JT right away?
22　A.　**No.**
23　Q.　When did you realize that Lindsey Beshai was
24　　there?

31

1　A.　**She said something, like, I know you.**
2　Q.　That's when you recognized her?
3　A.　**Yeah.**
4　Q.　Okay. Anything else about -- what I'm talking
5　　about is before you or Officer Alers tried to
6　　restrain him, anything else that you believe rose
7　　to the level of resistance at a Level 3?
8　A.　**Yes.  He was clearly a danger to himself.  He**
9　　**used the door to try and escape the vehicle, and**
10　　**it was school drop off time. We were, you know,**
11　　**seven or eight feet from Main Street. There were**
12　　**lots of cars and lots of people, and we weren't**
13　　**going to let him run out into the street.**
14　Q.　What led you to believe that he was going to
15　　escape onto Main Street?
16　A.　**He tried to get out of the car.**
17　Q.　So this is the White Brite Cleaners at the
18　　parking lot?
19　A.　**Brite Cleaners, yes.**
20　Q.　Brite Cleaners. And where was this car parked on
21　　Brite Cleaners?
22　A.　**In their parking lot, seven or eight feet from**
23　　**Main Street.**
24　Q.　Was it parked facing the store or facing the

32

1　　street?
2　A.　**Facing the store.**
3　Q.　Okay. Was it closer to the entrance of the store
4　　or at the beginning of the parking lot?
5　　　　　MS. QUINN: Objection.
6　A.　**It was closer to Main Street.**
7　Q.　Do you remember -- so you recognized Lindsey
8　　because she said, I know you?
9　A.　**Yes.**
10　Q.　Okay. Did she introduce herself? Did she say,
11　　Paul, I'm Lindsey?
12　　　　　MR. VIGLIOTTI:  Objection.
13　Q.　What did she say to you?
14　A.　**No. I don't recall specifically what she said.**
15　　**You got to understand, it was a crisis. Her son**
16　　**was going wild in the car. She was screaming and**
17　　**yelling. She had another child with her that I**
18　　**believe she had to take out of the car. So there**
19　　**wasn't a lot of small talk, like, Hi, Paul, do**
20　　**you remember me.**
21　Q.　By the time that you got there, the child had not
22　　calmed down?
23　A.　**No, he had not.**
24　Q.　By the time you got there, the child was in your

33

1     opinion still out of control?

2   A.   **Yes.**

3   Q.   And was the child screaming and yelling at that

4     time?

5   A.   **Yes.**

6   Q.   What was he screaming and yelling at the time?

7   A.   **He was swearing.**

8   Q.   And swearing is that Level 3 resistance or --

9           MS. QUINN: Objection.

10   A.   **It displays out of control behavior.**

11   Q.   Okay. So what, if anything, did you or Officer

12     Alers -- when did you realize that, you know,

13     because -- your testimony is you didn't recognize

14     Lindsey right away, but she introduced herself to

15     you.

16   A.   **Okay.**

17           MR. VIGLIOTTI: Objection.

18   Q.   Yes?

19   A.   **Yes.**

20   Q.   But when you got the call, you knew that it was a

21     ten-year-old autistic child, yes?

22   A.   **Yes.**

23   Q.   What did you or Officer Alers -- and what type of

24     training did you have to deal with autistic

34

1     children to try to calm them down?

2           MR. VIGLIOTTI: Objection.

3   Q.   Did you have any type of training on how to deal

4     with autistic children?

5   A.   **Yes.**

6   Q.   What type of training did you have?

7   A.   **It was just how to speak to somebody in crisis,**

8     **how to speak to somebody with a calm reassuring**

9     **voice, try to bring their -- if they're up here,**

10     **try to bring their level down a little bit.**

11   Q.   That's called deescalation; right?

12   A.   **Yes, sir.**

13   Q.   Because you have the training in crisis

14     intervention, what did you do to deescalate or

15     what did Alers do to deescalate.

16           MR. VIGLIOTTI: Objection.

17   A.   **Tried speaking to JT in a calm reasonable**

18     **voice. Alers tried to engage him in**

19     **conversation, redirect his anger, redirect his**

20     **attention towards what going on today. How can**

21     **we help you.**

22   Q.   So when you got there, did you go -- who

23     approached JT first?

24   A.   **I don't recall. It was very close where Alers**

35

1     went to the passenger side, and I went to the

2     driver's side, and the kid was still in the car.

3   Q.   Okay. Did you sit in the front driver's seat

4     or --

5   A.   **No, I stayed outside the car.**

6   Q.   And where did Alers stay in relation to this

7     child?

8           MS. QUINN: Objection.

9   A.   **He was outside of the car on the passenger side,**

10     **and the child was in the passenger seat.**

11   Q.   Back or front?

12   A.   **Front.**

13   Q.   Was the door open or closed?

14   A.   **The door was ajar. It wasn't wide open. It was**

15     **ajar.**

16   Q.   Okay. When you say ajar, how many inches open

17     would you say the door was?

18   A.   **He had one foot outside the door. Call that**

19     **three inches.**

20   Q.   Okay. And tell me everything you heard Officer

21     Alers say to JT?

22   A.   **What's going on, try and calm down, try and**

23     **relax.**

24   Q.   In the same tone of voice that you're using right

36

1     now?

2   A.   **Oh, yeah.**

3   Q.   And what were you saying right around that time

4     to JT, if anything?

5   A.   **I had a few things to say, like, calm down, try**

6     **to relax, but mostly Alers was trying to engage**

7     **the child.**

8   Q.   And for how long would you say he tried to engage

9     the child?

10   A.   **It was a good five minutes.**

11   Q.   And what's the child -- tell me everything the

12     child is doing during the five minutes?

13   A.   **Crying, screaming, punching.**

14   Q.   Okay.

15   A.   **Displaying no control, very angry.**

16   Q.   Okay. And there's a child in the back seat?

17   A.   **At some point, and I don't remember exactly when,**

18     **but the child in the back seat got out of the car**

19     **and was standing with the mother in front of the**

20     **car.**

21   Q.   How far was the mother from the front of the car?

22   A.   **Three feet.**

23   Q.   Okay. Did the mother reiterate -- did the mother

24     say -- did you hear her say anything to you or

**37**

| | |
|---|---|
| 1 | Officer Alers? |
| 2 A. | **She was very upset, crying and trying to get JT** |
| 3 | **to calm down, but she wasn't using the calm** |
| 4 | **and reassuring voice. She was almost** |
| 5 | **hysterical herself.** |
| 6 Q. | What was she saying and what was her tone of |
| 7 | voice? |
| 8 A. | **Calm down. Stop it JT. Blah, blah. She was upset.** |
| 9 | Is it your understanding that she was making |
| 10 Q. | things worse? |
| 11 | **Yes.** |
| 12 | Okay. Tell me everything the child did during |
| 13 Q. | those five minutes, I think five minutes, that |
| 14 | you described that you and Officer Alers tried to |
| 15 | engage him? |
| 16 | **He was screaming. He was growling. He was** |
| 17 A. | **swearing, and he was rambunctious. He was moving** |
| 18 | **inside the vehicle.  He wasn't sitting.  He was** |
| 19 | **moving around the car, throwing stuff.** |
| 20 | What type of stuff did he throw? |
| 21 Q. | **I think a bag of potato chips, maybe some other** |
| 22 A. | **trash that was laying around the car.** |
| 23 | What type of trash, like, a garbage bag? |
| 24 Q. | |

**38**

| | |
|---|---|
| 1 A. | **Like a soda bottle. You know, just stuff that** |
| 2 | **would be on the floor of the car.** |
| 3 Q. | So he was manipulating these things? |
| 4 A. | **Yes, sir.** |
| 5 Q. | And you said there was bag of potato chips. Did |
| 6 | he throw a bag of potato chips? |
| 7 A. | **Yes.** |
| 8 Q. | A large bag or a small bag? I wasn't there. |
| 9 | Just your best memory. |
| 10 A. | **A small bag, I think.** |
| 11 Q. | Where did he throw that bag? |
| 12 A. | **Toward Alers.** |
| 13 Q. | Did it hit Alers? |
| 14 A. | **I don't know.** |
| 15 Q. | Did it fall on the ground? |
| 16 A. | **I think so.** |
| 17 Q. | Got it. Did you or Officer Alers consider that |
| 18 | to be assaultive behavior? |
| 19 | MS. QUINN: Objection. |
| 20 Q. | What did you make of it? |
| 21 A. | **Just that the kid was out of control.** |
| 22 Q. | Got it. |
| 23 A. | **Make no mistake, Hector, we weren't threatened** |
| 24 | **physically by this kid's behavior and what he was** |

**39**

| | |
|---|---|
| 1 | **doing. We were scared for the kid, and we didn't** |
| 2 | **want him to escape the car and start running** |
| 3 | **around. We wanted him to calm down. We weren't** |
| 4 | **physically threatened by this kid.** |
| 5 Q. | I understand. |
| 6 A. | **Okay.** |
| 7 Q. | That's a fair point. I appreciate that. What, |
| 8 | if anything -- in your training, did the word |
| 9 | meltdown, you know, did you get any training on |
| 10 | kids with autism experiencing what they call |
| 11 | meltdowns? |
| 12 A. | **Yes.** |
| 13 Q. | What did you learn about these meltdowns that |
| 14 | autistic children go through? |
| 15 A. | **That there are varying levels of them. The** |
| 16 | **meltdown at the highest levels, the kid has** |
| 17 | **absolutely no control over what he's saying or** |
| 18 | **doing.** |
| 19 Q. | Would you say that whatever you saw that day was |
| 20 | at the highest level? |
| 21 A. | **Yes, I believe so.** |
| 22 Q. | And during the five minutes, did it change in any |
| 23 | level of intensity, did it lessen for a period of |
| 24 | time? |

**40**

| | |
|---|---|
| 1 A. | **It did not lessen. It seemed to intensify.** |
| 2 Q. | Who made -- did you have any training on how to |
| 3 | deal with these meltdowns that autistic children |
| 4 | or people in the autistic syndrome exhibit? |
| 5 | MS. QUINN: Objection. |
| 6 Q. | In the autistic spectrum exhibit? |
| 7 A. | **Yes.** |
| 8 Q. | What did your training teach you you should do? |
| 9 A. | **Give them appropriate space, don't --** |
| 10 Q. | I'm sorry to interrupt. How much space? |
| 11 A. | **It depends on what's appropriate. In a room like** |
| 12 | **this it would be more than in a car.** |
| 13 Q. | Okay. |
| 14 A. | **But give them appropriate space, try to lead them** |
| 15 | **in the direction of calming down.** |
| 16 Q. | Okay. I realize it's not always easy, and it's |
| 17 | not all textbook, what, if anything, did you |
| 18 | learn about touching individuals in the autistic |
| 19 | spectrum disorder? |
| 20 A. | **Quite often touching them would make things** |
| 21 | **worse.** |
| 22 Q. | When did you learn that touching them made things |
| 23 | worse? |
| 24 A. | **In a training.** |

41

1  Q.  Got it. What happened during those -- I think
2      you mentioned that the kid tried to get out of
3      the car; right?
4  A.  **Yes.**
5  Q.  And what happened during those five minutes that
6      the kid decided to step out of the car all of a
7      sudden?
8          MR. VIGLIOTTI: Objection.
9          MS. QUINN: Objection.
10 Q.  Did he give you any indication of what he was
11     doing or saying?
12         MR. VIGLIOTTI: Objection.
13         MS. QUINN: Objection.
14 A.  **He didn't give any indication that he was going**
15     **to get out of the car. He didn't give any**
16     **indication that he was in control of anything.**
17     **He was literally crying and screaming, and the**
18     **only indication we had he was getting out of the**
19     **car was when he threw the door open and tried to**
20     **jump out.**
21 Q.  Okay. Tell me how did he do that?
22 A.  **The door was already ajar. He pushed it and came**
23     **out, and Officer Alers was right there.**
24 Q.  Okay. So you just got up from the chair. So his

42

1      two feet came into the park area of Brite
2      Cleaners.
3  A.  **Say that again, please.**
4  Q.  He got out of the car?
5  A.  **Yes.**
6  Q.  Was he able to put both feet on the ground?
7  A.  **Yes, I believe so.**
8  Q.  And when you saw him trying to get out, were you
9      on the driver's side or had you --
10 A.  **I was on the driver's side still.**
11 Q.  And so when you saw that movement, did you
12     immediately pivot and come into the driver's --
13     into the passenger side area?
14 A.  **Yes.**
15 Q.  How long did it take you to do that?
16 A.  **Ten seconds.**
17 Q.  Okay. Did you run or did you walk?
18 A.  **I think there was a little gid-up in my step.**
19 Q.  All right. As the child was trying to open the
20     door, did Officer Alers block him so he wouldn't
21     get out?
22 A.  **Attempted to, yes.**
23 Q.  He attempted to block the door?
24 A.  **Yes.**

43

1  Q.  And did he say, He's trying to get out, Paul, or
2      anything like that?
3  A.  **Not that I recall.**
4  Q.  But being an experienced officer with more than
5      20-something years of experience, you went to
6      give him a hand because you didn't want the boy
7      to get out?
8          MR. VIGLIOTTI: Objection.
9          MS. QUINN: Objection.
10 A.  **The boy got out. He did not get away from**
11     **Officer Alers.**
12 Q.  Was he pulled out of the car, Paul?
13 A.  **No.**
14 Q.  Did Officer Alers have his hands on him?
15 A.  **No. Well, he did not have his hands on him in**
16     **the car. Kid got out of the car. Alers**
17     **restrained him.**
18 Q.  When did Alers put his hands on the boy?
19 A.  **When he was out of the car.**
20 Q.  Okay. Did he wait until the kid got out of the
21     car or as the child was trying to get out of the
22     car?
23         MS. QUINN: Objection.
24 A.  **I wouldn't say he waited. I would say the child**

44

1      **was trying to get out of the car and he reacted.**
2  Q.  Okay. Got it. I've never met Officer Alers.
3      How tall is Officer Alers, and how much would you
4      say he weighs?
5          MR. VIGLIOTTI: Objection. Time
6      frame?
7  Q.  In '17.
8  A.  **I'd say he's about 5'9", and I'd say he's about**
9      **180.**
10 Q.  What about you, Mr. McCarthy, you're 5'10"?
11 A.  **I'm 5'8".**
12 Q.  Okay. How much did you weigh then?
13 A.  **About 190.**
14 Q.  Okay. Got it. So as the child is coming out of
15     the car, that's when Officer Alers put his hands
16     on him?
17 A.  **Yes.**
18 Q.  What did you see him do to stop or restrain the
19     boy?
20 A.  **Wrap him up and put him on the ground.**
21 Q.  Wrap him up, is that what you said?
22 A.  **Yes.**
23 Q.  What does it mean to wrap up, when you --
24 A.  **Wrap his arms around him and put him on the**

45

1      ground.
2  Q.  From where, from behind, from the front?
3  A.  **From the front, I would think.**
4  Q.  And when you -- like, almost like a bear hug?
5  A.  **Almost like a bear hug, sure.**
6  Q.  Got it. And did he do a take down on the boy?
7  A.  **Yes.**
8  Q.  And was the child able to run or not?
9  A.  **Was not able to run.**
10 Q.  Was the child restrained right next to the front
11     passenger door?
12 A.  **Yes.**
13 Q.  And was he -- did you assist in the take down or
14     by the time you got there he had been taken down
15     to the ground?
16 A.  **He was on the ground when I got there.**
17 Q.  Got it. When you got there, where was the
18     child's head facing toward the street or facing
19     toward Brite Cleaners.
20 A.  **Towards Brite Cleaners.**
21 Q.  And how far was he from the doorjamb of the car?
22 A.  **A couple of feet.**
23 Q.  Okay. And how big would you say -- I mean, I
24     understand JT was ten years old, but he was a

46

1      big kid, yes?
2  A.  **Yes.**
3  Q.  How much did he weigh?
4  A.  **I believe it was over 200 pounds.**
5  Q.  How did you come to that opinion that he weighed
6      over 200 pounds?
7  A.  **My own assessment, I guess.**
8  Q.  Okay. When you came over, in what position was
9      the child, had he been prone or was he in a prone
10     position?
11 A.  **Attempting to get in a prone position. He was**
12     **still kicking and fighting and struggling.**
13 Q.  Can I get you some water?
14 A.  **Nope, I'm good. Thank you.**
15 Q.  Besides kicking, what's the child saying or
16     doing?
17 A.  **Screaming, Let go of me. Get off of me.**
18 Q.  Okay. Was he -- so the child was assaultive at
19     that point in time?
20 A.  **Yes.**
21 Q.  Level 3 or do you think more than Level 3?
22 A.  **I'd say Level 3.**
23 Q.  When you went to assist Alers, he pulled the
24     handcuffs, his handcuffs out?

47

1  A.  **No, I don't think so.**
2  Q.  Okay. How long would you say the struggle lasted
3      between the boy, you and Officer Alers until
4      handcuffs were placed on him?
5  A.  **A minute or two.**
6  Q.  It took that long?
7  A.  **Yes.**
8  Q.  Okay. Why did it take that long?
9  A.  **He was struggling. The mother was trying to**
10     **intervene.**
11 Q.  What was she trying to do or say?
12 A.  **Well, we were trying to restrain the kid. Mother**
13     **was coming over. There was another kid nearby.**
14     **And --**
15 Q.  Did you give her any instructions or commands to
16     step away or --
17 A.  **I don't think I told her to step away.**
18 Q.  Did Alers tell her to step away?
19 A.  **I believe he did.**
20 Q.  Did he let her know to allow him to do the job?
21 A.  **I believe he did.**
22 Q.  During the process of handcuffing, did the boy
23     complain of pains, did the boy say, My arm, my
24     arm?

48

1              MR. VIGLIOTTI:  Objection.
2  A.  **Yes.**
3  Q.  This was before he was fully handcuffed or after
4      he was handcuffed?
5  A.  **After he was handcuffed.**
6  Q.  Okay.
7  A.  **As you can imagine, Hector, of hundreds of people**
8      **I arrest, once the handcuffs go on, it's usually**
9      **followed by a complaint of, These are too tight.**
10     **It hurts.**
11 Q.  Okay.  I understand.
12 A.  **It's very common.**
13 Q.  But how often is it common that somebody gets
14     their handcuffs on and they break an elbow or an
15     arm?
16 A.  **That's not very common.**
17 Q.  Did Alers ask for your help in restraining in
18     boy?
19 A.  **No.**
20 Q.  Tell me what did you do once you got next to the
21     boy to assist Officer Alers?
22 A.  **I kneeled down on the ground and tried to control**
23     **the boy's body.**
24 Q.  So how did you do that, did you put both knees on

49

1   the ground or did you put one knee on his torso,
2   his legs, his neck, anywhere?
3   A.   **Both knees on the ground trying to hold his**
4   **shoulders down and get his hands behind his back.**
5   Q.   Which hand were you responsible or which hand was
6   closest to you?
7   A.   **I don't know. I don't recall.**
8   Q.   Okay. If his face -- were you to his right or to
9   his left?
10  A.   **Let's see. Kid's facing that way. Best of my**
11  **recollection is I came from the left side.**
12  Q.   So Alers would have been on the right side?
13              MR. VIGLIOTTI:  Objection.
14  Q.   Where was Alers, if you recall?
15  A.   **Next to the boy.**
16  Q.   Do you remember -- if you were on the left, he
17  would have been on the right side?
18              MR. VIGLIOTTI:  Objection.
19  Q.   Where do you recall him?
20  A.   **You got to understand we're struggling with this**
21  **kid. It's not like you get in a position. The**
22  **struggle takes you around. So I think I was on**
23  **one side, John was on the other.**
24  Q.   Got it. What did you see John do, you call him

50

1   John Alers, what did you see him do with the
2   boy's hands or his wrists?
3   A.   **Both of us struggle with the boy to get his hands**
4   **behind his back, and that's when we placed him in**
5   **handcuffs.**
6   Q.   Got it. Did you have to -- did you or Alers have
7   to use any type of wrist lock or pain compliance
8   so you could put him in handcuffs?
9   A.   **No. I think they were John's handcuffs, but I**
10  **think I actually applied one of the cuffs.**
11  Q.   So by the time you got there, did John have one
12  of his handcuffs on the child?
13  A.   **No.**
14  Q.   He was trying to apply one of his handcuffs on
15  the child?
16  A.   **No.**
17  Q.   Okay. These were John's handcuffs not yours?
18  A.   **Correct.**
19  Q.   Got it. Okay. So who managed -- did you manage
20  to put your handcuffs on his wrist at some point
21  in time?
22              MS. QUINN:  Objection.
23  A.   **No. My handcuffs didn't come out.**
24  Q.   Were you able to handcuff one of the child's

51

1   wrists?
2   A.   **I believe so.**
3   Q.   How long did it take you to do that?
4   A.   **Not very long. Under a minute, I would think.**
5   Q.   When is it that the child complained of pain on
6   his -- the child complained. Did he cry of pain?
7   A.   **Yes. He was crying saying his arm hurt.**
8   Q.   Did he give you a sense of which arm was
9   bothering him?
10  A.   **Yes.**
11  Q.   Which arm, if you recall?
12  A.   **I believe he said his right arm was hurting.**
13  Q.   Did you notice anything unusual about his arm?
14  A.   **I did not.**
15  Q.   Did you notice any deformity in his arm?
16  A.   **I did not.**
17  Q.   Any odd angulation of his elbow?
18  A.   **I did not. Around that time the ambulance had**
19  **arrived.**
20  Q.   What did you see the ambulance people do?
21  A.   **They got out of their ambulance with a gurney. I**
22  **don't recall the name, but I was very familiar**
23  **with the ambulance personnel.**
24  Q.   Do you remember their names today?

52

1   A.   **I don't remember their names.**
2   Q.   But they were first responders, and if you ever
3   responded to a call, you bump into them with
4   frequency?
5   A.   **Yes. So immediately as they're pulling up on the**
6   **scene with the gurney, I said, The kid's**
7   **complaining about his arm. He said, Okay, Paul.**
8   **Okay.**
9   Q.   You said you didn't prepare a report in this
10  case, right, initially after it happened?
11  A.   **Correct.**
12  Q.   Eventually were you asked to prepare a report?
13  A.   **Yes.**
14  Q.   And this is while you still working at the police
15  department?
16  A.   **Yes.**
17  Q.   Meaning an incident report or it was an IDC that
18  you gave to internal affairs?
19  A.   **I think it was the latter.**
20  Q.   If you can take a look the Exhibit No. 1 at Page
21  6, do you see where it says, 10, Section A? If
22  you could read to yourself that section. Were
23  you able to read it?
24  A.   **Yes.**

53

1  Q.  Now, you told us earlier that it was your
2      understanding, and I don't want to misstate what
3      you said, but it was your understanding that if
4      you were an assisting officer, you didn't have to
5      file an incident report?
6  A.  **Correct.**
7  Q.  Did you use force to place the handcuffs on
8      JT on September 25th of 2017? **Yes.**
9  A.  Okay. You see where it says here, Whenever a
10 Q.  sworn member of this department uses force in the
11     performance of his or her duties, whether that
12     involved an actual arrest or not, and that force
13     is at a Level 3 or higher, (see Section VIII, use
14     of force model), an incident report containing a
15     detailing of that force shall be entered into the
16     Police Server Records Management System, (RMS).
17     The pointing of any authorized tool, with the
18     purpose of compelling subject compliance
19     constitutes a "use of force" and as such, must be
20     reported. As with all reports entered into the
21     RMS system, the report shall be reviewed by a
22     police supervisor.
23        Do you see that?
24

54

1  A.  **I do.**
2  Q.  Who was your police supervisor on the day in
3      question?
4  A.  **I believe it was Sergeant Gerry O'Connor.**
5  Q.  Gerry?
6  A.  **Gerald O'Connor.**
7  Q.  Did Gerald O'Connor respond to the scene?
8  A.  **I don't think so.**
9  Q.  Did anybody -- were there other times in the
10     police department where you had to use force and
11     you were an assisting officer where you didn't
12     prepare a report, but you used force? In other
13     words, you were assisting and handcuffing a
14     person, but you're not the lead officer and you
15     used a certain level of force.
16 A.  **Yeah. So in this particular example, we looked**
17     **at it as restraining a kid out of control and not**
18     **a use of force. Had my supervisor said to me,**
19     **Paul, this is clearly a use of force. You must**
20     **prepare a report, that's absolutely what I would**
21     **have done.**
22 Q.  Right.
23 A.  **We looked at this incident as a kid out of**
24     **control, and we tried to keep him from causing a**

55

1      danger to himself or others.
2  Q.  Got it. Did Alers tell you that -- did he
3      suggest to you that you needed to file a report
4      or not?
5  A.  **He didn't suggest that to me, no, but it's common**
6      **understanding.**
7  Q.  Putting aside the arrest of an autistic -- I
8      understand your point of view that because -- is
9      it your position that because this was not an
10     arrest, you didn't have to prepare an incident
11     report detailing what force you used?
12        MS. QUINN: Objection.
13 A.  **Yes. I didn't think I had to do a report.**
14 Q.  Okay. Fair. Did anybody, I'm not talking
15     lawyers or anything like that, did anybody of
16     your superiors tell you, Paul, you have to
17     prepare a report here?
18 A.  **No, negative.**
19 Q.  Okay. Fair. Now, putting aside, you know, other
20     instances where you were assisting a lead officer
21     to restrain on autistic child, were there other
22     incidents where you were assisting other officers
23     arrest an actively resisting person where you
24     helped put handcuffs on and where you did not

56

1      prepared an incident report?
2         MS. QUINN: Objection.
3  Q.  Do you understand my question?
4  A.  **I do understand your question, and though I can't**
5      **recall a specific one, I'm sure that happened.**
6  Q.  Okay. Got it. Would you say that that happened
7      with a certain degree of frequency or not?
8         MR. VIGLIOTTI: Objection.
9  A.  **No. I would not say it happened with frequency.**
10 Q.  Okay. All I want to find out, if you have an
11     understanding of in 2017, if you were an
12     assisting officer, you were not the lead officer,
13     and you assisted with some level of force or
14     restraint, whether you understood that you had to
15     file reports or document your force?
16        MS. QUINN: Objection.
17 A.  **Yes, I understood that.**
18 Q.  But you said there were other instances where
19     you're sure it happened that you did not prepare
20     a report for other reasons?
21        MS. QUINN: Objection.
22 A.  **Yes.**
23 Q.  Okay.
24 A.  **Let me add that a supervisor would sometimes**

57

1    Q.   intervene and say that you need to do a report.
2    Q.   Okay.
3    A.   **And in this case, he didn't say that.**
4    Q.   Okay. Fair. Do you have a memory of having
5         spoken with your supervisor that day about this
6         incident?
7    A.   **No.**
8    Q.   Okay. Did you typically if you were involved
9         assisting another person restraining an adult or
10        child for any reason, whether an arrest or crisis
11        intervention call, was it your custom and
12        practice to share those incidents with your
13        supervisor?
14   A.   **Yes.**
15   Q.   Did Officer Alers work the same route as you did?
16   A.   **No.**
17   Q.   That day were you, like, a floater or was that
18        your route?
19   A.   **I was assigned to a route. Gates Lane was not on**
20        **my route.**
21   Q.   You came in as a backup?
22   A.   **Yes. I was sent there.**
23   Q.   Okay. Have you read the report that Officer
24        Alers prepared in this case?

58

1    A.   **Yes.**
2    Q.   Would you agree with me that in that report, he
3         didn't mention anything about the child being
4         injured?
5    A.   **I would not agree.**
6    Q.   Is it your recollection that he said the child
7         suffered some type of physical injury, did he
8         document the physical injury in the report?
9         MS. QUINN: Objection.
10   A.   **He stated that we put the kid into an ambulance.**
11        **I think that in itself indicates that --**
12        MR. PINEIRO: Let me mark in as No.
13        2.
14        (Exhibit No. 2, incident record,
15         marked for identification.)
16   Q.   Can you take a look at the narrative report that
17        Officer Alers prepared. Let me direct you to
18        this area here in the first paragraph of this
19        narrative report. Do you see where it says, I
20        asked him what was the matter and he began to
21        yell at me with profanities and tell me to go
22        away?
23   A.   **Yes.**
24   Q.   Did you witness that?

59

1    A.   **Yes.**
2    Q.   What was the child saying to Officer Alers?
3    A.   **Get the fuck away from me. None of your fucking**
4         **business.**
5    Q.   Okay. How many times did the boy ask him to stay
6         away from him or to walk away from him?
7         MR. VIGLIOTTI: Objection.
8    A.   **I don't know how many times.**
9    Q.   The last sentence here where he says, He then
10        started to pull on the wires of the rearview
11        mirror that was already ripped down from the
12        front windshield.
13   A.   **Yes.**
14   Q.   Do you see that?
15   A.   **Yes.**
16   Q.   Did you witness that, Mr. McCarthy?
17   A.   **Yes.**
18   Q.   And then he says, Due to his violent behavior and
19        his size, strength,(it should be noted that
20        although JT is ten years old, he weighed 220
21        pounds) I approached JT to restrain him, and
22        then he got out of the car and attempted to get
23        away from me in the direction of the street.
24        Yes?

60

1    A.   **I see that.**
2    Q.   Is that something that you witnessed?
3    A.   **Yes.**
4    Q.   So it was Officer Alers that -- it was Officer
5         Alers that decided to take the boy out of the
6         car?
7         MR. VIGLIOTTI: Objection.
8    A.   **I disagree. I believe the boy jumped out of the**
9         **car and that's when Alers restrained him. I**
10        **understand what the sentence says, but I don't**
11        **see it like that.**
12   Q.   Okay. This report doesn't say that the boy was
13        trying to get out of the car?
14        MS. QUINN: Objection.
15        MR. VIGLIOTTI: Objection.
16   A.   **And then he got out of the car and attempted to**
17        **get away from me. It says something like that.**
18   Q.   Okay. He writes here, Once he was on the ground,
19        he continued to struggle and try to free himself.
20        Do you see that?
21   A.   **Yes.**
22   Q.   And you witnessed that?
23   A.   **Yes.**
24   Q.   Officer McCarthy assisted restraining him, and I

**61**

1    then placed him in handcuffs for his safety and
2    ours until he calmed down.
3          Did I read that correctly?
4  A.  Yes.
5  Q.  Once he calmed down, the handcuffs were removed.
6          Do you see that?
7  A.  Yes.
8  Q.  Once paramedics arrive on scene and placed him on
9    a stretcher.
10          Did I read that properly?
11  A.  Yes.
12  Q.  I then informed the paramedics that I would be
13    filing Section 12 paperwork and would follow him
14    to the hospital.  Upon arrival at UMass Hospital
15    on Lake Avenue, I filled out Section 12 paperwork
16    and advised the medical staff of the situation, a
17    copy of the paperwork is attached to this report.
18          Yes?
19  A.  Yes, I see that.
20  Q.  And the supervisor is Gerald O'Connor?
21  A.  Yes.
22  Q.  Was that the same supervisor that you had?
23  A.  Yes.
24  Q.  So you would have explained to him everything

**62**

1    that happened between him, you and JT?
2          MS. QUINN:  Objection.
3          MR. VIGLIOTTI: Objection.
4  Q.  Do you know if you explained everything that
5    happened to the boy and why the boy went to the
6    hospital?
7          MS. QUINN:  Objection.
8          MR. VIGLIOTTI: Objection.
9  A.  **I don't know, but it's common practice you speak**
10    **to the sergeant about what went on during the**
11    **day.**
12  Q.  And that's why the sergeant would sign the report
13    in case it needed to be corrected or added
14    something else?
15          MS. QUINN:  Objection.
16          MR. VIGLIOTTI: Objection.
17  A.  **I think it's standard procedure that a sergeant**
18    **reviews every report.**
19  Q.  Now, this report doesn't say which wrist he
20    control or which wrist you control, whether it
21    was the left or the right, this report that he
22    wrote?
23  A.  **No.**
24  Q.  And this report says that the child was being --

**63**

1    you know what a Section 12 is; right?
2  A.  **Yes, sir.**
3  Q.  A Section 12 a mental health evaluation?
4  A.  **Yes, sir.**
5  Q.  Do you see anything that he talked about the
6    injury or any injury or complaints that the child
7    expressed after the arrest?
8          MS. QUINN: Objection.
9  A.  **I do not.**
10  Q.  Did you ever ask him why he didn't put any
11    information about the child having problems with
12    his right arm or shoulder?
13          MS. QUINN: Objection.
14  A.  **No.**
15          MR. PINEIRO: Mark this one as the
16    next exhibit.
17          (Exhibit No. 3, medical records,
18          marked for identification.)
19  Q.  Have you ever seen this document, Mr. McCarthy?
20  A.  **No.**
21  Q.  If you go to Page 3 of 4, I think it is, in the
22    bottom does Ronald Gigliotti -- do you remember
23    who Ronald Gigliotti was?
24  A.  **No.**

**64**

1  Q.  He was a paramedic?
2  A.  **Oh, yeah, okay.**
3  Q.  Do you associate the name with a face?
4  A.  **I do now, yeah.**
5  Q.  What about Lisa Horowitz, was she a regular EMT
6    that you saw from Worcester EMS?
7  A.  **Yes. There are dozens of them, if not hundreds,**
8    **and I knew many of these people. Not closely,**
9    **but in crisis on calls.**
10  Q.  Okay. Got it. If you look at Page 3 of 4, you
11    see the narrative kind of like in the middle of
12    the page. Do you see that?
13  A.  **Yes.**
14  Q.  Do you see where it says, When WPD arrived,
15    patient again became violent and acting out.
16          Do you see that?
17  A.  **Yes.**
18  Q.  Worcester PD forced to place patient on ground.
19          Do you see that?
20  A.  **Yes.**
21  Q.  And afterwards it says, During scuffle patient
22    began to CO, to complain, of pain to right
23    humeral area. No other trauma reported.
24          Do you see that?

65

1   A.   Yes.
2   Q.   And if you go further down, you see where it
3        says, Patient rolled from the front position to
4        seated?
5   A.   No, I'm lost now.
6   Q.   Third line towards the end. Actually, in the
7        middle it says, Patient screaming, inconsolable,
8        nearing hysterics.
9             Do you see that?
10  A.   Yes.
11  Q.   Then it says, Patient rolled from prone position
12       to seated.
13            Do you see that?
14  A.   Yes.
15  Q.   By the time the paramedics arrived, when they
16       arrived, was the child still on the ground prone
17       or was he in a different position?
18  A.   I believe he was prone.
19  Q.   Okay. And was anybody putting any weight on him
20       at that point in time or not?
21            MS. QUINN:  Objection.
22  Q.   How was he being restrained if he was prone on
23       the ground?
24  A.   Hands.

66

1   Q.   So did anybody have any of their -- did you or
2        Alers have any of your legs on the back of his
3        legs or his back or anything like that?
4   A.   Not that I recall.
5   Q.   Okay. And where is it that you have your hands
6        on him so that he wouldn't run away?
7   A.   On his shoulders.
8   Q.   Did you have both hands on his shoulders?
9   A.   I believe so.
10  Q.   So by the time that the paramedics arrived, did
11       the child calm down or was he still
12       incontrollable?
13  A.   He was still super agitated. The focus of his
14       anger became that his arm hurt and understand
15       that the paramedics arrived very quickly.  And
16       it's my belief that getting into the ambulance
17       and away from the cops contributed to calming the
18       kid down, so that we were able to remove the
19       handcuffs.
20  Q.   So was he -- do you remember you and Alers
21       bringing the boy up to -- from being prone to
22       standing up?
23            MS. QUINN:  Objection.
24  A.   No. I remember getting him into the gurney.

67

1   Q.   Okay. Got it. And that's when you put him on
2        the gurney, you removed the handcuffs?
3   A.   I don't know if it was outside or inside the
4        ambulance. I don't recall, but it was before the
5        ambulance left.
6   Q.   Okay. Was he laying in a supine position on the
7        stretcher?
8   A.   Yes. But they can put it up. So once we got the
9        handcuffs off, he was sitting.
10  Q.   And good to go in the ambulance?
11  A.   Say again.
12  Q.   So you removed the handcuffs once he was on the
13       gurney or before he got on the gurney?
14  A.   No. He was in the gurney when the cuffs came
15       off.
16  Q.   Got it. Okay. And do you know if the boy had
17       any injuries to his -- any cuts or bruising in
18       his chin or his knees or his elbows?
19  A.   I do not know.
20  Q.   Got it. Do you see here, third sentence, the
21       last line, no other injuries found. Do you see
22       that?
23  A.   Yes.
24  Q.   And the next sentence there's a capital R/arm.

68

1        Do you see that?
2   A.   Yup.
3   Q.   Right arm with slight deformity to proximal
4        humeral area. Do you see that?
5   A.   Yes.
6   Q.   Do you remember what this boy was wearing, was he
7        wearing a long sleeve shirt, I realize this is
8        September 25th, or was he wearing a short sleeve
9        shirt.
10  A.   I don't recall.
11  Q.   But you don't have any memory of seeing any
12       deformity in the area of the right elbow, nothing
13       that looked abnormal to you?
14  A.   No, I don't.
15  Q.   Got it. When did you learn that the boy had a --
16       he had a fracture in the humeral bone? When, if
17       any, did you learn that?
18  A.   Several days later.
19  Q.   Who did you learn that from, from Alers?
20  A.   From my wife.
21  Q.   Okay. Were you married then in 2017?
22  A.   I don't believe I was.
23  Q.   What did she say to you?
24  A.   I'm not a social media guy at all, but Lindsey

69

1      had posted something on Facebook.
2  Q.  Did you see what she posted?
3  A.  Excuse me.
4  Q.  Did you see what she posted?
5  A.  No, I don't look at that stuff. My wife did and
6      reported to me that she had written that the cops
7      beat the shit of her kid and broke his arm.
8  Q.  Okay. So it's the first time that you knew that
9      -- did she say anything about the fracture in the
10     Facebook post?
11 A.  I don't know.
12 Q.  You were told. You never saw the post?
13 A.  Cops beat the shit out of him and broke his arm,
14     and dozens of people responded to it. Of course,
15     that's what they did. The cops are out of
16     control.
17 Q.  Anything else that you recall you were told about
18     that Facebook post?
19 A.  No. Just that that's why I don't do social media
20     at all. You know, I don't -- I don't answer to
21     these people about after the fact.
22 Q.  Understood. Did you learn from Alers -- so Alers
23     transported him to the hospital, yes?
24         MR. VIGLIOTTI:  Objection.

70

1  A.  The ambulance transported him.
2  Q.  But he filed a Section 12 when he got to the
3      hospital?
4  A.  Yes. Alers follow the ambulance in his cruiser.
5  Q.  And he filled out Section 12 papers so the child
6      could be evaluated at UMass?
7  A.  Yes.
8  Q.  Have you ever transported somebody to UMass for a
9      Section 12?
10         MS. QUINN:  Objection.
11 Q.  Did you ever follow somebody that has to go to
12     the hospital for a Section 12?
13 A.  Yes.
14 Q.  And did you ever have a conversation with Alers
15     where Officer Alers told you about the injury
16     that this boy sustained in his right shoulder --
17     in his right elbow? I'm sorry.
18 A.  Did I ever have a conversation with Alers?
19 A.  Yes.
20 A.  I'm sure that I did.
21 Q.  About the boy's injury?
22 A.  Yes.
23 Q.  When did you have a chat with him about it?
24 A.  We would see each other every day before work in

71

1      roll call. It would be at that time.
2  Q.  So you work the same shift?
3  A.  Yes, sir.
4  Q.  Were you classmates in the academy or was he
5      younger than you?
6  A.  Younger than me. As is everyone, Hector.
7          MR. SCOTT: Except me.
8          MR. PINEIRO: He's the oldest here.
9      He's already on Medicare and Social Security.
10 Q.  What did he tell you about the injury? Did he
11     say anything to you about the boy's injury?
12 A.  No. We talked about, Gee, the kid's arm was
13     broken and he spent overnight in the hospital.
14 Q.  He told you that or you said that to him?
15 A.  I don't recall who said what.
16 Q.  Did he tell you that he was aware that the child
17     had broken his arm?
18 A.  He told me that he knew about it.
19 Q.  Okay.
20 A.  You know, and not immediately either.
21 Q.  Meaning it took him some days to find that out?
22 A.  When he left the hospital, he didn't know the kid
23     had a broken arm.
24 Q.  Even though he followed the ambulance?

72

1  A.  Correct.
2  Q.  Even though he gave the paperwork to the doctors
3      at the hospital?
4          MR. VIGLIOTTI: Objection.
5          MS. QUINN: Objection.
6  A.  Correct.
7  Q.  Paul, have you been, I ask this respectfully,
8      have you had any other complaints against you by
9      people that claim that you were too rough or used
10     too much force?
11 A.  Yes.
12 Q.  How many times would you say that happened?
13 A.  Not much.
14 Q.  Okay. More than five times or --
15 A.  Less than five.
16 Q.  Got it. Do you recall any of the individuals
17     that complained against you?
18 A.  Say that again, please.
19 Q.  Do you remember any of the individuals that
20     complained that you were too rough on them or --
21 A.  Yes.
22 Q.  Who were the individuals?
23 A.  There was a girl one time in a three decker.
24 Q.  What did she claim?

73

1   A.   Her boyfriend was getting arrested. She was
2        filming it.
3   Q.   She was what, filming it?
4   A.   Filming it on her phone. A sergeant told me to
5        get the phone, and I didn't ask for the phone. I
6        snatched it.
7   Q.   You grabbed it?
8   A.   Yup.
9   Q.   You think she would have given you the phone if
10       you had asked or not?
11           MR. VIGLIOTTI: Objection.
12           MS. QUINN: Objection.
13  A.   I don't know. I don't think she would have given
14       me the phone, no.
15  Q.   Is that why you took it from her without asking?
16           MR. VIGLIOTTI: Objection.
17  Q.   Yes or no?
18  A.   I took it from her without asking because my
19       sergeant told me to get the phone.
20  Q.   Who was your sergeant at the time?
21  A.   I think that was Matt D'Andrea.
22  Q.   Why did Matt D'Andrea tell you that you needed
23       the phone?
24  A.   She had filmed the boyfriend being arrested, and

74

1        it was evidence of a crime.
2   Q.   What did you do with the phone, did you hand it
3        to Matt D'Andrea?
4   A.   It ended up in the detective bureau. I don't
5        know who gave it to them.
6   Q.   Did you keep custody of the phone until -- did
7        you bring the phone back to the detective bureau
8        or did you give it to D'Andrea?
9   A.   I don't recall.
10  Q.   Got it.
11  A.   But before the end of the shift --
12  Q.   It was turned over?
13  A.   Yeah, I didn't have it.
14  Q.   Did D'Andrea take a look at the video before he
15       turned it over to the detective bureau?
16  A.   I don't know.
17  Q.   What was that girl's name, Melissa McCarthy?
18  A.   I don't now.
19  Q.   What was the boyfriend's name?
20  A.   I don't know.
21           MR. PINEIRO: I want to make an extra
22       copy of this.
23           (Short recess.)
24           (Exhibit No. 4, Worcester Police

75

1        Department, citizens complaint, marked
2        for identification.)
3   Q.   Do you see this document, the next document that
4        we marked, Mr. McCarthy?
5   A.   Yes.
6   Q.   Do you see towards the end, last page, 730
7        there's two names here Alberto Rodriguez and
8        Melissa McCarthy.
9   A.   What page?
10           MR. VIGLIOTTI: City document
11       response 730.
12  Q.   Do you see where it says, Chief's review and
13       there's a signature from former Chief of Police
14       Gemme, December 3, 2013?
15  A.   Yes, I see that.
16  Q.   And it says that you were exonerated. I guess
17       they complained that Officer McCarthy used more
18       physical force than which was reasonably
19       necessary to seize Melissa McCarthy's cellular
20       phone. Do you see that?
21           MR. VIGLIOTTI: I would note that for
22       the record we inadvertently did not redact those
23       names on that page, and that it could be subject
24       to claw back because we do believe that a

76

1        complainant has a privacy interest in --
2            MR. PINEIRO: I'm sorry. You say
3        what?
4            MS. QUINN: I would say that this is
5        subject to a claw back request and we would --
6            MR. PINEIRO: What's claw back
7        request, I'm sorry?
8            MS. QUINN: Because these were
9        inadvertently not redacted, we ask that you
10       return this report and we redact that, and then
11       produce it to you with the redaction that should
12       be have been made.
13           MR. PINEIRO: I'm not going to say
14       yes or nay, but --
15  Q.   The complainant here, do you know who this person
16       is, Melissa McCarthy?
17  A.   No.
18  Q.   She states here, Officer M. D'Andrea punched my
19       husband in the face for bringing down a pair of
20       socks when one of the officers asked my husband
21       to bring it down. Also, they did not read my
22       husband's Miranda rights. I had recorded the
23       incident when my husband was being assaulted for
24       bringing down the socks. The officer pushed my

77

1   husband against the wall and punched him in the
2   face with handcuffs, and I recorded it and the
3   officer came in my house and twisted my wrist and
4   snatched my phone out of my hand.
5        Do you see that?
6   A.  Yes.
7   Q.  When you came -- was he outside or was he inside
8   of her apartment when you came looking for the
9   phone?
10  A.  Outside.
11  Q.  Okay. Got it. Did you use any force to take the
12  phone away or did she try to prevent you from
13  taking the phone?
14  A.  I did not use any force.
15  Q.  You just grabbed the phone?
16  A.  That's it.
17  Q.  Did she try to she resist you, did she move away?
18  A.  Yeah. She came after me screaming.
19  Q.  Did she push you or anything like that?
20  A.  No.
21  Q.  Yes or no?
22  A.  No.
23  Q.  Did you have to prepare a report to document what
24  happened or not?

78

1   A.  No.
2        MS. QUINN: For the record, any
3   mention of those names is subject to a
4   confidentiality and privacy restriction. So I'd
5   ask that you not make any of that public.
6        MR. PINEIRO: I haven't signed any
7   confidentiality or protective order.
8        MS. QUINN: Well, I'm saying that we
9   maintain that it should be confidential and
10  private.   So I caution you to not publicly
11  release that.
12       MR. PINEIRO: Caution me what, are
13  you giving me legal advice or something?
14       MS. QUINN: No. I said we maintain
15  the confidentiality and the privacy of that name.
16  And to the extent that you mention it in the
17  deposition, that portion of the deposition is
18  subject to confidentiality.
19       MR. PINEIRO: No, it's not, but
20  that's okay. You made your point clear.
21       Can we mark the next exhibit.
22       (Exhibit No. 5, interrogatories,
23       marked for identification.)
24  Q.  Mr. McCarthy, do you recognize this document?

79

1   A.  Yup.
2   Q.  Does this document have your signature?
3        MR. VIGLIOTTI: It's two documents.
4   Can you we clarify which one we're talking about.
5        MR. PINEIRO: It's the one with
6   Mr. McCarthy's signature.
7   A.  Page 3.
8   Q.  Page 3. Thank you. Are these, sir, your answers
9   to interrogatories, Mr. McCarthy?
10  A.  Say that again.
11  Q.  Are these, sir, your answers to
12  interrogatories?
13       MS. QUINN: Objection.
14  A.  Yes.
15  Q.  Do you see where it says, Defendant McCarthy's
16  Answers to Plaintiff's First Set of
17  Interrogatories?
18  A.  Yes.
19  Q.  On Page 3 it contains your signature?
20  A.  Yes.
21  Q.  And to the best of your knowledge was the
22  responses that you gave in these answers truthful
23  and accurate?
24  A.  Yes.

80

1   Q.  Was there anything that you need to expand or
2   clarify regarding these answers?
3   A.  No, I don't believe so.
4   Q.  Okay. Let me go to Page 2 of your answers.
5        MS. QUINN: It looks like it's
6   actually Page 7 of Exhibit 5.
7   Q.  Do you see Page 2? Do you see Page 2?
8   A.  Yes, I am on Page 2.
9   Q.  Got it. So Page 2, do you see kind of like this
10  first paragraph up, JT then jumped out of the
11  vehicle on his own.
12       Do you see that?
13  A.  Yes.
14  Q.  Attempting to get around the open door and
15  Officer Alers. At which time Officer Alers
16  tackled him to the ground for JT's safety, using
17  JT's forward momentum.
18       Do you see that?
19  A.  Yes.
20  Q.  Okay. Did you tell us earlier Officer Alers went
21  to restrain him before the child tried to get out
22  of the car?
23  A.  I didn't tell you that, no.
24  Q.  Okay. The next sentence says, JT was at risk of

81

1  running into the busy morning traffic on Main
2  Street in Worcester.  Yes?
3  **A.  Yes, I see it.**
4  Q.  And once JT was on the ground, Officer Alers was
5  able to place JT's left hand in a handcuff. Yes?
6  **A.  Yes.**
7  Q.  But was unable to secure his right arm because he
8  continued to struggle and resist.
9  Is that your answer?
10  **A.  Yes.**
11  Q.  Given the strength and size of JT who weighed
12  approximately 225 pounds, Officer Alers requested
13  that I assist in securing JT's right arm. Which
14  I did, bringing it inwards towards JT's lower
15  back so the cuff would be secured.
16  Do you see that?
17  **A.  Yes.**
18  Q.  Tell me exactly what you did to assist by
19  securing his right arm. How did you bring it
20  inward towards JT's lower back?
21  **A.  He was face down on the ground.**
22  Q.  Yes.
23  **A.  His arm was already at his side.**
24  Q.  His right arm?

82

1  **A.  Both arms actually.**
2  Q.  Okay.
3  **A.  And I brought it towards the middle of his back,**
4  **and finished putting the cuff on.**
5  Q.  Got it. Did you have to raise -- how did you
6  raise the right arm inwards, what do you mean by
7  that, did you have to twist it in some fashion so
8  you could put the handcuff on?
9  **A.  No. There was no twisting of the arm. It was**
10  **next to his body, but he wouldn't put it in the**
11  **center of his back, and I pushed it into the**
12  **center of his back.**
13  Q.  And when you pushed it into the center of his
14  back, where were your hands on his arm?
15  **A.  I don't recall.**
16  Q.  Okay. After JT was restrained and calm, he
17  complained of right arm pain. At which time the
18  handcuffs were removed.  Yes?
19  **A.  Yes.**
20  Q.  Although I did not see any injury, due to JT's
21  complaints, I informed paramedics on arrival that
22  he might be injured, and then assisted in placing
23  JT in the ambulance.
24  Is that your answer?

83

1  **A.  Yes.**
2  Q.  Is there anything else that you think needs to be
3  corrected or supplemented in response to answer
4  to Interrogatory No. 3?
5  **A.  No.**
6  Q.  Were you ever subject to a last chance agreement,
7  Mr. McCarthy?
8  **A.  I think I might have been.**
9  Q.  And what was that for?
10  **A.  I honestly don't recall.**
11  Q.  Did it have anything to do with use of force?
12  **A.  No, I don't believe so.**
13  Q.  Did you retire from the department?
14  **A.  I did.**
15  Q.  Okay. Before your retirement were you being
16  investigated for anything, Mr. McCarthy?
17  **A.  Yes.**
18  Q.  What were you being investigated for?
19  **A.  A person alleged I stole money from his wallet.**
20  Q.  And did you talk to internal affairs about that?
21  **A.  I did not.**
22  Q.  Did they start an investigation regarding that
23  matter?
24  **A.  They did.**

84

1  Q.  Did you talk to your union rep?
2  **A.  I did.**
3  Q.  Did they want to take a sworn statement from you
4  or a recorded statement?
5  **A.  I'm not sure what they wanted.**
6  Q.  Got you. You did not participate at all in the
7  investigation?
8  **A.  No.**
9  Q.  Okay. Did anybody in the department say to you
10  that unless you resign they would start some type
11  of disciplinary process?
12  MR. VIGLIOTTI:  Objection.
13  **A.  No.**
14  Q.  Okay. Was it a clerk magistrate hearing on that
15  matter, Mr. McCarthy?
16  **A.  There was.**
17  Q.  Did you go represented with counsel?
18  **A.  Yes.**
19  Q.  Who was your counsel at the time?
20  **A.  Garabedian, maybe.**
21  Q.  Which Garabedian, Teddy or Hoover?
22  **A.  Nope. It wasn't Garabedian. It was -- I don't**
23  **remember my lawyer's name.**
24  Q.  Did you testify at that hearing?

85

1  A.  I did.

2  Q.  The criminal complaint was not issued?

3  A.  Correct.

4  Q.  Did you have to pay any type of restitution?

5  A.  Yes.

6  Q.  Was any of this caught on camera?

7       MS. QUINN: Objection.

8  Q.  What they accused you of doing, was any of that

9       caught on camera?

10      MS. QUINN:  Objection.

11 Q.  Any surveillance camera from the place where it

12      happened?

13      MS. QUINN:  Objection.

14 A.  I don't know. I imagine.

15 Q.  Was that the first time this had happened, an

16      accusation of this kind?

17 A.  Yes.

18 Q.  Okay. How many other complaints -- any complaint

19      that was ever sustained against you during your

20      entire period as a police officer?

21 A.  I don't recall.

22 Q.  Okay.

23      MR. PINEIRO: I'm going to talk to

24      Robin for a second. I think I'm almost done. I

86

1       may have one more exhibit to mark.

2       (Short recess.)

3       MR. PINEIRO: This is going to be the

4       last exhibit.

5       (Exhibit No. 6, EMS report,

6       marked for identification.)

7  Q.  Do you recognize this exhibit, Mr. McCarthy?

8  A.  No.

9  Q.  Okay. When Lindsey filed a complaint with the

10      police department, were you are notified of the

11      outcome of this investigation?

12      MS. QUINN: Objection. You mean when

13      the investigation was complete obviously?

14 Q.  When the investigation was complete, did you

15      learn what the outcome of the investigation was,

16      were you exonerated?

17 A.  Yes, I believe so.

18 Q.  Were you disciplined in any way, shape or form as

19      a result of what she claimed happened?

20 A.  No, I don't think so.

21 Q.  Can you turn to Page 26 of this document. Do you

22      recognize the paperwork at Page 26 and 27?

23 A.  Yes.

24 Q.  How do you recognize it?

87

1  A.  When you had asked me if I had any conversation

2       with them before, this is the document that I'm

3       talking about.   They asked me questions, and I

4       had to respond to them.

5  Q.  This is the IDC?

6  A.  I believe so.

7  Q.  Okay. Good. Do you see Question No. 4 at Page

8       27?

9  A.  Yes.

10 Q.  Did JT have any physical injuries to his body or

11      did his mother, Lindsey, say that he was hurt

12      after you brought him under control and put

13      handcuffs on him?

14      Can you read the answer that you gave

15      to the Bureau of Professional Standards?

16 A.  Beshai said to me that JT's arm didn't look right.

17      JT also said his arm hurt. Before

18      the ambulance arrived, we removed the handcuffs.

19      I did not see any injuries.

20 Q.  Once she said to you that his arm didn't look

21      right, did you see anything unusual about the way

22      his arm looked?

23 A.  I did not.

24 Q.  Could you go a little bit further up to -- the

88

1       documents are mixed, but there's a City Document

2       Response 57. The document that looks like this.

3  A.  Yeah, I'm there.

4  Q.  You can review Page 57 and 58 and 59. Would that

5       be the same version of the document that we

6       looked at with the exception this document is

7       signed by you and your supervisor?

8  A.  I think so, yes.

9       MR. PINEIRO: I have no further

10      questions. Thank you so much.

11      (Whereupon the deposition

12      was concluded.)

91

ERRAT A SHEET .

In accordance with the rules of procedure governing depositions, you are entitled to read and correct your deposition. Accordingly, please carefully read your deposition and, on this errata sheet, make any changes or corrections in form or substance to your deposition that you feel should be made.  PLEASE DO NOT MARK THE TRANSCRIPT. After completing this procedure, sign at the conclusion of such changes/corrections (if any) and return it in accordance with your instructions.

PAGE LINE

```
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
____ ____    CHANGE:_____
          REASON:_____
```

DATE: _____

_____
PAUL MCCARTHY

Commonwealth of Massachusetts
Bristol, ss.

I, Melissa R. McKenzie, Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 19th day of January, 2022, PAUL MCCARTHY, who was satisfactorily identified and duly sworn by me; that the ensuing examination upon oath of the said deponent was reported stenographically by me and transcribed into typewriting under my direction and control; and that the written transcript is a true record of the questions asked and answers given at said deposition.

I FURTHER CERTIFY that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or financially interested in the outcome of the action.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my seal of office this 16th day of February, 2022 at Attleboro.

_____
Melissa R. McKenzie, CSR
Notary Public,
Commonwealth of Massachusetts
My Commission Expires: 5/4/23

90

Excerpt from Rule 30 (e):
Submission to Witness; Changes; Signing.

When the testimony is fully transcribed, the deposition shall be submitted to the witness for examination and shall be read to or by him/her, unless such examination and reading are waived by the witness and by the parties.  Any changes in form or substance which the witness desires to make shall be entered upon the deposition by the officer with a statement of the reasons given by the witness for making them. This procedure must be accomplished within 30 days of receipt of the  transcript.

*******************************************

I have read the foregoing, and it is a true transcript of the testimony given by me at the taking of the subject deposition.

_____
PAUL MCCARTHY

_____
DATE

CASE NAME: Beshai Torres v. City of Worcester  et al.
DATE TAKEN: January 19, 2022

## '

'16 [1] - 22:3
'17 [5] - 5:16, 14:22, 17:3, 24:8, 44:7
'18 [1] - 24:9

## 0

01608 [2] - 2:8, 2:12
01609 [1] - 2:16
01610 [1] - 2:3
01721 [1] - 1:23

## 1

1 [10] - 3:6, 9:3, 9:7, 10:4, 25:21, 25:22, 25:24, 26:7, 26:15, 52:20
10 [1] - 52:21
12 [13] - 18:7, 19:12, 20:14, 21:8, 24:3, 61:13, 61:15, 63:1, 63:3, 70:2, 70:5, 70:9, 70:12
1445F97 [1] - 1:15
15 [1] - 14:3
16th [1] - 91:15
18 [1] - 14:3
180 [1] - 44:9
19 [2] - 1:19, 90:24
190 [1] - 44:13
1981 [1] - 5:11
1994 [2] - 5:18, 8:20
19th [1] - 91:5

## 2

2 [12] - 3:7, 26:6, 26:7, 26:15, 27:14, 58:13, 58:14, 80:4, 80:7, 80:8, 80:9
20-something [1] - 43:5
200 [2] - 46:4, 46:6
2013 [1] - 75:14
2015 [1] - 26:1
2017 [8] - 5:16, 11:4, 14:14, 22:1, 22:3, 53:8, 56:11, 68:21
2022 [4] - 1:19, 90:24, 91:5, 91:15
21 [1] - 28:21
220 [1] - 59:20
225 [1] - 81:12
25 [1] - 3:6
25th [2] - 53:8, 68:8
26 [2] - 86:21, 86:22
27 [2] - 86:22, 87:8

## 3

3 [24] - 3:8, 25:10, 25:15, 26:12, 26:16, 27:3, 27:24, 28:23, 28:24, 29:24, 31:7, 33:8, 46:21, 46:22, 53:14, 63:17, 63:21, 64:10, 75:14, 79:7, 79:8, 79:19, 83:4
30 [3] - 4:5, 90:1, 90:7
301 [2] - 2:7, 2:12
31 [1] - 26:1

## 4

4 [10] - 2:16, 3:3, 3:9, 27:3, 27:23, 28:7, 63:21, 64:10, 74:24, 87:7
400 [4] - 3:6, 24:15, 24:21, 25:23
420-CV-401157SH [1] - 1:2

## 5

5 [4] - 3:10, 28:14, 78:22, 80:6
5'10 [1] - 44:10
5'8" [1] - 44:11
5'9 [1] - 44:8
5/4/23 [1] - 91:19
508 [5] - 1:23, 2:4, 2:8, 2:13, 2:17
57 [2] - 88:2, 88:4
58 [2] - 3:7, 88:4

59 [1] - 88:4

## 6

6 [3] - 3:11, 52:21, 86:5
63 [1] - 3:8
69 [1] - 1:22

## 7

7 [1] - 80:6
730 [2] - 75:6, 75:11
74 [1] - 3:9
753-4131 [1] - 1:23
754-7285 [1] - 2:17
770-0600 [1] - 2:4
78 [1] - 3:10
799-1161 [2] - 2:8, 2:13

## 8

807 [2] - 1:17, 2:3
86 [1] - 3:11

## 9

9/11 [2] - 10:6, 10:7
91 [1] - 3:13

## A

able [10] - 8:2, 8:5, 15:12, 42:6, 45:8, 45:9, 50:24, 52:23, 66:18, 81:5
abnormal [1] - 68:13
absolutely [2] - 39:17, 54:20
academy [3] - 5:21, 5:23, 71:4
academy's [1] - 6:2
accident [1] - 9:13
accommodations [2] - 6:7, 6:9
accomplished [1] - 90:7
accordance [3] - 27:23, 89:2, 89:7
Accordingly [1] - 89:3
accurate [1] - 79:23
accusation [1] - 85:16
accused [1] - 85:8
achieving [1] - 27:10
acquaintances [1] - 12:20
acting [1] - 64:15
ACTION [1] - 1:2
action [2] - 91:11, 91:13
actions [2] - 27:4, 28:9
active [1] - 29:24
actively [2] - 27:22, 55:23
actual [2] - 28:10, 53:13
add [1] - 56:24
added [1] - 62:13
adult [1] - 57:9
adults [1] - 17:1
advice [1] - 78:13
advised [1] - 61:16
affairs [4] - 23:17, 23:19, 52:18, 83:20
affixed [1] - 91:15
afterwards [1] - 64:21
age [1] - 15:11
AGENCY [1] - 1:22
agent [1] - 7:9

agitated [1] - 66:13
ago [1] - 7:18
agree [2] - 58:2, 58:5
agreed [2] - 4:2, 4:9
agreement [1] - 83:6
ahead [1] - 29:14
ajar [4] - 35:14, 35:15, 35:16, 41:22
AKERSON [1] - 2:15
al [1] - 90:23
Alberto [1] - 75:7
alcohol [1] - 8:4
Alers [57] - 2:18, 28:22, 29:5, 29:6, 31:5, 33:12, 33:23, 34:15, 34:18, 34:24, 35:6, 35:21, 36:6, 37:1, 37:15, 38:12, 38:13, 38:17, 41:23, 42:20, 43:11, 43:14, 43:16, 43:18, 44:2, 44:3, 44:15, 46:23, 47:3, 47:18, 48:17, 48:21, 49:12, 49:14, 50:1, 50:6, 55:2, 57:15, 57:24, 58:17, 59:2, 60:4, 60:5, 60:9, 66:2, 66:20, 68:19, 69:22, 70:14, 70:15, 70:18, 80:15, 80:20, 81:4, 81:12
alers [1] - 70:4
ALERS [1] - 1:7
alleged [1] - 83:19
allow [1] - 47:20
allowed [1] - 24:23
almost [4] - 37:4, 45:4, 45:5, 85:24
ambulance [16] - 18:11, 20:5, 51:18, 51:20, 51:21, 51:23, 58:10, 66:16, 67:4, 67:5, 67:10, 70:1, 70:4, 71:24, 82:23, 87:18
analyze [1] - 8:3
AND [1] - 1:8
Angels [1] - 5:7
anger [2] - 34:19, 66:14
angry [1] - 36:15
angulation [1] - 51:17
answer [5] - 69:20, 81:9, 82:24, 83:3, 87:14
answering [1] - 23:23
answers [6] - 79:8, 79:11, 79:22, 80:2, 80:4, 91:8
Answers [1] - 79:16

apartment [1] - 77:8
APPEARANCES [1] - 2:1
applicable [1] - 1:12
applications [1] - 13:1
applied [1] - 50:10
apply [1] - 50:14
appreciate [1] - 39:7
approached [3] - 9:22, 34:23, 59:21
appropriate [3] - 40:9, 40:11, 40:14
area [11] - 10:11, 10:12, 10:21, 10:23, 11:21, 42:1, 42:13, 58:18, 64:23, 68:4, 68:12
areas [3] - 6:1, 6:2, 6:3
arm [32] - 28:3, 47:23, 47:24, 48:15, 51:7, 51:8, 51:11, 51:12, 51:13, 51:15, 52:7, 63:12, 66:14, 68:3, 69:7, 69:13, 71:12, 71:17, 71:23, 81:7, 81:13, 81:19, 81:23, 81:24, 82:6, 82:9, 82:14, 82:17, 87:16, 87:17, 87:20, 87:22
arms [4] - 21:14, 29:2, 44:24, 82:1
arrest [12] - 9:24, 10:1, 22:1, 22:7, 22:8, 48:8, 53:13, 55:7, 55:10, 55:23, 57:10, 63:7
arrested [3] - 24:4, 73:1, 73:24
arrival [2] - 61:14, 82:21
arrive [1] - 61:8
arrived [7] - 51:19, 64:14, 65:15, 65:16, 66:10, 66:15, 87:18
ASHLAND [1] - 1:23
aside [2] - 55:7, 55:19
assaulted [1] - 76:23
assaultive [3] - 28:7, 38:18, 46:18
assessment [1] - 46:7
assigned [2] - 10:24, 57:19
assist [6] - 14:4, 45:13, 46:23, 48:21, 81:13, 81:18
ASSISTANT [2] - 2:6, 2:10
assisted [3] - 56:13, 60:24, 82:22
assisting [10] - 18:24,

19:1, 19:4, 53:4, 54:11, 54:13, 55:20, 55:22, 56:12, 57:9
**associate** [1] - 64:3
**assume** [1] - 6:18
**attached** [1] - 61:17
**attack** [1] - 28:11
**attempt** [1] - 28:9
**attempted** [4] - 42:22, 42:23, 59:22, 60:16
**attempting** [2] - 46:11, 80:14
**attention** [1] - 34:20
**Attleboro** [1] - 91:15
**ATTORNEY** [1] - 3:12
**attorney** [2] - 91:10, 91:12
**August** [1] - 26:1
**authorized** [1] - 53:18
**Autism** [1] - 21:22
**autism** [1] - 39:10
**Autistic** [1] - 14:24
**autistic** [25] - 16:6, 16:7, 16:11, 16:16, 16:20, 17:1, 17:5, 17:9, 17:15, 17:19, 18:2, 21:18, 22:3, 22:13, 30:16, 33:21, 33:24, 34:4, 39:14, 40:3, 40:4, 40:6, 40:18, 55:7, 55:21
**Avenue** [1] - 61:15
**avoid** [1] - 7:24
**award** [1] - 6:13
**awards** [2] - 6:7, 6:9
**aware** [3] - 16:6, 16:7, 71:16

## B

**backup** [1] - 57:21
**bad** [1] - 8:7
**bag** [8] - 37:22, 37:24, 38:5, 38:6, 38:8, 38:10, 38:11
**bar** [1] - 28:3
**barbecues** [1] - 12:18
**barely** [1] - 16:1
**based** [1] - 28:19
**BAY** [1] - 1:22
**bear** [2] - 45:4, 45:5
**beat** [2] - 69:7, 69:13
**became** [3] - 8:19, 64:15, 66:14
**began** [2] - 58:20, 64:22
**beginning** [1] - 32:4
**behalf** [1] - 1:11
**behavior** [4] - 33:10, 38:18, 38:24, 59:18

**behind** [3] - 45:2, 49:4, 50:4
**belief** [1] - 66:16
**bent** [1] - 28:4
**BESHAI** [1] - 1:4
**Beshai** [5] - 11:2, 13:18, 30:23, 87:16, 90:23
**best** [3] - 38:9, 49:10, 79:21
**better** [1] - 10:17
**between** [3] - 4:2, 47:3, 62:1
**big** [3] - 15:11, 45:23, 46:1
**bit** [3] - 21:1, 34:10, 87:24
**blah** [1] - 37:8
**bleeding** [1] - 21:12
**block** [2] - 42:20, 42:23
**bodily** [2] - 28:8, 28:15
**body** [3] - 48:23, 82:10, 87:10
**bone** [1] - 68:16
**born** [1] - 5:2
**bothering** [1] - 51:9
**bottle** [1] - 38:1
**bottom** [3] - 26:15, 28:7, 63:22
**box** [1] - 26:18
**boy** [32] - 14:24, 15:23, 16:12, 19:7, 19:13, 20:5, 21:5, 24:3, 24:4, 43:6, 43:10, 43:18, 44:19, 45:6, 47:3, 47:22, 47:23, 48:18, 48:21, 49:15, 50:3, 59:5, 60:5, 60:8, 60:12, 62:5, 66:21, 67:16, 68:6, 68:15, 70:16
**boy's** [4] - 48:23, 50:2, 70:21, 71:11
**boyfriend** [2] - 73:1, 73:24
**boyfriend's** [1] - 74:19
**Boylston** [1] - 7:7
**Boys** [3] - 5:7, 5:9, 5:12
**BRAEBURN** [1] - 1:22
**break** [2] - 29:20, 48:14
**bridge** [2] - 6:12, 14:1
**brief** [1] - 11:9
**bring** [6] - 22:15, 34:9, 34:10, 74:7, 76:21, 81:19
**bringing** [4] - 66:21,

76:19, 76:24, 81:14
**brings** [2] - 13:11, 15:20
**Bristol** [1] - 91:2
**Brite** [7] - 31:17, 31:19, 31:20, 31:21, 42:1, 45:19, 45:20
**broke** [2] - 69:7, 69:13
**broken** [4] - 29:16, 71:13, 71:17, 71:23
**brothers** [1] - 15:17
**brought** [3] - 20:6, 82:3, 87:12
**bruising** [1] - 67:17
**bucking** [1] - 25:3
**bump** [1] - 52:3
**bureau** [3] - 74:4, 74:7, 74:15
**Bureau** [1] - 74:1
**business** [1] - 59:4
**busy** [1] - 81:1
**buy** [2] - 9:8, 9:21
**BY** [2] - 3:12, 4:16

## C

**calm** [11] - 34:1, 34:8, 34:17, 35:22, 36:5, 37:3, 37:4, 37:8, 39:3, 66:11, 82:16
**calmed** [3] - 32:22, 61:2, 61:5
**calming** [2] - 40:15, 66:17
**camera** [3] - 85:6, 85:9, 85:11
**capacity** [1] - 14:11
**capital** [1] - 67:24
**car** [38] - 9:13, 29:4, 30:5, 31:16, 31:20, 32:16, 32:18, 35:2, 35:5, 35:9, 36:18, 36:20, 36:21, 37:20, 37:23, 38:2, 39:2, 40:12, 41:3, 41:6, 41:15, 41:19, 42:4, 43:12, 43:16, 43:19, 43:21, 43:22, 44:1, 44:15, 45:21, 59:22, 60:6, 60:9, 60:13, 60:16, 80:22
**care** [1] - 19:5
**career** [2] - 10:20, 10:22
**carefully** [1] - 89:3
**cars** [1] - 31:12
**case** [4] - 52:10, 57:3, 57:24, 62:13
**CASE** [1] - 90:23
**cases** [1] - 14:2

**caught** [2] - 85:6, 85:9
**causing** [1] - 54:24
**caution** [2] - 78:10, 78:12
**ceiling** [1] - 29:4
**cellular** [1] - 75:19
**center** [3] - 82:11, 82:12, 82:13
**certain** [4] - 13:5, 24:23, 54:15, 56:7
**CERTIFICATION** [1] - 3:13
**Certified** [1] - 1:14
**certify** [1] - 91:4
**CERTIFY** [1] - 91:10
**chair** [1] - 41:24
**chance** [1] - 83:6
**change** [1] - 39:22
**CHANGE** [12] - 89:9, 89:10, 89:11, 89:12, 89:13, 89:14, 89:15, 89:16, 89:17, 89:18, 89:19, 89:20
**changes** [2] - 89:4, 90:5
**Changes** [1] - 90:1
**changes/corrections** [1] - 89:6
**charged** [1] - 20:2
**chart** [1] - 27:23
**chat** [1] - 70:23
**checked** [1] - 20:7
**Chief** [2] - 5:19, 75:13
**Chief's** [1] - 75:12
**child** [62] - 15:9, 16:11, 17:5, 17:10, 17:15, 17:17, 17:21, 18:2, 18:18, 18:20, 19:20, 20:2, 20:6, 20:12, 20:16, 20:21, 21:1, 21:4, 21:10, 25:2, 28:21, 30:16, 32:17, 32:21, 32:24, 33:3, 33:21, 35:7, 35:10, 36:7, 36:9, 36:11, 36:12, 36:16, 36:18, 37:13, 42:19, 43:21, 43:24, 44:14, 45:8, 45:10, 46:9, 46:15, 46:18, 50:12, 50:15, 51:5, 51:6, 55:21, 57:10, 58:3, 58:6, 59:2, 62:24, 63:6, 63:11, 65:16, 66:11, 70:5, 71:16, 80:21
**child's** [2] - 45:18, 50:24
**children** [13] - 8:9, 8:12, 8:13, 16:16,

16:21, 17:19, 18:5, 21:18, 22:3, 34:1, 34:4, 39:14, 40:3
**chin** [1] - 67:18
**chips** [3] - 37:22, 38:5, 38:6
**circle** [1] - 12:6
**circumstance** [1] - 27:15
**circumstances** [2] - 17:4, 17:16
**Citizen** [1] - 3:9
**citizens** [1] - 75:1
**City** [8] - 2:7, 2:12, 10:11, 10:21, 11:17, 11:19, 88:1, 90:23
**city** [1] - 75:10
**CITY** [5] - 1:8, 2:6, 2:6, 2:10, 2:11
**CIVIL** [1] - 1:2
**Civil** [1] - 1:13
**claim** [2] - 72:9, 72:24
**claimed** [1] - 86:19
**clarify** [2] - 79:4, 80:2
**classmates** [1] - 71:4
**classroom** [1] - 23:3
**claw** [3] - 75:24, 76:5, 76:6
**Cleaners** [7] - 31:17, 31:19, 31:20, 31:21, 42:2, 45:19, 45:20
**clear** [1] - 78:20
**clearly** [2] - 31:8, 54:19
**clerk** [1] - 84:14
**close** [2] - 12:2, 34:24
**closed** [1] - 35:13
**closely** [1] - 64:8
**closer** [2] - 32:3, 32:6
**closest** [1] - 49:6
**CO** [1] - 64:22
**coming** [2] - 44:14, 47:13
**commands** [1] - 47:15
**Commission** [1] - 91:19
**common** [8] - 12:2, 12:21, 12:23, 48:12, 48:13, 48:16, 55:5, 62:9
**COMMONWEALTH** [1] - 1:1
**Commonwealth** [4] - 1:16, 91:1, 91:4, 91:19
**community** [2] - 9:9, 10:2
**compelling** [1] - 53:19
**complain** [2] - 47:23, 64:22

**complainant** [2] - 76:1, 76:15
**complained** [6] - 51:5, 51:6, 72:17, 72:20, 75:17, 82:17
**complaining** [1] - 52:7
**Complaint** [1] - 3:9
**complaint** [5] - 48:9, 75:1, 85:2, 85:18, 86:9
**complaints** [4] - 63:6, 72:8, 82:21, 85:18
**complete** [2] - 86:13, 86:14
**completed** [1] - 23:8
**completely** [1] - 29:18
**completing** [1] - 89:5
**compliance** [4] - 27:21, 28:10, 50:7, 53:19
**compliant** [2] - 26:8, 26:20
**concluded** [2] - 28:10, 88:12
**conclusion** [1] - 89:6
**confidential** [1] - 78:9
**confidentiality** [4] - 78:4, 78:7, 78:15, 78:18
**confronted** [1] - 27:16
**connection** [1] - 19:24
**consider** [1] - 38:17
**consist** [1] - 7:6
**constitutes** [1] - 53:20
**constitutional** [1] - 6:5
**contact** [5] - 15:10, 17:13, 24:12, 25:4, 25:12
**containing** [1] - 53:15
**contains** [1] - 79:19
**context** [1] - 14:18
**continued** [3] - 13:14, 60:19, 81:8
**contributed** [1] - 66:17
**control** [22] - 17:21, 17:22, 18:8, 19:14, 20:19, 25:7, 25:8, 30:17, 33:1, 33:10, 36:15, 38:21, 39:17, 41:16, 48:22, 54:17, 54:24, 62:20, 69:16, 87:12, 91:7
**controlling** [1] - 26:20
**conversation** [5] - 15:14, 34:19, 70:14, 70:18, 87:1
**cooperative** [1] - 26:20

**coordinate** [1] - 8:6
**cops** [6] - 9:10, 10:3, 66:17, 69:6, 69:13, 69:15
**copy** [2] - 61:17, 74:22
**correct** [10] - 11:1, 20:8, 24:2, 50:18, 52:11, 53:6, 72:1, 72:6, 85:3, 89:3
**corrected** [2] - 62:13, 83:3
**corrections** [1] - 89:4
**correctly** [1] - 61:3
**counsel** [4] - 4:2, 84:17, 84:19, 91:10
**couple** [1] - 45:22
**couponing** [2] - 11:11, 15:7
**coupons** [1] - 12:23
**course** [6] - 7:2, 7:16, 7:20, 12:4, 23:1, 69:14
**courses** [1] - 23:3, 23:8
**COURT** [1] - 1:2
**crime** [1] - 74:1
**crimes** [1] - 20:2
**criminal** [1] - 85:2
**crisis** [17] - 6:11, 6:22, 7:2, 7:15, 7:24, 8:3, 13:23, 14:2, 14:8, 17:20, 20:4, 21:23, 32:15, 34:7, 34:13, 57:10, 64:9
**CROSS** [1] - 3:2
**cruiser** [1] - 70:4
**cry** [1] - 51:6
**crying** [4] - 36:13, 37:2, 41:17, 51:7
**CSR** [1] - 91:18
**cuff** [2] - 81:15, 82:4
**cuffs** [2] - 51:10, 67:14
**custody** [1] - 74:6
**custom** [1] - 57:11
**cuts** [1] - 67:17

**D**

**D'Andrea** [6] - 73:21, 73:22, 74:3, 74:8, 74:14, 76:18
**damaged** [1] - 30:2
**danger** [3] - 17:21, 31:8, 55:1
**DATE** [3] - 89:22, 90:17, 90:24
**days** [4] - 4:5, 68:18, 71:21, 90:7
**deadly** [2] - 26:9,

28:16
**deal** [6] - 21:17, 22:2, 22:13, 33:24, 34:3, 40:3
**dealing** [1] - 13:23, 28:15
**dealt** [1] - 21:22
**death** [2] - 13:17, 28:16
**December** [1] - 75:14
**decided** [2] - 41:6, 60:5
**decker** [1] - 72:23
**deemed** [1] - 4:6
**deescalate** [2] - 34:14, 34:15
**deescalation** [1] - 34:11
**Defendant** [1] - 79:15
**Defendants** [3] - 1:8, 2:9, 2:14
**defensive** [1] - 24:17
**defiance** [1] - 27:7
**defines** [1] - 26:6
**definitions** [1] - 26:8
**deformity** [3] - 51:15, 68:3, 68:12
**degree** [2] - 13:5, 56:7
**department** [16] - 5:14, 6:4, 8:19, 21:17, 22:12, 22:16, 22:17, 24:8, 24:15, 26:1, 52:15, 53:11, 54:10, 83:13, 84:9, 86:10
**Department** [1] - 75:1
**DEPARTMENT** [3] - 1:2, 2:7, 2:11
**deponent** [2] - 4:3, 91:6
**DEPOSITION** [1] - 1:10
**deposition** [13] - 4:4, 4:6, 78:17, 88:11, 89:3, 89:3, 89:4, 90:3, 90:6, 90:12, 91:8, 91:11
**depositions** [1] - 89:2
**described** [2] - 29:8, 37:15
**DESCRIPTION** [1] - 3:5
**desires** [1] - 90:5
**detailing** [2] - 53:16, 55:11
**detective** [2] - 74:4, 74:7, 74:15
**difference** [1] - 8:17
**different** [8] - 7:23, 7:24, 8:17, 10:13,

16:3, 24:21, 26:7, 65:17
**DIRECT** [1] - 3:2
**direct** [2] - 4:15, 58:17
**directed** [1] - 27:9
**direction** [3] - 40:15, 59:23, 91:7
**disagree** [1] - 60:8
**disciplinary** [1] - 84:11
**disciplined** [1] - 86:18
**disorder** [1] - 40:19
**displaying** [1] - 36:15
**displays** [1] - 33:10
**distinct** [1] - 17:24
**DISTRICT** [1] - 1:2
**Division** [2] - 8:21, 10:8
**divisions** [1] - 8:18
**DO** [1] - 89:5
**doctors** [1] - 72:2
**document** [14] - 56:15, 58:8, 63:19, 75:3, 75:10, 77:23, 78:24, 79:2, 86:21, 87:2, 88:2, 88:5, 88:6
**Document** [1] - 88:1
**documents** [3] - 23:11, 79:3, 88:1
**done** [2] - 54:21, 85:24
**door** [12] - 29:6, 31:9, 35:13, 35:14, 35:17, 35:18, 41:19, 41:22, 42:20, 42:23, 45:11, 80:14
**doorjamb** [1] - 45:21
**down** [28] - 6:13, 21:9, 28:4, 29:5, 32:22, 34:1, 34:10, 35:22, 36:5, 37:3, 37:8, 39:3, 40:15, 45:6, 45:13, 45:14, 48:22, 49:4, 59:11, 61:2, 61:5, 65:2, 66:11, 66:18, 76:19, 76:21, 76:24, 81:21
**dozens** [2] - 64:7, 69:14
**drew** [1] - 19:21
**driver's** [5] - 35:2, 35:3, 42:9, 42:10, 42:12
**drop** [3] - 15:2, 15:4, 31:10
**dropping** [3] - 12:12, 12:14, 14:19
**drug** [1] - 9:11
**drugs** [7] - 8:4, 9:3,

9:7, 9:8, 9:21, 9:23, 10:1
**Due** [1] - 59:18
**due** [2] - 11:9, 82:20
**duly** [2] - 4:13, 91:5
**during** [10] - 7:20, 21:3, 36:12, 37:13, 39:22, 41:1, 41:5, 47:22, 62:10, 85:19
**During** [1] - 64:21
**duties** [1] - 53:12
**Dwayne** [1] - 18:17

**E**

**easy** [1] - 40:16
**eat** [1] - 12:18
**effort** [1] - 8:6
**eight** [2] - 31:11, 31:22
**either** [1] - 71:20
**elbow** [4] - 48:14, 51:17, 68:12, 70:17
**elbows** [1] - 67:18
**employed** [1] - 91:11
**employee** [1] - 91:12
**EMS** [3] - 3:8, 64:6, 86:5
**EMT** [1] - 64:5
**end** [6] - 8:2, 10:20, 10:22, 65:6, 74:11, 75:6
**ended** [2] - 10:6, 74:4
**energy** [2] - 27:6, 27:10
**enforcement** [1] - 6:1
**engage** [4] - 34:18, 36:6, 36:8, 37:16
**enhanced** [1] - 27:7
**ensuing** [1] - 91:6
**entered** [3] - 53:16, 53:21, 90:5
**entire** [1] - 85:20
**entitled** [1] - 89:2
**entrance** [1] - 32:3
**ERRATA** [1] - 89:1
**errata** [1] - 89:4
**escape** [3] - 31:9, 31:15, 39:2
**ESQUIRE** [2] - 2:2, 2:15
**essentially** [1] - 28:15
**establishing** [1] - 27:10
**et** [1] - 90:23
**etc** [1] - 27:18
**evaluated** [1] - 70:6
**evaluation** [1] - 63:3
**events** [1] - 29:8
**eventually** [1] - 52:12

**evidence** [1] - 74:1
**exactly** [3] - 11:3, 36:17, 81:18
**examination** [3] - 90:3, 90:4, 91:6
**examined** [1] - 4:14
**example** [3] - 8:1, 9:3, 54:16
**except** [2] - 4:10, 71:7
**exception** [1] - 88:6
**Excerpt** [1] - 90:1
**excuse** [1] - 69:3
**exhibit** [7] - 40:4, 40:6, 63:16, 78:21, 86:1, 86:4, 86:7
**Exhibit** [9] - 25:22, 25:24, 52:20, 58:14, 63:17, 74:24, 78:22, 80:6, 86:5
**EXHIBITS** [2] - 3:5, 3:12
**exonerated** [2] - 75:16, 86:16
**expand** [1] - 80:1
**experience** [1] - 43:5
**experienced** [1] - 43:4
**experiencing** [1] - 39:10
**Expires** [1] - 91:19
**explained** [2] - 61:24, 62:4
**expressed** [1] - 63:7
**extensive** [1] - 6:2
**extent** [1] - 78:16
**extra** [1] - 74:21

## F

**fabric** [1] - 30:4
**face** [5] - 49:8, 64:3, 76:19, 77:2, 81:21
**Facebook** [3] - 69:1, 69:10, 69:18
**facing** [6] - 31:24, 32:2, 45:18, 49:10
**fact** [1] - 69:21
**fair** [4] - 39:7, 55:14, 55:19, 57:4
**fall** [1] - 38:15
**familiar** [3] - 24:7, 24:20, 51:22
**far** [2] - 36:21, 45:21
**fashion** [1] - 82:7
**FBI** [4] - 7:2, 7:5, 7:7, 7:8
**February** [1] - 91:15
**feet** [6] - 31:11, 31:22, 36:22, 42:1, 42:6, 45:22
**few** [3] - 12:15, 16:8,

36:5
**fighting** [1] - 46:12
**file** [3] - 53:5, 55:3, 56:15
**filed** [2] - 70:2, 86:9
**filing** [1] - 61:13
**filled** [2] - 61:15, 70:5
**filmed** [1] - 73:24
**filming** [3] - 73:2, 73:3, 73:4
**finally** [1] - 10:3
**financially** [1] - 91:12
**finger** [1] - 28:3
**finish** [1] - 29:14
**finished** [1] - 82:4
**fire** [1] - 9:12
**first** [17] - 7:8, 10:14, 11:2, 14:14, 15:8, 15:9, 15:12, 16:2, 20:18, 27:4, 30:9, 34:23, 52:2, 58:18, 69:8, 80:10, 85:15
**First** [1] - 79:16
**five** [4] - 5:24, 10:6, 11:7, 36:10, 36:12, 37:14, 39:22, 41:5, 72:14, 72:15
**flailing** [1] - 29:2
**float** [1] - 10:23
**floated** [2] - 10:13, 10:14
**floater** [1] - 57:17
**floating** [1] - 10:17
**floor** [1] - 38:2
**focus** [1] - 66:13
**follow** [3] - 61:13,

70:4, 70:11
**followed** [2] - 48:9, 71:24
**follows** [1] - 4:15
**foot** [1] - 35:18
**force** [31] - 5:17, 6:6, 6:24, 21:4, 24:14, 24:24, 25:24, 26:8, 26:9, 26:10, 26:12, 28:16, 53:7, 53:11, 53:13, 53:15, 53:16, 53:20, 54:10, 54:12, 54:15, 54:18, 54:19, 55:11, 56:13, 56:15, 72:10, 75:18, 77:11, 77:14, 83:11
**forced** [1] - 64:18
**foregoing** [1] - 90:11
**form** [5] - 4:10, 21:10, 86:18, 89:4, 90:5
**former** [1] - 75:13
**FORMER** [1] - 1:7
**formerly** [1] - 11:12
**forward** [1] - 80:17

**four** [1] - 5:11
**fracture** [2] - 68:16, 69:9
**frame** [1] - 44:6
**free** [1] - 60:19
**frequency** [5] - 13:5, 13:21, 52:4, 56:7, 56:9
**freshman** [1] - 5:12
**friends** [2] - 12:6, 13:18
**front** [11] - 28:2, 35:3, 35:11, 35:12, 36:19, 36:21, 45:2, 45:3, 45:10, 59:12, 65:3
**fuck** [1] - 59:3
**fucking** [1] - 59:3
**full** [1] - 4:17
**fully** [2] - 48:3, 90:2
**FURTHER** [1] - 91:10

## G

**gain** [1] - 28:9
**garabedian** [1] - 84:20
**Garabedian** [2] - 84:21, 84:22
**garbage** [1] - 37:24
**Gardella** [1] - 5:19
**gates** [1] - 57:19
**Gee** [1] - 71:12
**Gemme** [1] - 75:14
**Gerald** [3] - 54:6, 54:7, 61:20
**Gerry** [3] - 18:16, 54:4, 54:5

**gid** [1] - 42:18
**gid-up** [1] - 42:18
**gig** [1] - 15:7
**Gigliotti** [2] - 63:22, 63:23
**girl** [3] - 6:11, 13:18, 72:23
**girl's** [1] - 74:17
**given** [7] - 23:24, 73:9, 73:13, 81:11, 90:6, 90:11, 91:8
**governing** [1] - 89:2
**grabbed** [2] - 73:7, 77:15
**graduate** [1] - 5:10
**graduated** [2] - 5:8, 5:11
**grasp** [1] - 28:3
**ground** [17] - 21:9, 38:15, 42:6, 44:20, 45:1, 45:15, 45:16, 48:22, 49:1, 49:3, 60:18, 64:18, 65:16, 65:23, 80:16, 81:4,

81:21
**group** [1] - 22:20
**grow** [2] - 11:16, 11:19
**growling** [1] - 37:17
**guess** [2] - 46:7, 75:16
**guessing** [1] - 14:23
**gurney** [7] - 51:21, 52:6, 66:24, 67:2, 67:13, 67:14
**guy** [4] - 7:16, 7:17, 8:8, 68:24
**guys** [1] - 9:11

## H

**Hall** [2] - 2:7, 2:12
**hand** [7] - 43:6, 49:5, 74:2, 77:4, 81:5, 91:15
**handcuff** [5] - 17:17, 20:13, 50:24, 81:5, 82:8
**handcuffed** [4] - 24:4, 48:3, 48:4, 48:5
**handcuffing** [2] - 47:22, 54:13
**handcuffs** [39] - 17:5, 17:9, 17:14, 17:23, 18:1, 18:11, 18:20, 19:7, 19:12, 19:19, 20:4, 21:9, 22:9, 26:24, 46:24, 47:4, 48:8, 48:14, 50:5, 50:8, 50:9, 50:12, 50:14, 50:17, 50:20, 50:23, 53:7, 55:24, 61:1, 61:5, 66:19, 67:2, 67:9, 67:12, 77:2, 82:18, 87:13, 87:18
**handful** [1] - 14:10
**hands** [11] - 43:14, 43:15, 43:18, 44:15, 49:4, 50:2, 50:3, 65:24, 66:5, 66:8, 82:14
**hanging** [2] - 29:3, 29:16
**harm** [2] - 28:8, 28:15
**head** [1] - 45:18
**health** [4] - 14:5, 14:9, 21:23, 63:3
**hear** [1] - 36:24
**heard** [1] - 35:20
**hearing** [2] - 84:14, 84:24
**Hector** [4] - 1:17, 38:23, 48:7, 71:6
**HECTOR** [2] - 2:2, 2:2

hector@pineirolegal.com [1] - 2:4
**held** [1] - 21:8
**help** [2] - 34:21, 48:17
**helped** [1] - 55:24
**herby** [1] - 91:4
**hereunto** [1] - 91:14
**herself** [3] - 32:10, 33:14, 37:5
**Hi** [1] - 32:19
**High** [3] - 5:8, 5:10, 5:11
**higher,(see** [1] - 53:14
**highest** [4] - 25:18, 25:19, 39:16, 39:20
**Hill** [1] - 10:15

**him/her** [1] - 90:4
**himself** [4] - 17:22, 31:8, 55:1, 60:19
**hit** [4] - 21:1, 21:2, 38:13
**hitting** [2] - 20:20, 29:6

**hold** [1] - 49:3
**Hollywood** [1] - 11:20
**honestly** [1] - 83:10
**Hoover** [1] - 84:21
**Horowitz** [1] - 64:5
**hospital** [9] - 20:7, 61:14, 62:6, 69:23, 70:3, 70:12, 71:13, 71:22, 72:3
**Hospital** [1] - 61:14
**house** [15] - 9:12, 9:14, 9:15, 9:16, 9:17, 9:19, 12:9,

12:11, 12:12, 12:13, 14:19, 15:5, 18:8, 18:9, 77:3
**hug** [2] - 45:4, 45:5
**huge** [1] - 20:17
**humeral** [2] - 64:23, 68:4, 68:16
**hundreds** [2] - 48:7, 64:7
**hung** [1] - 12:7
**hurt** [4] - 51:7, 66:14, 87:11, 87:17
**hurting** [1] - 51:12
**hurts** [1] - 48:10
**husband** [4] - 76:19, 76:20, 76:23, 77:1
**husband's** [1] - 76:22
**hysterical** [1] - 37:5
**hysterics** [1] - 65:8

## I

**IDC** [3] - 3:11, 52:17, 87:5

**identification** [6] - 25:23, 58:15, 63:18, 75:2, 78:23, 86:6
**identified** [2] - 4:13, 91:5
**ill** [2] - 6:17, 6:18
**imagine** [4] - 17:6, 22:5, 48:7, 85:14
**immediately** [3] - 42:12, 52:5, 71:20
**impression** [1] - 15:8
**IN** [1] - 91:14
**in-person** [1] - 23:3
**in-service** [1] - 21:19
**inadvertently** [2] - 75:22, 76:9
**inches** [2] - 35:16, 35:19
**Incident** [1] - 3:7
**incident** [16] - 13:9, 13:11, 15:20, 16:19, 17:8, 19:3, 28:19, 52:17, 53:5, 53:15, 54:23, 55:10, 56:1, 57:6, 58:14, 76:23
**incidents** [2] - 55:22, 57:12
**include** [1] - 28:2
**includes** [1] - 27:6
**inconsolable** [1] - 65:7
**incontrollable** [1] - 66:12
**increase** [1] - 27:17
**increased** [1] - 27:5
**indicates** [1] - 58:11
**indicating** [1] - 29:16
**indication** [4] - 41:10, 41:14, 41:16, 41:18
**individual** [2] - 27:9, 27:22
**individuals** [5] - 22:14, 40:18, 72:16, 72:19, 72:22
**influence** [1] - 8:4
**information** [1] - 63:11
**informed** [2] - 61:12, 82:21
**injured** [3] - 21:10, 58:4, 82:22
**injuries** [5] - 21:14, 67:17, 67:21, 87:10, 87:19
**injury** [9] - 58:7, 58:8, 63:6, 70:15, 70:21, 71:10, 71:11, 82:20
**inside** [3] - 37:19, 67:3, 77:7
**insofar** [1] - 26:19

**instance** [1] - 19:6
**instances** [2] - 55:20, 56:18
**instructions** [2] - 47:15, 89:7
**instructor** [1] - 7:8
**intensify** [1] - 40:1
**intensity** [3] - 27:6, 27:17, 39:23
**interact** [1] - 17:1
**interacted** [3] - 15:15, 16:16, 16:20
**interactions** [1] - 17:4
**interest** [2] - 12:3, 76:1
**interested** [1] - 91:12
**interior** [1] - 30:5
**internal** [4] - 23:16, 23:18, 52:18, 83:20
**Interrogatories** [2] - 3:10, 79:17
**interrogatories** [4] - 4:15, 78:22, 79:9, 79:12
**Interrogatory** [1] - 83:4
**interrupt** [1] - 40:10
**intervene** [2] - 47:10, 57:1
**intervention** [7] - 6:22, 7:15, 13:23, 14:2, 21:24, 34:14, 57:11
**interview** [2] - 23:17, 23:22
**interviewed** [1] - 23:18
**introduce** [1] - 32:10
**introduced** [1] - 33:14
**investigated** [2] - 83:16, 83:18
**investigation** [6] - 83:22, 84:7, 86:11, 86:13, 86:14, 86:15
**involved** [3] - 18:15, 53:13, 57:8
**involving** [1] - 14:8
**inward** [1] - 81:20
**inwards** [2] - 81:14, 82:6
**issue** [1] - 13:20
**issued** [1] - 85:2
**issues** [2] - 14:8, 14:9
**itself** [1] - 58:11

**J**

**January** [3] - 1:19, 90:24, 91:5
**JARED** [1] - 2:10

**job** [1] - 47:20
**JOHN** [2] - 1:7, 2:15
**John** [5] - 2:18, 49:23, 49:24, 50:1, 50:11
**John's** [2] - 50:9, 50:17
**join** [1] - 5:17
**JT** [21] - 14:15, 17:14, 24:12, 25:13, 25:14, 25:19, 29:24, 30:21, 34:17, 34:23, 35:21, 36:4, 37:3, 37:8, 45:24, 53:8, 59:20, 59:21, 62:1, 87:10, 87:17
**JT's** [1] - 87:16
**JOYCE** [1] - 2:15
**JT** [7] - 1:4, 80:10, 80:24, 81:4, 81:11, 82:16, 82:23
**JT's** [7] - 80:16, 80:17, 81:5, 81:13, 81:14, 81:20, 82:20
**jump** [3] - 6:12, 14:1, 41:20
**jumped** [2] - 60:8, 80:10
**jvigliotti@rja** [1] - 2:17
**jvigliotti@rja-law. com** [1] - 2:17

**K**

**keep** [2] - 54:24, 74:6
**kicked** [3] - 20:22, 20:23, 20:24
**kicking** [6] - 20:17, 20:22, 25:2, 25:9, 46:12, 46:15
**kid** [20] - 15:15, 21:8, 35:2, 38:21, 39:1, 39:4, 39:16, 41:2, 41:6, 43:20, 46:1, 47:12, 47:13, 49:21, 54:17, 54:23, 58:10, 66:18, 69:7, 71:22
**Kid** [1] - 43:16
**kid's** [4] - 38:24, 49:10, 52:6, 71:12
**kids** [2] - 15:16, 39:10
**kind** [4] - 20:19, 64:11, 80:9, 85:16
**knee** [1] - 49:1
**kneeled** [1] - 48:22
**knees** [3] - 48:24, 49:3, 67:18
**knowledge** [1] - 79:21
**known** [1] - 11:6

**L**

**Lady** [1] - 5:7
**Lake** [1] - 61:15
**Lancaster** [1] - 2:16
**Lane** [1] - 57:19
**LANE** [1] - 1:22
**lapsed** [1] - 21:22
**large** [1] - 38:8
**last** [7] - 5:14, 22:2, 59:9, 67:21, 75:6, 83:6, 86:4
**lasted** [1] - 47:2
**latter** [1] - 52:19
**Laurent** [1] - 11:12
**LAW** [3] - 2:2, 2:7, 2:11
**law** [1] - 6:1
**law.com** [1] - 2:17
**lawful** [1] - 28:9
**laws** [1] - 6:4
**lawyer's** [1] - 84:23
**lawyers** [1] - 55:15
**laying** [2] - 37:23, 67:6
**lead** [4] - 40:14, 54:14, 55:20, 56:12
**learn** [9] - 14:24, 39:13, 40:18, 40:22, 68:15, 68:17, 68:19, 69:22, 86:15
**leave** [4] - 7:9, 7:16, 9:8, 24:8
**led** [2] - 17:16, 31:14
**left** [7] - 49:9, 49:11, 49:16, 62:21, 67:5, 71:22, 81:5
**legal** [1] - 78:13
**legs** [4] - 21:14, 49:2, 66:2, 66:3
**less** [2] - 7:21, 72:15
**lessen** [2] - 39:23, 40:1
**Level** [17] - 25:10, 25:14, 26:15, 27:3, 27:24, 28:7, 28:14, 28:23, 28:24, 29:24, 31:7, 33:8, 46:21, 46:22, 53:14
**level** [14] - 20:12, 21:4, 24:7, 25:3, 25:6, 25:13, 28:20, 31:7, 34:10, 39:20, 39:23, 54:15, 56:13
**levels** [4] - 24:21, 25:17, 39:15, 39:16
**limited** [1] - 28:2
**Lindsey** [11] - 11:2, 16:8, 16:10, 30:18, 30:23, 32:7, 32:11, 33:14, 68:24, 86:9,

87:11
**LINDSEY** [1] - 1:4
**line** [2] - 65:6, 67:21
**LINE** [1] - 89:8
**Lisa** [1] - 64:5
**literally** [1] - 41:17
**live** [2] - 4:18, 4:24
**lives** [1] - 9:16
**local** [1] - 9:11
**lock** [3] - 28:3, 28:4, 50:7
**locks** [1] - 28:3
**look** [9] - 10:3, 13:1, 52:20, 58:16, 64:10, 69:5, 74:14, 87:16, 87:20
**looked** [7] - 23:13, 54:16, 54:23, 68:13, 87:22, 88:6
**looking** [1] - 77:8
**looks** [2] - 80:5, 88:2
**lost** [2] - 19:11, 65:5
**lower** [2] - 81:14, 81:20

**M**

**MA** [5] - 1:23, 2:3, 2:8, 2:12, 2:16
**MADISON** [1] - 2:10
**madisonj@ worcesterma.gov** [1] - 2:13
**magistrate** [1] - 84:14
**Main** [11] - 1:17, 2:3, 9:4, 9:7, 10:4, 11:21, 31:11, 31:15, 31:23, 32:6, 81:1
**maintain** [2] - 78:9, 78:14
**maintaining** [1] - 27:11
**manage** [1] - 50:19
**managed** [1] - 50:19
**Management** [1] - 53:17
**manic** [1] - 8:5
**manipulating** [1] - 38:3
**MARK** [1] - 89:5
**mark** [5] - 25:20, 58:12, 63:15, 78:21, 86:1
**marked** [7] - 25:23, 58:15, 63:18, 75:1, 75:4, 78:23, 86:6
**married** [1] - 68:21
**Mass** [1] - 5:1
**MASSACHUSETTS** [1] - 1:1

**Massachusetts** [6] - 1:13, 1:16, 1:18, 91:1, 91:4, 91:19
**Matt** [3] - 73:21, 73:22, 74:3
**matter** [1] - 58:20, 83:23, 84:15
**McCarthy** [28] - 3:3, 4:24, 5:2, 5:15, 5:17, 5:23, 6:10, 6:23, 7:5, 8:10, 23:11, 26:2, 30:8, 44:10, 59:16, 60:24, 63:19, 74:17, 75:4, 75:8, 75:17, 76:16, 78:24, 79:9, 83:7, 83:16, 84:15, 86:7
**MCCARTHY** [6] - 1:7, 1:10, 4:12, 89:22, 90:15, 91:5
**McCarthy's** [3] - 75:19, 79:6, 79:15
**McKenzie** [3] - 1:14, 91:3, 91:18
**mean** [6] - 12:13, 30:10, 44:23, 45:23, 82:6, 86:12
**meaning** [2] - 52:17, 71:21
**mechanical** [1] - 27:7
**media** [2] - 68:24, 69:19
**medical** [3] - 30:13, 61:16, 63:17
**Medicare** [1] - 71:9
**meet** [1] - 11:2
**Melissa** [7] - 1:14, 74:17, 75:8, 75:19, 76:16, 91:3, 91:18
**meltdown** [2] - 39:9, 39:16
**meltdowns** [3] - 39:11, 39:13, 40:3
**member** [1] - 53:11
**members** [1] - 22:16
**memory** [5] - 13:14, 18:1, 38:9, 57:4, 68:11
**mental** [4] - 14:5, 14:8, 21:23, 63:3
**mentally** [2] - 6:17, 6:18
**mention** [3] - 58:3, 78:3, 78:16
**mentioned** [2] - 19:12, 41:2
**merely** [1] - 12:20
**met** [6] - 14:15, 14:17, 14:18, 15:13, 44:2
**mid** [1] - 8:24

**mid-1990s** [1] - 7:12
**mid-nineties** [1] - 8:24
**middle** [4] - 8:4, 64:11, 65:7, 82:3
**might** [3] - 24:9, 82:22, 83:8
**military** [2] - 8:14, 8:15
**mind** [1] - 17:7
**minor** [1] - 1:4
**minute** [2] - 47:5, 51:4
**minutes** [9] - 12:15, 15:24, 16:1, 36:10, 36:12, 37:14, 39:22, 41:5
**Miranda** [1] - 76:22
**mirror** [5] - 29:3, 29:9, 29:15, 30:2, 59:11
**misspoke** [1] - 22:7
**misstate** [1] - 53:2
**mistake** [1] - 38:23
**mixed** [1] - 88:1
**model** [3] - 26:8, 26:12, 53:15
**moment** [1] - 8:5
**momentum** [1] - 80:17
**money** [1] - 83:19
**months** [1] - 5:24
**morning** [2] - 4:17, 81:1
**mostly** [1] - 36:6
**mother** [9] - 20:19, 30:17, 36:19, 36:21, 36:23, 47:9, 47:12, 87:11
**motions** [1] - 4:10
**mouth** [1] - 9:21
**move** [2] - 7:14, 77:17
**movement** [1] - 42:11
**moving** [2] - 37:18, 37:20
**MR** [50] - 4:16, 4:19, 4:21, 16:5, 17:11, 21:6, 25:20, 29:21, 29:23, 32:12, 33:17, 34:2, 34:16, 41:8, 41:12, 43:8, 44:5, 48:1, 49:13, 49:18, 56:8, 58:12, 59:7, 60:7, 60:15, 62:3, 62:8, 62:16, 63:15, 69:24, 71:7, 71:8, 72:4, 73:11, 73:16, 74:21, 75:10, 75:21, 76:2, 76:6, 76:13, 78:6, 78:12, 78:19, 79:3, 79:5, 84:12, 85:23, 86:3, 88:9
**MS** [49] - 4:23, 13:16, 17:18, 19:9, 20:15,

21:7, 22:4, 25:5, 25:16, 28:17, 29:20, 30:15, 32:5, 33:9, 35:8, 38:19, 40:5, 41:9, 41:13, 43:9, 43:23, 50:22, 55:12, 56:2, 56:16, 56:21, 58:9, 60:14, 62:2, 62:7, 62:15, 63:8, 63:13, 65:21, 66:23, 70:10, 72:5, 73:12, 76:4, 76:8, 78:2, 78:8, 78:14, 79:13, 80:5, 85:7, 85:10, 85:13, 86:12
**must** [3] - 53:20, 54:19, 90:7

# N

**NAME** [1] - 90:23
**name** [9] - 4:17, 11:14, 18:18, 51:22, 64:3, 74:17, 74:19, 78:15, 84:23
**names** [5] - 51:24, 52:1, 75:7, 75:23, 78:3
**narrative** [3] - 58:16, 58:19, 64:11
**nature** [1] - 30:10
**nay** [1] - 76:14
**nearby** [1] - 47:13
**nearing** [1] - 65:8
**necessary** [1] - 75:19
**neck** [1] - 49:2
**need** [3] - 29:20, 57:1, 80:1
**needed** [4] - 10:24, 55:3, 62:13, 73:22
**needs** [1] - 83:2
**negative** [1] - 55:18
**negotiations** [1] - 7:15
**negotiator** [1] - 6:11
**negotiator's** [1] - 7:2
**neighborhood** [1] - 9:6
**neighbors** [1] - 15:18
**never** [2] - 44:2, 69:12
**next** [9] - 45:10, 48:20, 49:15, 63:16, 67:24, 75:3, 78:21, 80:24, 82:10
**nineties** [1] - 8:24
**NO** [1] - 1:2
**noncompliance** [1] - 27:5
**nondeadly** [1] - 26:9
**none** [1] - 59:3
**normal** [2] - 15:16,

15:19
**NOT** [1] - 89:5
**notary** [1] - 4:7
**Notary** [4] - 1:15, 4:14, 91:3, 91:18
**note** [1] - 75:21
**noted** [1] - 59:19
**nothing** [1] - 68:12
**notice** [2] - 51:13, 51:15
**notified** [1] - 86:10
**number** [2] - 25:18, 25:19

# O

**O'Connor** [6] - 18:16, 18:17, 54:4, 54:6, 54:7, 61:20
**oath** [1] - 91:6
**objection** [66] - 13:16, 16:5, 17:11, 17:18, 19:9, 20:15, 21:6, 21:7, 22:4, 25:5, 25:16, 28:17, 30:15, 32:5, 32:12, 33:9, 33:17, 34:2, 34:16, 35:8, 38:19, 40:5, 41:8, 41:9, 41:12, 41:13, 43:8, 43:9, 49:13, 49:18, 50:22, 55:12, 56:2, 56:8, 56:16, 56:21, 58:9, 59:7, 60:7, 60:14, 60:15, 62:2, 62:3, 62:7, 62:15, 62:16, 63:8, 63:13, 65:21, 66:23, 69:24, 70:10, 72:4, 72:5, 73:11, 73:12, 73:16, 79:13, 84:12, 85:7, 85:10, 85:13, 86:12
**Objection** [1] - 62:8
**objections** [1] - 4:10
**obviously** [3] - 6:16, 11:4, 86:13
**occurred** [1] - 22:1
**odd** [1] - 51:17
**oddly** [1] - 7:8
**OF** [8] - 1:1, 1:8, 1:10, 2:2, 2:6, 2:11, 3:2, 3:13
**office** [1] - 91:15
**OFFICE** [1] - 2:2
**officer** [22] - 8:19, 14:12, 18:24, 19:1, 19:4, 19:8, 19:16, 27:15, 28:11, 43:4, 53:4, 54:11, 54:14,

55:20, 56:12, 60:24, 76:24, 77:3, 85:20, 90:6
**OFFICER** [2] - 1:7, 1:7
**Officer** [36] - 2:18, 18:16, 28:22, 29:5, 29:6, 31:5, 33:11, 33:23, 35:20, 37:1, 37:15, 38:17, 41:23, 42:20, 43:11, 43:14, 44:2, 44:3, 44:15, 47:3, 48:21, 57:15, 57:23, 58:17, 59:2, 60:4, 70:15, 75:17, 76:18, 80:15, 80:20, 81:4, 81:12
**officers** [6] - 9:24, 18:12, 24:23, 28:9, 55:22, 76:20
**offices** [1] - 1:17
**often** [3] - 9:20, 40:20, 48:13
**old** [10] - 18:4, 18:5, 18:7, 19:13, 20:14, 24:3, 30:16, 33:21, 45:24, 59:20
**oldest** [1] - 71:8
**once** [10] - 15:21, 48:8, 48:20, 61:5, 61:8, 67:8, 67:12, 81:4, 87:20
**Once** [1] - 60:18
**one** [22] - 13:8, 13:14, 13:17, 15:22, 17:8, 18:7, 18:16, 26:23, 35:18, 49:1, 49:23, 50:10, 50:11, 50:14, 50:24, 56:5, 63:15, 72:23, 76:20, 79:4, 79:5, 86:1
**open** [6] - 35:13, 35:14, 35:16, 41:19, 42:19, 80:14
**Operations** [2] - 8:21, 10:8
**operations** [2] - 9:11, 9:24
**opinion** [2] - 33:1, 46:5
**order** [1] - 78:7
**outcome** [3] - 86:11, 86:15, 91:13
**outside** [7] - 22:15, 35:5, 35:9, 35:18, 67:3, 77:7, 77:10
**overnight** [1] - 71:13
**own** [3] - 18:8, 46:7, 80:11
**owners** [1] - 9:18
**owns** [1] - 9:17

## P

**P.C** [3] - 1:17, 2:2, 2:15
**PAGE** [2] - 3:5, 89:8
**page** [5] - 64:12, 75:6, 75:9, 75:23, 79:8
**Page** [21] - 26:6, 26:7, 26:12, 26:16, 27:3, 27:23, 52:20, 63:21, 64:10, 79:7, 79:19, 80:4, 80:6, 80:7, 80:8, 80:9, 86:21, 86:22, 87:7, 88:4
**pain** [5] - 50:7, 51:5, 51:6, 64:22, 82:17
**pains** [1] - 47:23
**pair** [1] - 76:19
**papers** [1] - 70:5

**paperwork** [5] - 61:13, 61:15, 61:17, 72:2, 86:22
**paragraph** [3] - 27:4, 58:18, 80:10
**Paragraph** [1] - 27:14
**paramedic** [1] - 64:1
**paramedics** [6] - 61:8, 61:12, 65:15, 66:10, 66:15, 82:21
**parents** [2] - 18:8, 25:7
**park** [1] - 42:1
**parked** [2] - 31:20, 31:24
**parking** [3] - 31:18, 31:22, 32:4
**part** [1] - 11:19
**participate** [1] - 84:6
**particular** [2] - 17:8, 54:16
**parties** [3] - 4:3, 90:4, 91:11
**partner** [2] - 20:13, 20:22
**passenger** [5] - 35:1, 35:9, 35:10, 42:13, 45:11
**patient** [3] - 64:15, 64:18, 64:21
**Patient** [3] - 65:3, 65:7, 65:11
**Patrick** [1] - 4:24
**patrol** [2] - 10:11, 10:21
**patrolman** [1] - 10:9
**Paul** [10] - 3:3, 4:24, 32:11, 32:19, 43:1, 43:12, 52:7, 54:19, 55:16, 72:7
**PAUL** [6] - 1:7, 1:10,

4:12, 89:22, 90:15, 91:5
**pay** [1] - 85:4
**PD** [1] - 64:18
**people** [14] - 9:2, 9:18, 12:5, 14:4, 22:16, 24:22, 31:12, 40:4, 48:7, 51:20, 64:8, 69:14, 69:21, 72:9
**per** [1] - 23:22
**perceived** [4] - 27:4, 27:15, 28:8, 28:10
**performance** [1] - 53:12
**perhaps** [1] - 14:10
**period** [2] - 39:23, 85:20
**person** [18] - 7:23, 8:3, 9:7, 9:20, 18:22, 22:11, 22:18, 22:20, 23:3, 28:11, 30:1, 30:7, 54:14, 55:23, 57:9, 76:15, 83:19
**personnel** [1] - 51:23
**phone** [16] - 73:4, 73:5, 73:9, 73:14, 73:19, 73:23, 74:2, 74:6, 74:7, 75:20, 77:4, 77:9, 77:12, 77:13, 77:15
**physical** [6] - 27:7, 27:9, 58:7, 58:8, 75:18, 87:10
**physically** [2] - 38:24, 39:4
**piece** [2] - 21:20, 21:21
**pile** [1] - 23:20
**PINEIRO** [22] - 2:2, 2:2, 3:12, 4:16, 4:21, 25:20, 29:21, 29:23, 58:12, 63:15, 71:8, 74:21, 76:2, 76:6, 76:13, 78:6, 78:12, 78:19, 79:5, 85:23, 86:3, 88:9
**Pineiro** [1] - 1:17
**pivot** [1] - 42:12
**place** [5] - 17:14, 53:7, 64:18, 81:5, 85:11
**placed** [5] - 18:20, 47:4, 50:4, 61:1, 61:8
**placing** [1] - 82:22
**Plaintiff** [3] - 1:5, 1:12, 2:5
**Plaintiff's** [1] - 79:16
**playing** [1] - 15:17
**PLEASE** [1] - 89:5
**point** [9] - 13:7, 16:10,

36:17, 39:7, 46:19, 50:20, 55:8, 65:20, 78:20
**pointing** [1] - 53:18
**POLICE** [1] - 1:7
**police** [20] - 5:14, 6:6, 6:24, 8:6, 8:18, 9:22, 21:17, 22:12, 22:16, 24:22, 26:1, 26:19, 26:23, 52:14, 53:23, 54:2, 54:10, 85:20, 86:10
**Police** [3] - 53:17, 74:24, 75:13
**Policy** [4] - 3:6, 24:15, 24:21, 25:22
**policy** [6] - 6:4, 24:15, 25:24, 26:2, 26:4, 26:6
**portion** [1] - 78:17
**position** [9] - 46:8, 46:10, 46:11, 49:21, 55:9, 65:3, 65:11, 65:17, 67:6
**post** [3] - 69:10, 69:12, 69:18
**posted** [3] - 69:1, 69:2, 69:4
**posture** [1] - 27:11
**potato** [3] - 37:22, 38:5, 38:6
**potential** [1] - 27:17
**potentially** [1] - 28:15
**pounds** [4] - 46:4, 46:6, 59:21, 81:12
**PPA** [1] - 1:4
**practice** [2] - 57:12, 62:9
**preparation** [1] - 23:7
**prepare** [10] - 19:3, 23:12, 52:9, 52:12, 54:12, 54:20, 55:10, 55:17, 56:19, 77:23
**prepared** [6] - 19:8, 19:23, 23:8, 56:1, 57:24, 58:17
**presence** [1] - 27:16
**pretty** [1] - 6:2
**prevent** [1] - 77:12
**previous** [1] - 17:3
**previously** [1] - 29:17
**primary** [1] - 19:4
**principal** [3] - 18:22, 19:8, 19:16
**privacy** [3] - 76:1, 78:4, 78:15
**private** [1] - 78:10
**problem** [1] - 6:16
**problems** [2] - 14:5, 63:11

**Procedure** [3] - 1:13, 3:6, 25:22
**procedure** [4] - 62:17, 89:2, 89:5, 90:7
**process** [2] - 47:22, 84:11
**produce** [1] - 76:11
**profanities** [1] - 58:21
**Professional** [1] - 87:15
**prone** [8] - 46:9, 46:11, 65:11, 65:16, 65:18, 65:22, 66:21
**properly** [1] - 61:10
**property** [1] - 19:8
**protective** [1] - 78:7
**provisions** [1] - 1:12
**proximal** [1] - 68:3
**Public** [4] - 1:15, 4:14, 91:3, 91:18
**public** [2] - 4:8, 78:5
**publicly** [1] - 78:10
**pull** [1] - 59:10
**pulled** [3] - 29:9, 43:12, 46:23
**pulling** [1] - 52:5
**punched** [2] - 76:18, 77:1
**punching** [1] - 36:13
**purpose** [1] - 53:19
**pursuant** [1] - 1:12
**push** [1] - 77:19
**pushed** [4] - 41:22, 76:24, 82:11, 82:13
**put** [29] - 9:19, 9:21, 17:5, 17:9, 17:22, 18:1, 18:10, 19:6, 19:12, 19:19, 20:16, 21:9, 42:6, 43:18, 44:15, 44:20, 44:24, 48:24, 49:1, 50:8, 50:20, 55:24, 58:10, 63:10, 67:1, 67:8, 82:8, 82:10, 87:12
**putting** [4] - 55:7, 55:19, 65:19, 82:4

## Q

**questionnaire** [1] - 23:24
**questions** [6] - 23:21, 23:23, 87:3, 88:10, 91:8
**quickly** [1] - 66:15
**QUINN** [50] - 2:6, 4:23, 13:16, 17:18, 19:9, 20:15, 21:7, 22:4, 25:5, 25:16, 28:17, 29:20, 30:15, 32:5,

33:9, 35:8, 38:19, 40:5, 41:9, 41:13, 43:9, 43:23, 50:22, 55:12, 56:2, 56:16, 56:21, 58:9, 60:14, 62:2, 62:7, 62:15, 63:8, 63:13, 65:21, 66:23, 70:10, 72:5, 73:12, 76:4, 76:8, 78:2, 78:8, 78:14, 79:13, 80:5, 85:7, 85:10, 85:13, 86:12
**quinnwl@ci. worcester.ma.us** [1] - 2:9
**quite** [2] - 9:20, 40:20

## R

**R/arm** [1] - 67:24
**raise** [2] - 82:5, 82:6
**rambunctious** [1] - 37:18
**reach** [1] - 13:18
**reacquainted** [1] - 12:4
**reacted** [1] - 44:1
**read** [12] - 4:4, 52:22, 52:23, 57:23, 61:3, 61:10, 76:21, 87:14, 89:2, 89:3, 90:3, 90:11
**reading** [1] - 90:4
**realize** [4] - 30:23, 33:12, 40:16, 68:7
**rear** [1] - 28:3
**REARDON** [1] - 2:15
**rearview** [5] - 29:3, 29:9, 29:15, 30:2, 59:10
**REASON** [12] - 89:9, 89:10, 89:11, 89:12, 89:13, 89:14, 89:15, 89:16, 89:17, 89:18, 89:19, 89:20
**reason** [1] - 57:10
**reasonable** [1] - 34:17
**reasonably** [1] - 75:18
**reasons** [2] - 56:20, 90:6
**reassigned** [1] - 10:8
**reassuring** [2] - 34:8, 37:4
**recap** [1] - 29:24
**receipt** [2] - 4:5, 90:7
**recent** [2] - 11:24, 12:1
**recently** [1] - 13:17
**recess** [3] - 29:22, 74:23, 86:2

recognize [7] - 30:18, 30:21, 33:13, 78:24, 86:7, 86:22, 86:24
recognized [2] - 31:2, 32:7
recollection [4] - 20:1, 28:19, 49:11, 58:6
record [4] - 58:14, 75:22, 78:2, 91:8
Record [1] - 3:8
recorded [3] - 76:22, 77:2, 84:4
records [1] - 63:17
Records [1] - 53:17
RECROSS [1] - 3:2
redact [2] - 75:22, 76:10
redacted [1] - 76:9
redaction [1] - 76:11
redirect [2] - 34:19
REDIRECT [1] - 3:2
regard [1] - 16:9
regarding [3] - 13:24, 80:2, 83:22
regular [2] - 10:15, 64:5
regularly [1] - 7:3
reiterate [1] - 36:23
related [2] - 15:6, 91:10
relation [1] - 35:6
relationship [1] - 11:9
relative [1] - 91:12
relatively [1] - 15:19
relax [2] - 35:23, 36:6
release [1] - 87:11
remember [24] - 7:19, 12:13, 12:17, 14:7, 15:8, 15:15, 18:15, 18:18, 21:5, 22:17, 22:20, 30:10, 32:7, 32:20, 36:17, 49:16, 51:24, 52:1, 63:22, 66:20, 66:24, 68:6, 72:19, 84:23
remove [1] - 66:18
removed [5] - 61:5, 67:2, 67:12, 82:18, 87:18
rep [1] - 84:1
repeat [1] - 17:12
Report [2] - 3:7, 3:11
report [36] - 19:3, 19:5, 19:23, 20:1, 23:13, 24:10, 52:9, 52:12, 52:17, 53:5, 53:15, 53:22, 54:12, 54:20, 55:3, 55:11, 55:13, 55:17, 56:1, 56:20, 57:1, 57:23,

58:2, 58:8, 58:16, 58:19, 60:12, 61:17, 62:12, 62:18, 62:19, 62:21, 62:24, 76:10, 77:23, 86:5
reported [4] - 53:21, 64:23, 69:6, 91:6
REPORTER [1] - 3:13
Reporter [1] - 1:15
REPORTING [1] - 1:22
reports [2] - 53:21, 56:15
represented [2] - 22:21, 84:17
request [2] - 76:5, 76:7
requested [1] - 81:12
required [1] - 19:3
reserved [1] - 4:11
resign [1] - 84:10
resist [2] - 77:17, 81:8
resistance [12] - 20:12, 20:16, 24:22, 25:3, 25:10, 25:13, 27:11, 27:22, 28:20, 28:21, 31:7, 33:8
resistant [1] - 30:1
resisting [1] - 55:23
resource [1] - 14:11
respectfully [1] - 72:7
respective [1] - 4:3
respond [3] - 23:21, 54:7, 87:4
responded [5] - 14:8, 18:23, 19:16, 52:3, 69:14
responders [1] - 52:2
responding [1] - 19:13
Response [1] - 88:2
response [2] - 75:11, 83:3
responses [1] - 79:22
responsible [1] - 49:5
restitution [1] - 85:4
restrain [8] - 20:5, 21:5, 31:6, 44:18, 47:12, 55:21, 59:21, 80:21
restrained [6] - 18:10, 43:17, 45:10, 60:9, 65:22, 82:16
restraining [5] - 26:24, 48:17, 54:17, 57:9, 60:24
restraint [1] - 56:14
restriction [1] - 78:4
result [2] - 86:19
RETAINED [1] - 3:12
retire [1] - 83:13

retirement [1] - 83:15
return [2] - 76:10, 89:6
review [4] - 23:6, 23:12, 75:12, 88:4
reviewed [1] - 53:22
reviews [1] - 62:18
rights [3] - 6:4, 6:5, 76:22
ripped [2] - 30:4, 59:11
risk [1] - 80:24
RMS [1] - 53:22
RMS) [1] - 53:17
robbery [1] - 9:14
Robin [1] - 85:24
Rodriguez [1] - 75:7
roll [1] - 71:1
rolled [2] - 65:3, 65:11
Ronald [2] - 63:22, 63:23
room [3] - 2:7, 2:12, 40:11
rose [1] - 31:6
rough [2] - 72:9, 72:20
route [5] - 10:15, 57:15, 57:18, 57:19, 57:20
Rule [1] - 90:1
Rules [1] - 1:13
rules [1] - 89:2
run [7] - 18:10, 21:21, 31:13, 42:17, 45:8, 45:9, 66:6
running [3] - 7:16, 39:2, 81:1

## S

safety [3] - 24:5, 61:1, 80:16
satisfactorily [2] - 4:13, 91:5
saw [8] - 15:9, 16:2, 29:17, 39:19, 42:8, 42:11, 64:6, 69:12
scared [1] - 39:1
scene [3] - 52:6, 54:7, 61:8
school [3] - 5:4, 5:6, 31:10
School [1] - 5:8
schools [1] - 14:12
scope [1] - 27:6
SCOTT [1] - 71:7
screaming [12] - 20:17, 25:9, 29:1, 32:16, 33:3, 33:6, 36:13, 37:17, 41:17, 46:17, 65:7, 77:18
scuffle [1] - 64:21

se [1] - 23:22
seal [1] - 91:15
seat [4] - 35:3, 35:10, 36:16, 36:18
seated [2] - 65:4, 65:12
second [3] - 30:7, 30:9, 85:24
seconds [1] - 42:16
Section [10] - 52:21, 53:14, 61:13, 61:15, 63:1, 63:3, 70:2, 70:5, 70:9, 70:12
section [1] - 52:22
secure [1] - 81:7
secured [1] - 81:15
securing [2] - 81:13, 81:19
Security [1] - 71:9
see [63] - 15:21, 26:13, 26:21, 27:1, 27:3, 27:12, 27:14, 27:19, 27:21, 28:5, 28:7, 28:12, 28:18, 44:18, 49:10, 49:24, 50:1, 51:20, 52:21, 53:10, 53:24, 58:19, 59:14, 60:1, 60:11, 60:20, 61:6, 61:19, 63:5, 64:11, 64:12, 64:14, 64:16, 64:19, 64:24, 65:2, 65:9, 65:13, 67:20, 67:21, 68:1, 68:4, 69:2, 69:4, 70:24, 75:3, 75:6, 75:12, 75:15, 75:20, 77:5, 79:15, 80:7, 80:9, 80:12, 80:18, 81:3, 81:16, 82:20, 87:7, 87:19, 87:21
seeing [1] - 68:11
seize [1] - 75:19
self [1] - 17:22
selling [2] - 9:3, 9:7
sense [2] - 13:4, 51:8
sent [1] - 57:22
sentence [5] - 59:9, 60:10, 67:20, 67:24, 80:24
separate [1] - 8:7
September [7] - 11:4, 14:14, 14:22, 17:3, 22:1, 53:8, 68:8
sergeant [6] - 62:10, 62:12, 62:17, 73:4, 73:19, 73:20
Sergeant [1] - 54:4
series [1] - 26:7
serve [2] - 8:15, 14:11
Server [1] - 53:17

service [2] - 8:15, 21:19
sessions [1] - 23:9
Set [1] - 79:16
set [1] - 91:15
seven [3] - 7:1, 31:11, 31:22
several [2] - 21:19, 68:18
severity [1] - 27:18
shall [6] - 4:4, 53:16, 53:22, 90:3, 90:3, 90:5
shape [2] - 21:10, 86:18
share [1] - 57:12
sheet [2] - 22:24, 89:4
SHEET [1] - 89:1
shift [2] - 71:2, 74:11
shirt [2] - 68:7, 68:9
shit [2] - 69:7, 69:13
shopping [5] - 11:10, 12:3, 12:21, 12:22, 16:9
short [4] - 29:22, 68:8, 74:23, 86:2
Shorthand [1] - 1:14
shoulder [2] - 63:12, 70:16
shoulders [3] - 49:4, 66:7, 66:8
side [11] - 35:1, 35:2, 35:9, 42:9, 42:10, 42:13, 49:11, 49:12, 49:17, 49:23, 81:23
sign [4] - 4:4, 22:24, 62:12, 89:6
sign-in [1] - 22:24
signature [4] - 75:13, 79:2, 79:6, 79:19
Signature [1] - 4:7
signatures [2] - 23:6, 23:7
signed [3] - 4:7, 78:6, 88:7
Signing [1] - 90:1
signs [1] - 9:19
sisters [1] - 15:18
sit [4] - 9:11, 9:14, 9:15, 35:3
sitting [2] - 37:19, 67:9
situation [1] - 61:16
six [1] - 5:24
size [2] - 59:19, 81:11
sleeve [2] - 68:7, 68:8
slight [1] - 68:3
small [3] - 32:19, 38:8, 38:10
snatched [2] - 73:6,

77:4
**social** [2] - 68:24, 69:19
**Social** [1] - 71:9
**socialized** [1] - 12:17
**socks** [2] - 76:20, 76:24
**soda** [1] - 38:1
**SOLICITOR** [2] - 2:6, 2:10
**sometimes** [1] - 56:24
**son** [1] - 32:15
**sorry** [4] - 40:10, 70:17, 76:2, 76:7
**South** [4] - 5:8, 5:10, 5:11, 11:21
**space** [3] - 40:9, 40:10, 40:14
**speaking** [1] - 34:17
**specific** [3] - 13:9, 25:6, 56:5
**specifically** [3] - 22:13, 25:17, 32:14
**spectrum** [2] - 40:6, 40:19
**spent** [1] - 71:13
**spoken** [1] - 57:5
**ss** [1] - 91:2
**SS** [1] - 1:2
**St** [1] - 11:12
**staff** [1] - 61:16
**stand** [2] - 17:7, 18:5
**standard** [1] - 62:17
**Standards** [1] - 87:15
**standing** [2] - 36:19, 66:22
**start** [4] - 6:23, 39:2, 83:22, 84:10
**started** [3] - 10:15, 20:20, 59:10
**STATE** [1] - 1:22
**statement** [3] - 84:3, 84:4, 90:6
**states** [1] - 76:18
**stay** [3] - 8:1, 35:6, 59:5
**stayed** [1] - 35:5
**staying** [1] - 12:14
**stenographically** [1] - 91:6
**step** [5] - 41:6, 42:18, 47:16, 47:17, 47:18
**still** [8] - 33:1, 35:2, 42:10, 46:12, 52:14, 65:16, 66:11, 66:13

**stipulations** [2] - 4:20, 4:22
**stole** [1] - 83:19
**stop** [3] - 13:7, 37:8, 44:18

**store** [3] - 31:24, 32:2, 32:3
**strategies** [2] - 7:24, 26:23
**strategy** [2] - 12:24, 26:19
**street** [5] - 9:20, 31:13, 32:1, 45:18, 59:23
**Street** [11] - 1:18, 2:3, 9:4, 9:7, 10:4, 11:20, 31:11, 31:15, 31:23, 32:6, 81:2
**strength** [2] - 27:10, 81:11
**strength,(it** [1] - 59:19
**stretcher** [2] - 61:9, 67:7
**strike** [1] - 4:11
**struggle** [6] - 21:4, 47:2, 49:22, 50:3, 60:19, 81:8
**struggling** [3] - 46:12, 47:9, 49:20
**stuff** [7] - 12:12, 20:18, 23:14, 37:20, 37:21, 38:1, 69:5
**subject** [11] - 26:8, 27:4, 28:8, 53:19, 75:23, 76:5, 78:3, 78:18, 83:6, 90:12
**subject's** [1] - 27:5
**subjects** [1] - 26:20
**Submission** [1] - 90:1
**submitted** [1] - 90:3
**substance** [2] - 89:4, 90:5
**sudden** [1] - 41:7
**suffered** [1] - 58:7
**suggest** [2] - 55:3, 55:5
**suited** [1] - 10:17
**summarize** [1] - 7:22
**super** [1] - 66:13
**superiors** [1] - 55:16
**supervisor** [9] - 53:23, 54:2, 54:18, 56:24, 57:5, 57:13, 61:20, 61:22, 88:7
**supine** [1] - 67:6
**supplemented** [1] - 83:3
**surveillance** [1] - 85:11
**sustained** [2] - 70:16, 85:19
**swallow** [1] - 9:22
**SWAT** [1] - 7:3
**swearing** [4] - 29:1, 33:7, 33:8, 37:18

**sworn** [5] - 4:13, 8:19, 53:11, 84:3, 91:5
**syndrome** [1] - 40:4
**System** [1] - 53:17
**system** [1] - 53:22

**T**

**tackled** [1] - 80:16
**tactics** [2] - 24:18, 26:19
**TAKEN** [1] - 90:24
**talks** [1] - 26:18
**tall** [1] - 44:3
**teach** [1] - 40:8
**team** [1] - 7:3
**tear** [1] - 29:17
**techniques** [3] - 7:23, 26:24, 27:21
**Teddy** [1] - 84:21
**teenagers** [2] - 11:24, 18:6
**ten** [5] - 30:16, 33:21, 42:16, 45:24, 59:20
**ten-year-old** [2] - 30:16, 33:21
**Terrace** [1] - 2:16
**testified** [1] - 4:14
**testify** [1] - 84:24
**testimony** [3] - 33:13, 90:2, 90:11
**TESTIMONY** [1] - 3:2
**textbook** [1] - 40:17
**THE** [2] - 1:8, 89:5
**thinking** [1] - 18:7
**third** [2] - 65:6, 67:20
**thirty** [1] - 4:5
**threat** [1] - 27:17
**threatened** [2] - 38:23, 39:4
**three** [3] - 35:19, 36:22, 72:23
**threw** [2] - 29:5, 41:19
**throw** [3] - 37:21, 38:6, 38:11
**throwing** [4] - 18:9, 20:18, 25:8, 37:20
**tight** [1] - 48:9
**tips** [1] - 13:2
**today** [6] - 13:12, 15:20, 23:7, 23:12, 34:20, 51:24
**together** [4] - 11:16, 12:8, 12:18, 16:8

9:1, 9:2, 9:15, 10:17
**tone** [2] - 35:24, 37:6
**took** [5] - 20:20, 47:6, 71:21, 73:15, 73:18
**tool** [1] - 53:18

**tore** [4] - 29:2, 29:3, 29:4
**TORRES** [1] - 1:4
**Torres** [4] - 14:15, 24:12, 53:8, 90:23
**torso** [1] - 49:1
**touching** [3] - 40:18, 40:20, 40:22
**toward** [3] - 38:12, 45:18, 45:19
**towards** [7] - 34:20, 45:20, 65:6, 75:6, 81:14, 81:20, 82:3
**town** [1] - 4:18
**Trade** [3] - 5:7, 5:9, 5:13
**traffic** [1] - 81:1
**train** [1] - 6:1
**trained** [8] - 6:3, 7:1, 7:19, 22:12, 24:10, 24:14, 24:17, 26:4
**trainer** [1] - 22:12
**training** [21] - 6:22, 7:3, 7:4, 7:5, 21:16, 21:19, 21:20, 21:21, 21:23, 21:24, 22:2, 23:9, 33:24, 34:3, 34:6, 34:13, 39:8, 39:9, 40:2, 40:8, 40:24
**transactions** [1] - 9:20
**transcribed** [2] - 90:2, 91:7
**transcript** [5] - 4:4, 4:6, 90:7, 90:11, 91:8
**TRANSCRIPT** [1] - 89:5
**transferred** [2] - 8:22, 8:23
**transported** [3] - 69:23, 70:1, 70:8
**trash** [2] - 37:23, 37:24
**trauma** [1] - 64:23
**trespassing** [2] - 9:19, 10:2
**trial** [1] - 4:11
**tried** [13] - 20:13, 29:6, 31:5, 31:16, 34:17, 34:18, 36:8, 37:15, 41:2, 41:19, 48:22, 54:24, 80:21
**true** [2] - 90:11, 91:8
**truthful** [1] - 79:22
**try** [11] - 31:9, 34:1, 34:9, 34:10, 35:22, 36:5, 40:14, 60:19, 77:12, 77:17
**trying** [15] - 8:7, 18:10,

36:6, 37:2, 42:8, 42:19, 43:1, 43:21, 44:1, 47:9, 47:11, 47:12, 49:3, 50:14, 60:13
**turn** [1] - 86:21
**turned** [3] - 20:19, 74:12, 74:15

**twist** [1] - 82:7
**twisted** [1] - 77:3
**twisting** [1] - 82:9
**two** [8] - 7:7, 7:20, 8:13, 14:23, 42:1, 47:5, 75:7, 79:3
**two-week** [1] - 7:20
**type** [11] - 6:22, 21:16, 33:23, 34:3, 34:6, 37:21, 37:24, 50:7, 58:7, 84:10, 85:4
**types** [1] - 6:9
**typewriting** [1] - 91:7
**typically** [1] - 57:8
**typing** [1] - 23:21

**U**

**UMass** [3] - 61:14, 70:6, 70:8
**unable** [3] - 17:22, 25:8, 81:7
**under** [6] - 5:19, 8:3, 20:18, 51:4, 87:12, 91:7
**understood** [4] - 8:9, 56:14, 56:17, 69:22
**union** [1] - 84:1
**Unit** [4] - 8:22, 9:1, 9:2, 9:15
**unless** [2] - 84:10, 90:4
**unusual** [2] - 51:13, 87:21
**up** [18] - 9:19, 10:15, 11:16, 11:19, 13:1, 34:9, 41:24, 42:18, 44:20, 44:21, 44:23, 52:5, 66:21, 66:22, 67:8, 74:4, 80:10, 87:24
**upset** [2] - 37:2, 37:9
**uses** [3] - 24:23, 26:9, 53:11
**usual** [1] - 4:21
**utilize** [1] - 20:13

**V**

**varying** [1] - 39:15
**vehicle** [3] - 31:9, 37:19, 80:11

**Vernon** [1] - 10:15
**version** [1] - 88:5
**victims'** [1] - 6:4
**video** [1] - 74:14
**view** [1] - 55:8

**VIGLIOTTI** [31] - 2:15,
4:19, 16:5, 17:11,
21:6, 32:12, 33:17,
34:2, 34:16, 41:8,
41:12, 43:8, 44:5,
48:1, 49:13, 49:18,
56:8, 59:7, 60:7,
60:15, 62:3, 62:8,
62:16, 69:24, 72:4,
73:11, 73:16, 75:10,
75:21, 79:3, 84:12
**VIII** [1] - 53:14
**violent** [2] - 59:18,
64:15
**visit** [2] - 12:9, 12:11
**visiting** [2] - 12:13,
12:14
**voice** [5] - 34:9, 34:18,
35:24, 37:4, 37:7
**volatile** [1] - 27:15
**vs** [1] - 1:6

## W

**Waco** [1] - 7:10
**wait** [1] - 43:20
**waited** [1] - 43:24
**waived** [2] - 4:8, 90:4
**walk** [2] - 42:17, 59:6
**wall** [1] - 77:1
**wallet** [1] - 83:19
**wants** [1] - 8:8
**watch** [1] - 15:23
**water** [3] - 20:9, 20:10,
46:13
**wearing** [3] - 68:6,
68:7, 68:8
**web** [1] - 13:1
**Wednesday** [1] - 1:18
**week** [2] - 7:20, 21:21
**weeks** [1] - 7:7
**weigh** [2] - 44:12, 46:3
**weighed** [3] - 46:5,
59:20, 81:11
**weighs** [1] - 44:4
**weight** [1] - 65:19
**WENDY** [1] - 2:6
**West** [1] - 7:7
**WHEREOF** [1] - 91:14
**White** [1] - 31:17
**whole** [1] - 12:24
**wide** [1] - 35:14
**wife** [8] - 11:9, 11:17,
11:19, 12:11, 16:8,
16:10, 68:20, 69:5

**wife's** [2] - 11:14,
13:17
**wild** [1] - 32:16
**windshield** [1] - 59:12
**wires** [1] - 59:10

**witness** [7] - 1:11,
58:24, 59:16, 90:3,
90:4, 90:5, 90:6
**Witness** [1] - 90:1
**WITNESS** [1] - 91:14
**witnessed** [5] - 29:11,
29:13, 29:15, 60:2,
60:22
**woman** [2] - 13:24
**wonder** [1] - 9:9
**WORCESTER** [4] -
1:2, 1:8, 2:6, 2:11
**Worcester** [13] - 1:18,
2:3, 2:8, 2:12, 2:16,
4:24, 5:2, 5:4, 64:6,
64:18, 74:24, 81:2,
90:23
**word** [1] - 39:8
**words** [1] - 54:13
**worse** [3] - 37:11,
40:21, 40:23
**WPD** [2] - 3:9, 64:14

**wrap** [4] - 44:20,
44:21, 44:23, 44:24
**wrist** [7] - 28:2, 28:3,
50:7, 50:20, 62:19,
62:20, 77:3
**wrists** [3] - 28:4, 50:2,
51:1
**writes** [1] - 60:18
**writing** [1] - 24:10
**written** [2] - 69:6, 91:7
**wrote** [1] - 62:22

## Y

**yard** [2] - 14:20, 15:18
**year** [12] - 5:9, 5:12,
5:14, 6:14, 7:10,
19:12, 20:14, 21:19,
24:3, 30:16, 33:21
**years** [11] - 5:12, 7:1,
10:6, 11:7, 14:21,
18:7, 21:20, 22:5,
43:5, 45:24, 59:20
**yell** [1] - 58:21
**yelling** [4] - 29:1,
32:17, 33:3, 33:6
**youG29** [1] - 28:21
**young** [1] - 21:8
**younger** [2] - 71:5,
71:6
**yourself** [2] - 18:13,
52:22
**Yup** [3] - 68:2, 73:8,

79:1

## Z

**Zero** [5] - 8:22, 9:1,
9:2, 9:15, 10:16