UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LINDSEY M. BESHAI TORRES PPA ) <br> JT, a minor, ) <br>           Plaintiff ) <br> ) <br> v. ) <br> ) <br> OFFICER JOHN R. ALERS, FORMER ) <br> OFFICER PAUL MCCARTHY and the ) <br> CITY OF WORCESTER, ) <br>           Defendants ) | C.A. No. 20-CV-40115-TSH |

**WITHDRAWAL OF [35] PLAINTIFF'S MOTION TO COMPEL PRODUCTION BY THE DEFENDANT CITY OF WORCESTER**

Now comes the Plaintiff and because the parties have resolved the discovery disputes at issue in [35] his Motion to Compel, he hereby *withdraws* the said motion.

                                                                       Respectfully submitted,
                                                                       Plaintiff Lindsey M. Beshai,
                                                                       By her attorneys,

                                                                       */s/ Robert A. Scott*
                                                                       Hector E. Pineiro, Esq., BBO # 555315
                                                                       Robert A. Scott, BBO # 648740
                                                                       Law Office of Hector E. Pineiro, PC.
                                                                       807 Main Street
                                                                       Worcester, MA 01610
                                                                       Tel: (508) 335-4366
                                                                       Fax: (508) 770-1300
                                                                       robin@pineirolegal.com

DATED: March 15, 2022